# Exhibit 3

| Date | Description | Quantity | Symbol | Price | Amount |
|---|---|---|---|---|---|
|  | **Fibrogen, Inc. Loss Chart - Brett Richard**<br>**Class Period: October 18, 2017 through April 6, 2021** |
| 3/1/2021 | Sold 14 FGEN Mar 19 2021 42.5 Put @ 1.35 | 14 | FGEN Mar 19 2021 42.5 Put | $1.35 | $1,890.00 |
| 3/19/2021 | Bought 1400 FGEN @ 42.5 pursuant to Put | 1400 | FGEN | ($42.50) | ($59,500.00) |
| | | | TOTAL | | ($57,610.00) |
| | Retained Shares | 1400 | | | |
| | Retained Share Value at $21.05/share | | | | $29,476.69 |
| | **LOSS** | | | | **($28,133.31)** |