UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and On Behalf Of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>     v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>                       Defendants. | No.  3:21-cv-02623-EMC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION OF VICENTE SEPULVEDA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date: Thursday, July 22, 2021<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>ORAL ARGUMENT REQUESTED |

[Caption continued on the next page.]

010998-11/1558373 V1

CESARE GRAZIOLI, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

v.

FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,

Defendants.

No. 3:21-cv-03212-CRB

CLASS ACTION

THOMAS LEONARD, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

v.

FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,

Defendants.

No. 5:21-cv-03370-EMC

CLASS ACTION

IBEW LOCAL 353 PENSION PLAN, Individually and On Behalf Of All Others Similarly Situated,

Plaintiff,

v.

FIBROGEN, INC., ENRIQUE CONTERNO, JAMES A. SCHOENECK, and K. PEONY YU,

Defendants.

No. 5:21-cv-03396-EJD

CLASS ACTION

010998-11/1558373 V1

Having considered Mr. Sepulveda's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.     The Motion is GRANTED.

2.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Xu v. FibroGen, Inc. et al.*, No. 3:21-cv-02623-EMC, *Grazioli v. FibroGen, Inc. et al.*, No. 3:21-cv-03212-CRB, *Leonard v. FibroGen, Inc. et al.*, No. 5:21-cv-03370-EMC, and *IBEW Local 353 Pension Plan v. FibroGen, Inc. et al.*, No. 5:21-cv-03396-EJD are hereby consolidated as:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FIBROGEN, INC. SECURITIES LITIGATION | Master File No. 3:21-cv-02623-EMC |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS | |

(a)     The file in Case No. 3:21-cv-02623-EMC shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase, "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)     All securities class actions against any or all of the defendants arising out of the same or substantially similar alleged misconduct that are subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action absent a Court Order. A party objecting to such consolidation, or to any other provisions of this Order, must

file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)    This Order is entered without prejudice to the right of any party to apply for severance of any claim or action upon a showing of good cause.

3.    Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(b), Vicente Sepulveda is appointed as Lead Plaintiff.

4.    Lead Plaintiff has selected and retained Hagens Berman as Lead Counsel, and the Court approves his selection.

5.    Lead Counsel shall have the following responsibilities and duties:

(a)    to coordinate the briefing and argument of motions;

(b)    to coordinate the conduct of discovery proceedings;

(c)    to coordinate the examination of witnesses in depositions;

(d)    to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e)    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)    to coordinate all settlement negotiations with counsel for defendants;

(g)    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

(h)    to supervise any other matters concerning the prosecution, resolution or settlement of this action.

6.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

7.    Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

8.    Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.

**IT IS SO ORDERED.**

DATED: _____, 2021    _____

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

June 11, 2021

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Lucas E. Gilmore*
         LUCAS E. GILMORE

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
Wesley A. Wong (314652)
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOLS SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff Vicente*
*Sepulveda and [Proposed] Lead Counsel*

[PROPOSED] ORDER GRANTING MOT. TO CONSOL. REL. CASES, APPOINT LEAD PL.
AND APPROVE COUNSEL                                                                                  - 3
Case No.: 3:21-cv-02623-EMC
010998-11/1558373 V1