# EXHIBIT B

## CERTIFICATION AND AUTHORIZATION

I, David Randall, on behalf of Employees' Retirement System of the City of Baltimore ("Baltimore Employees") and Fire and Police Employees' Retirement System of the City of Baltimore ("Baltimore F&P"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I have reviewed a complaint filed against FibroGen, Inc. ("FibroGen") alleging violations of the federal securities laws and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint. I am authorized in my capacity as Executive Director of Baltimore Employees to initiate litigation and to execute this Certification on behalf of Baltimore Employees. I am also authorized pursuant to an assignment of claims from Baltimore F&P to Baltimore Employees, to execute this Certification on behalf of Baltimore F&P. I have authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on behalf of Baltimore Employees.

2.  Baltimore Employees and Baltimore F&P did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.  Baltimore Employees is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  Baltimore Employees' and Baltimore F&P's respective transactions in FibroGen's securities during the Class Period are set forth in the attached Schedule A.

5.  Baltimore Employees has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6.  Baltimore Employees has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

    *In re General Electric Sec. Litig.*, No. 1:19-cv-01013 (S.D.N.Y.)

7.  Baltimore Employees will not accept any payment for serving as a representative party on behalf of the Class beyond Baltimore Employees' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June, 2021.

*Employees' Retirement System of the City of Baltimore*

David Randall, Executive Director

## SCHEDULE A
### Transactions in FibroGen, Inc.

### Employees' Retirement System of the City of Baltimore

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 06/19/20 | 3,360 | $39.80 |
| 06/22/20 | 3,350 | $40.52 |
| 06/23/20 | 2,870 | $43.13 |
| 06/24/20 | 3,020 | $41.93 |
| 09/16/20 | 2,000 | $45.37 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| *None* | | |

### Fire and Police Employees' Retirement System of the City of Baltimore

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 06/19/20 | 2,260 | $39.80 |
| 06/22/20 | 2,250 | $40.52 |
| 06/23/20 | 1,930 | $43.13 |
| 06/24/20 | 2,030 | $41.93 |
| 09/16/20 | 1,350 | $45.37 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| 01/07/19 | 300 | $46.62 |
| 08/05/19 | 1,000 | $45.38 |

## CERTIFICATION AND AUTHORIZATION

I, Eleanor N. Ewing, on behalf of the City of Philadelphia Board of Pensions and Retirement ("Philadelphia Pension Fund"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against FibroGen, Inc. ("FibroGen") alleging violations of the federal securities laws and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint. I am authorized in my capacity as Chief Deputy City Solicitor, City of Philadelphia Law Department, to initiate litigation and to execute this Certification on behalf of Philadelphia Pension Fund. I have authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on Philadelphia Pension Fund's behalf.

2. Philadelphia Pension Fund did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Philadelphia Pension Fund is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Philadelphia Pension Fund's transactions in FibroGen's securities during the Class Period are set forth in the attached Schedule A.

5. Philadelphia Pension Fund has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6. Philadelphia Pension Fund has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

   *In re FirstEnergy Corp. Sec. Litig.*, No. 2:20-cv-03785 (S.D. Ohio)

7. Philadelphia Pension Fund will not accept any payment for serving as a representative party on behalf of the Class beyond Philadelphia Pension Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2021.

*City of Philadelphia Board of Pensions and Retirement*

Eleanor N. Ewing, Esq.,
Chief Deputy City Solicitor
City of Philadelphia Law Department

