# EXHIBIT C

**Employees' Retirement System of the City of Baltimore — LIFO Loss**
**FibroGen, Inc. (FGEN)**
Class Period:          October 18, 2017 through April 6, 2021
Look-Back Price:    $21.1334          (through June 11, 2021)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Transactions by Employees' Retirement System of the City of Baltimore** | | | | | | | | | |
| | | | | | | | | | |
| Pre-Class Period Holdings | | 0 | | | Sale | | 0 | | $0 |
| | | | | | Applied to Pre-CP Holdings: | | 0 | | $0 |
| | | | | | | | | | |
| Purchase | 06/19/20 | 3,360 | $39.80 | $133,728 | | | | | |
| Purchase | 06/22/20 | 3,350 | $40.52 | $135,753 | | | | | |
| Purchase | 06/23/20 | 2,870 | $43.13 | $123,771 | | | | | |
| Purchase | 06/24/20 | 3,020 | $41.93 | $126,621 | | | | | |
| Purchase | 09/16/20 | 2,000 | $45.37 | $90,738 | Retained | | 14,600 | $21.13 | $308,548 |
| | | 14,600 | | $610,612 | | | 14,600 | | $308,548 |
| | | | | | | | | | |
| | | | | | | | **LIFO Loss** | | **($302,064)** |
| | | | | | | | | | |
| **Transactions relating to claims assigned from Fire & Police Employees' Retirement System of the City of Baltimore** | | | | | | | | | |
| | | | | | | | | | |
| Pre-Class Period Holdings | | 12,700 | | | Sale | 01/07/19 | 300 | $46.62 | $13,986 |
| | | | | | Sale | 08/05/19 | 1,000 | $45.38 | $45,375 |
| | | | | | Applied to Pre-CP Holdings: | | 1,300 | | $59,361 |
| | | | | | | | | | |
| Purchase | 06/19/20 | 2,260 | $39.80 | $89,948 | | | | | |
| Purchase | 06/22/20 | 2,250 | $40.52 | $91,178 | | | | | |
| Purchase | 06/23/20 | 1,930 | $43.13 | $83,233 | | | | | |
| Purchase | 06/24/20 | 2,030 | $41.93 | $85,113 | | | | | |
| Purchase | 09/16/20 | 1,350 | $45.37 | $61,248 | Retained | | 9,820 | $21.13 | $207,530 |
| | | 9,820 | | $410,720 | | | 9,820 | | $207,530 |
| | | | | | | | | | |
| | | | | | | | **LIFO Loss** | | **($203,190)** |
| | | | | | | | | | |
| | | | | | | | **Total LIFO Loss** | | **($505,254)** |

**City of Philadelphia Board of Pensions and Retirement — LIFO Loss**
**FibroGen, Inc. (FGEN)**

Class Period:       October 18, 2017 through April 6, 2021
Look-Back Price:   $21.1334       (through June 11, 2021)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 1,242 | | | Sale | | 0 | | $0 |
| | | | | | Applied to Pre-CP Holdings: | | 0 | | $0 |
| Purchase | 02/13/18 | 73 | $53.05 | $3,873 | | | | | |
| Purchase | 06/18/18 | 960 | $59.30 | $56,928 | | | | | |
| Purchase | 06/20/18 | 2,470 | $63.65 | $157,216 | | | | | |
| Purchase | 06/21/18 | 1,750 | $64.09 | $112,158 | | | | | |
| Purchase | 06/22/18 | 448 | $64.95 | $29,098 | | | | | |
| Purchase | 06/25/18 | 640 | $63.22 | $40,461 | | | | | |
| Purchase | 06/25/18 | 780 | $63.29 | $49,366 | | | | | |
| Purchase | 06/26/18 | 1,380 | $61.20 | $84,456 | | | | | |
| Purchase | 06/26/18 | 880 | $63.82 | $56,162 | | | | | |
| Purchase | 06/29/18 | 2,630 | $62.40 | $164,112 | | | | | |
| Purchase | 11/07/18 | 96 | $43.00 | $4,128 | | | | | |
| Purchase | 01/04/19 | 81 | $44.97 | $3,643 | Sale | 07/11/18 | 100 | $65.53 | $6,553 |
| Purchase | 02/05/19 | 1,965 | $57.15 | $112,300 | Sale | 09/19/18 | 1,780 | $56.91 | $101,300 |
| Purchase | 02/06/19 | 1,809 | $57.60 | $104,198 | Sale | 09/21/18 | 197 | $57.80 | $11,387 |
| Purchase | 03/29/19 | 1,081 | $54.33 | $58,731 | Sale | 10/02/18 | 1,280 | $59.00 | $75,520 |
| Purchase | 04/01/19 | 2,729 | $54.99 | $150,068 | Sale | 10/04/18 | 1,880 | $58.21 | $109,435 |
| Purchase | 06/28/19 | 50 | $45.18 | $2,259 | Sale | 10/05/18 | 1,360 | $55.13 | $74,977 |
| Purchase | 08/02/19 | 88 | $46.16 | $4,062 | Sale | 10/08/18 | 2,230 | $52.56 | $117,209 |
| Purchase | 10/17/19 | 2,196 | $40.51 | $88,960 | Sale | 11/15/18 | 1,470 | $40.47 | $59,491 |
| Purchase | 12/10/19 | 63 | $48.82 | $3,076 | Sale | 11/16/18 | 1,490 | $39.66 | $59,093 |
| Purchase | 02/04/20 | 70 | $45.50 | $3,185 | Sale | 02/21/19 | 72 | $56.74 | $4,085 |
| Purchase | 06/26/20 | 270 | $40.40 | $10,908 | Sale | 12/15/20 | 603 | $41.67 | $25,127 |
| Purchase | 06/29/20 | 75 | $41.00 | $3,075 | Sale | 12/16/20 | 5,957 | $41.82 | $249,122 |
| Purchase | 09/03/20 | 4,290 | $47.51 | $203,818 | Sale | 03/19/21 | 92 | $34.12 | $3,139 |

