# EXHIBIT E

**Declaration of Assignment by the Fire and Police Employees' Retirement System of the City of Baltimore to the Employees' Retirement System of the City of Baltimore**

I, N. Anthony Calhoun, Executive Director of the Fire and Police Employees' Retirement System of the City of Baltimore ("Baltimore F&P"), and I, David Randall, Executive Director of the Employees' Retirement System of the City of Baltimore ("Baltimore Employees"), hereby declare as follows:

1. Baltimore F&P is a contributory, defined benefit plan that covers all sworn uniformed officers of the Baltimore City Fire and Police Departments. Baltimore Employees is a defined benefit contributory plan established for employees in general administrative service of the City of Baltimore and for certain non-teacher employees of the Baltimore City Public School System. Both funds were established by Baltimore City law, specifically Article 22 of the Baltimore City Code. Both funds share overlapping trustees. Baltimore City Comptroller Bill Henry and Baltimore City Director of Finance Henry Raymond currently serve as members of the Board of Trustees of both funds.

2. After receiving notice from counsel relating to Baltimore F&P's investment loss associated with the purchase of securities of FibroGen, Inc. ("FibroGen") during the period of October 18, 2017 through April 6, 2021 (the "Relevant Period"), in order to facilitate recovery of Baltimore F&P's investment loss, Baltimore F&P has resolved to assign to Baltimore Employees, which also suffered an investment loss associated with the purchase of FibroGen securities during the Relevant Period, all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and

1

common law doctrines, as may be asserted against FibroGen and related parties in connection with Baltimore F&P's purchase of FibroGen securities.

3.  Accordingly, for the purpose of recovering its investment loss, and subject to the provisions in paragraph 5 herein, Baltimore F&P hereby executes a declaration of assignment: (a) authorizing the actions of Baltimore Employees in taking legal action (i) seeking appointment as lead plaintiff on Baltimore F&P's behalf on or around June 11, 2021, in a putative securities class action against FibroGen and related parties or (ii) prosecuting such other action or proceeding as Baltimore Employees deems appropriate; (b) declaring that Baltimore F&P will be bound by the results of the litigation; and (c) irrevocably assigning, transferring, and delivering to Baltimore Employees all rights, title, and interest, free and clear of any liens, security interests, encumbrances, and restrictions of any kind whatsoever, in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against FibroGen and related parties in connection with Baltimore F&P's transactions in the securities of FibroGen, including without limitation purchases of FibroGen common stock during the Relevant Period.  Baltimore F&P agrees to cooperate in the pursuit of such legal action, including by providing documents and other discovery information that may be reasonably requested by Baltimore Employees.

4.  Further, Baltimore F&P hereby appoints Baltimore Employees as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

5.  Baltimore Employees agrees to remit back to Baltimore F&P any proceeds received as a result of this assignment.

6. Baltimore F&P understands that it will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery, except as may be awarded by the court in connection with a successful resolution of the action.

7. Neither Baltimore F&P, nor Baltimore Employees, purchased FibroGen securities during the Relevant Period at the direction of counsel, or in order to participate in any action arising under the federal securities laws, other applicable statutes, or common law doctrines.

8. Each of us has the requisite authority and power to bind and act on behalf of our respective funds.  All obligations contained in this agreement shall extend to and be binding on the funds and their respective successors and assigns.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this __4th__ day of June, 2021.

Fire and Police Employees' Retirement System of the City of Baltimore:

N. Anthony Calhoun, Executive Director

Employees' Retirement System of the City of Baltimore:

David Randall, Executive Director

3