# Exhibit B

FibroGen, Inc.
Class Period: October 18, 2017 through April 6, 2021
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares Purchased | Price Purchased | Amount | Sales Date | Shares Sold | Price Sold | Shares Retained | Amount | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Leonard, Thomas | 4/10/2018 | 1,052 | $47.2490 | $ (49,705.95) | 8/8/2019 | 1,844 | $ 46.7901 | | $ 86,280.94 | |
| | 4/10/2021 | 34 | $47.5000 | $ (1,615.00) | | | | | | |
| | 5/11/2018 | 748 | $45.4000 | $ (33,959.20) | | | | | | |
| | 5/11/2018 | 118 | $46.4000 | $ (5,475.20) | | | | | | |
| | 6/5/2018 | 594 | $55.4999 | $ (32,966.94) | | | | | | |
| | 6/5/2018 | 435 | $54.5250 | $ (23,718.38) | | | | | | |
| | 6/5/2018 | 230 | $54.9000 | $ (12,627.00) | | | | | | |
| | 6/5/2018 | 2,604 | $55.1360 | $ (143,574.14) | | | | | | |
| | 6/5/2018 | 433 | $54.9565 | $ (23,796.16) | | | | | | |
| | 7/12/2018 | 700 | $65.1486 | $ (45,604.02) | | | | | | |
| | 7/12/2018 | 487 | $65.0999 | $ (31,703.65) | | | | | | |
| | 7/12/2018 | 200 | $65.0957 | $ (13,019.14) | | | | | | |
| | 10/9/2018 | 2 | $52.4500 | $ (104.90) | | | | | | |
| | 10/9/2018 | 5,045 | $52.7500 | $ (266,123.75) | | | | | | |
| | 10/30/2018 | 409 | $40.5980 | $ (16,604.58) | | | | | | |
| | 10/30/2018 | 101 | $40.5500 | $ (4,095.55) | | | | | | |
| | 12/31/2018 | 652 | $45.9800 | $ (29,978.96) | | | | | | |
| | 1/15/2020 | 116 | $42.7500 | $ (4,959.00) | | | | | | |
| | 1/15/2020 | 348 | $43.0775 | $ (14,990.97) | | 90-Day | $ 20.8522 | 12,464 | $ 259,901.31 | |
| | | | | | | | | | | |
| **TOTAL** | | 14,308 | | $ (754,622.50) | | 1,844 | | **12,464** | $ 86,280.94 | **$ (408,440)** |