# EXHIBIT B

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Giuliana Mollo, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I have reviewed the related complaints in this case and authorize the filing of lead plaintiff papers on my behalf.

2.      I am willing to serve as a representative party on behalf of all persons who purchased FibroGen, Inc. securities during the Class Period, including providing testimony at deposition and trial, if necessary.

3.      During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4.      I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5.      I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6.      I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at  Rivoli, Italy.

6/10/2021
_____

DATE

DocuSigned by:

Giuliana Mollo
2D3159408E9D402...

GIULIANA MOLLO

# Schedule A

**FIBROGEN INC**                    **Ticker:**  **FGEN**       **Cusip:**  **31572Q808**
Class Period: 10/18/2017 to 04/06/2021

**Giuliana Mollo**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 12/4/2017 | 3,000 | $45.70 |
|  | 1/4/2018 | 1,500 | $48.00 |
|  | 12/20/2018 | 2,000 | $43.50 |
|  | 12/21/2018 | 2,000 | $40.05 |
|  | 12/21/2018 | 2,000 | $40.10 |
|  | 12/21/2018 | 1,500 | $40.20 |
|  | 6/4/2019 | 2,000 | $38.10 |
|  | 6/4/2019 | 2,000 | $38.25 |
|  | 1/12/2021 | 500 | $38.00 |
|  | 1/12/2021 | 500 | $38.00 |
|  | 1/12/2021 | 500 | $38.00 |
|  | 1/12/2021 | 500 | $38.00 |

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Stefano Branca, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I have reviewed the related complaints in this case and authorize the filing of lead plaintiff papers on my behalf.

2.      I am willing to serve as a representative party on behalf of all persons who purchased FibroGen, Inc. securities during the Class Period, including providing testimony at deposition and trial, if necessary.

3.      During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4.      I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5.      I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6.      I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at  Rivoli, Italy.

6/10/2021

—————————

DATE

DocuSigned by:

*Stefano Branca*

—————————————
8C14EF9D7911495...

STEFANO BRANCA

# Schedule A

**FIBROGEN INC**                          **Ticker:**  **FGEN**          **Cusip:**   **31572Q808**
Class Period: 10/18/2017 to 04/06/2021

**Stefano Branca**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| Purchases: | 11/20/2017 | 300 | $46.40 |
| | 11/20/2017 | 1,200 | $46.39 |
| | 12/28/2018 | 25 | $44.32 |
| | 12/28/2018 | 26 | $43.80 |
| | 12/28/2018 | 34 | $43.80 |
| | 12/28/2018 | 51 | $43.80 |
| | 12/28/2018 | 74 | $43.80 |
| | 12/28/2018 | 75 | $43.80 |
| | 12/28/2018 | 90 | $43.80 |
| | 3/4/2019 | 650 | $60.02 |
| | 3/15/2019 | 500 | $56.50 |
| | 3/17/2020 | 2 | $26.00 |
| | 3/17/2020 | 13 | $26.00 |
| | 3/17/2020 | 52 | $26.00 |
| | 3/17/2020 | 308 | $26.04 |
| | 12/21/2020 | 1 | $38.55 |
| | 12/21/2020 | 27 | $38.56 |
| | 12/21/2020 | 48 | $38.56 |
| | 12/21/2020 | 73 | $38.56 |