# EXHIBIT C

**STEFANO BRANCA AND GIULIANA MOLLO'S JOINT DECLARATION IN
SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS
AND APPROVAL OF LEAD COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. §1746 declare as follows:

1.      We, Stefano Branca and Giuliana Mollo, respectfully submit this Joint Declaration in support of our motion for appointment as co-lead plaintiffs and approval of our selection of lead counsel in the federal securities class actions brought on behalf of purchasers of FibroGen, Inc. (the "Company") securities during the Class Period alleged in the complaints.

2.      We are each informed of and understand the requirements and duties imposed on us by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Each of us has personal knowledge about the information in this Joint Declaration relating to ourselves, and if called as witnesses, we each could testify competently thereto.

3.      I, Stefano Branca, as reflected in my Certification, purchased shares of FibroGen during the Class Period.  I am motivated to recover my related damages for my own benefit and the benefit of all members of the Class.  I reside in Tivoli, Italy, am a Manager, and hold a graduate degree in Business and Management.  I am a sophisticated investor with approximately ten years of investing experience.  After due consideration, I decided to join in and seek appointment as co-lead plaintiff with my "aunt" (my mother's cousin), Giuliana Mollo.

4.      I, Giuliana Mollo, as reflected in my Certification, purchased shares of the Company during the Class Period.  I am motivated to recover my related damages for my own benefit and the benefit of all members of the Class.  I reside in Tivoli, Italy and am retired.  I am a sophisticated investor with approximately forty years of investing experience.  After due

1

consideration, I decided to join in and seek appointment as co-lead plaintiff with my "nephew" (my cousin's son), Stefano Branca.

5.      We believe that the allegations in the related FibroGen actions are meritorious and that the Class will benefit from having highly motivated investors, with substantial financial interests at stake, in control of the case.  We believe that our combined efforts will best serve the Class.  If appointed as co-lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.  We understand that our efforts as co-lead plaintiffs, if successful, will benefit the entire Class.

6.      Together, we decided to retain Scott+Scott Attorneys at Law LLP ("S+S") and we believe we can manage the litigation and our counsel in an effective manner.  We understand the importance of selecting qualified counsel to represent the interests of the Class and to do so efficiently.  We are aware of and have been advised of the experience, resources, and successes of our proposed lead counsel, S+S, and are aware that it is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms in similar actions.  Through our oversight, we will ensure that S+S will prosecute this litigation in a zealous and efficient manner.

7.      We are committed to satisfying our obligations as co-lead plaintiffs to ensure that the action will be vigorously prosecuted, consistent with the requirements of the lead plaintiff provisions of the PSLRA, and in the best interests of the Cass.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of June, 2021.

                                                              DocuSigned by:

                                                              *Giuliana Mollo*
_____        _____
                                                              2D3159408E9D402
STEFANO BRANCA                                   GIULIANA MOLLO

2

**STEFANO BRANCA AND GIULIANA MOLLO'S JOINT DECLARATION IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. §1746 declare as follows:

1.      We, Stefano Branca and Giuliana Mollo, respectfully submit this Joint Declaration in support of our motion for appointment as co-lead plaintiffs and approval of our selection of lead counsel in the federal securities class actions brought on behalf of purchasers of FibroGen, Inc. (the "Company") securities during the Class Period alleged in the complaints.

2.      We are each informed of and understand the requirements and duties imposed on us by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Each of us has personal knowledge about the information in this Joint Declaration relating to ourselves, and if called as witnesses, we each could testify competently thereto.

3.      I, Stefano Branca, as reflected in my Certification, purchased shares of FibroGen during the Class Period.   I am motivated to recover my related damages for my own benefit and the benefit of all members of the Class.  I reside in Tivoli, Italy, am a Manager, and hold a graduate degree in Business and Management.  I am a sophisticated investor with approximately ten years of investing experience.  After due consideration, I decided to join in and seek appointment as co-lead plaintiff with my "aunt" (my mother's cousin), Giuliana Mollo.

4.      I, Giuliana Mollo, as reflected in my Certification, purchased shares of the Company during the Class Period.  I am motivated to recover my related damages for my own benefit and the benefit of all members of the Class.  I reside in Tivoli, Italy and am retired.  I am a sophisticated investor with approximately forty years of investing experience.  After due

consideration, I decided to join in and seek appointment as co-lead plaintiff with my "nephew" (my cousin's son), Stefano Branca.

5.    We believe that the allegations in the related FibroGen actions are meritorious and that the Class will benefit from having highly motivated investors, with substantial financial interests at stake, in control of the case.  We believe that our combined efforts will best serve the Class.  If appointed as co-lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.  We understand that our efforts as co-lead plaintiffs, if successful, will benefit the entire Class.

6.    Together, we decided to retain Scott+Scott Attorneys at Law LLP ("S+S") and we believe we can manage the litigation and our counsel in an effective manner.  We understand the importance of selecting qualified counsel to represent the interests of the Class and to do so efficiently.  We are aware of and have been advised of the experience, resources, and successes of our proposed lead counsel, S+S, and are aware that it is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms in similar actions.  Through our oversight, we will ensure that S+S will prosecute this litigation in a zealous and efficient manner.

7.    We are committed to satisfying our obligations as co-lead plaintiffs to ensure that the action will be vigorously prosecuted, consistent with the requirements of the lead plaintiff provisions of the PSLRA, and in the best interests of the Cass.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of June, 2021.

DocuSigned by:

*Stefano Branca*

_____
8C14EF9D7911495
STEFANO BRANCA

_____
GIULIANA MOLLO