# EXHIBIT D

LOSS ANALYSIS

Class Period: 10/18/2017 to 04/06/2021

FIBROGEN

| Ticker | CUSIP | | | Lookback Price |
|---|---|---|---|---|
| FGEN | 31572Q808 | | | $21.12104 * |

**Giuliana Mollo**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 12/4/2017 | 3,000 | $45.70 | -$137,100.00 |
| Purchase | 1/4/2018 | 1,500 | $48.00 | -$72,000.00 |
| Purchase | 12/20/2018 | 2,000 | $43.50 | -$87,000.00 |
| Purchase | 12/21/2018 | 2,000 | $40.05 | -$80,100.00 |
| Purchase | 12/21/2018 | 2,000 | $40.10 | -$80,200.00 |
| Purchase | 12/21/2018 | 1,500 | $40.20 | -$60,300.00 |
| Purchase | 6/4/2019 | 2,000 | $38.10 | -$76,200.00 |
| Purchase | 6/4/2019 | 2,000 | $38.25 | -$76,500.00 |
| Purchase | 1/12/2021 | 500 | $38.00 | -$19,000.00 |
| Purchase | 1/12/2021 | 500 | $38.00 | -$19,000.00 |
| Purchase | 1/12/2021 | 500 | $38.00 | -$19,000.00 |
| Purchase | 1/12/2021 | 500 | $38.00 | -$19,000.00 |
| Class Period Ppurchases: | | 18,000 | | -$745,400.00 |
| | LIFO Retained Purchases: | 18,000 | $21.12104 | $380,178.77 |

* Value of retained shares is the mean trading price from 04/07/2021 to 06/11/2021          LIFO Gain/(Loss):     **-$365,221.23**

LOSS ANALYSIS

Class Period: 10/18/2017 to 04/06/2021

FIBROGEN

| Ticker | CUSIP | | | Lookback Price |
|---|---|---|---|---|
| FGEN | 31572Q808 | | | $21.12104 * |

**Stefano Branca**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 11/20/2017 | 300 | $46.40 | -$13,920.00 |
| Purchase | 11/20/2017 | 1,200 | $46.39 | -$55,667.05 |
| Purchase | 12/28/2018 | 25 | $44.32 | -$1,107.95 |
| Purchase | 12/28/2018 | 26 | $43.80 | -$1,138.80 |
| Purchase | 12/28/2018 | 34 | $43.80 | -$1,489.20 |
| Purchase | 12/28/2018 | 51 | $43.80 | -$2,233.80 |
| Purchase | 12/28/2018 | 74 | $43.80 | -$3,241.20 |
| Purchase | 12/28/2018 | 75 | $43.80 | -$3,285.00 |
| Purchase | 12/28/2018 | 90 | $43.80 | -$3,942.00 |
| Purchase | 3/4/2019 | 650 | $60.02 | -$39,012.95 |
| Purchase | 3/15/2019 | 500 | $56.50 | -$28,247.95 |
| Purchase | 3/17/2020 | 2 | $26.00 | -$52.00 |
| Purchase | 3/17/2020 | 13 | $26.00 | -$338.00 |
| Purchase | 3/17/2020 | 52 | $26.00 | -$1,352.00 |
| Purchase | 3/17/2020 | 308 | $26.04 | -$8,020.95 |
| Purchase | 12/21/2020 | 1 | $38.55 | -$38.55 |
| Purchase | 12/21/2020 | 27 | $38.56 | -$1,041.12 |
| Purchase | 12/21/2020 | 48 | $38.56 | -$1,850.88 |
| Purchase | 12/21/2020 | 73 | $38.56 | -$2,814.88 |
| Class Period Purchases: | | 3,549 | | -$168,794.28 |
| | LIFO Retained Purchases: | 3,549 | $21.12104 | $74,958.58 |

* Value of retained shares is the mean trading price from 04/07/2021 to 06/11/2021          LIFO Gain/(Loss):          **-$93,835.70**

| Movant | Retained Shares | LIFO Loss |
|---|---|---|
| **Giuliana Mollo** | **18,000** | **-$365,221.23** |
| **Stefano Branca** | **3,549** | **-$93,835.70** |
| | **Totals: 21,549** | **-$459,056.93** |