# EXHIBIT A

**Stocktwits**
(/)

DOW 0.42% (/symbol/DIA)    S&P 500 0.21% (/symbol/SPY)    NASDAQ 0.19% (/symbol/QQQ)    **Trending now** ▶    🔥 SPCE 16.62% (/symbol/SPCE)    PSFE 15.57% (/symbol/PSFE)    MMATF 8.02% (/symbol/MMATF)    NKE 14.95% (/symbol/NKE)    SOFI 6.80% (/symbol/SOFI)    ORGN 2.40% (/symbol/ORGN)

## EduTeacher
Vince Sepulveda

Follow    Message    ⋮

📅 Member since November 18th 2019

| 64 Ideas | 0 Following | 7 Followers | 7 Liked | 0 Watchlist |
|---|---|---|---|---|

Filter by: Original Posts ▾      ▶ Real-Time

---

**EduTeacher (/EduTeacher)**   Bullish   3/4/20, 03:20 PM (/EduTeacher/message/198245589)   •••

(/EduTeacher)

$FGEN (/symbol/FGEN) CEO Enrique appears to have "flushed out" all of the garbage accounting from 12/31/2019 and before. I imagine to give him a "clean slate" accounting-wise as of his January 2020 start date.
The financials even show a "Negative Product Revenue", which is rare to see, and it pertains to FGEN overstating some Japan materials sold back in 2018 and some other garbage.
Also, he did not book any accounts receivable for "substantial milestone payments due in 2020" which he mentioned when hired.
I believe he flushed-out all the trash on the Books from before his time.
Next Earnings Report in early May is all Enrique's for the 1st Quarter 2020. Should be interesting.

💬     ⇄     ♡ 3     ↑     🔍

---

**EduTeacher (/EduTeacher)**   Bullish   2/28/20, 06:28 PM (/EduTeacher/message/197388833)   •••

(/EduTeacher)

$FGEN (/symbol/FGEN) It will be fascinating to see what Enrique does on Monday's after hours earnings presentation. After a hellish week for the global markets, FGEN remains near unchanged in price. Again it shows just how beat up this stock is.

💬     ⇄     ♡ 2     ↑     🔍

---

**EduTeacher (/EduTeacher)**   2/20/20, 04:01 AM (/EduTeacher/message/195687215)   •••

(/EduTeacher)

$FGEN (/symbol/FGEN) Shares were not "Sold" they were "Transferred", by Tom Neff's wife… (widow) who is listed as the "Executor" of Tom's "Last Will".

The same for BioGrowth Partners, L.P., those FGEN shares owned by Tom Neff were also just "Transferred", not "Sold".

Re: SEC filing Feb 19th.

💬     ⇄     ♡ 4     ↑     🔍

---

**EduTeacher (/EduTeacher)**   2/17/20, 11:48 AM (/EduTeacher/message/195233103)   •••

(/EduTeacher)

$FGEN (/symbol/FGEN) For entertainment, one of my students (I teach a class of Finance at my Alma Mater); found a website called Wallet-Investor or such; that graphs-out how FGEN stock will slowly go down to zero $.00 by the year 2025. Lots of pie-charts and graphs based on "market history" and "projections". Done by "Analysts".

Uhhh … if FGEN stopped everything…. closed the doors… if the drugs were worth nothing… if China never paid a penny… if the FDA said "no"…. All the shareholders would still receive between $10 to $12 a share from Cash, non-contingent milestones, and there is no debt.

A few years back Apple stock price actually came within a hair of going down below its "cash in the bank"… the sales were given zero $.00 value, they were valued as if they would never sell anything… ever again.

And, how did all that work out???

Enter Buffet.

💬 3     ⇄     ♡ 2     ↑     🔍

---

**EduTeacher (/EduTeacher)**   Bullish   2/14/20, 11:19 AM (/EduTeacher/message/194994167)   •••

$FGEN (/symbol/FGEN) Mr. Schoeneck has resigned / stepped back from his post as "Interim President", he had been Co-President to transition

-1-

[(/EduTeacher)]

Enrique in to full control. Mr. Schoeneck still remains on the Board of Directors.

Now, Enrique is the sole / lone CEO & President of Fibrogen.

Time to get this company where it needs to be.

♡ 4

---

[(/EduTeacher)]

**EduTeacher (/EduTeacher)**  2/12/20, 03:56 PM (/EduTeacher/message/194624562)    •••

$FGEN (/symbol/FGEN)  The Earnings per Share for all of the trailing 12 months (through October 2019) was $.46 (cents) a share... for the entire year. That is roughly an average of $.12 (cents) a quarter.
Today, this current quarter, with the milestone payments announced and adding a conservative $20 million a quarter from China as they just get started... Fibrogen will easily pass $1 (dollar) per share in Net Earnings. So, ruffle 10-times the companies historic Earnings per Share. Just simply as is today.
And NO movement in the stock.
Incredible. A $40 stock with only 86 million shares.

