# EXHIBIT C

# Sepulveda's Common Stock Transactions

(Highlighted rows indicate where Sepulveda sold shares within one day of purchase)

| Transaction | Date | Price | Shares Traded | Balance of Shares Held During Class Period | |
|---|---|---|---|---|---|
| **Morgan Stanley Roth IRA** | | | | | |
| Purchase | 12/15/17 | $41.70 | 2,600 | 2,600 | |
| Sale | 01/30/18 | $61.11 | (1,950) | 650 | |
| Purchase | 02/16/18 | $56.34 | 1,950 | 2,600 | |
| Sale | 02/28/18 | $55.01 | (9,024) | **(6,424)** | ← Sepulveda sells all holdings |
| Sale | 02/28/18 | $56.65 | (5,976) | (12,400) | |
| Purchase | 03/27/18 | $45.25 | 2,500 | 2,500 | |
| Purchase | 03/27/18 | $46.80 | 2,500 | 5,000 | |
| Purchase | 03/29/18 | $46.15 | 2,500 | 7,500 | |
| Purchase | 03/29/18 | $46.60 | 2,500 | 10,000 | |
| Purchase | 04/02/18 | $45.08 | 2,500 | 12,500 | |
| Purchase | 04/03/18 | $45.10 | 2,500 | 15,000 | |
| Sale | 05/10/18 | $47.05 | (15,000) | **0** | ← Sepulveda sells all holdings |
| Purchase | 05/16/18 | $52.60 | 5,000 | 5,000 | |
| Purchase | 05/22/18 | $53.00 | 5,000 | 10,000 | |
| Purchase | 06/04/18 | $54.00 | 684 | 10,684 | |
| Purchase | 06/04/18 | $54.10 | 103 | 10,787 | |
| Purchase | 06/04/18 | $54.34 | 4,213 | 15,000 | |
| Sale | 06/14/18 | $60.15 | (7,500) | 7,500 | |
| Purchase | 06/19/18 | $61.50 | 2,500 | 10,000 | |
| Purchase | 06/20/18 | $64.20 | 2,500 | 12,500 | |
| Sale | 07/06/18 | $66.70 | (7,500) | 5,000 | |
| Sale | 07/06/18 | $67.01 | (5,000) | **0** | ← Sepulveda sells all holdings |
| Purchase | 07/09/18 | $65.50 | 7,500 | 7,500 | |
| Purchase | 07/09/18 | $65.89 | 2,500 | 10,000 | |
| Purchase | 07/11/18 | $65.60 | 2,500 | 12,500 | |
| Purchase | 07/20/18 | $65.41 | 1,500 | 14,000 | |
| Purchase | 08/07/18 | $62.89 | 6,000 | 20,000 | |
| Sale | 09/04/18 | $60.73 | (2,500) | 17,500 | |
| Purchase | 11/19/18 | $38.65 | 2,500 | 20,000 | |
| Sale | 12/07/18 | $40.00 | (2,500) | 17,500 | |
| Sale | 12/10/18 | $37.57 | (2,500) | 15,000 | |
| Sale | 12/11/18 | $40.47 | (2,500) | 12,500 | |
| Purchase | 12/18/18 | $41.84 | 2,500 | 15,000 | |
| Sale | 12/20/18 | $45.47 | (5,000) | 10,000 | |

