# EXHIBIT A

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Stefano Branca, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the related complaints in this case and authorize the filing of lead plaintiff papers on my behalf.

2. I am willing to serve as a representative party on behalf of all persons who purchased FibroGen, Inc. securities during the Class Period, including providing testimony at deposition and trial, if necessary.

3. During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5. I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Rivoli, Italy.

7/1/2021

———————————

DATE

DocuSigned by:

*Stefano Branca*

8C14EF9D7911495...

———————————————

STEFANO BRANCA

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Giuliana Mollo, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I have reviewed the related complaints in this case and authorize the filing of lead plaintiff papers on my behalf.

2.      I am willing to serve as a representative party on behalf of all persons who purchased FibroGen, Inc. securities during the Class Period, including providing testimony at deposition and trial, if necessary.

3.      During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4.      I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5.      I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6.      I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Rivoli, Italy.

DocuSigned by:

Giuliana Mollo

2D3159408E9D402...

7/2/2021

DATE

GIULIANA MOLLO