# EXHIBIT B



*Source:* Hagens Berman Sobol Shapiro LLP

*April 07, 2021 16:13 ET*

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages FibroGen (FGEN) Investors with Losses to Contact Its Attorneys Now, Company Admits to Manipulating Data for Anemia Drug

SAN FRANCISCO, April 07, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges FibroGen, Inc. **(NASDAQ: FGEN)** investors with significant losses to submit your losses now. The firm is investigating possible securities fraud and certain investors may have valuable claims.

**Visit:** www.hbsslaw.com/investor-fraud/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
                      **844-916-0895**

**FibroGen, Inc. (NASDAQ: FGEN) Investigation:**

The investigation is focused on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

In past quarters, FibroGen has touted the prospects of roxadustat. A key selling point for the drug has been its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets, reduced their investment recommendations, and the price of FibroGen shares plummeted.

"We're focused on investors' losses and whether FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.  More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages FibroGen (FGEN) Investors with Losses to Contact Its Attorneys Now, Company Admits to Manipulating Data for Anemia Drug



NEWS PROVIDED BY
**Hagens Berman Sobol Shapiro LLP →**
Apr 08, 2021, 09:36 ET

SAN FRANCISCO, April 8, 2021 /PRNewswire/ -- Hagens Berman urges FibroGen, Inc. (NASDAQ: FGEN) investors with significant losses to submit your losses now. The firm is investigating possible securities fraud and certain investors may have valuable claims.

**Visit:** www.hbsslaw.com/investor-fraud/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
**844-916-0895**

**FibroGen, Inc. (NASDAQ: FGEN) Investigation:**

The investigation is focused on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

In past quarters, FibroGen has touted the prospects of roxadustat. A key selling point for the drug has been its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets, reduced their investment recommendations, and the price of FibroGen shares plummeted.

"We're focused on investors' losses and whether FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 844-916-0895

SOURCE Hagens Berman Sobol Shapiro LLP

Related Links

https://www.hbsslaw.com



*Source:* Hagens Berman Sobol Shapiro LLP

*April 12, 2021 10:05 ET*

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages FibroGen (FGEN) Investors with Losses to Contact Its Attorneys Now, Company Admits to Manipulating Data for Anemia Drug

SAN FRANCISCO, April 12, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges FibroGen, Inc. **(NASDAQ: FGEN)** investors with significant losses to submit your losses now. The firm is investigating possible securities fraud and certain investors may have valuable claims.

**Visit:** www.hbsslaw.com/cases/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
844-916-0895

**FibroGen, Inc. (NASDAQ: FGEN) Investigation:**

The investigation is focused on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

In past quarters, FibroGen has touted the prospects of roxadustat. A key selling point for the drug has been its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets, reduced their investment recommendations, and the price of FibroGen shares plummeted.

"We're focused on investors' losses and whether FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages FibroGen (FGEN) Investors with Losses to Contact Its Attorneys Now, Securities Fraud Class Action Filed and Investor Deadline Established



NEWS PROVIDED BY
**Hagens Berman Sobol Shapiro LLP →**
Apr 19, 2021, 10:05 ET

SAN FRANCISCO, April 19, 2021 /PRNewswire/ -- Hagens Berman urges FibroGen, Inc. (NASDAQ: FGEN) investors with significant losses to submit your losses now.

**Class Period:** Nov. 8, 2019 – Apr. 6, 2021
**Lead Plaintiff Deadline:** June 11, 2021
**Visit:** www.hbsslaw.com/cases/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
                    **844-916-0895**

**FibroGen, Inc.** (NASDAQ: FGEN) **Securities Fraud Action:**

The complaint centers on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

Throughout the Class Period, FibroGen touted the prospects of roxadustat. A key selling point for the drug was its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets and reduced their investment recommendations. On this news, the Company's share price fell over 43%, to close at $19.74 per share on Apr. 7, 2021. Shares continued to fall 5% on Apr. 8, 2021, on heavy volume.

