# EXHIBIT C

**BNY MELLON**

Report ID: IACS0002
Base Currency: USD
Status: FINAL

████ - ROTHSCHILD ASST MGMT

| Security ID | Shares/Par Trans Code | Description Broker Transaction No./ Client Ref No. | Trade Date C.Settle Date Completed Date | Base Amount Base Cost Gain/Loss | Base Price Base Ex Rate |
|---|---|---|---|---|---|
| 31572Q808 | 2,000.0000 B | FIBROGEN INC ROTHSCHILD ASSET MGMT INC RBC CAPITAL MARKETS LLC, NEW YORK 20200916S000050   / GTN200916655 | 9/16/2020 9/18/2020 9/18/2020 | -90,753.00 90,753.00 0.00 | 45.369000 1.000000 |
| 31572Q808 | 2,000.0000 FC | FIBROGEN INC ROTHSCHILD ASSET MGMT INC RBC CAPITAL MARKETS LLC, NEW YORK 20200916S000050   / GTN200916655 | 9/16/2020 9/18/2020 9/18/2020 | -90,753.00 -90,753.00 0.00 | 45.369000 1.000000 |
| 31572Q808 | 3,020.0000 B | FIBROGEN INC ROTHSCHILD ASSET MGMT INC RBC CAPITAL MARKETS LLC, NEW YORK 20200625S000120   / GTN200625348 | 6/24/2020 6/26/2020 6/26/2020 | -126,644.30 126,644.30 0.00 | 41.927698 1.000000 |
| 31572Q808 | 3,020.0000 FC | FIBROGEN INC ROTHSCHILD ASSET MGMT INC RBC CAPITAL MARKETS LLC, NEW YORK 20200625S000120   / GTN200625348 | 6/24/2020 6/26/2020 6/26/2020 | -126,644.30 -126,644.30 0.00 | 41.927698 1.000000 |
| 31572Q808 | 2,870.0000 B | FIBROGEN INC RAM - 000360-2 C/O ROTHSCHILD COWEN AND COMPANY, LLC, JERSEY CITY 20200623S000290   / GTN200623338 | 6/23/2020 6/25/2020 6/25/2020 | -123,871.78 123,871.78 0.00 | 43.125898 1.000000 |
| 31572Q808 | 2,870.0000 FC | FIBROGEN INC RAM - 000360-2 C/O ROTHSCHILD COWEN AND COMPANY, LLC, JERSEY CITY 20200623S000290   / GTN200623338 | 6/23/2020 6/25/2020 6/25/2020 | -123,871.78 -123,871.78 0.00 | 43.125898 1.000000 |
| 31572Q808 | 3,350.0000 B | FIBROGEN INC ROTHSCHILD ASSET MGMT. GOLDMAN SACHS & CO, NY 20200622S000130   / GTN200622333 | 6/22/2020 6/24/2020 6/24/2020 | -135,870.64 135,870.64 0.00 | 40.523400 1.000000 |
| 31572Q808 | 3,350.0000 FC | FIBROGEN INC ROTHSCHILD ASSET MGMT. GOLDMAN SACHS & CO, NY 20200622S000130   / GTN200622333 | 6/22/2020 6/24/2020 6/24/2020 | -135,870.64 -135,870.64 0.00 | 40.523400 1.000000 |
| 31572Q808 | 3,360.0000 B | FIBROGEN INC RAM - 000360-2 C/O ROTHSCHILD COWEN AND COMPANY, LLC, JERSEY CITY 20200619S000070   / GTN200619324 | 6/19/2020 6/23/2020 6/23/2020 | -133,845.94 133,845.94 0.00 | 39.800101 1.000000 |

**BNY MELLON**

██████ **- ROTHSCHILD ASST MGMT**

**Accounting Transactions Traded**
**Base**

10/18/2017  -  4/6/2021

Report ID: IACS0002
Base Currency: USD
Status: FINAL

| Security ID | Shares/Par | Description | Trade Date | Base Amount | |
|---|---|---|---|---|---|
| | Trans Code | Broker | C.Settle Date | Base Cost | Base Price |
| | | Transaction No./ Client Ref No. | Completed Date | Gain/Loss | Base Ex Rate |
| 31572Q808 | 3,360.0000 | FIBROGEN INC | 6/19/2020 | -133,845.94 | |
| | FC | RAM - 000360-2 C/O ROTHSCHILD | 6/23/2020 | -133,845.94 | 39.800101 |
| | | COWEN AND COMPANY, LLC, JERSEY CITY | 6/23/2020 | 0.00 | 1.000000 |
| | | 20200619S000070    /   GTN200619324 | | | |

