# EXHIBIT D



## CITY OF BALTIMORE

CATHERINE E. PUGH, Mayor

## FIRE AND POLICE EMPLOYEES'
## RETIREMENT SYSTEM

N. ANTHONY CALHOUN, Executive Director
7 E. Redwood Street
18th Floor
Baltimore, Maryland 21202



**FIRE & POLICE**
EMPLOYEES' RETIREMENT SYSTEM

BALTIMORE EST. 1962
SERVING BALTIMORE CITY'S PUBLIC SAFETY OFFICERS

**FOR IMMEDIATE RELEASE**
**March 19, 2019**

### Fire and Police Employees' Retirement System of the City of Baltimore
### Announces the Departure of Deputy Executive Director

**Baltimore, Maryland** – It is with a mixture of sadness and appreciation that the Fire and Police Employees' Retirement System (F&P) Board of Trustees announces the departure of Deputy Executive Director David A. Randall, effective Friday March 22, 2019.

We thank David for his 22 years of service and dedication to the men and women of the F&P. We wish David well in his new position of Executive Director of the Baltimore City Employees'/Elected Officials Retirement Systems and the Retirement Savings Plan.

Over the next few months Executive Director N. Anthony Calhoun will be conducting a search to find the next Deputy Executive Director of the F&P.

During this transition period the Board, Mr. Calhoun and the F&P staff will continue to ensure that the F&P remains a stable and healthy pension system while continuing to provide excellent customer service to the F&P membership.

###

**About Fire and Police Employees' Retirement System**
Established in 1962, Fire and Police Employees' Retirement System (F&P) is a contributory, defined benefit plan that covers all sworn uniformed officers of the Baltimore City Fire and Police Departments. The Board of Trustees has a fiduciary responsibility for the management and administration of the F&P. www.bcfpers.org

Media Contact:
Amy Baskerville
abaskerville@bcfpers.org
7 E. Redwood Street
Baltimore, MD 21202
410-497-7929

Printed on recycled paper with environmentally friendly soy based ink.