# EXHIBIT F

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK HIMMELBERG, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VAXART, INC., CEZAR ANDREI FLOROIU, WOUTER W. LATOUR, M.D., STEVEN J. BOYD, KEITH MAHER, M.D., and ARMISTICE CAPITAL LLC,<br><br>Defendants. | Case No. 3:20-cv-05949-VC |
| ANI HOVHANNISYAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VAXART, INC., ARMISTICE CAPITAL, LLC, CEZAR ANDREI FLOROIU, WOUTER W. LATOUR, M.D., STEVEN J. BOYD, and KEITH MAHER, M.D.,<br><br>Defendants. | Case No. 3:20-cv-06175-VC |

**THE VXRT INVESTOR GROUP'S JOINT DECLARATION IN SUPPORT OF ITS MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. §1746 declare as follows:

1.      We, Zayn Lim, Najar Zaidi, Syed Nabi, and Jiri Kubanek (the "VXRT Investor Group" or "VIG"), respectfully submit this Joint Declaration in support of our motion for consolidation, appointment as lead plaintiff, and approval of lead counsel in the above-referenced securities class actions (together, the "Action") brought on behalf of all investors who acquired the common stock of Vaxart, Inc. ("Vaxart" or the "Company") between June 25, 2020 amd July 25, 2020, inclusive (the "Class Period" and the "Class").

2.      We are each informed of and understand the requirements and duties imposed us by the Private Securities Litigation Reform Act of 1995 ("PSLRA").  Each of us has personal knowledge about the information in this Joint Declaration relating to ourselves, and if called as witnesses, we each could testify competently thereto.

3.      I, Zayn Lim, as reflected in my Certification, purchased Vaxart common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I am a sophisticated investor with approximately 12 years of investing experience.  I reside in Singapore and work as Managing Director of a pharmaceutical equipment sales company.  I hold a Bachelor's Degree.  After due consideration, I decided to join in and seek appointment as lead plaintiff with the other group members.

4.      I, Najar Zaidi, as reflected in my Certification, purchased Vaxart common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I am a sophisticated investor with approximately three years of investing experience.  I reside in Bethlehem, Pennsylvania, and work as a software

1

engineer. I hold a Master's Degree in Computer Science. After due consideration, I decided to join in and seek appointment as lead plaintiff with the other group members.

5. I, Syed Nabi, as reflected in my Certification, purchased Vaxart common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I am a sophisticated investor with approximately three years of investing experience. I reside in Atlanta, Georgia, and work as a physician. I hold a Doctor of Medicine Degree. After due consideration, I decided to join in and seek appointment as lead plaintiff with the other group members.

6. I, Jiri Kubanek, as reflected in my Certification, purchased Vaxart common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I am a sophisticated investor with approximately one year of investing experience. I reside in Prague, Czech Republic, and have been a business owner for over 20 years. After due consideration, I decided to join in and seek appointment as lead plaintiff with the other group members.

7. We, Zayn Lim, Najar Zaidi, Syed Nabi, and Jiri Kubanek believe that the allegations in the Action are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake control the Action. We believe that our combined efforts, knowledge, and diverse backgrounds will best serve the Class. If appointed as lead plaintiff, our primary goal will be to ensure that the Class achieves the largest possible recovery. We also believe that we can collectively manage the Action in an effective manner. We feel the combined knowledge and presence of the group members will benefit the Class.

8.      We decided to retain Scott+Scott Attorneys at Law LLP ("Scott+Scott") as our counsel after reviewing the complaints, discussing the merits of the allegations, and expressing our interest in recovering the losses we suffered.  We also understand that our efforts as lead plaintiff, if successful, would benefit the remainder of the Class who suffered in the same way we did.  During these discussions, we expressed a willingness to work with other like-minded investors who suffered significant losses.

9.      Upon learning of each other's interest seeking appointment of lead plaintiff in this matter through our counsel, we communicated with one another and counsel via conference call on Friday, October 23, 2020, and via e-mail, where we discussed among other things: the allegations and the strength of the claims against Defendants; a strategy for prosecuting the Action; the role of the lead plaintiff and lead plaintiff selection and litigation process; the benefits that the Class would receive from the leadership of a group of like-minded investors; a shared desire to achieve the best possible result for the Class; our interests in prosecuting the Action in a collaborative likeminded manner, including resolving any disputes; and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

10.      As a result, we decided to coordinate our efforts to seek lead plaintiff appointment together.  In connection with this decision, we recognized that we retained highly qualified counsel to serve as lead counsel for the Class.  We are committed to maximizing recovery for the Class and will ensure that counsel will work expeditiously and effectively to bring about a fair resolution to the allegations in the Action.

11.      We discussed the importance of selecting qualified counsel to represent the interests of the Class and to do so efficiently.  With respect to our selected counsel, we believe that the Class will benefit from having a law firm experienced in successfully litigating securities class

actions.  We are aware of and have been advised of the experience, resources, and successes of proposed lead counsel, Scott+Scott, and are aware that it is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms in similar actions.  Through our oversight, we will ensure that Scott+Scott will prosecute the Action in a zealous and efficient manner.

12.     We, Zayn Lim, Najar Zaidi, Syed Nabi, and Jiri Kubanek understand that the PSLRA and courts in this District permit groups to serve as lead plaintiff when the group can function cohesively and demonstrate that it will actively monitor the Action to represent the interests of the Class.  We intend to prosecute the Action against the Defendants in such an independent manner by, among other ways, staying informed about the Action and overseeing our counsel.  We agree that our collective resources and ability to deliberate and engage in joint decision-making will materially benefit and advance the interests of the Class in the Action.

13.     We are highly motivated to recover our substantial losses and intend to share our perspectives, experiences, and resources to direct the Action.  To this end, we discussed the importance of joint decision-making and maintaining communication that will enable each of us to confer, with or without counsel, via telephone and/or e-mail on short notice to ensure that we will be able to make timely decisions.

14.     We have agreed that we will exercise joint decision-making and will jointly communicate with proposed lead counsel regarding the progress and prosecution of the Action on a regular basis, as well as when important decisions need to be made.  To that end, we have agreed that proposed lead counsel will provide us with periodic status reports and hold regular joint calls to discuss: (i) new developments in the Action; (ii) all significant decisions concerning the prosecution of the Action; (iii) litigation and settlement strategies; (iv) significant pleadings and

4

briefs; (v) important discovery issues; (vi) attorney and expert work being performed; and (vii) any other issues bearing on the effective and efficient prosecution of the Action.  Further, we agreed that we will make ourselves available for any appearances, depositions, and other necessary meetings to facilitate the prosecution of the Action.

15.     Given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, we fully expect to reach a consensus regarding litigation decisions. However, in the unlikely event that a disagreement arises, we agree to abide by a majority vote.

16.     We are committed to satisfying our fiduciary obligations if appointed lead plaintiff to ensure that the Action will be vigorously prosecuted consistent with the requirements of the lead plaintiff provisions under the PSLRA and in the best interests of the Class.

17.     We understand that one of the primary responsibilities of the lead plaintiff under the PSLRA is to select and retain lead counsel and to supervise the prosecution of the Action.  We believe that it is essential to the satisfaction of our fiduciary responsibility to the Class to select and retain lead counsel that have a proven track record of handling these types of cases and that will operate pursuant to our direction and authority.

18.     We believe that Scott+Scott is highly experienced and qualified to represent the Class as lead counsel.  We believe that our appointment as lead plaintiff and approval of Scott+Scott as lead counsel will further the best interests of the Class.

5

DocuSign Envelope ID: 81BB85B5-9E29-43B4-9252-04BB3BBE8D4F

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed ___10/23/2020___ [date]

DocuSigned by:

BE34493FB0A84B3...

Zayn Lim

DocuSign Envelope ID: 906ACF56-5F35-402B-887F-AA63186B191E

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed ____10/23/2020____ [date]

DocuSigned by:

*Najaf Zaidi*

495ABE00FCF4463...

Najar Zaidi

DocuSign Envelope ID: CDBA598F-EF51-4A65-A3DC-6163B6F71A70

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed ___10/23/2020___ [date]

DocuSigned by:

*Syed Nabi*

—9A5F1C7409D2462...

Syed Nabi

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed 22.10.2020 [date]

Jiri Kubanek