# EXHIBIT H



# THE TOP 100

# U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME

*AS OF DECEMBER 31, 2020*



ISSGOVERNANCE.COM/SCAS

© 2021 | Institutional Shareholder Services and/or its affiliates

**THE TOP 100**
U.S. CLASS ACTION SETTLEMENTS OF ALL-TIME



# TABLE OF CONTENTS

EXECUTIVE SUMMARY ........................................................................................................................... 2

METHODOLOGY ................................................................................................................................... 3

SETTLEMENT CATEGORIZATION ........................................................................................................... 5

NUMBER OF SETTLEMENTS ADDED BY YEAR  TO THE TOP 100 ................................................................ 6

TOP 100 SETTLEMENTS AS OF 31 DECEMBER 2020............................................................................. 6

SETTLEMENTS REPRESENTED BY INSTITUTIONAL LEAD PLAINTIFF IN THE SCAS TOP 100 ........................ 11

TOP 5 INSTITUTIONAL LEAD PLAINTIFFS PARTICIPATION.......................................................................... 11

MOST FREQUENT LEAD COUNSEL IN THE SCAS TOP 100 ...................................................................... 13

LEAD COUNSEL PARTICIPATION............................................................................................................ 13

MOST FREQUENT CLAIMS ADMINISTRATOR  IN THE SCAS TOP 100 ...................................................... 20

MOST FREQUENT CLAIMS ADMINISTRATOR  IN TOP 100 SETTLEMENTS ................................................. 20

CASES INVOLVING ACCOUNTING RESTATEMENTS  IN THE SCAS TOP 100 SETTLEMENTS ......................... 24

RESTATEMENTS................................................................................................................................... 24

NO. OF SETTLEMENTS ADDED TO SCAS' TOP 50 SEC DISGORGEMENTS .................................................. 26

TOP 50 SEC DISGORGEMENTS ............................................................................................................ 26

GLOSSARY.......................................................................................................................................... 29



## SETTLEMENTS REPRESENTED BY INSTITUTIONAL LEAD PLAINTIFF IN THE SCAS TOP 100



## TOP 5 INSTITUTIONAL LEAD PLAINTIFFS PARTICIPATION [1]

| INSTITUTIONAL LEAD PLAINTIFF \| CASE NAME | RANK | TOTAL SETTLEMENT AMOUNT | NUMBER OF SETTLEMENTS |
|---|---|---|---|
| **State Teachers Retirement System of Ohio** | | **$5,592,300,000** | **8** |
| Bank of America Corporation | 7 | $2,425,000,000 | |
| American International Group, Inc. | 15 | $1,009,500,000 | |
| Merrill Lynch & Co., Inc. | 34 | $475,000,000 | |
| Global Crossing, Ltd. | 39 | $447,800,000 | |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 41 | $410,000,000 | |
| Marsh & McLennan Companies, Inc. | 42 | $400,000,000 | |
| Allergan, Inc. | 71 | $250,000,000 | |
| BP p.l.c. | 98 | $175,000,000 | |
| **Public Employees' Retirement System of Mississippi** | | **$2,332,750,000** | **5** |
| Merck & Co., Inc. | 12 | $1,062,000,000 | |
| Schering-Plough Corp. | 36 | $473,000,000 | |
| Merrill Lynch Mortgage Investors, Inc. | 53 | $315,000,000 | |
| J.P. Morgan Acceptance Corp. I | 64 | $280,000,000 | |
| The Mills Corp. | 87 | $202,750,000 | |
| **New York State Common Retirement Fund** | | **$11,200,450,714** | **5** |
| WorldCom, Inc. | 2 | $6,194,100,714 | |
| Cendant Corp. | 3 | $3,319,350,000 | |

[1] Total exceeds five due to a tie for fifth highest number of settlements.



| | | | |
|---|---|---|---|
| McKesson HBOC Inc. | 13 | $1,052,000,000 | |
| Raytheon Company | 37 | $460,000,000 | |
| BP p.l.c. | 98 | $175,000,000 | |
| **Ohio Public Employees Retirement System** | | **$4,467,300,000** | **5** |
| Bank of America Corporation | 7 | $2,425,000,000 | |
| American International Group, Inc. | 15 | $1,009,500,000 | |
| Global Crossing, Ltd. | 39 | $447,800,000 | |
| Federal Home Loan Mortgage Corp. (Freddie Mac) | 41 | $410,000,000 | |
| BP p.l.c. | 98 | $175,000,000 | |
| **Teachers' Retirement System of Louisiana** | | **$4,186,000,000** | **4** |
| Tyco International, Ltd. | 4 | $3,200,000,000 | |
| Pfizer, Inc. | 31 | $486,000,000 | |
| Bristol-Myers Squibb Co. | 57 | $300,000,000 | |
| WellCare Health Plans, Inc. | 88 | $200,000,000 | |
| **New Mexico State Investment Council** | | **$1,778,000,000** | **4** |
| HealthSouth Corp. | 18 | $804,500,000 | |
| Cardinal Health, Inc. | 25 | $600,000,000 | |
| WellCare Health Plans, Inc. | 88 | $200,000,000 | |
| Broadcom Corp. | 99 | $173,500,000 | |

## GLOSSARY

| | |
|---|---|
| **CLAIMS ADMINISTRATOR** | An entity selected by the Lead Counsel or appointed by the court to manage the settlement notification and claim process. |
| **DISGORGEMENT** | A repayment of ill-gotten gains that is imposed on wrong-doers by the courts. |
| **FINAL SETTLEMENTS** | Settlements that received final approval from the court. |
| **INSTITUTIONAL LEAD PLAINTIFF** | An institutional shareholder or group of institutional shareholders appointed by the court to represent the interests of a class or classes of similarly situated shareholders. |
| **LEAD COUNSEL** | Law firm, or lawyer, appointed by the court, that prosecutes a class action on behalf of the class members. |
| **PARTIAL SETTLEMENT** | A preliminary agreement between some of the identified defendants in the action. |
| **PSLRA (PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995)** | Legislation passed by Congress that implemented several substantive changes in the United States, affecting certain cases brought under the federal securities laws, including changes related to pleading, discovery, liability, class representation, and awards fees and expenses. |
| **SETTLEMENT YEAR** | Corresponds to the year the settlement, or the most recent partial settlement, received final approval from the Court. |
| **TOTAL SETTLEMENT AMOUNT** | Refers to the sum of the settlement fund or the gross settlement fund approved by the court. |