COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
TIJANA BRIEN (286590)
(tbrien@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
*FibroGen, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEIFA XU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | Case No.: 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**<br><br>Date:       Thursday, July 22, 2021<br>Time:       1:30 p.m.<br>Place:      Courtroom 5, 17th Floor<br>Judge:      Hon. Edward M. Chen |
| ROBERT GUTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, and JAMES SCHOENECK,<br><br>Defendants. | Case No.: 4:21-cv-02725-YGR |

| | |
|---|---|
| CESARE GRAZIOLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | Case No.: 3:21-cv-03212-CRB |
| IBEW LOCAL 353 PENSION PLAN, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES A. SCHOENECK, and K. PEONY YU,<br><br>Defendants. | Case No.: 3:21-cv-03396-EJD |
| THOMAS LEONARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>Defendants. | Case No.: 3:21-cv-03370-EMC |

This stipulation is entered into between Lead Plaintiff Movant Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (the "Retirement Systems"), Lead Plaintiff Movant Vincente Sepulveda ("Sepulveda"), Lead Plaintiff Movant Stefano Branca and Giuliana Mollo ("Branca and Mollo"), and Defendants FibroGen, Inc. ("FibroGen" or the "Company") (collectively with the Retirement Systems, Sepulveda, and Branca and Mollo, the "Parties").

WHEREAS, on April 12, 2021, plaintiff Peifa Xu ("Plaintiff") commenced the above-captioned putative securities class action, Case No. 3:21-cv-02623 ("*Xu* Action"), against defendants FibroGen, Inc., Enrique Conterno ("Conterno"), James Schoeneck ("Schoeneck"), and Peony Yu ("Yu"), asserting claims under the Securities Exchange Act of 1934 ("Exchange Act");

WHEREAS, additional lawsuits were filed thereafter asserting claims under the Exchange Act, including *Robert Gutman v. Fibrogen Inc., et al*, No. 4:21-cv-02725 ("*Gutman* Action"), *Grazioli v. Fibrogen Inc., et al*, No. 3:21-cv-03212, *IBEW Local 353 Pension Plan v. FibroGen, Inc., et al*, No. 3:21-cv-03396, and *Leonard v. Fibrogen, Inc., et al*, No. 3:21-cv-03370;

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA") dictates procedures for the administration of federal securities class actions (*see* 15 U.S.C. § 78u-4), including the appointment of a lead plaintiff to act on behalf of the asserted class (*see id.* at § 78u-4 (a)(3)(B)(ii));

WHEREAS, Plaintiff Xu published notice of this action to the putative class on April 12, 2021 as required by the PSLRA;WHEREAS, on April 16, 2021, the Initial Case Management Conference in the *Xu* Action was scheduled for July 15, 2021 at 9:30 a.m.;

WHEREAS, on April 16, 2021, plaintiff Xu served FibroGen copies of the Complaint, Summons and related documents in the *Xu* Action;

WHEREAS, FibroGen was not served in any of the other lawsuits and none of the individual defendants have been served in any of the actions;

WHEREAS, on May 5, 2021, Plaintiff Xu and FibroGen stipulated that FibroGen is not required to respond to the complaint in this action or in any action consolidated with this action until after the Court has designated a Lead Plaintiff and approved Lead Plaintiff's selection of Lead Counsel (ECF No. 14);

WHEREAS, motions for the consolidation of related actions and for appointment of a lead plaintiff and lead counsel pursuant to the PSLRA were filed with the Court on June 11, 2021 by the Retirement Systems, Sepulveda, Branca and Mollo, Brett Richard ("Richard"), and Thomas Leonard ("Leonard");

WHEREAS, on June 14, 2021, the *Gutman* action was voluntarily dismissed without prejudice;

WHEREAS, also on June 14, 2021, Richard filed a notice of withdrawal of his motion to consolidate related actions and for appointment of lead plaintiff and lead counsel, and Leonard filed a notice of non-opposition to competing motions for consolidation of related actions and appointment of a lead plaintiff and lead counsel on June 25, 2021, leaving the Retirement Systems, Sepulveda, and Branca and Mollo as the remaining Lead Plaintiff movants;

WHEREAS, on July 6, 2021, the Clerk entered a notice rescheduling the Initial Case Management Conference from July 15, 2021 to July 22, 2021 at 1:30 p.m;

WHEREAS, the pending motions for consolidation are unopposed;

WHEREAS, because Lead Plaintiff and Lead Counsel in the Action have not yet been appointed by the Court, it is unclear at this time who will ultimately act on behalf of the asserted class as well as whether the Court-appointed Lead Plaintiff will file a consolidated complaint or stand on the existing Complaint filed in the Action;

NOW THEREFORE, the Parties, by and through their undersigned counsel, agree and stipulate to the following:

1. The Initial Case Management Conference scheduled for July 22, 2021 and any related deadlines are vacated and shall be rescheduled, if necessary, following the Court's ruling on any of Defendants' anticipated motion(s) to dismiss the consolidated complaint designated by the court-appointed lead plaintiff, on dates to be selected by the Court;

2. Within twenty-one (21) days after the Court appoints the Lead Plaintiff and Lead Counsel in the Action, the Lead Plaintiff and Defendants will submit to the Court a proposed schedule for: (i) Lead Plaintiff's filing of a consolidated complaint or designating the previously filed Complaint as operative; and (ii) Defendants' time to answer or otherwise respond to the operative complaint.

1    **IT IS SO STIPULATED.**

2    Dated:  July 14, 2021                    COOLEY LLP
                                             JOHN C. DWYER (136533)
3                                            JESSICA VALENZUELA SANTAMARIA
                                             (220934)
4                                            TIJANA M. BRIEN (286590)

5

6                                            */s/ Jessica Valenzuela Santamaria*
                                             Jessica Valenzuela Santamaria (220934)
7
                                             *Attorneys for Defendant*
8                                            *FibroGen Inc.*

9

10   Dated:  July 14, 2021                   **HAGENS BERMAN SOBOL SHAPIRO LLP**

11

12                                           */s/ Reed R. Kathrein*
                                             Reed R. Kathrein (139304)
13                                           Lucas E. Gilmore (250893)
                                             Danielle Smith (291237)
14                                           Wesley A. Wong (314652)
                                             715 Hearst Ave., Suite 202
15                                           Berkeley, CA 94710
                                             Telephone: (510) 725-3000
16                                           Facsimile: (510) 725-3001
                                             reed@hbsslaw.com
17                                           lucasg@hbsslaw.com
                                             danielles@hbsslaw.com
18                                           wesleyw@hbsslaw.com

19                                           Steve W. Berman (*pro hac vice* forthcoming)
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
20                                           1301 Second Avenue, Suite 2000
                                             Seattle, WA 98101
21                                           Telephone: (206) 623-7292
                                             Facsimile: (206) 623-0594
22                                           steve@hbsslaw.com

23                                           *Attorneys for Vicente Sepulveda*

24

25

26

27

28

1  Dated:  July 14, 2021                          **SAXENA WHITE P.A.**

2

3                                                 */s/ David R. Kaplan*
                                                  David R. Kaplan (SBN 230144)
4                                                 dkaplan@saxenawhite.com
                                                  12750 High Bluff Drive, Suite 475
5                                                 San Diego, California 92130
                                                  Telephone: (858) 997-0860
6                                                 Facsimile: (858) 369-0096

7                                                 Maya Saxena (*pro hac vice*)
                                                  msaxena@saxenawhite.com
8                                                 7777 Glades Road, Suite 300
                                                  Boca Raton, Florida 33434
9                                                 Telephone: (561) 394-3399
                                                  Facsimile: (561) 394-3382
10

11                                                Steven B. Singer
                                                  Rachel A. Avan
12                                                ssinger@saxenawhite.com
                                                  ravan@saxenawhite.com
13                                                10 Bank Street, 8th Floor
                                                  White Plains, New York 10606
14                                                Telephone: (914) 437-8551
                                                  Facsimile: (888) 216-2220

15

16                                                *Attorneys for Employees' Retirement System of the
                                                  City of Baltimore, City of Philadelphia Board of
17                                                Pensions and Retirement, and Plymouth County
                                                  Retirement Association, and Proposed Lead
18                                                Counsel for the Class*

19

20

21

22

23

24

25

26

27

28

Dated:  July 14, 2021                          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                               */s/ John T. Jasnoch*
                                               John T. Jasnoch (CA 281605)
                                               600 W. Broadway, Suite 3300
                                               San Diego, CA 92101
                                               Telephone: 619-233-4565
                                               Facsimile: 619-233-0508
                                               jjasnoch@scott-scott.com

                                               **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                               Thomas L. Laughlin, IV (*pro hac vice*
                                               forthcoming)
                                               Rhiana L. Swartz
                                               The Helmsley Building
                                               230 Park Avenue, 17th Floor
                                               New York, NY 10169
                                               Telephone: 212-233-6444
                                               Facsimile: 212-233-6334
                                               tlaughlin@scott-scott.com
                                               rswartz@scott-scott.com

                                               *Attorneys for Branca and Mollo*

                           *         *         *

                                               **ORDER**

IT IS SO ORDERED.

DATED: _July 14, 2021_____              _____
                                               THE HONORABLE EDWARD M. CHEN
                                               UNITED STATES DISTRICT JUDGE

### ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  July 14, 2021                          */s/ Jessica Valenzuela Santamaria*
                                               Jessica Valenzuela Santamaria