# GRANT OF LIMITED POWER OF ATTORNEY

I, N. Anthony Calhoun, in my capacity as Executive Director of the Fire and Police Employees' Retirement System of the City of Baltimore ("Baltimore F&P"), hereby grant the Employees' Retirement System of the City of Baltimore ("Baltimore Employees") the authority to do all acts that Baltimore F&P could do to:

(1) Demand, receive, and obtain by litigation or otherwise, money or another thing of value to which Baltimore F&P is, may become, or claims to be entitled relating to Baltimore F&P's investment loss associated with the purchase of securities of FibroGen, Inc. (the "Claims"), and conserve, invest, disburse, or use anything so received or obtained for the purposes intended;

(2) Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to the Claims in favor of Baltimore F&P or intervene in litigation relating to the Claims;

(3) Engage, compensate, and discharge an attorney, accountant, expert witness, or other advisor to assist in analyzing and litigating the Claims;

(4) Access communications intended for, and communicate on behalf of Baltimore F&P, whether by mail, electronic transmission, telephone, or other means; and

(5) Do lawful acts with respect to the subject and all property related to the Claims.

## SUBJECTS AND AUTHORITY

In carrying out its authority, Baltimore Employees is specifically authorized to:

(a) Assert and maintain before a court a claim, claim for relief, cause of action, including an action to recover property or other thing of value, recover damages sustained by Baltimore F&P, eliminate or modify tax liability, or seek an injunction, specific performance, or other relief relating to the Claims;

(b) Bring an action to determine adverse claims or intervene or otherwise participate in litigation relating to the Claims;

(c) Seek an attachment, garnishment, order of arrest, or other preliminary, provisional, or intermediate relief and use an available procedure to effect or satisfy a judgment, order, or decree relating to the Claims;

(d) Make or accept a tender, offer of judgment, or admission of facts, submit a controversy on an agreed statement of facts, consent to examination, and bind Baltimore F&P in litigation relating to the Claims;

(e) Submit to alternative dispute resolution, settle, and propose or accept a compromise relating to the Claims;

(f) Verify pleadings, seek appellate review, procure and give surety and indemnity bonds, contract and pay for the preparation and printing of records and briefs, receive, execute, and file or deliver a consent, waiver, release, satisfaction of judgment, notice, agreement, or other

1

instrument in connection with the prosecution, settlement, or defense of a claim or litigation relating to the Claims;

(g) Act for Baltimore F&P with respect to bankruptcy or insolvency, whether voluntary or involuntary, concerning any other person, or with respect to a reorganization, receivership, or application for the appointment of a receiver or trustee that affects an interest of Baltimore F&P in property or other thing of value relating to the Claims; and

(h) Receive money or other thing of value paid in settlement of or as proceeds of a claim or litigation relating to the Claims.

This power of attorney is effective as of June 4, 2021.

The rights, powers, and authority provided herein shall remain in full force and effect until the purpose of this power of attorney is fully accomplished or Baltimore F&P tenders a written notice of termination to Baltimore Employees.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

# SIGNATURE AND ACKNOWLEDGMENT

Executed this __5th__ of August, 2021

Fire and Police Employees' Retirement
System of the City of Baltimore:

N. Anthony Calhoun, Executive
Director

7 East Redwood Street, 18th Floor
Baltimore, MD 21202
Telephone: 410-497-7929
E-mail: NACalhoun@BCFPERS.org

Employees' Retirement System of the City of
Baltimore:

David Randall, Executive Director

7 East Redwood Street, 12th Floor
Baltimore, MD 21202
Telephone: 443-984-3180
E-mail: DRandall@BCERS.org

STATE OF MARYLAND ）

COUNTY OF BALTIMORE ）

This document was acknowledged before me on August 5th, 2021, by N. Anthony Calhoun, on
behalf of the Fire and Police Employees' Retirement System of the City of Baltimore.

Notary Public

(Seal, if any)

My commission expires: 7-14-2024

## WITNESS ATTESTATION

The foregoing limited power of attorney was, on the date written above, published and declared
by N. Anthony Calhoun, on behalf of the Fire and Police Employees' Retirement System of the
City of Baltimore, in our presence to be a limited power of attorney for the Fire and Police
Employees' Retirement System of the City of Baltimore. We, in his presence and at his request,
and in the presence of each other, have attested to the same and have signed our names as
attesting witnesses.

Witness Signature

Abraham M. Schwartz (aschwartz@bcfpers.org)
Witness Name and Contact Information

Witness Signature

Scharbette F. Clark   sclark6bcfpers.org
Witness Name and Contact Information

3