**SAXENA WHITE P.A.**
Maya Saxena (admitted *pro hac vice*)
msaxena@saxenawhite.com
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
Dianne M. Pitre (SBN 286199)
dpitre@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: 561.394.3399
Fax: 561.394.3382

*Lead Counsel for Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEIFA XU, Individually and on Behalf of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>FIBROGEN, INC., ENRIQUE CONTERNO, JAMES SCHOENECK, and K. PEONY YU,<br><br>　　Defendants. | No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

1    This stipulation is entered into between Lead Plaintiffs Employees' Retirement System of
2    the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth
3    County Retirement Association (the "Retirement Systems" or "Lead Plaintiffs") and Defendant
4    FibroGen, Inc. ("FibroGen" or the "Company") (collectively with the Retirement Systems, the
5    "Parties").

6    WHEREAS, on April 12, 2021, Peifa Xu commenced the above-captioned putative
7    securities class action, Case No. 3:21-cv-02623 (the "*Xu* Action"), against FibroGen, Enrique
8    Conterno, James Schoeneck, and Peony Yu (collectively, "Defendants"), asserting claims under
9    the Securities Exchange Act of 1934 ("Exchange Act");

10   WHEREAS, additional actions were filed in this District thereafter asserting claims under
11   the Exchange Act, including *Robert Gutman v. Fibrogen Inc., et al*, No. 4:21-cv-02725, *Grazioli
12   v. Fibrogen Inc., et al,* No. 3:21-cv-03212, *IBEW Local 353 Pension Plan v. FibroGen, Inc., et al,*
13   No. 3:21-cv-03396, and *Leonard v. Fibrogen, Inc., et al,* No. 3:21-cv-03370 (together with the *Xu*
14   Action, the "Related Actions");

15   WHEREAS, on June 11, 2021, the Retirement Systems filed their motion for the
16   consolidation of the Related Actions and for their appointment as Lead Plaintiffs pursuant to the
17   Private Securities Litigation Reform Act of 1995 ("PSLRA") (Docket No. 29);

18   WHEREAS, on July 14, 2021, the Court entered an order vacating the Initial Case
19   Management Conference and related deadlines, and setting a deadline of twenty-one (21) days after
20   the Court appointed Lead Plaintiffs and Lead Counsel in the Action for the Parties to submit to the
21   Court a proposed schedule for: (i) Lead Plaintiffs' filing of a consolidated complaint or designating
22   the previously filed Complaint as operative; and (ii) Defendants' time to answer or otherwise
23   respond to the operative complaint (Docket No. 63);

24   WHEREAS, on August 30, 2021, the Court entered an order consolidating the Related
25   Actions, appointing the Retirement Systems as Lead Plaintiffs, approving their choice of Saxena
26   White P.A. as Lead Counsel, and setting a deadline of thirty (30) days from the date of the order to
27   file a consolidated complaint (Docket No. 75);

28

WHEREAS, on August 31, 2021, counsel for Lead Plaintiffs and counsel for FibroGen conferred regarding a proposed schedule for the filing of a consolidated complaint and briefing on Defendants' anticipated motion(s) to dismiss; and

WHEREAS, due to the substantive nature of this complex securities class action, the fact that Lead Plaintiffs have not had an opportunity to file a complaint in this action, and Defendant FibroGen's counsel's trial commitments lasting approximately five (5) weeks in or around the month of October, the Parties jointly request additional time for the filing of Lead Plaintiffs' consolidated complaint and briefing on Defendants' anticipated motion(s) to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties and their undersigned counsel, subject to the approval of the Court, that:

1. Lead Plaintiffs shall file a consolidated complaint no later than October 29, 2021;

2. Defendants shall move against, answer or otherwise respond to the consolidated complaint on or before December 20, 2021;

3. If any Defendant moves to dismiss the consolidated complaint, Lead Plaintiffs shall file and serve their opposition on or before February 10, 2022;

4. Any moving Defendant shall file and serve its reply to any opposition made by Lead Plaintiffs on or before March 14, 2022; and

5. The caption of this action is hereby amended and shall read as follows:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE FIBROGEN, INC., SECURITIES LITIGATION | No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** |
|---|---|

**IT IS SO STIPULATED.**

Dated:  September 3, 2021         **SAXENA WHITE P.A.**

/s/ Lester R. Hooker
Maya Saxena (admitted *pro hac vice*)
msaxena@saxenawhite.com
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
Dianne M. Pitre (SBN 286199)
dpitre@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: 561.394.3399
Fax: 561.394.3382

David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, California 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

*Lead Counsel for Lead Plaintiffs*

Dated:  September 3, 2021         COOLEY LLP

/s/ Jessica Valenzuela Santamaria
 JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
TIJANA BRIEN (286590)
(tbrien@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant FibroGen, Inc.*

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: September 7, 2021        _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE