PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
LEE BRAND (SBN 287110)
lee.brand@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:        415.983.1000
Facsimile:        415.983.1200

WEI GROUP LLP
ERIC S. WEI (*pro hac vice* application forthcoming)
ewei@weillp.com
One World Trade Center, Suite 8500
New York, New York 10007-0103
Telephone:        212-248-0808
Facsimile:        212-248-0475

Attorneys for Defendant
K. Peony Yu, M.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**NOTICE OF ERRATA TO REPLY MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANT K. PEONY YU, M.D. TO DISMISS CONSOLIDATED COMPLAINT**<br><br>Date:          April 28, 2022<br>Time:          1:30 p.m.<br>Courtroom: 5<br>Judge:        Hon. Edward M. Chen |

4889-3388-4700.v1

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Dr. Yu's Reply Memorandum (Dkt. 116) inadvertently contains an error and omits a citation at page 12, lines 7 and 8.  A corrected copy of the Reply Memorandum, with the erroneous text crossed out and the citation added at page 12, lines 7 through 9, is attached to this Notice as Exhibit 1.  There are no other changes to the text.

Dated:  April 19, 2022                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                WEI GROUP LLP


                                                  /s/ Bruce A. Ericson
                                                    Bruce A. Ericson
                                                    Attorneys for Defendant
                                                    K. Peony Yu, M.D.