PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
LEE BRAND (SBN 287110)
lee.brand@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:        415.983.1000
Facsimile:        415.983.1200

WEI GROUP LLP
ERIC S. WEI (*pro hac vice* application forthcoming)
ewei@weillp.com
One World Trade Center, Suite 8500
New York, New York 10007-0103
Telephone:        212-248-0808
Facsimile:        212-248-0475

Attorneys for Defendant
K. Peony Yu, M.D.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**ANSWER OF DEFENDANT K. PEONY YU, M.D. TO CONSOLIDATED COMPLAINT; AND JURY DEMAND**<br><br>Judge:     Hon. Edward M. Chen |

Defendant K. Peony Yu, M.D. ("Dr. Yu"), by and through her undersigned attorneys, hereby answers for herself, and only for herself, the "[Corrected] Consolidated Class Action Complaint for Violations of the Federal Securities Laws" filed by Lead Plaintiffs ("Plaintiffs") on November 19, 2021 as ECF No. 97 ("Complaint" or "Compl."). Dr. Yu incorporates into each of her responses a denial of all allegations in the Complaint (including those outside of her knowledge and information), except with respect to those specific allegations expressly admitted herein. Dr. Yu also denies any averments in the headings and subheadings of the Complaint. Responses to individual paragraphs incorporate responses to footnotes attached to those paragraphs.

**1.** Paragraph 1 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 1.

**2.** Paragraph 2 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 2.

**3.** Dr. Yu denies the allegations in Paragraph 3, except for admitting that some of the quoted language may be a selective and very partial quotation from certain documents not identified in Paragraph 3 and not attributed to Dr. Yu.

**4.** Dr. Yu admits that the allegations in the first two sentences of Paragraph 4. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in the last sentence of Paragraph 4, and therefore denies the allegations in that sentence. Dr. Yu denies the remaining allegations in Paragraph 4.

**5.** Dr. Yu denies the allegations in Paragraph 5, except for admitting that some of the quoted language, including the language explicitly attributed to her, may be a selective and very partial quotation from certain documents not identified in Paragraph 5.

**6.** Insofar as the allegations about "the Individual Defendants" in Paragraph 6 are meant to refer to Dr. Yu (who is not mentioned by name), Dr. Yu denies those allegations. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 6, and therefore denies the remaining allegations in Paragraph 6.

**7.**    Dr. Yu denies the allegations in Paragraph 7.

**8.**    Dr. Yu admits that on or about March 1, 2021 the FDA unexpectedly announced the formation of an Advisory Committee (AdCom) to review roxadustat.  Dr. Yu further admits that on April 6, 2021, FibroGen issued a press release.  Dr. Yu played no part in the drafting, vetting and issuance of the press release with which in part she disagrees.  Dr. Yu denies the remaining allegations in Paragraph 8.

**9.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 9, and therefore denies the allegations in Paragraph 9.

**10.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 10, and therefore denies the allegations in Paragraph 10.

**11.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 11, and therefore denies the allegations in Paragraph 11.

**12.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 12, and therefore denies the allegations in Paragraph 12.

**13.**    Dr. Yu denies the allegations in Paragraph 13.

**14.**    Paragraph 14 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu admits that this Court has subject matter jurisdiction of the purported claims asserted in the Complaint.

**15.**    Paragraph 15 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu admits that venue is proper in the Northern District of California.

**16.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 16, and therefore denies the allegations in Paragraph 16.

**17.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 17, and therefore denies the allegations in Paragraph 17.

**18.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 18, and therefore denies the allegations in Paragraph 18.

-2-

**19.** Dr. Yu admits that Enrique Conterno began serving as the Chief Executive Officer of FibroGen on January 6, 2020. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 19, and therefore denies the remaining allegations in Paragraph 19.

**20.** Paragraph 20 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 20, and therefore denies the allegations in Paragraph 20.

**21.** Dr. Yu admits that James A. Schoeneck served as interim Chief Executive Officer of FibroGen from August 2019 through January 2020. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 21, and therefore denies the remaining allegations in Paragraph 21.

**22.** Paragraph 22 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 22, and therefore denies the allegations in Paragraph 22.

**23.** Dr. Yu denies the allegations in the second to last sentence of Paragraph 23. Dr. Yu admits the remaining allegations in Paragraph 23.

**24.** Dr. Yu admits that FibroGen's proxy statements correctly state her compensation as Chief Medical Officer and admits that, like most executives of start-ups, her non-cash compensation exceeded her cash compensation. Dr. Yu denies ever trading on material non-public information and avers that all her sales of FibroGen stock were made pursuant to 10b5-1 plans and approved by FibroGen's in-house counsel. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 24, and therefore denies the remaining allegations in Paragraph 24.

**25.** Dr. Yu denies the allegations in Paragraph 25.

**26.** Dr. Yu admits that Mark Eisner joined FibroGen in December 2020. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 26, and therefore denies the remaining allegations in Paragraph 26.

-3-

27. Paragraph 27 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 27, and therefore denies the allegations in Paragraph 27.

28. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 28, and therefore denies the allegations in Paragraph 28.

29. Paragraph 28 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 28, and therefore denies the allegations in Paragraph 28.

30. Paragraph 30 contains Plaintiffs' characterizations to which no response is required.

31. Paragraph 31 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu admits that while employed at FibroGen she was privy to some confidential, proprietary and non-public information. Except as so admitted, Dr. Yu denies the remaining allegations in Paragraph 31 insofar as they purport to be about her, and is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 31 insofar as they purport to be about other people, and therefore denies those allegations in Paragraph 31.

32. Paragraph 32 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 32 insofar as they purport to be about her, and is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 32 insofar as they purport to be about other people, and therefore denies those allegations in Paragraph 32.

33. Dr. Yu denies the allegations in Paragraph 33 insofar as they purport to be about her, and is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 33 insofar as they purport to be about other people, and therefore denies those allegations in Paragraph 33.

34. Paragraph 34 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 34 insofar as they purport to be about her, and is without knowledge or

-4-

information sufficient to form a belief about the remaining allegations in Paragraph 34 insofar as they purport to be about other people, and therefore denies those allegations in Paragraph 34.

35. Dr. Yu admits the allegations in the first two sentences of Paragraph 35. The remainder of Paragraph 35 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 35, and therefore denies those allegations in Paragraph 35.

36. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 36, and therefore denies the allegations in Paragraph 36.

37. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 37, and therefore denies the allegations in Paragraph 37.

38. Dr. Yu admits that AstraZeneca entered into a strategic collaboration with FibroGen to develop and commercialize roxadustat, which involved one agreement for China and another for the U.S. and all other countries not previously licensed. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 38, and therefore denies the remaining allegations in Paragraph 38.

39. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in the second sentence of Paragraph 39, and therefore denies the allegations in that sentence. Dr. Yu admits the remaining allegations in Paragraph 39.

40. Dr. Yu admits the allegations in the second and last sentences of Paragraph 40. Dr. Yu denies the remaining allegations in Paragraph 40.

41. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 41, and therefore denies the allegations in Paragraph 41.

42. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 42, and therefore denies the allegations in Paragraph 42.

43. Dr. Yu admits the allegations in the first sentence of Paragraph 43. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 43, and therefore denies the remaining allegations in Paragraph 43.

-5-

**44.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 44, and therefore denies the allegations in Paragraph 44.

**45.**    Paragraph 45 contains Plaintiffs' legal and regulatory conclusions to which no response is required.  To the extent a response is required, Dr. Yu admits the allegations in Paragraph 45.

**46.**    Dr. Yu admits that FibroGen's Phase 3 clinical trials for roxadustat, included four open-label studies involving dialysis-dependent (DD) patients, one of which studied patients in the incident dialysis (ID) patient subgroup and compared Roxadustat against Epogen, and three double-blind studies involving non-dialysis-dependent (NDD) patients that compared Roxadustat against placebo.  Dr. Yu further admits the allegations in the fourth sentence of paragraph 46.  Dr. Yu denies the remaining allegations in Paragraph 46.

**47.**    Dr. Yu admits that FibroGen's evaluation of roxadustat included looking at three safety endpoints in each patient population—MACE, MACE+, and all-cause mortality—resulting in nine safety analyses.  Dr. Yu is without knowledge or information sufficient to form a belief about the second sentence in Paragraph 47, and therefore denies the allegations in that sentence.  Dr. Yu denies the remaining allegations in Paragraph 47.

**48.**    Dr. Yu admits that a statistically significant hazard ratio below 1.0 suggests a drug that is safer than the comparator.  Dr. Yu denies the remaining allegations in Paragraph 48.

**49.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in the last sentence of Paragraph 49, and therefore denies the allegations in that sentence.  Dr. Yu denies the remaining allegations in Paragraph 49.

**50.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 50, and therefore denies the allegations in Paragraph 50.

**51.**    Dr. Yu denies the allegations in Paragraph 51, except for admitting that some of the quoted language may be a selective and very partial quotation from certain documents not identified in Paragraph 51 and not attributed to Dr. Yu.

**52.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 52, and therefore denies the allegations in Paragraph 52.

-6-

53.    Dr. Yu denies the allegations in Paragraph 53, except for admitting that some of the quoted language may be a selective and very partial quotation from certain documents attributing statements to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.

54.    Dr. Yu denies the allegations in Paragraph 54, except for admitting that some of the quoted language may be a selective and very partial quotation from certain documents attributing statements to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.

55.    Dr. Yu denies the allegations in Paragraph 55 except for admitting that some of the quoted language may be a selective and very partial quotation from certain documents not identified in Paragraph 55 and not attributed to Dr. Yu.

56.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 56, and therefore denies the allegations in Paragraph 56.

57.    Dr. Yu denies the allegations in Paragraph 57 except for admitting that some of the quoted language may be a selective and very partial quotation from certain documents not identified in Paragraph 57 and not attributed to Dr. Yu.

58.    Dr. Yu denies the allegations in Paragraph 58 and denies that anything said in the April 6, 2021 press release constitutes a statement or admission by her.

59.    Dr. Yu denies the allegations in Paragraph 59 except for admitting that some of the quoted language may be a selective and very partial quotation from certain documents not identified in Paragraph 59 and not attributed to Dr. Yu.

60.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 60, and therefore denies the allegations in Paragraph 60.

61.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 61, and therefore denies the allegations in Paragraph 61.  Dr. Yu also denies ever making the purported admission alleged in Paragraph 61.

-7-

**62.**    Dr. Yu denies the allegations in the first sentence of Paragraph 62. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 62, and therefore denies the remaining allegations in Paragraph 62.

**63.**    Dr. Yu admits that all the data presented in paragraph 63 were disclosed in a November 8, 2019 FibroGen press release and denies that any were false, manipulated or doctored. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 63, and therefore denies the remaining allegations in Paragraph 63.

**64.**    Dr. Yu denies the allegations in Paragraph 64, except for admitting that some of the quoted language may be a selective and very partial quotation from certain documents attributing statements to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.

**65.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 65, and therefore denies the allegations in Paragraph 65.

**66.**    Dr. Yu admits that FibroGen's agreement with AstraZeneca provided for payments related to certain regulatory "milestones" for roxadustat, including submission of an NDA to the FDA. Dr. Yu further admits the allegations in the last sentence of Paragraph 66. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 66, and therefore denies the remaining allegations in Paragraph 66 inclusive of Footnote 2.

**67.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 67, and therefore denies the allegations in Paragraph 67.

**68.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 68, and therefore denies the allegations in Paragraph 68.

**69.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 69, and therefore denies the allegations in Paragraph 69.

**70.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in the first sentence in Paragraph 70, and therefore denies those allegations. Dr. Yu denies the remaining allegations in Paragraph 70

**71.**    Dr. Yu denies the allegations in Paragraph 71.

-8-

**72.** Dr. Yu admits that FibroGen announced her retirement on December 1, 2020, at a time when she thought the Food and Drug Administration ("FDA") was about to approve roxadustat and admits that she became the Chief Medical Officer of another company in March 2021.  Except as so admitted, Dr. Yu denies the allegations in Paragraph 72.

**73.** Dr. Yu admits that on or about December 18, 2020 the FDA unexpectedly extended the review period for roxadustat by three months.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 73, and therefore denies the remaining allegations in Paragraph 73.

**74.** Dr. Yu admits that on or about March 1, 2021 the FDA unexpectedly announced the formation of an Advisory Committee (AdCom) to review roxadustat.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 74, and therefore denies the remaining allegations in Paragraph 74.

**75.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 75, and therefore denies the allegations in Paragraph 75.

**76.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 76, and therefore denies the allegations in Paragraph 76.

**77.** Dr. Yu admits that on April 6, 2021, FibroGen issued a press release.  Dr. Yu played no part in the drafting, vetting and issuance of the press release with which in part she disagrees.  Dr. Yu denies the remaining allegations in Paragraph 77.

**78.** Dr. Yu denies the allegations in the first sentence of Paragraph 78.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 78, and therefore denies the remaining allegations in Paragraph 78.

**79.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 79, and therefore denies the allegations in Paragraph 79.

**80.** Dr. Yu admits that on April 6, 2021, FibroGen issued a press release.  Dr. Yu played no part in the drafting, vetting and issuance of the press release with which in part she disagrees.  Dr. Yu denies the remaining allegations in Paragraph 80.

-9-

**81.** Dr. Yu admits that on April 6, 2021, FibroGen issued a press release. Dr. Yu played no part in the drafting, vetting and issuance of the press release with which in part she disagrees. Dr. Yu denies the remaining allegations in Paragraph 81.

**82.** Dr. Yu denies the allegations in Paragraph 82.

**83.** Dr. Yu denies the allegations in Paragraph 83.

**84.** Dr. Yu admits that on April 6, 2021, FibroGen issued a press release. Dr. Yu played no part in the drafting, vetting and issuance of the press release with which in part she disagrees. Dr. Yu admits that both sets of data presented in the April 6, 2021 press release, and the stratification factors underlying the data, had previously been presented to the FDA in December 2019 as part of the New Drug Application ("NDA") for roxadustat, as well as on earlier occasions, and, so far as Dr. Yu knows, had either been accepted by the FDA or at least not disapproved or criticized by the FDA. Dr. Yu denies that the data submitted to the FDA during her tenure as Chief Medical Officer of FibroGen was in any sense "manipulated" or improper. Dr. is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 84, and therefore denies the remaining allegations in Paragraph 84.

**85.** Dr. Yu denies participating in any way in the "Business Update Call" of April 6, 2021. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 85, and therefore denies the remaining allegations in Paragraph 85.

**86.** Dr. Yu denies participating in any way in the "Business Update Call" of April 6, 2021. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 86, and therefore denies the remaining allegations in Paragraph 86.

**87.** Dr. Yu denies participating in any way in the "Business Update Call" of April 6, 2021. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 87, and therefore denies the remaining allegations in Paragraph 87.

**88.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 88, and therefore denies the allegations in Paragraph 88.

**89.** Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to

-10-

form a belief about the remaining allegations in Paragraph 89, and therefore denies the remaining allegations in Paragraph 89.

90. Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 90, and therefore denies the remaining allegations in Paragraph 90.

91. Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 91, and therefore denies the remaining allegations in Paragraph 91.

92. Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 92, and therefore denies the remaining allegations in Paragraph 92.

93. Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 93, and therefore denies the remaining allegations in Paragraph 93.

94. Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 94, and therefore denies the remaining allegations in Paragraph 94.

95. Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 95, and therefore denies the remaining allegations in Paragraph 95.

96. Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to

-11-

form a belief about the remaining allegations in Paragraph 96, and therefore denies the remaining allegations in Paragraph 96.

97.     Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 97, and therefore denies the remaining allegations in Paragraph 97.

98.     Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 98, and therefore denies the remaining allegations in Paragraph 98.

99.     Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 99, and therefore denies the remaining allegations in Paragraph 99.

100.     Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 100, and therefore denies the remaining allegations in Paragraph 100.

101.     Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 101, and therefore denies the remaining allegations in Paragraph 101.

102.     Dr. Yu denies participating in any way in the "Business Update Call" of April 6, 2021 or in any of the other public statements allegedly made by "Defendants" from April 2021 through and including the July 15, 2021 AdCom meeting.  Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 102, and therefore denies the remaining allegations in Paragraph 102.

-12-

**103.** Dr. Yu denies the allegations in Paragraph 103.

**104.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 104, and therefore denies the allegations in Paragraph 104.

**105.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 105, and therefore denies the allegations in Paragraph 105.

**106.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 106, and therefore denies the allegations in Paragraph 106.

**107.** Dr. Yu admits that the so-called "sensitivity analyses" were disclosed to the FDA in December 2019 as part of the NDA but denies that they were any more "pre-specified" than the primary analyses presented in the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 107, and therefore denies the remaining allegations in Paragraph 107.

**108.** Dr. Yu admits that all the data presented in paragraph 108 were disclosed to the FDA in December 2019 as part of the NDA and denies that any were false, manipulated or doctored. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 108, and therefore denies the remaining allegations in Paragraph 108.

**109.** Dr. Yu denies the allegations in Paragraph 109.

**110.** Dr. Yu denies the allegations in Paragraph 110.

**111.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 111, and therefore denies the allegations in Paragraph 111.

**112.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 112, and therefore denies the allegations in Paragraph 112.

**113.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 113, and therefore denies the allegations in Paragraph 113.

**114.** Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 114, and therefore denies the remaining allegations in Paragraph 114.

-13-

115.    Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 115, and therefore denies the remaining allegations in Paragraph 115.

116.    Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 116, and therefore denies the remaining allegations in Paragraph 116.

117.    Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 117, and therefore denies the remaining allegations in Paragraph 117.

118.    Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 118, and therefore denies the remaining allegations in Paragraph 118.

119.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 119, and therefore denies the allegations in Paragraph 119.

120.    Dr. Yu denies ever thinking, while she worked at FibroGen, that a "Black Box" warning was virtually inevitable.  Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 120, and therefore denies the remaining allegations in Paragraph 120.

121.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 121, and therefore denies the allegations in Paragraph 121.

122.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 122, and therefore denies the allegations in Paragraph 122.

-14-

123. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 123, and therefore denies the allegations in Paragraph 123.

124. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 124, and therefore denies the allegations in Paragraph 124.

125. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 125, and therefore denies the allegations in Paragraph 125.

126. Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 126, and therefore denies the remaining allegations in Paragraph 126.

127. Dr. Yu denies that there was anything false, manipulated or doctored about the data submitted to the FDA as part of the NDA. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 127, and therefore denies the remaining allegations in Paragraph 127.

128. Dr. Yu denies ever thinking, while she worked at FibroGen, that a "Black Box" warning was virtually inevitable. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 128, and therefore denies the remaining allegations in Paragraph 128.

129. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 129, and therefore denies the allegations in Paragraph 129.

130. Dr. Yu denies ever thinking, while she worked at FibroGen, that a "Black Box" warning was virtually inevitable. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 130, and therefore denies the remaining allegations in Paragraph 130.

131. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 131, and therefore denies the allegations in Paragraph 131.

132. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 132, and therefore denies the allegations in Paragraph 132.

-15-

133.     Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 133, and therefore denies the allegations in Paragraph 133.

134.     Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 134, and therefore denies the allegations in Paragraph 134.

135.     Dr. Yu denies falsely touting roxadustat's safety and efficacy.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 135, and therefore denies the remaining allegations in Paragraph 135.

136.     Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 136, and therefore denies the allegations in Paragraph 136.

137.     Dr. Yu denies ever trading on material non-public information.  Dr. Yu avers that all her transactions in FibroGen stock were made pursuant to 10b5-1 plans and with the knowledge and approval of FibroGen's in-house lawyers.  Dr. Yu also avers that she sold more shares of FibroGen stock in the comparable period before the alleged "Class Period" than during the alleged "Class Period."  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 137, and therefore denies the remaining allegations in Paragraph 137.

138.     Dr. Yu admits that FibroGen's proxy statements correctly state her compensation as Chief Medical Officer and admits that, like most executives of start-ups, her non-cash compensation exceeded her cash compensation.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 138, and therefore denies the remaining allegations in Paragraph 138.

139.     Dr. Yu denies the allegations in Paragraph 139 insofar as they purport to refer to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 139, and therefore denies the remaining allegations in Paragraph 139.

140.     Dr. Yu denies the allegations in Paragraph 140 insofar as they purport to refer to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 140, and therefore denies the remaining allegations in Paragraph 140.

-16-

4879-2988-4719.v6

**141.**    Dr. Yu denies the allegations in Paragraph 141 insofar as they purport to refer to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 141, and therefore denies the remaining allegations in Paragraph 141.

**142.**    Dr. Yu admits that some of the quoted language in Paragraph 142 may be a selective and very partial quotation from certain documents attributing statements to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 142, and therefore denies the remaining allegations in Paragraph 142.

**143.**    Dr. Yu admits that the quoted language in Paragraph 143 may be a selective and very partial quotation from certain documents not attributed to Dr. Yu.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 143, and therefore denies the remaining allegations in Paragraph 143.

**144.**    Dr. Yu denies the allegations in Paragraph 144.

**145.**    Dr. Yu admits that some of the quoted language in Paragraph 145 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 145, and therefore denies the remaining allegations in Paragraph 145.

**146.**    Dr. Yu denies the allegations in Paragraph 146.

**147.**    Dr. Yu admits that the quoted language in Paragraph 147 may be a selective and very partial quotation from certain documents not attributed to Dr. Yu.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 147, and therefore denies the remaining allegations in Paragraph 147.

**148.**    Dr. Yu admits that some of the quoted language in Paragraph 148 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is

without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 148, and therefore denies the remaining allegations in Paragraph 148.

149.     Dr. Yu denies the allegations in Paragraph 149.

150.     Dr. Yu denies the allegations in Paragraph 150.

151.     Dr. Yu denies the allegations in Paragraph 151.

152.     Dr. Yu denies the allegations in Paragraph 152.

153.     Dr. Yu admits that some of the quoted language in Paragraph 153 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 153, and therefore denies the remaining allegations in Paragraph 153.

154.     Dr. Yu denies the allegations in Paragraph 154.

155.     Dr. Yu admits that some of the quoted language in Paragraph 155 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 155, and therefore denies the remaining allegations in Paragraph 155.

156.     Dr. Yu admits that on April 6, 2021, FibroGen issued a press release.  Dr. Yu played no part in the drafting, vetting and issuance of the press release with which in part she disagrees.  Dr. Yu denies the remaining allegations in Paragraph 156.

157.     Dr. Yu admits that some of the quoted language in Paragraph 157 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 157, and therefore denies the remaining allegations in Paragraph 157.

158.     Dr. Yu admits that some of the quoted language in Paragraph 158 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is

-18-

without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 158, and therefore denies the remaining allegations in Paragraph 158.

159. Dr. Yu denies the allegations in Paragraph 159.

160. Dr. Yu admits that the quoted language in Paragraph 160 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 160, and therefore denies the remaining allegations in Paragraph 160.

161. Dr. Yu denies the allegations in Paragraph 161.

162. Dr. Yu denies the allegations in the last sentence of Paragraph 162. Dr. Yu admits that the quoted language in Paragraph 162 may be a selective and very partial quotation from statements not signed by or attributed to her and avers that the complete statements on these subjects relating to her areas of responsibility at FibroGen as Chief Medical Officer in the 10-Q were truthful, reasonably believed by her to be true, and reflected her belief and opinions. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 162, and therefore denies the remaining allegations in Paragraph 162.

163. Dr. Yu admits that some of the quoted language in Paragraph 163 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 163, and therefore denies the remaining allegations in Paragraph 163.

164. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph164, and therefore denies the allegations in Paragraph 164.

165. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 165, and therefore denies the allegations in Paragraph 165.

166. Dr. Yu denies the allegations in Paragraph 166.

167. Dr. Yu admits that some of the quoted language in Paragraph 167 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements

-19-

were truthful, reasonably believed by her to be true, and reflected her belief and opinions. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 167, and therefore denies the remaining allegations in Paragraph 167.

168. Dr. Yu admits that the quoted language in Paragraph 168 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 168, and therefore denies the remaining allegations in Paragraph 168.

169. Dr. Yu admits that the quoted language in Paragraph 169 may be a selective and very partial quotation from statements not signed by or attributed to her and avers that the complete statements on these subjects relating to her areas of responsibility at FibroGen as Chief Medical Officer in the 10-Q were truthful, reasonably believed by her to be true, and reflected her belief and opinions. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 169, and therefore denies the remaining allegations in Paragraph 169.

170. Dr. Yu denies the allegations in Paragraph 170.

171. Dr. Yu admits that the quoted language in Paragraph 171 may be a selective and very partial quotation from certain documents not attributed to Dr. Yu. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 171, none of which refer to her, and therefore denies the remaining allegations in Paragraph 171.

172. Dr. Yu admits that the quoted language in Paragraph 172 may be a selective and very partial quotation from certain documents not attributed to Dr. Yu. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 172, none of which refer to her, and therefore denies the remaining allegations in Paragraph 172.

173. Dr. Yu denies the allegations in Paragraph 173.

174. Dr. Yu denies the allegations in Paragraph 174.

175. Dr. Yu denies the allegations in Paragraph 175.

176.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 176, and therefore denies the allegations in Paragraph 176.

177.    Dr. Yu denies the allegations in the last sentence of Paragraph 177.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 177, none of which are attributed to her, and therefore denies the remaining allegations in Paragraph 177.

178.    Dr. Yu admits that the quoted language in Paragraph 178 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 178, and therefore denies the remaining allegations in Paragraph 178.

179.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 179, and therefore denies the allegations in Paragraph 179.

180.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 180, none of which are attributed to her, and therefore denies the allegations in Paragraph 180.

181.    Dr. Yu admits that the quoted language in Paragraph 181 may be a selective and very partial quotation from statements not signed by or attributed to her and avers that the complete statements on these subjects relating to her areas of responsibility at FibroGen as Chief Medical Officer in the 10-Q were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 181, and therefore denies the remaining allegations in Paragraph 181.

182.    Dr. Yu denies the allegations in Paragraph 182.

183.    Dr. Yu denies the allegations in Paragraph 183.

184.    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 184, which are not attributed to her, and therefore denies the allegations in Paragraph 184.

-21-

**185.** Dr. Yu denies the allegations in Paragraph 185.

**186.** Dr. Yu denies the allegations in Paragraph 186.

**187.** Dr. Yu admits that the quoted language in Paragraph 187 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 187, and therefore denies the remaining allegations in Paragraph 187.

**188.** Dr. Yu denies the allegations in Paragraph 188.

**189.** Dr. Yu admits that the quoted language in Paragraph 189 may be a selective and very partial quotation from statements attributed to her and avers that her complete statements were truthful, reasonably believed by her to be true, and reflected her belief and opinions.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 189, and therefore denies the remaining allegations in Paragraph 189.

**190.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 190, which are not attributed to her, and therefore denies the allegations in Paragraph 190.

**191.** Dr. Yu denies the allegations in Paragraph 191.

**192.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 192, which are not attributed to her, and therefore denies the allegations in Paragraph 192.

**193.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 193, which are not attributed to her, and therefore denies the allegations in Paragraph 193.

**194.** Dr. Yu denies the allegations in Paragraph 194.

**195.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 195, which are not attributed to her, and therefore denies the allegations in Paragraph 195.

-22-

**196.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 196, which are not attributed to her, and therefore denies the allegations in Paragraph 196.

**197.**    Dr. Yu denies the allegations in Paragraph 197.

**198.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 198, which are not attributed to her, and therefore denies the allegations in Paragraph 198.

**199.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 199, which are not attributed to her, and therefore denies the allegations in Paragraph 199.

**200.**    Dr. Yu denies the allegations in Paragraph 200.

**201.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 201, which are not attributed to her, and therefore denies the allegations in Paragraph 201.

**202.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 202, which are not attributed to her, and therefore denies the allegations in Paragraph 202.

**203.**    Dr. Yu denies the allegations in Paragraph 203.

**204.**    Dr. Yu denies the allegations in Paragraph 204.

**205.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 205, which are not attributed to her, and therefore denies the allegations in Paragraph 205.

**206.**    Dr. Yu denies the allegations in Paragraph 206.

**207.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 207, which are not attributed to her, and therefore denies the allegations in Paragraph 207.

-23-

208. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 208, which are not attributed to her, and therefore denies the allegations in Paragraph 208.

209. Dr. Yu denies the allegations in Paragraph 209.

210. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 210, which are not attributed to her, and therefore denies the allegations in Paragraph 210.

211. Dr. Yu admits the allegations in the first sentence of Paragraph 211. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 211, which are not attributed to her, and therefore denies the remaining allegations in Paragraph 211.

212. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 212, which are not attributed to her, and therefore denies the allegations in Paragraph 212.

213. Dr. Yu denies the allegations in Paragraph 213.

214. Dr. Yu denies the allegations in Paragraph 214.

215. Dr. Yu denies the allegations in Paragraph 215.

216. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 216, and therefore denies the allegations in Paragraph 216.

217. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 217, which are not attributed to her, and therefore denies the allegations in Paragraph 217.

218. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 218, which are not attributed to her, and therefore denies the allegations in Paragraph 218.

219. Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 219, which are not attributed to her, and therefore denies the allegations in Paragraph 219.

**220.**   Dr. Yu denies the allegations in Paragraph 220.

**221.**   Dr. Yu admits that on April 6, 2021, FibroGen issued a press release.  Dr. Yu played no part in the drafting, vetting and issuance of the press release with which in part she disagrees.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 221, which are not attributed to her, and therefore denies the remaining allegations in Paragraph 221.

**222.**   Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 222, which are not attributed to her, and therefore denies the allegations in Paragraph 222.

**223.**   Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 223, which are not attributed to her, and therefore denies the allegations in Paragraph 223.

**224.**   Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 224, which are not attributed to her, and therefore denies the allegations in Paragraph 224.

**225.**   Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 225, which are not attributed to her, and therefore denies the allegations in Paragraph 225.

**226.**   Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 226, which are not attributed to her, and therefore denies the allegations in Paragraph 226.

**227.**   Dr. Yu denies the allegations in Paragraph 227.

**228.**   Dr. Yu admits that all the data presented in paragraph 228 were disclosed to the FDA in December 2019 as part of the NDA and denies that any were false, manipulated or doctored.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 228, and therefore denies the remaining allegations in Paragraph 228.

**229.**   Dr. Yu denies the allegations in Paragraph 229.

4879-2988-4719.v6

**230.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 230, which are not attributed to her, and therefore denies the allegations in Paragraph 230.

**231.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 231, which are not attributed to her, and therefore denies the allegations in Paragraph 231.

**232.** Dr. Yu denies the allegations in Paragraph 232.

**233.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 233, which are not attributed to her, and therefore denies the allegations in Paragraph 233.

**234.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 234, which are not attributed to her, and therefore denies the allegations in Paragraph 234.

**235.** Dr. Yu denies the allegations in Paragraph 235.

**236.** Dr. Yu denies the allegations in Paragraph 236 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 236, and therefore denies the remaining allegations in Paragraph 236.

**237.** Dr. Yu admits that on April 6, 2021, FibroGen issued a press release. Dr. Yu played no part in the drafting, vetting and issuance of the press release with which in part she disagrees. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 237, which are not attributed to her, and therefore denies the remaining allegations in Paragraph 237.

**238.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 238, and therefore denies the allegations in Paragraph 238.

**239.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 239, and therefore denies the allegations in Paragraph 239.

**240.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 240, and therefore denies the allegations in Paragraph 240.

-26-

**241.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 241, and therefore denies the allegations in Paragraph 241.

**242.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 242, and therefore denies the allegations in Paragraph 242.

**243.**    Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 243, and therefore denies the allegations in Paragraph 243.

**244.**    Dr. Yu denies the allegations in Paragraph 244 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 244, and therefore denies the remaining allegations in Paragraph 244.

**245.**    Dr. Yu denies the allegations in Paragraph 245 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 245, and therefore denies the remaining allegations in Paragraph 245.

**246.**    Dr. Yu admits that the success of roxadustat was important to her insofar as she had devoted more than a decade of her professional career to studying it.  Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 246, and therefore denies the allegations in Paragraph 246.

**247.**    Dr. Yu denies the allegations in Paragraph 247 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 247, and therefore denies the remaining allegations in Paragraph 247.

**248.**    Dr. Yu denies the allegations in Paragraph 248 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 248, and therefore denies the remaining allegations in Paragraph 248.

**249.**    Dr. Yu denies the allegations in Paragraph 249 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 249, and therefore denies the remaining allegations in Paragraph 249.

**250.**    Dr. Yu denies the allegations in Paragraph 250 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 250, and therefore denies the remaining allegations in Paragraph 250.

-27-

251.    Dr. Yu denies the allegations in Paragraph 251 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 251, and therefore denies the remaining allegations in Paragraph 251.

252.    Dr. Yu denies the allegations in Paragraph 252 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 252, and therefore denies the remaining allegations in Paragraph 252.

253.    Dr. Yu denies the allegations in Paragraph 253 insofar as they purport to apply to her. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 253, and therefore denies the remaining allegations in Paragraph 253.

254.    Dr. Yu admits that FibroGen's proxy statements correctly state her compensation as Chief Medical Officer and admits that, like most executives of start-ups, her non-cash compensation exceeded her cash compensation. Dr. Yu denies ever trading on material non-public information and avers that all her sales of FibroGen stock were made pursuant to 10b5-1 plans and approved by FibroGen's in-house counsel. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 254, and therefore denies the remaining allegations in Paragraph 254.

255.    Dr. Yu denies the allegations in Paragraph 255.

256.    Dr. Yu admits that FibroGen's agreement with AstraZeneca provided for payments related to certain regulatory "milestones" for roxadustat, including FDA approval. Dr. Yu denies the allegations in the last sentence of Paragraph 256. Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 256, and therefore denies the remaining allegations in Paragraph 256.

257.    Dr. Yu denies the allegations in Paragraph 257.

258.    Dr. Yu admits she retired as FibroGen's Chief Medical Officer in December 2020, at a time when she believed roxadustat was about to receive approval from the FDA. Dr. Yu denies the remaining allegations in Paragraph 258.

259.    Dr. Yu admits that share of FibroGen publicly traded on the NASDAQ during the purported class period. Dr. Yu is without knowledge or information sufficient to form a belief about

-28-

the remaining allegations in Paragraph 259, and therefore denies the remaining allegations in Paragraph 259.

**260.** Dr. Yu denies the allegations in Paragraph 260.

**261.** Dr. Yu denies the allegations in Paragraph 261.

**262.** Dr. Yu denies the allegations in Paragraph 262.

**263.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 263, and therefore denies the allegations in Paragraph 263.

**264.** Dr. Yu admits that on or about March 1, 2021 the FDA unexpectedly announced the formation of an Advisory Committee (AdCom) to review roxadustat.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 264, and therefore denies the remaining allegations in Paragraph 264.

**265.** Dr. Yu admits that on April 6, 2021, FibroGen issued a press release.  Dr. Yu played no part in the drafting, vetting and issuance of the press release with which in part she disagrees.  Dr. Yu is without knowledge or information sufficient to form a belief about the remaining allegations in Paragraph 265, which are not attributed to her, and therefore denies the remaining allegations in Paragraph 265.

**266.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 266, and therefore denies the allegations in Paragraph 266.

**267.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 267, and therefore denies the allegations in Paragraph 267.

**268.** Dr. Yu denies the allegations in Paragraph 268.

**269.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 269, and therefore denies the allegations in Paragraph 269.

**270.** Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 270, and therefore denies the allegations in Paragraph 270.

**271.** Paragraph 271 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 271, and therefore denies the allegations in Paragraph 271.

-29-

**272.** Paragraph 272 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 272, and therefore denies the allegations in Paragraph 272.

**273.** Paragraph 273 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 273, and therefore denies the allegations in Paragraph 273.

**274.** Paragraph 274 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 274, and therefore denies the allegations in Paragraph 274.

**275.** Paragraph 275 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 275, and therefore denies the allegations in Paragraph 275.

**276.** Paragraph 276 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 276, and therefore denies the allegations in Paragraph 276.

**277.** Paragraph 277 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 277, and therefore denies the allegations in Paragraph 277.

**278.** Paragraph 278 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 278, and therefore denies the allegations in Paragraph 278.

**279.** Paragraph 279 contains Plaintiffs' legal conclusions to which no response is required. To the extent a response is required, Dr. Yu is without knowledge or information sufficient to form a belief about the allegations in Paragraph 279, and therefore denies the allegations in Paragraph 279.

**280.** Paragraph 280 merely repeats and realleges the allegations of Paragraphs 1 through 279. Dr. Yu therefore repeats and re-alleges her answers to those paragraphs, as set forth above.

-30-

**281.**    Paragraph 281 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 281.

**282.**    Paragraph 282 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 282.

**283.**    Paragraph 283 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 283.

**284.**    Paragraph 284 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 284.

**285.**    Paragraph 285 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 285.

**286.**    Paragraph 286 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 286.

**287.**    Paragraph 287 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 287.

**288.**    Paragraph 288 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 288.

**289.**    Paragraph 289 merely repeats and realleges the allegations of Paragraphs 1 through 288.  Dr. Yu therefore repeats and re-alleges her answers to those paragraphs, as set forth above.

4879-2988-4719.v6

**290.** Paragraph 290 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 290.

**291.** Paragraph 291 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 291.

**292.** Paragraph 292 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 292.

**293.** Paragraph 293 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 293.

**294.** Paragraph 294 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 294.

**295.** Paragraph 295 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 295.

**296.** Paragraph 296 contains Plaintiffs' characterization of their own claims and legal conclusions to which no response is required. To the extent a response is required, Dr. Yu denies the allegations in Paragraph 296 and denies that Plaintiffs are entitled to any relief.

**297.** Paragraph 297 contains Plaintiffs' jury demand, to which no response is required.

**298.** Except as otherwise expressly stated in Paragraphs 1 through 297 above, Dr. Yu denies each and every allegation in the Complaint, including without limitation, the headings, sub-headings, and footnotes contained in the Complaint and specifically denies that Plaintiffs are entitled to the relief sought in Plaintiffs' prayer for relief or to any relief as against Dr. Yu.

**299.** Dr. Yu reserves the right to amend or supplement this Answer.

-32-

**AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

300.    The Complaint fails, in whole or in part, to state a claim upon which relief can be granted as against Dr. Yu.

**SECOND DEFENSE**

301.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because information that Defendants allegedly concealed – including but not limited to the information that FibroGen and the FDA had not yet agreed on roxadustat's testing protocols and stratification factors as of when the pooled safety data were unblinded – was known to the FDA and in the public domain no later than May 2019 and, as such, was reflected in the price of FibroGen's stock.  In other words, the truth about when testing protocols and stratification factors were agreed with the FDA was in the market.

**THIRD DEFENSE**

302.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the statements that Dr. Yu is alleged to have made – including but not limited to Statement Nos. 1, 6, 7, 10, 13, 16-18, 20-21, 23, 26-27, 34-35, 44 and 46-49 of the numbered statements contained in the Appendix to the Complaint, ECF No. 91-2 – were predictions, expressions of opinion or optimism, or forward-looking statements protected by the safe harbor provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), as codified at 15 U.S.C. § 78u-5(c).

**FOURTH DEFENSE**

303.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the statements that Dr. Yu is alleged to have made – including but not limited to Statement Nos. 1, 6, 7, 10, 13, 16-18, 20-21, 23, 26-27, 34-35, 44 and 46-49 of the numbered statements contained in the Appendix to the Complaint, ECF No. 91-2 – are protected by the "Bespeaks Caution" doctrine.

**FIFTH DEFENSE**

304.    To the extent that it may be determined that any Defendant other than Dr. Yu is responsible for the alleged losses of Plaintiffs and the alleged plaintiff class, and acted with the state

-33-

of mind required under the Exchange Act, the mental state and actions of such other Defendants may not be attributed to Dr. Yu.

305.     In particular but without limitation, no acts, failure to act, statements or omissions of any Defendant other than Dr. Yu occurring after Dr. Yu ceased on December 20, 2020 to be an officer of FibroGen may be attributed to Dr. Yu.

## SIXTH DEFENSE

306.     The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because Dr. Yu had no duty to disclose things she did not disclose, including without limitation sensitivity studies of roxadustat included in the NDA for roxadustat submitted to the FDA in December 2019, the stratification factors specified in the NDA for those sensitivity studies, and the sensitivity studies relabeled as primary studies and disclosed in FibroGen's press release of April 6, 2021.

## SEVENTH DEFENSE

307.     The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the statements that Dr. Yu is alleged to have made – including but not limited to Nos. 1, 6, 7, 10, 13, 16-18, 20-21, 23, 26-27, 34-35, 44 and 46-49 of the numbered statements contained in the Appendix to the Complaint, ECF No. 91-2 – are puffery, and hence not actionable.

## EIGHTH DEFENSE

308.     The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the statements that Dr. Yu is alleged to have made – including but not limited to Nos. 1, 6, 7, 10, 13, 16-18, 20-21, 23, 26-27, 34-35, 44 and 46-49 of the numbered statements contained in the Appendix to the Complaint, ECF No. 91-2 – to the extent they were not forward-looking statements protected by the safe harbor provisions of the PSLRA, as codified at 15 U.S.C. § 78u-5(c), nonetheless represented interpretations or statements of opinion about matters of science that were true or believed by Dr. Yu to be true, and hence not actionable.

-34-

**NINTH DEFENSE**

309.    The control person claims of Plaintiffs and the alleged plaintiff class against Dr. Yu are barred, in whole or in part, because Dr. Yu acted in good faith and did not directly or indirectly induce any act or acts by others constituting a violation of the Securities Exchange Act of 1934.

**TENTH DEFENSE**

310.    The control person claims of Plaintiffs and the alleged plaintiff class against Dr. Yu are barred, in whole or in part, because Dr. Yu did not have the ability to control and did not exercise any control over the acts, omissions or statement of any other Defendant.

**ELEVENTH DEFENSE**

311.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the alleged acts and omissions of Dr. Yu did not cause any loss or drop in the price of FibroGen stock, and/or because any loss or drop in the price of FibroGen stock was the proximate result of actions or omissions of persons or entities other than Dr. Yu.

312.    In particular but without limitation, Dr. Yu did not cause any loss, or drop in the price of FibroGen stock occurring after Dr. Yu ceased to be Chief Medical Officer of FibroGen on December 20, 2020.

**TWELFTH DEFENSE**

313.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because the alleged acts and omissions of Dr. Yu did not cause any transactions by Plaintiffs or the alleged plaintiff class in FibroGen stock.

**THIRTEENTH DEFENSE**

314.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because Plaintiffs' allegations that Dr. Yu acted with scienter, insofar as those allegations rest on her alleged sales of FibroGen stock, ignore the fact that her sales during the alleged class period were much smaller than her sales in the comparable period preceding the alleged class period.

**FOURTEENTH DEFENSE**

315.    The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because Plaintiffs' allegations that Dr. Yu acted with scienter, insofar as those allegations rest on her

-35-

alleged sales of FibroGen stock, ignore the fact that her sales during the alleged class period were all made under plans covered by SEC Rule 10b5-1, 17 C.F.R. § 240.10b5-1, and approved by FibroGen's general counsel.

**FIFTEENTH DEFENSE**

316.   The claims of Plaintiffs and the alleged plaintiff class are barred, in whole or in part, because of failures to mitigate damages at least on the part of Plaintiffs or alleged members of the plaintiff class who did not sell their FibroGen stock before July 15, 2021.

**SIXTEENTH DEFENSE**

317.   Any harm suffered or damages incurred by Plaintiffs or the individual members of the alleged plaintiff class are subject to offset in the amount of any benefit received by Plaintiffs or the individual members of the alleged plaintiff class through their investments, including but not limited to any tax, insurance, or indemnification benefit, or proceeds received from hedging or short selling.

**SEVENTEENTH DEFENSE**

318.   The claims of Plaintiffs and certain members of the alleged plaintiff class are barred under such equitable defenses as the evidence demonstrates, including but not limited to the doctrines of waiver, estoppel, unclean hands, and laches.

**EIGHTEENTH DEFENSE**

319.   The claims of the alleged plaintiff class are barred because this action is not maintainable as a class action.

320.   In the alternative, the putative class period is overbroad, and, therefore, many members of the alleged plaintiff class are not entitled to any recovery.

**NINETEENTH DEFENSE**

321.   If and to the extent Dr. Yu is held to be liable for any of the alleged claims, Dr. Yu is entitled to contribution or indemnity from FibroGen or the other Defendants, or both, under 15 U.S.C. § 78u-4(f) or any other applicable law.

-36-

**TWENTIETH DEFENSE**

322.    If and to the extent Dr. Yu is held to be liable for any of the alleged claims, Dr. Yu is entitled to a proportional allocation of any liability under 15 U.S.C. § 78u-4(f).

**TWENTY-FIRST DEFENSE**

323.    Dr. Yu adopts by reference any applicable defense pleaded by any other defendant not expressly set forth herein.

**ADDITIONAL DEFENSES RESERVED**

324.    Dr. Yu reserves the right to raise any additional defenses, cross-claims, and third-party claims not asserted herein of which she may become aware through discovery or other investigation, as may be appropriate at a later time.

**PRAYER**

WHEREFORE, Defendant K. Peony Yu, M.D., prays for judgment in her favor and against Plaintiffs as follows:

a.    That the Court not certify this action to be a class action;

b.    That Plaintiffs and the alleged plaintiff class take nothing as against Dr. Yu;

c.    That Dr. Yu be awarded her costs of suit; and

d.    That Dr. Yu be awarded such other and further relief as the Court sees fit.

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant K. Peony Yu, M.D., hereby demands a trial by jury as to all issues triable to a jury.

Dated:  September 13, 2022          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    WEI GROUP LLP


                                    _/s/ Bruce A. Ericson_
                                       Bruce A. Ericson
                                       Attorneys for Defendant
                                       K. Peony Yu, M.D.

-37-