**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

*[Additional Counsel listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Date:  June 8, 2023<br>Time: 1:30 p.m.<br>Dept.: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen |

DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

I, David R. Kaplan, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.	I am a Director at the law firm Saxena White P.A. ("Saxena White"), counsel for Court-appointed Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (collectively, "Lead Plaintiffs"). I am a member in good standing of the Bar of the State of California and am admitted to practice in this District. I submit this Declaration in Support of Lead Plaintiffs' Notice of Motion and Motion for Class Certification, filed concurrently herewith. I have personal knowledge of the matters stated herein based on my participation in the action and, if called upon, I could and would testify thereto under oath.

2.	Attached as Exhibit 1 is a true and correct copy of the Expert Report of Chad Coffman, CFA, dated January 27, 2023.

3.	Attached as Exhibit 2 is a true and correct copy of the Declaration of David Randall in Support of Lead Plaintiffs' Motion for Class Certification, dated January 26, 2023.

4.	Attached as Exhibit 3 is a true and correct copy of the Declaration of Christopher R. DiFusco in Support of Lead Plaintiffs' Motion for Class Certification, dated January 26, 2023.

5.	Attached as Exhibit 4 is a true and correct copy of the Declaration of Timothy J. Smyth in Support of Lead Plaintiffs' Motion for Class Certification, dated January 25, 2023.

6.	Attached as Exhibit 5 is a true and correct copy of an email dated May 21, 2019, produced by Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo (the "FibroGen Defendants"), bearing Bates numbers FGEN-CA-0567770-71.

7.	Attached as Exhibit 6 is a true and correct copy of an email dated July 27, 2019, attaching, *inter alia*, notes of a July 26, 2019 pre-NDA meeting among representatives of FibroGen and AstraZeneca, including Defendant Peony Yu, produced by the FibroGen Defendants, bearing Bates numbers FGEN-CA-0029852-55.

8.	Attached as Exhibit 7 is a true and correct copy of a presentation by Astellas dated July 23, 2019, produced by the FibroGen Defendants, bearing Bates number FGEN-CA-0568996.

9.	Attached as Exhibit 8 is a true and correct copy of emails dated October 11, 2019, produced by the FibroGen Defendants, bearing Bates numbers FGEN-CA-0016561-67.

10.    Attached as Exhibit 9 is a true and correct copy of emails dated September 4, 2019, attaching a redlined Word document, produced by the FibroGen Defendants, bearing Bates numbers FGEN-CA-0016265-67.

11.    Attached as Exhibit 10 is a true and correct copy of a presentation by Defendant Mark Eisner dated March 28, 2021, produced by the FibroGen Defendants, bearing Bates number FGEN-CA-0353824.

12.    The FibroGen Defendants designated Exhibits 5-10 "Confidential" pursuant to the Stipulated Protective Order entered in this action (ECF No. 144).  Accordingly, these exhibits are being submitted to the Court with Lead Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed, Pursuant to N.D. Cal. Civ. L.R. 79-5(f), filed concurrently herewith.

13.    Attached as Exhibit 11 is a true and correct copy of the Firm Resume of Saxena White.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 27th day of January, 2023, in Solana Beach, California.


*/s/ David R. Kaplan*
David R. Kaplan