# EXHIBIT 2

**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone:    (858) 997-0860
Facsimile:    (858) 369-0096

*Counsel for Lead Plaintiff Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>DECLARATION OF DAVID RANDALL IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, DAVID RANDALL, declare as follows:

1. I respectfully submit this declaration in support of Lead Plaintiffs' Motion for Class Certification in the above-captioned litigation (the "Action"). I have personal knowledge of the statements herein and, if called upon as a witness, I could and would competently testify thereto under oath.

2. I am the Executive Director of the Employees' Retirement System of the City of Baltimore ("Baltimore Employees" or the "Fund"). Baltimore Employees is a public pension fund that provides retirement benefits to approximately 18,500 regular and permanent employees in the general administrative service of the City of Baltimore, Maryland and certain non-teacher employees of the Baltimore City Public School System. Baltimore Employees was established in 1926 and, as of March 2022, had approximately $2.1 billion in assets under management.

3. On August 30, 2021, the Court appointed Baltimore Employees as a Lead Plaintiff in this Action along with the City of Philadelphia Board of Pensions and Retirement ("Philadelphia Pension Fund"), and Plymouth County Retirement Association ("Plymouth County") (collectively "Lead Plaintiffs"). ECF No. 75. On November 19, 2021, Lead Plaintiffs filed the [Corrected] Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Consolidated Complaint"). ECF No. 97.

4. During the period from December 20, 2018, through July 15, 2021, inclusive (the "Class Period"), Baltimore Employees purchased over 14,000 shares of FibroGen, Inc. common stock, and suffered substantial losses as a result of Defendants' violations of the federal securities laws alleged in the Complaint. ECF No. 30-2. In addition, pursuant to an assignment of claims from the Fire and Police Employees' Retirement System of the City of Baltimore ("Baltimore F&P"), Baltimore Employees also seeks recovery for the loss suffered by Baltimore F&P as a result of the violations of the federal securities laws alleged in this Action in connection with its purchases of FibroGen common stock. *Id.*

5. In the Motion for Class Certification, Baltimore Employees seeks appointment as

a Class Representative in the Action. On behalf of Baltimore Employees, myself and other Fund staff have actively monitored and directed the progress of the Action, regularly communicating with Lead Counsel and proposed Class Counsel, Saxena White P.A. ("Saxena White"), about various aspects of the Action, including pleadings, briefs, discovery, Court orders and other case developments.

6.    Baltimore Employees has diligently pursued the effective prosecution of this action. To date, myself and other Fund staff have actively participated in or supervised the preparation of numerous key documents in the Action, including, but not limited to, Baltimore Employees, Philadelphia Pension Fund, and Plymouth County's motion for consolidation of related actions, appointment as Lead Plaintiffs, and approval of selection of Lead Counsel and supporting joint declaration, and briefing related thereto (ECF No. 29, 52, 57); the Consolidated Complaint; Lead Plaintiffs' Opposition to Defendants' Motions to Dismiss the Complaint (ECF Nos. 106-107, 109); Lead Plaintiffs' Initial Disclosures; Lead Plaintiffs' First Request for Production of Documents to All Defendants; and Lead Plaintiffs' Motion for Class Certification filed concurrently herewith. Baltimore Employees has also received and reviewed significant documents, filings, and orders in the Action, including, but not limited to, submissions related to Defendants' Motion to Dismiss; the Court's Order Denying Defendants' Motion to Dismiss (ECF No. 126); the parties' Joint Rule 26(f) Case Management Statement (ECF No. 141); Defendants' First Requests for Production of Documents and First Set of Interrogatories to Lead Plaintiffs, and Lead Plaintiffs' responses and objections thereto. Baltimore Employees has communicated regularly with Lead Counsel concerning these and other case-related matters, including satisfying the Fund's discovery obligations through the collection and production to Defendants of potentially relevant documents and communications from the Fund's files.

7.    Baltimore Employees understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. Baltimore Employees is committed to vigorously

prosecuting and directing this litigation and will strive to maximize the recovery for the Class consistent with good faith and sound judgment.

8.      Baltimore Employees understands that, as a Lead Plaintiff and Class Representative (if appointed), the Fund owes a fiduciary duty to provide fair and adequate representation to all members of the Class. The Fund is committed to faithfully and diligently carrying out that duty and continuing to work with Lead Counsel to obtain the best outcome for the Class consistent with good faith and meritorious advocacy.

9.      Baltimore Employees seeks to appoint Saxena White as Class Counsel for the Class based on the firm's substantial experience and expertise in successfully prosecuting securities class actions and other forms of complex shareholder litigation. In addition, Baltimore Employees believes that Saxena White possesses the necessary financial and human resources to effectively and successfully prosecute this Action through trial and any post-trial appeals. Should Lead Counsel be appointed Class Counsel, Baltimore Employees will continue to actively monitor and direct Saxena White's efforts to vigorously and effectively prosecute this Action on behalf of Lead Plaintiffs and the Class.

10.      Baltimore Employees will not accept any payment for serving as a Lead Plaintiff or Class Representative (if appointed) beyond its *pro rata* share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the Fund's representation of the Class, as contemplated by the PSLRA, and as may be ordered and approved by the Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the facts set forth in the aforesaid documents are true and correct.

Executed this 26th day of January, 2023, in Baltimore, Maryland.

David Randall
Executive Director
Employees' Retirement System of the City of Baltimore

DECLARATION OF DAVID RANDALL
IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:21-CV-02623-EMC

3