# EXHIBIT 3

**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone:     (858) 997-0860
Facsimile:      (858) 369-0096

*Counsel for Lead Plaintiff Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
| | **CLASS ACTION** |
| | **DECLARATION OF CHRISTOPHER R. DIFUSCO IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DECLARATION OF CHRISTOPHER R. DIFUSCO
IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:21-CV-02623-EMC

I, CHRISTOPHER R. DIFUSCO, declare as follows:

1.    I respectfully submit this declaration in support of Lead Plaintiffs' Motion for Class Certification in the above-captioned litigation (the "Action"). I have personal knowledge of the statements herein and, if called upon as a witness, I could and would competently testify thereto under oath.

2.    I am the Chief Investment Officer for the City of Philadelphia Board of Pensions and Retirement ("Philadelphia Pension Fund" or the "Fund"). Philadelphia Pension Fund provides public pension fund benefits to approximately 65,000 police, fire, and civilian workers of the City of Philadelphia, Pennsylvania. The Fund was established in 1957 and, as of May 2022, had approximately $7.2 billion in assets under management.

3.    On August 30, 2021, the Court appointed Philadelphia Pension Fund as a Lead Plaintiff in this Action along with the Employees' Retirement System of the City of Baltimore ("Baltimore Employees") and Plymouth County Retirement Association ("Plymouth County") (collectively "Lead Plaintiffs"). ECF No. 75. On November 19, 2021, Lead Plaintiffs filed the [Corrected] Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Consolidated Complaint"). ECF No. 97.

4.    During the period from December 20, 2018, through July 15, 2021, inclusive (the "Class Period"), Philadelphia Pension Fund purchased over 17,000 shares of FibroGen, Inc. common stock, and suffered substantial losses as a result of Defendants' violations of the federal securities laws alleged in the Complaint. ECF No. 30-2.

5.    In the Motion for Class Certification, Philadelphia Pension Fund seeks appointment as a Class Representative in the Action. On behalf of Philadelphia Pension Fund, myself and other Fund staff have collectively monitored and directed the progress of the Action, regularly communicating with the Fund's Counsel about various aspects of the Action, including pleadings, briefs, discovery, Court orders and other case developments.

6.    Philadelphia Pension Fund has diligently pursued the effective prosecution of this

DECLARATION OF CHRISTOPHER R. DIFUSCO
IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:21-CV-02623-EMC

2

action. To date, myself and other Fund staff have collectively participated in or supervised the preparation of numerous key documents in the Action, including, but not limited to, Philadelphia Pension Fund, Baltimore Employees, and Plymouth County's motion for consolidation of related actions, appointment as Lead Plaintiffs, and approval of selection of Lead Counsel and supporting joint declaration, and briefing related thereto (ECF Nos. 29, 52, 57); the Consolidated Complaint; Lead Plaintiffs' Opposition to Defendants' Motions to Dismiss the Complaint (ECF Nos. 106-107, 109); Lead Plaintiffs' Initial Disclosures; Lead Plaintiffs' First Request for Production of Documents to All Defendants; and Lead Plaintiffs' Motion for Class Certification filed concurrently herewith. Philadelphia Pension Fund staff also has received and reviewed significant documents, filings, and orders in the Action, including, but not limited to, submissions related to Defendants' Motion to Dismiss; the Court's Order Denying Defendants' Motion to Dismiss (ECF No. 126); the parties' Joint Rule 26(f) Case Management Statement (ECF No. 141); Defendants' First Requests for Production of Documents and First Set of Interrogatories to Lead Plaintiffs, and Lead Plaintiffs' responses and objections thereto. Philadelphia Pension Fund staff has communicated regularly with  the Fund's Counsel concerning these and other case-related matters, including satisfying the Fund's discovery obligations through the collection and production to Defendants of potentially relevant documents and communications from the Fund's files.

7.      Philadelphia Pension Fund understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. Philadelphia Pension Fund is committed to vigorously prosecuting and directing this litigation and will strive to maximize the recovery for the Class consistent with good faith and sound judgment.

8.      Philadelphia Pension Fund understands that, as a Lead Plaintiff and Class Representative (if appointed), the Fund owes a fiduciary duty to provide fair and adequate representation to all members of the Class. The Fund is committed to faithfully and diligently

DECLARATION OF CHRISTOPHER R. DIFUSCO
IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:21-CV-02623-EMC

3

carrying out that duty and continuing to work with Lead Counsel to obtain the best outcome for the Class consistent with good faith and meritorious advocacy.

9. Philadelphia Pension Fund seeks to appoint Saxena White P.A. ("Saxena White") as Class Counsel for the Class based on the firm's substantial experience and expertise in successfully prosecuting securities class actions and other forms of complex shareholder litigation. In addition, Philadelphia Pension Fund believes that Saxena White possesses the necessary financial and human resources to effectively and successfully prosecute this Action through trial and any post-trial appeals. Should Lead Counsel be appointed Class Counsel, Philadelphia Pension Fund will continue to actively monitor and direct Saxena White's efforts to vigorously and effectively prosecute this Action on behalf of Lead Plaintiffs and the Class.

10. Philadelphia Pension Fund will not accept any payment for serving as a Lead Plaintiff or Class Representative (if appointed) beyond its *pro rata* share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the Fund's representation of the Class, as contemplated by the PSLRA, and as may be ordered and approved by the Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the facts set forth in the aforesaid documents are true and correct.

Executed this 26 day of January, 2023, in Philadelphia, Pennsylvania.

Christopher R. DiFusco
Chief Investment Officer
City of Philadelphia Board of Pensions and Retirement

DECLARATION OF CHRISTOPHER R. DIFUSCO
IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:21-CV-02623-EMC

4