**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Court-appointed Lead Plaintiffs Employees' Retirement System of the City of Baltimore

("Baltimore Employees"), City of Philadelphia Board of Pensions and Retirement ("Philadelphia

Pension Fund"), and Plymouth County Retirement Association ("Plymouth County") (collectively "Lead Plaintiffs") have come before the Court upon their motion to certify this action as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, to appoint Lead Plaintiffs as Class Representatives, and to appoint Lead Counsel Saxena White P.A. ("Saxena White") as Class Counsel; and the Court, having considered the papers and argument submitted in support of and in opposition to the motion; and good cause having been shown;

WHEREAS the Class is defined as follows:

All persons or entities who purchased or otherwise acquired publicly traded FibroGen, Inc. ("FibroGen") securities, including options, between December 20, 2018 to July 15, 2021, inclusive, and who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of FibroGen at all relevant times, members of their immediate families, and their legal representatives, heirs, agents, affiliates, successors or assigns, Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof, and any entity in which Defendants or their immediate families have or had a controlling interest.

WHEREAS the Court finds, pursuant to Rule 23(a), that: (i) the Class is so numerous that joinder of all members is impracticable; (ii) there are questions of law or fact common to the Class; (iii) the claims of Lead Plaintiffs are typical of the claims of the Class; and (iv) Lead Plaintiffs will fairly and adequately protect the interests of the Class;

WHEREAS, the Court finds, pursuant to Rule 23(b)(3), that questions of law or fact common to members of the Class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy; and

WHEREAS the Court finds, pursuant to Rule 23(g), that Lead Counsel, Saxena White, will fairly and adequately represent the interests of the Class;

**IT IS HEREBY ORDERED**, that:

1. Lead Plaintiffs' motion for class certification is **GRANTED** in its entirety;

2. The Class, as defined above, is certified pursuant to Rules 23(a) and 23(b)(3);

3. Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association are appointed as Class Representatives pursuant to Rule 23(a); and

4. Saxena White is appointed as Class Counsel pursuant to Rule 23(g);

**IT IS SO ORDERED:**

Dated: _____      _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE