COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendant
FibroGen, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
|---|---|
| | **CLASS ACTION** |
| | **DECLARATION OF MICHAEL LOWENSTEIN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Michael Lowenstein, hereby declare as follows:

1.      I submit this declaration pursuant to Civil Local Rules 7-11 and 79-5(f)(3) in response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, which seeks to seal Exhibits 5-10 and the redacted portions of Plaintiffs' Motion for Class Certification.  I am presently the Chief Legal Officer of FibroGen, Inc. ("FibroGen").  I have personal knowledge of all facts stated in this declaration and would testify competently thereto if called upon as a witness.

2.      Exhibits 5-10 and the redacted portions of Plaintiff's Motion for Class Certification contain highly sensitive and confidential information, including non-public information relating to business decisions, strategies, and internal deliberations regarding Roxadustat, a drug FibroGen sought to commercialize for the treatment of anemia of chronic kidney disease (CKD).  The redacted portions of the Motion for Class Certification describe and reference confidential information in Exhibits 5-10, which contain non-public internal discussions and strategy relating to the Roxadustat safety analyses.  Ex. 5 contains internal email communications regarding the Roxadustat safety analyses.  Ex. 6 contains internal email communications regarding the Roxadustat safety analyses in connection with the preparation of materials submitted to the FDA in advance of the pre-NDA meeting.  Ex. 7 is a PowerPoint presentation prepared by FibroGen's partner, Astellas, regarding the status and content of discussions with regulators regarding the Roxadustat regulatory applications (NDA and MAA) and the Roxadustat safety analyses and their underlying statistical methodology.  Exs. 8 and 9 are email communications with FibroGen's partners, AstraZeneca and Astellas, relating to the Roxadustat safety analyses and their underlying statistical methodology, and the presentation of the Roxadustat safety analyses in the NDA and MAA and at conferences and for publication.  Ex. 10 is a PowerPoint presentation presented to the FibroGen board regarding the statistical methodologies underlying the Roxadustat safety analyses, FibroGen's processes for unblinding the Roxadustat data, pooled statistical analysis plans, and discussions with the FDA regarding the Roxadustat safety analyses.

3.      The public disclosure of this information in the Motion for Class Certification and supporting exhibits would reveal highly sensitive, confidential, and proprietary business

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

DECL ISO MTN TO FILE UNDER SEAL
3:21-CV-02623-EMC

information and could cause FibroGen significant harm. The redactions Plaintiffs have proposed are narrowly tailored to sealing only the sealable material and are necessary to protect FibroGen's non-public commercial information, and there is thus a compelling reason to seal these portions of the Amended Complaint.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 2, 2023 in San Francisco, California

/s/ _____
Michael Lowenstein

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

DECL ISO MTN TO FILE UNDER SEAL
3:21-CV-02623-EMC