**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiff Employees' Retirement*
*System of the City of Baltimore, City of*
*Philadelphia Board of Pensions and Retirement,*
*and Plymouth County Retirement Association, and*
*Lead Counsel for the Class*

*[Additional Counsel listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> LEAD PLAINTIFFS' REPLY TO DEFENDANT FIBROGEN, INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED <br><br> Date:  February 9, 2023 <br> Time: 1:30 p.m. <br> Dept.: 5 – 17th Floor <br> Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 79-5(f), Court-appointed Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (collectively, "Plaintiffs"), respectfully submit this Reply to Defendant FibroGen, Inc.'s ("FibroGen" or "Designating Party") Response to Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (the "Response"; ECF No. 150).

In the Response, FibroGen seeks to seal the redacted portions of Lead Plaintiffs' Class Certification Motion ("Motion") and six exhibits to the Motion. Plaintiffs continue to take no position regarding the sealing of the Motion or any of its exhibits. However, Defendant FibroGen's Response asserts that "Exhibit 10 is a privileged document that was produced inadvertently," and states that FibroGen notified Plaintiffs on February 3, 2023 that it was clawing back Exhibit 10 pursuant to the Stipulated Protective Order. ECF No. 150 at 6.

Plaintiffs respectfully inform the Court that, by letter dated February 6, 2023, Plaintiffs notified Defendants that there is no basis for any claim of privilege regarding Exhibit 10, and that Plaintiffs intend to oppose Defendants' attempt to claw back the document. The parties will hold a meet and confer conference this week regarding this issue, and should the parties' dispute remain unresolved, Plaintiffs will promptly bring it to the Court's attention pursuant to the Court's Civil Standing Order on Discovery.

Dated: February 7, 2023                    Respectfully submitted,

*/s/ David R. Kaplan*

**SAXENA WHITE P.A.**

David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Emily Bishop (SBN 319383)
ebishop@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

LEAD PLAINTIFFS' REPLY TO DEFENDANT FIBROGEN, INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

1

Steven B. Singer
ssinger@saxenawhite.com
Kyla Grant (admitted *pro hac vice*)
kgrant@saxenawhite.com
Sara DiLeo (admitted *pro hac vice*)
sdileo@saxenawhite.com
Joshua H. Saltzman (admitted *pro hac vice*)
jsaltzman@saxenawhite.com
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551

Maya Saxena (admitted *pro hac vice*)
msaxena@saxenawhite.com
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
Dianne M. Pitre (SBN 286199)
dpitre@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: 561.394.3399
Fax: 561.394.3382

*Counsel for Lead Plaintiff Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association, and Lead Counsel for the Class*

LEAD PLAINTIFFS' REPLY TO DEFENDANT FIBROGEN, INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

2

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 7, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

/s/ David R. Kaplan
David R. Kaplan