COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ALEXANDRA EBER IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE MOTION FOR RECONSIDERATION** |

I, Alexandra Eber, declare:

1.      I am an associate at the law firm Cooley LLP, counsel for Defendants FibroGen, Inc. ("FibroGen" or the "Company"), Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo (collectively, "Defendants"), in the above-captioned matter.  I submit this declaration in support of Defendants' Motion for Leave of Court to File Motion for Reconsideration.   The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2.      As part of the review process for reviewing documents for production the U.S. Securities and Exchange Commission ("SEC"), Defendants' counsel adopted measures to protect against the inadvertent production of privileged documents.

3.      To conduct a first level review, Defendants' counsel hired a group of contract lawyers to perform an initial review of documents for responsiveness and privilege.

4.      All reviewing attorneys, including contract lawyers, received specific instructions from Defendants' counsel on how to identify documents that contained attorney-client communications or work product.

5.      Contract reviewers raised any questions they had in a Q&A log and Defendants' counsel provided their responses in the log.

6.      Defendants' counsel also had periodic check-in calls with the contract reviewers to provide further guidance as needed, including on questions regarding privilege.

7.      A quality control team of Cooley LLP associates and staff attorneys then conducted a second level review of documents identified as privileged or flagged as needing further review.

8.      The quality control team also second level reviewed all documents hitting on privilege screening terms (including attorney names and words that commonly appear in privileged documents) and a random 10% sample of documents to be produced to identify any responsiveness and/or privilege issues.

9.      After such quality checks were complete, the privileged documents were entered into a privilege log.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

**EBER DECL. ISO MOT. FOR LEAVE TO FILE MOT. FOR RECONS.**
**3:21-CV-02623-EMC**

10.     Of approximately 100,000 documents produced to the SEC, over 46,000 documents were second level reviewed.

11.     Defendants clawed back the Presentation from the SEC on Monday, February 6, 2023.

12.     On Thursday, February 9, 2023, the SEC confirmed that they would delete the document.

13.     At no time has the SEC indicated that it challenges Defendants' assertion of privilege over the Presentation.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 10th day of April 2023, at Dallas, Texas.

/s/ Alexandra Eber
Alexandra Eber

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

EBER DECL. ISO MOT. FOR LEAVE TO
FILE MOT. FOR RECONS.
3:21-CV-02623-EMC