COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
|---|---|
| | **CLASS ACTION** |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE MOTION FOR RECONSIDERATION** |
| | JUDGE:    Hon. Edward M. Chen |

Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo (collectively, "Defendants") have filed a motion pursuant to Federal Rule of Civil Procedure 54(b) and Civil Local Rule 7-9 for leave to file a motion for reconsideration of this Court's Order granting Plaintiffs' Motion to Compel (Dkt. No. 161) (the "Order"). Defendants concurrently submitted the memorandum of points and authorities in support of the Motion for Leave as the basis for Defendants' underlying Motion for Reconsideration (together, the

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

[PROPOSED] ORDER GRANTING DEFS.' MOT.
FOR LEAVE OF COURT TO FILE MOT. FOR
RECONS.; 3:21-CV-02623-EMC

"Motion").

Having considered the Motion, the accompanying declarations of Tijana Brien and Alexandra Eber, the pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

1. Defendants' motion for leave to file a motion for reconsideration of the Order is **GRANTED.**

2. The Court accepts Defendants' memorandum of points and authorities attached to the Motion as the basis for its Motion for Reconsideration.

3. Defendants' Motion for Reconsideration of the Order is **GRANTED**.

Good cause appearing therefor, **IT IS HEREBY ORDERED** that Defendants' Motion for Reconsideration is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Edward M. Chen
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

[PROPOSED] ORDER GRANTING DEFS.' MOT.
FOR LEAVE OF COURT TO FILE MOT. FOR
RECONS.; 3:21-CV-02623-EMC