COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

CAITLIN MUNLEY (*Pro Hac Vice*)
(cmunley@cooley.com)
ALEXANDRA EBER (P*ro Hac Vice*)
(aeber@cooley.com)
1299 Pennsylvania Ave., N.W., Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF MARK EISNER IN SUPPORT OF MOTION FOR RECONSIDERATION** |

I, Mark Eisner, declare:

1.      I am the Executive Vice President, Chief Medical Officer of FibroGen, Inc. ("FibroGen" or the "Company").  I submit this declaration in support of the Motion for Reconsideration filed by FibroGen, Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo (collectively, "Defendants").  The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2.      While preparing for the Cardiovascular and Renal Drug Advisory Committee ("CRDAC") meeting set by the U.S. Food and Drug Administration (FDA) for July 15, 2021, I requested legal advice on behalf of the Company from in-house counsel, Michael Lowenstein, related to Roxadustat's cardiovascular safety data, the New Drug Application ("NDA") submission, and the Company's public disclosures about those topics.

3.      In response to my request for legal advice, Mr. Lowenstein requested further information to facilitate his and outside counsel's ability to provide that advice to the Company.

4.      In response to Mr. Lowenstein's request, I began drafting a set of PowerPoint slides. The document Bates-numbered FGEN-CA-0353824 (the "Presentation") is the first draft of the PowerPoint slides that I drafted in response to Mr. Lowenstein's request.  In creating the first draft of the slides, I was focused on the content of the Presentation, not the labeling, and inadvertently did not mark it as "Attorney-Client Privilege" on this first draft.  Mr. Lowenstein, however, added the designation to the next (and subsequent) versions of the document, which was in keeping with the purpose of the document.

5.      After creating the Presentation, I then sent it to Mr. Lowenstein to facilitate legal advice from Mr. Lowenstein and outside counsel.  Multiple versions of the document were exchanged between me, Mr. Lowenstein, and outside counsel over the course of several days, as we worked on the content necessary to allow Mr. Lowenstein and outside counsel to provide legal advice to the Company.

6.      The final version of the document was presented to the Company's Board of Directors (the "Board") at a meeting on March 29, 2021.  During that session, in-house counsel and

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

EISNER DECL. ISO MOTION
FOR RECONSIDERATION
3:21-CV-02623-EMC

outside counsel provided legal advice to the Board related to Roxadustat's cardiovascular safety data, the NDA submission, and the Company's public disclosures about those topics.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 20th day of April 2023, at ___Los Angeles_____ , California.

/s/ _Mark Eisner_____
Mark Eisner

Cooley LLP
Attorneys at Law
Palo Alto

2

Eisner Decl. ISO Motion
for Reconsideration
3:21-cv-02623-EMC