COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

CAITLIN MUNLEY (*Pro Hac Vice*)
(cmunley@cooley.com)
ALEXANDRA EBER (P*ro Hac Vice*)
(aeber@cooley.com)
1299 Pennsylvania Ave., N.W., Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION**<br><br>JUDGE:    Hon. Edward Chen |

Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo (collectively, "Defendants") have filed a motion for reconsideration pursuant to Federal

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

**[PROPOSED] ORDER GRANTING DEFS.'
MOTION FOR RECONSIDERATION
3:21-CV-02623-EMC**

Rule of Civil Procedure 54(b) of this Court's Order granting Plaintiffs' Motion to Compel (Dkt. No. 161) (the "Order").  Defendants concurrently submitted the memorandum of points and authorities in support of the Motion for Reconsideration (together, the "Motion").

Having considered the Motion, the accompanying declarations of Tijana Brien, Alexandra Eber, and Mark Eisner, the pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

1.  Defendants' Motion for Reconsideration of the Order is **GRANTED**.

2.  Plaintiffs' Motion to Compel is **DENIED.**

Good cause appearing therefor, **IT IS HEREBY ORDERED** that Defendants' Motion for Reconsideration is **GRANTED**.


**IT IS SO ORDERED.**


Dated: _____, 2023

_____
Honorable Edward M. Chen
United States District Judge

Cooley LLP
Attorneys at Law
Palo Alto

2

[PROPOSED] ORDER GRANTING DEFS.'
MOTION FOR RECONSIDERATION
3:21-CV-02623-EMC