**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **<u>CLASS ACTION</u>** <br><br> DECLARATION OF LESTER R. HOOKER IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION <br><br> Judge: Hon. Edward M. Chen |

I, Lester R. Hooker, hereby declare as follows:

1. I am a Director at the law firm Saxena White P.A., counsel for Court-appointed Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (collectively, "Lead Plaintiffs"). I am a member in good standing of the Bar of the State of California and am admitted to practice in this District. I respectfully submit this Declaration in Support of Lead Plaintiffs' Opposition to Defendants' Motion for Reconsideration (Dkt. No. 172). The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email dated March 15, 2021, along with an attached slide presentation, produced by Defendant FibroGen, bearing Bates numbers FGEN-CA-0219311 and FGEN-CA-0219312.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email dated March 18, 2021, along with an attached draft slide presentation with the file name "CV update MDE V2.pptx," produced by Defendant FibroGen, bearing Bates numbers FGEN-CA-0178385 and FGEN-CA-0178387.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email dated March 21, 2021, along with an attached draft slide presentation with the file name "CV update MDE V2.1.pptx," produced by Defendant FibroGen, bearing Bates numbers FGEN-CA-0352349 and FGEN-CA-0352351.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email dated March 24, 2021, along with an attached draft slide presentation with the file name "CV update MDE FINAL March 22 2021.pptx," produced by Defendant FibroGen, bearing Bates numbers FGEN-CA-0259367 and FGEN-CA-0259513.

6. Attached hereto as Exhibit 5 is a true and correct copy of a draft slide presentation with the file name "CV update MDE revised March 26 2021.pptx," produced by Defendant FibroGen, bearing Bates number FGEN-CA-0413258.

7.    Attached hereto as Exhibit 6 is a true and correct copy of a draft slide presentation with the file name "CV update MDE V2.1 corrected use this.pptx," produced by Defendant FibroGen, bearing Bates number FGEN-CA-0353826.

8.    Attached hereto as Exhibit 7 is a true and correct copy of a draft slide presentation with the file name "CV update MDE V2.pptx," produced by the FibroGen Defendants, bearing Bates number FGEN-CA-0353827.[1]

9.    Attached hereto as Exhibit 8 is a true and correct copy of a draft slide presentation with the file name "CV update MDE.pptx," produced by the FibroGen Defendants, bearing Bates number FGEN-CA-0413259.

10.    Attached hereto as Exhibit 9 are true and correct copies of letters dated July 22, 2022, August 8, 2022, and January 17, 2023, produced by Defendant FibroGen, bearing Bates numbers FGEN-CA-0615248, FGEN-CA-0615254, and FGEN-CA-0615259.

11.    Attached hereto as Exhibit 10 is a true and correct copy of a letter dated January 16, 2023, from Lead Plaintiffs' counsel to Defendant FibroGen's counsel.

12.    Attached hereto as Exhibit 11 is a true and correct copy of a letter dated January 18, 2023, from Defendant FibroGen's counsel to Lead Plaintiffs' counsel.

13.    Attached hereto as Exhibit 12 is a true and correct copy of a letter dated January 26, 2023, from Lead Plaintiffs' counsel to Defendant FibroGen's counsel.

14.    Attached hereto as Exhibit 13 is a true and correct copy of a letter dated February 2, 2023, from Defendant FibroGen's counsel to Lead Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 28th day of April, 2023, at Boca Raton, Florida.

*/s/ Lester R. Hooker*
Lester R. Hooker

---

[1] Although it bears the same filename as the draft attached to Exhibit 2, Exhibit 7 is not identical to that draft.

DECL. OF LESTER R. HOOKER ISO LEAD PLAINTIFFS'
OPP. TO DEFS.' MOTION FOR RECONSIDERATION                2