**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiffs Employees' Retirement*
*System of the City of Baltimore, City of*
*Philadelphia Board of Pensions and Retirement,*
*and Plymouth County Retirement Association, and*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION<br><br>Dept.: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen |

[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION FOR RECONSIDERATION

Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo (collectively, "Defendants"), have filed a motion for reconsideration (Dkt. No. 172, the "Motion") pursuant to Federal Rule of Civil Procedure 54(b) and Civil Local Rule 7-9 of the Court's order granting Plaintiffs' motion to compel (Dkt. No. 161), and Court-appointed Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association, have filed an opposition to Defendants' Motion.

Having considered the parties' submissions and arguments raised therein, the pleadings and proceedings in this action, and all other matters properly before the Court, the Court hereby orders as follows:

1.  Defendants' Motion is **DENIED** in its entirety; and

2.  Defendants shall produce to Plaintiffs the Presentation within three (3) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2023        _____
                                          HON. EDWARD M. CHEN
                                          UNITED STATES DISTRICT JUDGE