COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

CAITLIN MUNLEY (*Pro Hac Vice*)
(cmunley@cooley.com)
ALEXANDRA EBER (P*ro Hac Vice*)
(aeber@cooley.com)
1299 Pennsylvania Ave., N.W., Suite 700
Washington, DC 20004-2400
Telephone:     +1 202 842 7800
Facsimile:     +1 202 842 7899

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF TIJANA M. BRIEN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

BRIEN DECL. ISO MOTION
FOR RECONSIDERATION
3:21-CV-02623-EMC

I, Tijana M. Brien, declare:

1.     I am a partner at the law firm Cooley LLP, counsel for Defendants FibroGen, Inc. ("FibroGen" or the "Company"), Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo (collectively, "Defendants"), in the above-captioned matter.  I submit this declaration in support of Defendants' Motion for Reconsideration.  The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2.     Defendants received a letter from Plaintiffs on January 16, 2023 ("January 16 Letter") that contained a citation to the Presentation.  The January 16 Letter cited the Presentation in support of facts which Defendants did not dispute, namely the dates that unblinding took place and the date of finalization of one of the pooled statistical analysis plans.  Rather, the disagreement between the parties was over which unblinding dates were relevant for purposes of determining what the appropriate relevant time period would be for document collection and review (and whether April constitutes "late" spring).

3.     Defendants accordingly did not review the document cited in support of these undisputed dates in the January 16 letter and did not become aware at that time that Plaintiffs were citing to the Presentation or that the Presentation had been inadvertently produced.

4.     Defendants received a letter from Plaintiffs on January 26, 2023 at 4:57pm PT ("January 26 Letter") during a busy period of the case when defense counsel had many obligations related to this litigation that required attention on Friday, January 27, 2023.

5.     Defense counsel set up a time to discuss the January 26 Letter on Monday, January 30, 2023.

6.     By the time Defendants turned their attention to January 26 Letter that Monday, January 30, 2023, the investigation into whether the Presentation was privileged was already underway.

7.     As part of Defendants' investigation into whether the Presentation was privileged, defense counsel communicated with FibroGen in-house attorneys Michael Lowenstein and John Alden.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

BRIEN DECL. ISO MOTION
FOR RECONSIDERATION
3:21-CV-02623-EMC

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 3rd day of May 2023, at Moss Beach, California.

/s/ Tijana M. Brien
Tijana M. Brien

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

**BRIEN DECL. ISO MOTION
FOR RECONSIDERATION
3:21-CV-02623-EMC**