COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

CAITLIN MUNLEY (*Pro Hac Vice*)
(cmunley@cooley.com)
ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
1299 Pennsylvania Ave., N.W., Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHAEL LOWENSTEIN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

LOWENSTEIN DECL. ISO MOTION
FOR RECONSIDERATION
3:21-CV-02623-EMC

I, Michael Lowenstein, declare:

1.  I am the Chief Legal Officer, Corporate Secretary and Compliance Officer of FibroGen, Inc. ("FibroGen" or the "Company"). I submit this declaration in support of the Reply in support of the Motion for Reconsideration filed by FibroGen, Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo (collectively, "Defendants"). The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2.  While preparing for the Cardiovascular and Renal Drug Advisory Committee ("CRDAC") meeting set by the U.S. Food and Drug Administration (FDA) for July 15, 2021, Mark Eisner, Chief Medical Officer of Fibrogen, requested legal advice from me on behalf of the Company related to Roxadustat's cardiovascular safety data, the New Drug Application ("NDA") submission, and the Company's public disclosures about those topics.

3.  In response to Mr. Eisner's request for legal advice, I requested further information to facilitate my and outside counsel's ability to provide that advice to the Company.

4.  In response to my request, Mr. Eisner began drafting a set of PowerPoint slides. The document Bates-numbered FGEN-CA-0353824 (the "Presentation") is, as far as I am aware, the first draft of the PowerPoint slides that Mr. Eisner drafted in response to my request.

5.  In creating the first draft of the slides, Mr. Eisner did not mark it as "Attorney-Client Privilege." I, however, added the designation to the next version of the document, which was in keeping with the purpose of the document.

6.  After creating the Presentation, Mr. Eisner then sent it to me to facilitate legal advice from myself and outside counsel. Multiple versions of the document were exchanged between me, Mr. Eisner, and outside counsel over the course of several days, as we worked on the content necessary to allow myself and outside counsel to provide legal advice to the Company.

7.  The final version of the document was presented to the Company's Board of Directors (the "Board") at a meeting on March 29, 2021. During that session, outside counsel and I provided legal advice to the Board related to Roxadustat's cardiovascular safety data, the NDA submission, and the Company's public disclosures about those topics.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

LOWENSTEIN DECL. ISO MOTION
FOR RECONSIDERATION
3:21-CV-02623-EMC

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 3rd day of May 2023, at _San Francisco_ , California.

/s/ _____
Michael Lowenstein

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

LOWENSTEIN DECL. ISO MOTION
FOR RECONSIDERATION
3:21-CV-02623-EMC