**THE LONG LAW FIRM, PLLC**
James A. Long CSB No. 326404
8605 Santa Monica Blvd.
PMB 48629
West Hollywood, CA 90069
(315) 991-8000 Telephone
jlong@long.law

*Attorneys for Plaintiffs in Related Case*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FIBROGEN, INC. SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1

THE LONG LAW FIRM PLLC
8605 SANTA MONICA BLVD., PMB 48629
WEST HOLLYWOOD, CA 90069

Plaintiffs Farallon Healthcare Partners Master, L.P.; Farallon Capital (AM) Investors, L.P.; Farallon Capital F5 Master I, L.P.; Farallon Capital Institutional Partners, L.P.; Four Crossings Institutional Partners, L.P.; Farallon Capital Institutional Partners II, L.P.; Farallon Capital Institutional Partners III, L.P.; Farallon Capital Offshore Investors II, L.P; and Farallon Capital Partners, L.P. (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby administratively move to consider whether *Farallon Healthcare Partners Master, L.P., et al. v. FibroGen, Inc., et al.*, Case No. 3:23-cv-02602, filed May 25, 2023, and pending before the Honorable Magistrate Judge Sallie Kim (the "Farallon Action"), should be related to the instant action. Plaintiffs state as follows:

1. Civil Local Rule 3-12(b) provides, in pertinent part that:

> Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11. In addition to complying with Civil L.R. 7-11, a copy of the motion, together with proof of service pursuant to Civil L.R. 5-5, must be served on all known parties to each apparently related action. A courtesy copy of the motion must be lodged with the assigned Judge in each apparently related case under Civil L.R. 5-1(d)(7).

2. Per the Civil Local Rules, an action or proceeding is "related" to another action or proceeding if both of the actions or proceedings "(1) . . . concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results of the cases are conducted before different Judges." Civil L.R. 3-12(a).

3. Accordingly, Plaintiffs give notice that the Farallon Action is "related" as that term is used in the Civil Local Rules.

4. For purposes of Civil Local Rule 3-12(b), Plaintiffs advise that the instant action has a lower docket number than the Farallon Action.

Case No. 3:21-cv-02623-EMC    ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED

2

THE LONG LAW FIRM PLLC
8605 SANTA MONICA BLVD., PMB 48629
WEST HOLLYWOOD, CA 90069

5.    Plaintiffs suggest that the Farallon Action, which involves facts and circumstances common to the instant action, be transferred to the Honorable Judge Chen.

6.    Plaintiffs are members of the putative class pending before Judge Chen in the instant action and have elected to bring a direct action in order to pursue their own individual claims against Defendants FibroGen, Inc., Enrique Conterno, James A. Schoeneck, K. Peony Yu, Mark Eisner, and Pat Cotroneo.  Discovery and evidence in the Farallon Action may therefore be partially overlapping with discovery in the instant action, which is currently underway.

7.    Absent assignment to the same judge, the disposition of the Farallon Action will likely entail the unnecessary duplication of judicial labor from the instant action.  Assignment to Judge Chen will therefore effect a saving of judicial effort and other economies.

8.    Plaintiffs have indicated on the Civil Cover Sheet filed in the Farallon Action that their Complaint is related to the instant action.

9.    Plaintiffs make this motion as required by the Civil Local Rules, and reserve their right to object to the Farallon Action being joined with, consolidated with, or otherwise proceeding as a single action for any purpose with the instant action.

Dated: June 7, 2023

By: */s/ James A. Long*
James A. Long, CSB No. 326404
**THE LONG LAW FIRM, PLLC**
8605 Santa Monica Blvd.
PMB 48629
West Hollywood, California 90069-4109
Tel. 315.991.8000
jlong@long.law