**THE LONG LAW FIRM, PLLC**
James A. Long CSB No. 326404
8605 Santa Monica Blvd.
PMB 48629
West Hollywood, CA 90069
(315) 991-8000 Telephone
jlong@long.law

*Attorneys for Plaintiffs in Related Case*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FIBROGEN, INC. SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**DECLARATION OF JAMES A. LONG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

THE LONG LAW FIRM, PLLC
8605 SANTA MONICA BLVD., PMB 48629
WEST HOLLYWOOD, CA 90069

DECLARATION OF JAMES A. LONG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

I, James A. Long, declare as follows:

1.    I am the founder and managing partner of the law firm The Long Law Firm, PLLC, counsel for Plaintiffs in *Farallon Healthcare Partners Master, L.P., et al. v. FibroGen, Inc., et al.*, Case No. 3:23-cv-02602 (the "Farallon Action").  I am an attorney licensed to practice law in the state of California and admitted to practice before this Court.  I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related.

2.    Defendants Fibrogen, Inc., Enrique Conterno, James A. Schoeneck, K. Peony Yu, Mark Eisner, and Pat Cotroneo have not yet appeared in the Farallon Action, and therefore a stipulation pursuant to Local Civil Rule 7-12 cannot be obtained.  Nevertheless, counsel for all Defendants other than Defendant Yu informed counsel for Plaintiffs that they do not oppose Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, and counsel for Defendant Yu informed Plaintiffs that "I very much doubt Dr. Yu will oppose relating your case to the class action."

3.    I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 7, 2023 in Syracuse, New York.

By:    */s/ James A. Long*
                    James A. Long

THE LONG LAW FIRM PLLC
8605 SANTA MONICA BLVD., PMB 48629
WEST HOLLYWOOD, CA 90069