**THE LONG LAW FIRM, PLLC**
James A. Long CSB No. 326404
8605 Santa Monica Blvd.
PMB 48629
West Hollywood, CA 90069
(315) 991-8000 Telephone
jlong@long.law

*Attorneys for Plaintiffs in Related Case*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FIBROGEN, INC. SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

THE LONG LAW FIRM, PLLC
8605 SANTA MONICA BLVD., PMB 48629
WEST HOLLYWOOD, CA 90069

1

THE LONG LAW FIRM PLLC
8605 SANTA MONICA BLVD., PMB 48629
WEST HOLLYWOOD, CA 90069

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, HEREBY ORDERS that *Farallon Healthcare Partners Master, L.P., et al. v. FibroGen, Inc., et al.*, Case No. 3:23-cv-02602 (the "Farallon Action") is related to *In re FibroGen, Inc. Securities Litigation*, Case No. 3:21-cv-02623-EMC (the "Class Action"); and, accordingly, the Farallon Action is reassigned to the Honorable Edward M. Chen, who is presiding over the Class Action.

IT IS SO ORDERED.

Dated: _____

_____

Honorable Edward M. Chen

Case No. 3:21-cv-02623-EMC       PROPOSED ORDER GRANTING ADMINISTRATIVE
MOTION TO RELATE CASES