**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS <br><br> Hearing Date: July 27, 2023 <br> Time: 1:30 p.m. <br> Courtroom: 5 – 17th Floor <br> Judge: Hon. Edward M. Chen |

DECL. OF DAVID R. KAPLAN ISO LEAD PLAINTIFFS'
MOTION FOR SPOLIATION SANCTIONS
3:21-CV-02623-EMC

# FILED
# UNDER SEAL