**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> DECLARATION OF LESTER R. HOOKER IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS <br><br> Hearing Date: July 27, 2023 <br> Time: 1:30 p.m. <br> Courtroom: 5 – 17th Floor <br> Judge: Hon. Edward M. Chen |

DECL. OF LESTER R. HOOKER ISO LEAD PLAINTIFFS'
MOTION FOR SPOLIATION SANCTIONS
3:21-CV-02623-EMC

I, Lester R. Hooker, hereby declare as follows:

1. I am a Director at the law firm Saxena White P.A., counsel for Court-appointed Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (collectively, "Lead Plaintiffs" or "Plaintiffs"). I am a member in good standing of the Bar of the State of California and am admitted to practice in this District. I respectfully submit this Declaration in support of Lead Plaintiffs' Motion for Spoliation Sanctions. The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto under oath.

2. Attached to the Compendium of Evidence as **Exhibit 1** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0037500.

3. Attached to the Compendium of Evidence as **Exhibit 2** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0799291.

4. Attached to the Compendium of Evidence as **Exhibit 3** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0004196.

5. Attached to the Compendium of Evidence as **Exhibit 4** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0007940.

6. Attached to the Compendium of Evidence as **Exhibit 5** is a true and correct copy of excerpts of a privilege log produced by the Defendant FibroGen containing entries from February 28, 2021 through March 1, 2021.

7. Attached to the Compendium of Evidence as **Exhibit 6** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0526670.

8. Attached to the Compendium of Evidence as **Exhibit 7** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0526608.

9. Attached to the Compendium of Evidence as **Exhibit 8** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0408586.

10. Attached to the Compendium of Evidence as **Exhibit 9** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0526589.

11.    Attached to the Compendium of Evidence as **Exhibit 10** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0523494.

12.    Attached to the Compendium of Evidence as **Exhibit 11** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0109697.

13.    Attached to the Compendium of Evidence as **Exhibit 12** is a true and correct copy of documents produced by Defendant FibroGen bearing Bates numbers FGEN-CA-0219313 and FGEN-CA-0219314.

14.    Attached to the Compendium of Evidence as **Exhibit 13** is a true and correct copy of documents produced by Defendant FibroGen bearing Bates number FGEN-CA-0259628 and FGEN-CA-0259774.

15.    Attached to the Compendium of Evidence as **Exhibit 14** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0353824.

16.    Attached to the Compendium of Evidence as **Exhibit 15** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0109818.

17.    Attached to the Compendium of Evidence as **Exhibit 16** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0109789.

18.    Attached to the Compendium of Evidence as **Exhibit 17** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0604492.

19.    Attached to the Compendium of Evidence as **Exhibit 18** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0799366.

20.    Attached to the Compendium of Evidence as **Exhibit 19** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0000001.

21.    Attached to the Compendium of Evidence as **Exhibit 20** is a true and correct copy of the transcript of the deposition of Defendant K. Peony Yu ("Yu") taken on March 10, 2023.

22.    Attached to the Compendium of Evidence as **Exhibit 21** is a true and correct copy of the transcript of the 30(b)(6) deposition of Defendant FibroGen, Inc. ("FibroGen") taken on May 4, 2023.

23. Attached to the Compendium of Evidence as **Exhibit 22** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0604528.

24. Attached to the Compendium of Evidence as **Exhibit 23** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0798454.

25. Attached to the Compendium of Evidence as **Exhibit 24** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0604464.

26. Attached to the Compendium of Evidence as **Exhibit 25** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0000031.

27. Attached to the Compendium of Evidence as **Exhibit 26** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0000032.

28. Attached to the Compendium of Evidence as **Exhibit 27** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0798582.

29. Attached to the Compendium of Evidence as **Exhibit 28** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0000329.

30. Attached to the Compendium of Evidence as **Exhibit 29** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0604514.

31. Attached to the Compendium of Evidence as **Exhibit 30** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0604475.

32. Attached to the Compendium of Evidence as **Exhibit 31** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0604422.

33. Attached to the Compendium of Evidence as **Exhibit 32** is a transcription of a recording produced by Defendant Yu bearing Bates number FGEN-YU-0000076.

34. Attached to the Compendium of Evidence as **Exhibit 33** is a transcription of a recording produced by Defendant Yu bearing Bates number FGEN-YU-0000077.

35. Attached to the Compendium of Evidence as **Exhibit 34** is a true and correct copy of excerpts of a privilege log produced by Defendant FibroGen bearing Privilege Log Nos. FGEN-CA-PL-04791-4960.

36.    Attached to the Compendium of Evidence as **Exhibit 35** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0798460.

37.    Attached to the Compendium of Evidence as **Exhibit 36** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-MOB-0000027.

38.    Attached to the Compendium of Evidence as **Exhibit 37** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0003425.

39.    Attached to the Compendium of Evidence as **Exhibit 38** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0005356.

40.    Attached to the Compendium of Evidence as **Exhibit 39** is a true and correct copy of a document produced by Third-Party NerdsToGo bearing Bates number NERDSTOGO_0000009.

41.    Attached to the Compendium of Evidence as **Exhibit 40** is a true and correct copy of a document produced by Third-Party NerdsToGo bearing Bates number NERDSTOGO_0000007.

42.    Attached to the Compendium of Evidence as **Exhibit 41** is a true and correct copy of a letter dated December 6, 2022, from Defendant Yu's counsel to Plaintiffs' counsel.

43.    Attached to the Compendium of Evidence as **Exhibit 42** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0000007.

44.    Attached to the Compendium of Evidence as **Exhibit 43** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0000074.

45.    Attached to the Compendium of Evidence as **Exhibit 44** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0356738.

46.    Attached to the Compendium of Evidence as **Exhibit 45** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0413274.

47.    Attached to the Compendium of Evidence as **Exhibit 46** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0617110.

48.    Attached to the Compendium of Evidence as **Exhibit 47** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0799711.

49.    Attached to the Compendium of Evidence as **Exhibit 48** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0799683.

50.    Attached to the Compendium of Evidence as **Exhibit 49** is a true and correct copy of a text message produced by Defendant Yu bearing Bates number FGEN-YU-MOB-0000001.

51.    Attached to the Compendium of Evidence as **Exhibit 50** is a true and correct copy of a text message produced by Defendant Yu bearing Bates number FGEN-YU-MOB-0000005.

52.    Attached to the Compendium of Evidence as **Exhibit 51** is an image produced by Defendant Yu bearing Bates number FGEN-YU-MOB-0000006.

53.    Attached to the Compendium of Evidence as **Exhibit 52** is a true and correct copy of a text message produced by Defendant Yu bearing Bates number FGEN-YU-MOB-0000025.

54.    Attached to the Compendium of Evidence as **Exhibit 53** is a true and correct copy of a text message produced by Defendant Yu bearing Bates number FGEN-YU-MOB-0000026.

55.    Attached to the Compendium of Evidence as **Exhibit 54** is a true and correct copy of an email dated September 12, 2022, from Defendant FibroGen's counsel to Plaintiffs' counsel.

56.    Attached to the Compendium of Evidence as **Exhibit 55** is a true and correct copy of Lead Plaintiffs' First Request for Production of Documents to All Defendants sent on September 14, 2022.

57.    Attached to the Compendium of Evidence as **Exhibit 56** is a true and correct copy of Defendant Yu's Responses and Objections to Plaintiffs' First Request for Production of Documents to All Defendants sent on October 28, 2022.

58.    Attached to the Compendium of Evidence as **Exhibit 57** is a true and correct copy of the FibroGen Defendants' Responses and Objections to Plaintiffs' First Request for Production of Documents to All Defendants sent on October 14, 2022.

59.    Attached to the Compendium of Evidence as **Exhibit 58** is a true and correct copy of a letter dated November 21, 2022, from Plaintiffs' counsel to Defendant Yu's counsel.

60.    Attached to the Compendium of Evidence as **Exhibit 59** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0604423.

61. Attached to the Compendium of Evidence as **Exhibit 60** is a true and correct copy of a letter dated December 20, 2022, from Plaintiffs' counsel to Defendant Yu's counsel.

62. Attached to the Compendium of Evidence as **Exhibit 61** is a true and correct copy of a letter dated December 22, 2022, from Plaintiffs' counsel to Defendant Yu's counsel.

63. Attached to the Compendium of Evidence as **Exhibit 62** is a true and correct copy of a letter dated December 22, 2022, from Plaintiffs' counsel to Defendant FibroGen's counsel.

64. Attached to the Compendium of Evidence as **Exhibit 63** is a true and correct copy of an email dated January 5, 2023, from Plaintiffs' counsel to Defendant Yu's counsel.

65. Attached to the Compendium of Evidence as **Exhibit 64** is a true and correct copy of a letter dated January 18, 2023, from Defendant FibroGen's counsel to Plaintiffs' counsel.

66. Attached to the Compendium of Evidence as **Exhibit 65** is a true and correct copy of a letter dated January 16, 2023, from Defendant Yu's counsel to Plaintiffs' counsel.

67. Attached to the Compendium of Evidence as **Exhibit 66** is a true and correct copy of a letter dated February 2, 2023, from Defendant FibroGen's counsel to Plaintiffs' counsel.

68. Attached to the Compendium of Evidence as **Exhibit 67** is a true and correct copy of an email dated February 7, 2023, from Defendant Yu's counsel to Plaintiffs' counsel.

69. Attached to the Compendium of Evidence as **Exhibit 68** is a true and correct copy of an email dated March 24, 2023, from Defendant FibroGen's counsel to Plaintiffs' counsel.

70. Attached to the Compendium of Evidence as **Exhibit 69** is a true and correct copy of an email dated February 3, 2023, from Defendant FibroGen's counsel to Plaintiffs' counsel.

71. Attached to the Compendium of Evidence as **Exhibit 70** is a true and correct copy of a letter dated January 12, 2023, from Defendant FibroGen's counsel to Plaintiffs' counsel.

72. Attached to the Compendium of Evidence as **Exhibit 71** is a true and correct copy of a letter dated January 26, 2023, from Plaintiffs' counsel to both Defendant FibroGen and Defendant Yu's counsel.

73. Attached to the Compendium of Evidence as **Exhibit 72** is a true and correct copy of a letter dated February 16, 2023, from Plaintiffs' counsel to Defendant Yu's counsel.

DECL. OF LESTER R. HOOKER ISO LEAD PLAINTIFFS'
MOTION FOR SPOLIATION SANCTIONS
3:21-CV-02623-EMC                                                      6

74. Attached to the Compendium of Evidence as **Exhibit 73** is a true and correct copy of an email dated March 1, 2023, from Plaintiffs' counsel to Defendant Yu's counsel.

75. Attached to the Compendium of Evidence as **Exhibit 74** is a true and correct copy of an email dated March 3, 2023, from Plaintiffs' counsel to Defendant Yu's counsel.

76. Attached to the Compendium of Evidence as **Exhibit 75** is a true and correct copy of an email dated March 9, 2023, from Defendant Yu's counsel to Plaintiffs' counsel.

77. Attached to the Compendium of Evidence as **Exhibit 76** is a true and correct copy of a letter dated March 12, 2023, from Defendant FibroGen's counsel to Plaintiffs' counsel.

78. Attached to the Compendium of Evidence as **Exhibit 77** is a true and correct copy of excerpts of a privilege log produced by the Defendant FibroGen containing entries from March 28, 2021 through March 29, 2021.

79. Attached to the Compendium of Evidence as **Exhibit 78** is an image produced by Defendant Yu bearing Bates number FGEN-YU-MOB-0000007.

80. Attached to the Compendium of Evidence as **Exhibit 79** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0413024.

81. Attached to the Compendium of Evidence as **Exhibit 80** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0000034.

82. Attached to the Compendium of Evidence as **Exhibit 81** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0604420.

83. Attached to the Compendium of Evidence as **Exhibit 82** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0000078.

84. Attached to the Compendium of Evidence as **Exhibit 83** is an image produced by Defendant Yu bearing Bates number FGEN-YU-MOB-0000021.

85. Attached to the Compendium of Evidence as **Exhibit 84** is a true and correct copy of a document produced by Defendant FibroGen bearing Bates number FGEN-CA-0798437.

86. Attached to the Compendium of Evidence as **Exhibit 85** is a true and correct copy of a document produced by Defendant Yu bearing Bates number FGEN-YU-0000058.

87.    Attached to the Compendium of Evidence as **Exhibit 86** is a true and correct copy of excerpts of a privilege log produced by the Defendant FibroGen containing entries from April 21, 2021 through April 28, 2021.

88.    Attached to the Compendium of Evidence as **Exhibit 87** is a true and correct copy of excerpts of a privilege log produced by the Defendant FibroGen containing entries from April 26, 2021.

89.    Attached to the Compendium of Evidence as **Exhibit 88** is a true and correct copy of Defendant Yu's Initial Disclosures sent on September 16, 2022.

90.    Attached to the Compendium of Evidence as **Exhibit 89** is a true and correct copy of Defendant FibroGen's Initial Disclosures sent on September 16, 2022.

91.    Attached to the Compendium of Evidence as **Exhibit 90** is a true and correct copy of an email dated January 11, 2023, from Plaintiffs' counsel to Defendant Yu's counsel.

92.    Attached to the Compendium of Evidence as **Exhibit 91** is a true and correct copy of a letter dated January 16, 2023, from Plaintiffs' counsel to Defendant FibroGen's counsel.

93.    Attached to the Compendium of Evidence as **Exhibit 92** is a true and correct copy of an email dated February 3, 2023, from Plaintiffs' counsel to Defendant FibroGen's counsel.

94.    Attached to the Compendium of Evidence as **Exhibit 93** is a true and correct copy of an email dated February 3, 2023, from Plaintiffs' counsel to Defendant FibroGen's counsel.

95.    Attached to the Compendium of Evidence as **Exhibit 94** is a true and correct copy of an email dated February 8, 2023, from Plaintiffs' counsel to Defendant Yu's counsel.

96.    Attached to the Compendium of Evidence as **Exhibit 95** is a true and correct copy of an email chain dated February 16 and 17, 2023, between Plaintiffs' counsel and Defendant FibroGen's Counsel.

97.    Attached to the Compendium of Evidence as **Exhibit 96** is a true and correct copy of an email dated March 24, 2023, from Plaintiffs' counsel to Defendant FibroGen's counsel.

98.    Attached to the Compendium of Evidence as **Exhibit 97** is a true and correct copy of an email dated March 24, 2023, from Plaintiffs' counsel to Defendant FibroGen's counsel.

99.     Attached to the Compendium of Evidence as **Exhibit 98** is a true and correct copy of the FibroGen Defendants' Responses and Objections to Lead Plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) sent on April 26, 2023.

100.    Attached to the Compendium of Evidence as **Exhibit 99** is a true and correct copy of a letter dated May 11, 2023, from Plaintiffs' counsel to Defendant FibroGen's counsel.

101.    Attached to the Compendium of Evidence as **Exhibit 100** is a true and correct copy of a letter dated May 31, 2023, from Defendant FibroGen's counsel to Plaintiffs' counsel.

102.    Attached to the Compendium of Evidence as **Exhibit 101** is a true and correct copy of an email dated May 2, 2023, from Plaintiffs' counsel to Defendant FibroGen's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 8th day of June, 2023, at Boca Raton, Florida.

_/s/ Lester R. Hooker_
Lester R. Hooker