**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement*
*System of the City of Baltimore, City of*
*Philadelphia Board of Pensions and Retirement,*
*and Plymouth County Retirement Association, and*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **<u>CLASS ACTION</u>** <br><br> COMPENDIUM OF EVIDENCE FILED IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS (1 OF 11) <br><br> Hearing Date: <br> Time: 1:30 p.m. <br> Courtroom: 5-17th Floor <br> Judge: Hon. Edward M. Chen |

PUBLIC FILING

COMPENDIUM OF EVIDENCE FILED ISO LEAD PLAINTIFFS'
MOTION FOR SPOLIATION SANCTIONS, CASE NO. 3:21-cv-02623-EMC

# EXHIBIT 1

# Filed Under Seal

# EXHIBIT 2

# Filed Under Seal

# EXHIBIT 3

# Filed Under Seal

# EXHIBIT 4

# Filed Under Seal

# EXHIBIT 5

# Filed Under Seal

# EXHIBIT 6

# Filed Under Seal

# EXHIBIT 7

# Filed Under Seal

# EXHIBIT 8

# Filed Under Seal

# EXHIBIT 9

# Filed Under Seal

# EXHIBIT 10

# Filed Under Seal