**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement*
*System of the City of Baltimore, City of*
*Philadelphia Board of Pensions and Retirement,*
*and Plymouth County Retirement Association, and*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**<u>CLASS ACTION</u>**<br><br>COMPENDIUM OF EVIDENCE FILED IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS (3 OF 11)<br><br>Hearing Date:<br>Time: 1:30 p.m.<br>Courtroom: 5-17th Floor<br>Judge: Hon. Edward M. Chen |

PUBLIC FILING

COMPENDIUM OF EVIDENCE FILED ISO LEAD PLAINTIFFS'
MOTION FOR SPOLIATION SANCTIONS, CASE NO. 3:21-cv-02623-EMC

# EXHIBIT 21

# Filed Under Seal

# EXHIBIT 22

# Filed Under Seal

# EXHIBIT 23

# Filed Under Seal

# EXHIBIT 24

# Filed Under Seal

# EXHIBIT 25

# Filed Under Seal

# EXHIBIT 26

# Filed Under Seal

# EXHIBIT 27

# Filed Under Seal

# EXHIBIT 28

# Filed Under Seal

# EXHIBIT 29

# Filed Under Seal

# EXHIBIT 30

# Filed Under Seal