**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**<u>CLASS ACTION</u>**<br><br>COMPENDIUM OF EVIDENCE FILED IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS (4 OF 11)<br><br>Hearing Date:<br>Time: 1:30 p.m.<br>Courtroom: 5-17th Floor<br>Judge: Hon. Edward M. Chen |

PUBLIC FILING

COMPENDIUM OF EVIDENCE FILED ISO LEAD PLAINTIFFS'
MOTION FOR SPOLIATION SANCTIONS, CASE NO. 3:21-cv-02623-EMC

# EXHIBIT 31

# Filed Under Seal

# EXHIBIT 32

# Filed Under Seal

# EXHIBIT 33

# Filed Under Seal

# EXHIBIT 34

# Filed Under Seal

# EXHIBIT 35

# Filed Under Seal

# EXHIBIT 36

# Filed Under Seal

# EXHIBIT 37

# Filed Under Seal

# EXHIBIT 38

# Filed Under Seal

# EXHIBIT 39

# Filed Under Seal

# EXHIBIT 40

# Filed Under Seal