**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement*
*System of the City of Baltimore, City of*
*Philadelphia Board of Pensions and Retirement,*
*and Plymouth County Retirement Association, and*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
| | **<u>CLASS ACTION</u>** |
| | COMPENDIUM OF EVIDENCE FILED IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS (5 OF 11) |
| | Hearing Date: |
| | Time: 1:30 p.m. |
| | Courtroom: 5-17th Floor |
| | Judge: Hon. Edward M. Chen |

PUBLIC FILING

COMPENDIUM OF EVIDENCE FILED ISO LEAD PLAINTIFFS'
MOTION FOR SPOLIATION SANCTIONS, CASE NO. 3:21-cv-02623-EMC

# EXHIBIT 41

# Filed Under Seal

# EXHIBIT 42

# Filed Under Seal

# EXHIBIT 43

# Filed Under Seal

# EXHIBIT 44

# Filed Under Seal

# EXHIBIT 45

# Filed Under Seal

# EXHIBIT 46

# Filed Under Seal

# EXHIBIT 47

# Filed Under Seal

# EXHIBIT 48

# Filed Under Seal

# EXHIBIT 49

# Filed Under Seal

# EXHIBIT 50

# Filed Under Seal