**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
| | **<u>CLASS ACTION</u>** |
| | COMPENDIUM OF EVIDENCE FILED IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS (7 OF 11) |
| | Hearing Date: Time: 1:30 p.m. Courtroom: 5-17th Floor Judge: Hon. Edward M. Chen |

PUBLIC FILING

COMPENDIUM OF EVIDENCE FILED ISO LEAD PLAINTIFFS'
MOTION FOR SPOLIATION SANCTIONS, CASE NO. 3:21-cv-02623-EMC

# EXHIBIT 61

# Filed Under Seal

# EXHIBIT 62

# Filed Under Seal

# EXHIBIT 63

# Filed Under Seal

# EXHIBIT 64

# Filed Under Seal

# EXHIBIT 65

# Filed Under Seal

# EXHIBIT 66

# Filed Under Seal

# EXHIBIT 67

# Filed Under Seal

# EXHIBIT 68

# Filed Under Seal

# EXHIBIT 69

# Filed Under Seal

# EXHIBIT 70

# Filed Under Seal