**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
| | **CLASS ACTION** |
| | COMPENDIUM OF EVIDENCE FILED IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS (8 OF 11) |
| | Hearing Date:<br>Time: 1:30 p.m.<br>Courtroom: 5-17th Floor<br>Judge: Hon. Edward M. Chen |

PUBLIC FILING

COMPENDIUM OF EVIDENCE FILED ISO LEAD PLAINTIFFS'
MOTION FOR SPOLIATION SANCTIONS, CASE NO. 3:21-cv-02623-EMC

# EXHIBIT 71

# Filed Under Seal

# EXHIBIT 72

# Filed Under Seal

# EXHIBIT 73

# Filed Under Seal

# EXHIBIT 74

# Filed Under Seal

# EXHIBIT 75

# Filed Under Seal

# EXHIBIT 76

# Filed Under Seal

# EXHIBIT 77

# Filed Under Seal

# EXHIBIT 78

# Filed Under Seal

# EXHIBIT 79

# Filed Under Seal

# EXHIBIT 80

# Filed Under Seal