**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> COMPENDIUM OF EVIDENCE FILED IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS (9 OF 11) <br><br> Hearing Date: <br> Time: 1:30 p.m. <br> Courtroom: 5-17th Floor <br> Judge: Hon. Edward M. Chen |

PUBLIC FILING

# EXHIBIT 81

# Filed Under Seal

# EXHIBIT 82

# Filed Under Seal

# EXHIBIT 83

# Filed Under Seal

# EXHIBIT 84

# Filed Under Seal

# EXHIBIT 85

# Filed Under Seal

# EXHIBIT 86

# Filed Under Seal

# EXHIBIT 87

# Filed Under Seal

# EXHIBIT 88

# Filed Under Seal

# EXHIBIT 89

# Filed Under Seal

# EXHIBIT 90

# Filed Under Seal