**THE LONG LAW FIRM, PLLC**
James A. Long CSB No. 326404
8605 Santa Monica Blvd.
PMB 48629
West Hollywood, CA 90069
(315) 991-8000 Telephone
jlong@long.law

*Attorneys for Plaintiffs in Related Case*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE FIBROGEN, INC. SECURITIES
LITIGATION

Case No. 3:21-cv-02623-EMC

~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, HEREBY ORDERS that *Farallon Healthcare Partners Master, L.P., et al. v. FibroGen, Inc., et al.*, Case No. 3:23-cv-02602 (the "Farallon Action") is related to *In re FibroGen, Inc. Securities Litigation*, Case No. 3:21-cv-02623-EMC (the "Class Action"); and, accordingly, the Farallon Action is reassigned to the Honorable Edward M. Chen, who is presiding over the Class Action.

IT IS SO ORDERED.

Dated: __June 13, 2023_____

_____
Honorable Edward M. Chen

THE LONG LAW FIRM PLLC
8605 SANTA MONICA BLVD., PMB 48629
WEST HOLLYWOOD, CA 90069

Case No. 3:21-cv-02623-EMC       ~~PROPOSED~~ ORDER GRANTING ADMINISTRATIVE
MOTION TO RELATE CASES