COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   +1 650 843 5000
Facsimile:    +1 650 849 7400

*Attorneys for Defendants FibroGen, Inc.,
Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO LOCAL RULE 6-2** |

Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association ("Plaintiffs"), and Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, Pat Cotroneo, and K. Peony Yu ("Defendants," and together with Plaintiffs, the "Parties"), hereby submit this Stipulated Request and [Proposed] Order Changing Time Pursuant to Local Rule 6-2.

WHEREAS, on June 8, 2023, Plaintiffs filed a Motion for Spoliation Sanctions (the "Motion," ECF No. 185);

WHEREAS, under Local Rule 7-3, Defendants' Opposition to the Motion must be filed and served no later than June 22, 2023, L.R. 7-3(a), Plaintiffs' Reply in support of their Motion must be filed and served no later than June 29, 2023, L.R. 7-3(c), and Plaintiffs noticed a hearing on the Motion for July 27, 2023;

WHEREAS, counsel for Plaintiffs and Defendants have mutually agreed to an extension of the aforementioned deadlines.  The extension is necessary due to, among other things, the scope of the Motion, which includes over one hundred exhibits, as well as conflicts in the schedules of counsel for Defendant Yu;

WHEREAS, good cause exists for the requested extension given the Parties' agreement, the complexity of the Motion, the scheduling conflicts faced by the Parties and their respective counsel, and that no other case deadlines will be affected by the extensions requested herein;

WHEREAS, the Parties have met and conferred and agreed to the schedule set forth below for remaining briefing and argument on Plaintiffs' Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 7-12, by and between the undersigned counsel for the Parties, as follows:

1. Defendants shall file their opposition papers to Plaintiffs' Motion for Spoliation Sanctions by July 17, 2023;

2. Plaintiffs shall file their reply papers in support of their Motion for Spoliation Sanctions by August 11, 2023; and

3. The hearing on this matter shall be held on August 31, 2023 at 1:30 p.m. or on such other date as may be convenient for the Court.

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | Dated: June 14, 2023 | **COOLEY LLP** |
| 3 | | By: */s/ Patrick E. Gibbs* |
| 4 | | Patrick E. Gibbs |
| 5 | | Patrick E. Gibbs (183174) |
| | | pgibbs@cooley.com |
| 6 | | Tijana M. Brien (286590) |
| | | tbrien@cooley.com |
| 7 | | Zaneta J. Kim (317844) |
| | | zkim@cooley.com |
| 8 | | Amie L. Simmons (336356) |
| | | asimmons@cooley.com |
| 9 | | 3175 Hanover Street |
| | | Palo Alto, CA 94304-1130 |
| 10 | | Tel.: (650) 843-1130 |
| | | Fax: (650) 849-7400 |
| 11 | | *Attorneys for Defendants FibroGen, Inc.,* |
| 12 | | *Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo* |

| | |
|---|---|
| Dated: June 14, 2023 | **SAXENA WHITE P.A.**<br><br>By: */s/ David R. Kaplan*<br>　　David R. Kaplan<br><br>David R. Kaplan (230144)<br>dkaplan@saxenawhite.com<br>Emily Bishop (319383)<br>ebishop@saxenawhite.com<br>505 Lomas Santa Fe Drive, Suite 180<br>Solana Beach, CA 92075<br>Tel.: (858) 997-0860<br>Fax: (858) 369-0096<br><br>Steven B. Singer<br>ssinger@saxenawhite.com<br>Kyla Grant (admitted *pro hac vice*)<br>kgrant@saxenawhite.com<br>Sara DiLeo (admitted *pro hac vice*)<br>sdileo@saxenawhite.com<br>Joshua H. Saltzman (admitted *pro hac vice*)<br>jsaltzman@saxenawhite.com<br>10 Bank Street, 8th Floor<br>White Plains, New York 10606<br>Tel: (914) 437-8551<br><br>Maya Saxena (admitted *pro hac vice*)<br>msaxena@saxenawhite.com<br>Lester R. Hooker (241590)<br>lhooker@saxenawhite.com<br>Dianne M. Pitre (286199)<br>dpitre@saxenawhite.com<br>7777 Glades Road, Suite 300<br>Boca Raton, FL 33434<br>Tel.: (561) 394-3399<br>Fax: (561) 394-3382<br><br>*Counsel for Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association, and Lead Counsel for the Class* |

| | |
|---|---|
| Dated: June 14, 2023 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| | By: */s/ Bruce A. Ericson* <br>       Bruce A. Ericson |
| | Bruce A. Ericson (76342) <br> bruce.ericson@pillsburylaw.com <br> Lee Brand (287110) <br> lee.brand@pillsburylaw.com <br> Four Embarcadero Center, 22nd Floor <br> San Francisco, CA 94111-5998 <br> Tel.: (415) 983-1000 <br> Fax: (415) 983-1200 |
| | **WEI GROUP LLP** <br> Eric S. Wei (*pro hac vice* forthcoming) <br> ewei@weillp.com <br> One World Trade Center, Suite 8500 <br> New York, NY 10007-0103 <br> Tel.: (212) 248-0808 <br> Fax: (212) 248-0475 |
| | *Attorneys for Defendant K. Peony Yu, M.D.* |

\* \* \*

### ATTESTATION PURSUANT TO CIV. L.R. 5-1

Pursuant to Civil Local Rule 5-1(h)(3), I attest that each of the signatories above concur in the filing of this document.

| | |
|---|---|
| Dated:  June 14, 2023 | **Cooley LLP** |
| | */s/ Patrick E. Gibbs* <br> Patrick E. Gibbs |

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: June 20, 2023

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE