**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF LEAD PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: July 27, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen |

DECL. OF DAVID R. KAPLAN ISO LEAD PLAINTIFFS'
REPLY IFSO MOTION FOR CLASS CERTIFICATION
3:21-CV-02623-EMC

I, David R. Kaplan, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Director at the law firm Saxena White P.A., counsel for Court-appointed Lead Plaintiffs Employees' Retirement System of the City of Baltimore ("Baltimore Employees"), City of Philadelphia Board of Pensions and Retirement ("Philadelphia Pension Fund"), and Plymouth County Retirement Association ("Plymouth County") (collectively, "Lead Plaintiffs" or "Plaintiffs"). I am a member in good standing of the Bar of the State of California and am admitted to practice in this District. I respectfully submit this Declaration in Support of Lead Plaintiffs' Reply in Further Support of Motion for Class Certification. The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto under oath.

2. Not including the production from Defendants' Expert, Dr. Paul Zurek, the "FibroGen Defendants" (Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo) had made fifteen productions to Lead Plaintiffs. The first three of these productions were a reproduction of nearly all documents that were produced to the United States Securities and Exchange Commission ("SEC") pursuant to the SEC's subpoena to FibroGen. The subsequent twelve productions total nearly 700,000 pages of materials, and do not include productions from Defendant K. Peony Yu or from third parties, which number nearly an additional 540,000 pages in total.

3. Not including documents produced by their expert, Mr. Chad Coffman, CFA, Lead Plaintiffs have produced 7,439 pages of documents to Defendants responsive to Defendants' document requests. Lead Plaintiffs collected and searched for these responsive documents from, *inter alia*, databases for four distinct pension funds comprising over 440,000 emails and other electronic documents.

4. **Exhibits 1-11** refer to (and are incorporated by reference hereto) the exhibits attached to the Declaration of David R. Kaplan In Support Of Lead Plaintiffs' Motion For Class Certification, filed on January 27, 2023. ECF No. 147-1.

5. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the transcript of the deposition of Dr. Paul Zurek, taken on June 8, 2023.

6. Attached hereto as **Exhibit 13** is a true and correct copy of a Jefferies analyst report dated July 13, 2021, and produced by Defendant's expert, Dr. Paul Zurek ("Zurek"), bearing Bates number Zurek00000061, and marked as Deposition Exhibit 68.

7. Attached hereto as **Exhibit 14** is a true and correct copy of a Bank of America analyst report dated July 13, 2021, and produced by Zurek, bearing Bates number Zurek00000058.

8. Attached hereto as **Exhibit 15** is a true and correct copy of a Stifel analyst report dated July 13, 2021, and produced by Zurek, bearing Bates number Zurek00000064.

9. Attached hereto as **Exhibit 16** is a true and correct copy of a William Blair analyst report dated July 13, 2021, and produced by Zurek, bearing Bates number Zurek00000065.

10. Attached hereto as **Exhibit 17** is a true and correct copy of a SVB Leerink analyst report dated July 15, 2021, and produced by Zurek, bearing Bates number Zurek00000074, and marked as Deposition Exhibit 72.

11. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by the FibroGen Defendants bearing Bates number FGEN-CA-0179555 and marked as Deposition Exhibit 70.

12. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the transcript of the Cardiovascular and Renal Drugs Advisory Committee Meeting, held on July 15, 2021, and marked as Deposition Exhibit 32. The full document is published on the FDA's website at https://www.fda.gov/media/152124/download.

13. Attached hereto as **Exhibit 20** is a true and correct copy of a Cowen analyst report dated July 15, 2021, produced by Zurek, bearing Bates number Zurek00000070, and marked as Deposition Exhibit 71.

14. Attached hereto as **Exhibit 21** is a true and correct copy of a H.C. Wainwright & Co. analyst report dated July 16, 2021, and produced by Zurek, bearing Bates number Zurek00000077.

15. Attached hereto as **Exhibit 22** is a true and correct copy of a Stifel analyst report dated July 15, 2021, and produced by Zurek, bearing Bates number Zurek00000075.

16.    Attached hereto as **Exhibit 23** is a true and correct copy of a Goldman Sachs analyst report dated July 16, 2021, and produced by Zurek, bearing Bates number Zurek00000076.

17.    Attached hereto as **Exhibit 24** is a true and correct copy of a Mizuho analyst report dated July 16, 2021, and produced by Zurek, bearing Bates number Zurek00000078.

18.    Attached hereto as **Exhibit 25** is a true and correct copy of a Raymond James analyst report dated July 15, 2021, and produced by Zurek, bearing Bates number Zurek00000068.

19.    Attached hereto as **Exhibit 26** is a true and correct copy of a Jefferies analyst report, dated July 15, 2021, and produced by Zurek, bearing Bates number Zurek00000072.

20.    Attached hereto as **Exhibit 27** is a true and correct copy of a SVB Leerink analyst report dated July 16, 2021, and produced by Zurek, bearing Bates number Zurek00000079, and marked as Deposition Exhibit 73.

21.    Attached hereto as **Exhibit 28** is a true and correct copy of an article from The Motley Fool, entitled "*Here's Why FibroGen Stock Is Plunging Today*," dated July 16, 2021.

22.    Attached hereto as **Exhibit 29** is a true and correct copy of a document produced by the FibroGen Defendants bearing Bates number FGEN-CA-0004196.

23.    Attached hereto as **Exhibit 30** is a true and correct copy of a document produced by the FibroGen Defendants bearing Bates number FGEN-CA-0178193.

24.    Attached hereto as **Exhibit 31** is a true and correct copy of documents produced by the FibroGen Defendants bearing Bates numbers FGEN-CA-1113248 and FGEN-CA-1113249.

25.    Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the transcript of the deposition of Baltimore Employees' 30(b)(6) representative, David Randall taken on April 13, 2023.

26.    Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the transcript of the deposition of Philadelphia Penson Fund's 30(b)(6) representative, Christopher DiFusco, taken on April 18, 2023.

27.    Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the transcript of the deposition of Plymouth County's 30(b)(6)'s representative, David Sullivan, taken on April 11, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 23rd day of June, 2023, at Solana Beach, California.


/s/ David R. Kaplan
David R. Kaplan