# EXHIBIT 15

# STIFEL

**FibroGen, Inc.**

**FGEN – NASDAQ**

**July 13, 2021**

Biotechnology

**BUY**
Price $24.33 (intraday 7/13/21)

**FLASH NOTE**

## Roxadustat AdCom Briefing Docs Raise Question of Addressing Safety with Titration or Additional Studies

### Summary

Roxadustat AdCom briefing documents released this morning pointed to several key questions, not surprisingly around cardiovascular safety, which forms the basis of the key voting questions to the panel—should Roxa be approved for CKD-related anemia in NDD and DD with discussion points being around whether risks can be addressed through modification of the treatment algorithm. The safety question appears to revolve primarily around the risk of thrombotic effects, whether they are on- or off-target, and whether they can be addressed by different dosing schemes. This seems not to be addressed in the randomized controlled studies conducted but rather in exploratory analyses. Hence, FDA is posing whether additional studies should be conducted prior to approval, post- or not at all. While we have no way of handicapping, we think the last question is causing pressure on FGEN shares today—the answer to which will only be addressed by the AdCom.

### Key Points

**Thromboembolic events occur with both ESAs and Roxadustat, but FDA posing to panel whether they can be mediated:** Roxadustat (as an inhibitor of HIF-PH enzymes) was expected to reduce exposure to supraphysiologic doses of erythropoietin, improve iron metabolism and availability, and achieve efficacy comparable to ESAs with fewer safety issues. Roxa efficacy was indeed found to be comparable to ESAs, yet Roxa was found to have "important risks of serious thrombembolic events". This raises important questions for FDA to consider, namely what is the source of the pro-thrombotic effect—on-target mediated by excess Hb concentrations, overshoots, excessive rates of rise, fluctuation or viscosity, OR off-target related to erythropoietin (though none are known). FDA has conducted exploratory analyses (under the assumption that the events are on-target) to determine whether this effect can be mediated through dosing algorithms, with findings corroborated by FGEN. Higher rates of Hb rise and decline were found to be associated with the thrombotic events, and FGEN believes that the risks could be reduced through a lower starting dose. FDA appears to believe the prediction is plausible, but this has not been established in randomized controlled trials. We note that Roxa has been approved in China and Japan, with the risks established in the label, and CHMP in EU recently recommended approval of Roxa in both DD and NDD with a warning of risk for thrombotic events.

**Risk/benefit in dialysis hinges on hyporesponders:** In the dialysis setting, Roxa reduced the need for RBC transfusions, though relative to EPO, the benefit was less conclusive according to FDA particularly if one believes the risk of thromboembolic events is higher with Roxa than ESAs. This goes back to the critical question of whether lowering the Roxa starting dose will reduce risk. The second benefit raised was with regard to ESA hyporesponders. However, FDA did not believe that FGEN clearly demonstrated that patients who are hyporesponsive to ESAs are responsive to Roxadustat. This will be an important point to clarify as the medical community and FDA agree this is a population in need of better therapies.

**Non-dialysis comparison confounded by uneven dropout in PBO:** Roxa was studied versus PBO in the NDD population, with the possibility of "rescue" therapy if needed. These studies had the advantage of assessing Roxa safety against a clean background, as well as comparing Roxa to current standard of care given that only ~15% of anemic patients in NDD are treated. However, FDA took issue with the uneven dropout between arms. Patients with more advanced disease and who had poor response or received placebo were more likely to leave the study (and have greater risk of CV events) than patients who received Roxa—resulting in great disparity in study retention and challenging the interpretation of safety analyses. Yet the time of observation was shortened and perhaps not sufficient to assess the event. Conversely, the Roxa patients stayed on therapy longer perhaps increasing the opportunity to experience the events. According to FDA, this confounds the safety assessment in the NDD population and the results depend on the observation time. We expect this analysis to be clarified to the panel. We note, FDA did cite the 616-patient EU study comparing Roxa to darpoietin alpha where Roxa was successfully established non-inferiority, but Roxa resulted in a more rapid rise in Hb, potentially impacting safety. We think this goes back to the primary question of whether safety issues can be addressed by titration.

**Annabel Samimy** | (212) 271-3823 | asamimy@stifel.com
**Nick C. Rubino** | (212) 271-3756 | rubinon@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
All relevant disclosures and certifications appear on pages 3 - 5 of this report.

Zurek00000064

**FibroGen, Inc.**

Flash Note

**July 13, 2021**

FGEN – NASDAQ

Biotechnology

*Investment Thesis*

*FibroGen focuses on the development of two potential first-in-class drug candidates. Roxadustat is an oral HIF-PH inhibitor mimicking natural erythropoiesis for the treatment of anemia associated with chronic kidney disease (CKD). For CKD, roxadustat has been approved for the DD and NDD population in China, with a US AdCom scheduled for 7/15/21. We view roxadustat as a safer and better alternative to ESAs, which currently has annual sales of approximately $6 billion. Pamrevlumab is an anti-CTGF mAb that targets various fibrotic diseases with significant unmet medical need. Positive top-line data from Phase 2 studies for IPF seem compelling and the drug is also being tested in pancreatic cancer and DMD.*

**Target Price Methodology/Risks**

Our 12-month target price of $55/share represents the valuation of our DCF methodology, using a terminal growth rate of 2% and discount rate of 11% with earnings projections out to 2030. Risks to our target price include dependence on success pipeline products, potential for clinical trial failures, regulatory and commercial hurdles, and the need for additional capital.

**Company Description**

FibroGen, Inc. is a development stage biotechnology company headquartered in San Francisco, CA. Its lead product candidate, roxadustat, is being developed for the treatment of anemia associated with chronic kidney disease. The company has two large partnerships for the development of roxadustat with Astellas and AstraZeneca. Other product candidates include wholly-owned pamrevlumab, a fully human monoclonal antibody that inhibits the activity of connective tissue growth factor in development for IPF, LAPC, and DMD.



Zurek00000064

**FibroGen, Inc.**

Flash Note                                                                                    **FGEN – NASDAQ**

**July 13, 2021**                                                                              Biotechnology

### Important Disclosures and Certifications

**I, Annabel Samimy, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Annabel Samimy, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.**

**Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportandDisclosures.**

**FibroGen, Inc. (FGEN) as of July 12, 2021 (in USD)**



*Represents the value(s) that changed.

Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for FGEN go to**
**http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=FGEN**

Prior to July 10, 2020, a different Stifel research analyst provided research coverage of FibroGen, Inc. and its securities. FibroGen, Inc.'s price chart for the period prior to July 10, 2020 reflects the rating and price target history of the former Stifel research analyst for such issuer and its securities.

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from FibroGen, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of FibroGen, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

### Investment Rating System

Our investment rating system is defined as follows:

**Buy** - We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Speculative Buy**[1] **-** We expect a total return of greater than 30% over the next 12 months, with total return equal to the percentage price change plus dividend yield, accompanied by substantially higher than normal risk including the possibility of a binary outcome.

**Hold** - We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Sell** - We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **Suspended (SU)** to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **Suspended** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **Suspended** may also be used when an analyst has left the firm.

[1] This rating is only utilised by Stifel Canada.

Of the securities we rate, 57% are rated Buy, 1% are rated Speculative Buy, 28% are rated Hold, 2% are rated Sell and 12% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 25%, 8%, 0% and 8% of the companies whose shares are rated Buy (includes Speculative Buy), Hold, Sell and Suspended respectively.



Zurek00000064

**FibroGen, Inc.**

Flash Note

**July 13, 2021**

**FGEN − NASDAQ**

Biotechnology

Within the last 12 months, Stifel or an affiliate has provided material services for 42%, 60%, 20%, 23% and 14% of the companies whose shares are rated Buy, Speculative Buy, Hold, Sell and Suspended respectively.

### Additional Disclosures

The enclosed materials include information derived from market research information provided by IQVIA, Inc. and its affiliated companies ("IQVIA"). IQVIA market research information is proprietary to IQVIA and available on a confidential basis by subscription from IQVIA. IQVIA market research information reflects estimates of marketplace activity and should be treated accordingly.

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within the Stifel coverage universe. For a discussion of risks and changes to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are as of the date of this publication and are subject to change without notice. These opinions do not constitute a personal recommendation and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance. Unless otherwise noted, the financial instruments mentioned in this report are priced as of market close on the previous trading day and presumed performance is calculated always over the next 12 months.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

References to "**Stifel**" (collectively "Stifel") refer to SFC and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Canada, Incorporated. ("**Stifel Canada**"), which is authorised and regulated by Investment Industry Regulatory Organization of Canada ("**IIROC**"), and also trades under the names "**Stifel GMP**" and/or "**Stifel FirstEnergy**"; (iv) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); and (v) Stifel Europe Bank AG ("**SEBA**"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin") and is a member of Deutsche Boerse and SIX Swiss Exchange and (vi) Stifel Schweiz AG ("**STSA**"), which is representative of SEBA in Switzerland and regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"). SNEL, SEBA and STSA are collectively referred to as **Stifel Europe**.

**Registration of non-US Analysts:** Any non-US research analyst employed by Stifel contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Global Research Notes:** Stifel Global Research (Cross-Border Research) notes are intended for use only by Institutional or Professional Clients. Research analysts contributing content to these reports are subject to different regulatory requirements based on the jurisdiction in which they operate. Clients seeking additional information should contact the Stifel entity through which they conduct business.

**SEBA & STSA Sponsored research:** At SEBA & STSA, analysts may produce issuer paid research ('sponsored research'). This research is produced by analysts in accordance with local regulatory requirements relating to such research. In certain jurisdictions, this issuer paid research may be deemed to be independent research albeit not produced to the same conflicts of interest standards required by all jurisdictions for independent research. Where research has been paid for by an issuer, this will be clearly labelled. Please see our European Policy for Managing Research Conflicts of Interest for additional information.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by Stifel Europe is distributed by Stifel Europe to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by Stifel Europe directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. Stifel Europe is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK:** This report is distributed in the UK by SNEL, which is authorised and regulated by the Financial Conduct Authority (FCA). In these instances, SNEL accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined by the FCA.



Zurek00000064

**FibroGen, Inc.**

Flash Note
**July 13, 2021**

**FGEN – NASDAQ**
Biotechnology

**European Economic Area (EEA)**: This report is distributed in the EEA by SEBA, which is authorized and regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin"). In these instances, SEBA accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined under MiFID II.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action

**Australia:** Research produced by Stifel is distributed by SNEL under the Australian Securities and Investments Commission ("ASIC") Class Order [CO 03/1099] exemption from the requirement to hold an Australian Financial Services Licence ("AFSL"). This research may only be distributed to a "Wholesale Client" within the meaning of section 761G of the Corporations Act 2001 (Cth).

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by Stifel Europe is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities laws.

**Republic of South Africa:** Research produced by Stifel is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The securities discussed in this report may not be available for sale in all jurisdictions and may have adverse tax implications for investors. Clients are advised to speak with their legal or tax advisor prior to making an investment decision.

The recommendation contained in this report was produced at 13 July 2021 12:31EDT and disseminated at 13 July 2021 12:31EDT.

**Additional Information Is Available Upon Request**

© 2021 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel.



Zurek00000064