# EXHIBIT 16

Equity Research
**Healthcare | Biotechnology**

*William Blair*

July 13, 2021

**Andy T. Hsieh, Ph.D.**  +1 312 364 5051
ahsieh@williamblair.com

# FibroGen, Inc.

## No Surprises in the Briefing Document; Committee Vote on Thursday Could Determine the Regulatory Fate of Roxadustat

Before the markets opened on Tuesday, July 13, the FDA published draft questions, the agency briefing document, and FibroGen briefing document for the advisory committee meeting scheduled for Thursday, July 15. We believe the briefing document does not materially change investor perception regarding the outcome of roxadustat's approval, and the full committee meeting will be required to gain additional insight into the probability of roxadustat's approval. We offer additional commentary in the note below.

- **Overall, we believe that while the document highlights several areas of concern, none of which were entirely surprising,** investors will likely have to wait for additional clarity during the committee meeting on Thursday. In particular, the FDA requested the committee members to vote, separately, on whether roxadustat should be approved in non-dialysis-dependent and dialysis-dependent anemia due to chronic kidney disease. This situation opens the possibility that roxadustat might receive approval in neither, either, or both indications. On Thursday, we expect the panelists to discuss and rationalize the benefit/risk symmetry, which could inform the Street about the prospect of approval and roxadustat's potential role in the real-world setting.

- **Regarding the issue of a black box warning, based on the commentary by the FDA, it is our view that the outcome is all but certain for roxadustat.** In the document that contains draft questions, the agency noted, "Analyses of adverse events in the dialysis population demonstrated higher risks for roxadustat (versus ESAs) with respect to thrombotic events, including thrombosis of vascular access, events for which ESAs [erythropoietin-stimulating agents] carry a boxed warning. Vascular access patency is crucial to perform dialysis. There was also a higher risk of seizures with roxadustat compared to ESAs, another adverse drug reaction for which there is a warning in ESA labeling." Accordingly, our interpretation is that the agency believes that on the safety front, roxadustat is not differentiated compared with standard-of-care ESAs, and therefore it is reasonable and prudent to inform the prescribing community regarding the compound's adverse event profile.

| Stock Rating: | | | **Market Perform** |
|---|---|---|---|
| Symbol: | | | FGEN (NASDAQ) |
| Price: | | | $25.39 (52-Wk.: $18-$57) |
| Market Value (M): | | | $2,339 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | **2020A** | **2021E** | **2022E** |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $(0.89) | $(0.78) | $0.07 |
| | Q2 | $(0.95) | $(0.65) | $(0.56) |
| | Q3 | $0.35 | $0.65 | $(0.52) |
| | Q4 | $(0.64) | $0.07 | $(0.49) |
| | FY | $(2.11) | $(0.69) | $(1.51) |
| Sales (M) | Q1 | $24.4 | $38.4 | $116.2 |
| | Q2 | $42.9 | $45.2 | $56.9 |
| | Q3 | $44.0 | $167.4 | $60.8 |
| | Q4 | $65.0 | $113.7 | $64.6 |
| | FY | $176.3 | $364.7 | $298.5 |
| **Valuation** | | | | |
| FY P/E | | NM | NM | NM |
| CY P/E | | NM | NM | NM |
| EV/Sales | | 10.6x | 5.1x | 6.2x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 92.1 |
| Float (M): | 84.1 |
| Avg. Daily Volume (90-day): | 1,347,578 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $4.03 |
| Return on Equity (TTM): | (44.1)% |
| Enterprise Value (M): | $1,861 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

FibroGen's lead product candidate, roxadustat, is approved in China with U.S. approval potentially taking place this year. In parallel, the company's wholly owned pamrevlumab is in Phase III studies in idiopathic pulmonary fibrosis, pancreatic cancer, and Duchenne muscular dystrophy.

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

Zurek00000065

William Blair

- **In our view, roxadustat's starting dose could emerge as a topic of interest on Thursday among the panelists.** Based on FDA's internal analysis, there appears to be a correlation between the rate of hemoglobin increase and/or absolute levels and thromboembolic events. Therefore, it is reasonable to assume that by starting at a lower dose, this effect could be mitigated. However, it is the agency's view that this hypothesis is purely theoretical and has not been thoroughly investigated. We highlight there is a potential risk for FibroGen that the FDA could request another study to explore the most reasonable starting dose before the approval. Overall, we believe that many of these topics mentioned above will be clarified during the discussion on Thursday.

- **Historically, FibroGen has characterized ESA hyporesponders as the population that could derive the most benefit from roxadustat treatment.** We agree with FibroGen's assessment since these patients are facing two concurrent challenges. Hyporesponders require a higher dose of ESA to achieve the same level of benefit. However, supraphysiological erythropoietin levels could lead to increased incidence of cardiovascular adverse events. Taken together, it is reasonable to assume that ESA hyporesponders could especially benefit from roxadustat treatment, which acts through a different mechanism of action. In the briefing document, the FDA noted that this population was not adequately studied. Therefore, the role of roxadustat in this subpopulation cannot be determined. We look forward to the panelists' interpretation of the data, since their threshold for clinical evidence might differ from the agency.

- **There is an additional observation from the briefing document that we view could influence the panelists' perception of roxadustat's clinical profile.** FibroGen previously presented data that demonstrated roxadustat's ability to reduce the need for transfusion compared with ESAs. However, the FDA questions the validity of the clinical implication. Specifically, since dialysis-dependent patients randomized to roxadustat have a different rescue protocol compared to the ESA arm (either transfusions or ESAs versus transfusions only), it could be improper to compare the outcomes of these two arms.

**Our Take and Stock Thoughts**

We believe the briefing document does not materially change investor perception regarding the outcome of roxadustat's approval. Based on historical precedent, it is difficult to predict how the panelists will react to the data presented both by FibroGen and the FDA. We therefore believe that Thursday's committee meeting will likely provide more meaningful read-through into the prospect of approval for roxadustat.

It is our opinion that even in the event of the approval, it is difficult to predict the exact wording of the black box warning and the content of the label. Our stance that the commercial uptake of roxadustat in the United States will likely be gradual remains unchanged. Given the absence of additional catalyst events in the short and mid term that could generate additional investor excitement, we are reiterating our Market Perform rating on FibroGen shares.

**ESG Considerations**

From an environmental perspective, the biopharma industry is a resource-intensive field, generating hazardous waste and disposables from the manufacturing and preclinical and clinical testing of therapeutic candidates. We are not aware of additional environmentally focused initiatives at the company. Socially, FibroGen, through its partners AstraZeneca and Astellas, is developing roxadustat as a treatment for various anemias and pending positive regulatory interactions will likely initiate programs to maximize patient access around the globe. The company is also developing pamrevlumab for the treatment of devastating rare diseases such as idiopathic pulmonary fibrosis, Duchenne muscular dystrophy, and pancreatic cancer. In terms of diversity, we note that 16% of the executive team (2 out of 12 members) are women and 8% (1 out of 12 members) are persons of color. Further, 42% (5 out of 12 members) of the board comprises women and/or from minority racial and ethical groups. As of January 31, 2021, women represented 54% of the company's workforce and 27% of leadership (VP or above). In terms of governance, we note that the company adheres to a previously established code of conduct and business ethics. However, it does not apply to the company's strategic partners or suppliers.

**Valuation**

FibroGen is currently trading at $24.28 with a market cap of $2.24 billion and $682.6 million in cash at the end of the first quarter. While we believe in the potential for roxadustat to emerge as an alternative treatment for anemia in chronic kidney disease patients, given physicians' comfort and experience in using epoetin alfa or similar erythropoiesis-stimulating agents, the launch will likely be gradual. Beyond roxadustat, the company's wholly owned pamrevlumab is in three Phase III programs, idiopathic pulmonary fibrosis, pancreatic cancer, and Duchenne muscular dystrophy; however, we highlight that the top-line results will likely be released in the back half of 2022 at the earliest. Accordingly, we view FibroGen shares as fairly valued and reiterate our Market Perform rating.

**Risks**

While we do not have detailed visibility into the FDA's decision behind convening an advisory committee prior to approval, a more favorable briefing document and positive tone at the committee could spark renewed investor interest. In addition, positive momentum in the early commercial launch could indicate a rapid uptake by the medical community and ultimately lead to material shareholder returns.

Zurek00000065

William Blair

**FibroGen, Inc.**
Company Rating: Market Perform
7/8/2021

# Income Statement

(dollars in thousands except EPS and shares in thousands)

|  | 2020A | Q1A | Q2E | Q3E | Q4E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|
| License and milestone revenue | 14,323 | 0 | 0 | 120,000 | 62,500 | 182,500 | 62,500 | 0 |
| Collaboration services and other revenue | 80,592 | 14,587 | 23,000 | 23,000 | 23,000 | 83,587 | 92,000 | 92,000 |
| Product Revenue | 72,498 | 15,362 | 15,844 | 17,002 | 19,269 | 67,477 | 89,295 | 108,687 |
| Drug product revenue | 8,906 | 8,480 | 6,339 | 7,395 | 8,452 | 30,665 | 34,144 | 34,486 |
| Roxadustat royalty | 0 | 0 | 0 | 0 | 482 | 482 | 20,553 | 58,044 |
| Pamrevlumab sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total revenues** | **$176,319** | **$38,429** | **$45,183** | **$167,397** | **$113,702** | **$364,712** | **$298,493** | **$293,217** |
| Cost of revenue | 8,869 | 3,401 | 3,327 | 3,416 | 3,881 | 14,025 | 17,401 | 20,211 |
| Gross profit | 167,450 | 35,028 | 41,855 | 163,982 | 109,821 | 350,687 | 281,091 | 273,006 |
| R&D | 252,924 | 74,676 | 73,000 | 73,500 | 74,000 | 295,176 | 301,000 | 314,000 |
| SG&A | 190,806 | 30,779 | 31,000 | 31,500 | 32,000 | 125,279 | 135,000 | 145,000 |
| Outside service expenses - ChinaAmendment | (84,400) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total operating expenses | 368,199 | 108,856 | 107,327 | 108,416 | 109,881 | 434,480 | 453,401 | 479,211 |
| **Income from operations** | **($191,880)** | **($70,427)** | **($62,145)** | **$58,982** | **$3,821** | **($69,768)** | **($154,909)** | **($185,994)** |
| Total interest and other, net | 2,949 | (954) | 2,030 | 2,020 | 2,010 | 5,106 | 8,100 | 8,100 |
| Net income before income taxes | (188,931) | ($71,381) | ($60,115) | $61,002 | $5,831 | (64,662) | (146,809) | (177,894) |
| Income tax benefit/(Provision) | (360) | (134) | 0 | 0 | 1,225 | 1,091 | 1,129 | 0 |
| Investment loss in unconsolidated variable interest entity | 0 | (240) | 0 | 0 | 0 | (240) | 0 | 0 |
| **Net income** | **($189,291)** | **($71,755)** | **($60,115)** | **$61,002** | **$7,056** | **($63,812)** | **($145,679)** | **($177,894)** |
| Non-GAAP net income per common share basic | ($2.11) | ($0.78) | ($0.65) | $0.65 | $0.07 | ($0.69) | ($1.51) | ($1.77) |
| **Non-GAAP net income per common share diluted** | **($2.11)** | **($0.78)** | **($0.65)** | **$0.65** | **$0.07** | **($0.69)** | **($1.51)** | **($1.77)** |
| Non-GAAP weighted-average common shares basic | 89,854 | 91,688 | 92,591 | 93,503 | 94,424 | 93,052 | 96,772 | 100,642 |
| Non-GAAP weighted-average common shares diluted | 89,854 | 91,688 | 92,591 | 93,503 | 94,424 | 93,052 | 96,772 | 100,642 |

https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosuresjsp&firmId=18877&companySymbol=FGEN
FGEN
Sources: FibroGen reports and William Blair Equity Research

3 | Andy T. Hsieh +1 312 364 5051

Zurek00000065

William Blair

## IMPORTANT DISCLOSURES

William Blair or an affiliate is a market maker in the security of FibroGen, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from FibroGen, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of FibroGen, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Andy T. Hsieh attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 34996.20
S&P 500: 4384.63
NASDAQ: 14733.20





Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of July 13, 2021):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 77 | Outperform (Buy) | 29 |
| Market Perform (Hold) | 23 | Market Perform (Hold) | 11 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

4 | Andy T. Hsieh +1 312 364 5051

Zurek00000065

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2021, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

5 | Andy T. Hsieh +1 312 364 5051

Zurek00000065

*William Blair*

# Equity Research Directory

John F. O'Toole, Partner    Manager and Director of Research    +1 312 364 8612
Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants,
Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin    +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers,
Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Andy T. Hsieh, Ph.D.    +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D.    +1 312 364 5283**
*Biotechnology*

**Matt Phipps, Ph.D.    +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D.    +1 312 364 8469**
*Biotechnology*

Healthcare Technology and Services

**Ryan Daniels, CFA, Partner    +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner    +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Distribution, Outsourcing, Pharmacy Benefit Management*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

Life Sciences

**Brian Weinstein, CFA, Partner    +1 312 364 8170**
Group Head–Life Sciences
*Diagnostics, Life Science Tools, Medical Technology*

**Matt Larew    +1 312 364 8242**
*Healthcare Delivery, Life Science Tools*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA    +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Bhavan Suri, Partner    +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA    +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Digital Media, Internet*

**Stephen Sheldon, CFA, CPA    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**

Zurek00000065