# EXHIBIT 17

# FIBROGEN, INC.

(NASDAQ: FGEN)

**OUTPERFORM**

## SVBLEERINK

Biotechnology

### Roxa Fails in a Farrago of Mortality, Morbidity and Mis-Analysis; Restructure?

July 15, 2021

- **Bottom Line: Today the FDA's cardio-renal advisory committee voted decisively against recommending approval of FGEN's roxadustat for either NDD or DD indications.** The 13-to-1 and 12-to-2 votes were very clear, and reflected the FDA's independent analysis of FGEN's safety database and their assessment that roxadustat (roxa) was associated with an increased risk of death, thrombosis, stent occlusion, serious infections, seizures, and metabolic and gastrointestinal adverse events. Almost all of these imbalances were unknown to investors, and we expect investors to demand changes to the company's board, management, staffing, portfolio, and expenses as a result of this complete rejection. FDA's advisory committee flirted with the last-minute suggestions from FGEN that they could address the liabilities by changing the dose titration scheme, using the medicine in only certain high unmet need sub-populations, restricting distribution, and conducting phase IV studies, but the panel was unwilling to endorse any of these approaches without a(nother) large, randomized phase III safety and efficacy trial using the different dose titration scheme.

- **The panel's decisive vote is in line with our observations after reviewing the briefing documents released earlier this week but still suggests a worst-case outcome for the application.** We believe it is highly unlikely that the FDA will "do an aducanumab" and grant the approval despite the advice of the assembled advisory committee.

- **We expect that FGEN's stock will see more downside in response to these votes, particularly since it seems that the company intends, for the time being at least, to continue to prosecute their application for approval.** We expect their partner AstraZeneca (OP) will be having difficult conversations with FGEN about what, if any, path forward exists for the program. We believe that potential US approval for roxa will be delayed by years and could be restricted to the smaller erythropoietin-resistant population, if FGEN continues US development at all. The focus for FGEN will now shift to pamrevlumab, the company's anti-CTGF antibody in phase 3 trials for pancreatic cancer and Duchenne's muscular dystrophy (DMD). Top-line results for these pamrevlumab trials are not expected until 2H22.

*Source: Company Information and SVB Leerink LLC Research.*
*Revenues in $M; GAAP EPS presented.*

Reason for report:
**FLASH NOTE**

| Key Stats | |
| --- | --- |
| S&P 500 Health Care Index: | 1,495.65 |
| Price: | $24.84 |
| 52 Week High: | $57.21 |
| 52 Week Low: | $18.12 |
| Shares Outstanding (mil): | 97.8 |
| Market Capitalization (mil): | 2,429.4 |

**Exhibit 0072**
6/8/2023
Zurek

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

**Anna Baran, CFA**
(212) 277-6204
anna.baran@svbleerink.com

**Na Sun**
(212) 277-6218
na.sun@svbleerink.com

**Please refer to page 4 for Important Disclosures, Price Charts and Analyst Certification.**

Provided for the exclusive use of Hua Wang at FibroGen, Inc. on 15-Jul-2021 08:10 PM.

**FIBROGEN, INC.**

July 15, 2021



- **AdCom voted "No" on recommending either indication (NDD or DD) for approval.** The advisory committee (AdCom) voted against recommending approval for both the non-dialysis dependent (NDD – 13-to-1) and dialysis dependent (DD) chronic kidney disease (CKD – 12-to-2) anemia populations. The overwhelmingly negative vote was driven by safety concerns and questionable benefits for patients vs. erythropoietin stimulating agent (ESA) standard of care. The "Yes" voters commented that through limited labeling and safety monitoring the drug might be safely introduced to the market. In our view even these "Yes" votes were modest endorsements of the drug, and we expect FDA will agree with the AdCom's negative assessment of the drug's benefit-risk profile.

- **Safety concerns outweigh potential convenience benefits for Committee.** The AdCom focused their attention on roxa's association with higher risk of major adverse cardiovascular events (MACE) and all-cause mortality (ACM) in particular. Committee members believe there is higher MACE risk for roxa compared to placebo in the NDD population and vs. ESAs in the DD population according to comments during the discussion period. Dr. Milton Packer, who is one of the founding fathers of cardiovascular risk assessment, asked FGEN the pointed question of whether giving more of their drug caused more deaths; the company appeared to confirm this alarmingly negative dose response. The company noted their analysis of a potential link was "not conclusive," which was not very confidence-inspiring. Several AdCom members noted that while roxa's oral administration could fill an unmet need for increased patient convenience, the safety concerns and potential need for ongoing monitoring negated that potential advantage in their view.

- **AdCom concerned about additive MACE safety risk over ESAs.** The FDA's presentation and several AdCom members noted that elevated rates of adverse events compared to ESAs in the DD population including systemic hypertension and myocardial infarction were especially concerning because ESAs are themselves known to have increased risk of those events. This potential additive risk compared to ESAs was a concern for several AdCom members. We believe that roxa's safety profile when considered in the context of MACE safety concerns for other hypoxia-inducible factor prolyl hydroxylase (HIF-PH) inhibitors suggests this could be a class effect. After the disappointing safety results from Akebia's (AKBA, Not Rated) own study in NDD, we believe that it is now reasonable to assume that these liabilities are class effects, rather than molecule or trial specific observations.

- **Committee not swayed by FGEN's proposals to address safety issues.** FGEN's presentation acknowledged that roxa treatment was associated with increased thrombosis, infection, and seizure risks. The company proposed a post-marketing surveillance study using a lower starting dose of roxa, a modified dosing regimen, and a monitoring program aimed at addressing hemoglobin "overshoot." FGEN hypothesized that increasing hemoglobin too much could be associated with cardiovascular adverse events (AEs) and presented a

2

Provided for the exclusive use of Hua Wang at FibroGen, Inc. on 15-Jul-2021 08:10 PM.

Zurek00000074

**FIBROGEN, INC.**

July 15, 2021



simulation predicting a lower roxa dose could reduce the frequency of these AEs. The company made a half-hearted proposal to address the infection and seizure risks through labelling, but this appeared to be an afterthought in the context of the CV risk results. The AdCom was not convinced by the company's arguments and proposals, and multiple members noted that any modifications to dosing would need to be tested in a new clinical trial to be considered for approval. During the AdCom discussion an FDA representative disclosed that the agency had only very recently received the proposals from FGEN, and FDA had not had any time to evaluate their merit. We expect that if FGEN continues US development for roxa, the company will need to conduct one or more additional pivotal studies of their proposed modified dosing regimen which could take 3-5 years based on their prior pivotal programs.

- **FDA unlikely to ignore AdCom concerns given efficacious alternative is available.** It is hard to now see the agency approving roxa for these indications after this overwhelming and very clear advice from CV risk specialists. Unlike the case of aducanumab where there is no available treatment, CKD anemia can be treated with broadly available ESAs. Given this context and the recent pressure on the FDA to reverse course after ignoring the aducanumab AdCom, we do not believe a similar scenario is likely for roxa.

Provided for the exclusive use of Hua Wang at FibroGen, Inc. on 15-Jul-2021 08:10 PM.

3

Zurek00000074

**FIBROGEN, INC.**

July 15, 2021



## Disclosures Appendix

Completion: July 15, 2021 20:02 P.M. EDT.
Distribution: July 15, 2021 20:02 P.M. EDT.

## Analyst Certification

I, Geoffrey C. Porges, MBBS, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



Leerink initiated coverage of FGEN with an Outperform rating on December 9, 2014.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

Created by: BlueMatrix

## Valuation

Our 12-month price target for FGEN is $56/share and is based on DCF methodology. We include probability-weighted roxadustat royalties and milestone payments from Astellas (EU and Japan) and AZN (US and ROW) and the 50% roxadustat profit-share with AZN in China. We assume 30-65% probabilities of success (PoS) for the dialysis dependent and non-dialysis dependent chronic kidney disease (CKD) indication in various geographies. We currently model 35% PoS for pamrevlumab in idiopathic pulmonary fibrosis (IPF), 25% for pancreatic cancer, and 25% for Duchene muscular dystrophy (DMD). We assume an 11.0% discount rate, which we believe is appropriate given our probability-weighted sales, and include a -22% terminal growth rate beyond 2034E.

## Risks to Valuation

The main risks to our valuation for FibroGen include any delay or disappointment with the development, regulatory approval, and commercialization of their two clinical development programs, roxadustat and pamrevlumab. The main risks to the outlook and value of roxadustat are any uncertainty, data irregularities, or other liabilities identified by the FDA in their review of the application, or any failure to secure broad labelling for CKD indications in the initial launch label. The main risks to pamrevlumab are that the confirmatory phase III trials now, or soon to be, underway in pancreatic cancer, IPF, and DMD fail to confirm the positive signals that emerged from the phase II trials.

**4**

Provided for the exclusive use of Hua Wang at FibroGen, Inc. on 15-Jul-2021 08:10 PM.

Zurek00000074

**FIBROGEN, INC.**

July 15, 2021





| Rating and Price Target History for: AstraZeneca PLC (AZN) as of 07-15-2021 |
| --- |

Leerink suspended coverage of AZN on March 19, 2018.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

Created by: BlueMatrix

## Valuation

We value AstraZeneca (AZN) at $64 per ADS based on the results of our discounted cash flow (DCF) analysis, which contemplates our free cash flow forecasts through 2030, assuming a 1.5% terminal growth rate and a weighted average cost of capital (WACC) of 7.0%.

## Risks to Valuation

- Clinical trial risk: AstraZeneca has numerous late-stage clinical assets, including Enhertu (trastuzumab deruxtecan) and roxadustat, as well as several approved products with meaningful label expansion opportunities dependent on successful clinical trials, including Imfinzi, Lynparza, and Calquence. Clinical trial failure for late-stage clinical assets represents a risk to our current price target.

- Regulatory risk: Even with positive clinical trial results, marketing authorization requires approval from regulators in various jurisdictions. Regulatory delays or rejections of applications for key pipeline products would represent a risk to our current valuation.

- Competitive risk: AstraZeneca markets products in competitive therapeutic areas, including oncology, renal/cardiovascular, and respiratory. This competition could lead to AZN product sales that are materially below our estimates, representing a risk to our current price target.

- Pricing and reimbursement: Legislation affecting drug pricing, including proposed legislation in the U.S. that could link drug prices to international benchmarks, is a risk for all commercial pharmaceutical companies, including AstraZeneca.

**5**

Provided for the exclusive use of Hua Wang at FibroGen, Inc. on 15-Jul-2021 08:10 PM.

Zurek00000074

**FIBROGEN, INC.**

July 15, 2021



| Distribution of Ratings/Investment Banking Services (IB) as of 06/30/21 | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OP] | 196 | 76.3 | 101 | 51.5 |
| HOLD [MP] | 57 | 22.2 | 9 | 15.8 |
| SELL [UP] | 4 | 1.6 | 0 | 0.00 |

## Explanation of Ratings

<u>Outperform (Buy):</u> We expect this stock to outperform its benchmark over the next 12 months.

<u>Market Perform (Hold/Neutral):</u> We expect this stock to perform in line with its benchmark over the next 12 months.

<u>Underperform (Sell):</u> We expect this stock to underperform its benchmark over the next 12 months.

The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.

For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.

6

Provided for the exclusive use of Hua Wang at FibroGen, Inc. on 15-Jul-2021 08:10 PM.

Zurek00000074

**FIBROGEN, INC.**

July 15, 2021



## Important Disclosures

**This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110. Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2. SVB Leerink MEDACorp LLC ("MEDACorp") is a global network of independent healthcare professionals (Key Opinion Leaders and consultants). MEDACorp is a wholly-owned subsidiary of SVB Leerink Holdings LLC and an affiliate of SVB Leerink LLC. MEDACorp provides industry and market insights to SVB Leerink and its clients.**

**SVB Leerink LLC makes a market in FibroGen, Inc. and AstraZeneca PLC.**

**In the past 12 months, an affiliate of SVB Leerink LLC has received compensation for providing non-securities services to AstraZeneca PLC.**

**This document may not be reproduced or circulated without our written authority.**

**© 2021 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.**

Provided for the exclusive use of Hua Wang at FibroGen, Inc. on 15-Jul-2021 08:10 PM.

Zurek00000074

# EQUITY RESEARCH TEAM

# SVBLEERINK

### RESEARCH MANAGEMENT

**Jim Kelly**
Director of Equity Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Associate Director of Equity Research
(212) 277-6117
christian.clark@svbleerink.com

### DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Na Sun
(212) 277-6218
na.sun@svbleerink.com

Anna Baran, CFA
(212) 277-6204
anna.baran@svbleerink.com

### TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

Christopher Liu, Pharm.D.
(212) 277-6192
christopher.liu@svbleerink.com

### IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

Jeffrey La Rosa
(212) 277-6103
jeffrey.larosa@svbleerink.com

### EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

### GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Greco Song, Ph.D.
(212) 277-6221
Greco.song@svbleerink.com

### IMMUNOLOGY & METABOLISM

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

M ke Kratky, CFA
(212) 277-6111
m ke.kratky@svbleerink.com

### NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

### RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

Kelly Girskis, Ph.D.
(617) 918-4838
kelly.girskis@svbleerink.com

### LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Westley Dupray, CFA
(617) 918-4549
westley.dupray@svbleerink.com

Scott Mafale
(212) 277-6107
scott.mafale@svbleerink.com

### MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang, CFA
(212) 277-6087
rebecca.wang@svbleerink.com

Priya Sachdeva
(212) 277-6095
priya.sachdeva@svbleerink.com

### MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

Erin S. Fahey
(212) 277-6136
erin.fahey@svbleerink.com

### HEALTHCARE TECHNOLOGY & DISTRIBUTION

**Stephanie Davis, CFA**
(212) 277-6153
stephanie.davis@svbleerink.com

Joy Zhang, CFA
(212) 277-6021
joy.zhang@svbleerink.com

Joseph Civello
(212) 277-6093
joseph.civello@svbleerink.com

### EDITORIAL

**SR. EDITOR/SUPERVISORY ANALYST**

Thomas A. Marsilio
(212) 277-6040
thomas.marsilio@svbleerink.com

**SUPERVISORY ANALYSTS**

Randy Brougher
randy.brougher@svbleerink.com

Robert Egan
bob.egan@svbleerink.com

Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

David A. Williamson, CFA
david.williamson@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE**
© 2021 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.

**AN SVB COMPANY**
**SVBLEERINK.COM**

Provided for the exclusive use of Hua Wang at FibroGen, Inc. on 15-Jul-2021 08:10 PM.

Zurek00000074