# EXHIBIT 19

FDA CRDAC                        July 15 2021                                    1

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH

CARDIOVASCULAR AND RENAL DRUGS ADVISORY COMMITTEE

(CRDAC)

Virtual Meeting

Thursday, July 15, 2021

9:30 a.m. to 5:33 p.m.

**Exhibit**
00032

Meeting Roster

**DESIGNATED FEDERAL OFFICER (Non-Voting)**

**Joyce Yu, PharmD**

Division of Advisory Committee and

Consultant Management

Office of Executive Programs, CDER, FDA


**CARDIOVASCULAR AND RENAL DRUGS ADVISORY COMMITTEE**

**MEMBERS (Voting)**

**Jacqueline D. Alikhaani, BA**

*(Consumer Representative)*

Volunteer and Advocate

American Heart Association

Los Angeles, California


**C. Noel Bairey Merz, MD, FACC, FAHA, FESC**

Director

Barbra Streisand Women's Heart Center

Cedars-Sinai Medical Center

Los Angeles, California

**Thomas D. Cook, PhD, MS, MA**

Professor (Clinical Health Sciences)

Clinical Trials Program

Department of Biostatistics and Medical

Informatics

University of Wisconsin-Madison

Madison, Wisconsin


**Edward K. Kasper, MD, FACC, FAHA**

Director of Outpatient Cardiology

Johns Hopkins Medicine

E. Cowles Andrus Professor in Cardiology

Johns Hopkins School of Medicine

Baltimore, Maryland


**Julia B. Lewis, MD**

*(Chairperson)*

Professor of Medicine

Division of Nephrology

Vanderbilt Medical Center

Nashville, Tennessee

FDA CRDAC                    July 15 2021                    4

**David J. Moliterno, MD**

Professor and Chairman

Department of Internal Medicine

University of Kentucky Medical Center

Lexington, Kentucky


**Christopher M. O'Connor, MD, MACC,**

**FESC, FHFA, FHFSA**

Professor of Medicine, Duke University

President and Executive Director

Inova Heart and Vascular Institute

Falls Church, Virginia


**Ravi I. Thadhani, MD, MPH**

Chief Academic Officer

Massachusetts General Brigham

Professor of Medicine and Dean for Academic

Programs Mass General Brigham

Harvard Medical School

Boston, Massachusetts

**ACTING INDUSTRY REPRESENTATIVE TO THE COMMITTEE**

**(Non-Voting)**

**David G. Soergel, MD**

Global Head

Cardiovascular, Renal and Metabolism Development

Novartis Pharma

East Hanover, New Jersey


**TEMPORARY MEMBERS (Voting)**

**Leslie S. Cho, MD, FACC, FSCAI, FESC**

Section Head, Preventive Cardiology and

Rehabilitation

Professor of Medicine

Cleveland Clinic Lerner College of Medicine

Case Western Reserve Medical School

Cleveland Clinic

Cleveland, Ohio


**Paul T. Conway**

*(Patient Representative)*

Falls Church, Virginia

**Susan T. Crowley, MD, MBA, FASN**

Professor of Medicine (Nephrology)

Yale University

Director, National Kidney Disease &

Dialysis Program

Veterans Health Administration

West Haven, Connecticut


**Milton Packer, MD**

Distinguished Scholar in Cardiovascular

Medicine

Baylor Heart and Vascular Institute

Baylor University Medical Center

Dallas, Texas


**Afshin Parsa, MD, MPH**

Senior Scientific Advisor and Program

Director

Division of Kidney, Urologic, and

Hematologic Diseases

NIDDK, NIH

Bethesda, Maryland

**Thomas J. Wang, MD**

Professor and Chair

Department of Internal Medicine

Donald W. Seldin Distinguished Chair

University of Texas Southwestern

Medical Center

Dallas, Texas


**FDA PARTICIPANTS (Non-Voting)**

**Ellis F. Unger, MD**

Director

Office of Cardiology, Hematology,

Endocrinology and Nephrology (OCHEN)

Office of New Drugs (OND), CDER, FDA


**Ann T. Farrell, MD**

Director

Division of Non-Malignant Hematology (DNH)

OCHEN, OND, CDER, FDA

**Saleh Ayache, MD**

Clinical Reviewer

DNH, OCHEN, OND, CDER, FDA


**Jae Joon Song, PhD**

Statistical Reviewer

Division of Biometrics VII

Office of Biostatistics

Office of Translational Sciences

CDER, FDA

C O N T E N T S

AGENDA ITEM                                          PAGE

Call to Order

    Julia Lewis, MD                                   11

Introduction of Committee

    Joyce Yu, PharmD                                  11

Conflict of Interest Statement

    Joyce Yu, PharmD                                  18

FDA Opening Remarks

    Ellis Unger, MD                                   23

**Applicant Presentations – FibroGen, Inc.**

Introduction

    R. Wayne Frost, PharmD, JD                        28

Unmet Need

    Roberto Pecoits-Fihlo, MD, PhD                    35

Efficacy Results

    Lynda Szczech, MD                                 43

Safety Results

    Dustin Little, MD                                 62

Clinical Perspective

    Steven Fishbane, MD                               95

C O N T E N T S (continued)

AGENDA ITEM                                         PAGE

Clarifying Questions                                 104

**FDA Presentations**

Roxadustat for the Treatment of Anemia

Due to Chronic Kidney Disease in Adult

Patients not on Dialysis and on Dialysis

    Saleh Ayache, MD                              135

    Jae Joon Song, PhD                            159

    Saleh Ayache, MD                              174

Clarifying Questions                                 180

**Open Public Hearing**                              205

Clarifying Questions (continued)                     248

Questions to the Committee and Discussion            265

Adjournment                                          342

noninferiority and CV risk of roxadustat compared to ESAs.

I'll note the applicant and FDA did not agree prospectively on a risk margin.  Furthermore, we do not agree with the applicant's proposed margin of 1.3, as it was defined after results of the study were known.  Therefore, FDA does not agree on the interpretation of the results using strictly a noninferiority hypothesis testing approach.  Rather, our interpretation of the trial findings focuses on the estimation of MACE risk and the uncertainty around it.

Such statistical inference appear to be appropriate because the development programs for both populations were sufficiently large to observe a meaningful number of CV events to estimate the risk, and the definition and data capture of the outcomes was of high quality.

For evaluation of CD safety in the NDD population, three phase 3 randomized, double-blind, placebo-controlled trials were prospectively agreed upon.  In addition, there were three phase 3

FDA CRDAC                          July 15 2021                        196

DR. FARRELL:  This is Dr. Farrell.  I was involved in the negotiations, and after the TREAT trial and dealing with Omontys, we had a goal of 1.25, and that's what we discussed during meetings. So that's why there was not an agreement on 1.3, and I agree with everything that Dr. Unger has said regarding it's somewhat arbitrary.

DR. LEWIS:  Dr. O'Connor, does that address your question?

DR. O'CONNOR:  Yes.

DR. LEWIS:  Thank you.

I will  move on to David Soergel.

DR. SOERGEL:  Thanks.  David Soergel.  I have a question for Dr. Ayache about Study 610. And specifically I'm curious about the baseline characteristics in that study that may have contributed to some of the findings that were shown, and that might also be a question for the sponsor.

DR. FARRELL:  Dr. Ayache?

What slide, Doctor, would you like to see up for 610, or would you rather hear from the sponsor?

specifically.

DR. LITTLE:  Yes.  Dustin Little.

The hazard ratio point estimate is estimated to be 1.67 on our analysis using the study-specific stratification factors with the lower bound of 1.12.

May I have a moment to show some information on dosing?  Just briefly, we talked about how there were some differences between Study 613 and the other trials, and one of the differences was that higher starting doses of roxadustat were used in Study 613.

Just on the left, we have a few metrics suggesting that starting doses may have been too high, and we note that in the DD pool -- that's the three studies -- dose reduction, dose holds, hemoglobin overshoots, and rapid rates of hemoglobin rise were more common for roxadustat versus epoetin alfa, but that was particularly more common in Study 613.  This is one of the design differences in Study 613, which --

DR. PACKER:  I really appreciate that.

Thank you very much.

Are you implying that there is a dose-dependent increase in mortality with roxadustat?  I think you just said that, right?

DR. EISNER:  Dr. Little, would you like to address the question?

DR. PACKER:  You said that you used higher doses and you got a hazard ratio of 1.54.  You used lower doses; you got a hazard ratio of -- well, it sort of depends on which one you look at it.

Is that what you're telling us?  I think that what you just said.

DR. LITTLE:  Dr. Packer, when we look at our data to investigate for dose-dependence regarding all-cause mortality in MACE, we don't find it to be particularly conclusive.  So our mitigation strategy regarding our dosing really is aimed at thrombosis.

I think some people would consider that the mitigations that have been undertaken with ESA, and we're undertaking similar mitigations with roxadustat, have been aimed at reducing

cardiovascular risk.  But the most clear evidence that we can provide is that we accept our dosing changes to mitigate risk of thrombosis.

We do consider that, overall, when we look at our data versus ESA in the dialysis population, including when we pooled Study 613 with the other studies, that we don't see evidence of increased cardiovascular risk with roxadustat versus ESA.

DR. LEWIS:  Thank you, Dr. Packer, and thank you, Dr. Little.

Can we go on to the compliance data?

DR. EISNER:  Yes, I'd be happy to show you that.

DR. LEWIS:  Also, Dr. Eisner, if you have how often there were dose adjustments made in the roxadustat group, I would like to see that data as well.  And we have two more questions, maybe three now, so we'll move quickly to direct answers specifically.

DR. EISNER:  Okay.  I'll ask Dr. Szczech to address your question about compliance.

Dr. Szczech?

guarantees that the associations that we see are either random or they're causal because we have removed confounding.

Now, the analyses that we've seen today, most of them, which are based upon these ascertainment windows are not based on ITT, therefore there's no causal basis for doing those analyses, and in my opinion, those analyses are hopefully confounded, and I will ignore them.

So the only analysis that I pay attention to are those which are based upon the full study period, and I would hope that my fellow panel members will seriously discount any of those based on the ascertainment window, especially the 7-day window.

In fact, I would argue I've looked at this question before, and Dave DeMets and I wrote an article in 2019 in JAMA, which we explicitly addressed some of these concerns.  And in the data that I've looked at, it's very easy to have a 50 percent or more difference in apparent risk when one does this kind of arbitrary censoring based

upon time on treatment.

I mean, in fact, it's the tail wagging the dog because the reason that people don't continue treatment is usually related to their clinical status, and if their health is failing and they become at high risk for mortality, then they're likely to discontinue treatment. And therefore, these kinds of analyses are just fundamentally broken, and I will pay no attention to them. Thank you.

DR. LEWIS: But the analyses that showed safety signals that were the ITT analysis, you would put weight or at least --

DR. COOK: I would, yes.

DR. LEWIS: -- consider.

DR. COOK: Yes, I would.

DR. LEWIS: Thank you, Dr. Cook.

I believe Dr. Packer is next.

DR. PACKER: I just wanted to ask Dr. Cook a question. The concept of intention to treat in any trial is that you start out with some assurance of balanced populations at the start of the study

FDA CRDAC                    July 15 2021                      279

because of randomization, and then you follow all patients for the planned duration of therapy and count all events, whether people stay on treatment or not.

When you do that, that's a true ITT analysis, and what we're seeing today doesn't approximate that standard, either the on-treatment, the on-treatment plus 7 days, or the on-treatment plus 28 days.  None of those approximate a true ITT analysis.

So if you wanted to really adhere to ITT, you would discount everything we've looked at today in the NDD population.  Now, the DD population is a little bit different because the retention rates in the two groups are actually similar or even favor epo.

Dr. Cook, do you really think that on-treatment here represents an intention-to-treat population?  I don't think so.

DR. COOK:  No, I agree a hundred percent. This is Tom Cook.  I agree a hundred percent.

DR. PACKER:  Yes.