# EXHIBIT 20

Exhibit
0071
6/8/2023
Zurek

# COWEN

**EQUITY RESEARCH**

July 15, 2021

■ Health Care

**Yaron Werber, M.D.**
646 562 1415
yaron.werber@cowen.com

**Steve Scala, R.Ph., CFA**
617 946 3923
steve.scala@cowen.com

**Brendan Smith, Ph.D.**
646 562 1417
brendan.smith@cowen.com

**QUICK TAKE: INDUSTRY UPDATE**

## ADCOM REJECTS ROXA IN BOTH CKD ANEMIA SEGMENTS – WORST CASE OUTCOME

### THE COWEN INSIGHT

FDA's CV/renal AdCom voted 1-13 against approving roxadustat to treat CKD anemia in NDD patients and 2-12 against approval in DD. Discussion focused on the significant safety concerns in both patient populations. The panel was constructive on FGEN's proposed risk mitigation strategy with lower dose titration but felt the study should be conducted prior to approval to assess safety/efficacy.

**Our Take: Near Unanimous Votes Against Roxadustat Driven Primarily By Significant Safety Concerns**

We are surprised the committee voted against approval in both the non-dialysis-dependent (NDD) and dialysis-dependent (DD) segments, though the panel's discussion of roxadustat's safety profile relative to ESAs raised several key points that we think support the decision.

The panel focused on multiple safety signals across both segments that suggest patients on roxadustat have increased risk of seizures, sepsis, and thromboembolic events relative to ESAs or placebo (see our note on the briefing documents here and from our KOL webinar here). We also note that despite multiple previous assertions from FibroGen (FGEN, Werber, Market Perform, $24.84) that an upper-bound hazard ratio (HR) limit of 1.3 would be approvable, the committee confirmed that FDA had not agreed to this and in fact preferred 1.25 as an upper-bound. Panelists also emphasized concerns about the higher incidence of all-cause mortality in DD patients and noted the lack of quality of life measures across both populations as further reason to vote against approval.

The committee seemed generally supportive of FibroGen's suggested risk mitigation strategy that would explore a lower starting dose titration scheme in an attempt to mitigate safety concerns, but ultimately believes the study should be done prior to approval to assess the impact this new scheme would have on roxadustat's safety profile.

In our view, today's vote removes much of the near-term incentive to own FGEN. Given concerns about roxadustat's safety profile, we also have reservations about the outlook in MDS and CIA especially given concerns about thrombosis. We believe this removes a much-needed catalyst for FGEN and without much reason to be constructive over the near term, we expect FGEN will continue to be under pressure.

**Despite Unmet Need In NDD, Committee Unconvinced By Risk Mitigation Strategy**

FibroGen suggested an extensive post-marketing study that would explore a lower starting dose titration scheme beginning at 40 mg/dose and limiting non-responders to three consecutive dose escalations. The company argued that this should slow the increases in hemoglobin (Hb) which FibroGen believes is ultimately responsible for the adverse events that arose.

FibroGen suggested that Ph2 data, with a lower starting dose that resulted in a more gradual increase in Hb, supports this notion. The committee was generally constructive on the proposed strategy, but noted that until such a study was conducted, there was too little evidence to evaluate the actual safety benefit such an approach would have. After voting against approval in NDD, multiple committee members voiced their support for conducting such a study prior to approval in order to better understand how this would affect roxadustat's safety profile.

We also note that the one committee member who voted to approve roxadustat in NDD suggested a REMS program could help mitigate concerns, which we believe would be a major commercial headwind that would significantly curtail uptake even if the drug is approved.

Please see pages 3 to 6 of this report for important disclosures.

**COWEN** COM

Zurek00000070



Phase 3 Dosing Vs Proposed Dosing



Source: FibroGen

### Imbalance In All-Cause Mortality A Key Concern Driving Committee To Vote Against Approval In DD

The committee voted 2-12 against approval of roxadustat in the dialysis-dependent (DD) population. The main concern was for safety particularly MACE and all-cause mortality (ACM) as the FDA's sensitivity analysis showed the safety risk did not favor roxadustat for either when compared with ESAs.

The two members in favor of approval thought that a detailed label highlighting all of the safety concerns could be sufficient to account for the increased risk if Fibrogen and AstraZeneca (AZN, Scala, Outperform, $56.96) would commit to the suggested post-marketing studies, though other members remained unconvinced about the impact on ACM. Multiple committee members also raised concerns about the insufficient data in African American patients, noting the well-known clinical differences in these patients that they feel have not been adequately addressed by the current data package.

### Committee Suggested Further Investigation In ESA Hyporesponders Given High Unmet Need

Several committee members expressed interest in a trial evaluating roxadustat in ESA-resistant patients within the greater DD population. Such a trial would test lower starting doses which could differentiate roxadustat on efficacy versus EPO and potentially improve the safety profile. The committee noted that specifically defining an ESA-resistant population is difficult and could make trial design complicated, but nevertheless sees a significant opportunity for roxadustat in this segment if the companies proceed with another clinical study.

Zurek00000070

COWEN
EQUITY RESEARCH

July 15, 2021

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| AZN | AstraZeneca PLC |
| FGEN | Fibrogen |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of AstraZeneca PLC and Fibrogen securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be d fficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may d ffer from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at July 15, 2021, 21:18 ET. and disseminated at July 15, 2021, 21:18 ET.

Zurek00000070



**COWEN**
EQUITY RESEARCH                                    July 15, 2021

**Copyright, User Agreement and other general information related to this report**

© 2021 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

Cowen and Company, LLC. **New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1)**: The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2)**: The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3)**: Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption**: The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

Distribution of Ratings/Investment Banking Services (IB) as of 06/30/21

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 579 | 69.84% | 185 | 31.95% |
| Hold (b) | 241 | 29.07% | 20 | 8.30% |
| Sell (c) | 9 | 1.09% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



**AstraZeneca PLC Rating History as of 07/14/2021**
powered by: BlueMatrix

Zurek00000070

COWEN
EQUITY RESEARCH

July 15, 2021



Fibrogen Rating History as of 07/14/2021
powered by: BlueMatrix

**Legend for Price Chart:**
I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

Zurek00000070

## POINTS OF CONTACT

### Reaching Cowen

#### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

#### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500

  COWENRESEARC     COWEN    - COWEN NC

Zurek00000070