# EXHIBIT 21

**⊠ H.C.WAINWRIGHT&CO.**

Company Update

Healthcare

**July 16, 2021**

**FibroGen, Inc. (FGEN)**
**Rating: Neutral**

Edwin Zhang, Ph.D.
212-856-5705
ezhang@hcwresearch.com

## Roxa Adcom Overwhelmingly Negative; US Approval Unlikely, In Our View

| Stock Data | 07/15/2021 |
|---|---|
| Price | $24.84 |
| Exchange | NASDAQ |
| Price Target | NA |
| 52-Week High | $57.21 |
| 52-Week Low | $18.12 |
| Enterprise Value (M) | $1,563 |
| Market Cap (M) | $2,288 |
| Shares Outstanding (M) | 92.1 |
| 3 Month Avg Volume | 1,044,024 |
| Short Interest (M) | 7.65 |
| **Balance Sheet Metrics** | |
| Cash (M) | $725.0 |
| Total Debt (M) | $0.0 |
| Total Cash/Share | $7.87 |

| EPS ($) Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2019A | 2020A | 2021E |
| 1Q | (0.53) | (0.89) | (0.78)A |
| 2Q | 1.26 | (0.95) | (0.73) |
| 3Q | (0.57) | 0.35 | (0.11) |
| 4Q | (1.12) | (0.64) | 0.40 |
| FY | (0.89) | (2.11) | (1.22) |



**The Adcom delivers a strong "No" to roxa.** Yesterday, the Committee delivered an overwhelmingly one-sided vote, with "13 NO vs. 1 YES" for roxa approval in NDD and "12 NO vs. 2 YES" in DD. The Panel raised serious safety concerns on roxadustat in MACE, all-cause death, thrombosis, and seizures, among other safety signals. For NDD, due to the large discrepancy in the discontinuation rate between the roxa and placebo arm, the safety Meta-analysis results could not convince the Panel. Members were confused with the inconsistency of data interpretations from the "On Treatment" or "On Study" analysis based on the "event ascertainment window". In general, risks of myocardial infarction, stroke and systemic hypertension, as long as serious and fatal infections are higher in roxa than placebo in NDD population. In DD, thrombosis, seizures and vascular access thrombosis (critical for dialysis patients) are prominent for roxa treatment, and these risks are higher in roxa group compared to EPO, which already has a safety warning for thrombosis.

**Roxa seems unlikely to be approved by FDA in either NDD or DD.** For roxa, as described above, safety is the most important and thorniest issue for the Panel and regulators. Efficacy-wise, the FDA and the Adcom recognized the value of roxa in anemia correction. However, there is still a major efficacy problem of hemoglobin overcorrection or overshoot. This is particularly concerning for NDD patients with limited or no Hb monitoring. In addition, some experts also questioned why there is a lack of evidence of improvement in quality of life, which is generally associated with improved Hb level. As the Adcom strongly voted against roxa, we believe the FDA will most likely follow the Committee's recommendation, mainly for two reasons. First, FDA's briefing document and the agency's presentation are clearly not in favor of roxa. In other words, the FDA's position is more in line with the Adcom negative results. Second, the recent saga of Aducanumab Adcom makes the FDA less likely to repeat such controversy by a reversal of another consensus opinion from the roxa Adcom. In light of the clear Adcom outcome, we expect the FDA to issue its regulatory decision fairly soon.

**Any chance for ESA hyporesponders?** Several panelists mentioned the potential benefits of roxa in the treatment of ESA hyporesponders and recommended the FDA consider roxa for this unmet medical need. However, to our knowledge, there is no feasible or viable pathway for a potential approval only targeting ESA hyporesponders, given: 1) Adcom voting question is for the general DD population ("NO"). ESA hyporesponsiveness could hardly be a stand-alone indication in the label; 2) There is no widely accepted definition of hyporesponders. Identification of this patient subgroup can be problematic; 3) The risk-benefit profile is not clear-cut, based on current data.

**What's next for Fibrogen?** We anticipate the shares will fall sharply today, as roxa in CKD anemia is the major source of FGEN's valuation. As EU approval is pending, we think the final FDA decision could eventually impact roxa sales to some extent in China and Japan. Roxa is also being tested in cancer-induced anemia, with Ph2 readout in 2H21. We remain hopeful about Pamrevlumab in IPF, but the Ph3 data are two years away. Near term, Fibrogen may need to make efforts to restore public trust and investor confidence. As of 1Q21, FibroGen had $682.6 million in cash.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 3 - 4 of this report.

Zurek00000077

FibroGen, Inc.                                                                                                                    July 16, 2021

**Valuation.** We maintain our Neutral rating on Fibrogen, with no price target.

**Investment risks.** Risk factors to investment include but are not limited to regulatory decisions, commercial performance of marketed products, potentials for clinical trial failures, requirements for additional financing, intellectual property protection,legal liabilities, reliance on third parties, healthcare policy changes, and macroeconomic factors.

Zurek00000077

FibroGen, Inc.                                                                                                July 16, 2021

**Important Disclaimers**

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**
**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of July 15, 2021 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 501 | 90.11% | 198 | 39.52% |
| Neutral | 50 | 8.99% | 16 | 32.00% |
| Sell | 1 | 0.18% | 0 | 0.00% |
| Under Review | 4 | 0.72% | 1 | 25.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Edwin Zhang, Ph.D. , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of FibroGen, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of June 30, 2021 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of FibroGen, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

Zurek00000077

FibroGen, Inc.                                                                                                July 16, 2021

The Firm or its affiliates did not receive compensation from FibroGen, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in FibroGen, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.

Zurek00000077