# EXHIBIT 23

**Goldman Sachs | Equity Research**

16 July 2021 | 6:08AM EDT

Neutral

# FibroGen Inc. (FGEN)

## Advisory Committee votes against roxadustat approval; lower PT to $24

| FGEN | 12m Price Target: $24.00 | Price: $24.84 | Downside: 3.4% |

**Paul Choi**
+1(212)902-5217 | paul.k.choi@gs.com
Goldman Sachs & Co. LLC

**Aliza Seidenfeld**
+1(212)357-9501 | aliza.seidenfeld@gs.com
Goldman Sachs & Co. LLC

**Corinne Jenkins**
+1(917)343-1445 | corinne.jenkins@gs.com
Goldman Sachs & Co. LLC

**Charlie Ferranti, Ph.D.**
+1(212)902-3669 | charlie.ferranti@gs.com
Goldman Sachs & Co. LLC

**Path forward for roxadustat will require additional studies in the NDD (non-dialysis dependent) population and likely also in DD (dialysis dependent).** While our review of the FDA's briefing documents clearly indicated that roxadustat faced challenges to secure approval from the advisory committee reviewing the NDA filing (link), we nevertheless anticipate downward pressure on FGEN shares in spite of lowered investor expectations following the 1-13 vote against its approval in NDD patients and 2-12 vote against approval in DD patients, primarily due to safety concerns. Based on the issues raised by the committee members, we believe that FGEN and partner AZN (covered by Keyur Parekh) will have to conduct further study in NDD patients to better characterize roxa's CV risk profile due to the challenges in interpreting its impact on MACE based on the pivotal studies. In DD, roxa's potential role in ESA hyporesponders was highlighted as an unmet need, which we believe has now emerged as FGEN's best chance for an approval with a narrow label though this could also potentially require further study, in our view. In this context, we materially lower our assumed PoS for roxa in both NDD and DD as well as push out a potential launch in the US (see below for details). While investor debate could pivot to whether FGEN has become a potential M&A target given the setback with AdCom and roxa's potential value, we think this is unlikely over the near term given its current multiple commercial partners (and reflected in our M&A rank of 3). Given the outcome of the AdCom, we lower our 12-month price target to $24 from $28 prior but maintain our Neutral rating.

## AdCom takeaways and model changes

**FGEN proposed modifying the treatment algorithm and a**

### Key Data

Market cap: $2.3bn
Enterprise value: $1.9bn
3m ADTV: $23.3mn
United States
Americas SMID Biotechnology
M&A Rank: 3

### GS Forecast

| | 12/20 | 12/21E | 12/22E | 12/23E |
|---|---|---|---|---|
| Revenue ($ mn) New | 179.8 | 337.1 | 369.6 | 493.9 |
| Revenue ($ mn) Old | 179.8 | 374.6 | 392.6 | 547.6 |
| EBITDA ($ mn) | (164.3) | (179.8) | (187.1) | (87.1) |
| EBIT ($ mn) | (186.3) | (189.6) | (192.5) | (89.6) |
| EPS ($) New | (2.05) | (1.99) | (1.95) | (0.88) |
| EPS ($) Old | (2.05) | (1.64) | (1.77) | (0.37) |
| P/E (X) | NM | NM | NM | NM |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/EBITDA (X) | – | – | – | – |

| | 3/21 | 6/21E | 9/21E | 12/21E |
|---|---|---|---|---|
| EPS ($) | (0.78) | (0.02) | (0.43) | (0.75) |

### GS Factor Profile



FGEN relative to Americas Coverage
FGEN relative to Americas SMID Biotechnology

Source: Company data, Goldman Sachs Research estimates.
See disclosures for details.

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

mtung@Fibrogen.com Michael Tung 07/16/21 03:23:17 PM Fibrogen

**Goldman Sachs**
FibroGen Inc. (FGEN)

## FibroGen Inc. (FGEN)

Neutral — Rating since Jul 21, 2017

### Ratios & Valuation

| | 12/20 | 12/21E | 12/22E | 12/23E |
|---|---|---|---|---|
| P/E (X) | NM | NM | NM | NM |
| EV/EBITDA (X) | NM | NM | NM | NM |
| EV/sales (X) | 16.3 | 5.8 | 5.7 | 4.4 |
| FCF yield (%) | 2.1 | (11.0) | (4.6) | 0.5 |
| EV/DACF (X) | NM | NM | NM | NM |
| CROCI (%) | (119.4) | (118.6) | (70.3) | (12.7) |
| ROE (%) | (37.6) | (47.5) | (66.5) | (40.5) |
| Net debt/EBITDA (X) | – | – | – | – |
| Net debt/equity (%) | (155.5) | (100.7) | (104.7) | (119.9) |
| Interest cover (X) | (77.6) | (378.5) | (96.0) | (44.7) |
| Inventory days | 625.9 | 346.2 | 188.7 | 194.4 |
| Receivable days | 71.4 | 61.8 | 71.8 | 48.9 |
| Days payable outstanding | 825.3 | 604.5 | 346.3 | 544.4 |

### Growth & Margins (%)

| | 12/20 | 12/21E | 12/22E | 12/23E |
|---|---|---|---|---|
| Total revenue growth | (29.9) | 87.4 | 9.6 | 33.6 |
| EBITDA growth | (110.2) | (9.5) | (4.1) | 53.4 |
| EPS growth | (131.3) | 3.1 | 2.3 | 54.7 |
| DPS growth | NM | NM | NM | NM |
| Gross margin | 96.2 | 94.9 | 91.7 | 94.2 |
| EBIT margin | (103.6) | (56.3) | (52.1) | (18.1) |

### Price Performance

FGEN ($) — Russell 2000 Index

| | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | 28.7% | (42.5)% | (45.4)% |
| Rel. to the Russell 2000 Index | 32.6% | (44.3)% | (63.2)% |

*Source: FactSet. Price as of 15 Jul 2021 close.*

### Income Statement ($ mn)

| | 12/20 | 12/21E | 12/22E | 12/23E |
|---|---|---|---|---|
| Total revenue | 179.8 | 337.1 | 369.6 | 493.9 |
| Cost of goods sold | (6.8) | (17.2) | (30.7) | (28.6) |
| SG&A | (106.4) | (163.0) | (181.1) | (195.5) |
| R&D | (252.9) | (312.6) | (280.3) | (262.4) |
| Other operating inc./(exp.) | – | – | – | – |
| **EBITDA** | **(164.3)** | **(179.8)** | **(187.1)** | **(87.1)** |
| Depreciation & amortization | (22.0) | (9.8) | (5.3) | (2.5) |
| **EBIT** | **(186.3)** | **(189.6)** | **(192.5)** | **(89.6)** |
| Net interest inc./(exp.) | 3.1 | 5.9 | 8.7 | 4.6 |
| Income/(loss) from associates | – | – | – | – |
| **Pre-tax profit** | **(183.2)** | **(184.1)** | **(183.7)** | **(85.0)** |
| Provision for taxes | (0.4) | (0.4) | 0.0 | 0.0 |
| Minority interest | – | – | – | – |
| Preferred dividends | – | – | – | – |
| **Net inc. (pre-exceptionals)** | **(183.5)** | **(184.1)** | **(183.7)** | **(85.0)** |
| **Net inc. (post-exceptionals)** | **(183.5)** | **(184.1)** | **(183.7)** | **(85.0)** |
| **EPS (basic, pre-except) ($)** | **(2.05)** | **(1.99)** | **(1.95)** | **(0.88)** |
| **EPS (diluted, pre-except) ($)** | **(2.05)** | **(1.99)** | **(1.95)** | **(0.88)** |
| **EPS (ex-ESO exp., dil.) ($)** | -- | -- | -- | -- |
| DPS ($) | – | – | – | – |
| Div. payout ratio (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| Wtd avg shares out. (basic) (mn) | 89.3 | 92.4 | 94.4 | 96.4 |
| Wtd avg shares out. (diluted) (mn) | 89.3 | 92.4 | 94.4 | 96.4 |

### Balance Sheet ($ mn)

| | 12/20 | 12/21E | 12/22E | 12/23E |
|---|---|---|---|---|
| Cash & cash equivalents | 666.5 | 336.1 | 228.9 | 241.3 |
| Accounts receivable | 41.9 | 72.2 | 73.1 | 59.3 |
| Inventory | 16.5 | 16.1 | 15.7 | 14.8 |
| Other current assets | 10.2 | 64.2 | 62.7 | 98.8 |
| **Total current assets** | **755.1** | **488.6** | **380.4** | **414.1** |
| Net PP&E | 33.6 | 27.9 | 24.6 | 24.2 |
| Net intangibles | – | – | – | – |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 38.1 | 134.7 | 134.7 | 134.7 |
| **Total assets** | **826.8** | **651.2** | **539.7** | **573.0** |
| | | | | |
| Accounts payable | 24.8 | 32.1 | 26.1 | 59.3 |
| Short-term debt | – | – | – | – |
| Current lease liabilities | 0.0 | 0.0 | 0.0 | – |
| Other current liabilities | 138.4 | 55.3 | 65.0 | 82.5 |
| **Total current liabilities** | **163.2** | **87.4** | **91.1** | **141.7** |
| | | | | |
| Long-term debt | 0.0 | 0.0 | 0.0 | – |
| Non-current lease liabilities | 0.0 | 0.0 | 0.0 | – |
| Other long-term liabilities | 222.2 | 230.0 | 230.0 | 230.0 |
| **Total long-term liabilities** | **222.2** | **230.0** | **230.0** | **230.0** |
| **Total liabilities** | **385.4** | **317.4** | **321.1** | **371.7** |
| Preferred shares | – | – | – | – |
| **Total common equity** | **441.4** | **333.8** | **218.6** | **201.2** |
| Minority interest | – | – | – | – |
| **Total liabilities & equity** | **826.8** | **651.2** | **539.7** | **573.0** |
| BVPS ($) | 4.94 | 3.61 | 2.31 | 2.09 |

### Cash Flow ($ mn)

| | 12/20 | 12/21E | 12/22E | 12/23E |
|---|---|---|---|---|
| Net income | (189.3) | (184.1) | (183.7) | (85.0) |
| D&A add-back | 22.0 | 9.8 | 5.3 | 2.5 |
| Minority interest add-back | – | – | – | – |
| Net (inc)/dec working capital | 174.6 | (153.0) | 4.7 | 29.2 |
| Others | 74.2 | 75.6 | 68.5 | 67.6 |
| **Cash flow from operations** | **81.6** | **(251.6)** | **(105.2)** | **14.3** |
| Capital expenditures | (4.0) | (2.0) | (2.0) | (2.0) |
| Acquisitions | – | – | – | – |
| Divestitures | – | – | – | – |
| Others | 57.1 | (93.6) | – | – |
| **Cash flow from investing** | **53.1** | **(95.6)** | **(2.0)** | **(2.0)** |
| Dividends paid | – | – | – | – |
| Share issuance/(repurchase) | 37.8 | 6.1 | – | – |
| Inc/(dec) in debt | – | – | – | – |
| Others | (19.8) | (9.3) | – | – |
| **Cash flow from financing** | **18.0** | **(3.2)** | **0.0** | **0.0** |
| **Total cash flow** | **152.8** | **(350.4)** | **(107.2)** | **12.3** |
| Free cash flow | 77.6 | (253.6) | (107.2) | 12.3 |
| Free cash flow per share (basic) ($) | 0.87 | (2.74) | (1.13) | 0.13 |

*Source: Company data, Goldman Sachs Research estimates.*

16 July 2021

mtung@Fibrogen.com Michael Tung 07/16/21 03:23:17 PM Fibrogen

Zurek00000076

**post-market study to address safety concerns, but committee members expressed reservations.** Per the briefing documents and in front of the advisory committee, FGEN suggested dosing changes to address the risk of thrombotic events, such as titrating up from a lower starting dose and Hb of 10-11 g/dL. Additionally, to assess the efficacy of its risk mitigation strategy, the company also proposed a post-marketing study to assess real-world evidence of its risk minimization measures.

Despite FGEN's proposals, committee members were concerned with the safety signals and unsure if the risk mitigation strategy would be effective or if the post-marketing observational study would answer the relevant question in NDD patients. Multiple members stated that they would want to see the mitigation strategy tested prior to marketability. Furthermore, the data were hard to interpret for many members (per the committee) given the differential drop out rates between the study arms and times of analysis (OT+7, on-study). In our view, a dedicated, prospective cardiovascular outcomes study could be required to elucidate this question and support a filing for NDD patients.

In regard to the DD population, the panel found the data easier to interpret and did not have the same dropout delta as was observed in the NDD population. However, committee members still expressed concern about mortality rates and safety risk. Multiple members suggested that a trial evaluating roxa in ESA resistant patients could be very valuable, which in our view now represents the best potential opportunity in the near term. While committee members acknowledged the convenience of an oral therapy, they concluded that the safety concerns outweighed the benefit of ease of use.

**Too undervalued for strategic acquirers to ignore?** Although FGEN shares could potentially trade below our estimated intrinsic value for some time, we think that further clarity on roxa's path forward onto the US market is needed before it could become a viable acquisition target. With the launch underway in Asia and potentially in the EU later this year, we think that a potential suitor would want roxa's safety profile to be elucidated in order to better inform its potential launch trajectory in the US. And while evidence supporting an acceptable CV risk profile could reshape roxa's peak sales potential, we note that FGEN's commercial partnerships with both AZN and Astellas in non-US geographies could likely complicate any potential acquisition.

**Model changes**: In light of the AdCom vote and commentary, we lower our assumed probability of success in the NDD population in the US to 10% (from 35% prior) and push out the launch timing to 2027 (from 2022 prior) assuming additional studies will be required. In the DD population, we lower our assumed PoS to 20% (from 50% prior) for the US as we see a modest chance in patients who are not responsive to ESA though with the caveat that further studies may also be required here to support an approval. We also lower estimated milestones payments to FGEN to reflect the changes in our assumed PoS in the US.

Withe regard to opex, we increase our estimated R&D expense in the intermediate-long term for roxa to reflect need studies to evaluate roxa's CV risk profile, offset by reimbursement from its partner. Our estimates for FGEN's other pipeline costs for pamrevlumab remain unchanged.

mtung@Fibrogen.com Michael Tung 07/16/21 03:23:17 PM Fibrogen

Zurek00000076

**Exhibit 1: FGEN: 2021 estimate revisions**

| $ in thousands except per share item s | Prior | Current | Chg. $ | Chg. % |
|---|---|---|---|---|
| Product revenue | 153,107 | 153,107 | -- | -- |
| License and milestone revenue | 147,000 | 109,500 | (37,500) | (25.5%) |
| Collaboration services and other revenue | 74,500 | 74,500 | -- | -- |
| **Revenue** | **374,607** | **337,107** | **(37,500)** | **(10.0%)** |
| Cost of goods sold | (17,178) | (17,178) | -- | -- |
| **Gross profit** | **357,429** | **319,929** | **(37,500)** | **(10.5%)** |
| R&D | (312,601) | (312,601) | -- | -- |
| SG&A | (167,556) | (162,976) | 4,580 | (2.7%) |
| Total operating expenses | (531,331) | (526,751) | 4,580 | (0.9%) |
| **Operating income (loss)** | **(156,724)** | **(189,644)** | **(32,920)** | **21.0%** |
| Interest & other, net | 5,948 | 5,948 | -- | -- |
| **Pre-tax income (loss)** | **(150,776)** | **(183,696)** | **(32,920)** | **21.8%** |
| Income taxes | (374) | (374) | -- | -- |
| **Net income (loss)** | **(151,150)** | **(184,070)** | **(32,920)** | **21.8%** |
| | | | | |
| GAAP EPS - basic | (1.64) | (1.99) | (0.36) | 21.8% |
| **GAAP EPS - diluted** | **(1.64)** | **(1.99)** | **(0.36)** | **21.8%** |
| | | | | |
| Shares outstanding - basic | 92,441 | 92,441 | -- | -- |
| Shares outstanding - diluted | 92,441 | 92,441 | -- | -- |

| Margin Analysis | Prior | Current | Chg. $ | Chg. (bps) |
|---|---|---|---|---|
| **Gross Margin** | **95.4%** | **94.9%** | **na** | **(51)** |
| R&D | 83.4% | 92.7% | na | 928 |
| SG&A | 44.7% | 48.3% | na | 362 |
| **Operating Margin** | **(41.8%)** | **(56.3%)** | **na** | **(1,442)** |
| Pre-Tax Margin | (40.2%) | (54.5%) | na | (1,424) |
| Tax Rate | (0.2%) | (0.2%) | na | 4 |
| **Net Margin** | **(40.3%)** | **(54.6%)** | **na** | **(1,425)** |

Source: Company data, Goldman Sachs Global Investment Research

**Exhibit 2: FGEN: 2022 estimate revisions**

| $ in thousands except per share item s | Prior | Current | Chg. $ | Chg. % |
|---|---|---|---|---|
| Product revenue | 330,115 | 307,062 | (23,053) | (7.0%) |
| License and milestone revenue | -- | -- | -- | NM |
| Collaboration services and other revenue | 62,500 | 62,500 | -- | -- |
| **Revenue** | **392,615** | **369,562** | **(23,053)** | **(5.9%)** |
| Cost of goods sold | (31,749) | (30,686) | 1,063 | (3.3%) |
| **Gross profit** | **360,866** | **338,876** | **(21,990)** | **(6.1%)** |
| R&D | (280,270) | (280,270) | -- | -- |
| SG&A | (184,312) | (181,062) | 3,249 | (1.8%) |
| Total operating expenses | (566,350) | (562,037) | 4,312 | (0.8%) |
| **Operating income (loss)** | **(173,734)** | **(192,475)** | **(18,741)** | **10.8%** |
| Interest & other, net | 6,491 | 8,748 | 2,257 | 34.8% |
| **Pre-tax income (loss)** | **(167,244)** | **(183,727)** | **(16,484)** | **9.9%** |
| Income taxes | -- | -- | -- | NM |
| **Net income (loss)** | **(167,244)** | **(183,727)** | **(16,484)** | **9.9%** |
| | | | | |
| GAAP EPS - basic | (1.77) | (1.95) | (0.17) | 9.9% |
| **GAAP EPS - diluted** | **(1.77)** | **(1.95)** | **(0.17)** | **9.9%** |
| | | | | |
| Shares outstanding - basic | 94,441 | 94,441 | -- | -- |
| Shares outstanding - diluted | 94,441 | 94,441 | -- | -- |

| Margin Analysis | Prior | Current | Chg. $ | Chg. (bps) |
|---|---|---|---|---|
| **Gross Margin** | **91.9%** | **91.7%** | **na** | **(22)** |
| R&D | 71.4% | 75.8% | na | 445 |
| SG&A | 46.9% | 49.0% | na | 205 |
| **Operating Margin** | **(44.3%)** | **(52.1%)** | **na** | **(783)** |
| Pre-Tax Margin | (42.6%) | (49.7%) | na | (712) |
| Tax Rate | 0.0% | -- | na | -- |
| **Net Margin** | **(42.6%)** | **(49.7%)** | **na** | **(712)** |

Source: Company data, Goldman Sachs Global Investment Research

**Valuation**: Our valuation reflects the changes to our roxa estimates and cost assumptions given its diminished outlook in the US following the advisory committee meeting to review the NDA filing. Our new 12-month price target of $24 (down from $28 prior) is based on a DCF with an unchanged 13% discount rate and 2% terminal growth rate.

**Key risks**: upside and downside risks include regulatory decisions on roxadustat, pipeline success/failure with pamrevlumab, and potential M&A.

mtung@Fibrogen.com Michael Tung 07/16/21 03:23:17 PM Fibrogen

Zurek00000076

# Disclosure Appendix

## Reg AC

We, Paul Choi, Aliza Seidenfeld, Corinne Jenkins and Charlie Ferranti, Ph.D., hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation w    as, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment R  esearch division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Gro  wth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for eac h stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of eac  h metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Gro wth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis f  or all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition t  arget, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our st  andard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and theref    ore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

**The rating(s) for FibroGen Inc. is/are relative to the other companies in its/their coverage universe:**  Acceleron Pharma Inc., Allakos Inc., Amarin Corp., Axcella Health Inc., Biohaven Pharmaceutical, BridgeBio Pharma, Clovis Oncology Inc., Esperion Therapeutics Inc., FibroGen Inc., Foghorn Therapeutics, Frequency Therapeutics, Global Blood Therapeutics Inc., HUTCHMED, Kiniksa Pharmaceuticals, Kinnate Biopharma Inc., Magenta Therapeutics Inc., Myovant Sciences Ltd., NGM Biopharmaceuticals, Odonate Therapeutics Inc., PMV Pharmaceuticals Inc., Phathom Pharmaceuticals, Puma Biotechnology Inc., Radius Health Inc., Repare Therapeutics, Silverback Therapeutics Inc., SpringWorks Therapeutics Inc., Turning Point Therapeutics Inc., Urogen Pharma, Vir Biotechnology

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 1% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the month end preceding this report: FibroGen Inc. ($24.84)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: FibroGen Inc. ($24.84)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: FibroGen Inc. ($24.84)

Goldman Sachs makes a market in the securities or derivatives thereof: FibroGen Inc. ($24.84)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 52% | 34% | 14% | 64% | 56% | 47% |

As of July 1, 2021, Goldman Sachs Global Investment Research had investment ratings on 3,011 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell f or the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage universe and related definitions' below . The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has pro  vided investment banking services within the previous twelve months.

mtung@Fibrogen.com Michael Tung 07/16/21 03:23:17 PM Fibrogen

Zurek00000076

## Price target and rating history chart(s)



## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs trades or ma y trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of co verage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sac hs website at https://www.gs.com/research/hedge.html .

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by Goldman Sac hs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visits and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs of suc h site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and reasonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial product advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or needs. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, financial sit uation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side R esearch Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html . **Brazil:** Disclosure information in relation to CVM Resolution n. 20 is available at https://www.gs.com/worldwide/brazil/area/gir/index.html . Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 20 of CVM Resolution n. 20, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sac hs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clause 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report. **Japan:** See below. **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Services and Capit al Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research ma y be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to it, is intended f or "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain Goldman Sac hs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html . **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analy sis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activit y. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. Goldman Sac hs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report. **Singapore:** Goldman

mtung@Fibrogen.com Michael Tung 07/16/21 03:23:17 PM Fibrogen

Zurek00000076

Sachs (Singapore) Pte. (Company Number: 198602165W), which is regulated by the Monetary Authority of Singapore, accepts legal responsibility for this research, and should be contacted with respect to any matters arising from, or in connection with, this research. **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs researc h on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A cop y of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union and United Kingdom:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council (including as that Delegated Regulation is implemented into United Kingdom domestic law and regulation following the United Kingdom's departure from the European Union and the European Economic Area) with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at https://www.gs.com/disclosures/europeanpolicy.html  which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption t ax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage universe and related definitions

**Buy (B), Neutral (N), Sell (S) -** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Bu y or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations f ocused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of co verage. The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential** represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all cov ered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html  .

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis f or determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous in vestment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 0 06 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Public Communication Channel Goldman Sachs Brazil: 080 0 727 5764 and / or contatogoldmanbrasil@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Canal de Comunicação com o Público Goldman Sachs Brasil: 0800 727 5764 e/ou contatogoldmanbrasil@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branc h; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Compan y Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom.

Effective from the date of the United Kingdom's departure from the European Union and the European Economic Area ("Brexit Day") the f ollowing information with respect to distributing entities will apply:

Goldman Sachs International ("GSI"), authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA, has approved this research in connection with its distribution in the United Kingdom.

**European Economic Area:** GSI, authorised by the PRA and regulated by the FCA and the PRA, disseminates research in the following jurisdictions within the European Economic Area: the Grand Duchy of Luxembourg, Italy, the Kingdom of Belgium, the Kingdom of Denmark, the Kingdom of Norway, the Republic of Finland, Portugal, the Republic of Cyprus and the Republic of Ireland; GS -Succursale de Paris (Paris branc h) which, from Brexit Day, will be authorised by the French Autorité de contrôle prudentiel et de resolution ("ACPR") and regulated by the Autorité de contrôle pr udentiel et de resolution and the Autorité des marches financiers ("AMF") disseminates research in France; GSI - Sucursal en España (Madrid branc h) authorized in Spain by the Comisión Nacional del Mercado de Valores disseminates research in the Kingdom of Spain; GSI - Sweden Bankfilial (Stockholm branch) is authorized by the SFSA as a "third country branch" in accordance with Chapter 4, Section 4 of the Swedish Securities and Market Act (Sw. lag (2007:528) om värdepappersmarknaden) disseminates research in the Kingdom of Sweden; Goldman Sachs Bank Europe SE ("GSBE") is a credit institution incorporated in Germany and, within the Single Supervisory Mechanism, subject to direct prudential supervision by the European Central Bank and in other respects supervised by German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht, BaFin) and Deutsche Bundesbank and disseminates research in the Federal Republic of Germany and those jurisdictions within the European Economic Area where GSI is not authorised to disseminate research and additionally, GSBE, Copenhagen Branch filial af GSBE, Tyskland, supervised by the Danish Financial Authority disseminates research in the Kingdom of Denmark; GSBE - Sucursal en España (Madrid branch) subject (to a limited extent) to local supervision by the Bank of Spain disseminates research in the Kingdom of Spain;  GSBE - Succursale Italia (Milan branch) to the relevant applicable extent, subject to local supervision by the Bank of Italy (Banca d'Italia) and the Italian Companies and Exchange Commission (Commissione Nazionale per le Società e la Borsa "Consob") disseminates research in Italy; GSBE - Succursale de Paris (Paris branch), supervised by the AMF and by the ACPR disseminates research in France; and GSBE - Sweden Bankfilial (Stockholm branch), to a limited extent, subject to local supervision by the Swedish Financial Supervisory Authority (Finansinpektionen) disseminates research in the Kingdom of Sweden.

16 July 2021                                                                                                                                         7

mtung@Fibrogen.com Michael Tung 07/16/21 03:23:17 PM Fibrogen

Zurek00000076

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information, opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our researc h as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majorit y of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We ha ve investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Researc h Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org ).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this researc h.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or ma y discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equit y securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for suc h stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating refl ects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of Goldman Sac hs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, may ha ve positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicit ation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial sit uations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumst ances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capit al may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suit able for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales representativ es or at https://www.theocc.com/about/publications/character-risks.jsp  and https://www.fiadocumentation.org/fia/regulatory-disclosures  1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting document ation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on various f actors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and perspectiv e (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal and regulator y constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certain clients ma y request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them electronically through dat a feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to earnings estimates f or equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly disseminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive suc h reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client w ebsites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset classes (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com .

Disclosure information is also available at https://www.gs.com/research/hedge.html  or from Research Compliance, 200 West Street, New York, NY 10282.

© 2021 Goldman Sachs.

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the pr ior written consent of The Goldman Sachs Group, Inc.**

mtung@Fibrogen.com Michael Tung 07/16/21 03:23:17 PM Fibrogen

Zurek00000076