# EXHIBIT 24

**MIZUHO** *Mizuho Securities USA LLC*

**Healthcare Research**
**Biotechnology - SMID Cap**

| U.S. Equity Research | July 16, 2021 |
|---|---|

**Price Target Change**

# FibroGen, Inc.

## Lowering PT from $32 to $18 on Negative AdCom Vote in Approval of Roxa in DD/NDD

| Rating | Neutral |
|---|---|
| Previous Rating | No Change |
| **Price (7/15)** | **$24.84** |
| **Price Target** | **$18.00** |
| Previous Price Target | $32.00 |

### Summary

We are lowering our US PoS for roxadustat to 0% from 50% and lowering ex-US roxadustat sales estimates following yesterday's negative AdCom result in dialysis-dependent (DD) and non-dialysis dependent (NDD) patient populations. The AdCom voted overwhelmingly against roxadustat in both settings, and the safety profile was the overarching concern across both indications. In an attempt to address safety concerns, FibroGen/AstraZeneca (AZN, Not Covered) proposed a lower starting dose of roxadustat as a risk mitigation strategy; however, a number of panelists wanted to see this proposal validated in clinical trials, and thus voted against approval at this juncture. Following yesterday's votes, we remain Neutral, and are lowering our PT from $32 to $18.

### Key Points

**Voting results on the NDA approvability of Roxadustat**

- **DD setting:** 2 yes, 12 no, 0 abstentions

- **NDD setting:** 1 yes, 13 no, 0 abstentions

**Key Takeaways from the Panel's Discussion**

- **DD: Panelists were worried about roxadustat's safety profile** which showed a higher risk of MACE, all-cause mortality, and thrombosis vs ESAs. Panelists highlighted Study 613 (PYRENEES) mortality as concerning, see below:

#### Study 613 Kaplan-Meier Time to Death Curves



Figure 4: Kaplan-Meier Curves for Time to Death—Study 613, OT+28 (left); On-study (right)

Source: FDA

- Moreover, there was concern that the on-study analysis of all-cause mortality produced a hazard ratio with a confidence interval that did not touch 1 (i.e. every point on the interval was greater than 1, a negative safety signal for roxadustat). Several panelists noted that roxadustat was already being

### Key Data

| | |
|---|---|
| Symbol | FGEN(NSQ) |
| 52-Week Range | $57.21 - $18.12 |
| Market Cap ($mm) | $2,288 |
| Shares Outstanding (mm) | 92.1 |
| Float | 82.0 |
| Average Daily Volume | 1,044,025 |
| Dividend/Yield | $0.00/0 0% |

**Fiscal Year-End: Dec 31**

| | 2020A | 2021E | | 2022E | |
|---|---|---|---|---|---|
| | | Prior | Curr | Prior | Curr |
| **Revenue ($mm)** | | | | | |
| 1Q | 24A | – | 38A | 45E | 19E |
| 2Q | 43A | – | 33E | 102E | 20E |
| 3Q | 44A | 44E | 30E | 52E | 21E |
| 4Q | 65A | 153E | 138E | 56E | 22E |
| **Yr** | **176A** | **268E** | **239E** | **255E** | **81E** |
| P/Revenue | 13.0x | – | 9.6x | – | 28.3x |
| **Earnings per Share ($)** | | | | | |
| 1Q | (0.89)A | – | (0.78)A | (0.41)E | (0.56)E |
| 2Q | (0.95)A | – | (0.72)E | 0.16E | (0.57)E |
| 3Q | 0.35A | – | (0.52)E | (0.41)E | (0.57)E |
| 4Q | (0.64)A | 0.69E | 0.77E | (0.40)E | (0.56)E |
| **Yr** | **(2.13)A** | **(1.33)E** | **(1.25)E** | **(1.05)E** | **(2.26)E** |



Created by BlueMatrix

**Difei Yang, Ph.D.**
**Managing Director**
+1 212 205 7824
Difei.Yang@mizuhogroup.com

**Daniel Clark**
**Research Associate**
+1 212 209 9483
Daniel.Clark@mizuhogroup.com

**Alexandre Bouilloux**
**Research Associate**
+1 212 205 7915
Alexandre.Bouilloux@mizuhogroup.com

**PLEASE REFER TO PAGE 6 OF THIS REPORT FOR IMPORTANT DISCLOSURE AND ANALYST CERTIFICATION INFORMATION. Mizuho Securities USA LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

Zurek00000078

**MIZUHO**                                                                    FibroGen, Inc.

compared vs. ESAs, which have black box warnings, and did not appear comfortable with the additional risk of roxadustat. Higher rates of thrombosis in roxadustat patients vs. ESA patients were noted; one panelist remarked that thrombotic events are "a nightmare to deal with" in dialysis patients.

- As mentioned above, FGEN/AZN proposed a lower starting roxadustat dose as a way to potentially mitigate these safety concerns; however, the data that supported this proposal was based on simulations. **Panelists recommended that a randomized clinical trial be undertaken to show that a lower starting dose of roxadustat would lead to comparable efficacy and safety vs. ESAs.** Several panelists supported the notion of studying roxadustat in ESA-refractory patients, but this was not voted on by the panel.

- **NDD: Safety was the primary panel concern in NDD as well.** Questions were raised about the discrepancy in MACE hazard ratios between the ITT trial data set, which observed patients until last contact, and the OT+7 trial data set, which observed patients for seven days after being on treatment (typically a shorter followup than the ITT data set). The ITT hazard ratio of 1.10 was significantly lower than the OT+7 hazard ratio of 1.38; panelists speculated that this differential was caused by a higher dropout rate of sicker patients in the placebo arm. However, they were not entirely convinced by this rationale and the disparity muddied the safety data, in the opinion of some panelists. The 1.40 all-cause mortality hazard ratio in the OT+7 population was also cited as a source of worry, and a panelist noted the largest NDD study (study 001/OLYMPUS) posted an OT+7 all-cause mortality hazard ratio of 1.68. To a lesser extent, panelists were also worried about patient monitoring in the outpatient setting, and the potential risk of overshooting hemoglobin levels if patients were not regularly visiting their doctors. Panelists were supportive of an additional clinical trial with a lower starting dose of roxadustat prior to potential FDA approval.

- **Additional Trials May Be Needed.** Based on today's panel, we believe that roxadustat is likely to receive a CRL from the FDA in DD and NDD. As a result, we are lowering our PoS in the US from 50% to 0%. We believe that FGEN may be asked to run additional studies in DD and NDD with a lower starting dose of roxadustat and ultimately be allowed to re-file roxadustat in the US. However, until we have clarity on this matter, **we believe that FGEN is now primarily a commercial story in the EU and China in the short-term. We have reduced our peak ROW DD sales estimate by 42% to $299 mil and our peak ROW NDD sales estimate by $45% to $391 mil for roxadustat on negative read-through from yesterday's AdCom decisions.**

Zurek00000078

FibroGen, Inc.



# FibroGen, Inc. (FGEN)
## Income Statement

**MSUSA Equity Research**

**Difei Yang, PhD   212-205-7824   difei.yang@mizuhogroup.com**

(in thousands except for EPS)

| | 2018A | 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 2020A | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License, milestone revenue | 22,270 | 177,085 | | | - | 14,323 | 14,323 | - | - | 10,000 | 120,000 | 130,000 | - | - | - | - | - | - |
| Development and other revenue | 125,912 | 114,115 | 19,446 | 18,957 | 20,663 | 21,527 | 80,593 | 14,587 | 13,925 | 8,355 | 6,266 | 43,133 | 5,371 | 5,371 | 5,371 | 5,371 | 21,484 | 21,484 |
| Product revenue, net | 64,776 | - | 4,955 | 15,693 | 22,683 | 29,165 | 72,496 | 15,362 | 19,096 | 11,467 | 11,410 | 57,335 | 13,545 | 14,134 | 15,311 | 15,900 | 58,890 | 67,673 |
| Drug product revenue | - | (34,623) | - | 8,238 | 686 | (17) | 8,907 | 8,480 | - | - | - | 8,480 | | - | 306 | 620 | 926 | 11,545 |
| **Total revenue** | **212,958** | **256,577** | **24,401** | **42,888** | **44,032** | **64,998** | **176,319** | **38,429** | **33,021** | **29,822** | **137,676** | **238,948** | **18,916** | **19,505** | **20,988** | **21,892** | **81,300** | **100,702** |
| Cost of goods sold | 0 | 1,147 | 970 | 3,076 | 2,207 | 2,615 | 8,868 | 3,401 | 4,228 | 2,539 | 2,526 | 12,693 | 2,728 | 2,846 | 3,145 | 3,327 | 12,046 | 14,369 |
| **Gross Profit** | **212,958** | **255,430** | **23,431** | **39,812** | **41,825** | **62,383** | **167,451** | **35,028** | **28,794** | **27,283** | **135,150** | **226,255** | **16,188** | **16,658** | **17,843** | **18,565** | **69,254** | **86,333** |
| Research and development | 235,839 | 209,261 | 54,902 | 61,414 | 58,476 | 78,133 | 252,924 | 74,676 | 62,943 | 50,624 | 43,911 | 232,154 | 43,923 | 43,493 | 43,072 | 42,660 | 173,149 | 168,302 |
| Selling, general and administrative | 63,812 | 135,480 | 49,603 | 63,535 | (48,981) | 42,249 | 106,406 | 30,779 | 31,279 | 23,660 | 18,117 | 103,835 | 23,897 | 25,451 | 27,780 | 27,787 | 104,915 | 106,426 |
| **Total operating costs and expenses** | **299,651** | **344,741** | **104,505** | **124,949** | **9,495** | **120,382** | **359,330** | **105,455** | **94,222** | **74,284** | **62,028** | **335,989** | **67,820** | **68,945** | **70,852** | **70,447** | **278,064** | **274,728** |
| **Operating income** | **(86,693)** | **(89,311)** | **(81,074)** | **(85,137)** | **32,330** | **(57,999)** | **(191,879)** | **(70,427)** | **(65,428)** | **(47,001)** | **73,122** | **(109,734)** | **(51,632)** | **(52,287)** | **(53,009)** | **(51,882)** | **(208,810)** | **(188,395)** |
| Total interest and other | 576 | 12,672 | 2,532 | (7) | 889 | (464) | 2,950 | (954) | (954) | (954) | (954) | (3,816) | (954) | (954) | (954) | (954) | (3,816) | (3,816) |
| **Pre-tax income** | **(86,117)** | **(76,639)** | **(78,542)** | **(85,144)** | **33,219** | **(58,463)** | **(188,929)** | **(71,381)** | **(66,382)** | **(47,955)** | **72,168** | **(113,550)** | **(52,586)** | **(53,241)** | **(53,963)** | **(52,836)** | **(212,626)** | **(192,211)** |
| Income tax | 303 | 328 | (194) | 169 | 215 | 171 | 361 | 134 | 134 | 134 | 134 | 536 | 134 | 134 | 134 | 134 | 536 | 536 |
| Investment loss in unconsolidated variable interest entity | | | | | | | | (240) | - | - | - | (240) | - | - | - | - | - | - |
| **Net income** | **(86,420)** | **(76,967)** | **(78,348)** | **(85,313)** | **33,004** | **(58,634)** | **(189,290)** | **(71,515)** | **(66,516)** | **(48,089)** | **72,034** | **(114,086)** | **(52,720)** | **(53,375)** | **(54,097)** | **(52,970)** | **(213,162)** | **(192,747)** |
| Weighted average shares - basic | 84,062 | 86,633 | 88,219 | 89,451 | 90,558 | 91,166 | 89,849 | 91,688 | 92,146 | 92,607 | 93,070 | 92,378 | 93,536 | 94,003 | 94,473 | 94,946 | 94,239 | 96,138 |
| Weighted average shares - diluted | 84,062 | 86,633 | 88,219 | 89,451 | 93,678 | 91,166 | 90,629 | 91,688 | 92,146 | 92,607 | 93,070 | 92,378 | 93,536 | 94,003 | 94,473 | 94,946 | 94,239 | 96,138 |
| EPS GAAP - basic | $ (1.03) | $ (0.89) | $ (0.89) | $ (0.95) | $ 0.36 | $ (0.64) | $ (2.12) | $ (0.78) | $ (0.72) | $ (0.52) | $ 0.77 | $ (1.25) | $ (0.56) | $ (0.57) | $ (0.57) | $ (0.56) | $ (2.26) | $ (2.00) |
| **EPS GAAP - diluted** | **$ (1.03)** | **$ (0.89)** | **$ (0.89)** | **$ (0.95)** | **$ 0.35** | **$ (0.64)** | **$ (2.13)** | **$ (0.78)** | **$ (0.72)** | **$ (0.52)** | **$ 0.77** | **$ (1.25)** | **$ (0.56)** | **$ (0.57)** | **$ (0.57)** | **$ (0.56)** | **$ (2.26)** | **$ (2.00)** |

*Source: MSUSA Analysis*

Zurek00000078

**MIZUHO**                                                                                          FibroGen, Inc.

### FibroGen, Inc. (FGEN)
**DCF Valuation**
**MSUSA Equity Research**
**Difei Yang, PhD | 212-205-7824 | difei.yang@mizuhogroup.com**
(in thousands except for EPS)

| | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | Terminal Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | 173,133 | 22,410 | 33,029 | 46,090 | 56,747 | 79,136 | 92,475 | 114,869 | 126,938 | 142,997 | 160,940 | |
| COGS | - | 186 | 14,369 | 14,701 | 3,934 | 6,347 | 7,838 | 10,218 | 11,552 | 13,272 | 15,169 | |
| R&D | 207,983 | 25,000 | 25,250 | 25,503 | 25,758 | 26,015 | 26,275 | 26,538 | 26,803 | 27,071 | 27,342 | |
| SG&A | 27,223 | 27,536 | 28,274 | 28,557 | 28,842 | 29,131 | 29,422 | 29,716 | 30,014 | 30,314 | 30,617 | |
| Alliance (expense)/income | 10,456 | 33,433 | 43,314 | 44,666 | 62,357 | 87,450 | 120,460 | 163,284 | 208,716 | 256,155 | 314,603 | |
| **EBIT** | (51,616) | 3,121 | 8,450 | 21,995 | 60,569 | 105,092 | 149,399 | 211,680 | 267,284 | 328,495 | 402,416 | |
| *Tax rate* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *27%* | *27%* | *27%* | |
| **NOPAT** | (51,616) | 3,121 | 8,450 | 21,995 | 60,569 | 105,092 | 149,399 | 211,680 | 211,155 | 259,511 | 317,908 | |
| + Depreciation and amortization | 12,209 | 12,740 | 12,867 | 12,996 | 13,126 | 13,257 | 13,390 | 13,524 | 13,659 | 13,796 | 13,934 | |
| - Changes in working capital | (3,086) | (31,862) | (32,499) | (33,149) | (33,812) | (34,488) | (35,178) | (35,881) | (36,599) | (37,331) | (38,078) | |
| - Capex | 5,991 | 7,189 | 7,549 | 7,926 | 8,322 | 8,739 | 9,175 | 9,634 | 10,116 | 10,622 | 11,153 | |
| **FCF** | (42,312) | 40,533 | 46,268 | 60,214 | 99,185 | 144,099 | 188,792 | 251,451 | 251,297 | 300,016 | 358,767 | 1,614,450 |
| | | | | | | | | | | | | |
| PV period | - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 10 |
| PV factor | 1.00 | 0.90 | 0.81 | 0.73 | 0.66 | 0.59 | 0.53 | 0.48 | 0.43 | 0.39 | 0.35 | 0.35 |
| **NPV of FCF** | (42,312) | 36,516 | 37,552 | 44,028 | 65,336 | 85,516 | 100,936 | 121,114 | 109,044 | 117,284 | 126,352 | 568,584 |

| | |
|---|---|
| NPV of free cash flow | $ 1,369,950 |
| Discount rate | 11% |
| FCF Multiple | 5x |
| Terminal growth rate | 0.0% |
| Net cash | 544,232 |
| Equity value | $ 1,914,182 |
| Total number of shares | 99,488 |
| **Value per share** | $ 19 |

| EV / Sales | |
|---|---|
| Discounted 2030 Sales | 156,038 |
| Sales multiple | 7x |
| Shares out | 99,488 |
| Value per share | $11 |
| | |
| Net cash | 544,232 |
| Cash value per share | $5 |
| | |
| **EV / Sales Value per share** | **$16** |

*Source: MSUSA Analysis*

| Weighted Average Price Target | | |
|---|---|---|
| Method | PT | Weight |
| DCF | $19 | 50% |
| EV / Sales | $16 | 50% |
| | | |
| **Weighted average Price Target** | **$** | **18** |

Zurek00000078

**MIZUHO**

## Price Target Calculation and Key Risks

### Valuation

We applied a weighted average valuation methodology to value FibroGen (DCF: $19 PT, EV/Sales: $16 PT).

Our valuation includes the following assumptions:

Roxadustat E.U. (100% PoS), adj. peak-sales of $152 mil in 2031.

Roxadustat China (100% PoS), peak-alliance income of $314 mil in 2031.

Our estimated 2031 FCF is $358 mil. We assumed a terminal value of 4.0x for 2031 estimated FCF and an 11% discount rate to derive our $19 PT. EV/Sales: We apply a 7.0x multiple to our discounted 2030 sales to derive our $16 PT. Our weighted average valuation is $18.

Bull case scenario: We give credit to pamrevlumab in IPF (70% PoS) and LAPC (40% PoS), and higher market share potential for roxa, resulting in an $54 PT.

Bear case scenario: We assume revenues from roxa, resulting in a $10 PT.

### Risks

Investing in clinical stage companies in the biotech and pharmaceuticals industry is speculative in nature and is only appropriate for those that have a high tolerance for price volatility. In addition to the common risks involved with investing in companies in the biotech and pharmaceuticals sectors, such as R&D, manufacturing, regulatory and commercial risks, FibroGen Inc. has several firm-specific risks. Among those risks are the following:

1) The company could face risks around the potential regulatory approval of roxadustat in the U.S., as the FDA will conduct their own benefit/risk analyses, which may differ from the company's own internal analysis.

2) The long-term impact of HIF-PH inhibitors on VEGF has not been studied in-depth and may impair future commercialization.

3) Additional products in development may not meet primary endpoints for their clinical trials resulting in delays towards commercialization or removal from development pipeline. This could result in a negative impact on forward-looking estimations and price targets.

4). Because of the underlying mechanism of action, failure in the development of one indication could have ripple events on other indications.

Zurek00000078

**MIZUHO**                                                                                              FibroGen, Inc.

**Companies Mentioned (prices as of 7/15/2021)**
AstraZeneca PLC (AZN $56.96)

## IMPORTANT DISCLOSURES

The disclosures for the subject companies of this report as well as the disclosures for Mizuho Securities USA LLC entire coverage universe can be found at https://msusa.bluematrix.com/sellside/Disclosures.action or obtained by contacting EQSupervisoryAnalystUS@mizuhogroup.com or via postal mail at Equity Research Editorial Department, Mizuho Securities USA LLC, 1271 Avenue of the Americas, 2nd FL, New York NY, 10020.

**Investment Risks and Valuation Methods can be located in the following section of this research report - Price Target Calculation and Key Risks.**

### Receipt of Compensation

Mizuho Securities USA LLC and or its affiliates makes a market in the following securities: FibroGen, Inc. and AstraZeneca PLC

Mizuho Securities USA LLC and or its affiliates has received compensation for investment banking services for AstraZeneca PLC in the past 12 months.

Mizuho Securities USA LLC and or its affiliates expects to receive or intends to seek compensation for investment banking services for AstraZeneca PLC in the next 3 months.

Mizuho Securities USA LLC and or its affiliates has managed or co-managed a public offering of securities for AstraZeneca PLC in the past 12 months.

Mizuho Securities USA LLC and or its affiliates have provided investment banking services for AstraZeneca PLC who is or was a client in the past 12 months.

The compensation of the research analyst writing this report, in whole or part, is based on MSUSA.s annual revenue and earnings and is not directly related to any specific investment banking compensation. MSUSA.s internal policies and procedures prohibit research analysts from receiving compensation from companies covered in the research reports.

### Regulation Analyst Certification (AC)

I, Difei Yang, Ph.D., hereby certify that the views expressed in this research report accurately reflect my personal views about any and all the subject companies. No part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

### Rating Definitions

**Mizuho Securities USA investment ratings are based on the following definitions: Anticipated share price change is based on a 12-month time frame. Return expectation is based on the stock's total return. For disclosure purposes (for purposes of the FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Buy, Neutral, and Underperform. (effective July 10, 2017).**

**Buy**: Stock's total return is expected to appreciate above the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Neutral**: Stock's total return is expected to be within the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Underperform**: Stock's total return is expected to depreciate below the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**RS**: Rating Suspended - rating and price objective temporarily suspended.

**NR**: No Rating - not covered, and therefore not assigned a rating.

Mizuho Securities USA LLC investment ratings are based on the following definitions. Anticipated share price change is based on a 6- to 12-month time frame. Return expectation excludes dividends (prior to July 10, 2017).

| | |
|---|---|
| **Buy:** | Stocks for which the anticipated share price appreciation exceeds 10%. |
| **Neutral:** | Stocks for which the anticipated share price appreciation is within 10% of the share price. |
| **Underperform:** | Stocks for which the anticipated share price falls by 10% or more. |
| **RS:** | Rating Suspended - rating and price objective temporarily suspended. |
| **NR:** | No Rating - not covered, and therefore not assigned a rating. |

### Rating Distribution

| (As of July 15 ) | % of coverage | IB service past 12 mo |
|---|---|---|
| Buy (Buy) | 60.87% | 61.61% |
| Hold (Neutral) | 37.77% | 54.68% |
| Sell (Underperform) | 1.36% | 60.00% |

Zurek00000078

**MIZUHO**

For disclosure purposes only (NYSE and FINRA ratings distribution requirements), our Buy, Neutral and Underperform ratings are displayed as Buy, Hold and Sell, respectively.



Rating and Price Target History for: AstraZeneca PLC (AZN) as of 07-15-2021

Created by BlueMatrix



Rating and Price Target History for: FibroGen, Inc. (FGEN) as of 07-15-2021

Created by BlueMatrix

For additional information: Please log on to http://www.mizuhosecurities.com/us or write to Mizuho Securities USA LLC 1271 Avenue of the Americas, 2nd FL, New York, NY 10020.

## Disclaimers

This report has been prepared by Mizuho Securities USA LLC ("MSUSA"), a subsidiary of Mizuho Americas LLC, solely for the purpose of supplying information to the clients of MSUSA and/or its affiliates to whom it is distributed. This report is not, and should not be construed as, a solicitation or offer to buy or sell any securities or related financial products.

This report has been prepared by MSUSA solely from publicly available information. The information contained herein is believed to be reliable but has not been independently verified. MSUSA makes no guarantee, representation or warranty, and MSUSA, MHSC and/or their affiliates, directors, employees or agents accept no responsibility or liability whatsoever as to the accuracy, completeness or appropriateness of such information or for any loss or damage arising from the use or further communication of this report or any part of it. Information contained herein may not be current due to, among other things, changes in the financial markets or economic environment. Opinions reflected in this report are subject to change without notice.

This report does not constitute, and should not be used as a substitute for, tax, legal or investment advice. The report has been prepared without regard to the individual financial circumstances, needs or objectives of persons who receive it. The securities and investments related to the securities discussed in this report may not be suitable for all investors. Readers should independently evaluate particular investments and strategies, and seek the advice of a financial adviser before making any investment or entering into any transaction in relation to the securities mentioned in this report.

MSUSA has no legal responsibility to any investor who directly or indirectly receives this material. Investment decisions are to be made by and remain as the sole responsibility of the investor. Investment involves risks. The price of securities may go down as well as up, and under certain circumstances investors may sustain total loss of investment. Past performance should not be taken as an indication or guarantee of future performance. Unless otherwise attributed, forecasts of future performance represent analysts' estimates based on factors they consider relevant. Actual performance may vary. Consequently, no express or implied warranty can be made regarding future performance.

Any references in this report to Mizuho Financial Group, Inc. ("MHFG"), MHSC and/or its affiliates are based only on publicly available information. The authors of this report are prohibited from using or even obtaining any insider information. As a direct subsidiary of Mizuho Americas LLC and indirect subsidiary of MHFG, MSUSA does not, as a matter of corporate policy, cover MHFG or MHSC for investment recommendation purposes.

Zurek00000078

MSUSA or other companies affiliated with MHFG, Mizuho Americas LLC or MHSC, together with their respective directors and officers, may have or take positions in the securities mentioned in this report, or derivatives of such securities or other securities issued by companies mentioned in this report, for their own account or the accounts of others, or enter into transactions contrary to any recommendations contained herein, and also may perform or seek to perform broking and other investment or securities related services for the companies mentioned in this report as well as other parties generally.

### Restrictions on Distribution

This report is not directed to, or intended for distribution to or use by, any person who is a citizen or resident of, or entity located in, any locality, territory, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to or restricted by law or regulation. Persons or entities into whose possession this report comes should inform themselves about and observe such restrictions.

**United States:** Mizuho Securities USA LLC, a subsidiary of Mizuho Americas LLC, 1271 Avenue of the Americas, 2nd Floor, New York, NY 10020, USA, contact number +1-212-209-9300, distributes or approves the distribution of this report in the United States and takes responsibility for it. Any transaction by a US investor resulting from the information contained in this report may be effected only through MSUSA. Interested US investors should contact their MSUSA sales representative.

**United Kingdom/Germany/European Economic Area:** This report is distributed in the United Kingdom by Mizuho International plc (MHI), Mizuho House, 30 Old Bailey, London EC4M 7AU. MHI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange. This report is distributed in Germany by Mizuho Securities Europe GmbH (MHEU), Taunustor 1, 60310 Frankfurt, Germany. MHEU is authorised and regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin). This report may be distributed in other member states of the European Economic Area by MHI and MHEU. For the avoidance of doubt this report is not intended for persons who are Retail Clients within the meaning of the FCA's or the BaFin's rules. Details of organizational and administrative controls for the prevention and avoidance of conflicts of interest can be found at https://www.mizuho-emea.com.

**Japan:** This report is distributed in Japan by Mizuho Securities Co., Ltd. ("MHSC"), Otemachi First Square Otemachi 1-chome, Chiyoda-ku, Tokyo 100-0004, Japan. Registered Financial Instruments Firm, No. 94 (Kinsho), issued by the Director, Kanto Local Finance Bureau. MHSC is a member of the Japan Securities Dealers Association, the Japan Securities Investment Advisers Association and the Financial Futures Association of Japan, and the Type II Financial Instruments Firms Association.

**Singapore:** This report is distributed in Singapore by Mizuho Securities (Singapore) Pte. Ltd. ("MHSS"), a holder of a capital markets services license and an exempt financial adviser regulated by the Monetary Authority of Singapore. MHSS may distribute analyses or reports produced by its affiliates or other foreign research houses pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. This report is only intended for distribution to "institutional investors", "accredited investors" or "expert investors", as defined under the Financial Advisers Regulations. Singapore recipients of this report should contact MHSS at 12 Marina View, #10-01A Asia Square Tower 2, Singapore 018961, for any matter arising from, or in connection with, this report.

**Hong Kong:** This report is distributed in Hong Kong by Mizuho Securities Asia Ltd. ('MHSA'), 14 - 15/F, K11 Atelier, 18 Salisbury Road, Tsim Sha Tsui, Kowloon, Hong Kong, a member of MHFG. MHSA is licensed and regulated by the Hong Kong Securities and Futures Commission. This report has been prepared for "professional investors" as defined in the Hong Kong Securities and Futures Ordinance. This report has been prepared in accordance with MHSA's internal conflict of interest management policies. Details of MHSA's organizational and administrative controls for the prevention and avoidance of conflicts of interest are available upon request.

**Australia:** This report is being distributed in Australia by MHSA, which is exempted from the requirement to hold an Australian financial services license under the Corporation Act 2001 ("CA") in respect of the financial services provided to the recipients. MHSA is regulated by the Securities and Futures Commission under the laws of Hong Kong, which differ from Australian laws. Distribution of this report is intended only for recipients who are "wholesale clients" within the meaning of the CA.

If you do not wish to receive our reports in the future, please contact your sales person and request to be removed from receiving this distribution.

© Mizuho Securities USA LLC. All Rights Reserved 2021. This document may not be altered, reproduced or redistributed, or passed on to any other party, in whole or in part, without the prior written consent of Mizuho Securities USA LLC.

Zurek00000078