# EXHIBIT 27

# FIBROGEN, INC.

(NASDAQ: FGEN)

**OUTPERFORM**

**SVBLEERINK**

Biotechnology

### Lowering PT to $35, Cutting Roxa in US to Zero; Restructuring Expenses

July 16, 2021

- **Bottom Line: After the many disappointments of the last 18 months it is hard to justify continuing to recommend Fibrogen's stock. However, value is value, and we continue to believe the company has several valuable assets, albeit with less value than we had previously expected.** We believe it is reasonable to assume that roxadustat (roxa) remains on the market in China and Japan (where Fibrogen captures profit sharing and royalties, respectively). We believe it is prudent to give a haircut to our estimates and expectations for Europe, despite the positive opinion from the CHMP. It is not out of the realm of possibility that the EMA postpones the approval, or limits its scope, after the decisive negative votes at the FDA's AdCom yesterday (see our note last night). Finally, we believe the most rational response is to remove all revenue and milestones from our model for roxadustat in the US (i.e., zero probability of success). Given the failures of the clinical development, analytical and regulatory operations at Fibrogen with respect to roxa (and the lack of disclosure), we believe it is also appropriate to maintain a low probability of success (aka high risk of failure) of 15-35% depending on indication for pamrevlumab. We have eliminated all milestone payments for roxadustat in the US (we expect AZN [OP] to abandon roxa in the USA within 2-3 months), but continue to forecast milestone payments in Japan and Europe. Even with all these changes, we see the residual value of the existing markets for roxadustat being worth ~$13/share, and the heavily discounted value of pamrevlumab being worth $22/share.

- **The changes to our revenue forecast highlight the importance of FGEN completely restructuring its organization and expenses after roxa's failure.** Fibrogen has ramped up their expenses to fund their share of roxa development and approval, and then more recently pre-commercialization costs and overhead, and we believe that investors should demand that all of these expense increases be reversed (and more). We believe that a cut in R&D expenses from ~$75mm/quarter in Q1 2021 to less than half that rate (~$35mm/quarter) by 2022 should be demanded by investors.

Reason for report:
**COMPANY UPDATE**

## Key Stats

| | |
|---|---|
| S&P 500 Health Care Index: | 1,495.65 |
| Price: | $24.84 |
| Price Target: | $35.00 from $56.00 |
| 52-Week High – Low: | $57.21 - $18.12 |
| Shares Outstanding (mil): | 92.0 |
| Market Capitalization (mil): | 2,285.3 |
| Book Value/Share: | $0.26 |
| Cash Per Share: | $7.65 |
| Net Debt to Total Capital: | 0% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |

| | | Dec Yr | | | |
|---|---|---|---|---|---|
| | 2020A | 2021E (New) | 2021E (Old) | 2022E (New) | 2022E (Old) |
| Q1 | $24.4 | $38.4A | $38.4A | $40.8 | $51.1 |
| Q2 | $42.9 | $198.9 | $200 0 | $49.4 | $61.3 |
| Q3 | $44.0 | $39.7 | $129 2 | $90.0 | $168 0 |
| Q4 | $65.0 | $45.7 | $56.6 | $61.2 | $77.7 |
| FY Rev | $176 3 | $322.7 | $424 2 | $241.2 | $358.1 |
| Q1 | ($0 89) | ($0.78)A | ($0.78)A | ($0.26) | ($0.76) |
| Q2 | ($0 95) | ($0.80) | $0 93 | ($0.19) | ($0.70) |
| Q3 | $0 35 | ($0.66) | $0 20 | $0.22 | $0.44 |
| Q4 | ($0 64) | ($0.33) | ($0 64) | ($0.09) | ($0 57) |
| FY EPS | ($2.11) | ($0.97) | ($0 28) | ($0.30) | ($1 60) |
| P/E | NM | NM | NM | NM | NM |

**Exhibit 0073**
6/8/2023
Zurek

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

**Anna Baran, CFA**
(212) 277-6204
anna.baran@svbleerink.com

**Na Sun**
(212) 277-6218
na.sun@svbleerink.com

*Source: Company Information and SVB Leerink LLC Research.*
*Cash Per Share: YE21E.  Revenues in $M; GAAP EPS presented.*

**Please refer to page 19 for Important Disclosures, Price Charts and Analyst Certification.**

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079



Furthermore, Fibrogen's SG&A expense increased from ~ $25mm/quarter in mid-2019 (Q2) to approximately $50mm/quarter in 2020 (ignoring one-time reversals in Q3). We believe that much of this increase should also be reversed since roxa is clearly not launching in the US in the foreseeable future. In our view, FGEN should become at least one-third smaller, and we expect investors to demand a restructuring of this magnitude. In our updated forecast we now incorporate a reduction in combined discretionary operating expenses of 44% from the $500mm annualized run rate in Q4 2020 to our forecast of $282mm in 2022. Such a restructuring typically takes months to design and implement, but we expect investors to demand no less given the lack of opportunity for roxa and the time until proof of efficacy for pamrevlumab in the ongoing pivotal trials. We do not believe that AstraZeneca, or Fibrogen's investors, will be willing to fund an additional phase III trial for roxa (nor do we expect the FDA to overrule their advisors and approve the drug). When reviewed in the cold harsh light of day, the drug has a positive dose association with mortality, and has signals for severe infection risk, seizures and major cardiovascular events. These signals were unknown from the company's disclosure to us and to investors before this week (the major US studies have never been published in their entirety, nor has the meta-analysis). Given this profile, we believe that any investment in larger, costlier trials is likely to be viewed negatively by investors.

- **We expect investors to quickly start dictating terms to Fibrogen's board and management given what will likely be a floundering stock price after this setback.** Other companies that also have HIF's (hypoxia-inducible factors) in pivotal trials are likely to continue those trials, but we believe that these events are most likely class-related, rather than drug-related, and for that reason have lower expectations for the probability of success of all HIF's in late stage development.

- **Fibrogen had cash and equivalents of $685mm at YE20, and we forecast that they will have $542mm at the end of Q2 2021.** Fibrogen should still receive significant milestones from Astellas for their launches in Japan and the EU, and then continuing profits from their JV with AZN in China. We had previously forecast that Fibrogen would have more than enough cash to fund their operations through breakeven in late 2023 when pamrevlumab likely launches. We still forecast significant losses (cash burn) between now and then ($135mm) but FGEN's cash reserves should be more than sufficient to fund their activities (assuming a significant restructuring) through the pivotal trial results for pamrevlumab.

- **Investors are inevitably going to react negatively to the dismal outcome from yesterday's AdCom meeting, in our view.** The remaining value of Fibrogen's stock is the value of other geographies for roxa, the value of pamrevlumab and the company's cash. Fibrogen may insist that they deserve value

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



for their "platform" and for earlier stage assets, but they are unlikely in our view to get any. As we have argued for some time, the business in China should have significant value for FGEN, and Europe and Japan should generate a valuable royalty stream. Provided the company restructures and cuts expenses dramatically, investors should not face further dilution ahead of the pamrevlumab pivotal trial results. Even taking a very cautious view of the probability of success of those trials (15-35%), we believe that Fibrogen's stock offers substantial upside. It does not seem a likely acquisition target immediately, but if the stock languishes in the $15-25 range for an extended period of time, we believe that investors are likely to demand that the company embark upon a review of strategic alternatives.

- **After all these changes to our model, we are reducing our price target to $35 and reiterate our OP rating for Fibrogen's stock.** We see too much value in the combined assets of the company to ignore them, even as we recognize the perils of trusting Fibrogen's data, management and board. Only the investment community can drive a program to restore confidence in the company, in our view, and if the past is any guide, that process should begin within a couple of months.

*Continued inside…*

**3**

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



## INVESTMENT THESIS

We rate FGEN Outperform. We are reducing our price target to $35, and eliminating all value for roxadustat in the USA. We now regard further investment into the development and commercialization of the product in the US market as a waste of capital– the product's limitations in terms of CV safety, mortality, serious infections, metabolic outcomes and other events have been convincingly demonstrated by the FDA, and we believe that an approval is now very unlikely. Furthermore, given this profile, the partners seem unlikely to invest more capital into additional trials to validate a different dose titration schedule or another patient population.

FGEN has historically been a leader in developing novel agents targeting fibrosis and hypoxia pathways for the treatment of anemia and fibrotic diseases. Roxadustat, a first-in-class HIF (hypoxia-inducible factor) prolyl hydroxylase (PHD) inhibitor, mimics the body's natural response to hypoxia (low oxygen) conditions and has been shown in an extensive phase III program to increase Hb and reduce iron requirements in patients with both dialysis dependent (DD) and non-dialysis dependent (NDD) chronic kidney disease (CKD). We believe that roxa's potential is severely constrained after the FDA's dissection of their pivotal trial data, and now forecast total global sales (all OUS) of $800-900mm, compared to $3bn previously. We probability-weight roxa's CKD opportunities in Europe at 65%, and have zero contribution from any sales or milestones for the US market. FibroGen's other product, pamrevlumab (FG-3019), is a connective tissue growth factor (CTGF) inhibitor in Phase 3 development in three potentially large indications in which the company has already completed successful proof-of-concept phase 2 trials. Pamrevlumab appears to stabilize or partially reverse fibrosis, and the most obvious indication, IPF, could generate sales of over $2bn by 2028, assuming a 2024 approval. We now forecast FibroGen's revenue reaching $361mm in 2023, and more than $600mm in 2025, with significant earnings starting in 2023. Based on these forecasts, and our expected cash flow for FibroGen, we rate the stock Outperform, with a price target of $35.

**4**

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



**No Debate About Roxa's Efficacy for Raising Hemoglobin**

At the AdCom, the FDA presented their analysis that confirmed the company's analysis that roxa increased hemoglobin (Hb) levels over baseline in the NDD population, and was non-inferior to ESAs in the DD population. The agency concluded that the drug was efficacious and that FGEN had provided substantial data to support their Hb increase claims. The agency reviewers noted that treatment with roxa may have overshot Hb levels in the NDD population (Exhibit 1, bottom), which FGEN proposed to address with a modified dosing regimen. The AdCom spent little time on roxa's efficacy as there was broad agreement that FGEN had adequately demonstrated the drug's ability to raise Hb levels.

**Exhibit 1: FGEN and FDA Analysis of NDD Efficacy Results**



Source: _FGEN AdCom presentation_ (top), _FDA AdCom presentation_ (bottom); NDD non-dialysis dependent

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



**Secondary Endpoints Suggest Benefits on RBC Transfusions and Iron in NDD Patients**

The FDA and FGEN each presented analysis showing that the percentage of patients requiring a red blood cell (RBC) transfusion was reduced in NDD patients receiving roxa vs. placebo. The agency's analysis found the three main NDD trials had hazard ratios (HRs) for transfusion risk of 0.26 to 0.37 in favor of roxa vs. placebo. FGEN's pooled analysis across the NDD trials identified a HR of 0.26. In each of FDA's and FGEN's analyses, roxa's efficacy for reducing the fraction of NDD patients requiring RBC transfusions was statistically significant. In the DD trials, the FDA found the RBC transfusion risk reduction was more variable. The agency presented HRs of 0.67 to 1.26 comparing roxa to ESA across the three DD trials. Only the lowest HR of 0.67 reached statistical significance in the FDA's analysis. During the AdCom discussion some committee members noted that FGEN's claim that roxa reduced the need for blood transfusions could be impacted by the company's proposed lower dose to improve safety. We believe that roxa showed a clear benefit on RBC transfusions in the NDD population; however, the mixed results in DD patients suggest that the benefit is smaller or not present in that population and could be further reduced if the roxa dose was lowered, as FGEN proposed.

FGEN also presented results suggesting roxa treatment in NDD patients was associated with a 5.1 ug/dl mean increase in serum iron vs. 0.6 ug/dl for placebo treated patients. In DD patients treated with roxa, serum iron increased 3.6 ug/dl compared to a 6.7 ug/dl decrease in ESA treated patients. The FDA did not present analysis of patient iron levels during the AdCom. In our view, roxa's benefit for increasing serum iron availability is clear in the NDD population in comparison to placebo, which had no meaningful impact. ESAs and roxa reduced ferritin levels in the DD population according to FGEN's presentation; however, only roxa increased serum iron. The company's presenter hypothesized that reduced ferritin level was a marker for intracellular iron release after roxa treatment. If that were the case, we would expect serum iron to increase in the ESA treated DD population, which FGEN showed also had a decrease in ferritin; however, ESA treated patients had a reduction in serum iron. Overall we view roxa's efficacy on the secondary measures as more clearly demonstrated in the NDD population (vs. placebo) compared to DD (vs. ESA) for reducing the need for RBC transfusions and improving serum iron.

**FDA Linked Roxa to Higher Risk of Thrombotic Serious Adverse Events**

The FDA presented analysis of roxa's safety in NDD patients using the "on treatment" ascertainment window plus 7 days (OT+7). This analysis captured adverse events (AEs) through 7 days after the last dose of either roxa or placebo. The FDA found that roxa treatment was associated with higher relative risk of serious thrombotic AEs including shunt thrombosis, deep vein thrombosis (DVT), and pulmonary embolism (PE) (Exhibit 2). The agency's reviewers pointed out that these elevated risks were also elevated in the DD population in comparison to ESAs. The FDA noted that this risk elevation vs. ESAs was concerning because ESAs are already known to have higher risk for thrombotic events. This sentiment was echoed by many AdCom members during discussions of roxa's safety in the

**6**

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



DD population. The FDA noted that most thrombosis events were serious AEs (SAEs), which was further concerning to them (140 SAEs/195 total thrombosis AEs). Unlike most medicines, roxa appears to cause more serious adverse events than minor ones.

FGEN agreed with the FDA during the AdCom that roxa was associated with increased risk of thrombotic events, including DVT, PE, stroke and shunt thrombosis. The company proposed labeling restrictions and a Hb monitoring requirement to address these concerns, but AdCom members did not believe these suggestions were adequate in the face of the safety signals presented.

**Exhibit 2: FDA Analysis of NDD Safety Results**

### Serious Adverse Events, NDD Pooled Studies (OT+7)

| | Patients with events (%) | | Events (per 100 PY) | | Risk Difference (per 100 P-Y) | Relative Risk Based on P-Y |
|---|---|---|---|---|---|---|
| | Roxadustat N = 2386 | Placebo N = 1884 | Roxadustat 3871 P-Y | Placebo 2323 P-Y | | |
| **Thromboembolic** | | | | | | |
| Thrombotic events | 140 (5.87) | 58 (3.08) | 3.62 | 2.50 | 1.1 | 1.45 |
| Device/shunt thrombosis | 36 (1.51) | 8 (0.42) | 0.93 | 0.34 | 0.6 | 2.70 |
| Deep vein thrombosis (term) | 20 (0.84) | 2 (0.11) | 0.52 | 0.09 | 0.4 | 6.00 |
| Myocardial infarction FDA | 54 (2.26) | 31 (1.65) | 1.40 | 1.33 | 0.1 | 1.05 |
| Stroke | 53 (2.22) | 26 (1.38) | 1.37 | 1.12 | 0.3 | 1.22 |
| Ischemic stroke | 31 (1.30) | 14 (0.74) | 0.80 | 0.60 | 0.2 | 1.33 |
| Pulmonary embolism (term) | 8 (0.34) | 1 (0.05) | 0.21 | 0.04 | 0.2 | 4.80 |
| **Central Nervous System** | | | | | | |
| Intracranial hemorrhage | 24 (1.01) | 6 (0.32) | 0.62 | 0.26 | 0.4 | 2.40 |
| Seizure FDA | 9 (0.38) | 1 (0.05) | 0.2 | 0.0 | 0.2 | 5.40 |
| **Infection** | | | | | | |
| Sepsis/septic shock | 87 (3.65) | 22 (1.17) | 2.25 | 0.95 | 1.3 | 2.37 |
| Urinary tract infection | 100 (4.19) | 53 (2.81) | 2.58 | 2.28 | 0.3 | 1.13 |
| Infection, bacterial | 49 (2.05) | 17 (0.9) | 1.27 | 0.73 | 0.5 | 1.73 |
| Peritonitis | 28 (1.17) | 10 (0.53) | 0.72 | 0.43 | 0.3 | 1.68 |
| **Miscellaneous** | | | | | | |
| Acute kidney injury FDA | 79 (3.31) | 42 (2.23) | 2.04 | 1.81 | 0.2 | 1.13 |
| Hyperkalemia (term) | 56 (2.35) | 22 (1.17) | 1.45 | 0.95 | 0.5 | 1.53 |
| Fracture | 45 (1.89) | 19 (1.01) | 1.16 | 0.82 | 0.3 | 1.42 |

"Term" denotes a single adverse event preferred term.

Other listings are queries that combine multiple, related preferred terms.

FDA = FDA query
P-Y = patient-year

*Source: FDA AdCom presentation; NDD non-dialysis dependent*

**Adverse Events Likely Higher in Roxa Arm**

The FDA's analysis of risk by 100 person years suggested that roxa treatment is associated with 1.1 additional patients with thrombosis SAE per 100 treated patients in a year compared to placebo in NDD (Exhibit 2). In the DD population the FDA's analysis suggested 1.9 additional patients would have a thrombosis SAE compared to those treated with ESAs. We estimate there are ~20mm NDD CKD patients in the US, of which ~590k have anemia. If all of these patients were treated with roxa, based on the relative risks identified in the FDA's analysis, we would expect over 6k additional thrombosis SAEs per year compared to treatment with ESA.

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



### Serious Infections and Seizure Risk Also Elevated in Roxa Treated NDD Patients

The agency also identified increased risks of seizure and infections associated with roxa treatment in the NDD population (Exhibit 2). The FDA's presenters noted that a large proportion of these events were considered SAEs, similar to their finding for thrombosis. Most of the identified sepsis AEs (87 SAEs/100 total sepsis AEs) were serious vs. non-serious in nature, and similarly over a third of seizure AEs as well (9 SAEs/24 total seizure AEs). The FDA's AE analysis also showed that roxa treated patients had a higher risk of nausea, vomiting, and headaches between the NDD and DD safety results.

### Many "No" Votes Driven by Elevated Cardiovascular and Mortality Risk

The most common reason for a "No" vote cited by AdCom members was their perception that roxa was associated with higher cardiovascular risk and potentially higher risk of death. The FDA presented analysis of Major Adverse Cardiovascular Events (MACE), which includes an All-Cause Mortality (ACM) component (Exhibit 3). In the NDD population the pre-agreed ascertainment window was the "on study" window, which follows patients from randomization through to the end of the study. In DD the pre-specific window was OT+7. A statistics expert on the AdCom commented that the "on treatment" (OT) analyses were systematically confounded and advised the committee to only consider the "on study" analyses.

**Exhibit 3: FDA Analysis of MACE in NDD**



| NDD | | Number of Events/ PY/ Rate Roxadustat (N = 2386) | Placebo (N = 1884) | HR [95% CI] |
|---|---|---|---|---|
| MACE (On-Study) | | 480/ 4510/ 10.6 | 350/ 3406/ 10.3 | 1.10 [0.96, 1.27] |
| MACE (OT+7) | | 277/ 3843/ 7.2 | 131/ 2332/ 5.6 | 1.38 [1.11, 1.70] |
| Myocardial Infarction (On-Study) | | 86/ 4521/ 1.9 | 52/ 3396/ 1.5 | 1.29 [0.90, 1.85] |
| Myocardial Infarction (OT+7) | | 72/ 3869/ 1.9 | 37/ 2340/ 1.6 | 1.22 [0.81, 1.84] |
| Stroke (On-Study) | | 56/ 4546/ 1.2 | 36/ 3411/ 1.1 | 1.25 [0.82, 1.90] |
| Stroke (OT+7) | | 48/ 3888/ 1.2 | 21/ 2350/ 0.9 | 1.53 [0.91, 2.57] |
| All-cause Mortality (On-Study) | | 400/ 4798/ 8.3 | 301/ 3721/ 8.1 | 1.08 [0.93, 1.26] |
| All-cause Mortality (OT+7) | | 183/ 3914/ 4.7 | 85/ 2358/ 3.6 | 1.40 [1.08, 1.82] |

← Favor Roxadustat    Favor Placebo →

*Source: FDA AdCom presentation; NDD non-dialysis dependent, MACE Major Adverse Cardiovascular Events*

The FDA presented a hazard ratio (HR) point estimate for MACE of 1.10 (95% CI 0.96-1.27) in the NDD population and concluded that roxa was not associated with significantly more risk compared to placebo (Exhibit 3). In DD, the "on study" MACE HR was 1.14 (95% CI 1.00-1.30) vs. ESA, which the FDA's presentation noted "Suggests increased risk of MACE relative to ESA" (Exhibit 4). The agency's "on study" analysis of All-Cause Mortality identified an HR of 1.17 (95% CI 1.02-1.35) for roxa vs. ESAs. This finding was concerning for many

**8**

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



AdCom members, who noted that ESAs were already labeled for increased MACE and mortality risk. The committee questioned roxa's utility given only comparable efficacy vs. ESAs in the DD population, and potentially more safety risk.

**Exhibit 4: FDA Analysis of MACE in DD**

| DD | | Number of Events/ PY/ Rate | | HR [95% CI] |
|---|---|---|---|---|
| | | Roxadustat (N = 1940) | Epoetin alfa (N = 1940) | |
| MACE (OT+7) | ⊢■⊣ | 306/ 3261/ 9.4 | 339/ 3660/ 9.3 | 1.02 [0.88, 1.20] |
| MACE (On-Study) | ■⊣ | 482/ 3899/ 12.4 | 451/ 4151/ 10.9 | 1.14 [1.00, 1.30] |
| Myocardial Infarction (OT+7) | ⊢■⊣ | 103/ 3279/ 3.1 | 109/ 3690/ 3.0 | 1.07 [0.81, 1.40] |
| Myocardial Infarction (On-Study) | ⊢■⊣ | 124/ 3918/ 3.2 | 115/ 4174/ 2.8 | 1.14 [0.88, 1.47] |
| Stroke (OT+7) | ⊢■⊣ | 45/ 3330/ 1.4 | 50/ 3746/ 1.3 | 1.03 [0.68, 1.55] |
| Stroke (On-Study) | ⊢■⊣ | 58/ 3986/ 1.5 | 60/ 4236/ 1.4 | 1.04 [0.72, 1.50] |
| All-cause Mortality (OT+7) | ⊢■⊣ | 207/ 3350/ 6.2 | 232/ 3777/ 6.1 | 1.02 [0.85, 1.23] |
| All-cause Mortality (On-Study) | ⊢■⊣ | 413/ 4179/ 9.9 | 369/ 4396/ 8.4 | 1.17 [1.02, 1.35] |

0.5    1    2
Hazard Ratio

← Favor Roxadustat    Favor Epoetin alfa →

*Source: FDA AdCom presentation; DD dialysis dependent, MACE Major Adverse Cardiovascular Events*

**Excluded Trials Showed Even Higher Safety Risks**

FGEN's safety database included two studies that the FDA analyzed separately due to design differences. FGEN excluded these trials from their "pooled" analysis presented to the AdCom and that forms the basis of their filing for FDA approval. Study 610 in NDD was open label and ESA-controlled (darbepoetin alfa), compared to placebo controls for the other three NDD studies. Study 613 in DD compared roxa to two ESAs, epoetin alfa or darbepoetin alfa, compared to just epoetin alfa in the other three DD studies.

In the FDA's analysis of the 610 (NDD) and 613 (DD) phase III trials using the "on study" ascertainment window, the HR for mortality (ACM) was 0.94 (95% CI 0.60-1.46) and 1.54 (95% CI 1.09-2.16) (Exhibit 5). FGEN's analysis of study 613 in the briefing documents showed an ACM HR of 1.67 (95% CI 1.12-2.50) (Exhibit 6). The ACM HR in study 613 did not overlap 1.0 by either party's analysis, and therefore suggests that there was a statistically significant increase in mortality risk for roxa in this trial compared to the ESA control arm. In nearly all studies and analyses presented, the mortality was never lower than the control group for roxadustat, and in some studies and cohorts the mortality was numerically and statistically higher.

9

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



---

**Exhibit 5: FDA's All-Cause Mortality Analysis for Studies 610 and 613**

---



*Source: FDA AdCom presentation*

On the MACE endpoint in study 610 (NDD) using the "on study" ascertainment window, the FDA found an HR of 0.89 (95% CI 0.60-1.33) compared to an HR of 1.10 (95% CI 0.96-1.27) for the pooled NDD analysis. Study 610 was in comparison to an ESA; however, the wide confidence interval merely suggests to us that roxa was comparable to the ESA control in that NDD study, whereas it was numerically inferior to placebo in the FDA's pooled analysis of the other three trials.

In study 613 (DD), FDA reported a MACE HR of 1.39 (95% CI 1.01-1.91) vs. HR of 1.14 (95% CI 1.00-1.30) for the pooled analysis again by the "on study" analysis. This suggests to us that the excluded study showed a significant increase in MACE risk for roxa compared to ESA, in addition to the increased mortality risk mentioned above. AdCom members highlighted these cardiac and mortality safety risks during the committee's discussion and noted the risks contributed to their "No" votes.

**10**

Zurek00000079



---

**Exhibit 6: FGEN MACE and ACM Analysis for Studies 610 and 613**

**Figure 42:    Study 610: Forest Plot of Primary Analysis of MACE, MACE+, and ACM**



**Figure 71:    Study 613: Forest Plot of MACE, MACE+, and ACM**



*Source: FGEN briefing documents*

### FGEN's 11th Hour Risk-Mitigating Proposals Rejected by AdCom

At one point in their presentation, FGEN presented a theoretical (statistical modelling) analysis of the hypothetical outcomes for a modified dosing schedule (Exhibit 7, top) with slower and lower doses at each Hb response level. The company also suggested that they expected to include warnings about thrombotic events and seizures and infection risks in the product label. Finally, they also indicated that they planned to conduct a phase IV study to confirm the safety profile when CKD patients were treated with the modified dosing schedule (Exhibit 7, bottom). These proposals, which the FDA's reviewers had not seen or studied in detail, did not impress or reassure the AdCom members, and are unlikely to have moved the FDA. The FDA's Dr. Unger noted during the AdCom that FGEN communicated these proposals to the agency "recently" and they had not reviewed them to date. The AdCom members commented that while FGEN's proposals were reasonable and might address some of the safety concerns the committee had for roxa, the proposed dosing was not evaluated as part of the company's clinical program and therefore was not meaningful for potential approval of the product. Several AdCom members recommended that the company conduct additional clinical studies with the proposed dosing regimen to demonstrate any hypothesized risk reduction. One AdCom member was skeptical that even if a modified dosing regimen could address the Hb increase "overshoot," some of the safety risks for roxa

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



may be fundamentally tied to the drug's HIF-PH inhibition mechanism, in their view. We are inclined to adopt this stance as well, given the issues with AKBA's vadadustat and now roxadustat from FGEN.

**Exhibit 7: FGEN Proposals to Address Safety Signals**



## Risk Mitigation in Proposed Product Labeling

- **Thrombotic events**
  - Dosing changes (lower starting doses, Hb 10-11 g/dL, maximum 3 consecutive dose increases in non-responsive patients)
  - Monitor Hb during treatment (i.e., when initiating or adjusting therapy, monitor Hb levels at least every two weeks until stable, then monitor every 4 weeks)
  - Consider withholding treatment for severe or life-threatening thrombosis and manage all thromboses promptly
- **Seizures**
  - Advise patients to promptly report new onset seizures, premonitory symptoms, or increase in seizure frequency or severity to their healthcare provider
  - Use caution in patients with a history of seizure
- **Serious infections**
  - Avoid starting roxadustat in patients with an active severe or serious infection
  - Monitor patients for signs and symptoms of infection and promptly treat

Source: FGEN AdCom presentation

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



## VALUATION

Our 12-month price target for FGEN is $35/share and is based on DCF methodology. We include probability-weighted roxadustat royalties and milestone payments from Astellas (EU and Japan) and the 50% roxadustat profit-share with AZN in China. We assume 65% probabilities of success (PoS) for the dialysis dependent and non-dialysis dependent chronic kidney disease (CKD) indication in the EU. We currently model 35% PoS for pamrevlumab in idiopathic pulmonary fibrosis (IPF), 25% for pancreatic cancer, and 15% for Duchene muscular dystrophy (DMD). We assume an 11.0% discount rate, which we believe is appropriate given our probability-weighted sales, and include a -25% terminal growth rate beyond 2034E.

## RISKS TO VALUATION

The main risks to our valuation for FibroGen include any delay or disappointment with the development, regulatory approval, and commercialization of their two clinical development programs, roxadustat and pamrevlumab. The main risks to the outlook and value of roxadustat are any uncertainty, data irregularities, or other liabilities identified by the FDA in their review of the application, or any failure to secure broad labelling for CKD indications in the initial launch label. The main risks to pamrevlumab are that the confirmatory phase III trials now, or soon to be, underway in pancreatic cancer, IPF, and DMD fail to confirm the positive signals that emerged from the phase II trials.

**13**

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

## FIBROGEN, INC.

July 16, 2021
**SVB Leerink Catalyst
Tracker**

| Stock (Ticker Symbol) | Lateral Impact (Other companies/ stocks) | Drug (Brand or chemical name) / Instrument / Area | Indication / Product Class | Type of Event | Event or Trial Details | Expected Timing | Specific Event Date if known or specified | Impact H(igh) > 9% M(edium) 3 - 9% L(ow) < 2% | Estimated Stock Up/Down % on Best/Worst Outcomes | SVB Leerink View of Expected Outcome |
|---|---|---|---|---|---|---|---|---|---|---|
| FGEN | AZN, Astellas | Roxadustat | CIA | Phase 2 Data Announcement | Phase 2 topline results in mid-2021 | 3Q21 | | M | | Neutral |
| FGEN | AZN, Astellas | Roxadustat | MDS | Phase 3 Results Announcement | | 1H22 | | M | | Neutral |
| FGEN | | Pamrevlumab | LAPC | Phase 3 Results Announcement | | 2H22 | | M | | Neutral |
| FGEN | | Pamrevlumab | DMD | Phase 3 Results Announcement | | 2H22 | | M | | Neutral |

*Source: SVB Leerink LLC Equity Research and Company Filings*

**14**

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021

| SVB Leerink FibroGen Income Statement Model | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | 2020A | 1Q21A | 2Q21E | 3Q21E | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E | 2024E |
| Roxadustat Royalties and Profits | $73 | $18 | $24 | $30 | $36 | $107 | $41 | $49 | $53 | $61 | $204 | $303 | $272 |
| Pamrevlumab Sales | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $21 | $126 |
| License/Milestone Payments | $14 | $0 | $165 | $0 | $0 | $165 | $0 | $0 | $37 | $0 | $37 | $37 | $37 |
| Development and Other Revenue | $89 | $21 | $10 | $10 | $10 | $51 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total revenue** | **176** | **$38** | **$199** | **$40** | **$46** | **$323** | **$41** | **$49** | **$90** | **$61** | **$241** | **$361** | **$435** |
| | | | | | | | | | | | | | |
| Expenses: | | | | | | | | | | | | | |
| Cost of sales | $9 | $3 | $3 | $3 | $3 | $13 | $8 | $9 | $9 | $9 | $35 | $35 | $47 |
| R&D, non-GAAP | $253 | $75 | $83 | $69 | $49 | $275 | $34 | $36 | $36 | $37 | $143 | $129 | $121 |
| SG&A, non-GAAP | $106 | $31 | $40 | $33 | $27 | $130 | $26 | $26 | $26 | $27 | $105 | $134 | $165 |
| **Total expenses** | **$368** | **$109** | **$126** | **$104** | **$79** | **$418** | **$68** | **$71** | **$71** | **$73** | **$282** | **$297** | **$332** |
| | | | | | | | | | | | | | |
| Operating income (EBIT) | ($192) | ($70) | $73 | ($65) | ($33) | ($95) | ($27) | ($21) | $19 | ($12) | ($41) | $64 | $103 |
| Nonoperating income (interest), net | $3 | ($1) | $3 | $4 | $3 | $10 | $3 | $3 | $4 | $4 | $14 | $17 | $22 |
| Pre-tax income | ($189) | ($71) | $77 | ($61) | ($30) | ($85) | ($24) | ($18) | $23 | ($8) | ($27) | $81 | $125 |
| Tax (incl. NOL adjustment) | $0 | $0 | $3 | $0 | $0 | $3 | $0 | $0 | $1 | $0 | $1 | $3 | $5 |
| **Pro Forma Earnings (Excluding Options Expense):** | | | | | | | | | | | | | |
| **Net income** | **($189)** | **($72)** | **$73** | **($61)** | **($30)** | **($89)** | **($24)** | **($18)** | **$22** | **($8)** | **($28)** | **$78** | **$120** |
| | | | | | | | | | | | | | |
| **GAAP EPS (diluted)** | **($2.11)** | **($0.78)** | **$0.80** | **($0.66)** | **($0.33)** | **($0.97)** | **($0.26)** | **($0.19)** | **$0.22** | **($0.09)** | **($0.30)** | **$0.78** | **$1.19** |
| Weighted ave. shares (basic): | 90 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 |
| Weighted ave. shares (diluted): | 90 | 92 | 92 | 92 | 92 | 92 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

*Source: SVB Leerink Research and Company Filings*

**15**

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021

| FGEN | 2020A | 2021E | 2022E | 2023E | 2024E | 2025E | CAGR |
|---|---|---|---|---|---|---|---|
| | FY | FY | FY | FY | FY | FY | '21-25 |
| **License/Milestone revenue** | | | | | | | |
| New | | $210 | $37 | $37 | $37 | $37 | (35%) |
| Old | $95 | $290 | $102 | $102 | $102 | $0 | N/A |
| Change | | ($80) | ($65) | ($65) | ($65) | $37 | |
| *% Change* | | *(28%)* | *(63%)* | *(63%)* | *(63%)* | | |
| **Roxadustat US/China royalties/profits (AZN)** | | | | | | | |
| New | | $88 | $161 | $244 | $209 | $226 | 27% |
| Old | $73 | $114 | $216 | $336 | $351 | $425 | 39% |
| Change | | ($26) | ($55) | ($91) | ($142) | ($199) | |
| *% Change* | | *(23%)* | *(25%)* | *(27%)* | *(40%)* | *(47%)* | |
| **Roxadustat EU/Japan royalties (Astellas)** | | | | | | | |
| New | | $19 | $43 | $58 | $63 | $63 | 35% |
| Old | $0 | $15 | $40 | $60 | $75 | $86 | 56% |
| Change | | $4 | $3 | ($2) | ($12) | ($23) | |
| *% Change* | | *29%* | *8%* | *(4%)* | *(16%)* | *(26%)* | |
| **Total roxadustat royalties/profits** | | | | | | | |
| New | | $107 | $204 | $303 | $272 | $290 | 28% |
| Old | $73 | $129 | $256 | $396 | $426 | $511 | 41% |
| Change | | ($22) | ($52) | ($94) | ($154) | ($222) | |
| *% Change* | | *(17%)* | *(20%)* | *(24%)* | *(36%)* | *(43%)* | |
| **Pamrevlumab revenue** | | | | | | | |
| New | | $0 | $0 | $21 | $126 | $321 | N/A |
| Old | $0 | $0 | $0 | $25 | $140 | $355 | N/A |
| Change | | $0 | $0 | ($4) | ($14) | ($34) | |
| *% Change* | | *N/A* | *N/A* | *(16%)* | *(10%)* | *(9%)* | |
| **License/milestone revenue** | | | | | | | |
| New | | $165 | $37 | $37 | $37 | $37 | (31%) |
| Old | $14 | $245 | $102 | $102 | $102 | $102 | (20%) |
| Change | | ($80) | ($65) | ($65) | ($65) | ($65) | |
| *% Change* | | *(33%)* | *(63%)* | *(63%)* | *(63%)* | *(63%)* | |
| **Collaboration revenue** | | | | | | | |
| New | | $45 | $0 | $0 | $0 | $0 | (100%) |
| Old | $81 | $45 | $0 | $0 | $0 | $0 | (100%) |
| Change | | $0 | $0 | $0 | $0 | $0 | |
| *% Change* | | *0%* | *N/A* | *N/A* | *N/A* | *N/A* | |
| **Total Revenue** | | | | | | | |
| **New** | | **$323** | **$241** | **$361** | **$435** | **$648** | **19%** |
| Old | $176 | $424 | $358 | $524 | $668 | $969 | 23% |
| Change | | ($102) | ($117) | ($163) | ($233) | ($320) | |
| *% Change* | | *(24%)* | *(33%)* | *(31%)* | *(35%)* | *(33%)* | |
| *% Growth* | | *83%* | *(25%)* | *50%* | *20%* | *N/A* | |
| Recent Consensus | 381.2 | $332 | $444 | $599 | $812 | 21% | |
| *% Difference* | | *(15%)* | *(27%)* | *(19%)* | *(27%)* | *(20%)* | |

*Source: SVB Leerink Research, Company Filings, VisibleAlpha Consensus*

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

## FIBROGEN, INC.

July 16, 2021

| | 2020A | 2021E | 2022E | 2023E | 2024E | 2025E | CAGR |
|---|---|---|---|---|---|---|---|
| | FY | FY | FY | FY | FY | FY | '21-25 |
| **COGS** | | | | | | | |
| New | | $13 | $35 | $35 | $47 | $66 | *50%* |
| Old | $9 | $17 | $50 | $57 | $77 | $102 | *57%* |
| Change | | ($4) | ($15) | ($23) | ($31) | ($36) | |
| *% Change* | | *(22%)* | *(31%)* | *(39%)* | *(40%)* | *(35%)* | |
| **R&D** | | | | | | | |
| New | | $275 | $143 | $129 | $121 | $152 | *(14%)* |
| Old | $253 | $275 | $285 | $280 | $231 | $247 | *(3%)* |
| Change | | $0 | ($143) | ($151) | ($110) | ($95) | |
| *% Change* | | *0%* | *(50%)* | *(54%)* | *(48%)* | *(39%)* | |
| **SG&A** | | | | | | | |
| New | | $130 | $105 | $134 | $165 | $208 | *13%* |
| Old | $106 | $165 | $185 | $200 | $189 | $213 | *7%* |
| Change | | ($35) | ($80) | ($66) | ($24) | ($5) | |
| *% Change* | | *(21%)* | *(43%)* | *(33%)* | *(13%)* | *(2%)* | |
| **Operating Expenses** | | | | | | | |
| New | | $418 | $282 | $297 | $332 | $426 | *0%* |
| Old | $368 | $457 | $520 | $537 | $497 | $610 | *7%* |
| Change | | ($39) | ($238) | ($239) | ($165) | ($184) | |
| *% Change* | | *(8%)* | *(46%)* | *(45%)* | *(33%)* | *(30%)* | |
| **Operating Income (Loss)** | | | | | | | |
| New | | ($95) | ($41) | $64 | $103 | $222 | *N/A* |
| Old | ($192) | ($32) | ($162) | ($13) | $171 | $359 | *N/A* |
| Change | | ($63) | $121 | $77 | ($68) | ($137) | |
| *% Change* | | *193%* | *(75%)* | *(597%)* | *(40%)* | *(38%)* | |
| **Net Income (Loss)** | | | | | | | |
| New | | ($89) | ($28) | $78 | $120 | $239 | *N/A* |
| Old | ($189) | ($26) | ($147) | $4 | $190 | $372 | *N/A* |
| Change | | ($63) | $119 | $74 | ($70) | ($133) | |
| *% Change* | | *243%* | *(81%)* | *1,978%* | *(37%)* | *(36%)* | |
| **GAAP EPS, diluted** | | | | | | | |
| **New** | | **($0.97)** | **($0.30)** | **$0.78** | **$1.19** | **$2.38** | *N/A* |
| Old | ($2.11) | ($0.28) | ($1.60) | $0.04 | $1.89 | $3.78 | *N/A* |
| Change | | ($0.69) | $1.30 | $0.74 | ($0.70) | ($1.41) | |
| *% Change* | | *243%* | *N/A* | *1,978%* | *(37%)* | *(37%)* | |
| *% Growth* | | *N/A* | *N/A* | *N/A* | *3,088%* | *26%* | |
| Recent Consensus | | ($1.06) | ($2.19) | ($0.74) | $0.55 | $2.35 | *N/A* |
| *% Difference* | | *N/A* | *N/A* | *N/A* | *115%* | *1%* | |
| **Share Count, diluted** | | | | | | | |
| New | | 91.8 | 92.0 | 92.2 | 92.4 | 98.3 | *2%* |
| Old | 89.9 | 91.8 | 92.0 | 92.2 | 92.4 | 98.3 | *2%* |
| Change | | 0 | 0 | 0 | 0 | 0 | |
| *% Change* | | *0%* | *0%* | *0%* | *0%* | *0%* | |

*Source: SVB Leerink Research, Company Filings, VisibleAlpha Consensus*

**17**

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021

**FGEN - Discounted Cash Flow Analysis 2020-2033**

Advisory Committee    7/15/2021

| FGEN DCF Valuation Assumptions | |
|---|---|
| Discount rate used | |
| Discount rate used | 11.0% |
| Terminal value growth rate | -25% |
| % of Enterprise Value from Terminal Value | 19% |

*($ in Millions  Except EPS)*

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow (Net cash from operating activities) ($M) | ($28) | ($68) | ($29) | $58 | $99 | $192 | $316 | $483 | $617 | $720 | $784 | $838 | $885 | $967 | $1,045 |
| y/y growth | 58% | 143% | -57% | -297% | 71% | 95% | 64% | 53% | 28% | 17% | 9% | 7% | 6% | 9% | 8% |

| | |
|---|---|
| Shares Outstanding (M) (2021) | 100 |
| Terminal Value ($M) | $2,176 |
| Discounted Terminal Value ($M) (to 2021) | $560 |
| Total NPV of cash flows + TV | $2,934 |
| Total NPV per share | $29 |
| Cash balance at end Q2 2021 ($M) | $542 |
| Estimated cash balance per share end 2021 ($) | $5.43 |
| **Total Value per Share Incl Cash (Entire Co)** | **$35** |

*Source   Company filings  SVB Leerink estimates*

**18**

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



## Disclosures Appendix

## Analyst Certification

I, Geoffrey C. Porges, MBBS, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



| Rating and Price Target History for: FibroGen, Inc. (FGEN) as of 07-15-2021 |
|---|

| 07/31/18 OP:$79 | 08/08/18 OP:$80 | 09/11/18 OP:$82 | 10/15/18 OP:$84 | 11/09/18 OP:$85 | 04/15/19 OP:$84 | 05/10/19 OP:$85 | 09/20/19 OP:$86 | 11/11/19 OP:$84 | 11/29/19 OP:$91 | 03/03/20 OP:$85 | 05/08/20 OP:$80 | 08/07/20 OP:$84 | 09/08/20 OP:$90 | 11/06/20 OP:$92 |

| 12/21/20 OP:$91 | 03/02/21 OP:$64 | 04/07/21 OP:$56 |

| Leerink initiated coverage of FGEN with an Outperform rating on December 9, 2014. |
|---|

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

## Valuation

Our 12-month price target for FGEN is $35/share and is based on DCF methodology. We include probability-weighted roxadustat royalties and milestone payments from Astellas (EU and Japan) and the 50% roxadustat profit-share with AZN in China. We assume 65% probabilities of success (PoS) for the dialysis dependent and non-dialysis dependent chronic kidney disease (CKD) indication in the EU. We currently model 35% PoS for pamrevlumab in idiopathic pulmonary fibrosis (IPF), 25% for pancreatic cancer, and 15% for Duchene muscular dystrophy (DMD). We assume an 11.0% discount rate, which we believe is appropriate given our probability-weighted sales, and include a -25% terminal growth rate beyond 2034E.

## Risks to Valuation

The main risks to our valuation for FibroGen include any delay or disappointment with the development, regulatory approval, and commercialization of their two clinical development programs, roxadustat and pamrevlumab. The main risks to the outlook and value of roxadustat are any uncertainty, data irregularities, or other liabilities identified by the FDA in their review of the application, or any failure to secure broad labelling for CKD indications in the initial launch label. The main risks to pamrevlumab are that the confirmatory phase III trials now, or soon to be, underway in pancreatic cancer, IPF, and DMD fail to confirm the positive signals that emerged from the phase II trials.

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021





Rating and Price Target History for: AstraZeneca PLC (AZN) as of 07-15-2021

Leerink suspended coverage of AZN on March 19, 2018.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

## Valuation

We value AstraZeneca (AZN) at $63 per ADS based on the results of our discounted cash flow (DCF) analysis, which contemplates our free cash flow forecasts through 2030, assuming a 1.5% terminal growth rate and a weighted average cost of capital (WACC) of 7.0%.

## Risks to Valuation

- Clinical trial risk: AstraZeneca has numerous late-stage clinical assets, including Enhertu (trastuzumab deruxtecan) and roxadustat, as well as several approved products with meaningful label expansion opportunities dependent on successful clinical trials, including Imfinzi, Lynparza, and Calquence. Clinical trial failure for late-stage clinical assets represents a risk to our current price target.

- Regulatory risk: Even with positive clinical trial results, marketing authorization requires approval from regulators in various jurisdictions. Regulatory delays or rejections of applications for key pipeline products would represent a risk to our current valuation.

- Competitive risk: AstraZeneca markets products in competitive therapeutic areas, including oncology, renal/cardiovascular, and respiratory. This competition could lead to AZN product sales that are materially below our estimates, representing a risk to our current price target.

- Pricing and reimbursement: Legislation affecting drug pricing, including proposed legislation in the U.S. that could link drug prices to international benchmarks, is a risk for all commercial pharmaceutical companies, including AstraZeneca.

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



**SVBLEERINK**

| Distribution of Ratings/Investment Banking Services (IB) as of 06/30/21 | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OP] | 196 | 76.3 | 101 | 51.5 |
| HOLD [MP] | 57 | 22.2 | 9 | 15.8 |
| SELL [UP] | 4 | 1.6 | 0 | 0.00 |

## Explanation of Ratings

Outperform (Buy): We expect this stock to outperform its benchmark over the next 12 months.

Market Perform (Hold/Neutral): We expect this stock to perform in line with its benchmark over the next 12 months.

Underperform (Sell): We expect this stock to underperform its benchmark over the next 12 months.

The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.

For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

**FIBROGEN, INC.**

July 16, 2021



# Important Disclosures

**This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110. Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2. SVB Leerink MEDACorp LLC ("MEDACorp") is a global network of independent healthcare professionals (Key Opinion Leaders and consultants). MEDACorp is a wholly-owned subsidiary of SVB Leerink Holdings LLC and an affiliate of SVB Leerink LLC. MEDACorp provides industry and market insights to SVB Leerink and its clients.**

**SVB Leerink LLC makes a market in FibroGen, Inc. and AstraZeneca PLC.**

**In the past 12 months, an affiliate of SVB Leerink LLC has received compensation for providing non-securities services to AstraZeneca PLC.**

**This document may not be reproduced or circulated without our written authority.**

**© 2021 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.**

The recommendation contained in this report was produced at July 16, 2021 7:08 A.M. EDT. and disseminated at July 16, 2021 7:08 A.M. EDT.

mtung@Fibrogen.com Michael Tung 07/16/21 03:08:45 PM Fibrogen

Zurek00000079

# EQUITY RESEARCH TEAM

**SVBLEERINK**

## RESEARCH MANAGEMENT

**Jim Kelly**
Director of Equity Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Associate Director of Equity Research
(212) 277-6117
christian.clark@svbleerink.com

## DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Na Sun
(212) 277-6218
na.sun@svbleerink.com

Anna Baran, CFA
(212) 277-6204
anna.baran@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

Christopher Liu, Pharm.D.
(212) 277-6192
christopher.liu@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

Jeffrey La Rosa
(212) 277-6103
jeffrey.larosa@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Greco Song, Ph.D.
(212) 277-6221
Greco.song@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

M ke Kratky, CFA
(212) 277-6111
m ke.kratky@svbleerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

Kelly Girskis, Ph.D.
(617) 918-4838
kelly.girskis@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Westley Dupray, CFA
(617) 918-4549
westley.dupray@svbleerink.com

Scott Mafale
(212) 277-6107
scott.mafale@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang, CFA
(212) 277-6087
rebecca.wang@svbleerink.com

Priya Sachdeva
(212) 277-6095
priya.sachdeva@svbleerink.com

## MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

Erin S. Fahey
(212) 277-6136
erin.fahey@svbleerink.com

## HEALTHCARE TECHNOLOGY & DISTRIBUTION

**Stephanie Davis, CFA**
(212) 277-6153
stephanie.davis@svbleerink.com

Joy Zhang, CFA
(212) 277-6021
joy.zhang@svbleerink.com

Joseph Civello
(212) 277-6093
joseph.civello@svbleerink.com

## EDITORIAL

### SR. EDITOR/SUPERVISORY ANALYST

Thomas A. Marsilio
(212) 277-6040
thomas.marsilio@svbleerink.com

### SUPERVISORY ANALYSTS

Robert Egan
bob.egan@svbleerink.com

Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

David A. Williamson, CFA
david.williamson@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE**
© 2021 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.

**AN SVB COMPANY**
**SVBLEERINK.COM**

Zurek00000079