COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendant
FibroGen, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
|---|---|
| | **CLASS ACTION** |
| | **DECLARATION OF MICHAEL LOWENSTEIN IN SUPPORT OF RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 191]** |

I, Michael Lowenstein, hereby declare as follows:

1. I submit this declaration pursuant to Civil Local Rules 7-11 and 79-5(f)(3) in response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, which seeks to seal various documents and redacted portions of Plaintiffs' Reply in Further Support of Motion for Class Certification (the "Reply"). I am presently the Chief Legal Officer of FibroGen, Inc. ("FibroGen"). I have personal knowledge of all facts stated in this declaration and would testify competently thereto if called upon as a witness.

2. Exhibits 29-31 contain highly sensitive and confidential information, including information relating to business decisions, strategies, and internal deliberations regarding Roxadustat, a drug FibroGen sought to commercialize for the treatment of anemia of chronic kidney disease (CKD). Ex. 29 contains draft meeting minutes from a confidential meeting between FibroGen and the FDA, reflecting discussions relating to the Roxadustat NDA and labeling negotiations. Ex. 30 is a confidential internal communication reflecting internal strategy discussions related to the presentation of certain Roxadustat efficacy analyses at the FDA Advisory Committee Meeting. Ex. 31 is a PowerPoint presentation prepared by FibroGen's partner, Astellas, reflecting confidential information regarding the status and content of discussions with regulators and internal strategy related to the Roxadustat regulatory applications (NDA and MAA) and the Roxadustat safety analyses and their underlying statistical methodology.

3. The public disclosure of this information would reveal highly sensitive, confidential, and proprietary business information and could cause FibroGen significant harm.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 30 2023 in _San Francisco, California._

/s/ _____
Michael Lowenstein

2