UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 191]** |

Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (collectively, "Lead Plaintiffs"), having brought a motion to consider whether another party's material should be sealed pursuant to Northern District of California Civil Local Rule 79-5(f) (the "Sealing Motion"), and the Court, having considered the submissions, and all pleadings and papers on file in this matter, and good cause appearing therefor, it is hereby Ordered as follows:

Plaintiffs' Sealing Motion is hereby GRANTED as to the following documents, which are attached as exhibits to the Declaration of David R. Kaplan in Support of Lead Plaintiffs' Sealing Motion (Dkt. No. 191), and which were designated as "Confidential" by Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, Pat Cotroneo, and/or K. Peony Yu (the "Designating Parties") pursuant to the Stipulated Protective Order previously entered in this case (Dkt. No. 144).

| DOCUMENT | PORTION TO BE SEALED | PARTY DESIGNATING |
|---|---|---|
| Lead Plaintiffs' Reply in further Support of Motion for Class Certification Class Certification Motion | Redacted portions on p.5, 9, 13, 14 | Defendant FibroGen |
| Ex. 29 to Kaplan Declaration ("Kaplan Decl.") (FGEN-CA-0004196) | Entire Document | Defendant FibroGen |
| Ex. 30 to Kaplan Decl. (FGEN-CA-0178193) | Entire Document | Defendant FibroGen |
| Ex. 31 to Kaplan Decl. (FGEN-CA-1113248 and FGEN-CA-1113249) | Entire Document | Defendant FibroGen |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Edward M. Chen
United States District Judge

[PROPOSED] ORDER RE PLF.'S MTN TO SEAL
3:21-CV-02623-EMC