COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MARK EISNER IN SUPPORT OF FIBROGEN'S OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS**<br><br>Date:   August 31, 2023<br>Time:  1:30 p.m.<br>Dept.:  5 – 17th Floor<br>Judge:    Hon. Edward M. Chen |

COOLEY LLP

I, Mark Eisner, hereby declare as follows:

1.    I submit this declaration in support of FibroGen's Opposition to Lead Plaintiffs' Motion for Spoliation Sanctions.  I am presently the Chief Medical Officer of FibroGen, Inc. ("FibroGen").  I have personal knowledge of all facts stated in this declaration and would testify competently thereto if called upon as a witness.

2.    I have served as Chief Medical Officer of FibroGen since December 21, 2020.

3.    On March 11, 2021, an employee of AstraZeneca told me that the primary pooled cardiovascular (CV) safety analyses in FibroGen's New Drug Application (NDA) included stratification factors that were identified after the data was unblinded.  I requested more information and members of the FibroGen and AstraZeneca teams held a meeting on March 15, 2021 to discuss this issue, and the cardiovascular safety methods and pooled statistical analysis plans.

4.    On March 24, 2021, I informed Enrique Conterno, the Chief Executive Officer of FibroGen, of the changes to the stratification factors.  Mr. Conterno and I met with FibroGen's Chief Legal Officer, Michael Lowenstein, on March 25, 2021.

5.    On April 2, 2021, I met with members of the FDA to discuss the labeling of the CV safety analyses in the NDA and FibroGen's plan to switch the labels for the primary and sensitivity analyses.  The FDA agreed that the results of the two sets of analyses were comparable.

6.    I have no specific recollection of a conversation with my administrative assistant, Carrie Autrand, about Dr. Yu's hard copy documents.  However, I work only with electronic documents and would not have had any need for hard copy documents that were available electronically.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on July 17, 2023 in ____Los Angeles, CA_____.


_____
Mark Eisner

Cooley LLP

EISNER DECL. ISO OPP TO MTN FOR
SPOLIATION SANCTIONS
3:21-CV-02623-EMC