COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
|---|---|
| | **CLASS ACTION** |
| | **DECLARATION OF MICHAEL LOWENSTEIN IN SUPPORT OF FIBROGEN'S OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS** |
| | Date:   August 31, 2023<br>Time:   1:30 p.m.<br>Dept.:   5 – 17th Floor<br>Judge:   Hon. Edward M. Chen |

COOLEY LLP

I, Michael Lowenstein, hereby declare as follows:

1.      I submit this declaration in support of FibroGen's Opposition to Lead Plaintiffs' Motion for Spoliation Sanctions.  I am presently the Chief Legal Officer of FibroGen, Inc. ("FibroGen").  I have personal knowledge of all facts stated in this declaration and would testify competently thereto if called upon as a witness.

2.      I have served as Chief Legal Officer (or in a similar position) of FibroGen since 2002.  In this position, I have served as the corporate secretary for meetings of the FibroGen Board of Directors.

3.      On March 27, 2021, I consulted with a regulatory attorney at Arnold & Porter about a possible internal review into Roxadustat's New Drug Application (NDA) submission.  Arnold & Porter was engaged on March 30, 2021 to conduct that review.

4.      On March 29, 2021, FibroGen's Board of Directors was informed that the primary pooled cardiovascular safety analyses in the Roxadustat NDA included stratification factors that were identified after the data was unblinded.  The Board consulted in-house and outside counsel and discussed next steps.  The Board decided to meet again before making a decision about a public disclosure.

5.      On April 3, 2021, FibroGen's Board met and discussed a draft press release to clarify the pooled cardiovascular safety analyses.  The Board decided to issue a press release, which was ultimately issued on April 6, 2021.

6.      The Roxadustat NDA is approximately 20-million pages, consisting of raw data collected in animal and human studies (including from all Phase 3 studies), all analyses submitted to the FDA, and all summary and supporting documents submitted to the FDA, including the Integrated Summary of Safety.  FibroGen maintains a copy of the entire NDA that was submitted to the FDA.

COOLEY LLP

LOWENSTEIN DECL. ISO OPP TO MTN FOR
SPOLIATION SANCTIONS
3:21-CV-02623-EMC

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 7, 2023 in San Francisco, CA_____.

_____
Michael Lowenstein