**SCHEDULE A**
**City of Philadelphia Board of Pensions and Retirement**
**Transactions in FibroGen, Inc.**

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 02/13/18 | 73 | $53.05 | 07/11/18 | 100 | $65.53 |
| 06/18/18 | 960 | $59.30 | 09/19/18 | 1,780 | $56.91 |
| 06/20/18 | 2,470 | $63.65 | 09/21/18 | 197 | $57.80 |
| 06/21/18 | 1,750 | $64.09 | 10/02/18 | 1,280 | $59.00 |
| 06/22/18 | 448 | $64.95 | 10/04/18 | 1,880 | $58.21 |
| 06/25/18 | 640 | $63.22 | 10/05/18 | 1,360 | $55.13 |
| 06/25/18 | 780 | $63.29 | 10/08/18 | 2,230 | $52.56 |
| 06/26/18 | 1,380 | $61.20 | 11/15/18 | 1,470 | $40.47 |
| 06/26/18 | 880 | $63.82 | 11/16/18 | 1,490 | $39.66 |
| 06/29/18 | 2,630 | $62.40 | 02/21/19 | 72 | $56.74 |
| 11/07/18 | 96 | $43.00 | 12/15/20 | 603 | $41.67 |
| 01/04/19 | 81 | $44.97 | 12/16/20 | 5,957 | $41.82 |
| 02/05/19 | 1,965 | $57.15 | 03/19/21 | 92 | $34.12 |
| 02/06/19 | 1,809 | $57.60 | | | |
| 03/29/19 | 1,081 | $54.33 | | | |
| 04/01/19 | 2,729 | $54.99 | | | |
| 06/28/19 | 50 | $45.18 | | | |
| 08/02/19 | 88 | $46.16 | | | |
| 10/17/19 | 2,196 | $40.51 | | | |
| 12/10/19 | 63 | $48.82 | | | |
| 02/04/20 | 70 | $45.50 | | | |
| 06/26/20 | 270 | $40.40 | | | |
| 06/29/20 | 75 | $41.00 | | | |
| 09/03/20 | 4,290 | $47.51 | | | |
| 10/29/20 | 2,011 | $38.80 | | | |
| 10/30/20 | 367 | $38.34 | | | |

## CERTIFICATION AND AUTHORIZATION

I, David Sullivan, on behalf of the Plymouth County Retirement Association ("Plymouth County"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint filed against FibroGen, Inc. ("FibroGen") alleging violations of the federal securities laws and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint. I am authorized in my capacity as Executive Director of Plymouth County to initiate litigation and to execute this Certification on behalf Plymouth County. I have authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on the Plymouth County's behalf.

2.      Plymouth County did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.      Plymouth County is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.      Plymouth County's transactions in FibroGen's securities during the Class Period are set forth in the attached Schedule A.

5.      Plymouth County has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *Schlimm v. Welbilt, Inc.*, No. 8:18-cv-3007 (M.D. Fla.)
>
> *Employees Ret. Sys. of the Puerto Rico Electric Power Authority v. Conduent, Inc.*, No. 2:19-cv-08237 (D.N.J.)
>
> *Plymouth Cty. Ret. Sys. v. Evolent Health, Inc.*, No. 1:19-cv-01031 (E.D. Va.)
>
> *Plymouth Cty. Ret. Ass'n v. ViewRay, Inc.*, No. 1:19-cv-02115 (N.D. Ohio)
>
> *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corp.*, No. 2:20-cv-00856 (N.D. Ala.)
>
> *Visser v. Energy Recovery, Inc.*, No. 1:20-cv-05647 (S.D.N.Y.)

6.      Plymouth County has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

*St. Clair County Employees Ret. Sys. v. Acadia Healthcare Co., Inc.*, No. 3:18-cv-0988 (M.D. Tenn.)

*Plymouth Cty. Ret. Sys. v. GTT Communications, Inc.*, No. 1:19-cv-0982 (E.D. Va.)

*Koffsmon v. Green Dot Corp.*, No. 2:19-cv-10701 (C.D. Cal.)

*Plymouth Cty. Ret. Ass'n v. Apache Corp.*, No. 4:21-cv-00575 (S.D. Tex.)

*Plymouth Cty. Ret. Ass'n v. Array Technologies, Inc.*, No. 1:21-cv-04390 (S.D.N.Y.)

7.      Plymouth County will not accept any payment for serving as a representative party on behalf of the Class beyond Plymouth County's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of June, 2021.

*Plymouth County Retirement Association*

David Sullivan, Executive Director

## SCHEDULE A
### Plymouth County Retirement Association
### Transactions in FibroGen, Inc.

| Common Stock Purchases | | | | Common Stock Sales | | |
|---|---|---|---|---|---|---|
| **Date** | **Shares** | **Price** | | **Date** | **Shares** | **Price** |
| 10/09/18 | 803 | $52.48 | | 04/09/19 | 708 | $52.85 |
| 10/09/18 | 479 | $52.53 | | 01/06/21 | 1,640 | $38.59 |
| 10/10/18 | 3,245 | $50.85 | | | | |
| 10/11/18 | 406 | $49.98 | | | | |
| 01/28/19 | 2,533 | $53.51 | | | | |
| 05/20/19 | 2,253 | $36.00 | | | | |
| 05/21/19 | 831 | $35.85 | | | | |
| 11/15/19 | 2,893 | $37.05 | | | | |
| 11/03/20 | 644 | $39.64 | | | | |
| 11/04/20 | 415 | $41.76 | | | | |
| 11/05/20 | 803 | $41.97 | | | | |
| 03/02/21 | 24 | $35.94 | | | | |
| 03/02/21 | 2,476 | $37.95 | | | | |