**City of Philadelphia Board of Pensions and Retirement — LIFO Loss**
**FibroGen, Inc. (FGEN)**

Class Period:      October 18, 2017 through April 6, 2021
Look-Back Price:   $21.1334        (through June 11, 2021)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/29/20 | 2,011 | $38.80 | $78,027 | Sale* | 04/07/21 | 7,692 | $21.09 | $162,224 |
| Purchase | 10/30/20 | 367 | $38.34 | $14,071 | Retained | | 3,049 | $21.13 | $64,436 |
| | | 29,252 | | $1,598,335 | | | 29,252 | | $1,123,097 |
| | | | | | | | **LIFO Loss** | | **($475,238)** |

* Post CP Sale; used higher of actual vs. avg. price from end of CP through sale date

**Plymouth County Retirement Association — LIFO Loss**
**FibroGen, Inc. (FGEN)**
Class Period:       October 18, 2017 through April 6, 2021
Look-Back Price:   $21.1334        (through June 11, 2021)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 1,242 | | | Sale | | 0 | | $0 |
| | | | | | Applied to Pre-CP Holdings: | | 0 | | $0 |
| Purchase | 10/09/18 | 803 | $52.48 | $42,138 | | | | | |
| Purchase | 10/09/18 | 479 | $52.53 | $25,159 | | | | | |
| Purchase | 10/10/18 | 3,245 | $50.85 | $164,999 | | | | | |
| Purchase | 10/11/18 | 406 | $49.98 | $20,293 | | | | | |
| Purchase | 01/28/19 | 2,533 | $53.51 | $135,543 | | | | | |
| Purchase | 05/20/19 | 2,253 | $36.00 | $81,115 | | | | | |
| Purchase | 05/21/19 | 831 | $35.85 | $29,788 | | | | | |
| Purchase | 11/15/19 | 2,893 | $37.05 | $107,194 | | | | | |
| Purchase | 11/03/20 | 644 | $39.64 | $25,525 | | | | | |
| Purchase | 11/04/20 | 415 | $41.76 | $17,332 | Sale | 04/09/19 | 708 | $52.85 | $37,419 |
| Purchase | 11/05/20 | 803 | $41.97 | $33,701 | Sale | 01/06/21 | 1,640 | $38.59 | $63,293 |
| Purchase | 03/02/21 | 24 | $35.94 | $862 | Sale* | 04/07/21 | 911 | $20.90 | $19,043 |
| Purchase | 03/02/21 | 2,476 | $37.95 | $93,962 | Retained | | 14,546 | $21.13 | $307,406 |
| | | 17,805 | | $777,612 | | | 17,805 | | $427,161 |
| | | | | | | | **LIFO Loss** | | **($350,451)** |

* Post CP Sale; used higher of actual vs. avg. price from end of CP through sale date