♡ 1

---

[(/EduTeacher)]

**EduTeacher (/EduTeacher)**  2/12/20, 02:14 PM (/EduTeacher/message/194596105)    •••

$FGEN (/symbol/FGEN) If this was any other Biotech Company in the world.... this common stock would be skyrocketing!!!
Given the last 4 months' steady stream of incredibly positive events... again shows just how badly this stock's value was manipulated during the previous 5 years by Tom Neff.
Individual traders keep selling if the stock goes up a couple of bucks... understandable since the stock has been in the mud for 5 years.... but look at the SEC filings of the big mutual funds... loading up and holding all the stock for the payoff to come. They now own more than 70% of the company. Incredible difference.

💬 1    ♡ 1

---

[(/EduTeacher)]

**EduTeacher (/EduTeacher)**  2/11/20, 07:54 PM (/EduTeacher/message/194459123)    •••

$FGEN (/symbol/FGEN) The $50-Million milestone payment from AZN is NOT the only milestone payment within the past 2 months and 2 months going forward. Numerous have been triggered. This $50-Million milestone is specific to the NDA being officially accepted.
Jan 2020 SEC 8K references $435-Million in milestones possible this year.

♡ 3

---

[(/EduTeacher)]

**EduTeacher (/EduTeacher)**  1/31/20, 03:53 PM (/EduTeacher/message/192845861)    •••

$FGEN (/symbol/FGEN) The only good thing with a 600+ market daily drop... is FGEN remaining within 1% of being un-changed.
Man this stock has a beat down!!!

♡ 1

---

[(/EduTeacher)]

**EduTeacher (/EduTeacher)**  1/30/20, 11:29 AM (/EduTeacher/message/192583876)    •••

$FGEN (/symbol/FGEN) The near zero volume most days, seems to show how this stock has been so beat-up for so long... that the avalanche of almost weekly new-developments are confusing and the positive news means absolutely nothing to anyone.... until the day that it does.
Yet another filing in Japan today, NDA, with positive safety results explained, does nothing for the stock... again.
I can't wait to see how this plays out when the tide turns... I mean, FGEN has No Debt, literally, and minimal expenses since AZN covers ROX overhead per contract, so where is all of the revenue going to go except the bottom line. And, by revenue, this includes the $435-Million in milestone payments earmarked for this current year in the SEC report.
FGEN is an anomaly, it was mishandled value-wise by Tom Neff for 5 years since the IPO, so shareholders are stunned Today.
When FGEN  turns, it is going to turn fast, and strong.

💬 1    ♡

---

[(/EduTeacher)]

**EduTeacher (/EduTeacher)**  1/27/20, 11:31 AM (/EduTeacher/message/192035921)    •••

$FGEN (/symbol/FGEN) Appears very telling, how the stock market is in a bit of a free-fall today... and yet FGEN is just sitting still... shows how beat up FGEN already was before today. FGEN stock has been oversold and given absolutely no value whatsoever for any of its positive accomplishments. Seriously one of the most undervalued companies on the public markets.

♡ 4

---

[(/EduTeacher)]

**EduTeacher (/EduTeacher)**  1/19/20, 04:28 PM (/EduTeacher/message/191060071)    •••

$FGEN (/symbol/FGEN) CEO did at least of print interviews last week... I'm hoping that he begins T.V. on air interviews very soon. CNBC and others.
Get the great story out there.

-2-

**EduTeacher (/EduTeacher)**  1/14/20, 12:36 PM (/EduTeacher/message/190344307)

$FGEN (/symbol/FGEN) The new CEO's report, filed yesterday with the SEC, appeared to serve 2 clear purposes:

First, it lays out the details of the current status of the Company and upcoming "2020 milestones".

Second, and I believe more importantly, it sent a message to shareholders (both existing and prospective) that this is a CEO who wants to build shareholder value.

I loved how Enrique opened the report early on by saying:

"Beginning January 13, 2020, FibroGen, Inc. (the Company) intends to conduct meetings with existing and prospective investors and analysts in which its corporate slide presentation will be presented."

And it was filed exactly 1 week to the day after officially hiring the new CEO. Of course given that it is a 50 page report, it had been in the works for a while, but it was in the works knowing Enrique was hired, since announcing his departure publically back in mid-October.

Other note in report: finally some numbers data on China, $2,000 per patient per year, etc...

♡ 1

**EduTeacher (/EduTeacher)**  1/7/20, 10:46 AM (/EduTeacher/message/189323301)

$FGEN (/symbol/FGEN) As a follow up to my previous post yesterday on the CEO's salary and how most all of his salary is tied to the current stock price:

If the CEO got FGEN stock to go up to $103... even after paying his employee stock option price of $43.35.... the CEO would net $18-Million Dollars. Which would be quadruple what he made at Eli Lilly.

So, his CEO pay is certainly tied to the current stock price.

The Board wants / needs this stock price to go upwards. Soon.

💬 12   ♡ 1

**EduTeacher (/EduTeacher)**  1/6/20, 05:45 PM (/EduTeacher/message/189232683)

$FGEN (/symbol/FGEN) New CEO's bulk of compensation is "300,000 stock options at an exercise price of $43.35 the price of the close on January 6th".

This is GREAT!!!

If the CEO wants the stock, he much pay $43.35 a share, and then sell it for more... he would certainly hope.

GREAT contract by FGEN's Board for this new CEO!!! He made $5-Million a year at Eli Lilly.... now FGEN offered him only $800,000 in salary... plus 300,000 shares of stock... but at $43.35 a share to buy them to sell.

So, this guy has got to pump the stock to make his pay.

Wow!!! Great Contract by the Board.

Re: By contrast, Tom Neff received almost all of his stock for $0.00 (zero) per share. No motivation, other than self-serving Motivation on Neff's part.

💬 7   ♡ 4

**EduTeacher (/EduTeacher)**  1/6/20, 05:31 PM (/EduTeacher/message/189230518)

$FGEN (/symbol/FGEN) On the December 16th SEC 8-K, the Board of FGEN "Amended the Severance Packages of Executives"... that came 2 weeks before the hire of a new CEO, which the Board obviously already knew about.

That appears to show that the Board also knew that "executives" would be departing soon (one way or the other) and thus "severance packages" had to be set / amended.

I believe shareholders would be well served if this new CEO cleans house, and gets in some new blood to pump up the shareholder value.

The above seems to show that is exactly what is going to happen.

💬 2   ♡ 2

**EduTeacher (/EduTeacher)**  1/6/20, 11:06 AM (/EduTeacher/message/189149293)

$FGEN (/symbol/FGEN) it's long past time, hopefully with a new CEO today, for FGEN to build shareholder value.

A company like SAGE can have a negative P/E Ratio and actually have its drug "fail an FDA trial", and yet this small biotech-SAGE has a market cap higher than FGEN.

But the CEO of SAGE does interviews on CNBC, he talks about the future earnings potential, he boosts his company.

Now that Neff is gone, the Board needs to step up, or shareholders need to vote them all out in June.

♡ 1

**EduTeacher (/EduTeacher)**  1/6/20, 10:04 AM (/EduTeacher/message/189134546)

$FGEN (/symbol/FGEN) interesting how the new CEO just retired from Eli Lilly at the "end of 2019 after 27 years with the company".... so just last week he retired.... and today he is the Board appointed CEO of Fibrogen.

FGEN had been working on this "new hire" for several months… it looks like they started right after Neff's death.
I believe the Board has decided not to take a buyout… but rather grow FGEN in to a major player.

♡ 4

**EduTeacher (/EduTeacher)**   1/3/20, 09:53 AM (/EduTeacher/message/188882196)   •••

$FGEN (/symbol/FGEN) At times like today, for all the good FGEN has done in product-development and in keeping debt low… it has always been a glaring "Flaw" of both the CEO & The Board to not Earn their keep and build "shareholder-value"…. which is literally their job.
So many things they could & should do:
1st would be to do interviews, on CNBC and Wall Street Journal. Get the facts out there and calm nervous investors by simply showing your face and outlining the truth.
2nd would be to show faith in your own stock and Buy-Back some common stock at these prices. FGEN can easily afford to Buy $100 Million in stock today, and promise more Buy-Backs if prices continue to fall.
Milestone payments are due in, and China revenue is coming in… and $700 million in cash currently… Buy-Backs are what the shareholders deserve. And, it is smart at these prices.

♡ 1

**EduTeacher (/EduTeacher)**   12/27/19, 04:00 PM (/EduTeacher/message/188258853)   •••

$FGEN (/symbol/FGEN) Absolutely insane to Sell FGEN at this point.
Why even invest in stocks if you think this is a Sell.

♡

**EduTeacher (/EduTeacher)**   12/26/19, 11:07 AM (/EduTeacher/message/188092324)   •••

$FGEN (/symbol/FGEN) I don't want to argue with you, but you are talking about 2 completely separate things.
Fast Track does mean expedited review.
But, to even get Fast Track status the drug has to provide "relieve to life threatening illnesses", and not just a drug or product for "treatment for a better more comfortable life".
Your discussion of vouchers, approvals, etc… are all true, but for drugs / products that have NOT already been given Fast Track status.
2 completely separate things.
Not worth disputing, it is all good, just a ton of misinformation out there in the public.

♡

**EduTeacher (/EduTeacher)**   12/26/19, 09:54 AM (/EduTeacher/message/188078751)   •••

$FGEN (/symbol/FGEN) This is how it works: There is NO need for this "Voucher" that some people are asking about, because the FDA already granted "Fast Track Designation" to ROX years ago. As such, NO VOUCHER is needed.
Fast-Track Designation, grants by Code Section; "The expedited review of the drug so the approved product can reach the market expeditiously".
Code Section also states: "Fast Track allows for access to FDA before, during, and after submission of an NDA to allow expedited approval of the product to get on the market."
So, this is why AZN didn't use a "voucher"…. they didn't need to.
This drug is coming. Soon.

♡ 2

**EduTeacher (/EduTeacher)**   12/23/19, 12:33 PM (/EduTeacher/message/187881594)   •••

$FGEN (/symbol/FGEN) This is one of those great moments, when everything is lined-up perfectly, and it seems to good to be true… so people do nothing… until it is too late.
From Nobel Prize in Medicine this October, to China reimbursement in November, to NDA with FDA in December.
And day traders will probably sell, and say "the stock went no where recently". And, yes, shorts may push FGEN back below $40. Maybe.
FGEN could sell just their ROX-interest  for double the current market-cap… which would foolishly low.
For those that trade beyond a day, did you see the 8-K last week on "setting employees compensation & stock options upon separation of employment". Do you think that was an accident?? They are teeing-this-up for what's next.

♡ 1

**EduTeacher (/EduTeacher)**   12/18/19, 09:04 AM (/EduTeacher/message/187345244)   •••

$FGEN (/symbol/FGEN) "Scheduled Sale of Stock"… Re: IRS requirements.
Again.

♡ 1

**EduTeacher (/EduTeacher)**   12/14/19, 02:57 PM (/EduTeacher/message/186975594)   •••

$FGEN (/symbol/FGEN) "Trends" don't mean anything.  Up or Down...
The current events of a company matter.
Up or Down...
Bearish-Articles posted reference "Looking back we've seen 40 instances where FGEN pulled back at this price over the years."
So, are these 40 instances over the past 5 years, before FGEN finally had an actual product to sell for money, somehow relevant today after China Tier 1 reimbursement?

♡ 1

**EduTeacher (/EduTeacher)**  12/12/19, 08:04 AM (/EduTeacher/message/186661004)

$FGEN (/symbol/FGEN) Seems like "Shorts" are going to try to make another run at FGEN, maybe since it's quiet and NDA has not been announced yet, the Holiday time, etc. I see old articles being run, comparisons to other stocks P/E Ratio, and a couple of unknown-agencies have cut earnings estimates. Of course all of this is noise and takes no current events in to account.
Sow some doubt and short the stock.
That is really dangerous here.

**EduTeacher (/EduTeacher)**  12/11/19, 12:26 PM (/EduTeacher/message/186565303)

$FGEN (/symbol/FGEN) So much has changed in just the past 2 to 3 months that most of the articles referenced are completely outdated; most significantly was the recent death of Tom Neff; his desire to keep FGEN small enough for him to control, and to then take FGEN private again, was a factor that ended with his death. It changed everything.
Even the FDA timeline has improved. The completion of the MACE presentation in November at Kidney-Week in D.C. was a game changer, to the positive. They reported the largest crowd in 10 years of over 2,000 spectators including FDA officials, as FGEN and AZN presented ROX and the results of the first major new kidney drug in over 30 years.
The time line has improved drastically.
FGEN simply is not the same company it was even 2 months ago.
The Board is being quiet / boring, because they are fielding phone calls and recalibrating the next step, especially with Tom Neff's death... The Board's options grew exponentially.

♡ 3

**EduTeacher (/EduTeacher)**  12/10/19, 09:45 AM (/EduTeacher/message/186381915)

$FGEN (/symbol/FGEN) The "Options" market, specifically the "Calls", are rather interesting with FGEN.
Re: The $50-Strike "Calls" for January, March, and June... have all nearly tripled in price over the past 2 weeks. Some large stakes, several thousand contracts, have taken place.

♡ 1

**EduTeacher (/EduTeacher)**  12/9/19, 08:38 PM (/EduTeacher/message/186340370)

$FGEN (/symbol/FGEN) As previously discussed, the SEC 8-K Reports reflecting "employee sales of stock"; are "Pre-Arranged sales" for Internal Revenue Service (IRS) purposes, structured sales of "Stock Options from Compensation".
These sales mean absolutely Nothing I'm way of employee sentiment towards the stock FGEN.

♡ 1

**EduTeacher (/EduTeacher)**  12/8/19, 09:04 PM (/EduTeacher/message/186210322)

$FGEN (/symbol/FGEN) The FDA Website shows the "Time for Approval of an NDA once filed" as averaging 8 months in time; However when given "Fast-track Status" (like ROX has) the FDA is averaging 4 to 5 months for "Approval".
So, with the NDA filed by FGEN in December, we may see ROX approved by as early as April or May 2020, according to the FDA's own website.
Wow. It is amazing to follow FGEN academically in this stage; the $40's will be gone forever we believe by Wednesday, and the $50's gone forever by December 31st.
Human-nature, people will look back and say "what was I thinking waiting for $32 to Buy?"

💬 3

**EduTeacher (/EduTeacher)**  12/7/19, 11:34 AM (/EduTeacher/message/186152491)

$FGEN (/symbol/FGEN) Dr. Peony's stock options that she just "exercised" and were reported to the SEC; include shares of stock withheld for IRS purposes; and they also report that she had to pay $18 per share for these same shares before she could sell them. Taking the info on the SEC filing, the "Net" cash is exactly $100,000 to Dr. Peony.
Doing a little educated research one can understand that these are all "normal" and scheduled events. In this case Dr. Peony needs $100,000 "Net" from time to time for living expenses etc. It is a part of her compensation as Chief Medical Officer in San Francisco.
As discussed previously, these events with the FGEN Officers mean absolutely nothing in regards to the sentiment of the stock. In this particular

-5-

case, the sale represents less than 1/2 of 1% of Dr. Peony's stock in FGEN. If she hated the stock she would sell the other 99 1/2 % of the stock she currently owns.

💬     ⟳     ♥ 2     ⬆     🔍

**EduTeacher (/EduTeacher)**  12/6/19, 11:35 AM (/EduTeacher/message/186058626)     •••

(/EduTeacher)

$FGEN (/symbol/FGEN) The 8-K filed with the SEC will be coming within days, in regards to the NDA filed with the FDA. Fibrogen already booked the NDA milestone-payments as income last quarter, FGEN would not have booked that if the NDA was not imminent before Dec 31.
Once the NDA is disclosed in the coming 8-K, the E.U. will file the NDA by March as previously disclosed to the SEC in an 8-K.
With China-Revenue in place, and the above filings in place, 2020 is going to be year to remember.

💬 3     ⟳     ♥ 2     ⬆     🔍

**EduTeacher (/EduTeacher)**  12/5/19, 10:18 AM (/EduTeacher/message/185888762)     •••

(/EduTeacher)

$FGEN (/symbol/FGEN) Ignore the "stock trend analysis", it is just noise, and not based on current facts. RE: Another stock we follow for academic purposes is "SAGE", today it fell 60% (sixty percent) at the open, because it's Phase 3 Drug failed an FDA Trial... So, did that historic "stock trend analysis" mean anything? No. Current Events had simply changed.
Likewise, FGEN turned a monumental corner and was placed on Tier 1 Reimbursement in China for its approved drug. Presciptions are being filled today. The biggest news in FGEN's 26 year history. And, Both ROX and PAMREV are on what is called the "FDA Fast-track", which is awarded by FDA for drugs succeeding in all trials and drugs that are needed immediately for patients with particular illnesses.
Historic "stock trend analysis" or for that matter ANY "stock trend analysis" means nothing.

💬     ⟳     ♥ 4     ⬆     🔍

**EduTeacher (/EduTeacher)**  12/4/19, 11:14 PM (/EduTeacher/message/185846784)     •••

(/EduTeacher)

$FGEN (/symbol/FGEN) Set your sights right. My class reads your posts of "$55 is coming" and "$60's will be here"... I discussed how that's natural given the $33 level FGEN just was shorted to... but read the SEC filing, understand where we are now: RE: FGEN was at $55 two years ago in Oct 2017... do not read fictional short-stories; Read the SEC filings online. I have outlined them in my classes post. You are going to hurt yourself with this $55 mindset. Please.

💬     ⟳     ♥ 1     ⬆     🔍

**EduTeacher (/EduTeacher)**  12/4/19, 03:15 PM (/EduTeacher/message/185793430)     •••

(/EduTeacher)

$FGEN (/symbol/FGEN) It's happening, the shorts are "covering / Buying" in 10,000 Share Blocks.
The "heat" they put on the shareholders has turned.

💬     ⟳     ♥     ⬆     🔍

**EduTeacher (/EduTeacher)**  12/4/19, 12:01 PM (/EduTeacher/message/185761377)     •••

(/EduTeacher)

$FGEN (/symbol/FGEN) The traders who instigated the "massive short attack" the last 2 months are now what is called "frozen still" at this point. FGEN actually has very few common shares of stock for a now classified "Manufacturing / Retail Drug Company", fewer than 90 Million shares. By comparison, most have 1 to 3 Billion shares.
The Math shows, simply, there are No more shares to borrow to short FGEN. Even if the shorts wanted to spread more fiction-stories, there are No more shares.
Thus, the shorts need to "Cover", which means they need to "Buy the FGEN shares they sold / shorted".
If they don't "Buy" soon, then this is the stuff that bankrupts hedge funds... every dollar FGEN goes up means ruffly $20 Million in Losses to the shorts. A "Buy Out" announcement could mean 100's of Millions in Losses.
The Shorts simply can not wait much longer, FGEN held up to an 800 point DOW drop Monday & Tuesday. That was the Short's chance and FGEN held steady. The run up is coming.... just the math.

💬 7     ⟳     ♥ 3     ⬆     🔍

**EduTeacher (/EduTeacher)**  12/3/19, 10:26 PM (/EduTeacher/message/185700872)     •••

(/EduTeacher)

$FGEN (/symbol/FGEN) We see only 2 scenarios playing out here, by the math, not by opinion:
1) A "Buy out" will have to be by way of our previous post, RE: the FGEN Bylaws require a company to approach the Board and negotiate a price to be taken to the shareholders. In this event, it will be an "after hours" announcement; RE: "We have been offered 4 shares of AZN stock for every 1 share of FGEN stock". This scenario will be by design to give people no time to get in to the stock, it will open at $160 to $190.
2) FGEN Board does not entertain a Buy-out and this company turns to its now eminent 2020 earnings; RE: In this scenario, the stock can literally only drift higher as cash builds and no material debt exists. I have toured the FGEN headquarters in San Fran several times, they have "no fat", they will not grow overhead as manufacturing ramps up.
All "fictional short preached fears" of MACE and China-refusals are now all factually gone.
The $50's and $60's will be behind us by February.

💬     ⟳     ♥ 6     ⬆     🔍

**EduTeacher (/EduTeacher)**  12/3/19, 09:27 AM (/EduTeacher/message/185595694)  •••

$FGEN (/symbol/FGEN) Shorting here is Dangerous. Wow.

(/EduTeacher)    ⭘    ↻ 1    ♡ 1    ⬆    🔍

---

**EduTeacher (/EduTeacher)**  12/2/19, 10:01 AM (/EduTeacher/message/185476236)  •••

$FGEN (/symbol/FGEN) In regards to a "Buy-Out / Take-Over of FGEN"... this is how it works, factually, not an opinion:

(/EduTeacher)  FGEN is a Delaware incorporated company, and FGEN's Board of Directors inserted what is called a "Poison Pill" in to the Corporate Bylaws, which prevent anyone from "Buying-Out / Taking-Over" the company on the open-market: RE: to prevent a company from going in today and buying up controlling interest in the company at $43 a share. The Bylaws state that a person / company must approach the Board of Directors and "Negotiate Terms of a Buyout". Now, a person / company can indeed buy stock in FGEN up to 10% and then "Vote their shares" to get Board Seats and influence the company's management. This "Poison Pill" is to PROTECT the shareholders from a rediculously-low price, such as $43, for a company worth multiple times more. Of great importance to remember is that everytime progress is made, such as today with the SEC 8-K on China, the "negotiating price" just went up, substantially.

⭘    ↻    ♡    ⬆    🔍

---

**EduTeacher (/EduTeacher)**  12/1/19, 12:17 PM (/EduTeacher/message/185423634)  •••

$FGEN (/symbol/FGEN) In watching / discussing the "historical revenue / earnings" of FGEN, as many people are comparing, one must remember that FGEN did NOT ever have a "product" to sell. Never. only milestone-payments. Simply stated, FGEN was a "development-company" for 25

(/EduTeacher)  years... and that ended last week. Today FGEN is now a "Retail / Manufacturing Drug Company." FGEN has stated that if China awarded them "Tier 1 level reimbursement" it would equal an ADDITIONAL $5 a share in yearly earnings vs. the smaller "Tier 5 level reimbursement". FGEN received Tier 1 and a five-year exclusive-sales-term by the China government last week.

No one knows what the earnings will exactly be, no one, because the exact patient count is unknown, and the exact pricing is unknown. However, even just the "Additional $5 in Tier 1 yearly Earnings" plus the milestone payments due in 2020 at an industry low 20-PE, this is a $180 Common Stock as of Last Week. FGEN is no longer the company of the past 25 years.

⭘    ↻    ♡ 3    ⬆    🔍

---

**EduTeacher (/EduTeacher)**  11/29/19, 10:11 AM (/EduTeacher/message/185330266)  •••

$FGEN (/symbol/FGEN) Something to learn is that psychologically one tends to be happy or even thrilled when ANY rebound in stock price happens after a period of time in which the stock was down & floating sideways. This is understandable, but is incorrect in nature. This particular stock,

(/EduTeacher)  FGEN, had all of this potential news (which is now all happening) out there for months & years. This stock, FGEN, was undervalued when it was at $59 in March of this year. Now, after living through a $33 stock price and a massive short-attack, it is only psychologically natural to get excited and sell. But make people "pay you for your asset", don't give it away. If this stock, FGEN, was a "dog" at $44 six months ago, why would one be happy with $44 today and sell... after the best news in the company's 25 year history?

⭘    ↻    ♡ 2    ⬆    🔍

---

**EduTeacher (/EduTeacher)**  11/28/19, 08:14 PM (/EduTeacher/message/185300986)  •••

$FGEN (/symbol/FGEN) The SEC Form 8-K filed November 12th by FGEN "Material Unscheduled Events" states that "first prescriptions have been written for ROX in China". Now the approval today by China for government reimbursement of those prescriptions... which will start tomorrow. The

(/EduTeacher)  same SEC 8-K states that ROX won the China Award for "Best New Drug", and states over 100 Million Patients currently in immediate need of ROX. A previous SEC Filing stated "China reimbursement cost approval expected by mid 2020"... now it starts tomorrow. I only wish it was not a University holiday so my class could be watching & discussing this tomorrow; as this has created a rather thorny situation for short-sellers. AZN will be in there legally buying stock on December 2nd. Tomorrow should be fun to watch, and educational!!!

⭘    ↻    ♡    ⬆    🔍

---

**EduTeacher (/EduTeacher)**  11/28/19, 11:43 AM (/EduTeacher/message/185286422)  •••

$FGEN (/symbol/FGEN) continued from previous post: And, the headlines of "drug companies slash prices 61% to get on China reimbursement list"... while that may be true, two things:

(/EduTeacher)  1) FGEN stock is currently given "zero value" for any revenue, so any sales is a move up; and, FGEN makes a "Royalty in mid-20%", that's where the FGEN sales comes from, FGEN is not out pushing the drug for sale, AZN is.

2) FGEN is contracted to make "5% to 7% on Manufacturing ROX". This is in addition to the "Royalty in mid-20%".

This truly is an amazing situation How this has all come together. This is no longer wishful thinking or guesses of approval... It happened, it's done.

⭘ 1    ↻    ♡ 1    ⬆    🔍

---

**EduTeacher (/EduTeacher)**  11/28/19, 11:06 AM (/EduTeacher/message/185285067)  •••

$FGEN (/symbol/FGEN) This going to be educational to watch from an academic-level, and actually "fun". This common stock, as mentioned in my

(/EduTeacher)  previous posts, has been pushed to a current level below true book-value at $3 Billion in market cap. The "Non-Contingent" milestone payments

due FGEN regardless of results are $2.4 Billion, plus the liquid cash on hand of $650 Million, equals the entire current market cap at the current stock price. This effectively gives "Zero Value" to the drugs & revenue. Roche bought a drug last month in only Phase 2 for $1.4 Billion, and with a smaller patient-market. FGEN now has an actual China cash-flow, and both drugs on the "FDA Fast-track", with 1 drug submitting an NDA in December. This is an "Anomaly" that is great for academics, where a stock is pushed below liquid book-value, with no value given to revenue nor to assets. There is no where to go lower, the Board would eventually write a check and take the company "Private", which would spawn a skyrocketing stock.

---

**EduTeacher (/EduTeacher)**  11/25/19, 11:29 AM (/EduTeacher/message/184919196)  •••

$FGEN (/symbol/FGEN) continued from previous post: All of the necessary variables as stated in SEC filings:
1) AZN pays 100% of FGEN's overhead in regards to ROX.
2) FGEN will indeed file for NDA with FDA within 4 weeks.
3) AZN on Monday can begin buying FGEN stock on the open market after a 5 year contactrual "Stand Still Period" following the initial IPO in November 2014. AZN can now legally move to "influence the company's leadership".
4) FGEN showed its "First ever income from ROX of $600,000"
5) AZN is aggressively pushing ROX reimbursement in China, for obvious reasons, and FGEN will reap a "Mid-20% Royalty" on every sale AZN makes.
6) FGEN's necessary partner for PAMREV will be a windfall of "earnings" in 2020.
7) FGEN will have $1 Billion in Liquid Cash by March 2020, with NO debt and with NO bonds ever issued.
By June 2021 even at a P/E of just "20" FGEN will be a $400 stock, and split-multiple to 1.

2        1        2

---

**EduTeacher (/EduTeacher)**  11/25/19, 10:57 AM (/EduTeacher/message/184913771)  •••

$FGEN (/symbol/FGEN) I started following / posting to this website because I have been utilizing FGEN stock since 2014 in a finance class I've taught since '93. This case, simply said, is an amazing example for both students & traders alike: A better script of a casestudy could not be written. In regards to a "buy out" which is very understandably discussed & frankly appears to be "wished for" by many traders... well, a "buy out" would be the abousolte worse thing at this point in time for a shareholder, for the factual reason that the shareholders would never realize the true-value of the common stock, not at this point in time, we crossed that point during the November SEC filings and simultantious earnings call. Do not wish for a buy-out, unless you trade hour to hour, which in that case, well, that is something different. And, "NO", this is not one of those hold for years prognosis... A buy-out of even $92 (which we extimate would be the offer range)... would be frankly a "theft".

1

---

**EduTeacher (/EduTeacher)**  11/24/19, 09:39 PM (/EduTeacher/message/184865962)  •••

$FGEN (/symbol/FGEN) This holiday week of trading, should bring very light-volume in trading, and some possible shorting downwards. However, come the following week in December, start counting days to the "I told you so day"... because with FGEN having filed a Form 8K with the SEC specifically saying "NDA to be filed by year end"... it is indeed going to happen; FGEN is too conservative and they would NOT risk being accused of "falsely swaying shareholders" by the SEC. So, once the NDA is filed and China approved reimbursements of ROX.... that'll be the end of the 30's.

1

---

**EduTeacher (/EduTeacher)**  11/20/19, 02:24 PM (/EduTeacher/message/184445112)  •••

$FGEN (/symbol/FGEN) A great case-study is Apple stock; this has been studied extensively: from 2012 to 2017 Apple stock was shorted & pumped-up on a monthly basis... this was possible because it is a solid company with solid financials. On the day Buffet bought Apple stock in the $120 range... it was over. The shorts knew Buffet "holds" stock and buys more during dips. Shorts left, and Apple stock went up 150% in 18 months. And, that's in a "Big Cap". On a "Small Cap" like FGEN... who knows how high it's true value is, you may need to add a zero at the end of the current stock price.

1

---

**EduTeacher (/EduTeacher)**  11/20/19, 02:23 PM (/EduTeacher/message/184445069)  •••

$FGEN (/symbol/FGEN) Yes, the volume is indeed light, a lot of planning going on. There will most likely be 1 more "Massive Short Attack", for 2 reasons: first, to buy more "Calls / Leaps" at the floor of $33 to $35... and second, to do it before FDA's NDA is filed & China approves reimbursement of drug sales. This legal-manipulation is case-studied at Ivy League universities and then those students grow to do it themselves. However, we are at the end here with Fibrogen, most likely 1 more "Massive Short Attack" at 50% of total volume and then that's it.

1        1

---

**EduTeacher (/EduTeacher)**  11/18/19, 01:52 PM (/EduTeacher/message/184129334)  •••

$FGEN (/symbol/FGEN) Massive "Short Attacks" like this one on FGEN, are never done on a truly "bad company", because these Shorts, at this high / massive level, make the real / substantial monies on pumping the stock back up once they have bought the "Calls / Leaps" for pennies. Once these shorts see a floor established, they know they can not push the stock down any further, so the "Calls / Leaps" are purchased at that point,

then they "Cover" their shorts and ride the stock up before selling these "Calls / Leaps" for 10, 20, or 30 times what they paid for them. Over 75% of FGEN stock is owned by institutions & insiders, as disclosed, and they are not selling OTHER THAN predetermined-IRS-scheduled sells every month. At $33 to $35 a share, there simply is no more stock to borrow and short.

💬 1                      🔁                      ♡ 2                                              🔍

**EduTeacher (/EduTeacher)**  11/18/19, 01:38 PM (/EduTeacher/message/184126887)                                    •••

(/EduTeacher)  $FGEN (/symbol/FGEN) A "Short Attack" in which Both the "Short Interest" and "Short Volume" is over 20% is considered, by any recognized standard, as extremely high. A short-attack with both short-interest and short-volume over 40%, as with FGEN these past weeks is considered nearly unheard of. However, there are instances where a group orchestrated a massive short-attack on a company, and then went in a purchased "Calls / Leaps" for pennies on the dollar to reap 10's and sometimes 100's of millions of dollars When the Shorts "flip the switch" and start to pump up the stock. Un-ethical? Yes, because the spread knowingly false stories. Illegal? No.

💬                      🔁                      ♡ 2                                              🔍

**EduTeacher (/EduTeacher)**  11/18/19, 11:01 AM (/EduTeacher/message/184099408)                                    •••

(/EduTeacher)  $FGEN (/symbol/FGEN) FYI- all of these "Form S-4" filed with the SEC in regards to "insider selling" are ALL predetermined "stock sell structures" required by both the Internal Revenue Service and the SEC. They mean absolutely NOTHING in regards to the insider's views on the stock. RE: if the stock was at $35 or $55 or $85... the "Sell" would still be triggered and reported on a Form S-4 to the SEC. This can actually be good or bad for the employee / insider... depending on a predetermined date of monthly sells of the stock.

💬                      🔁                      ♡ 2                                              🔍

**EduTeacher (/EduTeacher)**  11/18/19, 10:54 AM (/EduTeacher/message/184098003)                                    •••

$FGEN (/symbol/FGEN)

(/EduTeacher)  💬                      🔁                      ♡                                              🔍