| Transaction | Date | Price | Shares Traded | Balance of Shares Held During Class Period | |
|---|---|---|---|---|---|
| Sale | 12/28/18 | $44.00 | (5,000) | 5,000 | |
| Purchase | 01/02/19 | $45.65 | 2,500 | 7,500 | |
| Purchase | 01/03/19 | $43.24 | 1,500 | 9,000 | |
| Purchase | 01/07/19 | $46.60 | 3,500 | 12,500 | |
| Purchase | 01/07/19 | $46.82 | 2,500 | 15,000 | |
| Purchase | 01/07/19 | $47.10 | 2,500 | 17,500 | |
| Sale | 01/14/19 | $46.90 | (2,500) | 15,000 | |
| Sale | 01/17/19 | $51.13 | (5,000) | 10,000 | |
| Purchase | 01/23/19 | $52.05 | 2,500 | 12,500 | |
| Purchase | 01/24/19 | $53.27 | 2,750 | 15,250 | |
| Purchase | 02/01/19 | $55.09 | 200 | 15,450 | |
| Sale | 04/15/19 | $48.17 | (1,450) | 14,000 | |
| Purchase | 04/17/19 | $46.70 | 1,500 | 15,500 | |
| Sale | 04/22/19 | $47.00 | (1,500) | 14,000 | |
| Sale | 06/07/19 | $38.39 | (1,000) | 13,000 | |
| Sale | 08/29/19 | $45.79 | (1,000) | 12,000 | |
| Sale | 11/12/19 | $35.46 | (1,000) | 11,000 | |
| Purchase | 12/12/19 | $47.71 | 725 | 11,725 | |
| Sale | 12/30/19 | $43.70 | (1,725) | 10,000 | |
| Purchase | 01/15/20 | $42.32 | 1,000 | 11,000 | |
| Sale | 01/21/20 | $42.43 | (1,000) | 10,000 | |
| Purchase | 03/10/20 | $35.74 | 5,000 | 15,000 | |
| Sale | 03/10/20 | $36.85 | (5,000) | 10,000 | |
| Sale | 03/12/20 | $32.51 | (2,500) | 7,500 | |
| Sale | 03/12/20 | $32.51 | (2,500) | 5,000 | |
| Sale | 03/12/20 | $33.89 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 03/16/20 | $27.90 | 5,000 | 5,000 | |
| Sale | 03/16/20 | $29.04 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 03/17/20 | $24.80 | 5,000 | 5,000 | |
| Sale | 03/17/20 | $25.25 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 03/18/20 | $23.93 | 3,000 | 3,000 | |
| Purchase | 03/19/20 | $23.25 | 2,000 | 5,000 | |
| Purchase | 03/19/20 | $24.91 | 5,000 | 10,000 | |
| Purchase | 03/23/20 | $26.50 | 288 | 10,288 | |
| Sale | 03/23/20 | $24.69 | (2,340) | 7,948 | |
| Sale | 03/23/20 | $25.01 | (7,660) | 288 | |
| Purchase | 03/24/20 | $30.53 | 4,500 | 4,788 | |
| Sale | 03/26/20 | $33.00 | (4,788) | 0 | ← Sepulveda sells all holdings |
| Purchase | 03/30/20 | $32.34 | 1,030 | 1,030 | |
| Purchase | 03/30/20 | $32.80 | 1,470 | 2,500 | |
| Purchase | 03/30/20 | $33.12 | 2,500 | 5,000 | |

| Transaction | Date | Price | Shares Traded | Balance of Shares Held During Class Period | |
|---|---|---|---|---|---|
| Sale | 03/30/20 | $34.70 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 04/01/20 | $33.50 | 2,500 | 2,500 | |
| Purchase | 04/01/20 | $34.34 | 2,500 | 5,000 | |
| Purchase | 04/03/20 | $31.94 | 2,500 | 7,500 | |
| Sale | 04/06/20 | $34.38 | (7,500) | 0 | ← Sepulveda sells all holdings |
| Purchase | 04/08/20 | $34.50 | 5,000 | 5,000 | |
| Sale | 04/09/20 | $35.75 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 04/13/20 | $36.08 | 4,000 | 4,000 | |
| Purchase | 04/14/20 | $36.10 | 1,000 | 5,000 | |
| Sale | 04/14/20 | $36.88 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 04/15/20 | $35.46 | 5,000 | 5,000 | |
| Sale | 04/17/20 | $38.40 | (2,368) | 2,632 | |
| Sale | 04/17/20 | $38.50 | (2,632) | 0 | ← Sepulveda sells all holdings |
| Purchase | 04/20/20 | $38.62 | 1,500 | 1,500 | |
| Purchase | 04/20/20 | $39.70 | 5,000 | 6,500 | |
| Purchase | 04/20/20 | $39.80 | 2,500 | 9,000 | |
| Sale | 04/23/20 | $40.00 | (672) | 8,328 | |
| Purchase | 04/30/20 | $37.45 | 672 | 9,000 | |
| Sale | 05/04/20 | $35.15 | (2,000) | 7,000 | |
| Sale | 05/04/20 | $35.64 | (1,000) | 6,000 | |
| Sale | 05/05/20 | $37.32 | (1,000) | 5,000 | |
| Sale | 05/08/20 | $35.82 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 05/21/20 | $36.72 | 1,500 | 1,500 | |
| Purchase | 05/21/20 | $37.48 | 2,000 | 3,500 | |
| Purchase | 05/27/20 | $36.69 | 1,500 | 5,000 | |
| Purchase | 05/29/20 | $33.66 | 3,000 | 8,000 | |
| Sale | 06/04/20 | $33.07 | (300) | 7,700 | |
| Sale | 06/05/20 | $33.66 | (350) | 7,350 | |
| Sale | 06/10/20 | $36.94 | (200) | 7,150 | |
| Sale | 06/15/20 | $38.64 | (3,000) | 4,150 | |
| Sale | 06/15/20 | $38.92 | (4,150) | 0 | ← Sepulveda sells all holdings |
| Purchase | 06/18/20 | $40.92 | 2,500 | 2,500 | |
| Purchase | 06/22/20 | $40.43 | 2,500 | 5,000 | |
| Sale | 06/29/20 | $40.45 | (2,000) | 3,000 | |
| Sale | 07/08/20 | $41.62 | (3,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 07/28/20 | $41.43 | 1,500 | 1,500 | |
| Purchase | 07/28/20 | $42.32 | 1,500 | 3,000 | |
| Purchase | 07/31/20 | $40.45 | 1,000 | 4,000 | |
| Purchase | 08/06/20 | $41.65 | 1,000 | 5,000 | |
| Sale | 08/07/20 | $44.57 | (2,500) | 2,500 | |
| Purchase | 08/10/20 | $44.91 | 1,500 | 4,000 | |

| Transaction | Date | Price | Shares Traded | Balance of Shares Held During Class Period | |
|---|---|---|---|---|---|
| Sale | 08/19/20 | $42.81 | (4,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 08/20/20 | $40.59 | 5,000 | 5,000 | |
| Sale | 08/24/20 | $41.86 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 08/31/20 | $43.71 | 2,000 | 2,000 | |
| Purchase | 09/01/20 | $44.55 | 3,000 | 5,000 | |
| Sale | 09/16/20 | $45.36 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 09/22/20 | $42.23 | 5,000 | 5,000 | |
| Sale | 09/23/20 | $44.00 | (5,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 09/25/20 | $42.36 | 5,000 | 5,000 | |
| Sale | 10/05/20 | $43.43 | (4,054) | 946 | |
| Sale | 10/05/20 | $43.60 | (946) | 0 | ← Sepulveda sells all holdings |
| Purchase | 10/09/20 | $48.75 | 2,500 | 2,500 | |
| Purchase | 10/12/20 | $49.08 | 1,500 | 4,000 | |
| Sale | 11/09/20 | $41.86 | (1,000) | 3,000 | |
| Sale | 11/13/20 | $41.95 | (1,000) | 2,000 | |
| Purchase | 11/17/20 | $43.56 | 1,350 | 3,350 | |
| Sale | 12/01/20 | $41.69 | (350) | 3,000 | |
| Sale | 12/21/20 | $38.81 | (3,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 01/14/21 | $41.35 | 1,700 | 1,700 | |
| Sale | 02/02/21 | $49.88 | (200) | 1,500 | |
| Purchase | 02/08/21 | $53.04 | 500 | 2,000 | |
| Purchase | 02/25/21 | $51.56 | 950 | 2,950 | |
| Purchase | 03/02/21 | $35.18 | 2,000 | 4,950 | |
| Sale | 03/02/21 | $36.28 | (2,000) | 2,950 | |
| Sale | 03/02/21 | $37.36 | (950) | 2,000 | |
| Purchase | 03/04/21 | $33.82 | 1,000 | 3,000 | |
| **Morgan Stanley Active Assets** | | | | | |
| Sale | 10/19/17 | $53.78 | (1,500) | (1,500) | |
| Sale | 10/20/17 | $54.72 | (1,000) | (2,500) | |
| Purchase | 02/01/19 | $55.85 | 1,350 | 1,350 | |
| Purchase | 02/27/19 | $57.60 | 700 | 2,050 | |
| Sale | 02/28/19 | $57.50 | (700) | 1,350 | |
| Sale | 03/15/19 | $57.04 | (350) | 1,000 | |
| Sale | 03/18/19 | $55.17 | (1,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 09/23/19 | $40.84 | 250 | 250 | |
| Sale | 09/30/19 | $37.30 | (250) | 0 | ← Sepulveda sells all holdings |
| Purchase | 08/06/20 | $41.50 | 1,000 | 1,000 | |
| Sale | 08/07/20 | $44.87 | (1,000) | 0 | ← Sepulveda sells all holdings |
| Purchase | 08/10/20 | $44.89 | 1,000 | 1,000 | |
| Sale | 08/19/20 | $42.98 | (1,000) | 0 | ← Sepulveda sells all holdings |

| Transaction | Date | Price | Shares Traded | Balance of Shares Held During Class Period | |
|---|---|---|---|---|---|
| **Charles Schwab** | | | | | |
| Purchase | 08/24/18 | $59.60 | 425 | 425 | |
| Sale | 08/27/18 | $60.40 | (425) | 0 | ← Sepulveda sells all holdings |
| Purchase | 10/10/18 | $50.26 | 200 | 200 | |
| Sale | 10/11/18 | $49.70 | (200) | 0 | ← Sepulveda sells all holdings |
| Purchase | 05/19/20 | $35.50 | 500 | 500 | |
| Sale | 05/20/20 | $36.80 | (400) | 100 | |
| Sale | 05/20/20 | $36.66 | (100) | 0 | ← Sepulveda sells all holdings |
| Purchase | 05/22/20 | $36.55 | 350 | 350 | |
| Sale | 05/27/20 | $36.42 | (50) | 300 | |
| Sale | 06/02/20 | $33.62 | (300) | 0 | ← Sepulveda sells all holdings |
| Purchase | 03/12/21 | $34.78 | 88 | 88 | |
| Sale | 03/16/21 | $33.90 | (88) | 0 | ← Sepulveda sells all holdings |