"We're focused on investors' losses and proving FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program.  Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email mailto:FGEN@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

<u>Contact:</u>

Reed Kathrein, 844-916-0895

SOURCE Hagens Berman Sobol Shapiro LLP

Related Links

https://www.hbsslaw.com



*Source:* *Hagens Berman Sobol Shapiro LLP*

*April 20, 2021 16:14 ET*

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages FibroGen (FGEN) Investors with Losses to Contact Its Attorneys Now, Announces Filing of Securities Fraud Class Action

SAN FRANCISCO, April 20, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges FibroGen, Inc. **(NASDAQ: FGEN)** investors with significant losses to submit your losses now.

**Class Period:** Nov. 8, 2019 – Apr. 6, 2021
**Lead Plaintiff Deadline:** June 11, 2021
**Visit:** www.hbsslaw.com/cases/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
**844-916-0895**

### FibroGen, Inc. (NASDAQ: FGEN) Securities Fraud Action:

The complaint centers on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

Throughout the Class Period, FibroGen touted the prospects of roxadustat. A key selling point for the drug was its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets and reduced their investment recommendations. On this news, the Company's share price fell over 43%, to close at $19.74 per share on Apr. 7, 2021. Shares continued to fall 5% on Apr. 8, 2021, on heavy volume.

"We're focused on investors' losses and proving FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More

about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*April 26, 2021 12:00 ET*

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Reminds FibroGen (FGEN) Investors to Securities Fraud Lawsuit and Application Deadline, Encourages Investors with Losses to Contact Its Attorneys Now

SAN FRANCISCO, April 26, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges FibroGen, Inc. **(NASDAQ: FGEN)** investors with significant losses to submit your losses now.

**Class Period:** Nov. 8, 2019 – Apr. 6, 2021
**Lead Plaintiff Deadline:** June 11, 2021
**Visit:** www.hbsslaw.com/cases/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
      **844-916-0895**

**FibroGen, Inc. (NASDAQ: FGEN) Securities Fraud Action:**

The complaint centers on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

Throughout the Class Period, FibroGen touted the prospects of roxadustat. A key selling point for the drug was its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets and reduced their investment recommendations. On this news, the Company's share price fell over 43%, to close at $19.74 per share on Apr. 7, 2021. Shares continued to fall 5% on Apr. 8, 2021, on heavy volume.

"We're focused on investors' losses and proving FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More

about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @hbsslaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*May 03, 2021 14:00 ET*

## HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Alerts FibroGen (FGEN) Investors to Securities Fraud Lawsuit and Application Deadline, Advises Investors with Losses to Contact Its Attorneys Now

SAN FRANCISCO, May 03, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges FibroGen, Inc. **(NASDAQ: FGEN)** investors with significant losses to submit your losses now.

**Class Period:** Nov. 8, 2019 – Apr. 6, 2021
**Lead Plaintiff Deadline:** June 11, 2021
**Visit:** www.hbsslaw.com/cases/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
                                   **844-916-0895**

**FibroGen, Inc. (NASDAQ: FGEN) Securities Fraud Action:**

The complaint centers on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

Throughout the Class Period, FibroGen touted the prospects of roxadustat. A key selling point for the drug was its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets and reduced their investment recommendations. On this news, the Company's share price fell over 43%, to close at $19.74 per share on Apr. 7, 2021. Shares continued to fall 5% on Apr. 8, 2021, on heavy volume.

"We're focused on investors' losses and proving FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More

about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @hbssslaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*May 08, 2021 13:15 ET*

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Alerts FibroGen (FGEN) Investors to EXPANDED FRAUDULENT PERIOD in Securities Fraud Action: Investors Should Secure Counsel

SAN FRANCISCO, May 08, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges FibroGen, Inc. **(NASDAQ: FGEN)** investors with significant losses to submit your losses now.

**Class Period:** Oct. 18, 2017 – Apr. 6, 2021
**Lead Plaintiff Deadline:** June 11, 2021
**Visit:** www.hbsslaw.com/cases/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
844-916-0895

**FibroGen, Inc. (NASDAQ: FGEN) Securities Fraud Action:**

The complaint centers on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

Throughout the Class Period, FibroGen touted the prospects of roxadustat. A key selling point for the drug was its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets and reduced their investment recommendations. On this news, the Company's share price fell over 43%, to close at $19.74 per share on Apr. 7, 2021. Shares continued to fall 5% on Apr. 8, 2021, on heavy volume.

"We're focused on investors' losses and proving FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More

about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895

# HAGENS BERMAN Alerts FibroGen (FGEN) Investors to EXPANDED FRAUDULENT PERIOD in Securities Fraud Action: Investors Should Secure Counsel



NEWS PROVIDED BY
**Hagens Berman Sobol Shapiro LLP →**
May 11, 2021, 09:19 ET

SAN FRANCISCO, May 11, 2021 /PRNewswire/ -- Hagens Berman urges FibroGen, Inc. (NASDAQ: FGEN) investors with significant losses to submit your losses now.

**Class Period:** Oct. 18, 2017 – Apr. 6, 2021
**Lead Plaintiff Deadline:** June 11, 2021
**Visit:** www.hbsslaw.com/cases/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
                             **844-916-0895**

**FibroGen, Inc. (NASDAQ: FGEN) Securities Fraud Action:**

The complaint centers on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

Throughout the Class Period, FibroGen touted the prospects of roxadustat. A key selling point for the drug was its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO.  As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets and reduced their investment recommendations. On this news, the Company's share price fell over 43%, to close at $19.74 per share on Apr. 7, 2021. Shares continued to fall 5% on Apr. 8, 2021, on heavy volume.

"We're focused on investors' losses and proving FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program.  Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC.  For more information, call Reed Kathrein at **844-916-0895** or email mailto:FGEN@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com.  For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 844-916-0895

SOURCE Hagens Berman Sobol Shapiro LLP

Related Links

https://www.hbsslaw.com



*Source:* Hagens Berman Sobol Shapiro LLP

*May 13, 2021 10:16 ET*

# FGEN INVESTORS ACT NOW: Contact HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, to Recover Losses Due to Alleged Securities Fraud

SAN FRANCISCO, May 13, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges FibroGen, Inc. **(NASDAQ: FGEN)** investors with significant losses to submit your losses now.

| | |
|---|---|
| **Class Period:** | Oct. 18, 2017 – Apr. 6, 2021 |
| **Lead Plaintiff Deadline:** | June 11, 2021 |
| **Visit:** | www.hbsslaw.com/cases/FGEN |
| **Contact An Attorney Now:** | FGEN@hbsslaw.com |
| | 844-916-0895 |

### FibroGen, Inc. (NASDAQ: FGEN) Securities Fraud Action:

The complaint centers on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

Throughout the Class Period, FibroGen touted the prospects of roxadustat. A key selling point for the drug was its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets and reduced their investment recommendations. On this news, the Company's share price fell over 43%, to close at $19.74 per share on Apr. 7, 2021. Shares continued to fall 5% on Apr. 8, 2021, on heavy volume.

"We're focused on investors' losses and proving FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More

about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @hb_sslaw.

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*May 18, 2021 11:48 ET*

# HAGENS BERMAN Encourages FibroGen (FGEN) Investors with Losses to Contact the Firm, Securities Fraud Class Action Filed

SAN FRANCISCO, May 18, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges FibroGen, Inc. **(NASDAQ: FGEN)** investors with significant losses to submit your losses now.

**Class Period:** Oct. 18, 2017 – Apr. 6, 2021
**Lead Plaintiff Deadline:** June 11, 2021
**Visit:** www.hbsslaw.com/cases/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
**844-916-0895**

**FibroGen, Inc. (NASDAQ: FGEN) Securities Fraud Action:**

The complaint centers on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

Throughout the Class Period, FibroGen touted the prospects of roxadustat. A key selling point for the drug was its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets and reduced their investment recommendations. On this news, the Company's share price fell over 43%, to close at $19.74 per share on Apr. 7, 2021. Shares continued to fall 5% on Apr. 8, 2021, on heavy volume.

"We're focused on investors' losses and proving FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:
Reed Kathrein, 844-916-0895

Contact:
Reed Kathrein, 844-916-0895



*Source:* Hagens Berman Sobol Shapiro LLP

*May 23, 2021 10:48 ET*

# HAGENS BERMAN Reminds FibroGen (FGEN) Investors of Securities Fraud Lawsuit and June 11th Deadline, Encourages Investors with Losses to Contact the Firm

SAN FRANCISCO, May 23, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges FibroGen, Inc. **(NASDAQ: FGEN)** investors with significant losses to submit your losses now.

**Class Period:** Oct. 18, 2017 – Apr. 6, 2021
**Lead Plaintiff Deadline:** June 11, 2021
**Visit:** www.hbsslaw.com/cases/FGEN
**Contact An Attorney Now:** FGEN@hbsslaw.com
844-916-0895

**FibroGen, Inc. (NASDAQ: FGEN) Securities Fraud Action:**

The complaint centers on FibroGen's presentation of false data of roxadustat to make the anemia drug look safer than it is.

Throughout the Class Period, FibroGen touted the prospects of roxadustat. A key selling point for the drug was its purported heart safety as compared to standard of care erythropoietin (EPO) injectable therapies, which cannot be proscribed to a variety of patients at risk of major cardiac events. To support this marketing edge, FibroGen presented data from phase 3 trials purportedly showing roxadustat was safer than EPO, among other at risk populations, in incident dialysis patients.

But after the market closed on Apr. 6, 2021, FibroGen stunningly admitted to altering stratification factors to make roxadustat's hazard ratios indicate lower risk relative to EPO. As a result of the data manipulation, FibroGen CEO Enrique Conterno admitted that the company can no longer say its drug was safer than EPO in incident dialysis patients.

In response to this news, several analysts slashed their FibroGen share price targets and reduced their investment recommendations. On this news, the Company's share price fell over 43%, to close at $19.74 per share on Apr. 7, 2021. Shares continued to fall 5% on Apr. 8, 2021, on heavy volume.

"We're focused on investors' losses and proving FibroGen senior management intentionally manipulated the safety-related data for its anemia drug," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you are a FibroGen investor and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding FibroGen should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email FGEN@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation.   More

about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @hbsslaw.

Contact:
Reed Kathrein, 844-916-0895





# Scott+Scott Attorneys at Law LLP Announces Investigation into FibroGen, Inc. (FGEN)

April 08, 2021 02:51 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, is investigating whether FibroGen, Inc. ("FibroGen" or the "Company") (NASDAQ: FGEN) or certain of its officers and directors violated federal securities laws. If you purchased or otherwise own FibroGen stock, and have suffered a loss, you are encouraged to contact Jonathan Zimmerman at (888) 398-9312, or at jzimmerman@scott-scott.com for more information.

In November 2019, AstraZeneca and FibroGen presented results from a pooled safety analysis of six phase 3 trials purportedly showing that FibroGen's potential first-in-class anemia therapy, Roxadustat, was comparable to placebo on a composite of major cardiac events among non-dialysis patients, comparable to Epogen/Procrit in dialysis-dependent patients, and superior to the erythropoietin drug in the incident dialysis subpopulation, which includes people new to dialysis.

On April 6, 2021, after the markets closed, FibroGen announced that this earlier data included "post-hoc changes to . . . stratification factors," which resulted in the drug appearing safer and/or superior to Epogen-alfa in lowering the risk of cardiovascular events in certain kidney disease patients.

On this news, FibroGen's stock price fell sharply from $34.64 per share on April 6, 2021 to close at $19.74 on April 7, 2021, representing an over 43% decline in a single day.

**What You Can Do**

If you purchased or otherwise own FibroGen stock, and you wish to discuss this investigation, please contact attorney Jonathan Zimmerman at (888) 398-9312, or at jzimmerman@scott-scott.com, or visit the FibroGen investigation page on our website at https://scott-scott.com/investigation/fibrogen-inc/.

**About Scott+Scott Attorneys at Law LLP**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and employee retirement plan actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Connecticut, California, and Ohio.

Attorney Advertising

Contacts

**Jonathan Zimmerman**

**Scott+Scott Attorneys at Law LLP**

**230 Park Ave, 17th Fl, NY, NY 10169**

**(888) 398-9312**

**jzimmerman@scott-scott.com**

#Hashtags

#securities     #FGEN     #FibroGen





# INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Reminds Investors of Securities Class Action Against FibroGen, Inc. – FGEN and June 11 Deadline

May 20, 2021 09:48 AM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, announces the filing of a class action lawsuit against FibroGen, Inc. ("FibroGen" or the "Company") (NASDAQ: FGEN) and certain of its officers, alleging violations of federal securities laws. **If you purchased FibroGen securities between November 8, 2019 through April 6, 2021 (the "Class Period"), and have suffered a loss, you are encouraged to contact attorney Rhiana Swartz for additional information at (844) 818-6980 or rswartz@scott-scott.com.**

FibroGen is a biopharmaceutical company that develops medicines for the treatment of anemia, fibrotic disease, and cancer. Its most advanced product is roxadustat, an oral small molecule inhibitor of hypoxia-inducible factor-prolyl hydroxylase activity that acts by stimulating the body's natural pathway for red cell production.

The complaint alleges that throughout the Class Period, the defendants made false and/or misleading statements or failed to disclose that: (1) based on the safety data from FibroGen's two Phase 3 trials in China, any safety data obtained from the global Phase 3 trials would require post-hoc changes to the stratification factors to meet the FDA's requirements; (2) FibroGen's disclosures of U.S. primary cardiovascular safety analyses from the roxadustat global Phase 3 program for the treatment of anemia submitted in connection with Chronic Kidney Disease ("CKD") included post-hoc changes to the stratification factors; (3) FibroGen's analyses with the pre-specified stratification factors resulted in higher hazard ratios (point estimates of relative risk) and 95% confidence intervals; (4) based on these analyses, FibroGen could not conclude that roxadustat reduces the risk of (or is superior to) MACE+ in dialysis, and MACE and MACE+ in incident dialysis compared to epoetin-alfa; (5) as a result, FibroGen faced significant uncertainty that its NDA for roxadustat as a treatment for anemia of CKD would be approved by the FDA; and (6) as a result of the foregoing, the defendants' statements about FibroGen's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

On March 1, 2021, FibroGen filed its Annual Report on Form 10-K. In the 10-K, the Company announced that the FDA had informed the Company it would hold an advisory committee meeting to review the roxadustat NDA. On this news, FibroGen's stock price fell $12.46 per share, or 24.66%, to close at $38.07 per share on March 2, 2021.

Then, on April 6, 2021, FibroGen shocked the market by admitting that the Company had altered stratification factors of its data after-the-fact in order to make roxadustat's hazard ratios indicate a lower risk relative to EPO. As a result of this admitted data manipulation, FibroGen CEO, Enrique Conterno, stated that the Company "can no longer make the conclusion that we have a statistically superior result when it comes to MACE relative to [erythropoietin injectable therapies] in [incident-dialysis patients]."

On this news, the price of FibroGen shares plummeted another 38%, to close at $19.74 on April 7, 2021. In addition, several analysts slashed FibroGen price targets and reduced investment recommendations.

**What You Can Do**

If you purchased **FibroGen securities between November 8, 2019 through April 6, 2021**, or if you have questions about this notice or your legal rights, you are encouraged to contact attorney Rhiana Swartz at (844) 818-6980 or rswartz@scott-scott.com. **The lead plaintiff deadline is June 11, 2021.**

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

Attorney Advertising

Contacts
**Rhiana Swartz**
**Scott+Scott Attorneys at Law LLP**
**(844) 818-6980**
**rswartz@scott-scott.com**

#Hashtags

#FibroGen    #FGEN    #securities



*Source: Scott+Scott Attorneys at Law LLP*

*May 25, 2021 10:56 ET*

# INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Reminds Investors of Securities Class Action Against FibroGen, Inc. – FGEN and June 11 Deadline

NEW YORK, May 25, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, announces the filing of a class action lawsuit against FibroGen, Inc. ("FibroGen" or the "Company") (NASDAQ: FGEN) and certain of its officers, alleging violations of federal securities laws. **If you purchased FibroGen securities between November 8, 2019 through April 6, 2021 (the "Class Period"), and have suffered a loss, you are encouraged to contact attorney Rhiana Swartz for additional information at (844) 818-6980 or rswartz@scott-scott.com.**

FibroGen is a biopharmaceutical company that develops medicines for the treatment of anemia, fibrotic disease, and cancer. Its most advanced product is roxadustat, an oral small molecule inhibitor of hypoxia-inducible factor-prolyl hydroxylase activity that acts by stimulating the body's natural pathway for red cell production.

The complaint alleges that throughout the Class Period, the defendants made false and/or misleading statements or failed to disclose that: (1) based on the safety data from FibroGen's two Phase 3 trials in China, any safety data obtained from the global Phase 3 trials would require post-hoc changes to the stratification factors to meet the FDA's requirements; (2) FibroGen's disclosures of U.S. primary cardiovascular safety analyses from the roxadustat global Phase 3 program for the treatment of anemia submitted in connection with Chronic Kidney Disease ("CKD") included post-hoc changes to the stratification factors; (3) FibroGen's analyses with the pre-specified stratification factors resulted in higher hazard ratios (point estimates of relative risk) and 95% confidence intervals; (4) based on these analyses, FibroGen could not conclude that roxadustat reduces the risk of (or is superior to) MACE+ in dialysis, and MACE and MACE+ in incident dialysis compared to epoetin-alfa; (5) as a result, FibroGen faced significant uncertainty that its NDA for roxadustat as a treatment for anemia of CKD would be approved by the FDA; and (6) as a result of the foregoing, the defendants' statements about FibroGen's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

On March 1, 2021, FibroGen filed its Annual Report on Form 10-K. In the 10-K, the Company announced that the FDA had informed the Company it would hold an advisory committee meeting to review the roxadustat NDA. On this news, FibroGen's stock price fell $12.46 per share, or 24.66%, to close at $38.07 per share on March 2, 2021.

Then, on April 6, 2021, FibroGen shocked the market by admitting that the Company had altered stratification factors of its data after-the-fact in order to make roxadustat's hazard ratios indicate a lower risk relative to EPO. As a result of this admitted data manipulation, FibroGen CEO, Enrique Conterno, stated that the Company "can no longer make the conclusion that we have a statistically superior result when it comes to MACE relative to [erythropoietin injectable therapies] in [incident-dialysis patients]."

On this news, the price of FibroGen shares plummeted another 43%, to close at $19.74 on April 7, 2021. In addition, several analysts slashed FibroGen price targets and reduced investment recommendations.

## What You Can Do

If you purchased **FibroGen securities between November 8, 2019 through April 6, 2021**, or if you have questions about this notice or your legal rights, you are encouraged to contact attorney Rhiana Swartz at (844) 818-6980 or rswartz@scott-scott.com.   **The lead plaintiff deadline is June 11, 2021.**

## About Scott+Scott

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

Attorney Advertising

**CONTACT:**
**Rhiana Swartz**
**Scott+Scott Attorneys at Law LLP**
**230 Park Avenue, 17th Floor, New York, NY 10169**
**(844) 818-6980**
rswartz@scott-scott.com