|  | TOTAL TRANSACTIONS BASE: | -1,221,971.32 |
|---|---|---|
| | | 0.00 |
| | | 0.00 |

**BNY MELLON**

**- ROTHSCHILD ASST MGMT**

Report ID: IACS0002
Base Currency: USD
Status: FINAL

| Security ID | Shares/Par | Description | Trade Date | Base Amount | |
|---|---|---|---|---|---|
| | Trans Code | Broker | C.Settle Date | Base Cost | Base Price |
| | | Transaction No./ Client Ref No. | Completed Date | Gain/Loss | Base Ex Rate |
| 31572Q808 | 1,350.0000 | FIBROGEN INC | 9/16/2020 | -61,258.28 | |
| | B | ROTHSCHILD ASSET MGMT INC | 9/18/2020 | 61,258.28 | 45.369000 |
| | | RBC CAPITAL MARKETS LLC, NEW YORK | 9/18/2020 | 0.00 | 1.000000 |
| | | 20200916S000050   /  GTN200916655 | | | |
| 31572Q808 | 1,350.0000 | FIBROGEN INC | 9/16/2020 | -61,258.28 | |
| | FC | ROTHSCHILD ASSET MGMT INC | 9/18/2020 | -61,258.28 | 45.369000 |
| | | RBC CAPITAL MARKETS LLC, NEW YORK | 9/18/2020 | 0.00 | 1.000000 |
| | | 20200916S000050   /  GTN200916655 | | | |
| 31572Q808 | 2,030.0000 | FIBROGEN INC | 6/24/2020 | -85,128.46 | |
| | B | ROTHSCHILD ASSET MGMT INC | 6/26/2020 | 85,128.46 | 41.927699 |
| | | RBC CAPITAL MARKETS LLC, NEW YORK | 6/26/2020 | 0.00 | 1.000000 |
| | | 20200625S000190   /  GTN200625348 | | | |
| 31572Q808 | 2,030.0000 | FIBROGEN INC | 6/24/2020 | -85,128.46 | |
| | FC | ROTHSCHILD ASSET MGMT INC | 6/26/2020 | -85,128.46 | 41.927699 |
| | | RBC CAPITAL MARKETS LLC, NEW YORK | 6/26/2020 | 0.00 | 1.000000 |
| | | 20200625S000190   /  GTN200625348 | | | |
| 31572Q808 | 1,930.0000 | FIBROGEN INC | 6/23/2020 | -83,300.54 | |
| | B | ROTHSCHILD ASSET MGMT | 6/25/2020 | 83,300.54 | 43.125901 |
| | | GOLDMAN SACHS & CO, NY | 6/25/2020 | 0.00 | 1.000000 |
| | | 20200623S000250   /  GTN200623338 | | | |
| 31572Q808 | 1,930.0000 | FIBROGEN INC | 6/23/2020 | -83,300.54 | |
| | FC | ROTHSCHILD ASSET MGMT | 6/25/2020 | -83,300.54 | 43.125901 |
| | | GOLDMAN SACHS & CO, NY | 6/25/2020 | 0.00 | 1.000000 |
| | | 20200623S000250   /  GTN200623338 | | | |
| 31572Q808 | 2,250.0000 | FIBROGEN INC | 6/22/2020 | -91,256.40 | |
| | B | ROTHSCHILD ASSET MGMT | 6/24/2020 | 91,256.40 | 40.523400 |
| | | GOLDMAN SACHS & CO, NY | 6/24/2020 | 0.00 | 1.000000 |
| | | 20200622S000160   /  GTN200622333 | | | |
| 31572Q808 | 2,250.0000 | FIBROGEN INC | 6/22/2020 | -91,256.40 | |
| | FC | ROTHSCHILD ASSET MGMT | 6/24/2020 | -91,256.40 | 40.523400 |
| | | GOLDMAN SACHS & CO, NY | 6/24/2020 | 0.00 | 1.000000 |
| | | 20200622S000160   /  GTN200622333 | | | |
| 31572Q808 | 2,260.0000 | FIBROGEN INC | 6/19/2020 | -90,027.33 | |
| | B | ROTHSCHILD ASSET MGMT | 6/23/2020 | 90,027.33 | 39.800101 |
| | | GOLDMAN SACHS & CO, NY | 6/23/2020 | 0.00 | 1.000000 |
| | | 20200619S000060   /  GTN200619324 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BNY MELLON** | | | **Accounting Transactions Traded** | | | | **Report ID: IACS0002** |
| | | | **Base** | | | | **Base Currency: USD** |
| | | | | | | | **Status: FINAL** |
| ████████ - ROTHSCHILD ASST MGMT | | | **10/8/2017  -  4/26/2021** | | | | |

| Security ID | Shares/Par | Description | Trade Date | | Base Amount | Base Price |
|---|---|---|---|---|---|---|
| | Trans Code | Broker | C.Settle Date | | Base Cost | |
| | | Transaction No./ Client Ref No. | Completed Date | | Gain/Loss | Base Ex Rate |
| 31572Q808 | 2,260.0000 | FIBROGEN INC | 6/19/2020 | | -90,027.33 | |
| | FC | ROTHSCHILD ASSET MGMT | 6/23/2020 | | -90,027.33 | 39.800101 |
| | | GOLDMAN SACHS & CO, NY | 6/23/2020 | | 0.00 | 1.000000 |
| | | 20200619S000060    /   GTN200619324 | | | | |
| | | **TOTAL TRANSACTIONS BASE:** | | | **-821,942.02** | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |