COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
| | **CLASS ACTION** |
| | **DECLARATION OF TIJANA M. BRIEN IN SUPPORT OF FIBROGEN'S OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS** |
| | Date:   August 31, 2023 |
| | Time:  1:30 p.m. |
| | Dept.:  5 – 17th Floor |
| | Judge:    Hon. Edward M. Chen |

I, Tijana M. Brien, declare:

1.    I am a partner at the law firm Cooley LLP, counsel for Defendants FibroGen, Inc. ("FibroGen" or the "Company"), Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo (collectively, "Individual Defendants," with FibroGen, "Defendants"), in the above-captioned matter.  I submit this declaration in support of FibroGen's Opposition to Lead Plaintiffs' Motion for Spoliation Sanctions.  The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2.    At the beginning of discovery in this matter, Defendants met and conferred with Plaintiffs to determine the scope of each party's discovery obligations.  Over the course of numerous meet-and-confer calls, the parties agreed that Defendants would re-produce to Plaintiffs the documents they had produced to the Securities and Exchange Commission ("SEC").  The last three documents that were produced to the SEC were the emails involving Richard Farley, Dorothy Pacini, and Dr. Peony Yu, related to the return of Dr. Yu's laptop, referenced in Plaintiffs' Motion for Spoliation Sanctions ("Motion").  (*See* Pls. Exs. 81, 31, 59.)

3.    While these re-productions were ongoing, the parties reached further agreements on custodians, search terms, and date ranges for additional review of Defendants' documents. FibroGen applied the agreed-upon search terms and date ranges to identify the universe of documents that would be reviewed for production.  Document review and production is ongoing, and FibroGen expects to produce tens of thousands of additional documents to Plaintiffs before the end of document discovery.

4.    I worked with our document database vendor, TransPerfect Legal Services ("TLS"), and Cooley's Litigation and E-Discovery Services ("LEDS") team to identify the volume and sources of data that were collected from FibroGen.  Based on the information provided from our database vendor and LEDS team, I determined that FibroGen has collected data from 31 different custodians—including each of the Individual Defendants, Tom Neff, and members of FibroGen's biostatistics, clinical, regulatory, legal, and investor relations teams—that totaled 9,763,020 documents, more than 4 Terabytes ("TB") of data.  6,233,533 of these documents are emails.  In

Cooley LLP
Attorneys at Law
Palo Alto

1

Brien Decl. ISO Opp to Mtn for
Spoliation Sanctions
3:21-cv-02623-EMC

particular:

- The collection of Mr. Neff's documents totaled 2,316,181 documents. 1,866,252 of these documents are emails.

- The collection of Dr. Yu's documents totaled 627,618 documents. 291,400 of these documents are emails.

- The collection of documents from the members of FibroGen's biostatistics team, which included Ming Zhong, Khalil Saikali, Laura Jiang, Tyson Lee, and Wei Cheng, totaled 1,111,934 documents. 709,896 of these documents are emails.

- The collection of documents from the members of FibroGen's clinical team, which included Elias Kouchakji, Robert Leong, Lynda Szczech, and Bryant Lai, totaled 1,240,302 documents. 710,400 of these documents are emails.

- The collection of documents from the members of FibroGen's regulatory team, which included Wayne Frost, Michelle Wong, Yun Ning, and Jacqueline Nolen, totaled 1,021,612 documents. 566,100 of these documents are emails.

- The collection of documents from the members of FibroGen's legal and investor relations teams, which included John Alden, Karen Bergman, Michael Lowenstein, Leanne Price, and Michael Tung, totaled 1,481,775 documents. 1,072,772 of these documents are emails.

- Across all 31 custodians, 29,162 emails with FirmaClinical were collected. FirmaClinical is the vendor responsible for performing the statistical analyses using Roxadustat clinical data.

- This collection also included, among other things, hundreds of emails from Dr. Yu to her assistant attaching electronic documents and requesting that they be printed. This universe also includes the document entitled "Roxadustat 2020 Brand Strategic Plan," which Plaintiffs reference in their Motion.

5.      The information I obtained from our document database vendor and LEDS team also showed that additional documents that were collected included personal network drives, also referred to as their "home directory," "h:drive" or "work folder" for 27 custodians (including over 33,000 e-documents from Dr. Yu's h:drive); group shared folders with a range of content, including

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

BRIEN DECL. ISO OPP TO MTN FOR
SPOLIATION SANCTIONS
3:21-CV-02623-EMC

analytical, articles, clinical, communications, drug safety, investor relations, legal, medical affairs, publications, regulatory, and safety; 29,869 statistical analysis software ("SAS") files; formal correspondence with the FDA, as well as meeting minutes and the materials submitted to the FDA throughout the regulatory approval process; draft public statements; and materials related to the Joint Steering Committee between FibroGen and its partners AstraZeneca and Astellas.

6.      I also conferred with Cooley LLP's LEDS team regarding the scope of FibroGen's productions.  I determined that, to date, FibroGen has produced 131,434 documents, totaling 1,304,149 pages, to Plaintiffs.

7.      As part of these prior document productions, FibroGen produced hundreds of SAS files, which contain the raw cardiovascular safety data and analyses from the Roxadustat studies that comprised the Company's New Drug Application ("NDA").

8.      Upon the entry of an Order pursuant to Federal Rule of Evidence 502(d), FibroGen agreed to produce the forensic analysis conducted of Dr. Yu's laptop after it was returned. FibroGen also collected thousands more documents from 4 additional custodians identified by Plaintiffs as potentially relevant to their concerns.  The Company then conducted additional searches across its original list of custodians, as well as these 4 additional custodians, for documents relevant to the alleged spoliation issue.  From January 12, 2023 through April 21, 2023, FibroGen made 5 separate productions of documents from this review.

9.      Cooley LLP spent several weeks preparing FibroGen's 30(b)(6) representative to testify on the topic of Dr. Yu's laptop.  That 30(b)(6) representative was made available for a deposition on May 5, 2023.

10.      **Exhibit A** attached hereto is a true and correct copy of the minutes of FibroGen's End-of-Phase 2 meeting with the FDA, held on July 24, 2012.  This document was produced by Defendants bearing the Bates range FGEN-CA-0020838 to FGEN-CA-0020857.

11.      **Exhibit B** attached hereto is a true and correct copy of FibroGen's Pooled Statistical Analysis Plan for Safety Evaluation dated August 6, 2018, titled *Pooled Statistical Analysis Plan (PSAP): Cardiovascular Safety Assessments of Roxadustat on Clinical Data Pooled Across Double-Blind Placebo-Controlled Phase 3 Clinical trials for Planned New Drug Application*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

BRIEN DECL. ISO OPP TO MTN FOR
SPOLIATION SANCTIONS
3:21-CV-02623-EMC

*(NDA) to FDA For the Treatment of Anemia in Patients with Chronic Kidney Disease Not on Dialysis (NDD-CKD).* The document was produced by Defendants bearing the Bates range FGEN-CA-0613910 to FGEN-CA-0613950.

12. **Exhibit C** attached hereto is a true and correct copy of FibroGen's Pooled Statistical Analysis Plan dated September 24, 2018, titled *Pooled Statistical Analysis Plan (PSAP): Cardiovascular Safety Assessments of Roxadustat on Clinical Data for Planned New Drug Application (NDA) to FDA for the Treatment of Anemia in Patients with Dialysis-Dependent Chronic Kidney Disease on Dialysis (DD-CKD).* The document was produced by Defendants bearing the Bates range FGEN-CA-0613884 to FGEN-CA-0613909.

13. **Exhibit D** attached hereto is a true and correct copy of a press release issued by FibroGen on May 9, 2019, titled *FibroGen Announces Positive Topline Results from Pooled Safety Analyses of Roxadustat Global Phase 3 Program.* The press release was produced by Defendants bearing the Bates range FGEN-CA-0039317 to FGEN-CA-0039323.

14. **Exhibit E** attached hereto is a true and correct excerpted copy of FibroGen's Quarterly Report for the quarter ending March 31, 2019, on Form 10-Q, filed with the SEC on May 9, 2019. The Form 10-Q was produced by Defendants bearing the Bates range FGEN-CA-0107994 to FGEN-CA-0108099.

15. **Exhibit F** attached hereto is a true and correct copy of a transcript of FibroGen's presentation at the 40th Annual Goldman Sachs Global Healthcare Conference on June 12, 2019, published by S&P Global Market Intelligence. The transcript was produced by Defendants bearing the Bates range FGEN-CA-0108100 to FGEN-CA-0108113.

16. **Exhibit G** attached hereto is a true and correct copy of the minutes of FibroGen's Pre-NDA meeting with the FDA, held on July 30, 2019. This document was produced by Defendants bearing the Bates range FGEN-CA-0011388 to FGEN-CA-0011428.

17. **Exhibit H** attached hereto is a true and correct copy of a press release issued by FibroGen on November 8, 2019, titled *FibroGen Announces Positive Phase 3 Pooled Roxadustat Safety and Efficacy Results for Treatment of Anemia in Chronic Kidney Disease.* The press release was produced by Lead Plaintiffs bearing the Bates range LEAD_PLAINTIFFS_0002541 to

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

BRIEN DECL. ISO OPP TO MTN FOR
SPOLIATION SANCTIONS
3:21-CV-02623-EMC

LEAD_PLAINTIFFS_0002554.

18.    **Exhibit I** attached hereto is a true and correct copy of a press release issued by AstraZeneca on November 8, 2019, titled *AstraZeneca Announces Roxadustat Phase III programme pooled analyses showed positive efficacy and no increased cardiovascular risk in patients with anaemia from chronic kidney disease*.  The press release is publicly available on AstraZeneca's    website    at    https://www.astrazeneca.com/media-centre/pressreleases/ 2019/roxadustat-phase-iii-programme-pooled-analyses-showed-positive-efficacy-and-noincreased -cv-risk-in-patients-with-anaemia-from-chronic-kidney-disease.html.

19.    **Exhibit J** attached hereto is a true and correct excerpted copy of FibroGen's Quarterly Report for the quarter ending September 30, 2019, on Form 10-Q, filed with the SEC on November 12, 2019.  The Form 10-Q was produced by Defendants bearing the Bates range FGEN-CA-0108245 to FGEN-CA-0108345.

20.    **Exhibit K** attached hereto is a true and correct copy of a Piper Jaffray analyst report titled *Roxa MACE Data Deliver!: Our Quick Take on Today's Presentation at ASN*, published on November 8, 2019.  The report was produced by Defendants bearing the Bates range FGEN-CA-0605714 to FGEN-CA-0605716.

21.    **Exhibit L** attached hereto is a true and correct copy of a Piper Jaffray analyst report titled *Updated Thoughts on Roxa's Data Post Dinner w/ Mgmt, KOL Feedback, & AZN's Call*, published on November 10, 2019.  The report was produced by Defendants bearing the Bates range FGEN-CA-0605401 to FGEN-CA-0605403.

22.    **Exhibit M** attached hereto is a true and correct copy of a Citi Research analyst report titled *Alert: ASN Presentations on Ph3 Roxa Results Generally in-line with Previous Top-Line Announcement*, published on November 11, 2019.  The report was produced by Defendants bearing the Bates range FGEN-CA-0605414 to FGEN-CA-0605421.

23.    **Exhibit N** attached hereto is a true and correct excerpted copy of the Cardiovascular Safety Endpoint Analysis Report submitted to the FDA as part of the Roxadustat New Drug Application.  The report was produced by Defendants bearing the Bates range FGEN-CA-0110214 to FGEN-CA-0112369.

Cooley LLP
Attorneys at Law
Palo Alto

5

Brien Decl. ISO Opp to Mtn for
Spoliation Sanctions
3:21-cv-02623-EMC

24.    **Exhibit O** attached hereto is a true and correct copy of a Jefferies analyst report titled *New CEO from LLY and Confidence in Next Steps Ahead*, published on January 5, 2020. The report was produced by Defendants bearing the Bates range FGEN-CA-0606780 to FGEN-CA-0606787.

25.    **Exhibit P** attached hereto is a true and correct copy of a transcript of FibroGen's presentation at the 9th Annual SVB Leerink Global Healthcare Conference on February 25, 2020, published by S&P Global Market Intelligence. The transcript was produced by Defendants bearing the Bates range FGEN-CA-0108346 to FGEN-CA-0108358.

26.    **Exhibit Q** attached hereto is a true and correct copy of the agenda for FibroGen's Mid-Cycle Meeting with the FDA, held on July 7, 2020. The agenda was produced by Defendants bearing the Bates range FGEN-CA-0006439 to FGEN-CA-0006448.

27.    **Exhibit R** attached hereto is a true and correct copy of the document produced by Defendants bearing the Bates range FGEN-CA-0953304 to FGEN-CA-0953322.

28.    **Exhibit S** attached hereto is a true and correct copy of a SVB Leerink analyst report titled *China Launch Remains Solid, Positive About Upcoming FDA Decision and US launch*, published on November 6, 2020. The report was produced by Defendants bearing the Bates range FGEN-CA-0610719 to FGEN-CA-0610733.

29.    **Exhibit T** attached hereto is a true and correct copy of the documents produced by Defendants bearing the Bates range FGEN-CA-0956499 to FGEN-CA-0956537.

30.    **Exhibit U** attached hereto is a true and correct copy of a Raymond James analyst report titled *A Surprise PDUFA Delay For Roxa Can't Be A Good Sign; Maintain Underperform*, published on December 18, 2020. The report was produced by Defendants bearing the Bates range FGEN-CA-0610780 to FGEN-CA-0610786.

31.    **Exhibit V** attached hereto is a true and correct copy of a Citi Research analyst report titled *Buy the Dip; We Believe the Stock Will Begin to Rebound Once an AdCom Date Is Announced*, published on March 1, 2021. The report was produced by Defendants bearing the Bates range FGEN-CA-0526681 to FGEN-CA-0526689.

32.    **Exhibit W** attached hereto is a true and correct copy of a Mizuho analyst report

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

6

BRIEN DECL. ISO OPP TO MTN FOR
SPOLIATION SANCTIONS
3:21-CV-02623-EMC

titled *Long-Term Estimates Unchanged on Roxadustat AdCom News, Reaffirm Buy Rating & $72 PT*, published on March 1, 2021. The report was produced by Defendants bearing the Bates range FGEN-CA-0526598 to FGEN-CA-0526607.

33.    **Exhibit X** attached hereto is a true and correct copy of a Jefferies analyst report titled *Increased Risk on Path to Approval and Launch Pushed Out: Downgrade to Hold*, published on March 1, 2021. The report was produced by Defendants bearing the Bates range FGEN-CA-0526690 to FGEN-CA-0526700.

34.    **Exhibit Y** attached hereto is a true and correct copy of the document produced by Defendants bearing the Bates number FGEN-CA-1214038.

35.    **Exhibit Z** attached hereto is a true and correct copy of a press release issued by FibroGen on April 6, 2021, titled *FibroGen Provides Additional Information on Roxadustat*. The press release was produced by Defendants bearing the Bates range FGEN-CA-1113308 to FGEN-CA-1113313.

36.    **Exhibit AA** attached hereto is a true and correct copy of a transcript of the Cardiovascular and Renal Drugs Advisory Committee Meeting, held on July 15, 2021. This document is published on the FDA's website and is publicly available at https://www.fda.gov/media/152124/download.

37.    **Exhibit BB** attached hereto is a true and correct copy of the FDA Advisory Committee Briefing document titled *FDA Briefing Document: Cardiovascular and Renal Drugs Advisory Committee Meeting, July 15, 2021, Roxadustat*. This document was produced by Defendants bearing the Bates range FGEN-CA-0115068 to FGEN-CA-0115134.

38.    **Exhibit CC** attached hereto is a true and correct copy of the minutes of the Cardiovascular and Renal Drugs Advisory Committee Meeting, held on July 15, 2021. This document is published on the FDA's website and is publicly available at https://www.fda.gov/media/151422/download.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 17th day of July 2023, at San Diego, California.

_____
Tijana M. Brien

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

8

BRIEN DECL. ISO OPP TO MTN FOR
SPOLIATION SANCTIONS
3:21-CV-02623-EMC

# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B

# FILED UNDER SEAL

# EXHIBIT C

# FILED UNDER SEAL

# EXHIBIT D

Case 3:21-cv-02623-EMC     Document 197-6     Filed 07/17/23     Page 14 of 604



## Press Release

## FibroGen Announces Positive Topline Results from Pooled Safety Analyses of Roxadustat Global Phase 3 Program

CONFIDENTIAL

FGEN-CA-0039317

**MACE/MACE+ endpoints evaluated across CKD patients not on dialysis and on dialysis**
**Superiority in time to first MACE+ versus epoetin alfa in incident dialysis patients**

SAN FRANCISCO, May 09, 2019 (GLOBE NEWSWIRE) -- FibroGen, Inc. (NASDAQ:FGEN) today announced topline results from the pooled safety analyses of the global Phase 3 program for roxadustat, an inhibitor of hypoxia-inducible-factor (HIF) prolyl hydroxylase activity (HIF-PHI).  The global pivotal Phase 3 trials were conducted by FibroGen and collaboration partners AstraZeneca and Astellas Pharma, Inc., for treatment of anemia in chronic kidney disease (CKD) patients across the non-dialysis-dependent (NDD), incident (newly initiated) dialysis, and dialysis-dependent (DD) CKD populations, enrolled from more than 50 countries.

These pooled analyses of adjudicated events for safety assessment of roxadustat are part of the overall benefit-risk assessment.

- For the planned new drug application (NDA) submission to the U.S. Food and Drug Administration (FDA), one of the key safety endpoints to be evaluated is Major Adverse Cardiac Events (MACE), a composite endpoint of all-cause mortality, stroke and myocardial infarction, in pooled analyses against placebo in NDD and against epoetin alfa in DD from the pivotal Phase 3 trials.  Our NDA submission package to the FDA will be based on the totality of evidence, and we will continue to discuss the specific statistical standards with the FDA.

- For the European Medicines Agency (EMA), it was agreed that the primary safety assessment is MACE+, a composite endpoint of MACE plus heart failure requiring hospitalization and unstable angina requiring hospitalization.

"We are very pleased with what we believe are important positive results of MACE and MACE+ analyses in the dialysis-dependent, incident dialysis, and non-dialysis dependent CKD patients, supporting the safety of roxadustat in CKD patients," said Thomas B. Neff, Chief Executive Officer, FibroGen. "Combined with the positive topline efficacy in hemoglobin (Hb) control in patients with or without concomitant inflammation, reduction of transfusion, and the encouraging results from the pooled analyses of Quality of Life and estimated glomerular filtration rate (eGFR) over time, these positive safety data give us confidence as we progress in preparation for the U.S. NDA and the Marketing Authorization Application (MAA) for EMA."

**Pooled MACE/MACE+ in DD-CKD Population**

In the pooled analyses of around 4,000 dialysis patients, the upper bound of the 95% confidence interval (CI) was below the pre-specified non-inferiority margin for the time to first MACE+ analyses.  Based on the MACE safety analyses of this population, we believe there is no clinically meaningful difference in risk of MACE between roxadustat and epoetin alfa.

CONFIDENTIAL

FGEN-CA-0039318

**Pooled MACE/MACE+ in Incident Dialysis CKD Subpopulation**

The roxadustat global Phase 3 program enrolled over 1,500 incident dialysis patients, a subpopulation of DD-CKD population, which we believe offers a better setting for comparing roxadustat to epoetin alfa than the stable dialysis population, that is stable on both dialysis and erythropoiesis stimulating agent (ESA). Roxadustat demonstrated superiority to epoetin alfa in the time to first MACE+ in this subpopulation. In the MACE analysis, there is a trend toward reduced risk for patients on roxadustat, compared to epoetin alfa.

**Pooled MACE/MACE+ in NDD-CKD Population**

In the non-dialysis pool of approximately 4,300 patients, non-inferiority was demonstrated for roxadustat compared to placebo in the time to first MACE+, based on the upper bound of the 95% CI being below the prespecified non-inferiority margin. Based on the MACE safety analyses of this population, we believe there is no clinically meaningful difference in risk of MACE between roxadustat and placebo.

Of note, multiple MACE and MACE+ analyses in NDD-CKD from the roxadustat global Phase 3 program are being performed in intent-to-treat (ITT) analyses that demonstrated comparability of roxadustat to placebo. ITT is among the several statistical methods that we will discuss with the FDA. In these analyses, roxadustat was comparable based on a commonly applied non-inferiority margin of 1.3.

"Patients going through initiation of dialysis experience increased risks including mortality, and the NDD-CKD patients are often left untreated for anemia due to the safety concerns of the currently available therapies. We are particularly excited about the results indicating a reduction of risk of MACE+ events in incident dialysis patients, and the additional potential clinical benefits of roxadustat beyond anemia correction, to include attenuation of renal function decline and improvement of quality of life in NDD-CKD patients," said K. Peony Yu, MD, Chief Medical Officer, FibroGen. "As we accumulate a body of evidence of roxadustat efficacy and safety with these adjudicated pooled analyses, we look forward to begin discussions with U.S. FDA on NDA submission."

Further analyses of overall safety is ongoing and will inform on the overall benefit risk.

**Slower eGFR Decline Observed in NDD patients**

In the pooled analysis of eGFR change over time from the three NDD studies, we observed a slower eGFR decline in the roxadustat-treated patients versus placebo-treated patients in patients with baseline eGFR $\geq$ 15 mL/min/1.73 m$^2$, with a treatment difference of 1.62 mL/min/1.73 m$^2$ in eGFR change at 12 months from the baseline (p<0.0001), or a reduction by 38% in eGFR decline in the roxadustat arm relative to the placebo arm.

CONFIDENTIAL                                                                      FGEN-CA-0039319

**Improvements in Quality of Life Measures in NDD patients**

In the pooled analysis from the three NDD studies, we observed statistically significant improvements from baseline to Week 12 in quality of life endpoints, including SF-36 Vitality subscale (p=0.0002), SF-36 Physical Functioning subscale (p=0.0369), FACT-AN Anemia subscale (p=0.0012), FACT-AN Total score (p=0.0056), and EQ-5D-SL VAS score (p=0.0005) when comparing roxadustat to placebo in CKD patients not on dialysis.

**Efficacy Regardless of Inflammation Status**

Roxadustat has demonstrated efficacy regardless of inflammation status as the mean achieved Hb levels and roxadustat dose requirements were not impacted by baseline c-reactive protein (CRP) levels in multiple Phase 3 studies, including in the U.S.-based SIERRAS study, which we believe is reflective of US dialysis practice under current ESA labeling restrictions. In SIERRAS, roxadustat dose requirements remained stable over time, while epoetin alfa dose requirements increased by 57% over 52 weeks in the epoetin alfa arm.

FibroGen and AstraZeneca will begin discussions with the U.S. FDA to prepare for regulatory submission, which is anticipated in September or October of 2019. We will also support Astellas' submission of MAA to the EMA thereafter.

**About Anemia Associated with CKD**

Anemia can be a serious medical condition in which patients have insufficient red blood cells and low levels of Hb, a protein in red blood cells that carries oxygen to cells throughout the body. Anemia in CKD is associated with increased risk of hospitalization, cardiovascular complications and death, also frequently causing significant fatigue, cognitive dysfunction and reduced quality of life. Severe anemia is common in patients with CKD, cancer, myelodysplastic syndromes (MDS), inflammatory diseases, and other serious illnesses.

Anemia is particularly prevalent in patients with CKD. The prevalence of CKD in the adult population is estimated at 10-12% globally, and is generally a progressive disease characterized by gradual loss of kidney function that may eventually lead to kidney failure, or end stage renal disease, requiring dialysis or kidney transplant to survive. Blood transfusion is used for treating life-threatening severe anemia. However, blood transfusions reduce the patient's opportunity for kidney transplant, increase risk of infections and the risk of complications such as heart failure and allergic reactions.

According to the United States Renal Data System (USRDS), over 14% of the U.S. adult population is affected by CKD, and a majority of dialysis-eligible CKD patients are currently on dialysis. It is estimated that approximately 507,000 patients are receiving dialysis in the U.S. as of 2016.

CONFIDENTIAL                                                          FGEN-CA-0039320

**About Roxadustat**

Roxadustat (FG-4592), discovered by FibroGen, is a first-in-class, orally administered small molecule currently approved in China for the treatment of anemia in CKD patients on dialysis.  Roxadustat is a HIF-PHI that promotes erythropoiesis through increasing endogenous production of erythropoietin, improving iron regulation, and overcoming the negative impact of inflammation on hemoglobin syntheses and red blood cell production by downregulating hepcidin. Administration of roxadustat has been shown to induce coordinated erythropoiesis, increasing red blood cell count while maintaining plasma erythropoietin levels within or near normal physiologic range in multiple subpopulations of CKD patients, including in the presence of inflammation and without a need for supplemental intravenous iron.

FibroGen and collaboration partners are pursuing four approval pathways in major jurisdictions to prepare for commercialization worldwide:

- Astellas and FibroGen are collaborating on the development and commercialization of roxadustat for the treatment of anemia in territories including Japan, Europe, the Commonwealth of Independent States, the Middle East, and South Africa.

- AstraZeneca and FibroGen are collaborating on the development and commercialization of roxadustat for the treatment of anemia in the U.S., China, and other markets in the Americas and in Australia/New Zealand as well as Southeast Asia.

FibroGen and its partners have completed 35 Phase 1 and Phase 2 studies. The Phase 2 clinical studies have consistently demonstrated anemia correction and maintenance of hemoglobin levels in multiple subpopulations across a wide spectrum of CKD patients.

Globally, the Phase 3 program encompasses a total of 15 Phase 3 studies of roxadustat in both non-dialysis-dependent and dialysis-dependent CKD patients to support independent regulatory approvals in the U.S., Europe, Japan, and China. To date, positive topline results have been announced for 12 of the Phase 3 studies, with two supporting the China NDA for treatment of anemia in CKD patients on dialysis and not on dialysis, four supporting the Japan NDA for treatment of anemia in CKD patients on dialysis, and six supporting the U.S./EU submissions including today's announcement of 3 studies by FibroGen. Roxadustat was approved by China National Medical Products Administration (NMPA) in December 2018, for treatment of anemia in CKD patients on dialysis. The Japan NDA submitted by Astellas is under review by the Japan Pharmaceuticals and Medical Devices Agency (PMDA).

Roxadustat is currently in Phase 3 clinical development for the treatment of anemia associated with MDS in the U.S. and in Phase 2/3 development for MDS in China.

CONFIDENTIAL                                                                            FGEN-CA-0039321

**About FibroGen**

FibroGen, Inc., headquartered in San Francisco, California, with subsidiary offices in Beijing and Shanghai, People's Republic of China, is a leading biopharmaceutical company discovering and developing a pipeline of first-in-class therapeutics. The company applies its pioneering expertise in hypoxia-inducible factor (HIF), connective tissue growth factor (CTGF) biology, and clinical development to advance innovative medicines for the treatment of anemia, fibrotic disease, and cancer. Roxadustat, the company's most advanced product candidate, is an oral small molecule inhibitor of HIF prolyl hydroxylase activity, completing worldwide Phase 3 clinical development for the treatment of anemia in chronic kidney disease (CKD), with a New Drug Application (NDA) now approved by the National Medical Products Administration (NMPA) in China. Our partner Astellas submitted a NDA for the treatment of anemia in CKD patients on dialysis in Japan in September 2018, which is currently under review by the Pharmaceuticals and Medical Devices Agency (PMDA). Roxadustat is in Phase 3 clinical development in the U.S. and Europe and in Phase 2/3 development in China for anemia associated with myelodysplastic syndromes (MDS). Pamrevlumab, an anti-CTGF human monoclonal antibody, is advancing towards Phase 3 clinical development for the treatment of idiopathic pulmonary fibrosis (IPF) and pancreatic cancer, and is currently in a Phase 2 trial for Duchenne muscular dystrophy (DMD). FibroGen is also developing a biosynthetic cornea in China. For more information, please visit www.fibrogen.com.

**Forward-Looking Statements**

This release contains forward-looking statements regarding our strategy, future plans and prospects, including statements regarding the development of roxadustat, our interpretation of the pooled safety analyses and other analyses of the global Phase 3 program for roxadustat, the expected endpoints and potential standards for safety assessments of such data by the FDA and the EMA, the potential for and timing of an NDA submission to the FDA and an MAA submission to the EMA for potential marketing approval for roxadustat, the potential safety and efficacy profile of our product candidates, and our clinical, regulatory plans, and those of our partners. These forward-looking statements include, but are not limited to, statements about our plans, objectives, representations and contentions and are not historical facts and typically are identified by use of terms such as "may," "will", "should," "on track," "could," "expect," "plan," "anticipate," "believe," "estimate," "predict," "potential," "continue" and similar words, although some forward-looking statements are expressed differently. Our actual results may differ materially from those indicated in these forward-looking statements due to risks and uncertainties related to the continued progress and timing of our various programs, including the enrollment and results from ongoing and potential future clinical trials, and other matters that are described in our Annual Report on Form 10-K for the fiscal year ended December 31, 2018, and our Quarterly Report on Form 10-Q for the fiscal quarter ended March 31, 2019 filed with the Securities and Exchange Commission

CONFIDENTIAL                                                                FGEN-CA-0039322

Case 3:21-cv-02623-EMC    Document 197-6    Filed 07/17/23    Page 20 of 604

(SEC), including the risk factors set forth therein. Investors are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date of this release, and we undertake no obligation to update any forward-looking statement in this press release, except as required by law.

**Contact**

FibroGen, Inc.

Karen L. Bergman

Vice President, Investor Relations and Corporate Communications

1 (415) 978-1433

ir@fibrogen.com



FibroGen, Inc

CONFIDENTIAL                                                                FGEN-CA-0039323

# EXHIBIT E

10-Q 1 fgen-10q_20190331.htm 10-Q

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-Q

(Mark One)

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2019

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number: 001-36740

# FIBROGEN, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **77-0357827** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **409 Illinois Street San Francisco, CA** | **94158** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(415) 978-1200**
Registrant's telephone number, including area code:

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act:

| | | | |
|---|---|---|---|
| Large accelerated filer | ☑ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Exchange Act Rule 12b-2). Yes ☐ No ☑

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.01 par value | FGEN | The Nasdaq Global Select Market |

The number of shares of common stock outstanding as of April 30, 2019 was 86,221,978.

CONFIDENTIAL FGEN-CA-0107994

Table of Contents

**Financial Highlights**

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2019 | 2018 |
|  | (in thousands, except for per share data) | |
| **Result of Operations** | | |
| Revenue | $ 23,863 | $ 31,925 |
| Operating expenses | $ 72,706 | $ 72,524 |
| Net loss | $ (45,411) | $ (41,396) |
| Net loss per share - basic and diluted | $ (0.53) | $ (0.50) |

|  | March 31, 2019 | December 31, 2018 |
|---|---|---|
|  | (in thousands) | |
| **Balance Sheet** | | |
| Cash and cash equivalents | $ 81,673 | $ 89,258 |
| Short-term and long-term investments | $ 615,929 | $ 587,964 |
| Accounts receivable | $ 6,023 | $ 63,684 |

Our revenue for the three months ended March 31, 2019 decreased compared to the same period a year ago primarily due to a decrease in co-development billings related to the development of roxadustat as a result of the substantial completion of Phase 3 trials for roxadustat.

Operating expenses for the three months ended March 31, 2019 remained relatively flat compared to the same period a year ago primarily due to $5.6 million higher stock-based compensation related to the cumulative impact of stock option grant activities, $2.6 million amortization of finance lease right-of-use ("ROU") assets related to the adoption of lease accounting guidance under Accounting Standards Codification ("ASC") 842 - *Leases* ("ASC 842"), $2.1 million higher outside service expenses related to co-promotional activities and scientific contract expenses, and $1.2 million higher depreciation expenses due to the change in estimated useful life for our leasehold improvements as a result of the adoption of ASC 842. The increases were offset by $8.3 million lower clinical trial activities related to roxadustat and $3.6 million lower drug development expenses associated with drug substance manufacturing activities related to pamrevlumab and roxadustat.

During the three months ended March 31, 2019, we had a net loss of $45.4 million, or net loss per basic and diluted share of $0.53, as compared to a net loss of $41.4 million for the same period a year ago, due to a decrease in revenue.

Cash and cash equivalents, investments and accounts receivable totaled $703.6 million at March 31, 2019, a decrease of $37.3 million from December 31, 2018, primarily due to the cash used in operations.

**Programs**

*Roxadustat for the Treatment of Anemia in Chronic Kidney Disease*

Roxadustat is our most advanced product candidate, an oral small molecule inhibitor of HIF-PH activity that acts by stimulating the body's natural pathway of erythropoiesis, or red blood cell production. We received our first NDA approval in China for roxadustat for the treatment of anemia caused by CKD in dialysis patients in December of 2018.

In conjunction with our collaboration partners, AstraZeneca and Astellas, we also reported top line efficacy data from the Phase 3 trials of roxadustat intended to support our NDA in the U.S. and MAA in the EU for the treatment of anemia in CKD.

We have completed initial analyses of the adjudicated safety data for the pooled dialysis-dependent patient population, the incident dialysis subpopulation (of the overall dialysis population), as well as for the pooled non-dialysis patient population from our, and our partners', Phase 3 CKD-anemia trials.

With the understanding that regulatory authorities will need to review the data and conduct their own analyses and evaluation of the overall benefit-risk profile of roxadustat, our NDA submission package to the FDA will be based on the totality of evidence of efficacy and safety. We have had extensive discussions with the FDA on the specific statistical standards for the various analyses and endpoints and we are planning to seek further input from the FDA on the content and format of our planned NDA submission package in an upcoming pre-NDA meeting to facilitate the FDA's review of the package. One of the key safety endpoints to be evaluated is time to first Major Adverse Cardiac Event ("MACE"), a composite endpoint of all-cause mortality, stroke and myocardial infarction.

CONFIDENTIAL    FGEN-CA-0108020

Table of Contents

Our clinical trials must be conducted with product produced under applicable cGMP regulations. Failure to comply with these regulations may require us to repeat clinical trials, which would delay the regulatory approval process. We, and even an experienced third party manufacturer, may encounter difficulties in production. Difficulties may include:

- costs and challenges associated with scale-up and attaining sufficient manufacturing yields, in particular for biologic products such as pamrevlumab, which is a monoclonal antibody;

- supply chain issues, including coordination of multiple contractors in our supply chain and securing necessary licenses (such as export licenses);

- the timely availability and shelf life requirements of raw materials and supplies;

- quality control and quality assurance;

- shortages of qualified personnel and capital required to manufacture large quantities of product;

- compliance with regulatory requirements that vary in each country where a product might be sold;

- capacity or forecasting limitations and scheduling availability in contracted facilities; and

- natural disasters, such as floods, storms, earthquakes, tsunamis, and droughts, or accidents such as fire, that affect facilities, possibly limit or postpone production, and increase costs.

*The FDA and EMA will do their own benefit risk analysis and may reach a different conclusion than we or our partners have internally, and these regulatory authorities may base their approval decision on different analyses, data, and statistical methods than ours.\**

Even if we believe we have achieved certain results based on a totality of the evidence, such as superiority or non-inferiority, in certain endpoints, populations or subpopulations, or using certain statistical methods of analysis, the FDA and EMA will each do their own benefit-risk analysis and may reach different conclusions, using different statistical methods, different endpoints or definitions thereof, or different patient populations or sub-populations, and regulatory authorities may change their approvability criteria based on their internal analyses and discussions with expert advisors. Regulatory authorities may approve roxadustat for fewer or more limited indications than we request, or may grant approval contingent on the performance of costly post-approval clinical trials. While we will present to regulatory authorities certain pre-specified and not pre-specified sub-populations and sub-group analyses (for example, incident dialysis), multiple secondary endpoints, and multiple analytical methods (such as long-term follow up analyses), including adjusted and censored data, regulatory authorities may reject these analyses, methods, or even parts of our trial design or certain data from our studies, the rationale for our pre-specified non-inferiority margins or other portions of our statistical analysis plans. In addition, even if we are able to provide positive data with respect to certain analyses, such as incident dialysis, eGFR, hepcidin, or quality of life measures, regulatory authorities may not include such claims on any approved labeling for roxadustat, which may limit the commercialization or market opportunity for roxadustat. Further, initial topline results reported for certain studies (such as reduction of transfusion risk or hemoglobin response in the presence of inflammation), may not be representative of the data seen in all studies or may not be sustained upon further analyses or after more wide-spread use upon commercialization. The failure to obtain regulatory approval, or any label, population or other approval limitations in any jurisdiction, may significantly limit our ability to generate revenues, and any failure to obtain such approval for all of the indications and labeling claims we deem desirable could reduce our potential revenue.

*Positive topline results from our Phase 3 clinical trials assessing the safety and efficacy of roxadustat may not be indicative of additional results or results for roxadustat in other indications.\**

46

CONFIDENTIAL FGEN-CA-0108052

Table of Contents

There are multiple key and secondary endpoints as well as sub-group analyses in both dialysis and non-dialysis in the U.S. and multiple secondary endpoints in addition to MACE+ as well as sub-group analyses in dialysis and non-dialysis in Europe. We continue to analyze these additional endpoints from the Phase 3 clinical trials of roxadustat in anemia of CKD, as well as from the pooled analyses, some of which may have a bearing on the safety or efficacy of roxadustat. The topline results we have reported thus far may not be indicative of these additional results. In addition, results in these CKD-anemia indications may not be indicative of our clinical trials in other indications or the safety, efficacy, or approvability of roxadustat in other indications.

*Even if we are able to obtain regulatory approval of our product candidates, the label we obtain may limit the indicated uses for which our product candidates may be marketed.**

With respect to roxadustat, regulatory approvals, if obtained at all, could limit the approved indicated uses for which roxadustat may be marketed. For example, ESAs have been subject to significant safety limitations on usage as directed by the "Black Box" warnings included in their labels. Refer to *"Business — Roxadustat for the Treatment of Anemia in Chronic Kidney Disease — Limitations of the Current Standard of Care for Anemia in CKD"* in our annual report on Form 10-K for the year ended December 31, 2018. In addition, in the past, an approved ESA was voluntarily withdrawn due to serious safety issues discovered after approval. The safety concerns relating to ESAs may result in labeling for roxadustat containing similar warnings even if our Phase 3 clinical trials do not suggest that roxadustat has similar safety issues. Even if the label for roxadustat does not contain all of the warnings contained in the "Black Box" warning for ESAs, the label for roxadustat may contain other warnings or limit the market opportunity or approved indications for roxadustat. These warnings could include warnings against exceeding specified hemoglobin targets and other warnings that derive from the lack of clarity regarding the safety issues associated with ESAs, even if our Phase 3 clinical trials do not themselves raise safety concerns.

*As an organization, we have not successfully commercialized any drug product. Therefore, we may not be able to efficiently execute our development and commercialization plans.*

We are currently conducting Phase 2 clinical trials for pamrevlumab and plan on initiating Phase 3 clinical trials for pamrevlumab in the future. We have initiated Phase 3 clinical trials of roxadustat. The conduct of Phase 3 clinical trials and the submission of a successful NDA is a complicated process. As an organization, we have not completed a Phase 3 clinical trial before outside of China, where we received marketing authorization in December 2018 from the NMPA for the treatment of anemia caused by CKD in dialysis patients. We have limited experience in preparing, submitting and prosecuting regulatory filings, and have not received approval for an NDA before outside of China. Consequently, we may be unable to successfully and efficiently execute and complete necessary clinical trials in a way that leads to NDA submission and approval of roxadustat or for any other product candidate we are developing, even if our earlier stage clinical trials are successful. We may require more time and incur greater costs than our competitors and may not succeed in obtaining regulatory approvals of product candidates that we develop. Failure to commence or complete, or delays in, our planned clinical trials would prevent us from or delay us in commercializing roxadustat or any other product candidate we are developing.

In addition, in order for any Phase 3 clinical trial to support an NDA submission for approval, the FDA and foreign regulatory authorities require compliance with regulations and standards, including good clinical practices ("GCP") requirements for designing, conducting, monitoring, recording, analyzing, and reporting the results of clinical trials to ensure that the data and results from trials are credible and accurate and that the rights, integrity and confidentiality of trial participants are protected. Although we rely on third parties to conduct our clinical trials, we as the sponsor remain responsible for ensuring that each of these clinical trials is conducted in accordance with its general investigational plan and protocol under legal and regulatory requirements, including GCP. Regulatory authorities enforce these GCP requirements through periodic inspections of trial sponsors, principal investigators and trial sites. If we or any of our CROs, trial sites, principal investigators or other third parties fail to comply with applicable GCP requirements, the clinical data generated in our clinical trials may be deemed unreliable and the FDA or other regulatory authorities may require us to exclude the use of patient data from our clinical trials not conducted in compliance with GCP or perform additional clinical trials before approving our marketing applications. They may even reject our application for approval or refuse to accept our future applications for an extended time period. For example in China in March 2016, the State Drug Administration, now known as the NMPA issued guidance related to its clinical trial data integrity regulations. While trial sites and CROs bear liability for the accuracy and authenticity of data they are directly responsible for, the sponsor ultimately bears full responsibility for submitted clinical data and the drug application dossier. Fraudulent clinical data could result in a ban in China of a sponsor's product-related NDA applications for three years and other NDA applications for one year. We have taken extensive steps to ensure the integrity of our China clinical data. In China, the clinical site inspections confirmed our compliance with GCP regulations and supported our approval. However, we cannot assure you that upon inspection by a regulatory authority in other regions, such regulatory authority will determine that any of our clinical trials comply with GCP requirements or that our results will be deemed authentic or may be used in support of our regulatory submissions.

CONFIDENTIAL FGEN-CA-0108053

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**FibroGen, Inc.**

Dated: May 9, 2019
By: /s/ Thomas B. Neff
Thomas B. Neff
Chairman of the Board and Chief Executive Officer
*(Principal Executive Officer)*

Dated: May 9, 2019
By: /s/ Pat Cotroneo
Pat Cotroneo
Senior Vice President, Finance and Chief Financial Officer
*(Principal Financial and Accounting Officer)*

80

CONFIDENTIAL FGEN-CA-0108099

# EXHIBIT F

# FibroGen, Inc. NasdaqGS:FGEN
# Company Conference Presentation

**Wednesday, June 12, 2019 6:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

CONFIDENTIAL                                                                 FGEN-CA-0108100

# Table of Contents

Call Participants ................................................................. 3

Presentation ................................................................. 4

Question and Answer ................................................................. 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

CONFIDENTIAL

FGEN-CA-0108101

# Call Participants

**EXECUTIVES**

**Elias Kouchakji**
*Senior Vice President of Clinical
Development, Drug Safety &
Pharmacovigilance*

**K. Peony Yu**
*Chief Medical Officer*

**Thomas B. Neff**
*Founder, Chairman & CEO*

**ANALYSTS**

**Kyuwon Choi**
*Goldman Sachs Group Inc.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                                    FGEN-CA-0108102

# Presentation

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Okay, we'll continue with the next session. Good morning, everyone. I'm Paul Choi, the U.S. mid-cap biotechnology analyst here at Goldman Sachs. And in the audience here, from the team, we have Corinne Jenkins. Our next session will be with FibroGen. And to my left, from the management team, we have Dr. Tom Neff, CEO, who will introduce the rest of the team here for you to the audience.

**Thomas B. Neff**
*Founder, Chairman & CEO*
Yes. Thank you, Paul. Dr. Peony Yu is on my immediate left, our Chief Medical Officer; and at the end, Dr. Elias Kouchakji, who is both Global Safety Head for the anemia program, roxadustat, and also the Head of Clinical Development for the pamrevlumab program. So that's the team for this morning.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL

FGEN-CA-0108103

# Question and Answer

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. Thank you for that. So perhaps we'll kick off the Q&A and -- with perhaps an overview of the data and the top line results you and your collaborators recently presented. So either Tom or Peony to walk us -- perhaps can walk us through the data, understand what were the results in the respective populations and how to think perhaps, starting with that, just what were the results on top line and what we can expect in terms of a little more details as we proceed in the future.

**Thomas B. Neff**
*Founder, Chairman & CEO*

So Peony, please go ahead on this.

**K. Peony Yu**
*Chief Medical Officer*

Okay. Yes. So we've recently reported exciting positive full adjudicated cardiovascular safety results from the largest Phase III CKD anemia program. We believe we have compelling evidence confirming roxadustat's cardiovascular safety to support our regulatory filings. In Europe, the primary cardiovascular safety endpoint is MACE+, and in U.S., it is MACE. In dialysis, we compare roxa to EPO, and in nondialysis, the comparison is to placebo, which is the gold standard for safety comparison. We believe our MACE+ results have met the European criteria for cardiovascular safety in dialysis and in nondialysis. For U.S., we believe our MACE results in dialysis and in nondialysis also supports the conclusion of no increased cardiovascular safety risk.

To further frame the safety result, along with efficacy together, in dialysis, I also want to emphasize MACE + superiority in incident dialysis pool of over 1,500 patients. Lower MACE+ risk than EPO in incident dialysis may allow roxadustat to become first-line therapy for patients starting dialysis and continuing long-term anemia treatment. Superiority in transfusion avoiding EPO hyporesponsiveness are important benefits too in this population. For nondialysis, we believe safety noninferiority against placebo in MACE and MACE+ coupled with efficacy benefits like transfusion reduction, attenuation of renal progression, measuring eGFR change and improvement in quality of life when treating patients with roxa may give us the opportunity to improve and expand anemia care in the very large CKD nondialysis patient population.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. You've mentioned 2 different things with regard to the European side and the U.S. side. And maybe just starting with the European side, your -- it sounds like your level of comfort there and your partners is fairly high with respect to meeting the MACE criteria in both populations. And I just want to maybe clarify that with regard to the regulatory outlook in Europe. Is that what you and your collaborators are articulating with meeting the criteria in both populations?

**K. Peony Yu**
*Chief Medical Officer*

Yes. So we have -- this data has been shared with our partner Astellas, and jointly, we are very well prepared to submit MAA.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

And with respect to timing on the MAA, could you maybe just remind us or update us what you're thinking that you and your partners will have in terms of announcement with that timing, when we would potentially expect things like updates on the filings and so forth?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                                FGEN-CA-0108104

**FIBROGEN, INC. COMPANY CONFERENCE PRESENTATION | JUN 12, 2019**

**K. Peony Yu**
*Chief Medical Officer*

Yes. So we are preparing common technical document that can be -- CDT, and that can be used for U.S. and Europe with slight modification. And so the target submission time line for MAA is around November just right after U.S. target time line, September-October time frame.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Okay. Great. And then on the U.S. side, you also talked about your level of comfort there. And understanding, would the timing there be similar with regard to filing out potential applications here in the U.S.? And how are you thinking about those mechanics?

**K. Peony Yu**
*Chief Medical Officer*

Okay. So for the U.S., so our team has been conducting data analysis and preparing the documents needed for NDA. We have a pre-NDA meeting with the FDA at the end of July to discuss the full content of the NDA as well as details of some of the analysis, especially in nondialysis. And so we -- so this is part of the overall time line for our targeted submissions in the September-October time frame.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. With respect to getting a little more details on the top line results, can you maybe help us understand what would perhaps be a appropriate medical conference or forum where you might present the full data? And you and your colleagues -- or collaborators, excuse me, have you reached an agreement on when you would present the data and what exactly you would present?

**K. Peony Yu**
*Chief Medical Officer*

Yes. Well, you know that our top priority are the NDA and MAA submission. And in terms of medical conferences, we are planning to present Phase III results, this is in collaboration with our partners, and do this in nephrology conference and the first one that comes to mind is the ASN in November of this year. We are also making preparations of a full data disclosure manuscript, a high priority amongst our joint team in the 3 companies.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Okay. So the American Society of Nephrology would potentially be the most logical forum for full details on -- would this be across all populations or just the...

**Thomas B. Neff**
*Founder, Chairman & CEO*

I think the manuscripts will be ultimately full details because there's just so much data to get to. These are huge studies. At ASN, we'll do our best to cover certain topics, but I think that we're expecting the manuscripts will be needed to get to everything.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Got you for that. Okay. You mentioned your timing expectations in terms of your pre-NDA would be roughly in the July time frame. Would you have, do you think, any subsequent discussions in the back half of this year prior to your NDA filing? And would that be something from a timing perspective that you would update investors on? Or how do you think about that, Tom?

**Thomas B. Neff**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                                    FGEN-CA-0108105

*Founder, Chairman & CEO*

We're considering the possibility of that, yes. Depends on the timing. But if the timing goes according to plan, now we're looking at end of August time period to do something.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

And would that be with respect to both populations? Or would you -- do you think this would have to be bracketed out into 2 populations [indiscernible]?

**Thomas B. Neff**
*Founder, Chairman & CEO*

We'd like to be able to show a different angle of refraction on the data, so give a different cut of it, so investors can appreciate a little more some of the issues that they've been debating.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. Perhaps after you think about the submissions on the U.S. and European side, is there any thoughts on the potential for an adcom here? I guess that's a question that investors may have. And maybe how do you think about that possibility? What are your levels of preparation, I guess, in case that is an occurrence or an event that occurs, how do you think about that?

**Thomas B. Neff**
*Founder, Chairman & CEO*

Given the history in dialysis, some of the sorted history in dialysis, we expect there will be an adcom, and so we're planning accordingly. And we have very, very good data, so I think it would be really interesting to see how that goes.

**K. Peony Yu**
*Chief Medical Officer*

Plus, we have very strong support from KOLs in the nephrology field, and we have been working with these experts for a number of years. So we think that if adcom does come up, we will be well prepared. But at the same time, decision on adcom is based on FDA's decision after they review the complete NDA file.

**Thomas B. Neff**
*Founder, Chairman & CEO*

But it is the baseline planning assumption that there will be an adcom.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

The baseline case for you...

**Thomas B. Neff**
*Founder, Chairman & CEO*

That's right.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

And your collaborators will be for an adcom here?

**Thomas B. Neff**
*Founder, Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                                            FGEN-CA-0108106

Yes.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. With that in mind, perhaps thinking about commercialization here and thinking about what the market development might look like, can you talk about your level of preparation and how you're thinking about commercialization? And maybe starting there and then we can dive into that a little deeper.

**Thomas B. Neff**
*Founder, Chairman & CEO*

Okay. So AstraZeneca is our collaborator in the U.S. and Astellas in Europe. These have been long-term relationships. I think that the recent datasets, in particular, after the adjudication on blind revealed opportunities, frankly, neither side, Europe or the U.S., was expecting. And so for instance, with Astellas in Europe, the idea that MACE+ would be superior in efficacy and safety to EPO is a big change in opportunity set from their perspective. And they are working hard to reprioritize and redefine investment, investments getting larger. I think without question, this program is very important to each of these companies in terms of their highest priority new programs. Each of them will name first 1 or 2 in their whole company and that continues. So I think that we see that aspect, if anything, expanding investment, heightening the energy level and so on.

With AstraZeneca in the U.S., which is a company that's the largest renal sales company now, they have a lot of capability. They are preparing appropriately. We help them with medical affairs as it relates to the large dialysis organizations. We also help them with commercial market preparation in other areas such as the CMS negotiations for new technology like this. So there's a lot of areas of contact and interaction between our company and AZ. But we are looking to them to provide the muscle on the ground, so to speak, in the U.S. So things are moving along and, I'd say, an appropriate level of excitement and response based on the data.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

As we think about the landscape with regard to reimbursement in the dialysis and nondialysis setting, there's obviously been some evolution over time with regard to the EPO. There was certainly more -- call it, a decade-plus ago, more flexibility with regard to pricing, but then the model evolved, as you know, to more a bundled arrangement. How do you think about the payers, both on the private and public side, thinking about bundling that exists currently in the market? And where do you see roxa perhaps fitting in here? And perhaps is there -- how does the model accommodate your product?

**Thomas B. Neff**
*Founder, Chairman & CEO*

Yes. So I think we disclosed a few years ago that CMS had indicated that depending on the results, and I think the results are now in, that they were allowed to look at roxa as new technology and as such had the freedom of flexibility to strike a different arrangement with us if they so chose to do. What I can say now is that they have a project team that's been working on roxa for several years, and there's a point of interaction on several different issues. Been going on for a while. So we'll see what happens. But I think that it's a little bit hard to predict right now what it will turn out to be in the dialysis setting. I don't expect any strict bundle or any strict definition by just oral therapy. I think it's going to be something else. Outside of that, Part D medicines in pre-dialysis settings are pretty well understood. So I don't think that's going to be such a big issue.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Okay. Maybe on the market development side, with respect to the competitive landscape, there are various factors, such as biosimilars potentially launching in the U.S. on the EPO side at some point in the foreseeable future potentially. But in terms of other therapeutic modalities, are there anything -- is there

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                                          FGEN-CA-0108107

anything out there that keeps you awake at night in terms of a competitive perspective outside of the EPO or biosimilars that you see coming on here that are on your radar screen with respect to competitive pressures?

**Thomas B. Neff**
*Founder, Chairman & CEO*

Well, we're in a place now where we have safety data and efficacy data that's superior to EPO in a U.S. setting. So I think that situation and all the implications around it is being reevaluated a bit. I think we'll be watching with some interest whether any of the HIF companies can get enough momentum to sort of they'll -- fast follower-type companies. But as it relates to ESAs or PEG-ESAs, I'm not so sure we're thinking that's a major competitive risk at this point.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

So you think primarily of the HIF, whether it's 2 alphas or other things like that, being relatively early stage in terms of the competitive landscape and not differentiated...

**Thomas B. Neff**
*Founder, Chairman & CEO*

Well, speaking more broadly, in China, we -- for instance, we have a very large operation, and we don't see HIF competition in the next 3 to 5 years. In Japan, we do see competition because there are other companies lining up for launch, and that's probably a reflection of the different regulatory environments in each of those countries, what's possible. In the U.S., there are a couple of factors related to how we've differentiated ourself and I think in one respect doing the work to do placebo study in CKD and show that we are as safe as the placebo control arm is a very exciting place to be for purposes of trying to build a marketplace. That took a lot of effort over a long period of time. And I know that FDA has expressed in various ways that they're very pleased with the progress over the years and what's gone on.

And in the dialysis setting, we also set out a thesis, 2012, 2013, that an incident dialysis comparison would be favorable to the roxa technology over EPO. And so we've ended up creating a pool of almost 1,600 patients in a incident dialysis setting where from the time a patient might initiate dialysis any time in the next 4 months they randomize to either roxa or EPO, then we study them all the way through and we've had outstanding results in this area. We think it's the most fair comparison of EPO to roxa. We think it opens the door to roxa being recommended as a first medicine, both in the U.S. and in China. And so I think that we'll see how it develops. You can never be sure until you get there, but it looks very, very promising at this point.

And so I think when I look at the competitor HIF companies, they did not invest in these kinds of studies in -- on nondialysis, they're doing comparisons to ESA. That is really a market that has been de-emphasized really at FDA's direction for a long period of time now.

And then in the dialysis setting, I think the largest incident population that we're aware of amongst the other companies doing HIF is about 350 patients, and that's not nearly big enough to deal with the powering of statistical results we're trying to get to. So we are very hopeful that we have a strong competitive position in the U.S., and we think probably in Europe, we're going to see very similar dynamics develop, although Europe is a much more complicated picture in terms of cross-licensing stuff than the U.S. So we'll just have to wait and see how it develops in Europe, I think.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. Maybe returning to the regulatory landscape for a moment. As investors do have access and awareness of what the product looks like in the China market currently, you have sort of a label that's a product approval that gives investors a way to assess what kind of claims and data and so forth are available overseas. But as you think about the U.S. side, if you were to think about what is perhaps a base case based on the data you've seen so far to think about your label, potential claims and what data

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                                    FGEN-CA-0108108

might be included, how would you perhaps frame a base case for us? And what would sort of be the most optimistic case in terms of what a U.S. FDA-approved label might look like, would you say?

**Thomas B. Neff**
*Founder, Chairman & CEO*

So Peony, I'm probably going to let you to try to answer this, but I'm going to start with one observation, and that is, in China, we've actually earned a label where the treatment range is 10.5 to 12 hemoglobin. And so in China, ESA is limited to 11. And so the regulators were very comfortable in giving that difference initially with roxa based on the data. We don't know if something like that is possible in the U.S., and we are not gunning for it as a primary goal. It's just -- it was inappropriate given the circumstances a few years ago to be thinking about it that way. But it is an issue that we're seeing develop in a favorable manner elsewhere. So with that, Peony, please go ahead on...

**K. Peony Yu**
*Chief Medical Officer*

Thank you, Tom. So Tom mentioned the target hemoglobin range in the China label. Another very important differentiation in the China label that sets roxa apart from ESA is the product warning precaution. And the EPO label in China has warning of death, MI, stroke and tumor. And those terms do not appear as warning on our roxa label in China. And that is because the Chinese regulators recognize roxadustat as a different class of drug from ESA and label according to what the data showed. Now we are -- we know that our FDA has a lot of excellent clinical scientists, and we are hopeful that given the data we generated and showing cardiovascular safety comparing to placebo and superiority in MACE+ against EPO, that our FDA will also label our drug according to what the data they would be reviewing.

**Thomas B. Neff**
*Founder, Chairman & CEO*

I think a key goal in the U.S. was -- with CKD population, a placebo study was to show noninferior to placebo, to show that there isn't any incremental risk of measure so that it opens the door to the logic it shouldn't have a black box for placebo. Therefore, roxa should not have black box and go from there in dealing with dialysis. And it's turned out as we hoped for. So I think this will be very interesting. Yes.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

With respect to the 2 different populations that will be reviewed, perhaps as you think about the market over time and thinking about what patient duration could look like as it evolves and you get more market information, can you maybe, first of all, remind us how long -- what is the longest or, on average, patients have been treated here across the various studies? And then how do you think about that perhaps evolving in a real-world setting as you commercialize in the U.S.?

**K. Peony Yu**
*Chief Medical Officer*

Yes. Paul, great question. Roxadustat exposed patient, the longest time is more than 6 years in our extension from our Phase II. And we have a small number of patients who just refused to get off this drug because they love it. And in our Phase III studies, we have substantial number of patients with over 2 years of exposure. And in fact, that's around the average amount of time on study. And what we have found is the drug is very durable. And what I mean by that is that the dose required to maintain that hemoglobin seems quite stable over time. And I think that one of the big reasons is that our drug mobilizes iron and is not affected by inflammation, which both of those are issues with EPO.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. In the time remaining, perhaps I want to switch a little bit -- switch gears here and maybe switch to the pamrevlumab program and think about that and maybe we can just start with regard to a quick

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                                    FGEN-CA-0108109

overview of the various development programs and where they are, maybe starting with that, to kick it off.

**Thomas B. Neff**
*Founder, Chairman & CEO*

Dr. Kouchakji is going to address these questions. Elias, please go ahead.

**Elias Kouchakji**
*Senior Vice President of Clinical Development, Drug Safety & Pharmacovigilance*

Thank you, Tom. Thank you, Paul. Recently, we are starting, as we said, 2 Phase III studies. The first one is IPF, idiopathic pulmonary fibrosis, and the second one is in pancreatic cancer, specifically locally advanced and resectable pancreatic cancer. These are 2 very important programs. I would like to emphasize that the FDA granted an orphan designation for all 3 indications, including the Duchenne muscular dystrophy, and we received Fast Track designation for pamrevlumab for IPF in locally advanced pancreatic cancer. But most importantly now is there is big interest in our study in Duchenne muscular dystrophy. Specifically, we are conducting in nonambulatory patients.

The data so far that we have announced that the 21 patients who are enrolled in this study, open label, completed 1 year of therapy in the mid of March. We started doing administrative analysis of this data. We are doing this analysis in multiple parameters: pulmonary functions; cardiac functions; muscle functions; and imaging, MRIs. And we have seen a positive results in all these parameters. And I think this is another unique aspect of this drug and for this development of pamrevlumab.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. Maybe starting with the IPF program, there are some approved therapies on the market, such as Esbriet from Roche, Intermune and so forth, that have been, I think, quite surprising in terms of the market and become, in many respects, the standard of care for a segment of the population, but there are also some trade-offs with regard to adverse events and so forth. So can you maybe frame for us what percentage of patients are appropriate for Esbriet? And is that a benchmark you think about from a competitive perspective? Or are there patient populations where you think a need is not being met currently by some of the approved therapies?

**Elias Kouchakji**
*Senior Vice President of Clinical Development, Drug Safety & Pharmacovigilance*

So there is very clear an unmet need for a patient population who are either being treated and did not respond or treated and could not tolerate. And additionally, there is a patient population who has declined totally the treatment due to the fact that they're concerned over the safety of these 2 molecules. As you know that for pirfenidone, the skin toxicity, that this can prevent a lot of people from performing their daily activities. And then liver toxicity could not be dismissed in nintedanib. This population, if it is left out, as there is nothing else they can get into and this population required it, and I think this is the population at this time we are addressing.

And we think pamrevlumab, if the Phase III study is successful, could be at the same time the first-line therapy for all patients before any other patients. So that's why we are emphasizing to enroll our patients, the patients who are currently not on treatment. This, at the same time, could be an ethical thing because just trying to re-treat the patient who is treated is not sufficient, as we are leaving a big section of the population that's never been addressed.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. And maybe just in terms of the patient sizing. What percentage of the population do you think that would describe roughly, Elias?

**Elias Kouchakji**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL

FGEN-CA-0108110

*Senior Vice President of Clinical Development, Drug Safety & Pharmacovigilance*

I think at this time, our assessment, this population is between 40% to 50% of the population.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

In IPF?

**Elias Kouchakji**
*Senior Vice President of Clinical Development, Drug Safety & Pharmacovigilance*

In IPF. Yes. And I would just emphasize the IPF diagnosis is improving especially with the new diagnosis, that is, guidelines which were put in 2018 in ERS by Raghu and that is going to increase the number of subjects who is going to be diagnosed with IPF.

**Thomas B. Neff**
*Founder, Chairman & CEO*

One of our briefing partners for FDA, Dr. Luca Richeldi, went through all these populations, and FDA reviewers were really surprised how much the 2 approved therapies had fallen into disuse for various reasons. And that's a key aspect of why we're allowed to go ahead.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Maybe just to frame -- help investors understand and frame expectations, can you maybe just review for us what the prior clinical data has shown? And how do you think about that translating into your larger Phase III population?

**Elias Kouchakji**
*Senior Vice President of Clinical Development, Drug Safety & Pharmacovigilance*

I think it's very important to share that -- to remind everyone, first of all, from the FVC decline, we showed a much bigger -- a slower decline in FVC versus placebo compared to other 2 products. I'm not going to say instead we are a direct comparison, but at the same time, our study is against placebo and has reached a statistical significance in Phase II studies, which is not really required. And that one of the biggest aspect. There is another aspect as is we take a look at the patient who declined, and a patient decline is considered, you had a patient decline more than 10% in FVC percent predicted or died on the studies. If you take a look at that difference between these 2 study arms, there is proportionally 60% more decline in the placebo for this. And if you take a look at the other 2 products, they have not shown that big margin in differentiation in the severe decline.

The third part, which again is unique to pamrevlumab, is our QHR CT, the quantitative high-resolution CT scans measuring the fibrosis. And this we've shown time and time again, we did it in 049 study and similarly in 067 study that we've shown that the fibrosis in some patients, at least 1/3 of these patients have stabilization or decrease in the total volume of the fibrosis, that is, in either any of these 2 molecules have shown that they can capable to do.

**Thomas B. Neff**
*Founder, Chairman & CEO*

There are no other positive results with HR CT besides the ones that we have. Yes.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Maybe shifting gears, in the time left we have, to the pancreatic side. This historically, obviously, has been a very, very tough solid tumor to treat. And can you maybe -- what is the case for optimism here for making the investment? What have you seen so far that supports do you think proceeding here just given that the historical success rate obviously has been very, very low here in this area?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL

FGEN-CA-0108111

**Elias Kouchakji**
*Senior Vice President of Clinical Development, Drug Safety & Pharmacovigilance*

It's hard to say that, as I mentioned, that this is especially -- we are going after a special population, a subpopulation, which is very hard to treat. Usually, these patients have best outcome if they can be going to surgery. There is a limitation of involvement of the tumors around the vessels that's prevented them from being resectable. The uniqueness of our Phase II study is that we increase the resection in this population to 33%. But if we take a look into the resectability, that is another big assessment, that is, the patient can go to the surgeon and assess for the resection. So that has increased to 75%.

So we think we have a very unique proposition here that we can change the positioning of the tumors and make the tumors more selective for resection. And that is exciting at the same time due to the fact that FDA stated that if our Phase III study showed a resection rate favorable of pamrevlumab assays will be sufficient for it to be considered a surrogate endpoint for accelerated approval, this is exciting for someone like me who is a surgeon by training, which is a transplant surgeon. We do resect pancreatic cancer. And that is a very important part, that is, we are looking for something that can help us bring this patient assays. At the same time, went and said very clearly, patient resected, and resection has a link to increase of time of survival. That is very well documented, and that is what we are looking for.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. So I don't know how you keep track of all these programs, but you're also working on DMD as well. And I guess, my question here is that the landscape in DMD has been one of the biggest focal points in biotech for the past couple of years, and you are also seeing gene therapy approaches being developed. And so how do you think about, I guess, that perhaps potentially affecting the market opportunity in the nonambulatory population, if there is some sort of clinical success? Does that change your opportunity in terms of your addressable patient pool? And -- or do you think -- how do you think about that perhaps?

**Thomas B. Neff**
*Founder, Chairman & CEO*

So yes, all the things you said are true. We started way before the recent antisense-type genetic targeted molecules got approved and are being used. And the original observation was you're seeing microinfarcts in the heart with these patients. So it's really like the fibrosis furnace. And then we looked more broadly at dystrophin deletions, and there also were fibrosis furnaces. So we said this is a place where a broad spectrum antifibrotic antibody may have a big impact. We started in the preclinical in 2005. We got cleared by the U.S.-EU board that reviews these things in 2014 for immediate human studies, and we moved straight ahead. We think there will be impact in both nonambulatory and in ambulatory. The evidence shows cardiovascular, pulmonary as well as muscle strength in the studies we're doing now. That date is going to come up pretty soon. So we're very excited about where that's going at the present time.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Great. Thank you for that. Unfortunately, we have run out of time at the moment, but we can continue the questions offline here with the management team off the stage. Thank you.

**Thomas B. Neff**
*Founder, Chairman & CEO*

Thank you, Paul.

**K. Peony Yu**
*Chief Medical Officer*
Thank you very much, Paul.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL

FGEN-CA-0108112

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

CONFIDENTIAL

FGEN-CA-0108113

# EXHIBIT G

# FILED UNDER SEAL

# EXHIBIT H

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): November 8, 2019**

# FibroGen, Inc.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **001-36740** | **77-0357827** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**FibroGen, Inc.**
**409 Illinois Street**
**San Francisco, CA 94158**
(Address of principal executive offices, including zip code)

**(415) 978-1200**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock, $0.01 par value | FGEN | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

LEAD_PLAINTIFFS_0002541

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

LEAD_PLAINTIFFS_0002542

**Item 7.01    Regulation FD Disclosure**

On November 8, 2019, FibroGen, Inc. ("FibroGen") issued a press release announcing results from the pooled analyses of data from six global pivotal Phase 3 trials assessing the safety and efficacy of roxadustat as a treatment for anemia in chronic kidney disease compared to placebo in non-dialysis-dependent patients and to epoetin alfa in dialysis-dependent patients. The results were presented in a late breaker session at the American Society of Nephrology Kidney Week 2019 in Washington, D.C.

A copy of such press release is attached as Exhibit 99.1 to this Current Report on Form 8-K and a copy of the presentation of the results will be posted on FibroGen's website.

The information in this Item 7.01 is being furnished, not filed, pursuant to Regulation FD. Accordingly, the information in Item 7.01 of this report will not be incorporated by reference into any registration statement filed by the Company under the Securities Act of 1933, as amended, unless specifically identified therein as being incorporated therein by reference. The furnishing of the information in this report is not intended to, and does not, constitute a determination or admission by the Company that the information in this report is material or complete, or that investors should consider this information before making an investment decision with respect to any security of the Company.

**Item 9.01    Financial Statements and Exhibits.**

(d)    Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release titled "FibroGen Announces Positive Phase 3 Pooled Roxadustat Safety and Efficacy Results for Treatment of Anemia in Chronic Kidney Disease" dated November 8, 2019 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

LEAD_PLAINTIFFS_0002543

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**FIBROGEN, INC.**

Dated: November 8, 2019

By: /s/ Michael Lowenstein

Michael Lowenstein
Chief Legal Officer

LEAD_PLAINTIFFS_0002544

Exhibit 99.1

**FibroGen Announces Positive Phase 3 Pooled Roxadustat Safety and Efficacy Results for Treatment of Anemia in Chronic Kidney Disease**

*Roxadustat cardiovascular safety comparable to placebo in non-dialysis dependent (NDD) patients, as assessed by Major Adverse Cardiovascular Events (MACE) and MACE+*

*Roxadustat did not increase risk of MACE and reduced risk of MACE+ compared to epoetin alfa in dialysis-dependent (DD) patients;*

*Roxadustat reduced risk of MACE by 30% and MACE+ by 34% compared to epoetin alfa in the incident dialysis (ID) patient subgroup of the DD population*

*Roxadustat achieved primary efficacy endpoints in NDD and DD patients*

WASHINGTON, D.C., November 08, 2019 (GLOBAL NEWSWIRE) – FibroGen, Inc. (NASDAQ:FGEN), today announced results from the pooled analyses of data from six global pivotal Phase 3 trials investigating roxadustat, a first-in-class, orally-administered inhibitor of hypoxia-inducible-factor (HIF) prolyl hydroxylase activity. The pooled analyses assessed the safety and efficacy of roxadustat as a treatment for anemia in chronic kidney disease (CKD) compared to placebo in Non-Dialysis-Dependent (NDD) patients and to standard of care epoetin alfa in Dialysis-Dependent (DD) patients, including the clinically important Incident Dialysis (ID) patient subgroup. These Phase 3 trials conducted by FibroGen and collaboration partners AstraZeneca and Astellas Pharma, Inc., enrolled over 8,000 CKD patients from more than 50 countries.

"The pooled safety analyses assessing roxadustat as a treatment for anemia in chronic kidney disease demonstrate a cardiovascular safety profile comparable with placebo in patients not on dialysis, and comparable or in some cases better than that of epoetin alfa in patients on dialysis," said Robert Provenzano, MD, Associate Professor of Medicine, Wayne State University, Detroit, Michigan, U.S. and a primary investigator on the global Phase 3 program. "It is exciting to see this application of the groundbreaking science on oxygen sensing and adaptation to hypoxia recently awarded the 2019 Nobel Prize in Physiology or Medicine, and

LEAD_PLAINTIFFS_0002545

Exhibit 99.1

championed by FibroGen's late founder and CEO, Tom Neff, who sadly passed away earlier this year. These positive safety results, coupled with roxadustat's well-defined efficacy in CKD patients, and its oral formulation, support the potential for roxadustat to become an important new treatment option for patients with anemia associated with CKD."

These late-breaking data were featured in the High-Impact Clinical Trials oral abstract session on Friday, November 8, at the American Society of Nephrology Kidney Week 2019 in Washington, D.C. (Presentation FR-OR131)


+++

*Pooled Efficacy Results*

Individually, all six Phase 3 trials included in these pooled analyses (OLYMPUS, ANDES, ALPS, HIMALAYAS, SIERRAS, and ROCKIES) achieved the primary efficacy endpoint of mean hemoglobin (Hb) change from baseline compared to placebo in patients not on dialysis and to epoetin alfa in patients on dialysis.

In the pooled analysis of Non-Dialysis Dependent (NDD) patients (n=4277):
- Roxadustat was statistically superior to placebo, demonstrating an improvement of 1.85 g/dL in patients' Hb levels from baseline to the average over 28-52 weeks compared to 0.13 g/dL among patients in the placebo arm, for an overall treatment difference of 1.72 g/dL ($p<0.001$).
- The rate of rescue therapy required in the first year of treatment among patients treated with roxadustat (8.9%) was less than one third of the rate of the placebo arm (31.1%) $p<0.0001$; HR=0.19 (95% CI: 0.16, 0.23).
- The rate of red blood cell (RBC) transfusions required in the first year of treatment was also lower with roxadustat (5.2%) than placebo (15.4%) $p<0.0001$; HR=0.26 (95% CI: 0.21, 0.32).

In the pooled analysis of Dialysis Dependent (DD) patients (n=3880):
- Roxadustat was statistically superior to epoetin alfa, demonstrating an improvement of 1.22 g/dL in patients' Hb levels from baseline to the average over 28-52 weeks compared to 0.99 g/dL, for an overall treatment difference of 0.23 g/dL ($p<0.0001$).

LEAD_PLAINTIFFS_0002546

Exhibit 99.1

- Roxadustat was superior to epoetin alfa across patients regardless of inflammation status, categorized by the baseline CRP levels (CRP > 4.9 mg/L), demonstrating an improvement of 1.29 g/dL and 1.27 g/dL in Hb levels from baseline in patients with and without inflammation, respectively, compared to 0.96 g/dL and 1.05 g/dL with epoetin alfa.
- The rate of RBC transfusions required in the first year of treatment was also lower with roxadustat (9.5%) than with epoetin alfa (12.8%) in DD patients (p=0.046). HR=0.82 (95% CI: 0.679, 0.997).

Across the NDD and DD patient populations, roxadustat was effective in raising Hb levels regardless of whether patients were iron-replete (i.e., shown to have sufficient stores of iron in their body, TSAT% ≥20% and Ferritin ≥100 ng/mL) at baseline. NDD patients experienced a mean change of 1.94 g/dL from baseline with roxadustat in both iron-replete and non-replete subpopulations, compared to 0.13 g/dL in iron-replete and 0.33 g/dL in non-replete patients receiving placebo.

*Pooled Safety Results*

Across these pooled safety analyses, the studies evaluated several different patient populations, including:

- Non-Dialysis Dependent (NDD) patients;
- Dialysis Dependent (DD) patients; and
  - Incident Dialysis (ID) patients, who are patients who recently initiated dialysis (within 4 months). This ID subpopulation is the appropriate setting for comparison of roxadustat versus epoetin alfa, as this period of initial dialysis treatment is associated with substantially increased levels of safety events and patient mortality; whereas the stable DD patients have survived this period and thus are responsive to stable doses of erythropoiesis stimulating agents (ESA) such as epoetin alfa.

Cardiovascular (CV) endpoints were defined as:

- Time to first Major Adverse Cardiovascular Event (MACE): a composite endpoint of all-cause mortality, myocardial infarction, stroke;
- Time to first MACE+, a composite endpoint which includes MACE plus unstable angina and heart failure requiring hospitalization; and

LEAD_PLAINTIFFS_0002547

Exhibit 99.1

- Time to all-cause mortality
  - In the Non-Dialysis Dependent (NDD) patient population:
    - Risks of MACE, MACE+, and all-cause mortality in roxadustat patients were comparable to placebo in the ITT analyses based on a reference non-inferiority margin of 1.3.

        *ITT analysis agreed with the FDA

  - In a post hoc subgroup analysis of 2,438 non-dialysis patients with baseline eGFR≥15,
    - The one-year decline in eGFR in roxadustat treated patients (-2.8) was significantly less than that in placebo treated patients (-4.4), with a treatment difference of 1.6 mL/min/1.73m2 (p<0.0001).

  - In the Dialysis Dependent (DD) patient population:
    - Risks of MACE and all-cause mortality in roxadustat patients were not increased compared to those for patients receiving epoetin alfa based on a reference non-inferiority margin of 1.3.
    - Risk of MACE+ was 14% lower in roxadustat-treated patients than in those receiving epoetin alfa.

LEAD_PLAINTIFFS_0002548

Exhibit 99.1

- The Incident Dialysis (ID) patient sub-group of the Dialysis Dependent (DD) patient population:
  - Risk of MACE was 30% lower in roxadustat patients than in epoetin alfa patients, and risk of MACE+ was 34% lower.
  - Roxadustat-treated patients' risk showed a trend towards lower all-cause mortality relative to epoetin alfa-treated patients.

"The positive efficacy and cardiovascular safety results from these pooled analyses, in a population with a broad range in both CKD and anemia severity in over 8,000 patients across six Phase 3 global trials, reaffirm the potential of roxadustat to improve treatment for anemia in CKD patients." said K. Peony Yu, MD, Chief Medical Officer, FibroGen. "There has not been much progress in treatment approaches for anemia in over 30 years, and more effective, safe, and convenient treatment options for patients are long overdue. We are privileged to be advancing

LEAD_PLAINTIFFS_0002549

Exhibit 99.1

this effort with roxadustat and plan to file the NDA in the U.S. by the end of this quarter for both dialysis and non-dialysis patients with our partner AstraZeneca and the MAA in Europe by the end of first quarter 2020 with our partner Astellas, followed by submissions to other regulatory authorities."

+ + +

**About Anemia Associated with CKD**

Anemia can be a serious medical condition in which patients have insufficient red blood cells and low levels of hemoglobin, a protein in red blood cells that carries oxygen to cells throughout the body. Anemia in CKD is associated with increased risk of hospitalization, cardiovascular complications and death, also frequently causing significant fatigue, cognitive dysfunction and reduced quality of life. Severe anemia is common in patients with CKD, cancer, myelodysplastic syndromes (MDS), inflammatory diseases, and other serious illnesses.

Anemia is particularly prevalent in patients with CKD. The prevalence of CKD in the adult population is estimated at 10-12% globally and is generally a progressive disease characterized by gradual loss of kidney function that may eventually lead to kidney failure, or end stage renal disease, requiring dialysis or kidney transplant to survive. Blood transfusion is used for treating life-threatening severe anemia. However, blood transfusions reduce the patient's opportunity for kidney transplant, increase risk of infections and the risk of complications such as heart failure and allergic reactions.

According to the United States Renal Data System (USRDS), over 14% of the U.S. adult population is affected by CKD, and a majority of dialysis-eligible CKD patients are currently on dialysis. It is estimated that approximately 509,000 patients are receiving dialysis in the U.S. as of 2016.

**About Roxadustat**

Roxadustat (FG-4592) is a first-in-class, orally administered small molecule HIF-PH inhibitor that promotes erythropoiesis through increasing endogenous production of erythropoietin, improving iron regulation, and overcoming the negative impact of inflammation on hemoglobin syntheses and red blood cell production by downregulating hepcidin. Administration of roxadustat has been shown to induce coordinated erythropoiesis, increasing red blood cell count while maintaining plasma erythropoietin levels within or near normal physiologic range in multiple subpopulations of chronic kidney disease (CKD) patients, including in the presence of inflammation and without a need for supplemental intravenous iron. Roxadustat is currently approved in China for the treatment of anemia in CKD patients on dialysis and patients not on dialysis and approved in Japan for the treatment of anemia in CKD patients on dialysis. Roxadustat is in Phase 3 clinical development in the U.S. and Europe and in Phase 2/3

LEAD_PLAINTIFFS_0002550

Exhibit 99.1

development in China for anemia associated with myelodysplastic syndromes (MDS), and in a Phase 2 U.S. trial for treatment of chemotherapy-induced anemia.

Astellas and FibroGen are collaborating on the development and commercialization of roxadustat for the treatment of anemia in territories including Japan, Europe, the Commonwealth of Independent States, the Middle East, and South Africa. AstraZeneca and FibroGen are collaborating on the development and commercialization of roxadustat for the treatment of anemia in the U.S., China, and other markets in the Americas and in Australia/New Zealand as well as Southeast Asia.

**About FibroGen**

FibroGen, Inc., headquartered in San Francisco, California, with subsidiary offices in Beijing and Shanghai, People's Republic of China, is a leading biopharmaceutical company discovering and developing a pipeline of first-in-class therapeutics. The company applies its pioneering expertise in hypoxia-inducible factor (HIF) and connective tissue growth factor (CTGF) biology, and clinical development to advance innovative medicines for the treatment of anemia, fibrotic disease, and cancer. Roxadustat, the company's most advanced product candidate, is an oral small molecule inhibitor of HIF prolyl hydroxylase (HIF-PH) activity, completing worldwide Phase 3 clinical development for the treatment of anemia in chronic kidney disease (CKD), is approved by the National Medical Products Administration (NMPA) in China for CKD patients on dialysis and not on dialysis and by the Ministry of Health, Labour and Welfare in Japan for CKD patients on dialysis. Roxadustat is in Phase 3 clinical development in the U.S. and Europe and in Phase 2/3 development in China for anemia associated with myelodysplastic syndromes (MDS), and in a Phase 2 U.S. trial for treatment of chemotherapy-induced anemia. Pamrevlumab, an anti-CTGF human monoclonal antibody, is in Phase 3 clinical development for the treatment of idiopathic pulmonary fibrosis (IPF) and pancreatic cancer, and is currently in a Phase 2 trial for Duchenne muscular dystrophy (DMD). FibroGen is also developing a biosynthetic cornea in China. For more information, please visit www.fibrogen.com.

**Forward-Looking Statements**

*This release contains forward-looking statements regarding our strategy, future plans and prospects, including statements regarding the development of roxadustat, our interpretation of the pooled safety analyses and other analyses of the global Phase 3 program for roxadustat, , the potential for and timing of an NDA submission to the FDA and an MAA submission to the EMA for potential marketing approval for roxadustat, the potential safety and efficacy profile of our product candidates, aspects of roxadustat that could affect its commercial prospects, and our clinical, regulatory plans, and those of our partners. These forward-looking statements include, but are not limited to, statements about our plans, objectives, representations and contentions and are not historical facts and typically are identified by use of terms such as "may," "will", "should," "on track," "could," "expect," "plan," "anticipate," "believe," "estimate,*

LEAD_PLAINTIFFS_0002551

Exhibit 99.1

*"predict," "potential," "continue" and similar words, although some forward-looking statements are expressed differently. Our actual results may differ materially from those indicated in these forward-looking statements due to risks and uncertainties related to the continued progress and timing of our various programs, including the enrollment and results from ongoing and potential future clinical trials, and other matters that are described in our Annual Report on Form 10-K for the fiscal year ended December 31, 2018, and our Quarterly Report on Form 10-Q for the fiscal quarter ended June 30, 2019 filed with the Securities and Exchange Commission (SEC), including the risk factors set forth therein. Investors are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date of this release, and we undertake no obligation to update any forward-looking statement in this press release, except as required by law.*

**Contact:**

FibroGen, Inc.

Media Inquiries:
Sara Iacovino
1.703.474.4452
sara.iacovino@gcihealth.com

Investors:
Michael Tung, M.D.
Investor Relations
1.415.978.1433
ir@fibrogen.com

LEAD_PLAINTIFFS_0002552

| Document and Entity Information | Nov. 08, 2019 |
|---|---|
| Cover [Abstract] | |
| Document Type | 8-K |
| Amendment Flag | false |
| Document Period End Date | Nov. 08, 2019 |
| Entity Registrant Name | FIBROGEN INC |
| Entity Central Index Key | 0000921299 |
| Entity Emerging Growth Company | false |
| Entity File Number | 001-36740 |
| Entity Incorporation, State or Country Code | DE |
| Entity Tax Identification Number | 77-0357827 |
| Entity Address, Address Line One | 409 Illinois Street |
| Entity Address, City or Town | San Francisco |
| Entity Address, State or Province | CA |
| Entity Address, Postal Zip Code | 94158 |
| City Area Code | 415 |
| Local Phone Number | 978-1200 |
| Written Communications | false |
| Soliciting Material | false |
| Pre-commencement Tender Offer | false |
| Pre-commencement Issuer Tender Offer | false |
| Title of each class | Common Stock, $0.01 par value |
| Trading Symbol | FGEN |
| Name of each exchange on which registered | NASDAQ |

LEAD_PLAINTIFFS_0002553



LEAD_PLAINTIFFS_0002554

# EXHIBIT I

- Skip to content
- Skip to navigation
- Skip to footer





Search [Enter your search]

- What science can do
- R&D
    - R&D
    - Our approach
    - Transformative science
    - Data science & AI
    - Digital health
    - Our technologies
    - Next generation therapeutics
    - Publications
    - R&D strategic centres
- Our therapy areas
    - All therapy areas
    - Oncology
    - BioPharmaceuticals
    - Cardiovascular, Renal and Metabolism
    - Respiratory & Immunology
    - Other disease areas
    - Pipeline
    - All medicines
- Our company
    - Our company
    - Our strategy
    - Our people
    - Our commitment to patients
    - Our leadership
    - Cambridge
    - Gothenburg
    - Gaithersburg
- Careers
- Investors



    - Investor Relations (Global)
    - Investor Relations (Sweden)
    - Resources
    - Governance
    - Shareholder information
    - Dividend policy

- - Key facts
    - FAQs
    - Debt Investors
    - ADR Programme
  - Media
    - Press Releases
    - Media centre
    - Statements
    - Articles
    - Image library
    - COVID-19 resources
    - Broadcast videos
    - Archive
    - Media contacts
  - Sustainability
    - Sustainability
    - Access to healthcare
    - Environmental protection
    - Ethics and transparency
    - Supporting our communities
    - Resources
  - Partnering
    - Partnering with AstraZeneca
    - Our Partnering teams
    - Our areas of partnering interest
    - Why partner with AstraZeneca?
    - Secrets to successful partnering
    - Supplier Information
    - A Catalyst Network
  -

- AstraZeneca Websites
- Global site

# Roxadustat Phase III programme pooled analyses showed positive efficacy and no increased cardiovascular risk in patients with anaemia from chronic kidney disease

PUBLISHED 8 November 2019

*In non dialysis-dependent patients receiving roxadustat, the risk of MACE, MACE+ and all-cause mortality was comparable to placebo*

*Dialysis-dependent patients receiving roxadustat had a lower risk of MACE+ and no increased risk of MACE or all-cause mortality versus epoetin alfa*

*In incident dialysis patients, roxadustat had a lower risk of MACE and MACE+ and showed a trend towards lower risk of all-cause mortality relative to epoetin alfa*

AstraZeneca and FibroGen Inc. (FibroGen) today presented pooled efficacy and cardiovascular (CV) safety analyses from the pivotal Phase III programme assessing roxadustat for the treatment of patients with anaemia from chronic kidney disease (CKD).

The pooled CV safety analyses showed that roxadustat, an oral first-in-class hypoxia-inducible factor prolyl hydroxylase inhibitor (HIF-PHI), did not increase the risk of MACE, MACE+ and all-cause mortality in non dialysis-dependent (NDD) patients compared to placebo and dialysis-dependent (DD) patients compared to epoetin alfa, a current medicine used to treat anaemia.

In a clinically important predefined subgroup of incident dialysis (ID) patients, defined as patients who have been on dialysis for four months or less, roxadustat reduced the risk of MACE and MACE+ and showed a trend towards lower risk of all-cause mortality relative to epoetin alfa.

Key safety endpoints consisted of time to major adverse CV events (MACE), defined as all-cause mortality, stroke and myocardial infarction, and time to MACE+, defined as MACE, unstable angina requiring hospitalisation and congestive heart failure requiring hospitalisation.

The results were presented in an oral late-breaking abstract session at the American Society of Nephrology (ASN) Kidney Week 2019 in Washington, D.C., US.

Mene Pangalos, Executive Vice President, BioPharmaceuticals, R&D, said: "These highly anticipated results reinforce our confidence in the potential of roxadustat to address significant unmet medical needs among patients with anaemia from chronic kidney disease, particularly for those who have recently started dialysis. The pooled analyses showed incident dialysis patients receiving roxadustat had a lower risk of cardiovascular events which is important as these patients may experience higher rates of morbidity and mortality than those on stable dialysis."

Robert Provenzano, MD, Associate Professor of Medicine, Wayne State University, Detroit, Michigan, US and a primary investigator on the global Phase III programme, said: "Roxadustat is the first in a new class of medicines for the treatment of anaemia from chronic kidney disease. This pooled cardiovascular safety data, together with strong efficacy data, support its potential as an important new treatment option for patients with anaemia from chronic kidney disease who have seen little to no innovation in decades."

**Key headline data from the roxadustat Phase III programme pooled safety analyses**

| Population Comparator | MACE | MACE+ | All-cause mortality | Conclusion |
|---|---|---|---|---|
| **NDD** (n=4,270) Placebo | HR 1.08 (95% CI, 0.94, 1.24) | HR 1.04 (95% CI, 0.91, 1.18) | HR 1.06 (95% CI, 0.91, 1.23) | The risk of MACE, MACE+ and all-cause mortality in roxadustat patients was comparable to placebo |

11/29/21, 10:56 AM    Roxadustat Phase III programme pooled analyses showed positive efficacy and no increased cardiovascular risk in patients wit…

Case 3:21-cv-02623-EMC    Document 197-6    Filed 07/17/23    Page 62 of 604

| Population<br><br>Comparator | MACE | MACE+ | All-cause mortality | Conclusion |
|---|---|---|---|---|
| ID[i,ii]<br><br>(n=1,526)<br><br><br>Epoetin alfa | HR 0.70<br><br>(95% CI, 0.51, 0.96) | HR 0.66<br><br>(95% CI, 0.50, 0.89) | HR 0.76<br><br>(95% CI, 0.52, 1.11) | In ID patients, those taking roxadustat had a 30% lower risk of MACE and 34% lower risk of MACE+ compared to those taking epoetin alfa, with a trend towards lower all-cause mortality for roxadustat relative to epoetin alfa |
| DD<br><br>(n=3,880)<br><br><br>Epoetin alfa | HR 0.96<br><br>(95% CI, 0.82, 1.13) | HR 0.86<br><br>(95% CI, 0.74, 0.98) | HR 0.96<br><br>(95% CI, 0.79, 1.17) | No increased risk of MACE and all-cause mortality and a lower risk of MACE+ compared to epoetin alfa |

i.    ID patients are those who initiated dialysis within four months prior to randomisation

ii.   ID patients are a subgroup of the DD patient population

The primary efficacy endpoint was achieved in the pooled analyses for NDD and DD patients, and in all individual Phase III trials. Data from the pooled efficacy and CV safety analyses, together with other statistical analyses, will form part of the regulatory submission in the US, which is anticipated in Q4 2019.

The pooled efficacy analyses in the NDD population showed roxadustat was superior to placebo, regardless of iron-repletion, with a mean increase from baseline in haemoglobin (Hb) levels averaged over weeks 28 to 52 of 1.85 g/dL in patients treated with roxadustat compared to 0.13 g/dL with placebo (p<0.001).

The pooled efficacy analyses in the DD population showed roxadustat demonstrated a statistically significant mean increase from baseline in Hb levels averaged over weeks 28 to 52 with 1.22 g/dL in patients treated with roxadustat compared to 0.99 g/dL with epoetin alfa (p<0.001).

Roxadustat is currently approved in China for the treatment of anaemia in patients with CKD, regardless of whether they require dialysis, and in Japan for the treatment of dialysis patients with anaemia from CKD.

## About roxadustat

Roxadustat is a HIF-PHI that promotes erythropoiesis by increasing endogenous production of erythropoietin and improving iron regulation and overcoming the negative impact of inflammation on haemoglobin synthesis and red blood cell production by downregulating hepcidin. Use of roxadustat has been shown to induce coordinated erythropoiesis, increasing red blood cell count while maintaining plasma erythropoietin levels within or near normal physiologic range, in multiple subpopulations of CKD patients, including in the presence of inflammation and without a need for supplemental IV iron.

Case 3:21-cv-02623-EMC   Document 197-6   Filed 07/17/23   Page 63 of 604

## About the Phase III programme

FibroGen, Inc., (FibroGen) and AstraZeneca are collaborating on the development and commercialisation of roxadustat for the treatment of anaemia in patients with CKD in the US, China, and other global markets. FibroGen and Astellas Pharma Inc. (Astellas) are collaborating on the development and commercialisation of roxadustat for the treatment of anaemia in patients with chronic kidney disease (CKD) in territories including Japan, Europe, the Commonwealth of Independent States, the Middle East, and South Africa.

The global Phase III programme includes more than 9,000 patients and was conducted by AstraZeneca, FibroGen and Astellas together. The OLYMPUS, ALPS and ANDES trials evaluated roxadustat vs. placebo in NDD patients. ROCKIES, SIERRAS and HIMALAYAS evaluated roxadustat vs. epoetin alfa in DD patients. HIMALAYAS evaluated roxadustat vs. epoetin alfa in ID patients; there were ID patients in ROCKIES and SIERRAS. PYRENEES was not included in the pooled CV safety analyses.

## About anaemia

Anaemia can be a serious medical condition in which patients have insufficient red blood cells and low levels of haemoglobin, a protein in red blood cells that carries oxygen to cells throughout the body.[1,2] Anaemia from CKD is associated with increased risk of hospitalisation, CV complications and death,[3] also frequently causing significant fatigue, cognitive dysfunction and decreased quality of life.[4] Severe anaemia is common in patients with CKD, cancer, myelodysplastic syndrome, inflammatory diseases and other serious illnesses.

Anaemia is particularly prevalent in patients with CKD. CKD affects more than 200 million patients worldwide and is generally a progressive disease characterised by gradual loss of kidney function that may eventually lead to kidney failure.

According to the United States Renal Data System, about 80% of the approximately 509,000 patients receiving dialysis in the US in 2016 were being treated with erythropoiesis-stimulating agents (ESA).[5] Patients seldom receive ESA treatment until they initiate dialysis therapy.

## About AstraZeneca in CVRM

Cardiovascular, Renal & Metabolism (CVRM) together forms one of AstraZeneca's three therapy areas and is a key growth driver for the Company. By following the science to understand more clearly the underlying links between the heart, kidneys and pancreas, AstraZeneca is investing in a portfolio of medicines to protect organs and improve outcomes by slowing disease progression, reducing risks and tackling co-morbidities. The Company's ambition is to modify or halt the natural course of CVRM diseases and potentially regenerate organs and restore function, by continuing to deliver transformative science that improves treatment practices and cardiovascular health for millions of patients worldwide.

## About AstraZeneca

AstraZeneca is a global, science-led biopharmaceutical company that focuses on the discovery, development and commercialisation of prescription medicines, primarily for the treatment of diseases in three therapy areas - Oncology, CVRM, and Respiratory. AstraZeneca operates in over 100 countries, and its innovative medicines are used by millions of patients worldwide. For more information, please visit astrazeneca.com and follow the Company on Twitter @AstraZeneca.

# Contacts

11/29/21, 10:56 AM
Case 3:21-cv-02623-EMC   Document 197-6   Filed 07/17/23   Page 64 of 604
Roxadustat Phase III programme pooled analyses showed positive efficacy and no increased cardiovascular risk in patients wit…

## Media Relations

| | | |
|---|---|---|
| Gonzalo Viña | | +44 203 749 5916 |
| Rob Skelding | Oncology | +44 203 749 5821 |
| Rebecca Einhorn | Oncology | +1 301 518 4122 |
| Matt Kent | BioPharmaceuticals | +44 203 749 5906 |
| Jennifer Hursit | Other | +44 203 749 5762 |
| Christina Malmberg Hägerstrand | Sweden | +46 8 552 53 106 |
| Michele Meixell | US | +1 302 885 2677 |

## Investor Relations

| | | |
|---|---|---|
| Thomas Kudsk Larsen | | +44 203 749 5712 |
| Henry Wheeler | Oncology | +44 203 749 5797 |
| Christer Gruvris | BioPharmaceuticals (CV, Metabolism) | +44 203 749 5711 |
| Nick Stone | BioPharmaceuticals (Renal), ESG | +44 203 749 5716 |
| Josie Afolabi | BioPharmaceuticals (Respiratory), other medicines | +44 203 749 5631 |
| Craig Marks | Finance, fixed income | +44 7881 615 764 |
| Jennifer Kretzmann | Corporate access, retail investors | +44 203 749 5824 |
| US toll-free | | +1 866 381 72 77 |

## References

11/29/21, 10:56 AM
Roxadustat Phase III programme pooled analyses showed positive efficacy and no increased cardiovascular risk in patients wit…

Case 3:21-cv-02623-EMC   Document 197-6   Filed 07/17/23   Page 65 of 604

1. National Kidney Foundation. "Managing Anaemia When You Have Kidney Disease or Kidney Failure." 2014.
2. National Institute of Diabetes and Digestive and Kidney Diseases. "Anaemia in Chronic Kidney Disease." 2014.
3. Babitt JL, Lin HY. Mechanisms of Anemia in CKD. J Am Soc Nephrol (2012); 23:1631-1634.
4. KDOQI Clinical Practice Guidelines and Clinical Practice Recommendations for Anaemia in Chronic Kidney Disease. *Am J Kidney Dis*. 2006 May; 47(5): S1-S132.
5. United States Renal Data System. "Annual Data Report." 2017.

**Adrian Kemp**
**Company Secretary**
**AstraZeneca PLC**

**You are now leaving AstraZeneca.com**

You have selected a link that will take you to a site maintained by a third party who is solely responsible for its contents.

AstraZeneca provides this link as a service to website visitors. AstraZeneca is not responsible for the privacy policy of any third party websites. We encourage you to read the privacy policy of every website you visit.

Click 'cancel' to return to AstraZeneca's site or 'continue' to proceed.

?

**Important notice for users**

You are about to access AstraZeneca historic archive material. Any reference in these archives to AstraZeneca products or their uses may not reflect current medical knowledge and should not be used as a source of information on the present product label, efficacy data or safety data. Please refer to your approved national product label (SmPC) for current product information.

I have read this warning and will not be using any of the contained product information for clinical purposes.

?
?

# EXHIBIT J

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-Q

(Mark One)

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2019

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to

Commission file number: 001-36740

# FIBROGEN, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 77-0357827 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| 409 Illinois Street | |
| San Francisco, CA | 94158 |
| (Address of Principal Executive Offices) | (Zip Code) |

(415) 978-1200

Registrant's telephone number, including area code:

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.01 par value | FGEN | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act:

| Large accelerated filer | ☑ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Exchange Act Rule 12b-2). Yes ☐ No ☑

The number of shares of common stock outstanding as of October 31, 2019 was 87,250,064.

FGEN-CA-0108245

**FIBROGEN, INC.**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| | **PART I-FINANCIAL INFORMATION** | |
| Item 1. | Condensed Consolidated Financial Statements (Unaudited) | 2 |
| | Condensed Consolidated Balance Sheets as of September 30, 2019 and December 31, 2018 (Unaudited) | 2 |
| | Condensed Consolidated Statements of Operations for the Three and Nine Months Ended September 30, 2019 and 2018 (Unaudited) | 3 |
| | Condensed Consolidated Statements of Comprehensive Income (Loss) for the Three and Nine Months Ended September 30, 2019 and 2018 (Unaudited) | 4 |
| | Condensed Consolidated Statements of Changes in Stockholders' Equity for the Three and Nine Months Ended September 30, 2019 and 2018 (Unaudited) | 5 |
| | Condensed Consolidated Statements of Cash Flows for the Nine Months Ended September 30, 2019 and 2018 (Unaudited) | 7 |
| | Notes to the Condensed Consolidated Financial Statements (Unaudited) | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 46 |
| Item 4. | Controls and Procedures | 46 |
| | **PART II-OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 47 |
| Item 1A. | Risk Factors | 47 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 89 |
| Item 3. | Defaults Upon Senior Securities | 89 |
| Item 4. | Mine Safety Disclosures | 89 |
| Item 5. | Other Information | 89 |
| Item 6. | Exhibits | 90 |
| | Signatures | 91 |

1

CONFIDENTIAL

FGEN-CA-0108246

Table of Contents

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.**

*You should read the following discussion and analysis of our financial condition and results of operations in conjunction with the condensed consolidated financial statements and the notes thereto included elsewhere in this Quarterly Report on Form 10-Q, and in our Securities and Exchange Commission ("SEC") filings, including our Annual Report on Form 10-K for the year ended December 31, 2018 filed with the SEC on February 27, 2019.*

**FORWARD-LOOKING STATEMENTS**

*The following discussion and information contained elsewhere in this Quarterly Report on Form 10-Q contain "forward-looking statements" within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended ("Exchange Act"), Section 27A of the Securities Act of 1933, as amended ("Securities Act") and within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are often identified by the use of words such as "may," "will," "expect," "believe," "anticipate," "intend," "could," "should," "estimate," or "continue," and similar expressions or variations. Such forward-looking statements are subject to risks, uncertainties and other factors that could cause actual results and the timing of certain events to differ materially from future results expressed or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, those discussed in the section titled "Risk Factors," set forth in Part II, Item 1A of this Quarterly Report on Form 10-Q. The forward-looking statements in this Quarterly Report on Form 10-Q represent our views as of the date of this Quarterly Report on Form 10-Q. We anticipate that subsequent events and developments will cause our views to change. New risks emerge from time to time, and it is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. In light of these risks, uncertainties, and assumptions, the forward-looking events and circumstances discussed in this Quarterly Report on Form 10-Q may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. While we may elect to update these forward-looking statements at some point in the future, we have no current intention of doing so except to the extent required by applicable law. You should, therefore, not rely on these forward-looking statements as representing our views as of any date subsequent to the date of this Quarterly Report on Form 10-Q and are cautioned not to place undue reliance on such forward-looking statements.*

**BUSINESS OVERVIEW**

We were incorporated in 1993 in Delaware and are headquartered in San Francisco, California, with subsidiary offices in Beijing and Shanghai, People's Republic of China ("China"). We are a leading biopharmaceutical company discovering and developing a pipeline of first-in-class therapeutics. We apply our pioneering expertise in hypoxia-inducible factor ("HIF"), connective tissue growth factor ("CTGF") biology, and clinical development to advance innovative medicines for the treatment of anemia, fibrotic disease, and cancer. Roxadustat, our most advanced product, is an oral small molecule inhibitor of HIF prolyl hydroxylase ("HIF-PH") activity, completing Phase 3 clinical development for the treatment of anemia in chronic kidney disease ("CKD"), with a New Drug Application ("NDA") now approved in China in dialysis patients and non-dialysis patients and in Japan for dialysis patients. We and our collaboration partners AstraZeneca AB ("AstraZeneca") and Astellas Pharma Inc. ("Astellas") are in the process of preparing an NDA for submission to the United States ("U.S.") Food and Drug Administration ("FDA") and a Marketing Authorization Application ("MAA") for submission to the European Medicines Agency ("EMA"). Roxadustat is in Phase 3 clinical development in the U.S. and Europe and in Phase 2/3 development in China for anemia associated with myelodysplastic syndromes ("MDS"). Roxadustat is in Phase 2 clinical development for chemotherapy-induced anemia. Pamrevlumab, an anti-CTGF human monoclonal antibody, is in Phase 3 clinical development for the treatment of both idiopathic pulmonary fibrosis ("IPF") and pancreatic cancer. Pamrevlumab is also currently in a Phase 2 trial for Duchenne muscular dystrophy ("DMD"). We are also developing a biosynthetic cornea in China.

25

CONFIDENTIAL

FGEN-CA-0108270

Table of Contents

o   *Reduction of Decline in Kidney Function as Measured by eGFR*

In a post hoc subgroup analysis of 2,438 non-dialysis patients with baseline eGFR≥15, the one-year decline in estimated glomerular filtration rate ("eGFR," a measure of the filtration function of kidney and renal disease progression) in roxadustat treated patients (-2.8) was significantly less than that in placebo treated patients (-4.4), with a treatment difference of 1.6 mL/min/1.73m$^2$ (p<0.0001).

o   *Reduction of LDL Cholesterol*

In the pooled non-dialysis patients, roxadustat lowered low-density lipoproteins ("LDL"), with a mean change from baseline of -17.06 mg/dL compared to an increase of 1.30 mg/dL for placebo patients, a significant treatment difference of -19.83 mg/dL (p<0.0001).

•   *Pooled Cardiovascular Safety Data*

In the U.S., the primary safety endpoint is time to first Major Adverse Cardiovascular Event ("MACE"), a composite endpoint of all-cause mortality, stroke and myocardial infarction. In Europe, the primary safety endpoint is the time to first MACE+ ("MACE+") which, in addition to the components in MACE, also includes hospitalization due to heart failure or unstable angina. However, the FDA in the U.S., and the EMA in Europe, will each review MACE, MACE+, and all-cause mortality separately, in addition to other endpoints.

The below cardiovascular safety analyses reflect the pooling strategy and analytical approach we agreed on with the FDA. Similar sets of analyses will be submitted to the EMA to serve as the basis for potential approval in dialysis and non-dialysis in Europe, and additional supportive analyses and sensitivity analyses as well as subgroup analyses will also be included in the NDA and MAA. However, the FDA and EMA will each conduct their own benefit-risk analysis and may use additional statistical analyses other than those agreed with the FDA or set forth below, including, but not limited to, pre-specified or other analyses that may not sufficiently address the differential drop-out rate between the roxadustat and placebo study arms in non-dialysis.

o   *Non-Dialysis – Pooled Cardiovascular Safety Data*

In our pre-NDA meeting, the FDA agreed that the ITT-analysis would be our primary cardiovascular safety analysis method for non-dialysis in the U.S. as it uses on-treatment and post treatment long term follow-up (until a common study end date) to account for the higher drop-out rate in the placebo arm. The figure below shows that in the 4,270 pooled non-dialysis patients (OLYMPUS, ANDES, and ALPS), the risk of MACE, MACE+, and all-cause mortality in roxadustat patients were comparable to that in placebo patients based on a reference non-inferiority margin of 1.3.





**Time to event endpoints using Cox model, ITT analysis**
**NDD (OLYMPUS, ANDES, ALPS), N=4270**

| | HR (95% CI) |
|---|---|
| MACE | 1.08 (0.94, 1.24) |
| MACE+ | 1.04 (0.91, 1.18) |
| All Cause Mortality | 1.06 (0.91, 1.23) |

0.5 — Favors roxadustat   1 — Neutral   1.3   2 — Favors placebo

28

FGEN-CA-0108273

Table of Contents

- compliance with regulatory requirements that vary in each country where a product might be sold;

- capacity or forecasting limitations and scheduling availability in contracted facilities; and

- natural disasters, such as floods, storms, earthquakes, tsunamis, and droughts, or accidents such as fire, that affect facilities, possibly limit or postpone production, and increase costs.

### The FDA and EMA will do their own benefit risk analysis and may reach a different conclusion than we or our partners have internally, and these regulatory authorities may base their approval decision on different analyses, data, and statistical methods than ours.*

Even if we believe we have achieved certain results based on a totality of the evidence, such as superiority or non-inferiority, in certain endpoints, populations or subpopulations, or using certain statistical methods of analysis, the FDA and EMA will each conduct their own benefit-risk analysis and may reach different conclusions, using different statistical methods, different endpoints or definitions thereof, or different patient populations or sub-populations, and regulatory authorities may change their approvability criteria based on their internal analyses and discussions with expert advisors. Regulatory authorities may approve roxadustat for fewer or more limited indications than we request or may grant approval contingent on the performance of costly post-approval clinical trials. While we will present to regulatory authorities certain pre-specified and not pre-specified sub-populations and sub-group analyses (for example, incident dialysis), multiple secondary endpoints, and multiple analytical methods (such as long-term follow up analyses), including adjusted and censored data, regulatory authorities may reject these analyses, methods, or even parts of our trial design or certain data from our studies, the rationale for our pre-specified non-inferiority margins or other portions of our statistical analysis plans. In addition, even if we are able to provide positive data with respect to certain analyses, such as incident dialysis, estimated glomerular filtration rate, hepcidin, or quality of life measures, regulatory authorities may not include such claims on any approved labeling for roxadustat, which may limit the commercialization or market opportunity for roxadustat. Further, initial topline results reported for certain studies (such as reduction of transfusion risk or hemoglobin response in the presence of inflammation), may not be representative of the data seen in all studies or may not be sustained upon further analyses or after more wide-spread use upon commercialization. The failure to obtain regulatory approval, or any label, population or other approval limitations in any jurisdiction, may significantly limit our ability to generate revenues, and any failure to obtain such approval for all of the indications and labeling claims we deem desirable could reduce our potential revenue.

### Positive topline results from our Phase 3 clinical trials assessing the safety and efficacy of roxadustat may not be indicative of additional results or results for roxadustat in other indications.*

There are multiple key and secondary endpoints as well as sub-group analyses in both dialysis and non-dialysis in the U.S. and multiple secondary endpoints in addition to MACE+ as well as sub-group analyses in dialysis and non-dialysis in Europe. We continue to analyze these additional endpoints from the Phase 3 clinical trials of roxadustat in anemia of CKD, as well as from the pooled analyses, some of which may have a bearing on the safety or efficacy of roxadustat. The topline results we have reported thus far may not be indicative of these additional results. In addition, results in these CKD-anemia indications may not be indicative of our clinical trials in other indications or the safety, efficacy, or approvability of roxadustat in other indications. If these topline results are not indicative of additional results or results in other indications, our potential revenue may be reduced.

### Even if we are able to obtain regulatory approval of our product candidates, the label we obtain may limit the indicated uses for which our product candidates may be marketed.*

With respect to roxadustat, regulatory approvals obtained outside of China and Japan, could limit the approved indicated uses for which roxadustat may be marketed. For example, ESAs have been subject to significant safety warnings, including the "Black Box" warnings on their labels. Refer to "*Business - Roxadustat for the Treatment of Anemia in Chronic Kidney Disease - Limitations of the Current Standard of Care for Anemia in CKD*" in our annual report on Form 10-K for the year ended December 31, 2018. In addition, in the past, an approved ESA was voluntarily withdrawn due to serious safety issues discovered after approval. The safety concerns relating to ESAs may result in labeling for roxadustat containing similar warnings even if our Phase 3 clinical trials do not suggest that roxadustat has similar safety issues. Even if the label for roxadustat does not contain all of the warnings contained in the "Black Box" warning for ESAs, the label for roxadustat may contain other warnings or limit the market opportunity or approved indications for roxadustat. These warnings could include warnings against exceeding specified hemoglobin targets and other warnings that derive from the lack of clarity regarding the safety issues associated with ESAs, even if our Phase 3 clinical trials do not themselves raise safety concerns.

57

CONFIDENTIAL

FGEN-CA-0108302

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**FibroGen, Inc.**

Dated: November 12, 2019    By: /s/ James Schoeneck

James Schoeneck
Interim Chief Executive Officer
*(Principal Executive Officer)*

Dated: November 12, 2019    By: /s/ Pat Cotroneo

Pat Cotroneo
Senior Vice President, Finance and Chief Financial Officer
*(Principal Financial and Accounting Officer)*

91

CONFIDENTIAL

FGEN-CA-0108336

Exhibit 31.1

**CERTIFICATION**

I, James Schoeneck, certify that;

1. I have reviewed this Form 10-Q of FibroGen, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 12, 2019

/s/ James Schoeneck
_____
James Schoeneck
Interim Chief Executive Officer
(Principal Executive Officer)

CONFIDENTIAL

FGEN-CA-0108343

Exhibit 31.2

**CERTIFICATION**

I, Pat Cotroneo, certify that;

1. I have reviewed this Form 10-Q of FibroGen, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 12, 2019

/s/ Pat Cotroneo
_____
Pat Cotroneo
Senior Vice President, Finance and Chief Financial Officer
(Principal Financial Officer)

FGEN-CA-0108344

Exhibit 32.1

## CERTIFICATION

Pursuant to the requirement set forth in Rule 13a-14(b) of the Securities Exchange Act of 1934, as amended ("Exchange Act"), and Section 1350 of Chapter 63 of Title 18 of the United States Code (18 U.S.C. §1350), James Schoeneck, Interim Chief Executive Officer of FibroGen, Inc. ("the Company"), and Pat Cotroneo, Chief Financial Officer of the Company, each hereby certifies that, to the best of his knowledge:

1.  The Company's Quarterly Report on Form 10-Q for the period ended September 30, 2019, to which this Certification is attached as Exhibit 32.1 ("Periodic Report") fully complies with the requirements of Section 13(a) or Section 15(d) of the Exchange Act, and

2.  The information contained in the Periodic Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated: November 12, 2019

IN WITNESS WHEREOF, the undersigned have set their hands hereto as of the 12th day of November, 2019.

/s/ James Schoeneck
James Schoeneck
Interim Chief Executive Officer

/s/ Pat Cotroneo
Pat Cotroneo
Senior Vice President, Finance and
Chief Financial Officer

This certification accompanies the Form 10-Q to which it relates, is not deemed filed with the Securities and Exchange Commission and is not to be incorporated by reference into any filing of FibroGen, Inc. under the Securities Act of 1933, as amended, or the Securities Exchange Act of 1934, as amended (whether made before or after the date of the Form 10-Q), irrespective of any general incorporation language contained in such filing.

CONFIDENTIAL

FGEN-CA-0108345

# EXHIBIT K

# PiperJaffray.

HOT COMMENT
November 8, 2019

## FibroGen, Inc. (FGEN)                                    Neutral

### Roxa MACE Data Deliver! | Our Quick Take on Today's Presentation at ASN

## CONCLUSION

Earlier this week, we outlined what we would hope to see at ASN to increase our confidence in roxa's overall risk/ benefit profile (note here). At a first glance (and after taking a closer look) the data look pretty solid to us. Roxadustat showed clear non-inferiority to placebo (NDD) and ESAs (DD). We still have some lingering questions that we hope to address with FibroGen management and the lead-investigators of the roxa program this evening, but overall, roxa's MACE data delivered and we expect the drug to be approved. That being said, it's quite clear that there is an enormous amount of data, and given the history of cardiotoxicity with drugs for this indication, we still expect an Ad Com panel to be held. As such, we think upside is capped from here until the FDA conducts their own review of the data and gives it the greenlight.

- **NDD MACE data show clear non-inferiority to placebo.** We noted that we wanted to see a MACE HR of ≤1.1 (with an upper 95% CI bound ≤1.3) from the FDA-agreed upon non-inferiority analysis; Roxa delivered with an HR of 1.08; 95% CI (0.94, 1.24) in the ITT analysis. All cause mortality was also non-inferior (HR 1.06; 95% CI (0.91, 1.23)), We also saw stat sig improvements in eGFR declines (+1.6 mg/min/1.73 cm3 vs. pbo) and lower LDL levels (-19.8 mg/dL). While we still hope to get more color on the HRs of the individual MACE/MACE+ sub-components, we think it's unlikely that there is any significant imbalance that may have been masked.

- **As expected, DD MACE data are non-inferior and trend in-favor of roxa.** We wanted to see a MACE HR of ~1 (with an upper 95% CI bound ≤1.3), and again, roxa delivered with an HR of 0.96; 95% CI (0.82, 1.13). Impressively the incidence of all MACE/+ components (death, stroke, MI, unstable angina/CHF) all trended lower w/ roxa vs ESAs. The ID data were even more impressive, showing superiority on MACE with an HR of 0.7; 95% CI (0.51, 0.96). Though it may not be important to approvability, we were hoping an analysis of DD patients that excluded the ID population, but one was not provided.

- **Remaining questions (there aren't many)!** We still have a few outstanding questions that would reduce our concerns of any surprises popping up in briefing documents. As mentioned before, we'd like to see: (1) MACE/MACE+ subcomponent HRs or incident rates (they were only provided for DD); (2) DD MACE HR excluding the ID population (still slightly unclear what the HR would be in straight up DD w/ roxa vs ESAs); (3) Clinical relevance of the slowed eGFR decline and IV iron data and; (4) explanation for higher discontinuation rate w/ roxa vs ESAs in DD studies.

## COMPANY DESCRIPTION

FibroGen develops drugs for conditions that involve anemia and fibrosis

**PRICE: US$37.97**

**TARGET: US$42.00**
Valuation based off DCF analysis estimated of FCFs from roxadustat (in CKD) and pamrevlumab (in IPF) through 2028 (10% discount and 1% terminal growth rate).

**Danielle C. Brill, Pharm.D.**
Sr. Research Analyst, Piper Jaffray & Co.
212 284-5025, danielle.c.brill@pjc.com

**Nirav Y. Shelat, Ph.D.**
Research Analyst, Piper Jaffray & Co.
212 284-9319, nirav.y.shelat@pjc.com

RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION
Safety and/or efficacy signal w/ roxadustat or pamrevlumab

**Price Performance - 1 Year**



*Source: Bloomberg*

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 2 - 3 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

CONFIDENTIAL                                                          FGEN-CA-0605714

POST COMMENT
November 8, 2019

## IMPORTANT RESEARCH DISCLOSURES



Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:

I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | | | | Distribution of Ratings/IB Services | | | | |
| | | | | Piper Jaffray | | | | |

| | | | IB Serv./Past 12 Mos. | |
| --- | --- | --- | --- | --- |
| Rating | Count | Percent | Count | Percent |
| BUY [OW] | 397 | 64.34 | 91 | 22.92 |
| HOLD [N] | 211 | 34.20 | 18 | 8.53 |
| SELL [UW] | 9 | 1.46 | 1 | 11.11 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification  — Danielle C. Brill, Pharm.D., Sr. Research Analyst

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 8 November 2019 16:51EST.

---

FibroGen, Inc.

CONFIDENTIAL

FGEN-CA-0605715

![PiperJaffray logo]

## Research Disclosures

Piper Jaffray usually provides bids and offers for the securities of FibroGen, Inc. and will, from time to time, buy and sell FibroGen, Inc. securities on a principal basis.

Affiliate disclosures: Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons Energy is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Jaffray fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request. Copyright 2019 Piper Jaffray. All rights reserved.

CONFIDENTIAL    FGEN-CA-0605716

# EXHIBIT L

# PiperJaffray.

HOT COMMENT
November 10, 2019

## FibroGen, Inc. (FGEN)  — Neutral
### Updated Thoughts on Roxa's Data Post Dinner w/ Mgmt, KOL Feedback, & AZN's Call

## CONCLUSION

Our view that Roxa's MACE data look solid is relatively unchanged after meeting w/ mgmt, speaking to one of the lead investigators for the program, and listening to partner AZN's call today. We were able to get a little more color on the results and continue to expect approval of the drug. However, we think there are still some aspects of the data that will continue to drive debate and we won't have clarity on until FDA briefing documents for an Ad Com panel are released next year (~6-10 mos from now depending on priority vs standard review). Our view is that the drug demonstrated adequate safety and efficacy to support approval - however, we still question the degree of differentiation on safety vs ESAs and whether labeling will include the same blackbox safety warning.

- **Additional color on NDD MACE analysis provided but unable to completely diminish lingering concerns.** We were able to get some details on the HRs of NDD MACE subcomponents. FGEN wouldn't provide the NDD MACE subcomponents details when probed but noted that the trial was not powered to detect differences on the individual components and emphasized that the composite (MACE/ MACE+) was what mattered. AZN shed some more light for us today: **HR for stroke 1.22; HR for MI 1.28; and HR for all-cause mortality was 1.06.** We note that the stroke & MI HRs are higher than we'd like to see. Still, FGEN, AZN and KOLs seem comfortable w/ the MACE data. Also, it was confirmed that the ITT analysis employed was agreed upon with the FDA but we were surprised to learn that the upper 95% CI margin of 1.3 was not officially green-lighted by the agency. A top KOL in the field said 1.3 is the standard margin and sees no issues w/ it, which may just mean FGEN management is being overly conservative in their communications.

- **Commentary on DD MACE analysis indicates ID subset did not skew overall outcome.** Given the robust safety benefits observed in the incident dialysis (ID) population (38% of total DD), some investors were focused on what the DD MACE data looked like in stable dialysis patients alone. While numbers were not broken out, FGEN management indicated that they were in-line w/ what was presented for the overall DD population. We think this is less relevant to approval, and KOLs seem to think safety is generally in-line w/ ESAs in stable DD but there is a clear advantage in ID (which they are particularly excited about).

- **Most outstanding questions relate more to commercial opportunity than approvability.** In our view, roxa's MACE safety seems overall in-line w/ ESAs (maybe slightly better) and safety is (acceptably) slightly worse than placebo. We are not sure the FDA will find the results compelling enough to exclude the black-box safety warning that applies to ESAs. We also wonder whether the data generated will drastically increase use in the NDD setting; our opinion is that it will take time. Still, these questions relate to commercial opportunity, not approvability, in our view.

## COMPANY DESCRIPTION

FibroGen develops drugs for conditions that involve anemia and fibrosis

---

**PRICE: US$41.62**

**TARGET: US$42.00**
Valuation based off DCF analysis estimated of FCFs from roxadustat (in CKD) and pamrevlumab (in IPF) through 2028 (10% discount and 1% terminal growth rate).

**Danielle C. Brill, Pharm.D.**
Sr. Research Analyst, Piper Jaffray & Co.
212 284-5025, danielle.c.brill@pjc.com

**Nirav Y. Shelat, Ph.D.**
Research Analyst, Piper Jaffray & Co.
212 284-9319, nirav.y.shelat@pjc.com

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Safety and/or efficacy signal w/ roxadustat or pamrevlumab

**Price Performance - 1 Year**

*Source: Bloomberg*

---

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 2 - 3 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

CONFIDENTIAL    FGEN-CA-0605401

**PiperJaffray®**

## IMPORTANT RESEARCH DISCLOSURES



Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services Piper Jaffray | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OW] | 397 | 64.45 | 91 | 22.92 |
| HOLD [N] | 210 | 34.09 | 18 | 8.57 |
| SELL [UW] | 9 | 1.46 | 1 | 11.11 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification — Danielle C. Brill, Pharm.D., Sr. Research Analyst

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 10 November 2019 18:25EST.

CONFIDENTIAL                                                                                        FGEN-CA-0605402

**PiperJaffray**

## Research Disclosures

Piper Jaffray usually provides bids and offers for the securities of FibroGen, Inc. and will, from time to time, buy and sell FibroGen, Inc. securities on a principal basis.

Affiliate disclosures: Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons Energy is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Jaffray fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request. Copyright 2019 Piper Jaffray. All rights reserved.

CONFIDENTIAL                                                                                          FGEN-CA-0605403

# EXHIBIT M

11 Nov 2019 00:25:57 ET | 8 pages

Biotechnology

**North America | United States**

# FibroGen Inc (FGEN)

## Alert: ASN Presentations on Ph3 Roxa Results Generally in-line with Previous Top-Line Announcement

**Conclusion** – After presentations of phase 3 data at the ASN Kidney Week conference this weekend, our outlook for Roxadustat remains unchanged. We continue to believe approval is likely (80% probability in US and 85% in EU). Whether the large complex MACE and MACE+ data sets support approval is a key debate. We continue to rate FGEN Buy with a $65 TP.

**MACE Analyses Generally Reassuring** – We're reassured that FGEN states they reached agreement with FDA to use an ITT analysis to evaluate MACE in the NDD pool. MACE for DD was HR=0.96 (95 CI: 0.82-1.13) vs. ESAs and MACE for NDD was HR=1.08 (0.94-1.24). We're encouraged because **a)** the point of these analyses is to demonstrate safety (not to suggest an outcomes benefit), **b)** both confidence intervals overlap with 1.0, **c)** with a total of ~8,000 patients the ph3 program was very large and we believe it's unlikely FDA would suggest a larger program should have been conducted just to demonstrate non-inferiority, and **d)** the upper bound of both confidence intervals is below 1.3, which is the post-approval cutoff in FDA guidance for diabetes drugs (no guidance exists for Roxadustat's setting). Also, note that the pre-approval cutoff used for diabetes drugs is actually 1.8, which further supports FDA will find the Roxadustat MACE results acceptable for approval.

**Pushback on MACE Analyses** – We believe FDA will be comfortable with the MACE analyses for the reasons above. However, this continues to be hotly debated amongst investors. Risks include: **a)** FGEN says they have not reached agreement with FDA on the non-inferiority upper bound cutoff needed (though there is precedent for 1.3, being acceptable), **b)** the on-treatment MACE analysis for NDD patients likely looks worse that ITT (though FGEN states agreement was reached for ITT), and **c)** for the individual MACE components in the NDD pool, stroke had an HR of 1.22, MI had an HR of 1.28, and all-cause mortality had an HR of 1.06.

**Our Base Case Is that Roxadustat Will Have a Black Box Warning** – We believe a black box warning is likely for Roxadustat because MACE results were roughly comparable with ESAs in DD patients. The argument against this would be non-inferiority to placebo shown for DD patients, suggesting a black box warning is not warranted. We believe Roxadustat can still be commercially successful with a black box warning, given the multi-$B sales of ESAs.

**Citi Hosted KOL Call at 9:30 AM** – Details in Alert: FGEN: KOL Call to Discuss Roxadustat's Ph3 Results – MONDAY, November 11 at 9:30 AM ET

**FGEN 3Q19 Earnings Call at 5 PM** – Dial-in: (888) 771-4371  Passcode:49125013

| Buy/High Risk | 1H |
| --- | --- |
| Price (08 Nov 19 16:00) | US$41.62 |
| Target price | US$65.00 |
| Expected share price return | 56.2% |
| Expected dividend yield | 0.0% |
| **Expected total return** | **56.2%** |
| Market Cap | US$3,617M |

**Price Performance**
**(RIC: FGEN.O, BB: FGEN US)**



**Joel Beatty, MD, CFA** [AC]
+1-716-730-7371
joel.beatty@citi.com

Shawn M Egan, Ph.D.
+1-716-730-6540
shawn.egan@citi.com

See Appendix A-1 for Analyst Certification, Important Disclosures and non-US research analyst disclosures.

Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Certain products (not inconsistent with the author's published research) are available only on Citi's portals.

citivelocity.com

Prepared for Michael Tung

CONFIDENTIAL

FGEN-CA-0605414

# FibroGen Inc

## Valuation

Our $65 TP for FGEN is based on a SOTP valuation based on peak revenue multiples. Our SOTP valuation models a value of ~$36 for Roxadustat, ~$20 for Pamrevlumab, and $~9 for ~FY1 cash. Our valuation use probability-adjusted revenues for Roxadustat (40-100%) and Pamrevlumab (25-55%). We apply a 4x sales multiple and 6x royalty multiple and use a ~12% discount rate.

## Risks

We rate FGEN High Risk because we believe the stock price will be volatile, consistent with other SMid Biotech stocks. Risks to our target price include:

Clinical Risk

Little clinical data has been disclosed from the ph3 trials, and additional data could change the apparent profile of roxadustat meaningfully.

Regulatory Risk

Drug candidates need to be approved by regulatory agencies before they can be marketed. If regulatory agencies deny approval of Roxadustat and/or Pamrevlumab, the stock price of FGEN would likely decrease.

Commercial Risk

FibroGen is a pre-commercial company and the company does not have prior experience commercializing drugs. Although FibroGen has partnerships with AstraZeneca and Astellas for the commercialization of Roxadustat, they could face a variety of pressures including competition from other HIF-PH inhibitors, reimbursement challenges, and pressure from biosimilar ESAs that could reduce the potential market opportunity.

Dialysis Bundle Reimbursement Risk

We anticipate that Roxadustat will be in the dialysis bundled payment. If it's not in the bundled payment, that would be upside to our estimates.

Intellectual Property Risk

Fibrogen expects patent protection for Roxadustat in the US to 2033, based on a patent on the crystalline forms. If this patent does not hold, protection could be shorter, possibly until 2029 or 2030 based on expected Hatch-Waxman patent extensions.

CONFIDENTIAL

FGEN-CA-0605415

# Appendix A-1

## Analyst Certification

The research analysts primarily responsible for the preparation and content of this research report are either (i) designated by "AC" in the author block or (ii) listed in bold alongside content which is attributable to that analyst. If multiple AC analysts are designated in the author block, each analyst is certifying with respect to the entire research report other than (a) content attributable to another AC certifying analyst listed in bold alongside the content and (b) views expressed solely with respect to a specific issuer which are attributable to another AC certifying analyst identified in the price charts or rating history tables for that issuer shown below. Each of these analysts certify, with respect to the sections of the report for which they are responsible: (1) that the views expressed therein accurately reflect their personal views about each issuer and security referenced and were prepared in an independent manner, including with respect to Citigroup Global Markets Inc. and its affiliates; and (2) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in this report.

## IMPORTANT DISCLOSURES



**FibroGen Inc (FGEN)**

Ratings and Target Price History
Fundamental Research

Analyst: Joel Beatty, MD, CFA

| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 1 | 26-Jun-17 04:00:00 | 1H | *48.00 | 32.55 |
| 2 | 08-Aug-17 07:04:00 | 1H | *65.00 | 49.50 |
| 3 | 08-Aug-18 06:58:18 | *2H | *71.00 | 61.75 |
| 4 | 18-Dec-18 16:53:19 | *1H | 71.00 | 39.50 |
| 5 | 13-May-19 06:32:29 | 1H | *65.00 | 35.14 |

*Indicates Change

Rating/target price changes above reflect Eastern Time

Citigroup Global Markets Inc. or its affiliates has a net long position of 0.5% or more of any class of common equity securities of FibroGen Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as clients, and the services provided were non-investment-banking, securities-related: FibroGen Inc.

**Disclosure for investors in the Republic of Turkey:** Under Capital Markets Law of Turkey (Law No: 6362), the investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided in accordance with a contract of engagement on investment advisory concluded between brokerage houses, portfolio management companies, non-deposit banks and clients. Comments and recommendations stated here rely on the individual opinions of the ones providing these comments and recommendations. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations. Furthermore, Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies and/or trades on securities covered in this research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report, however investors should also note that the Firm has in place organisational and administrative arrangements to manage potential conflicts of interest of this nature.

Analysts' compensation is determined by Citi Research management and Citigroup's senior management and is based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates (the "Firm"). Compensation is not linked to specific transactions or recommendations. Like all Firm employees, analysts receive compensation that is impacted by overall Firm profitability which includes investment banking, sales and trading, and principal trading revenues. One factor in equity research analyst compensation is arranging corporate access events between institutional clients and the management teams of covered companies. Typically, company management is more likely to participate when the analyst has a positive view of the company.

For securities recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in the issuers' financial instruments and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the issuer(s) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

The Firm is a market maker in the publicly traded equity securities of FibroGen Inc.

Unless stated otherwise neither the Research Analyst nor any member of their team has viewed the material operations of the Companies for which an investment view has been provided within the past 12 months.

citivelocity.com

CONFIDENTIAL

FGEN-CA-0605416

**FibroGen Inc (FGEN)**
11 November 2019

**Citi Research**

For important disclosures (including copies of historical disclosures) regarding the companies that are the subject of this Citi Research product ("the Product"), please contact Citi Research, 388 Greenwich Street, 30th Floor, New York, NY, 10013, Attention: Legal/Compliance [E6WYB6412478]. In addition, the same important disclosures, with the exception of the Valuation and Risk assessments and historical disclosures, are contained on the Firm's disclosure website at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.   Valuation and Risk assessments can be found in the text of the most recent research note/report regarding the subject company. Pursuant to the Market Abuse Regulation a history of all Citi Research recommendations published during the preceding 12-month period can be accessed via Citi Velocity (https://www.citivelocity.com/cv2) or your standard distribution portal. Historical disclosures (for up to the past three years) will be provided upon request.

**Citi Research Equity Ratings Distribution**

| | 12 Month Rating | | | Catalyst Watch | | |
|---|---|---|---|---|---|---|
| *Data current as of 30 Sep 2019* | Buy | Hold | Sell | Buy | Hold | Sell |
| Citi Research Global Fundamental Coverage | 52% | 36% | 12% | 15% | 78% | 7% |
| *% of companies in each rating category that are investment banking clients* | 65% | 63% | 59% | 68% | 64% | 68% |

**Guide to Citi Research Fundamental Research Investment Ratings:**
Citi Research stock recommendations include an investment rating and an optional risk rating to highlight high risk stocks.
**Risk rating** takes into account both price volatility and fundamental criteria. Stocks will either have no risk rating or a High risk rating assigned.
**Investment Ratings:** Citi Research investment ratings are Buy, Neutral and Sell. Our ratings are a function of analyst expectations of expected total return ("ETR") and risk. ETR is the sum of the forecast price appreciation (or depreciation) plus the dividend yield for a stock within the next 12 months.  The target price is based on a 12 month time horizon. The Investment rating definitions are: Buy (1) ETR of 15% or more or 25% or more for High risk stocks; and Sell (3) for negative ETR. Any covered stock not assigned a Buy or a Sell is a Neutral (2). For stocks rated Neutral (2), if an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Citi Research management not to assign a target price and, thus, not derive an ETR. Analysts may place covered stocks "Under Review" in response to exceptional circumstances (e.g. lack of information critical to the analyst's thesis) affecting the company and / or trading in the company's securities (e.g. trading suspension). As soon as practically possible, the analyst will publish a note re-establishing a rating and investment thesis. To satisfy regulatory requirements, we correspond Under Review and Neutral to Hold in our ratings distribution table for our 12-month fundamental rating system. However, we reiterate that we do not consider Under Review to be a recommendation. Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in investment and/or risk rating, or a change in target price (subject to limited management discretion). At other times, the expected total returns may fall outside of these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

**Catalyst Watch Upside/Downside calls:**
Citi Research may also include a Catalyst Watch Upside or Downside call to highlight specific near-term catalysts or events impacting the company or the market that are expected to influence the share price over a specified period of 30 or 90 days. A Catalyst Watch Upside (Downside) call indicates that the analyst expects the share price to rise (fall) in absolute terms over the specified period. A Catalyst Watch Upside/Downside call will automatically expire at the end of the specified 30/90 day period; the analyst may also close a Catalyst Watch call prior to the end of the specified period in a published research note. A Catalyst Watch Upside or Downside call may be different from and does not affect a stock's fundamental equity rating, which reflects a longer-term total absolute return expectation. For purposes of FINRA ratings-distribution-disclosure rules, a Catalyst Watch Upside call corresponds to a buy recommendation and a Catalyst Watch Downside call corresponds to a sell recommendation. Any stock not assigned to a Catalyst Watch Upside or Catalyst Watch Downside call is considered Catalyst Watch Non-Rated (CWNR). For purposes of FINRA ratings-distribution-disclosure rules, we correspond CWNR to Hold in our ratings distribution table for our Catalyst Watch Upside/Downside rating system. However, we reiterate that we do not consider CWNR to be a recommendation. For all Catalyst Watch Upside/Downside calls, risk exists that the catalyst(s) and associated share-price movement will not materialize as expected.

**NON-US RESEARCH ANALYST DISCLOSURES**
Non-US research analysts who have prepared this report (i.e., all research analysts listed below other than those identified as employed by Citigroup Global Markets Inc.) are not registered/qualified as research analysts with FINRA. Such research analysts may not be associated persons of the member organization and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account. The legal entities employing the authors of this report are listed below:

Citigroup Global Markets Inc                    Joel Beatty, MD, CFA; Shawn M Egan, Ph.D.

# OTHER DISCLOSURES

Any price(s) of instruments mentioned in recommendations are as of the prior day's market close on the primary market for the instrument, unless otherwise stated.

The completion and first dissemination of any recommendations made within this research report are as of the Eastern date-time displayed at the top of the Product. If the Product references views of other analysts then please refer to the price chart or rating history table for the date/time of completion and first dissemination with respect to that view.

Regulations in various jurisdictions require that where a recommendation differs from any of the author's previous recommendations concerning the same financial instrument or issuer that has been published during the preceding 12-month period that the change(s) and the date of that previous recommendation are indicated. For fundamental coverage please refer to the price chart or rating change history within this disclosure appendix or the issuer disclosure summary at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

European regulations require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citi Research's Products can be found at  https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

citivelocity.com

CONFIDENTIAL

FGEN-CA-0605417

The proportion of all Citi Research research recommendations that were the equivalent to "Buy","Hold","Sell" at the end of each quarter over the prior 12 months (with the % of these that had received investment firm services from Citi in the prior 12 months shown in brackets) is as follows: Q3 2019 Buy 33% (72%), Hold 43% (65%), Sell 24% (57%), RV 0.6% (88%); Q2 2019 Buy 33% (72%), Hold 43% (64%), Sell 23% (56%), RV 0.6% (88%); Q1 2019 Buy 33% (70%), Hold 43% (64%), Sell 23% (57%), RV 0.8% (85%); Q4 2018 Buy 33% (69%), Hold 43% (62%), Sell 23% (59%), RV 0.6% (100%). For the purposes of disclosing recommendations other than for equity or high yield recommendations (whose definitions can be found in their corresponding disclosure sections), "Buy" means a positive directional trade idea; "Sell" means a negative directional trade idea; and "Relative Value" means any trade idea which does not have a clear direction to the investment strategy.

European regulations require a 5 year price history when past performance of a security is referenced. CitiVelocity's Charting Tool (https://www.citivelocity.com/cv2/#go/CHARTING_3_Equities) provides the facility to create customisable price charts including a five year option. This tool can be found in the Data & Analytics section under any of the asset class menus in CitiVelocity (https://www.citivelocity.com/). For further information contact CitiVelocity support (https://www.citivelocity.com/cv2/go/CLIENT_SUPPORT). The source for all referenced prices, unless otherwise stated, is DataCentral, which sources price information from Thomson Reuters. Past performance is not a guarantee or reliable indicator of future results. Forecasts are not a guarantee or reliable indicator of future performance.

This Product has been modified by the author following a discussion with one or more of the named issuers/issuers of the named securities.

Investors should always consider the investment objectives, risks, and charges and expenses of an ETF carefully before investing. The applicable prospectus and key investor information document (as applicable) for an ETF should contain this and other information about such ETF. It is important to read carefully any such prospectus before investing. Clients may obtain prospectuses and key investor information documents for ETFs from the applicable distributor or authorized participant, the exchange upon which an ETF is listed and/or from the applicable website of the applicable ETF issuer. The value of the investments and any accruing income may fall or rise. Any past performance, prediction or forecast is not indicative of future or likely performance. Any information on ETFs contained herein is provided strictly for illustrative purposes and should not be deemed an offer to sell or a solicitation of an offer to purchase units of any ETF either explicitly or implicitly. The opinions expressed are those of the authors and do not necessarily reflect the views of ETF issuers, any of their agents or their affiliates.

Citigroup Global Markets India Private Limited and/or its affiliates may have, from time to time, actual or beneficial ownership of 1% or more in the debt securities of the subject issuer.

Citi Research generally disseminates its research to the Firm's global institutional and retail clients via both proprietary (e.g., Citi Velocity and Citi Personal Wealth Management) and non-proprietary electronic distribution platforms. Certain research may be disseminated only via the Firm's proprietary distribution platforms; however such research will not contain changes to earnings forecasts, target price, investment or risk rating or investment thesis or be otherwise inconsistent with the author's previously published research. Certain research is made available only to institutional investors to satisfy regulatory requirements. Individual Citi Research analysts may also opt to circulate published research to one or more clients by email; such email distribution is discretionary and is done only after the research has been disseminated. The level and types of services provided by Citi Research analysts to clients may vary depending on various factors such as the client's individual preferences as to the frequency and manner of receiving communications from analysts, the client's risk profile and investment focus and perspective (e.g. market-wide, sector specific, long term, short-term etc.), the size and scope of the overall client relationship with the Firm and legal and regulatory constraints.

Pursuant to Comissão de Valores Mobiliários Rule 598 and ASIC Regulatory Guide 264, Citi is required to disclose whether a Citi related company or business has a commercial relationship with the subject company. Considering that Citi operates multiple businesses in more than 100 countries around the world, it is likely that Citi has a commercial relationship with the subject company.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in the Product must take into account existing public information on such security or any registered prospectus. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of the Product. The Firm's research department has received assistance from the subject company(ies) referred to in this Product including, but not limited to, discussions with management of the subject company(ies). Firm policy prohibits research analysts from sending draft research to subject companies. However, it should be presumed that the author of the Product has had discussions with the subject company to ensure factual accuracy prior to publication. All opinions, projections and estimates constitute the judgment of the author as of the date of the Product and these, plus any other information contained in the Product, are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. Notwithstanding other departments within the Firm advising the companies discussed in this Product, information obtained in such role is not used in the preparation of the Product. Although Citi Research does not set a predetermined frequency for publication, if the Product is a fundamental equity or credit research report, it is the intention of Citi Research to provide research coverage of the covered issuers, including in response to news affecting the issuer. For non-fundamental research reports, Citi Research may not provide regular updates to the views, recommendations and facts included in the reports. Notwithstanding that Citi Research maintains coverage on, makes recommendations concerning or discusses issuers, Citi Research may be periodically restricted from referencing certain issuers due to legal or policy reasons. Where a component of a published trade idea is subject to a restriction, the trade idea will be removed from any list of open trade ideas included in the Product. Upon the lifting of the restriction, the trade idea will either be re-instated in the open trade ideas list if the analyst continues to support it or it will be officially closed. Citi Research may provide different research products and services to different classes of customers (for example, based upon long-term or short-term investment horizons) that may lead to differing conclusions or recommendations that could impact the price of a security contrary to the recommendations in the alternative research product, provided that each is consistent with the rating system for each respective product.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of

CONFIDENTIAL

FGEN-CA-0605418

some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received the Product from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in the Product from the Firm. Please ask your Financial Consultant for additional details. Citigroup Global Markets Inc. takes responsibility for the Product in the United States. Any orders by US investors resulting from the information contained in the Product may be placed only through Citigroup Global Markets Inc.

**Important Disclosures for Bell Potter Customers:** Bell Potter is making this Product available to its clients pursuant to an agreement with Citigroup Global Markets Australia Pty Limited.  Neither Citigroup Global Markets Australia Pty Limited nor any of its affiliates has made any determination as to the suitability of the information provided herein and clients should consult with their Bell Potter financial advisor before making any investment decision.

**The Citigroup legal entity that takes responsibility for the production of the Product is the legal entity which the first named author is employed by.**  The Product is made available in **Australia** through Citigroup Global Markets Australia Pty Limited. (ABN 64 003 114 832 and AFSL No. 240992), participant of the ASX Group and regulated by the Australian Securities & Investments Commission.  Citigroup Centre, 2 Park Street, Sydney, NSW 2000.  Citigroup Global Markets Australia Pty Limited is not an Authorised Deposit-Taking Institution under the Banking Act 1959, nor is it regulated by the Australian Prudential Regulation Authority. The Product is made available in Australia to Private Banking wholesale clients through Citigroup Pty Limited (ABN 88 004 325 080 and AFSL 238098). Citigroup Pty Limited provides all financial product advice to Australian Private Banking wholesale clients through bankers and relationship managers.  If there is any doubt about the suitability of investments held in Citigroup Private Bank accounts, investors should contact the Citigroup Private Bank in Australia.  Citigroup companies may compensate affiliates and their representatives for providing products and services to clients.  The Product is made available in **Brazil** by Citigroup Global Markets Brasil - CCTVM SA, which is regulated by CVM - Comissão de Valores Mobiliários ("CVM"), BACEN - Brazilian Central Bank, APIMEC - Associação dos Analistas e Profissionais de Investimento do Mercado de Capitais and ANBIMA – Associação Brasileira das Entidades dos Mercados Financeiro e de Capitais. Av. Paulista, 1111 - 14º andar(parte) - CEP: 01311920 - São Paulo - SP.  If the Product is being made available in certain provinces of **Canada** by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved the Product.  Citigroup Place, 123 Front Street West, Suite 1100, Toronto, Ontario M5J 2M3.  This product is available in **Chile** through Banchile Corredores de Bolsa S.A., an indirect subsidiary of Citigroup Inc., which is regulated by the Superintendencia de Valores y Seguros. Agustinas 975, piso 2, Santiago, Chile.   The Product is made available in **Germany** either by Citigroup Global Markets Europe AG ("CGME"), which is regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin). CGME, Reuterweg 16, 60323 Frankfurt am Main or by Citigroup Global Markets Limited, which is authorised by the PRA and regulated by the FCA and the PRA. Citigroup Centre, Canada Square, Canary Wharf, London, E14 5LB. Research which relates to "securities" (as defined in the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong)) is issued in **Hong Kong** by, or on behalf of, Citigroup Global Markets Asia Limited which takes full responsibility for its content. Citigroup Global Markets Asia Ltd. is regulated by Hong Kong Securities and Futures Commission. If the Research is made available through Citibank, N.A., Hong Kong Branch, for its clients in Citi Private Bank, it is made available by Citibank N.A.(organized under the laws of U.S. A. with limited liability), Champion Tower, 3 Garden Road, Hong Kong. Citibank N.A. is regulated by the Hong Kong Monetary Authority. Please contact your Private Banker in Citibank N.A., Hong Kong, Branch if you have any queries on or any matters arising from or in connection with this document.  The Product is made available in **India** by Citigroup Global Markets India Private Limited (CGM), which is regulated by the Securities and Exchange Board of India (SEBI), as a Research Analyst (SEBI Registration No. INH000000438). CGM is also actively involved in the business of merchant banking and stock brokerage in India, and is registered with SEBI in this regard. CGM's registered office is at 1202, 12th Floor, FIFC, G Block, Bandra Kurla Complex, Bandra East, Mumbai – 400098. CGM's Corporate Identity Number is U99999MH2000PTC126657, and its contact details are: Tel:+9102261759999 Fax:+9102261759961.  The Product is made available in **Indonesia** through PT Citigroup Securities Indonesia. 5/F, Citibank Tower, Bapindo Plaza, Jl. Jend. Sudirman Kav. 54-55, Jakarta 12190.  Neither this Product nor any copy hereof may be distributed in Indonesia or to any Indonesian citizens wherever they are domiciled or to Indonesian residents except in compliance with applicable capital market laws and regulations. This Product is not an offer of securities in Indonesia. The securities referred to in this Product have not been registered with the Capital Market and Financial Institutions Supervisory Agency (BAPEPAM-LK) pursuant to relevant capital market laws and regulations, and may not be offered or sold within the territory of the Republic of Indonesia or to Indonesian citizens through a public offering or in circumstances which constitute an offer within the meaning of the Indonesian capital market laws and regulations.  The Product is made available in **Israel** through Citibank NA, regulated by the Bank of Israel and the Israeli Securities Authority. Citibank, N.A, Platinum Building, 21 Ha'arba'ah St, Tel Aviv, Israel.   The Product is made available in **Japan** by Citigroup Global Markets Japan Inc. ("CGMJ"), which is regulated by Financial Services Agency, Securities and Exchange Surveillance Commission, Japan Securities Dealers Association, Tokyo Stock Exchange and Osaka Securities Exchange.  Otemachi Park Building, 1-1-1 Otemachi, Chiyoda-ku, Tokyo 100-8132 Japan. If the Product was distributed by SMBC Nikko Securities Inc. it is being so distributed under license.  In the event that an error is found in an CGMJ research report, a revised version will be posted on the Firm's Citi Velocity website.  If you have questions regarding Citi Velocity, please call (81 3) 6270-3019 for help.   The product is made available in the **Kingdom of Saudi Arabia** in accordance with Saudi laws through Citigroup Saudi Arabia, which is regulated by the Capital Market Authority (CMA) under CMA license (17184-31). 2239 Al Urubah Rd – Al Olaya Dist. Unit No. 18, Riyadh 12214 – 9597, Kingdom Of Saudi Arabia. The Product is made available in **Korea** by Citigroup Global Markets Korea Securities Ltd., which is regulated by the Financial Services Commission, the Financial Supervisory Service and the Korea Financial Investment Association (KOFIA). Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea.   KOFIA makes available registration information of research analysts on its website.  Please visit the following website if you wish to find KOFIA registration information on research analysts of Citigroup Global Markets Korea Securities Ltd.  http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystList.xml&divisionId=MDIS03002002000000&serviceId=SDIS03002002000. The Product is made available in Korea by Citibank Korea Inc., which is regulated by the Financial Services Commission and the Financial Supervisory Service. Address is Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea. This research report is intended to be provided only to Professional Investors as defined in the Financial Investment Services and Capital Market Act and its Enforcement Decree in Korea.  The Product is made available in **Malaysia** by Citigroup Global Markets Malaysia Sdn Bhd (Company No. 460819-D) ("CGMM") to its clients and CGMM takes responsibility for its contents. CGMM is regulated by the Securities Commission of Malaysia. Please contact CGMM at Level 43 Menara Citibank, 165 Jalan Ampang, 50450 Kuala Lumpur, Malaysia in respect of any matters arising from, or in connection with, the Product.  The Product is made available in **Mexico** by Citibanamex Casa de Bolsa, S.A. De C. V., Casa de Bolsa, Integrante del Grupo Financiero Citibanamex which is a wholly owned subsidiary of Citigroup Inc. and is regulated by Comision Nacional Bancaria y de Valores. Reforma 398, Col. Juarez, 06600 Mexico, D.F.  In **New Zealand** the Product is made available to

CONFIDENTIAL

FGEN-CA-0605419

'wholesale clients' only as defined by s5C(1) of the Financial Advisers Act 2008 ('FAA') through Citigroup Global Markets Australia Pty Ltd (ABN 64 003 114 832 and AFSL No. 240992), an overseas financial adviser as defined by the FAA, participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000.  The Product is made available in **Pakistan** by Citibank N.A. Pakistan branch, which is regulated by the State Bank of Pakistan and Securities Exchange Commission, Pakistan. AWT Plaza, 1.1. Chundrigar Road, P.O. Box 4889, Karachi-74200.  The Product is made available in the **Philippines** through Citicorp Financial Services and Insurance Brokerage Philippines, Inc., which is regulated by the Philippines Securities and Exchange Commission. 20th Floor Citibank Square Bldg. The Product is made available in the Philippines through Citibank NA Philippines branch, Citibank Tower, 8741 Paseo De Roxas, Makati City, Manila. Citibank NA Philippines NA is regulated by The Bangko Sentral ng Pilipinas. The Product is made available in **Poland** by Dom Maklerski Banku Handlowego SA an indirect subsidiary of Citigroup Inc., which is regulated by Komisja Nadzoru Finansowego.  Dom Maklerski Banku Handlowego S.A. ul.Senatorska 16, 00-923 Warszawa.  The Product is made available in the **Russian Federation** through AO Citibank, which is licensed to carry out banking activities in the Russian Federation in accordance with the general banking license issued by the Central Bank of the Russian Federation and brokerage activities in accordance with the license issued by the Federal Service for Financial Markets.  Neither the Product nor any information contained in the Product shall be considered as advertising the securities mentioned in this report within the territory of the Russian Federation or outside the Russian Federation.  The Product does not constitute an appraisal within the meaning of the Federal Law of the Russian Federation of 29 July 1998 No. 135-FZ (as amended) On Appraisal Activities in the Russian Federation.  8-10 Gasheka Street, 125047 Moscow.  The Product is made available in **Singapore** through Citigroup Global Markets Singapore Pte. Ltd. ("CGMSPL"), a capital markets services license holder, and regulated by Monetary Authority of Singapore. Please contact CGMSPL at 8 Marina View, 21st Floor Asia Square Tower 1, Singapore 018960, in respect of any matters arising from, or in connection with, the analysis of this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289). The Product is made available by The Citigroup Private Bank in Singapore through Citibank, N.A., Singapore Branch, a licensed bank in Singapore that is regulated by Monetary Authority of Singapore. Please contact your Private Banker in Citibank N.A., Singapore Branch if you have any queries on or any matters arising from or in connection with this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289).  This report is distributed in Singapore by Citibank Singapore Ltd ("CSL") to selected Citigold/Citigold Private Clients. CSL provides no independent research or analysis of the substance or in preparation of this report. Please contact your Citigold//Citigold Private Client Relationship Manager in CSL if you have any queries on or any matters arising from or in connection with this report. This report is intended for recipients who are accredited investors as defined under the Securities and Futures Act (Cap. 289).   Citigroup Global Markets (Pty) Ltd. is incorporated in the **Republic of South Africa** (company registration number 2000/025866/07) and its registered office is at 145 West Street, Sandton, 2196, Saxonwold. Citigroup Global Markets (Pty) Ltd. is regulated by JSE Securities Exchange South Africa, South African Reserve Bank and the Financial Services Board.  The investments and services contained herein are not available to private customers in South Africa.  The Product is made available in the **Republic of China** through Citigroup Global Markets Taiwan Securities Company Ltd. ("CGMTS"), 14 and 15F, No. 1, Songzhi Road, Taipei 110, Taiwan, subject to the license scope and the applicable laws and regulations in the Republic of China. CGMTS is regulated by the Securities and Futures Bureau of the Financial Supervisory Commission of Taiwan, the Republic of China. No portion of the Product may be reproduced or quoted in the Republic of China by the press or any third parties [without the written authorization of CGMTS]. Pursuant to the applicable laws and regulations in the Republic of China, the recipient of the Product shall not take advantage of such Product to involve in any matters in which the recipient may have conflicts of interest. If the Product covers securities which are not allowed to be offered or traded in the Republic of China, neither the Product nor any information contained in the Product shall be considered as advertising the securities or making recommendation of the securities in the Republic of China. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security or financial products. Any decision to purchase securities or financial products mentioned in the Product must take into account existing public information on such security or the financial products or any registered prospectus.  The Product is made available in **Thailand** through Citicorp Securities (Thailand) Ltd., which is regulated by the Securities and Exchange Commission of Thailand.  399 Interchange 21 Building, 18th Floor, Sukhumvit Road, Klongtoey Nua, Wattana ,Bangkok 10110, Thailand.  The Product is made available in **Turkey** through Citibank AS which is regulated by Capital Markets Board.  Tekfen Tower, Eski Buyukdere Caddesi # 209 Kat 2B, 23294 Levent, Istanbul, Turkey.  In the **U.A.E**, these materials (the "Materials") are communicated by Citigroup Global Markets Limited, DIFC branch ("CGML"), an entity registered in the Dubai International Financial Center ("DIFC") and licensed and regulated by the Dubai Financial Services Authority ("DFSA") to Professional Clients and Market Counterparties only and should not be relied upon or distributed to Retail Clients. A distribution of the different Citi Research ratings distribution, in percentage terms for Investments in each sector covered is made available on request.  Financial products and/or services to which the Materials relate will only be made available to Professional Clients and Market Counterparties.  The Product is made available in **United Kingdom** by Citigroup Global Markets Limited, which is authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA.  This material may relate to investments or services of a person outside of the UK or to other matters which are not authorised by the PRA nor regulated by the FCA and the PRA and further details as to where this may be the case are available upon request in respect of this material. Citigroup Centre, Canada Square, Canary Wharf, London, E14 5LB.  The Product is made available in **United States** by Citigroup Global Markets Inc, which is a member of FINRA and registered with the US Securities and Exchange Commission. 388 Greenwich Street, New York, NY 10013.   Unless specified to the contrary, within EU Member States, the Product is made available by Citigroup Global Markets Limited, which is authorised by the PRA and regulated by the FCA and the PRA. The Product is not to be construed as providing investment services in any jurisdiction where the provision of such services would not be permitted. Subject to the nature and contents of the Product, the investments described therein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained in the Product may have tax implications for private customers whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser.  The Product does not purport to identify the nature of the specific market or other risks associated with a particular transaction.  Advice in the Product is general and should not be construed as personal advice given it has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs. Prior to acquiring any financial product, it is the client's responsibility to obtain the relevant offer document for the product and consider it before making a decision as to whether to purchase the product. Citi Research product may source data from dataCentral. dataCentral is a Citi Research proprietary database, which includes the Firm's estimates, data from company reports and feeds from Thomson Reuters. The source for all referenced prices, unless otherwise stated, is DataCentral. Past performance is not a guarantee or reliable indicator of future results. Forecasts are not a guarantee or reliable indicator of future performance. The printed and printable

7

CONFIDENTIAL

FGEN-CA-0605420

**FibroGen Inc (FGEN)**
11 November 2019

**Citi Research**

version of the research report may not include all the information (e.g., certain financial summary information and comparable company data) that is linked to the online version available on the Firm's proprietary electronic distribution platforms.

© 2019 Citigroup Global Markets Inc. Citi Research is a division of Citigroup Global Markets Inc. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates and are used and registered throughout the world. All rights reserved. The research data in this report is not intended to be used for the purpose of (a) determining the price or amounts due in respect (or to value) of one or more financial products or instruments and/or (b) measuring or comparing the performance of a financial product, a portfolio of financial instruments, or a collective investment undertaking, and any such use is strictly prohibited without the prior written consent of Citi Research. Any unauthorized use, duplication, redistribution or disclosure of this report (the "Product"), including, but not limited to, redistribution of the Product by electronic mail, posting of the Product on a website or page, and/or providing to a third party a link to the Product, is prohibited by law and will result in prosecution. The information contained in the Product is intended solely for the recipient and may not be further distributed by the recipient to any third party. Where included in this report, MSCI sourced information is the exclusive property of Morgan Stanley Capital International Inc. (MSCI). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, redisseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI, Morgan Stanley Capital International and the MSCI indexes are services marks of MSCI and its affiliates. Part of this product may contain Sustainalytics proprietary information that may not be reproduced, used, disseminated, modified nor published in any manner without the express written consent of Sustainalytics. Sustainalytics, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Any information attributed to Sustainalytics is provided solely for informational purposes and on its own should not be considered an offer to buy or sell a security. Neither Sustainalytics nor all its third-party suppliers provide investment advice (as defined in the applicable jurisdiction) or any other form of (financial) advice. The information is provided "as is" and, therefore Sustainalytics assumes no responsibility for errors or omissions. Sustainalytics cannot be held liable for damage arising from the use of this product or information contained herein in any manner whatsoever. The Firm accepts no liability whatsoever for the actions of third parties. The Product may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the Product refers to website material of the Firm, the Firm has not reviewed the linked site. Equally, except to the extent to which the Product refers to website material of the Firm, the Firm takes no responsibility for, and makes no representations or warranties whatsoever as to, the data and information contained therein. Such address or hyperlink (including addresses or hyperlinks to website material of the Firm) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through the Product or the website of the Firm shall be at your own risk and the Firm shall have no liability arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST



CONFIDENTIAL

FGEN-CA-0605421

# EXHIBIT N

# FILED UNDER SEAL

# EXHIBIT O

# Jefferies

## FibroGen
## New CEO from LLY and Confidence in Next Steps Ahead

January 15, 2020

### Key Takeaway

**We met w/ new CEO Enrique Conterno who was former President of LLY USA. Investor feedback so far has been positive given his background at LLY and pot'l to engage further with the Street vs prior team. Key message was confidence around the Roxa program and approvability and high under-appreciated value on Phase III Pamrevlumab.**

**Three takeaways from our discussions w/ new CEO:**

**(1) Conterno has high confidence in Roxa approval and path forward.** He recently retired from LLY as President LLY USA and LLY's diabetes division and in all his diligence and review of the package, has great confidence around the Roxa data to support approval with a broad label and with significant commercial opportunity. This was based on a) his working knowledge and experience and background working at a global leader in diabetes particularly and where he and LLY were aware of Roxa for a long time; b) understanding of the statistical requirements for approvals using non-inferiority for drugs in this area and FGEN is in a great position (eg. upper bound of 1.3 is fine although a review issue of course), and c) overall review of all FDA meeting minutes, discussions/ meetings, and dialog with FDA.

**(2) NDA acceptance should be coming next month - we expect Standard Review as most likely.** Co filed NDA on 12/23 and should hear on acceptance around 2/23. This is in the hematology division of FDA, not cardio/renal - though hematology division reviewed the other ESA drugs. Base case by far for Street is standard review putting a PDUFA in Dec 2020. There's some chance perhaps of Priority Review though a package this big and time needed for an inevitable Adcom could drive a standard review as most likely (although co did request for Priority Review). It's clear the co did not use a Priority Review voucher (seems expected). We continue to think about the merits of a black box or no black box and remain in the camp that a conservative FDA typically just gives Black Boxes to make it equivalent to the other drugs in the class since they don't really have anything to lose. There is significant upside to the stock if they actually don't get a Black Box and this will probably be one of the key investor debates we look forward to later in 2020.

**(3) China progress ahead of schedule for Roxa and partner AZN.** As a reminder, AZN thinks this could be a blockbuster in China alone (which obviously the Street completely discounts) and AZN is doing $5B in drug sales in China (more than EU sales)....so they know a thing or two about China. They are adding Roxa to new hospital formularies each day and the list is growing by the day. China Nat'l reimbursement deal has been quite favorable with net pricing around $2k/yr which is positive vs consensus and even after gov't negotiation. Consensus is $65M for 2020 and we're at $50M though there is a huge range of ests. These are all good numbers for 2020 and remains something to watch for long-term value - realizing US FDA approval and broad label is most critical for 2020 stock value creation.

| FLASH NOTE | |
|---|---|
| USA \| Biotechnology | |
| RATING | BUY |
| TICKER | FGEN |
| PRICE | $42.48^ |
| PRICE TARGET (PT) | $75.00 |
| MARKET CAP | $3.7B |

^Prior trading day's closing price unless otherwise noted.

Michael J. Yee *
Equity Analyst
(415) 229-1535
michael.yee@jefferies.com

Andrew Tsai *
Equity Analyst
(415) 229-1566
atsai@jefferies.com

Kelechi Chikere, Ph.D. *
Equity Associate
(415) 229-1570
kchikere@jefferies.com

Aryeh Gold *
Equity Associate
(212) 778-8754
agold1@jefferies.com

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 2 to 8 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

CONFIDENTIAL

# Jefferies

## Company Description

**FibroGen**

FibroGen is a San Francisco-based biopharmaceutical company focused on the discovery, development and commercialization of novel therapeutics to treat anemia, fibrosis and cancer. The company's lead anemia product candidate roxadustat is an oral small molecule inhibitor of HIF-PH, partnered with AstraZeneca and Astellas around the world. Its lead IPF drug candidate FG-3019 is a monoclonal antibody that is also in development for pancreatic cancer and liver fibrosis and DMD.

## Company Valuation/Risks

**FibroGen**

Our PT is based on a probability-adjusted DCF (WACC 8%; TG -10%) for Roxa and FG-3019. Risks include safety and efficacy, and reimbursement/competition.

**AstraZeneca PLC**

Valuation: Our Price Target is based on a 50:50 blend of P/E and NPV, assuming a 30% premium to the sector 2021E PE and a discount to the NPV sum-of-the-parts valuation. Risks: R&D, earnings quality, generics, pricing, competition, legal/ regulatory, M&A.

## Analyst Certification:

I, Michael J. Yee, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Andrew Tsai, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kelechi Chikere, Ph.D., certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Aryeh Gold, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

(Article 3(1)e and Article 7 of MAR)

| | |
|---|---|
| Recommendation Published | January 15, 2020 , 22:36 ET. |
| Recommendation Distributed | January 15, 2020 , 22:36 ET. |

## Company Specific Disclosures

Steven DeSanctis owns shares of Eli Lilly & Company common shares.
Jefferies Group LLC makes a market in the securities or ADRs of FibroGen Inc.
Jefferies Group LLC makes a market in the securities or ADRs of AstraZeneca PLC.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.
Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.
Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

CONFIDENTIAL                                                                                                           FGEN-CA-0606781

# Jefferies

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

## Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- AstraZeneca PLC (AZN: $50.80, HOLD)

January 15, 2020

Please see important disclosure information on pages 2 - 8 of this report.

3

CONFIDENTIAL

FGEN-CA-0606782

# Jefferies







**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

---

January 15, 2020

Please see important disclosure information on pages 2 - 8 of this report.

4

FGEN-CA-0606783

# Jefferies

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos | |
| | Count | Percent | Count | Percent | Count | Percent |
| BUY | 1212 | 52.60% | 106 | 8.75% | 15 | 1.24% |
| HOLD | 935 | 40.58% | 31 | 3.32% | 4 | 0.43% |
| UNDERPERFORM | 157 | 6.81% | 1 | 0.64% | 0 | 0.00% |

CONFIDENTIAL                                                                                    FGEN-CA-0606784

# Jefferies

## Other Important Disclosures

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Pty Limited (ACN 623 059 898), which holds an Australian financial services license (AFSL 504712) and is located at Level 54, Governor Phillip Tower, 1 Farrer Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

\* \* \*

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated

CONFIDENTIAL                                                                                                    FGEN-CA-0606785

# Jefferies

Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies International Limited or Jefferies (Australia) Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. JIL is authorized and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Corporations Act in respect of the provision of certain financial services to wholesale clients. If Jefferies (Australia) Pty Ltd provides any financial services regulated by Australia's financial services laws that are not covered by its Australian financial services license (including all financial services relating to interests in managed investment schemes), it will be providing those financial services as a representative of JIL. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

---

January 15, 2020                                                                                                                7
Please see important disclosure information on pages 2 - 8 of this report.

CONFIDENTIAL                                                                                    FGEN-CA-0606786

# Jefferies

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities. This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2020 Jefferies Group LLC

CONFIDENTIAL    FGEN-CA-0606787

# EXHIBIT P

**S&P Global**
Market Intelligence

# FibroGen, Inc. NasdaqGS:FGEN

# Company Conference Presentation

## Tuesday, February 25, 2020 8:30 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

CONFIDENTIAL

FGEN-CA-0108346

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................ | 3 |
| Presentation | ................................................................ | 4 |
| Question and Answer | ................................................................ | 5 |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

CONFIDENTIAL

FGEN-CA-0108347

# Call Participants

## EXECUTIVES

**Enrique A. Conterno**
*CEO & Director*

## ANALYSTS

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL

FGEN-CA-0108348

# Presentation

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Relatively recently appointed CEO, Enrique Conterno, and other members of the FibroGen team. Hi, Peony. So welcome to GHC this year.

**Enrique A. Conterno**
*CEO & Director*

Thank you, Geoff.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Your first GHC, how is it going?

**Enrique A. Conterno**
*CEO & Director*

I think it's going awesome. We had a packed agenda today, met with a number of investors. Very good.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*
Good.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                              FGEN-CA-0108349

# Question and Answer

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Yes. So let's jump right in. You mentioned a lot of questions about the launch in China. How's the launch in China going? Are you actually commercial at this point? Great news on the NRDL, but that was last year's news. So how are things going this year?

**Enrique A. Conterno**
*CEO & Director*

Well, the NRDL was an important achievement. It was last year's news, but it was effective as of January 1. We are very much tracking, I think, and we're very encouraged with what we're seeing when it comes to both hospital listings and demand on those hospital listings. Honestly, I'm pretty impressed with what the team has achieved.

Of course, we also have the coronavirus right now in China, which has meant that it is difficult to, if not impossible, to access any hospitals, and clearly, that has a bit of an impact.

Roxa has a bit of a unique position in China for a number of different reasons. But as an oral product, clearly, you really don't need to go to the hospital. So when it comes to, for example, PD patients and so forth, it represents an interesting alternative for patients that really don't want to go into the hospital at this point in time.

So far, I think we are very pleased with what we're seeing despite the fact that we have the coronavirus.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. And how is it actually working? I mean, I think your price was $2,100 or something like that and obviously equivalent in local currency. And how much of a discount are you required to take once you get the local or provincial reimbursement? And then could you talk about, in the initial demand, how patients are -- do they have significant out-of-pocket burden? Can you kind of cover that out-of-pocket burden?

**Enrique A. Conterno**
*CEO & Director*

Sure. So I think what we've shared is that the net price that we estimate would be, getting for a patient for a full year in China, is about $1,500. The out-of-pocket is going to be dependent on the different provinces and also whether it's a dialysis patient or an NDD patient. But I think it's -- we're still in the early stages. Keep in mind that provinces were given through Q1 to be able to implement the reimbursement system. But so far, I think we are pleased with the demand. But we have to -- it's very early, I think, in the stages of the launch for us to make too many assessments in terms of what is the exact out-of-pocket that patients are paying.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. And are you finding that you're getting more traction in the dialysis patients or the nondialysis patients? Very much a very different context.

**Enrique A. Conterno**
*CEO & Director*

Yes. It's difficult to say at this stage. But clearly, dialysis is a pretty big focus for us, given that those patients are treated for anemia. So -- and there is a pretty big opportunity. So that's really where the initial focus and the uptick that we expect initially is going to be, keeping in mind that the NDD opportunity also in China is a very significant one from a [ patient's ] perspective.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

CONFIDENTIAL                                                                FGEN-CA-0108350

FIBROGEN, INC. COMPANY CONFERENCE PRESENTATION | FEB 25, 2020

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Yes, it's obviously large. Now one of the questions that keeps coming up is the question of the ownership of the Chinese joint venture. Could you talk about the option of spinning that out or capitalizing that independently? How -- who makes the decision on that? How you might come to a decision about that?

**Enrique A. Conterno**
*CEO & Director*

Yes. Clearly, as we think about China, there are many options the company have. At this point in time, I'm not commenting on our -- the options that we have for our Chinese business. I think my focus, and appropriately so right now as we're launching the product, have to be ensuring that we are getting the fundamentals right and that we can build and create a very significant ongoing business. I think I want to make sure that there is the focus on the task at hand right now.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. Now is there any intention, for example, to licensing complementary renal products or anything into that entity that you have there?

**Enrique A. Conterno**
*CEO & Director*

We're always open to think about those opportunities, but it's not a focus for us right now. I think our focus is, once again, to grow roxa to be the type of transformational medicine that it can be. It's a pretty unique opportunity to have this type of medicine, and China represents a very significant market. Keep in mind, it is the largest dialysis market in the world and we want to -- and we have achieved reimbursement across CKD anemia and a reasonable price. So we need to make sure that we capitalize in the hand that we have right now.

We're always open to look at additional opportunity, in particular, complementary opportunity, but I think it's fair to say that, that is not the focus today.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. Let's just pivot to talk about the U.S. market. Is your expectation that you will get essentially the same labeling and market opportunity in the U.S. as you've been given in China?

**Enrique A. Conterno**
*CEO & Director*

Yes. So clearly, in the U.S., we submitted our application at the end of last year. We've been -- our filing has been accepted, and we have a PDUFA date of December 20 of this year. We submitted for both, dialysis-dependent and nondialysis-dependent patients, patients with anemia. So we are planning to basically pursue both opportunities.

Just to give a sense of the magnitude of the opportunity. As you know, in the U.S., there's about 600,000 patients on dialysis. About 90% of those patients are treated for anemia. That gives you about 5,500 patients -- sorry...

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

550,000.

**Enrique A. Conterno**
*CEO & Director*

550,000 patients that, in terms of patients, that is the addressable opportunity with roxadustat.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                    FGEN-CA-0108351

If we think about NDD, the opportunity -- the addressable opportunity is about 10x as large. We're looking at an opportunity of about 5 million addressable patients. Keep in mind that the number of patients treated in this segment is basically in the low double digits. So you -- we are thinking about...

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Sorry. As a percentage of that total treated for anemia?

**Enrique A. Conterno**
*CEO & Director*

Correct.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. That's what I thought you said.

**Enrique A. Conterno**
*CEO & Director*

So we are looking at basically an opportunity, yes, patients that are treated, but also, I think it's going to be important here, the significant expansion opportunity to be able to reach more patients for -- and for those patients to be treated.

Let's keep in mind that before EPO had some of the issues and they received a black box, the rate of treatment of anemia in this population was significantly higher, right?

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Yes. How high did it get? From recollection, it was in the high 20s, something like that?

**Enrique A. Conterno**
*CEO & Director*

That is correct. I think the figures that I've seen is, when you look at the prior 12 months of going into dialysis, up to 30% of those patients used to be treated. That number today is closer to 14%.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

And how many do you think are actually sufficiently anemic to qualify for the label that you expect to get?

**Enrique A. Conterno**
*CEO & Director*

Well, I think it's -- there are several questions there, a question on the label. But I do think that's the addressable population. So I'm giving you the number of the addressable population that we basically expect. It is not, to me, as much a matter of whether those patients need to be treated, but how do we ensure that we convey the right messages and the benefits of treating some of those patients.

And maybe we can speak a little bit about that because there are significant benefits. Of course, when we look at -- and just to recap, we basically, for our U.S. submission, when it comes to NDD, we have, based on our agreement with the FDA, we have 3 pivotal trials: ANDES, ALPS and OLYMPUS. They comprise over 4,000 patients. And across all the studies, we reached our primary efficacy endpoint of raising hemoglobin.

But I don't think the story ends there. I think it is interesting to see the effectiveness -- the efficacy of the product across a broad range of patients, all right, that today don't have as many options whether they

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                    FGEN-CA-0108352

are hyper-responders, or in some cases, maybe don't tolerate well EPO, or in some cases, they need much higher EPO doses over time.

I think we have a product here with a very nice profile, and importantly, I think in NDD, we basically saw much less transfusions. So if I recall the numbers, it's 15% of transfusions for patients that were on placebo. We only saw about 5% for patients that were on roxadustat. To me, I think that is a significant benefit, a significant benefit to the patient, but also to the payer and to the system.

And then, of course, there is this question of, well, how does the cardiovascular safety look like. As you're aware, I've had a chance to conduct and be part of a number of cardiovascular studies in my previous role, and I believe that the data that we have on cardiovascular safety is very compelling. We have agreed with the agency on both the post studies. So what are the studies that are going to be included as part of the analysis as well as the methodology that we will be utilizing for this particular segment we basically intend to treat, a statistical plan methodology.

And when we look at the data, basically -- we basically show to be comparable to placebo. And importantly, when we look at the subcomponents of MACE, we had, of course, MI and stroke and death and...

### Geoffrey Craig Porges
*SVB Leerink LLC, Research Division*

Unstable angina.

### Enrique A. Conterno
*CEO & Director*

Hospitalization for heart failure and hospitalization for unstable angina. We -- when we look at all those, in each -- for each one of the subcomponents, that confidence interval actually encompassed one which makes our data extremely clean in -- from a -- from my perspective when it comes to cardiovascular safety.

### Geoffrey Craig Porges
*SVB Leerink LLC, Research Division*

Enrique, sorry, can I just interrupt a moment. But from your prior experience, I think the FDA has pretty much said that up above the confidence interval of 1.3. And are you below that 1.3 for the subcomponents of MACE or just for overall MACE?

### Enrique A. Conterno
*CEO & Director*

Yes. Keep in mind that the guidance that the FDA has provided is strictly for diabetes medicines, and the guidance for diabetes medicines is a 1.3 upper bound. So that means to -- we want to make sure -- the FDA wants make sure that products can exclude more than 30% risk of MACE events -- increased risk of MACE events.

There is no such guidance for CKD anemia, which means that the FDA will have a -- this will become a product review issue when they look at the benefit/risk profile of the product.

Now in the case of the diabetes products, just to go back, the FDA looks at MACE, so the 3 components. They don't look at the subcomponents when it comes to the upper bound because the numbers are a lot slower. So the confidence intervals tend to be a lot wider.

Now in our trial, when we look at the pooled analysis of ANDES, ALPS and OLYMPUS, we do basically see hazard ratios, about one -- slightly higher than one, but the upper bound in each one of these cases, is below 1.3. I do want to make the point the 1.3 number is an arbitrary number, okay? It was arbitrary for diabetes, and it's just a number. So at the end, I think it's a question of looking at what are the options. Keep in mind that the option today for those patients in NDD is really the EPOs actually have a black box and actually had a demonstration of -- sorry, a further trial. When we look at the stroke data, actually

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                         FGEN-CA-0108353

stroke itself have a confidence interval to the right of one, so -- which is a statistically significant finding for higher stroke. So I...

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

For EPO?

**Enrique A. Conterno**
*CEO & Director*

For the erythropoietin, yes. So I find that our data, for all those reasons, is highly compelling. There are not many options, and we have a trial that, in my view, basically, shows safety against what I think is a very high hurdle of placebo.

It will be different if maybe we were in this particular population using another comparator, but I do like, and this question also comes quite a bit, which is why did you choose a trial against placebo instead of a trial against EPO.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Yes. Comes up.

**Enrique A. Conterno**
*CEO & Director*

Clearly, both choices are available, but I like the decision that we have made at FibroGen. This decision, of course, was made way before my time, but I think it gives you the best chance for a completely clean label because you are comparing yourself relative to placebo. And then, I think if you look at the data on its face, I do not believe that the data warrants a black box.

Now there's a lot of context when we discuss a black box, and of course, there's a black box for EPO agents in the class. I get that, and the FDA takes many considerations. But I do think that it is a pretty high standard, and I'm very excited and delighted with the results that we got in -- out of cardiovascular safety.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. A lot of pieces there. But -- so your base case assumption is that you do get the broad label presumably, and that potentially you don't get a black box for any of these cardiovascular events?

**Enrique A. Conterno**
*CEO & Director*

Yes. I think of -- it is the base case is, yes, that we have a broad label. And I think the base case for me is also that we get a black box, but we have the optionality of an upside of not be able to get one, given the data that we have. But that is an upside, I think, to our current plans.

We can be extremely successful. This would be a transformational medicine, regardless. Given the opportunity that we have, as we talked about 0.5 million patients on the DD side and 5 million patients on the NDD side and how do we ensure that as many of those patients are appropriately treated, I think, is going to be key.

Clearly, we are already thinking about our commercial plans. I already started discussions in many different forums with our partner, AZ in the U.S. I'm delighted to be working with AstraZeneca and I think it's going to be key for us to have a very strong launch.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                                      FGEN-CA-0108354

Sorry, I'm conscious of time. So there's a bunch of things I want to try and get to, Enrique. First, do you expect an Adcom or not?

**Enrique A. Conterno**
*CEO & Director*

I think it's difficult to say. As you know, one, when you receive an acceptance of the filing, it is a typical time when you can get notice that you're going to receive an Adcom. We have received no indication at this stage of an Adcom. It doesn't mean that this is not a possibility, it could happen. We are preparing for an Adcom regardless. I think that -- because once they tell you, you have, I think, 45 business days to...

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Subscribe.

**Enrique A. Conterno**
*CEO & Director*

Yes. So we've got to prepare ahead of time and we're doing so right now.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. Reimbursement under the ESRD, whatever it is, reimbursement. So when do you apply for the NTAP, I think it is?

**Enrique A. Conterno**
*CEO & Director*

TDAPA?

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

TDAPA, yes. When do you apply for that? And when will you get an indication if you don't have access to that?

**Enrique A. Conterno**
*CEO & Director*

So TDAPA is an add-on payment for products they're going to be setting into the dialysis centers. Otherwise, they would be in the bundle, right? It's a policy basically incentivize so that innovation can come in and can be utilized. We believe that roxa meets all the requirements and conditions for TDAPA. So I say that is our base case for us is to be given an add-on payment, which would be outside of this capitated payments that these organizations receive.

The process is, once you get approval, you have the opportunity to submit for TDAPA. And typically, that process takes somewhere within the next -- within 3 months, and you're able to basically be able to get the reimbursement or not. But we feel good about that we meet the conditions and I think this can be very helpful for us to be included.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

And TDAPA is to be realized how long, 2 years?

**Enrique A. Conterno**
*CEO & Director*

Yes. It will be -- it's a 2-year payment. And then I think the idea is that the product will be then included in the bundle of hemodialysis.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                                    FGEN-CA-0108355

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. And during those 2 years, let's just hypothetically say that it's, I don't know, I'll pick a number say, $300 a month is the cost to CMS for roxa. So they would pay the dialysis centers an extra $300 a month for every patient they put on to roxa. And would they leave the capitated rate the same regardless of the fact that they're paying for EPO?

**Enrique A. Conterno**
*CEO & Director*

It's -- you're asking lots of questions. You know this TDAPA has been evolving and there are new guidelines even as of late last year, November. We have to see how all this is going to play out, but if you read how this is supposed to be implemented, yes, it is an add-on payment to whatever capitated payment there is. It doesn't mean that they couldn't adjust the capitated payments, but the add-on payment will be based on the average selling price plus 0, so it's a net 0 average selling price and so 100% of the average selling price. And this will be the payment that would be provided for those organizations to be -- for patients that are -- based on the number of patients that are basically on roxadustat.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. So this is important. So what do you think the likelihood is that they lower the bundled rate? I mean I'm just of the impression that changing the bundled rate is a complicated process with a lot of inputs and everything. It would seem to me to be pretty hard to lower the bundled rate at the same time they give you access to TDAPA reimbursement.

**Enrique A. Conterno**
*CEO & Director*

Yes. It's difficult to say how things are going to play out. I don't think that's the intent. I think the intent is to provide truly an add-on payment. But it's difficult to predict how things are going to play out. Regardless, though, whether they lower the capitated payment or not, the -- how the add-on payment is calculated is pretty clear.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Yes. No, that's clear. The add-on is clear.

**Enrique A. Conterno**
*CEO & Director*

So -- but that's really something that we think about, and of course, is concerning to roxadustat, making sure that we can get an acceptable price and making sure that there are incentives in the system so that they can basically include valuable innovation as part of the overall dialysis system.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Okay. Sorry I keep asking questions about this. But do we have examples where oral analogs of injectable medicines have been added via TDAPA?

**Enrique A. Conterno**
*CEO & Director*

I am not familiar with this. Clearly -- and I think you're asking this question for -- due to this language in TDAPA of the oral-only language.

**Geoffrey Craig Porges**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL

FGEN-CA-0108356

*SVB Leerink LLC, Research Division*

Yes.

**Enrique A. Conterno**
*CEO & Director*

The way we think about this is that, in this particular case, the reason that roxa can meet the criteria is because we need to be thinking of anemia functionally, and as part of that, of course, there are injectable alternatives to treat anemia. So we do believe that we could be included in TDAPA. That's the assumption that we're making right now.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Yes. Okay. Terrific. So last couple of seconds. Why doesn't anyone care about pamrevlumab? You're doing 3 Phase III trials.

**Enrique A. Conterno**
*CEO & Director*

We're not only doing 3 Phase III trials, but I view this as -- this is another jewel, and we have 3 trials on indications that are of high unmet medical need. If we think about IPF, pulmonary fibrosis, the effect size that we saw in Phase II, I think, is very impressive, not just when it comes to looking at forced vital capacity, but more importantly also, looking at some of the markers that we had when it comes to disease progression. Individually, that indication is very important.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Yes.

**Enrique A. Conterno**
*CEO & Director*

But now we also have pancreatic cancer, another very significant indication. And we -- those 2 trials Phase III programs are ongoing, and we're now starting DMD this year. Collectively -- I think the message is that, collectively, those indications are massive opportunity for a company the size of FibroGen. So very excited. The key for us is to accelerate our enrollment time lines, and we are working to ensure that is the case and that we can reach patients as quickly as possible.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Great. Okay. We've reached the end of our allotted time. So thank you very much, Enrique. Really appreciate it. Glad to see you here.

**Enrique A. Conterno**
*CEO & Director*

Yes. Thank you. Thank you.

**Geoffrey Craig Porges**
*SVB Leerink LLC, Research Division*

Thank you for joining us.

**Enrique A. Conterno**
*CEO & Director*
Very good.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**                                    12

CONFIDENTIAL                                                    FGEN-CA-0108357

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONFIDENTIAL                                                                              FGEN-CA-0108358

# EXHIBIT Q

# FILED UNDER SEAL

# EXHIBIT R

# FILED UNDER SEAL

# EXHIBIT S

November 6, 2020
**OUTPERFORM**

Reason for report:
**EARNINGS**

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

**Ke (Andrew) Yuan, CFA, CPA**
(212) 277-6147
ke.yuan@svbleerink.com

**Charles Song, Ph.D.**
(212) 277-6199
charles.song@svbleerink.com



**SVBLEERINK**

# FIBROGEN, INC.

## China Launch Remains Solid, Positive About Upcoming FDA Decision and US launch

• **Bottom Line: Yesterday evening, FibroGen reported their Q3 financial results and business updates. We remain optimistic about the upcoming FDA decision on the roxa label, and believe the China launch will continue to trend strongly.** FibroGen reported Q3 roxa sales of $23mm in China (up from $16mm in Q2). While the Q3 sequential growth appeared less compelling compared to Q2 (45% vs. 300%+), we believe roxa's long-term commercial outlook in China remains very positive, given the fast-growing hospital listing (55%, up from 45% in Q2) and patient adoption (90,000, up from 40,000 in Q2). We believe these robust underlying drivers will translate into strong product sales in the future as the patient penetration continues to ramp (estimated to be ~10% penetration based on 800k dialysis patients in China). On the US side, management expects to launch roxa in the second quarter of next year following the TDAPA approval by early Q2 (this is one quarter later than we and most investors had been expecting). Management seems positive about the upcoming FDA action and expects a strong US launch regardless of the black box warning. While a clean label without an ESA-like blackbox will certainly accelerate adoption, we believe the demand is likely to be strong for both DD and NDD patients given roxa's superior clinical profile demonstrated in its 6 large Phase 3 studies and its recent ASN analysis (offering LDL-C benefits and MACE benefits at higher Hb levels). FibroGen also provided a broad update for development timelines for multiple studies. For roxa, management expects to report Phase 2 topline results for the CIA study in 2H21, and the Phase 3 topline results for MDS in 1H22. For pamrevlumab, management expects to start a second Phase 3 study in patients with ambulatory DMD by year-end this year. Management also expects to provide topline results for the Phase III study in locally advanced unresectable pancreatic cancer in the second half of 2022. With regard to the IPF indication, significant COVID disruption continued to delay the Phase 3 enrollment (also a delay of initiation of the second Phase 3 study, which was scheduled to start this quarter). 80% of pamrevlumab's potential comes from IPF and we will monitor the trial status closely, as an extended delay could impact our future valuation for pam and FibroGen's stock.

| Key Stats: | (NASDAQ: FGEN) |
|---|---|
| Sector: | Biotechnology |
| S&P 500 Health Care Index: | 1,280.07 |
| Price: | $42.46 |
| Price Target: | $92.00 from $90.00 |
| Methodology: | DCF using an 11% discount rate, -25% terminal growth rate |
| 52 Week High: | $51.56 |
| 52 Week Low: | $22.65 |
| Shares Outstanding (mil): | 95.5 |
| Market Capitalization (mil): | 4,054.9 |
| Book Value/Share: | $0.25 |
| Cash Per Share: | $6.77 |
| Net Debt to Total Capital: | 0% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |

Completion: November 06, 2020, 6:31AM EDT.
Distribution: November 06, 2020, 6:31AM EDT.
*Cash Per Share: YE20E*



**1 Year Price History/Ave. Daily Vol.(mil) for FGEN**

| Dec Yr | 1Q | 2Q | 3Q | 4Q | FY Rev | 1Q | 2Q | 3Q | 4Q | FY EPS | P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2019A** | $23.9 | $191.6 | $33.2 | $8.0 | $256.6 | ($0.53) | $1.26 | ($0.56) | ($1.12) | ($0.89) | NM |
| **2020E - New** | **$24.4A** | **$42.9A** | **$44.0A** | **$138.0** | **$249.3** | **($0.89)A** | **($0.95)A** | **$0.35A** | **$0.16** | **($1.28)** | **NM** |
| **2020E - Old** | $24.4A | $42.9A | $51.0 | $203.0 | $321.3 | ($0.89)A | ($0.95)A | ($0.75) | $0.79 | ($1.72) | NM |
| **2021E - New** | -- | -- | -- | -- | **$522.2** | -- | -- | -- | -- | **$0.16** | **NM** |
| **2021E - Old** | -- | -- | -- | -- | $467.4 | -- | -- | -- | -- | ($0.42) | NM |

*Source: Company Information and SVB Leerink LLC Research.*
*Revenues in $M; GAAP EPS presented.*

**Please refer to pages 11 - 14 for Important Disclosures, Price Charts and Analyst Certification.**

Provided for the exclusive use of Meichiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL

FGEN-CA-0610719

FIBROGEN, INC.                                              November 6, 2020



## INVESTMENT THESIS

We rate FGEN Outperform. FGEN is a leader in developing novel agents targeting fibrosis and hypoxia pathways for the treatment of anemia and fibrotic diseases. Roxadustat, a first-in-class HIF (hypoxia-inducible factor) prolyl hydroxylase (PHD) inhibitor, mimics the body's natural response to hypoxia (low oxygen) conditions and has been shown in an extensive phase III program to increase Hb and reduce iron requirements in patients with both dialysis dependent (DD) and non-dialysis dependent (NDD) chronic kidney disease (CKD). In the expanded meta-analysis of safety observations from these trials, roxa appears to be non-inferior to placebo in terms of CV safety in NDD patients and superior to EPO in terms of CV safety in incident dialysis patients. Based on this profile, we believe that roxa has the potential to be a $3-3.5bn product globally by the mid-2020s, with FibroGen entitled to approximately 40% of the value of the franchise. As a reference, erythropoietin-stimulating agents (ESAs), the current mainstay for the anemia market, still generate sales of ~$9Bn globally despite significant limitations and increasing price-based competition. Unlike ESAs, roxadustat is an oral agent that: (1) raises hemoglobin (Hb) without causing supraphysiologic elevations in endogenous erythropoietin, (2) reduces the need for IV iron through the suppression of hepcidin, (3) is effective in incident dialysis patients and hypo-responders to ESAs without requiring a high dose and (4) lowers LDL and total cholesterol. Finally, FibroGen's other product, pamrevlumab (FG-3019) is a connective tissue growth factor (CTGF) inhibitor in Phase 3 development in three potentially large indications in which the company has already completed successful proof-of-concept phase II trials. Pamrevlumab appears to stabilize or partially reverse fibrosis, and the most obvious indication IPF could generate sales of $1.2-1.5bn by 2028, assuming a 2022 approval and launch. Based on these two products, we expect FibroGen to see its first royalties in 2020, and to see their direct product sales and royalty and profit sharing revenue grow to almost $640mm in 2022 and to $1.5bn by 2024, with significant earnings emerging in 2023, and growing to more than $6/share in 2024 and almost $10/share in 2025. Based on these forecasts, and our expected cash flow for FibroGen, we rate the stock Outperform, with a price target of $92.

**China launch trajectory is likely to remain strong.** Fibrogen announced revenue for Q3 in China of $23mm, which was a 45% increase compared to the second quarter result. The company disclosed that they now have access to institutions covering 55% of the CKD patients in China, and have achieved first use in many of these institutions, mainly driven by the leading opinion leaders at those institutions. The initial utilization is divided 2/3 in dialysis and 1/3 in pre dialysis, with the dialysis use divided between hemodialysis and peritoneal dialysis. This suggests that somewhat predictably, roxadustat's appeal is particularly strong among patients not routinely visiting medical institutions for their dialysis or other treatment. The company confirmed that they are just scratching the surface of a potentially very large market in China (roxa-treated patients reached 90,000 in Q3, up from 40,000 in Q2), with more than 800,000 individuals on dialysis, and longstanding under-treatment of anemia. Roxadustat's positive attributes in the market there appear to be cost (fully or largely covered as a result of NRDL listing and local formulary coverage), convenience of oral self-dosing, predictable robust response to near-normal Hb and no need for testing or monitoring. Our current forecast for roxadustat is for revenue to reach $76mm in China this year, and to grow to $387mm in 2023 and ~$700mm in 2025. Consensus forecasts in China (as best we can tell) grow to $322mm in 2023 and $420mm in 2025. Despite the slowing of the sequential growth in Q3, we remain optimistic about roxa's commercial outlook in China given its robust uptake in hospital listing and patient adoption.

**Positive tone about US label and launch based on FDA feedback and ASN analysis.** As we approach the December 20 PDUFA date for Roxa, an adcom meeting has become increasingly unlikely. The company would not comment on the significance of this decision by the agency, but we interpret it as a positive signal about a relatively straightforward review (and potentially label). The key questions remain the breadth of the label (DD and NDD or only DD) and safety labeling (black box warning for CV safety or not). Since the company applied for an "all CKD" label, we believe the lack of an advisory committee review is a positive indicator about the agency's view of this indication (otherwise they might have sought the advice of specialists on the CV results from the NDD study); we don't take as much encouragement from this decision as an indicator of safety labelling, since the agency typically makes decisions on such questions themselves. At the highest level, the lack of an AdCom, and the lack of any negative feedback from the agency, suggest that the odds of approval (of some sort) are very high, and we remain positively inclined about the application and the breadth of the labeled indication. Additonally, we believe investors and the agency should view roxa more favorably with their recently disclosed analysis at ASN, where roxa demonstrated consistent safety benefits in different subgroups of patients with different comorbidities, as well as meaningful LDL-C reductions. Roxa also showed MACE

2

Provided for the exclusive use of Melchiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL                                                    FGEN-CA-0610720

FIBROGEN, INC.                                     November 6, 2020



benefits in patients with higher Hb levels. Please see our comprehensive review of the ASN posters (HERE).

**Roxa US commercial launch in 2Q21 following the potential TDAPA approval in early 2Q21.** Fibrogen confirmed that they and their partner AstraZeneca have already had extensive discussions with CMS about reimbursement for roxadustat for the more than 2/3 of dialysis patients in the US covered by Medicare's capitated dialysis reimbursement program. The company explained that to secure the valuable TDAPA add-on payment to cover the out-of-bundle cost of roxadustat for US dialysis patients, they first need to secure approval, then they need to file for a HCPS-code, and then file for TDAPA coverage. They explained that such coverage typically starts on a quarterly basis, and could be available as soon as April 1, 2021. For other dialysis (and non-dialysis) patients, the companies have already started discussions with payers about securing reimbursement. The company indicated that they would launch roxa in the US likely in the second quarter of 2021. Based on this expected timing for reimbursement for the most important payer (CMS) and initial segment (dialysis), the company has decided to formally launch roxadustat for DD and NDD in 2Q21, which is one quarter later than we had been anticipating.

**Pamrevlumab IPF trial hits further delays due to pandemic disruption; roxa MDS and CIA on track.** FibroGen provided a broad update for development timeline of multiple studies. For roxa, management expects to report Phase 2 topline results for the CIA study in 2H21, and the Phase 3 topline results for MDS in 1H22. For pamrevlumab, management expects to start a second Phase 3 study in patients with ambulatory DMD by year-end this year. Management also expects to provide topline results for the Phase III study in locally advanced unresectable pancreatic cancer in the second half of 2022. With regard to the IPF indication, significant COVID disruption continued to delay the Phase 3 enrollment (also a delay of initiation of the second Phase 3 study, which was scheduled to start this quarter). 80% of pamrevlumab's valuation comes from IPF and we will monitor the trial status closely, as extensive delay could impact our future valuation for pam and FibroGen's stock.

**Strong Balance Sheet Position, Milestone Payment Reaffirmed.** The company reported Q3 cash and equivalents, receivable balance of $719mm, and increased their 2020 year-end guidance for cash balance to $770-780mm from $720-730mm in 2Q20. Consistent with their prior quarter's guidance, the company is expected to receive $245mm in milestone payments for the next 8 months. 3Q revenue was $44mm, with $23mm coming from roxa product sales in China. Net income in the quarter was $33mm, compared to a net loss of $49mm a year ago, as the company has reversed approximately $84mm of co-promotion expenses following the restructuring of the China agreement with AZN. 3Q R&D expenses of $58mm increased moderately by 17% y/y. The company reaffirmed the anticipated milestone payment for the next 8 months (through mid-2021), which will be associated with the US and EU roxa approval and sales. The total expected amount remained to be $245mm by mid-2021.

**SVB Leerink Revenue Forecasts Increased from 2021, Upside Remains among the Highest in our Coverage, PT to $92, reiterate OP.** Based on this quarter's results, and managements commentary and guidance, we have updated our company model and valuation for Fibrogen. Our revenue forecast is decreased by 22% for 2020 due to delayed selling milestone (moved to mid-2021 from year-end 2020), but increased by 12% for 2021, and 3% from 2022-2024. Our updated revenue forecast is now 2% lower than consensus for 2020, but 39-65% higher from 2022-2024. Our earnings estimates are mainly increased, and we now forecast profitability in 2021, and positive EPS of $6.63 in 2023 and $9.26 in 2024. These adjusted earnings estimates are 173-681% higher compared to consensus for 2023-2024. Based on these changes to our forecasts and estimates, and trends in discount rates, we increased our price target to $92 (from $90) and maintain our Outperform rating for FGEN's stock

## VALUATION

Our 12-month price target for FGEN is $92/share and is based on DCF methodology. We include probability-weighted roxadustat royalties and milestone payments from Astellas (EU and Japan) and AZN (US and ROW) and the 50% roxadustat profit-share with AZN in China. We assume 80-100% probabilities of success (PoS) for the dialysis dependent and non-dialysis dependent chronic kidney disease (CKD) indication in various geographies. We currently model 35% PoS for pamrevlumab in idiopathic pulmonary fibrosis (IPF), 25% for pancreatic cancer, and 25% for Duchene muscular dystrophy (DMD). We assume an 11.0% discount rate, which we believe is

Provided for the exclusive use of Melchiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL                                                      FGEN-CA-0610721

FIBROGEN, INC.                                November 6, 2020



appropriate given our probability-weighted sales, and include a -25% terminal growth rate beyond 2033E.

## RISKS TO VALUATION

The main risks to our valuation for FibroGen include any delay or disappointment with the development, regulatory approval and commercialization of their two clinical development programs, roxadustat, and pamrevlumab. The main risks to the outlook and value of roxadustat are any uncertainty, data irregularities or other liabilities identified by the FDA in their review of the application, or any failure to secure broad labelling for CKD indications in the initial launch label. The main risks to pamrevlumab are that the confirmatory phase III trials now, or soon to be, underway in pancreatic cancer, IPF, and DMD fail to confirm the positive signals that emerged from the phase II trials.

4

Provided for the exclusive use of Melchiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL                                                          FGEN-CA-0610722

**FIBROGEN, INC.**                                        November 6, 2020

| FGEN_US | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | CAGR |
|---|---|---|---|---|---|---|---|
| | FY | FY | FY | FY | FY | FY | '20-24 |
| **Roxadustat US/China royalties/profits (AZN)** | | | | | | | |
| New | | $76 | $266 | $550 | $790 | $945 | 88% |
| Old | $0 | $101 | $261 | $534 | $766 | $917 | 74% |
| Change | | ($24) | $5 | $15 | $24 | $29 | |
| % Change | | (24%) | 2% | 3% | 3% | 3% | |
| **Roxadustat EU/Japan royalties (Astellas)** | | | | | | | |
| New | | $13 | $51 | $133 | $208 | $266 | 114% |
| Old | $0 | $17 | $47 | $124 | $195 | $250 | 97% |
| Change | | ($4) | $5 | $9 | $13 | $16 | |
| % Change | | (23%) | 10% | 8% | 7% | 6% | |
| **Total roxadustat royalties/profits** | | | | | | | |
| New | | $89 | $317 | $683 | $997 | $1,211 | 92% |
| Old | $0 | $117 | $307 | $658 | $960 | $1,167 | 78% |
| Change | | ($28) | $10 | $25 | $37 | $44 | |
| % Change | | (24%) | 3% | 4% | 4% | 4% | |
| **Pamrevlumab revenue** | | | | | | | |
| New | | $0 | $0 | $45 | $200 | $460 | N/A |
| Old | $0 | $0 | $0 | $45 | $200 | $460 | N/A |
| Change | | $0 | $0 | $0 | $0 | $0 | |
| % Change | | N/A | N/A | 0% | 0% | 0% | |
| **License/milestone revenue** | | | | | | | |
| New | | $80 | $165 | $102 | $102 | $102 | 6% |
| Old | $177 | $125 | $120 | $102 | $102 | $102 | (5%) |
| Change | | ($45) | $45 | $0 | $0 | $0 | |
| % Change | | (36%) | 38% | 0% | 0% | 0% | |
| **Collaboration revenue** | | | | | | | |
| New | | $80 | $40 | $0 | $0 | $0 | (100%) |
| Old | $115 | $79 | $40 | $0 | $0 | $0 | (100%) |
| Change | | $1 | $0 | $0 | $0 | $0 | |
| % Change | | 2% | 0% | N/A | N/A | N/A | |
| **Total Revenue** | | | | | | | |
| New | | $249 | $522 | $831 | $1,300 | $1,774 | 63% |
| Old | $257 | $321 | $467 | $806 | $1,263 | $1,729 | 52% |
| Change | | ($72) | $55 | $25 | $37 | $44 | |
| % Change | | (22%) | 12% | 3% | 3% | 3% | |
| % Growth | | (3%) | 110% | 59% | 56% | 36% | |
| Recent Consensus | | $255 | $521 | $598 | $786 | $1,099 | 44% |
| % Difference | | (2%) | 0% | 39% | 65% | 61% | |

*Source: SVB Leerink Research, Company Filings, VisibleAlpha Consensus*

Provided for the exclusive use of Melchiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

5

CONFIDENTIAL                                                                                      FGEN-CA-0610723

**FIBROGEN, INC.**                                             November 6, 2020

| | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | CAGR |
|---|---|---|---|---|---|---|---|
| | FY | FY | FY | FY | FY | FY | '20-24 |
| **COGS** | | | | | | | |
| New | | $6 | $0 | $5 | $20 | $46 | 65% |
| Old | $1 | $4 | $0 | $5 | $20 | $46 | 84% |
| Change | | $2 | $0 | $0 | $0 | $0 | |
| % Change | | 55% | N/A | 0% | 0% | 0% | |
| **R&D** | | | | | | | |
| New | | $239 | $265 | $275 | $278 | $283 | 4% |
| Old | $209 | $242 | $265 | $275 | $276 | $278 | 3% |
| Change | | ($4) | $0 | $0 | $2 | $5 | |
| % Change | | (1%) | 0% | 0% | 1% | 2% | |
| **SG&A** | | | | | | | |
| New | | $124 | $250 | $285 | $317 | $323 | 27% |
| Old | $135 | $232 | $250 | $285 | $316 | $322 | 9% |
| Change | | ($108) | $0 | $0 | $0 | $1 | |
| % Change | | (47%) | 0% | 0% | 0% | 0% | |
| **Operating Expenses** | | | | | | | |
| New | | $369 | $515 | $565 | $614 | $652 | 15% |
| Old | $346 | $479 | $515 | $565 | $612 | $646 | 8% |
| Change | | ($109) | $0 | $0 | $3 | $6 | |
| % Change | | (23%) | 0% | 0% | 0% | 1% | |
| **Operating Income (Loss)** | | | | | | | |
| New | | ($120) | $7 | $266 | $685 | $1,122 | N/A |
| Old | ($89) | ($157) | ($48) | $241 | $651 | $1,084 | N/A |
| Change | | $37 | $55 | $25 | $35 | $38 | |
| % Change | | (24%) | (115%) | 10% | 5% | 4% | |
| **Net Income (Loss)** | | | | | | | |
| New | | ($115) | $16 | $272 | $660 | $923 | N/A |
| Old | ($77) | ($153) | ($38) | $245 | $644 | $891 | N/A |
| Change | | $39 | $55 | $27 | $16 | $32 | |
| % Change | | (25%) | (143%) | 11% | 2% | 4% | |
| **GAAP EPS, diluted** | | | | | | | |
| **New** | | ($1.28) | $0.16 | $2.74 | $6.63 | $9.26 | N/A |
| Old | ($0.89) | ($1.72) | ($0.42) | $2.48 | $6.52 | $9.00 | N/A |
| Change | | $0.44 | $0.59 | $0.26 | $0.12 | $0.26 | |
| % Change | | N/A | N/A | 10% | 2% | 3% | |
| % Growth | | N/A | N/A | (745%) | 167% | 42% | |
| Recent Consensus | | ($2.56) | ($0.55) | ($0.31) | $0.85 | $3.40 | N/A |
| % Difference | | N/A | N/A | N/A | 681% | 173% | |
| **Share Count, diluted** | | | | | | | |
| New | | 94.6 | 99.1 | 99.3 | 99.5 | 99.7 | 1% |
| Old | 92.6 | 95.5 | 98.5 | 98.7 | 98.9 | 99.1 | 1% |
| Change | | (1) | 1 | 1 | 1 | 1 | |
| % Change | | (1%) | 1% | 1% | 1% | 1% | |

*Source: SVB Leerink Research, Company Filings, VisibleAlpha Consensus*

6

Provided for the exclusive use of Meichiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL                                          FGEN-CA-0610724

FIBROGEN, INC.                                                                November 6, 2020

SVB Leerink Catalyst
     Tracker

| Stock (Ticker Symbol) | Lateral Impact (Other companies' stocks) | Drug (Brand or chemical name) / Instrument / Area | Indication / Product Class | Type of Event | Event or Trial Details | Expected Timing | Specific Event Date if known or specified | Impact: High) > 9%, Medium) 3 - 9%, Low) < 2% | Estimated Stock Up/Down % on Best/Worst Outcomes | SVB Leerink View of Expected Outcome |
|---|---|---|---|---|---|---|---|---|---|---|
| FGEN | | Roxadustat | CKD | PDUFA Date | FDA Approval in DD and NDD Indications | 4Q20 | 12/20/2020 | M | | Positive |
| FGEN | | Pamrevlumab | DMD | Phase III Trial Initiation | Initiate Phase III Trial in DMD | 2H20 | | L | | Positive |
| FGEN | | Roxadustat | CKD | Other Event | Commercial launch for DD and NDD | 2Q21 | | M | | Positive |
| FGEN | | Roxadustat | CIA | Phase II Data Announcement | Phase II topline results in 2H2021 | 2Q21 | | M | | Neutral |
| FGEN | | Pamrevlumab | IPF | Phase 3 Trial Initiation | Initiate Second Phase III Trial in IPF (ZEPHYRUS 2) | 2021 | | L | | Positive |

*Source: SVB Leerink LLC Equity Research and Company Filings*

7

Provided for the exclusive use of Meichiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL                                                                                    FGEN-CA-0610725

**FIBROGEN, INC.**

November 6, 2020

| SVB Leerink FibroGen Revenue Forecast ($ in millions) | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roxadustat Royalties and Profits | - | - | 1 | (35) | (35) | 5 | 24 | 23 | 37 | 89 | 317 | 683 | 997 | 1,211 |
| Pamrevlumab Sales | - | - | - | - | - | - | - | - | - | - | - | 45 | 200 | 460 |
| Product sales | - | - | 1 | (35) | (35) | 5 | 24 | 23 | 37 | 89 | 317 | 728 | 1,197 | 1,671 |
| License/Milestone Payments | 24 | 192 | 33 | 43 | 291 | 19 | 19 | 21 | 101 | 160 | 205 | 102 | 102 | 102 |
| Total revenue | 24 | 192 | 33 | 8 | 257 | 24 | 43 | 44 | 138 | 249 | 522 | 831 | 1,300 | 1,774 |

*Source: SVB Leerink Research and Company Filings*

8

Provided for the exclusive use of Meichiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL

FGEN-CA-0610726

**FIBROGEN, INC.**

November 6, 2020

| SVB Leerink FibroGen Income Statement Model | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E |
| Roxadustat Royalties and Profits | $0 | $0 | $0 | $1 | ($35) | ($35) | $5 | $24 | $23 | $37 | $89 | $317 | $683 | $997 | $1,211 |
| Pamrevlumab Sales | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $45 | $200 | $460 |
| License/Milestone Payments | $213 | $24 | $192 | $33 | $43 | $291 | $19 | $19 | $21 | $101 | $160 | $205 | $102 | $102 | $102 |
| Total revenue | $213 | $24 | $192 | $33 | $8 | $257 | $24 | $43 | $44 | $138 | $249 | $522 | $831 | $1,300 | $1,774 |
| | | | | | | | | | | | | | | | |
| Expenses: | | | | | | | | | | | | | | | |
| Cost of sales | $0 | $0 | $0 | $0 | $1 | $1 | $1 | $3 | $2 | $0 | $6 | $0 | $5 | $20 | $46 |
| R&D, non-GAAP | $236 | $50 | $52 | $50 | $57 | $209 | $55 | $61 | $58 | $64 | $239 | $265 | $275 | $278 | $283 |
| SG&A, non-GAAP | $64 | $22 | $27 | $36 | $51 | $135 | $50 | $64 | ($49) | $60 | $124 | $250 | $285 | $317 | $323 |
| Total expenses | $300 | $73 | $79 | $86 | $108 | $346 | $105 | $128 | $12 | $124 | $369 | $515 | $565 | $614 | $652 |
| | | | | | | | | | | | | | | | |
| Operating income (EBIT) | ($87) | ($49) | $113 | ($53) | ($100) | ($89) | ($81) | ($85) | $32 | $14 | ($120) | $7 | $266 | $685 | $1,122 |
| Nonoperating income (interest), net | $1 | $3 | $3 | $3 | $2 | $13 | $3 | ($0) | $1 | $3 | $6 | $15 | $18 | $29 | $47 |
| Pre-tax income | ($86) | ($45) | $116 | ($49) | ($98) | ($77) | ($79) | ($85) | $33 | $17 | ($114) | $22 | $284 | $714 | $1,168 |
| Tax (incl. NOL adjustment) | $0 | ($0) | $0 | $0 | $0 | $0 | ($0) | $0 | $0 | $1 | $1 | $5 | $12 | $54 | $245 |
| **Pro Forma Earnings (Excluding Options Expense):** | | | | | | | | | | | | | | | |
| Net income | ($86) | ($45) | $116 | ($49) | ($98) | ($77) | ($78) | ($85) | $33 | $16 | ($115) | $16 | $272 | $660 | $923 |
| | | | | | | | | | | | | | | | |
| GAAP EPS (diluted) | ($1.03) | ($0.53) | $1.26 | ($0.56) | ($1.12) | ($0.89) | ($0.89) | ($0.95) | $0.35 | $0.16 | ($1.28) | $0.16 | $2.74 | $6.63 | $9.26 |
| Weighted ave. shares (basic): | 84 | 86 | 86 | 87 | 87 | 87 | 88 | 89 | 91 | 91 | 90 | 91 | 91 | 92 | 92 |
| Weighted ave. shares (diluted): | 92 | 92 | 92 | 93 | 94 | 93 | 96 | 89 | 94 | 99 | 95 | 99 | 99 | 100 | 100 |

*Source: SVB Leerink Research and Company Filings*

9

Provided for the exclusive use of Meichiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL

FGEN-CA-0610727

**FIBROGEN, INC.**                                                    November 6, 2020

---

**FGEN - Discounted Cash Flow Analysis 2020-2033**

**FGEN DCF Valuation Assumptions**

| Discount rate used | |
|---|---|
| Discount rate used | 11.2% |
| Terminal value growth rate | -25% |
| % of Enterprise Value from Terminal Value | 13% |

*($ in Millions, Except EPS)*

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flow (Net cash from operating activities) ($M) | ($63) | $41 | $211 | $581 | $844 | $1,203 | $1,430 | $1,649 | $1,809 | $1,938 | $2,370 | $2,538 | $2,708 | $2,014 |
| y/y growth | 58% | -165% | 409% | 176% | 45% | 42% | 19% | 15% | 10% | 7% | 22% | 7% | 7% | -26% |

| Shares Outstanding (M) (2020) | 95 |
|---|---|

| Terminal Value ($M) (to 2020) | $4,173 |
|---|---|
| Discounted Terminal Value ($M) (to 2020) | $1,050 |
| Total NPV of cash flows + TV | $8,028 |
| Total NPV per share | $85 |

| Cash balance at end 2020 ($M) | $674 |
|---|---|
| Estimated cash balance per share end 2020 ($) | $7.12 |

| Total Value per Share Incl Cash (Entire Co) | $92 |
|---|---|

*Source: Company filings, SVB Leerink estimates*

---

10

Provided for the exclusive use of Melchiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL                                                    FGEN-CA-0610728

FIBROGEN, INC.    November 6, 2020



## Disclosures Appendix

## Analyst Certification

I, Geoffrey C. Porges, MBBS, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



Leerink initiated coverage of FGEN with an Outperform rating on December 9, 2014.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

Created by: BlueMatrix

## Valuation

Our 12-month price target for FGEN is $92/share and is based on DCF methodology. We include probability-weighted roxadustat royalties and milestone payments from Astellas (EU and Japan) and AZN (US and ROW) and the 50% roxadustat profit-share with AZN in China. We assume 80-100% probabilities of success (PoS) for the dialysis dependent and non-dialysis dependent chronic kidney disease (CKD) indication in various geographies. We currently model 35% PoS for pamrevlumab in idiopathic pulmonary fibrosis (IPF), 25% for pancreatic cancer, and 25% for Duchene muscular dystrophy (DMD). We assume an 11.0% discount rate, which we believe is appropriate given our probability-weighted sales, and include a -25% terminal growth rate beyond 2033E.

## Risks to Valuation

The main risks to our valuation for FibroGen include any delay or disappointment with the development, regulatory approval and commercialization of their two clinical development programs, roxadustat, and pamrevlumab. The main risks to the outlook and value of roxadustat are any uncertainty, data irregularities or other liabilities identified by the FDA in their review of the application, or any failure to secure broad labelling for CKD indications in the initial launch label. The main risks to pamrevlumab are that the confirmatory phase III trials now, or soon to be, underway in pancreatic cancer, IPF, and DMD fail to confirm the positive signals that emerged from the phase II trials.

11

Provided for the exclusive use of Meichiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL    FGEN-CA-0610729

FIBROGEN, INC.                          November 6, 2020





## Valuation

We value AstraZeneca (AZN) at $65 per ADS based on the results of our discounted cash flow (DCF) analysis, which contemplates our free cash flow forecasts through 2026, assuming a 3% terminal growth rate and a weighted average cost of capital (WACC) of 7.0%.

## Risks to Valuation

- Clinical trial risk: AstraZeneca has numerous late-stage clinical assets, including Enhertu (trastuzumab deruxtecan) and roxadustat, as well as several approved products with meaningful label expansion opportunities dependent on successful clinical trials, including Imfinzi, Lynparza, and Calquence. Clinical trial failure for late-stage clinical assets represents a risk to our current price target.

- Regulatory risk: Even with positive clinical trial results, marketing authorization requires approval from regulators in various jurisdictions. Regulatory delays or rejections of applications for key pipeline products would represent a risk to our current valuation.

- Competitive risk: AstraZeneca markets products in competitive therapeutic areas, including oncology, renal/ cardiovascular, and respiratory. This competition could lead to AZN product sales that are materially below our estimates, representing a risk to our current price target.

- Pricing and reimbursement: Legislation affecting drug pricing, including proposed legislation in the U.S. that could link drug prices to international benchmarks, is a risk for all commercial pharmaceutical companies, including AstraZeneca.

12

Provided for the exclusive use of Melchiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

FIBROGEN, INC.                          November 6, 2020



| Distribution of Ratings/Investment Banking Services (IB) as of 09/30/20 | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OP] | 183 | 73.8 | 78 | 42.6 |
| HOLD [MP] | 62 | 25.0 | 9 | 14.5 |
| SELL [UP] | 3 | 1.2 | 0 | 0.00 |

# Explanation of Ratings

<u>Outperform (Buy):</u> **We expect this stock to outperform its benchmark over the next 12 months.**

<u>Market Perform (Hold/Neutral):</u> **We expect this stock to perform in line with its benchmark over the next 12 months.**

<u>Underperform (Sell):</u> **We expect this stock to underperform its benchmark over the next 12 months.**

**The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.**

**For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.**

13

Provided for the exclusive use of Melchiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

CONFIDENTIAL                          FGEN-CA-0610731

FIBROGEN, INC.                                       November 6, 2020



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110. Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2. MEDACorp is a global network of independent healthcare professionals (Key Opinion Leaders and consultants) organized, administered and compensated by SVB Leerink to provide industry and market insights to SVB Leerink and its clients.

SVB Leerink LLC makes a market in FibroGen, Inc. and AstraZeneca PLC.

In the past 12 months, an affiliate of SVB Leerink LLC has received compensation for providing non-securities services to AstraZeneca PLC.

This document may not be reproduced or circulated without our written authority.

© 2020 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.

Provided for the exclusive use of Melchiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

14

# EQUITY RESEARCH TEAM

# SVBLEERINK

## RESEARCH MANAGEMENT

**Jim Kelly**
Director of Equity Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Vice President
(212) 277-6117
christian.clark@svbleerink.com

## DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Ke (Andrew) Yuan, CFA, CPA
(212) 277-6147
ke.yuan@svbleerink.com

Charles Song, Ph.D.
(212) 277-6199
charles.song@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

Gang Li, Ph.D.
(212) 277-6185
gang.li@svbleerink.com

Christopher Liu, Pharm.D.
(212) 277-6192
christopher.liu@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

John C. Barrett, Ph.D.
(617) 918-4039
john.barrett@svbleerink.com

David Ruch
(617) 918-4817
david.ruch@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Aravinda Kuntimaddi, Ph.D.
(212) 277-6148
aravinda.kuntimaddi@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

Dylan Dupuis, Ph.D.
(212) 277-6151
dylan.dupuis@leerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Roanna Ruiz, Ph.D.
(212) 277-6144
roanna.ruiz@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

Kelly Girskis, Ph.D.
(617) 918-4838
kelly.girskis@svbleerink.com

## GENERICS, INFECTIOUS DISEASE, PAIN, WOMEN'S HEALTH, OTHER THERAPEUTICS

**Ami Fadia**
(212) 277-6047
ami.fadia@svbleerink.com

Eason Lee
(212) 277-6070
eason.lee@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Westley Dupray, CFA
(617) 918-4549
westley.dupray@svbleerink.com

Scott Mafale
(212) 277-6107
scott.mafale@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang, CFA
(212) 277-6087
rebecca.wang@svbleerink.com

## MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

Erin S. Fahey
(212) 277-6136
erin.fahey@svbleerink.com

## HEALTHCARE TECHNOLOGY & DISTRIBUTION

**Stephanie Davis, CFA**
(212) 277-6153
stephanie.davis@svbleerink.com

Joy Zhang, CFA
(212) 277-6021
joy.zhang@svbleerink.com

Joseph Civello
(212) 277-6093
joseph.civello@svbleerink.com

## PAYORS & PROVIDERS

**Stephen V. Tanal, CFA**
(212) 277-6104
stephen.tanal@svbleerink.com

Harrison Zhuo, CFA
(212) 277-6013
harrison.zhuo@svbleerink.com

## EDITORIAL

### SR. EDITOR/SUPERVISORY ANALYST

Thomas A. Marsilio
(212) 277-6040
thomas.marsilio@svbleerink.com

### SUPERVISORY ANALYSTS

Randy Brougher
randy.brougher@svbleerink.com

Robert Egan
bob.egan@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

### EDITORIAL ASSOCIATE

Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE
© 2020 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.

SVBLEERINK.COM

Provided for the exclusive use of Melchiel Keenan at FibroGen, Inc. on 06-Nov-2020 09:51 AM.

FGEN-CA-0610733

Case 3:21-cv-02623-EMC    Document 197-6    Filed 07/17/23    Page 135 of 604

# EXHIBIT T

# FILED UNDER SEAL

# EXHIBIT U

# RAYMOND JAMES

US RESEARCH | PUBLISHED BY
RAYMOND JAMES & ASSOCIATES

## FIBROGEN, INC. (FGEN-NASDAQ)

Biotechnology

**Danielle Brill, PharmD** | (212) 885-1891 | danielle.brill@raymondjames.com
**Daniil Gataulin, Ph.D., Sr. Res. Assoc.** | (312) 655-2702 | daniil.gataulin@raymondjames.com

**DECEMBER 18, 2020 | 7:16 PM EST
COMPANY BRIEF**

### A Surprise PDUFA Delay For Roxa Can't Be A Good Sign; Maintain Underperform

Instead of announcing FDA approval of roxudustat today, FGEN indicated they received a major amendment and 3-month review extension to the pending NDA application (new target PDUFA date March 20, 2021). While the basis of our **Underperform** rating stems from multiple red flags uncovered in roxdustat's dataset (more details HERE), we are still surprised by the timing of the request. As recently as mid-November, FGEN management indicated they fully expected an approval decision on or before their target PDUFA date (December 20). It's unclear when they were notified of the request for more data and whether it is related in any way to the recent Citizen Petition that was filed (note HERE). All we know is the FDA wants additional clarifying analyses of existing clinical data. In our view, the bull case scenario (i.e. no Black Box warning) is almost certainly off the table and the probability of a CRL has definitely increased.

- **Little to go off of from the announcement, but this is not a good sign.** Given the major amendment was basically announced on the PDUFA action date, we think it is possible the extension is related to the citizen petition (see petition HERE) which was filed November 16, 2020. FGEN reiterated to us that they will be submitting analyses of existing data (i.e., no new trials), but would not comment on the type of data (safety/ efficacy/ both) that were requested. While there are numerous explanations for the PDUFA delay, none of them are good (especially considering how late it came in the review cycle).

- **Speculating on what additional data the FDA requested.** Given our concerns with both efficacy and safety data generated, it is possible that the FDA requested either or both. Most obvious issues in our view relate to (1) MACE analysis in NDD and (2) safety data in NDD (i.e., infections). Either way, we think new data analyses could very likely translate to higher risk (otherwise, why weren't they included in the original filing?).

- **How does this affect our expectations and where will the stock go?** We laid out 4 potential scenarios for roxa's approval/ labeling, (1) approval in NDD/DD-CKD with a clean label (best case, stock to high $50s); (2) approval in NDD/DD-CKD with a black box warning (our base case, stock flat to ~$50); (3) approval in DD-CKD but CRL in NDD (negative scenario, stock goes to low-mid $20s) and (4) CRL in both indications (worst case scenario, stock goes to <$20). We think a black box warning is almost certain at this point and we think chances for a CRL are also higher (70-75% was 50%). Just think back to ICPT and GLPG a few months ago (both had no Ad Com, major amendments, and were issued CRLs).

**Underperform 4**

| Suitability | High Risk/Speculation |
| --- | --- |

#### MARKET DATA

| | |
| --- | --- |
| Current Price (Dec-18-20) | $43.97 |
| Market Cap (mln) | $4,002 |
| Current Net Debt (mln) | $(628) |
| Enterprise Value (mln) | $3,373 |
| Shares Outstanding (mln) | 91.0 |
| 30-Day Avg. Daily Value (mln) | $29.8 |
| Dividend | $0.00 |
| Dividend Yield | 0.0% |
| 52-Week Range | $22.65 - $51.56 |

#### KEY FINANCIAL METRICS

| | 1Q | 2Q | 3Q | 4Q |
| --- | --- | --- | --- | --- |
| GAAP EPS ($, Dec FY) | | | | |
| 2019A | | | | |
| | (0.53) | 1.26 | (0.57) | (1.12) |
| 2020E | | | | |
| | (0.89) A | (0.95) A | 0.35 A | (0.04) |
| 2021E | | | | |
| | (0.29) | (0.20) | 0.06 | (0.44) |
| 2022E | | | | |
| | (1.10) | (0.99) | (0.72) | (0.55) |

| | 2019A | 2020E | 2021E | 2022E |
| --- | --- | --- | --- | --- |
| GAAP EPS ($, Dec FY) | | | | |
| | (0.89) | (1.48) | (0.86) | (3.36) |
| P/E (GAAP EPS) | | | | |
| | NM | NM | NM | NM |
| Revenue (mln) ($, Dec FY) | | | | |
| | 257 | 227 | 437 | 237 |
| EV/Revenue | | | | |
| | 13.1x | 14.8x | 7.7x | 14.2x |

*Source: Thomson One, Raymond James & Associates. Quarterly figures may not add to full year due to rounding.*

**Please read domestic and foreign disclosure/risk information beginning on page 2 and Analyst Certification on page 3.**

INTERNATIONAL HEADQUARTERS: THE RAYMOND JAMES FINANCIAL CENTER | 880 CARILLON PARKWAY | ST. PETERSBURG FLORIDA 33716

FGEN-CA-0610780

## COMPANY DESCRIPTION

Fibrogen is a biopharmaceutical company using its background in hypoxia-inducible factors (HIF) and connective tissue growth factors (CTGF) to develop therapeutics that target indications across anemia, fibrotic disease, and cancer. It has two main assets: 1) Roxadustat (HIF-PH inhibitor) partnered with Astellas and AstraZeneca to treat anemia caused by chronic kidney disease (CKD) with earlier stage studies being conducted in anemia caused by myelodysplastic syndromes (MDS) and chemotherapy, and 2) Pamrevlumab (anti-CTGF human mab) in later stage development for the treatment of idiopathic pulmonary fibrosis (IPF) and pancreatic cancer.



# IMPORTANT INVESTOR DISCLOSURES

Unless otherwise specified, the term "Raymond James" shall denote, where appropriate, Raymond James & Associates, Inc. (RJA), Raymond James Ltd. (RJL), and their affiliates, subsidiaries and related entities.

## Analyst Information

**Analyst Compensation**: Research analysts and associates at Raymond James are compensated on a salary and bonus system. Several factors enter into the compensation determination for an analyst, including: i) research quality and overall productivity, including success in rating stocks on an absolute basis and relative to the local exchange composite index and/or sector index; ii) recognition from institutional investors; iii) support effectiveness to the institutional and retail sales forces and traders; iv) commissions generated in stocks under coverage that are attributable to the analyst's efforts; v) net revenues of the overall Equity Capital Markets Group; and vi) comparable compensation levels for research analysts at competing peer firms.

**Registration of Non-U.S. Analysts**: The analysts listed on the front of this report who are not employees of, or associated with, RJA are not registered/qualified as research analysts under FINRA rules and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, trading securities held by a research analyst account, and obligations related to identifying and managing conflicts of interest.

This global disclosure considers all entities of Raymond James and its affiliates. The jurisdiction where the analyst(s) is registered will determine what is permitted. For example, if the persons responsible for the content of this report are not licensed as research analysts in accordance with applicable rules promulgated by the regulatory organization(s) where this report is distributed, any client wishing to effect trades in any security should contact their Raymond James representative.

**The analyst Danielle Brill, primarily responsible for the preparation of this research report, attests to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers and (2) that no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views in this research report. In addition, said analyst(s) has not received compensation from any subject company in the last 12 months.**

## Company Specific Disclosures

**Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors, including an assessment of industry size, structure, business trends, and overall attractiveness; management effectiveness; competition; visibility; financial condition; and expected total return, among other factors. Collectively, these factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences.

**Target Prices:** The information below indicates Raymond James' target price and rating changes for any subject companies over the past three years.

CONFIDENTIAL

FGEN-CA-0610781

FibroGen, Inc. (FGEN) | Dec-18-20

S-Suspended NR-Not Rated R-Restricted UR-Under Review SB1-Strong Buy 1 MO2-Outperform 2 MP3-Market Perform 3 MU4-Underperform 4

Closing Price            Price Target

## Valuation Methodology

**FibroGen, Inc.**
Our valuation of FGEN is based on a 10-year DCF (discount rate 12%, terminal growth rate 1%), and includes probability-adjusted revenues for Roxadustat in the U.S. (dialysis dependent [DD] 90% PoS, non-dialysis dependent [NDD] 50% PoS max) and Pamrevlumab (PoS 50%).

## General Risk Factors

Following are some general risk factors that pertain to the businesses of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product/service pricing could change and adversely impact expected revenues and earnings; (2) issues relating to major competitors or market shares or new product expectations could change investor attitude toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation.

## Company Specific Risk Factors

**FibroGen, Inc.**
As FibroGen does not yet generate meaningful revenue and there is no guarantee that the development of its pipeline will be successful, we assign a **High Risk/Speculation** suitability rating.
**Clinical risk**
All novel products are currently in clinical trials and susceptible to failures in efficacy and/or safety issues.
**Regulatory risk**
The company may fail to secure approval for novel pipeline products, including Roxadustat. The FDA, EMA, or other regulatory bodies may have a different view on the benefit-risk balance demonstrated in clinical testing from the company seeking approval.
**Commercial risk**
Fibrogen doesn't have substantial experience in the commercialization of novel therapeutics in the U.S. and EU, and will require the resources and bandwidth of partnered companies Astellas and AstraZeneca to generate revenue from the products if approved.
Entrenched competitors include the ESA class, which has been used in the treatment of anemia in CKD for more than 20 years, and potential future competitors include others developing their own HIF-PH inhibitors including GSK, Bayer, Akebia, and Zydus.
**Financial Risk**
If either collaboration agreement were to be terminated, the company would require significant additional capital to develop either of the two drug candidates.
**Intellectual property risk**
Protection of novel drugs and processes is dependent on issued or pending patents and in-house knowledge. One or more parties often challenge the intellectual property estate of a successful product, claiming priority for other patents or that the patents are invalid or infringed upon.

CONFIDENTIAL                                                                                    FGEN-CA-0610782

**Relationship Disclosures**

Certain affiliates of Raymond James expect to receive or intend to seek compensation for investment banking services from all companies under research coverage within the next three months. The person(s) responsible for the production of this report declare(s) that, as far as they are aware, there are no relationships or circumstances (including conflicts of interest) that may in any way impair the objectivity of this recommendation directly or indirectly. This statement applies equally to any persons closely associated with him or her. However, it is possible that persons making communications in relation to a security may have a holding in that security and this will be disclosed. As stated, Raymond James has controls in place to manage such risks.

In the event that this is a compendium report (i.e., covers six or more subject companies), Raymond James may choose to provide specific disclosures for the subject companies by reference. To access these disclosures, clients should refer to: raymondjames.bluematrix.com/sellside/ Disclosures.action or call toll free at 1.800.237.5643 in the United States or 1.800.667.2899 in Canada. In other jurisdictions, please contact your local Raymond James' representative.

| Company Name | Disclosure |
|---|---|
| FibroGen, Inc. | Raymond James & Associates, Inc. makes a market in the shares of FibroGen, Inc.. |

## Investor Disclosures

In the United States (or U.S.), RJA is registered with the Financial Industry Regulatory Authority (FINRA) as a member firm. RJA is responsible for the preparation and distribution of reports created in the United States. RJA is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, Florida 33716 (Raymond James Financial (RJF) Corporate Headquarters), 727.567.1000. Raymond James Financial Services, Inc. (RJFS) is registered with FINRA as a Member Firm. RJFS is located at the RJF Corporate Headquarters.

RJA non-U.S. affiliates, which are not FINRA member firms (with the exception of Raymond James (USA) Ltd.), include the following entities, which are responsible for the creation or distribution of reports in their respective areas:

In Canada, RJL is registered with the Investment Industry Regulatory Organization of Canada (IIROC) as a member firm. RJL is responsible for the preparation and distribution of reports created in Canada. RJL is located at Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2 (RJL Head Office), 604.659.8200. Raymond James (USA) Ltd. (RJLU) is registered with FINRA as a member firm, which is responsible for the distribution of reports created in Canada and the United States to both American clients living in Canada and Canadian clients living in the United States. RJLU is located at the RJL Head Office.

In the United Kingdom, Raymond James Financial International Ltd. (RJFI) and Raymond James Investment Services, Ltd. (RJIS) are authorised and regulated by the Financial Conduct Authority (FCA). RJFI and RJIS are located at Ropemaker Place, 25 Ropemaker Street, London, England, EC2Y 9LY, +44 203 798 5600.

This report is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in a locality, state, province, country, or other jurisdiction where such distribution, publication, availability, or use would be strictly prohibited or contrary to law or regulation. The securities discussed in this report may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It is not investment advice and does not constitute a personal recommendation, nor does it take into account the particular investment objectives, financial situations, or needs of individual clients. Information in this report should not be construed as advice designed to meet the individual objectives of any particular investor. Investors should consider this report as only a single factor in making their investment decision. Some investments discussed in this report may have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realized. Those losses may equal your original investment. Consultation with your Raymond James representative is recommended. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Nothing in this report constitutes investment, legal, accounting or tax advice or is a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you.

The information provided is as of the date above and is subject to change and may or may not be updated. This report should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources Raymond James considers reliable, but Raymond James does not guarantee that such information is accurate or complete. Persons within Raymond James may have information that is not available to the contributors of the information contained in this report. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this report that may not be consistent with the ratings appearing in this report.

With respect to materials prepared by Raymond James, all expressions of opinion reflect the judgment of the Research Departments of Raymond James, or its affiliates, as of the date above and are subject to change. Raymond James may perform investment banking or other services for, or solicit investment banking business from, any company mentioned in this report.

Raymond James reports are disseminated and available to Raymond James clients simultaneously via electronic publication to Raymond

**RAYMOND JAMES**

CONFIDENTIAL

FGEN-CA-0610783

James' internal proprietary websites (RJA: RJ Client Access & raymondjames.com; RJL: RJL ECM Client Access, RJL Retail Client Access & raymondjames.ca). Not all reports are directly distributed to clients or third-party aggregators. Certain reports may only be disseminated on Raymond James' internal proprietary websites; however, such reports will not contain estimates or changes to earnings forecasts, target price, valuation, or investment or suitability rating. Individual Raymond James associates may also opt to circulate published reports to one or more clients electronically. This electronic communication distribution is discretionary and is done only after the report has been publically disseminated via RJ's internal proprietary websites. The level and types of communications provided by Raymond James associates to clients may vary depending on various factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications. For reports, models, or other data available on a particular security, please contact your Raymond James representative or financial advisor or visit for RJA: RJ Client Access & raymondjames.com; RJL: RJL ECM Client Access, RJL Retail Client Access & raymondjames.ca.

Raymond James' policy is to update reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated in a report. Raymond James' policy is only to publish reports that are impartial, independent, clear, and fair and not misleading. Any information relating to the tax status of the securities discussed in this report is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

Links to third-party websites are being provided for information purposes only. Raymond James is not affiliated with and does not endorse, authorize, or sponsor any of the listed websites or their respective sponsors. Raymond James is not responsible for the content of any third-party website or the collection or use of information regarding any website's users and/or members. Raymond James has not reviewed any such third-party websites and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to Raymond James' own website material) is provided solely for your convenience and information, and the content of any such website does not in any way form part of this report. Accessing such website or following such link through this report or Raymond James' website shall be at your own risk. Additional information is available on request.

All right, title, and interest in any Raymond James reports is the exclusive property of Raymond James Financial, Inc. and its affiliates, except as otherwise expressly stated. Raymond James® is the registered trademark of Raymond James Financial, Inc. All trademarks, service marks, slogans, logos, trade dress and other identifiers, third-party data and/or market data ("intellectual property") displayed in the Raymond James reports are the property of Raymond James, or of other parties. The names of other companies and third-party products or services or other intellectual property mentioned in the Raymond James reports may be the copyright, trademarks, or service marks of their respective owners. U.S. and foreign copyright, trademark, common law rights and statutes protect this intellectual property. You are prohibited from using any intellectual property for any purpose including, but not limited to, use on other materials, in presentations, as domain names, or as metatags, without the express written permission of Raymond James or such other party that may own the marks.

**Notice to RJA PCG Financial Advisors** - Non-U.S. securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. securities exchange. This report may not be used to solicit the purchase or sale of a security in any state where such a solicitation would be illegal. By accessing this report, you agree to not solicit the purchase or sale of any security mentioned in the report that is not listed on a U.S. securities exchange, or is not otherwise registered under applicable state Blue Sky laws. Furthermore, you acknowledge that you will be solely responsible for any and all costs associated with the rescission of trades in unregistered securities. Please contact the International Research Liaison with any questions at 727.567.5559.

## Ratings and Definitions

**RJA (U.S.) Definitions: Strong Buy (SB1)** The security is expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of at least 15% is expected to be realized over the next 12 months. **Outperform (MO2)** The security is expected to appreciate or outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where Raymond James is comfortable with the relative safety of the dividend and expects a total return modestly exceeding the dividend yield over the next 12-18 months. **Market Perform (MP3)** The security is expected to perform generally in line with the S&P 500 over the next 12 months and could potentially be used as a source of funds for more highly rated securities. **Underperform (MU4)** The security is expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold. **Suspended (S)** The security's rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable or to comply with applicable regulations or firm policies in certain circumstances. When a security's research coverage has been suspended, the previous rating and price target are no longer in effect for this security, and they should not be relied upon.

**RJL (Canada) Definitions: Strong Buy (SB1)** The security is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six to 12 months. **Outperform (MO2)** The security is expected to appreciate and outperform the S&P/TSX Composite Index over the next 12-18 months. **Market Perform (MP3)** The security is expected to perform generally in line with the S&P/TSX composite Index over the next 12 months and could potentially be used as a source of funds for more highly rated securities. **Underperform (MU4)** The security is expected to underperform the S&P/TSX Composite Index or its sector over the next six to 12 months and should be sold. **Suspended (S)** The security's rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable or to comply with applicable regulations or firm policies in certain circumstances or may otherwise have a perceived

## RAYMOND JAMES

CONFIDENTIAL

FGEN-CA-0610784

conflict of interest. When a security's research coverage has been suspended, the previous rating and price target are no longer in effect for this security, and they should not be relied upon.

|  | Coverage Universe Rating Distribution* | | Investment Banking Relationships | |
|---|---|---|---|---|
|  | RJA | RJL | RJA | RJL |
| **Strong Buy and Outperform (Buy)** | 59% | 63% | 21% | 31% |
| **Market Perform (Hold)** | 37% | 33% | 14% | 17% |
| **Underperform (Sell)** | 3% | 3% | 0% | 0% |

*Columns may not add to 100% due to rounding.*

**RJA Suitability Ratings (SR)**

**Medium Risk/Income (M/INC)** Lower to average risk equities of companies with sound financials, consistent earnings, and dividend yields above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital. **Medium Risk/Growth (M/GRW)** Lower to average risk equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, a potential dividend yield, and/or share repurchase program. **High Risk/Income (H/INC)** Medium to higher risk equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and potential risk of principal. Securities of companies in this category may have a less predictable income stream from dividends or distributions of capital. **High Risk/Growth (H/GRW)** Medium to higher risk equities of companies in fast growing and competitive industries, with less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial or legal issues, higher price volatility (beta), and potential risk of principal. **High Risk/Speculation (H/SPEC)** High risk equities of companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, significant financial or legal issues, or a substantial risk/loss of principal.

**RJL Suitability Ratings**

RJL has developed a proprietary algorithm for risk rating individual securities. The algorithm utilizes data from multiple vendors, and all data is refreshed at least monthly. Accordingly, suitability ratings are updated monthly. The suitability rating shown on this report is current as of the report's published date. In the event that a suitability rating changes after the published date, the new rating will not be reflected until the analyst publishes a subsequent report.

## International Disclosures

**For clients of RJA:** Any foreign securities discussed in this report are generally not eligible for sale in the United States unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the United States, including ADRs, may entail certain risks.

The securities of non-U.S. issuers may not be registered with, nor be subject to, the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on such securities. Investors who have received this report may be prohibited in certain states or other jurisdictions from purchasing the securities mentioned in this report. Please ask your RJA financial advisor for additional details and to determine if a particular security is eligible for purchase in your state.

**For clients of RJFS:** This report was prepared and published by Raymond James and is being provided to you by RJFS solely for informative purposes. Any person receiving this report from RJFS should direct all questions and requests for additional information to their RJFS financial advisor.

**For clients of RJL:** In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements. RJL is a member of the Canadian Investor Protection Fund.

**For clients of RJFI:** This report is prepared for and distributed by RJFI, and any investment to which this report relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (High net worth companies, unincorporated associations, etc.) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as retail clients.

**For clients of RJIS:** This report is prepared for and distributed by RJIS, and is for the use of professional investment advisers and managers and is not intended for use by retail clients.

For purposes of the FCA requirements, this report is classified as independent with respect to conflict of interest management. RJFI and RJIS are

**RAYMOND JAMES**

CONFIDENTIAL

FGEN-CA-0610785

authorised and regulated by the FCA.

**For clients of Raymond James Euro Equities (RJEE):** RJEE is authorised and regulated by the Autorite de Controle Prudentiel et de Resolution and the Autorite des Marches Financiers. As of 30 November, 2020, RJEE is an unaffiliated entity of Raymond James. RJEE is located at SAS, 45 Avenue George V, 75008, Paris, France, +33 1 45 61 64 90. This report is prepared for and distributed by RJEE pursuant to an agreement with Raymond James, and any investment to which this report relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monetaire et Financier" and Reglement General de l'Autorite des Marches Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as retail clients.

**For recipients in Brazil:** This is a strictly privileged and confidential communication between Raymond James & Associates and its selected clients. This communication contains information addressed only to specific individuals in Brazil and is not intended for distribution to, or use by, any person other than the named addressee. This communication (i) is provided for informational purposes only, (ii) should not be construed in any manner as any solicitation or offer to buy or sell any investment opportunities or any related financial instruments, and (iii) should not be construed in any manner as a public offer of any investment opportunities or any related financial instruments. If you are not the named addressee, you should not disseminate, distribute, or copy this communication. Please notify the sender immediately if you have mistakenly received this communication.

The investments analyzed in this report may not be offered or sold to the public in Brazil. Accordingly, the investments in this report have not been and will not be registered with the Brazilian Securities and Exchange Commission (Comissão de Valores Mobiliários, the "CVM"), nor have they been submitted to the foregoing agency for approval. Documents relating to the investments in this report, as well as the information contained therein, may not be: (i) supplied to the public in Brazil, as the offering of investment products is not a public offering of securities in Brazil; nor (ii) used in connection with any offer for subscription or sale of securities to the public in Brazil.

**For clients in Australia:** Despite anything in this report to the contrary, this report is prepared for and distributed in Australia by RJFI with the assistance of RJA, and RJA at times will act on behalf of RJFI. This report is only available in Australia to persons who are "wholesale clients" (within the meaning of the Corporations Act 2001 (Cth)) and is supplied solely for the use of such wholesale clients and shall not be distributed or passed on to any other person. You represent and warrant that if you are in Australia, you are a "wholesale client". This research is of a general nature only and has been prepared without taking into account the objectives, financial situation, or needs of the individual recipient. RJFI and RJA do not hold an Australian financial services license. RJFI is exempt from the requirement to hold an Australian financial services license under the Corporations Act 2001 (Cth) in respect of financial services provided to Australian wholesale clients under the exemption in ASIC Class Order 03/1099 (as continued by ASIC Corporations (Repeal and Transitional) Instrument 2016/396). RJFI is regulated by the UK FCA under UK laws, which differ from Australian laws. RJA is acting on behalf of RJFI with respect to distribution and communications related to this report.

**For clients in New Zealand:** In New Zealand, this report is prepared for and may only be distributed by RJFI to persons who are wholesale clients pursuant to Section 5C of the New Zealand Financial Advisers Act 2008.

## Proprietary Rights Notice

By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate, or commercially exploit the information contained in this report, in printed, electronic, or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec. 501 et. seq., provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

© 2020 Raymond James Financial, Inc. All rights reserved.

© 2020 Raymond James & Associates, Inc.

© 2020 Raymond James Ltd., Member Canadian Investor Protection Fund

# EXHIBIT V



02 Mar 2021 00:36:32 ET │ 9 pages

# FibroGen Inc (FGEN.O)

## Buy the Dip; We Believe the Stock Will Begin to Rebound Once an AdCom Date Is Announced

### CITI'S TAKE

FGEN stock is ~20% lower post-market after the company disclosed they have been told by FDA that an AdCom will be held for roxadustat. This unusual last-minute decision by FDA will undoubtedly raise questions by investors, but we recommend buying the dip. We believe FGEN will trade higher once an AdCom date is announced, which should help investors get a little more confidence that an outright CRL is unlikely.

**Today's Announcement of an AdCom Seems Concerning, at Least in Part Because it Will Likely Delay an Approval Decision Past the PDUFA Date, Which Is Usually a Sign of a Coming CRL** – It's customary for FDA to give a company at least 55 days advance notice of an AdCom. Since FDA just informed FGEN of an AdCom today (and a date for the AdCom has not yet been scheduled), it now seems extremely unlikely for an FDA approval of roxadustat to happen before the PDUFA date of March 20 (a date that cannot be extended any further, as the one allowable three-month extension has already taken place). While a review can extend past a PDUFA date, FDA's CDER almost never approves a drug after the PDUFA date has passed (for example, all drugs approved by CDER during 2017-2020 were approved on or before the PDUFA date).

**Roxadustat Looks Very Approvable to Us for at Least Some Patient Population, so We Have Minimal Concern About the Potential for a CRL** – As discussed in the paragraph above, a delay past the PDUFA date such as this would seem to suggest that approval is unlikely. But in this case, approval seems very likely. Even the most bearish investors would generally agree that roxa will likely at least be approved for ESA-hyporesponsive DD-CKD patients (we presume it will get a far broader label than this). Thus, despite precedent seeming to suggest otherwise, we believe that this AdCom is related to labeling concerns, rather than questioning whether roxadustat should be approved at all.

**In this Case, the AdCom Seems to Us to Raise Risk Around What the Label for NDD-CKD Patients Could Look Like** – We believe the MACE inferiority shown for AKBA's vadadustat in NDD-CKD could have prompted FDA to give additional scrutiny to the borderline MACE data shown by roxadustat in NDD-CKD patients. A related, but more benign, interpretation of this timing could be that FDA thought roxadustat's data was clean enough that an AdCom was not needed; however anticipates an AdCom might be needed for vadadustat (due to its messier data set), and then decided it would make sense to have the precedent of an AdCom for first-in-class roxadustat.

**Roxa's Oral Formulation Is Meaningfully Differentiating Compared to ESAs for NDD Patients, Making a Differentiated Label Less Important** – In our recent survey of 106 nephrologists, docs anticipated that roxadustat will both meaningfully grow the size of the NDD CKD anemia market and take meaningful market share from ESAs. The main reason docs provided for this is Roxa's oral dosing (ESAs are injectable). Thus, we believe roxa doesn't necessarily need to have a superior label to ESAs for it to have strong sales in NDD CKD anemia, which we believe lessens risk of any label

### Buy / High Risk

| | |
|---|---|
| Price (01 Mar 21 16:00) | US$50.53 |
| Target price | US$51.00 |
| Expected share price return | 0.9% |
| Expected dividend yield | 0.0% |
| Expected total return | 0.9% |
| Market Cap | US$4,599M |

**Joel Beatty, MD, CFA**[AC]
+1-716-730-7371
joel.beatty@citi.com

Benjamin Paluch Ph.D.
+1-716-730-8598
benjamin.paluch@citi.com

Shawn M Egan, Ph.D.
+1-716-730-6540
shawn.egan@citi.com

See Appendix A-1 for Analyst Certification, Important Disclosures and non-US research analyst disclosure.

Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Certain products (not inconsistent with the author's published research) are available only on Citi's portals.

CONFIDENTIAL

discussions during the AdCom hurting the stock. Keep in mind that ESAs have a very severe Black Box warning on the label, so we believe it's unlikely roxadustat's label will be worse.

**Cardiorenal Division Will Conduct AdCom, Which We Believe Gives Roxadustat a Good Shot of a Favorable Review** – The cardiorenal division of FDA will be holding the roxa AdCom, despite the hematology division reviewing the NDA. We believe the AdCom being held by cardiorenal is a positive, because this should help ensure nephrologists are well-represented on the panel. In our view, nephrologists are generally most aware of the unmet need, which should help put any safety findings that are discussed into context.

CONFIDENTIAL

FGEN-CA-0526682

FibroGen Inc (FGEN.O)
01 March 2021

**Citi Research**

# FibroGen Inc

## Valuation

Our $51 target price for FGEN is based on a SOTP valuation based on peak revenue multiples. Our SOTP valuation models a value of ~$31 for Roxadustat, ~$12 for Pamrevlumab, and $~8 for ~FY1 cash. Our valuation use probability-adjusted revenues for Roxadustat (40-100%) and Pamrevlumab (25-55%). We apply a ~2x sales multiple and ~5x royalty multiple and use a ~9% discount rate.

## Risks

We rate FGEN High Risk because we believe the stock price will be volatile, consistent with other SMid Biotech stocks.  Risks to our target price include:

Clinical Risk

The complete clinical data set has not yet been disclosed from the ph3 trials, and additional data could change the apparent profile of Roxadustat meaningfully.

Regulatory Risk

Drug candidates need to be approved by regulatory agencies before they can be marketed. If regulatory agencies deny approval of Roxadustat and/or Pamrevlumab, the stock price of FGEN would likely decrease.

Commercial Risk

FibroGen  does not have prior experience commercializing drugs. Although FibroGen has partnerships with AstraZeneca and Astellas for the commercialization of Roxadustat, they could face a variety of pressures including competition from other HIF-PH inhibitors, reimbursement challenges, and pressure from biosimilar ESAs that could reduce the potential market opportunity.

Dialysis Bundle Reimbursement Risk

We anticipate that Roxadustat will be in the dialysis bundled payment.  If it's not in the bundled payment, there would be upside to our estimates.

Intellectual Property Risk

Fibrogen expects patent protection for Roxadustat in the US to 2033, based on a patent on the crystalline forms. If this patent does not hold, protection could be shorter, possibly until 2029 or 2030 based on expected Hatch-Waxman patent extensions.

3

CONFIDENTIAL

FGEN-CA-0526683

**FibroGen Inc (FGEN.O)**
01 March 2021

**Citi Research**

# Appendix A-1

## ANALYST CERTIFICATION

The research analysts primarily responsible for the preparation and content of this research report are either (i) designated by "AC" in the author block or (ii) listed in bold alongside content which is attributable to that analyst. If multiple AC analysts are designated in the author block, each analyst is certifying with respect to the entire research report other than (a) content attributable to another AC certifying analyst listed in bold alongside the content and (b) views expressed solely with respect to a specific issuer which are attributable to another AC certifying analyst identified in the price charts or rating history tables for that issuer shown below. Each of these analysts certify, with respect to the sections of the report for which they are responsible: (1) that the views expressed therein accurately reflect their personal views about each issuer and security referenced and were prepared in an independent manner, including with respect to Citigroup Global Markets Inc. and its affiliates; and (2) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in this report.

## IMPORTANT DISCLOSURES





The Firm has made a market in the publicly traded equity securities of FibroGen Inc on at least one occasion since 1 Jan 2020.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as clients, and the services provided were non-investment-banking, securities-related: FibroGen Inc.

**Disclosure for investors in the Republic of Turkey:** Under Capital Markets Law of Turkey (Law No: 6362), the investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided in accordance with a contract of engagement on investment advisory concluded between brokerage houses, portfolio management companies, non-deposit banks and clients. Comments and recommendations stated here rely on the individual opinions of the ones providing these comments and recommendations. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations. Furthermore, Citi Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies and/or trades on securities covered in this research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report, however investors should also note that the Firm has in place organisational and administrative arrangements to manage potential conflicts of interest of this nature.

Analysts' compensation is determined by Citi Research management and Citigroup's senior management and is based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates (the "Firm"). Compensation is not linked to specific transactions or recommendations. Like all Firm employees, analysts receive compensation that is impacted by overall Firm profitability which includes investment banking, sales and trading, and principal trading revenues. One factor in equity research analyst compensation is arranging corporate access events between institutional clients and the management teams of covered companies. Typically, company management is more likely to participate when the analyst has a positive view of the company.

For securities recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in the issuers' financial instruments and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the issuer(s) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

The Firm is a market maker in the publicly traded equity securities of FibroGen Inc.

Unless stated otherwise neither the Research Analyst nor any member of their team has viewed the material operations of the Companies for which an investment view has been provided within the past 12 months.

For important disclosures (including copies of historical disclosures) regarding the companies that are the subject of this Citi Research product ("the Product"), please contact Citi Research, 388 Greenwich Street, 30th Floor, New York, NY, 10013, Attention: Legal/Compliance [E6WYB6412478]. In addition, the same important disclosures, with the exception of the Valuation and Risk assessments and historical disclosures, are contained on the Firm's

4

CONFIDENTIAL

FibroGen Inc (FGEN.O)
01 March 2021

**Citi Research**

disclosure website at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.   Valuation and Risk assessments can be found in the text of the most recent research note/report regarding the subject company. Pursuant to the Market Abuse Regulation a history of all Citi Research recommendations published during the preceding 12-month period can be accessed via Citi Velocity (https://www.citivelocity.com/cv2) or your standard distribution portal. Historical disclosures (for up to the past three years) will be provided upon request.

**Citi Research Equity Ratings Distribution**

| | 12 Month Rating | | | Catalyst Watch | | |
|---|---|---|---|---|---|---|
| *Data current as of 31 Dec 2020* | Buy | Hold | Sell | Buy | Hold | Sell |
| Citi Research Global Fundamental Coverage | 56% | 34% | 10% | 24% | 67% | 9% |
| *% of companies in each rating category that are investment banking clients* | 64% | 64% | 57% | 68% | 62% | 67% |

**Guide to Citi Research Fundamental Research Investment Ratings:**
Citi Research stock recommendations include an investment rating and an optional risk rating to highlight high risk stocks.
**Risk rating** takes into account both price volatility and fundamental criteria. Stocks will either have no risk rating or a High risk rating assigned.
**Investment Ratings:** Citi Research investment ratings are Buy, Neutral and Sell. Our ratings are a function of analyst expectations of expected total return ("ETR") and risk. ETR is the sum of the forecast price appreciation (or depreciation) plus the dividend yield for a stock within the next 12 months.  The target price is based on a 12 month time horizon. The Investment rating definitions are: Buy (1) ETR of 15% or more or 25% or more for High risk stocks; and Sell (3) for negative ETR. Any covered stock not assigned a Buy or a Sell is a Neutral (2). For stocks rated Neutral (2), if an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Citi Research management not to assign a target price and, thus, not derive an ETR. Additionally, in certain circumstances Citi Research may suspend its rating and target price and place the stock "Under Review". "Under Review" status may be imposed when the rating has been suspended for (a) regulatory and/or internal policy reasons or (b) other exceptional circumstances (e.g. lack of information critical to the analyst's thesis) affecting the company and / or trading in the company's securities (e.g. trading suspension). In such situations, the rating and target price will show as "—" and "-" respectively in the rating history price chart. As soon as practically possible, the analyst will publish a note re-establishing a rating and investment thesis. Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in investment and/or risk rating, or a change in target price (subject to limited management discretion). At times, the expected total returns may fall outside of these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

**Catalyst Watch Upside/Downside calls:**
Citi Research may also include a Catalyst Watch Upside or Downside call to highlight specific near-term catalysts or events impacting the company or the market that are expected to influence the share price over a specified period of 30 or 90 days. A Catalyst Watch Upside (Downside) call indicates that the analyst expects the share price to rise (fall) in absolute terms over the specified period. A Catalyst Watch Upside/Downside call will automatically expire at the end of the specified 30/90 day period; the analyst may also close a Catalyst Watch call prior to the end of the specified period in a published research note. A Catalyst Watch Upside or Downside call may be different from and does not affect a stock's fundamental equity rating, which reflects a longer-term total absolute return expectation. For purposes of FINRA ratings-distribution-disclosure rules, a Catalyst Watch Upside call corresponds to a buy recommendation and a Catalyst Watch Downside call corresponds to a sell recommendation. Any stock not assigned to a Catalyst Watch Upside or Catalyst Watch Downside call is considered Catalyst Watch Non-Rated (CWNR). For purposes of FINRA ratings-distribution-disclosure rules, we correspond CWNR to Hold in our ratings distribution table for our Catalyst Watch Upside/Downside rating system. However, we reiterate that we do not consider CWNR to be a recommendation. For all Catalyst Watch Upside/Downside calls, risk exists that the catalyst(s) and associated share-price movement will not materialize as expected.

**NON-US RESEARCH ANALYST DISCLOSURES**
Non-US research analysts who have prepared this report (i.e., all research analysts listed below other than those identified as employed by Citigroup Global Markets Inc.) are not registered/qualified as research analysts with FINRA. Such research analysts may not be associated persons of the member organization and therefore may not be subject to the FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account. The legal entities employing the authors of this report are listed below (and their regulators are listed further herein):

| Citigroup Global Markets Inc. | Joel Beatty, MD, CFA; Shawn M Egan, Ph.D.; Benjamin Paluch Ph.D. |
|---|---|

# OTHER DISCLOSURES

Any price(s) of instruments mentioned in recommendations are as of the prior day's market close on the primary market for the instrument, unless otherwise stated.

The completion and first dissemination of any recommendations made within this research report are as of the Eastern date-time displayed at the top of the Product. If the Product references views of other analysts then please refer to the price chart or rating history table for the date/time of completion and first dissemination with respect to that view.

Regulations in various jurisdictions require that where a recommendation differs from any of the author's previous recommendations concerning the same financial instrument or issuer that has been published during the preceding 12-month period that the change(s) and the date of that previous recommendation are indicated. For fundamental coverage please refer to the price chart or rating change history within this disclosure appendix or the issuer disclosure summary at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

Citi Research has implemented policies for identifying, considering and managing potential conflicts of interest arising as a result of publication or distribution of investment research. A description of these policies can be found at  https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

The proportion of all Citi Research research recommendations that were the equivalent to "Buy","Hold","Sell" at the end of each quarter over the prior 12 months (with the % of these that had received investment firm services from Citi in the prior 12 months shown in brackets) is as follows: Q4 2020 Buy 33% (69%), Hold 43% (60%), Sell 23% (54%), RV 0.6% (79%), Q3 2020 Buy 33% (69%), Hold 43% (63%), Sell 23% (58%), RV 0.7% (87%); Q2 2020 Buy 33% (68%), Hold 43% (62%), Sell 24% (60%), RV 0.7% (88%); Q1 2020 Buy 33% (68%), Hold 43% (60%), Sell 24% (57%), RV 0.6% (85%). For the purposes of

5

CONFIDENTIAL

FGEN-CA-0526685

**FibroGen Inc (FGEN.O)**
**01 March 2021**                                                                    **Citi Research**

disclosing recommendations other than for equity (whose definitions can be found in the corresponding disclosure sections), "Buy" means a positive directional trade idea; "Sell" means a negative directional trade idea; and "Relative Value" means any trade idea which does not have a clear direction to the investment strategy.

European regulations require a 5 year price history when past performance of a security is referenced. CitiVelocity's Charting Tool (https://www.citivelocity.com/cv2/#go/CHARTING_3_Equities) provides the facility to create customisable price charts including a five year option. This tool can be found in the Data & Analytics section under any of the asset class menus in CitiVelocity (https://www.citivelocity.com/). For further information contact CitiVelocity support (https://www.citivelocity.com/cv2/go/CLIENT_SUPPORT). The source for all referenced prices, unless otherwise stated, is DataCentral, which sources price information from Thomson Reuters. Past performance is not a guarantee or reliable indicator of future results. Forecasts are not a guarantee or reliable indicator of future performance.

Investors should always consider the investment objectives, risks, and charges and expenses of an ETF carefully before investing. The applicable prospectus and key investor information document (as applicable) for an ETF should contain this and other information about such ETF. It is important to read carefully any such prospectus before investing. Clients may obtain prospectuses and key investor information documents for ETFs from the applicable distributor or authorized participant, the exchange upon which an ETF is listed and/or from the applicable website of the applicable ETF issuer. The value of the investments and any accruing income may fall or rise. Any past performance, prediction or forecast is not indicative of future or likely performance. Any information on ETFs contained herein is provided strictly for illustrative purposes and should not be deemed an offer to sell or a solicitation of an offer to purchase units of any ETF either explicitly or implicitly. The opinions expressed are those of the authors and do not necessarily reflect the views of ETF issuers, any of their agents or their affiliates.

Citigroup Global Markets India Private Limited and/or its affiliates may have, from time to time, actual or beneficial ownership of 1% or more in the debt securities of the subject issuer.

Please be advised that pursuant to Executive Order 13959 of November 12, 2020 (the "Order"), U.S. persons are prohibited from investing in securities of any company determined by the United States Government to be a Communist Chinese military company as defined in the Order. This research is not intended to be used or relied upon in any way that could result in a violation of the Order. Investors are encouraged to rely upon their own legal counsel for advice on compliance with the Order and other economic sanctions programs administered and enforced by the Office of Foreign Assets Control of the U.S. Treasury Department.

This communication is directed at persons who are "Eligible Clients" as such term is defined in the Israeli Regulation of Investment Advice, Investment Marketing and Investment Portfolio Management law, 1995 (the "Advisory Law"). Within Israel, this communication is not intended for retail clients and Citi will not make such products or transactions available to retail clients. The presenter is not licensed as investment advisor or marketer by the Israeli Securities Authority ("ISA") and this communication does not constitute investment or marketing advice. The information contained herein may relate to matters that are not regulated by the ISA. Any securities which are the subject of this communication may not be offered or sold to any Israeli person except pursuant to an exemption from the Israeli public offering rules, including according to the Israeli Securities Law.

Citi Research generally disseminates its research to the Firm's global institutional and retail clients via both proprietary (e.g., Citi Velocity and Citi Personal Wealth Management) and non-proprietary electronic distribution platforms. Certain research may be disseminated only via the Firm's proprietary distribution platforms; however such research will not contain changes to earnings forecasts, target price, investment or risk rating or investment thesis or be otherwise inconsistent with the author's previously published research. Certain research is made available only to institutional investors to satisfy regulatory requirements. Individual Citi Research analysts may also opt to circulate published research to one or more clients by email; such email distribution is discretionary and is done only after the research has been disseminated. The level and types of services provided by Citi Research analysts to clients may vary depending on various factors such as the client's individual preferences as to the frequency and manner of receiving communications from analysts, the client's risk profile and investment focus and perspective (e.g. market-wide, sector specific, long term, short-term etc.), the size and scope of the overall client relationship with the Firm and legal and regulatory constraints.

Pursuant to Comissão de Valores Mobiliários Rule 598 and ASIC Regulatory Guide 264, Citi is required to disclose whether a Citi related company or business has a commercial relationship with the subject company. Considering that Citi operates multiple businesses in more than 100 countries around the world, it is likely that Citi has a commercial relationship with the subject company.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in the Product must take into account existing public information on such security or any registered prospectus. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of the Product. The Firm's research department has received assistance from the subject company(ies) referred to in this Product including, but not limited to, discussions with management of the subject company(ies). Firm policy prohibits research analysts from sending draft research to subject companies. However, it should be presumed that the author of the Product has had discussions with the subject company to ensure factual accuracy prior to publication. All opinions, projections and estimates constitute the judgment of the author as of the date of the Product and these, plus any other information contained in the Product, are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. Notwithstanding other departments within the Firm advising the companies discussed in this Product, information obtained in such role is not used in the preparation of the Product. Although Citi Research does not set a predetermined frequency for publication, if the Product is a fundamental equity or credit research report, it is the intention of Citi Research to provide research coverage of the covered issuers, including in response to news affecting the issuer. For non-fundamental research reports, Citi Research may not provide regular updates to the views, recommendations and facts included in the reports. Notwithstanding that Citi Research maintains coverage on, makes recommendations concerning or discusses issuers, Citi Research may be periodically restricted from referencing certain issuers due to legal or policy reasons. Where a component of a published trade idea is subject to a restriction, the trade idea will be removed from any list of open trade ideas included in the Product. Upon the lifting of the restriction, the trade idea will either be re-instated in the open trade ideas list if the analyst continues to support it or it will be officially closed. Citi Research may provide different research products and services to different classes of customers (for example, based upon long-term or short-term investment horizons) that may lead to differing conclusions or recommendations that could impact the price of a security contrary to the recommendations in the alternative research product, provided that each is consistent with the rating system for each respective product.

6

**FibroGen Inc (FGEN.O)**
**01 March 2021**
**Citi Research**

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received the Product from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in the Product from the Firm. Please ask your Financial Consultant for additional details. Citigroup Global Markets Inc. takes responsibility for the Product in the United States. Any orders by US investors resulting from the information contained in the Product may be placed only through Citigroup Global Markets Inc.

**Important Disclosures for Bell Potter Customers:** Bell Potter is making this Product available to its clients pursuant to an agreement with Citigroup Global Markets Australia Pty Limited.  Neither Citigroup Global Markets Australia Pty Limited nor any of its affiliates has made any determination as to the suitability of the information provided herein and clients should consult with their Bell Potter financial advisor before making any investment decision.

**The Citigroup legal entity that takes responsibility for the production of the Product is the legal entity which the first named author is employed by.**

The Product is made available in **Australia** through Citigroup Global Markets Australia Pty Limited. (ABN 64 003 114 832 and AFSL No. 240992), participant of the ASX Group and regulated by the Australian Securities & Investments Commission.  Citigroup Centre, 2 Park Street, Sydney, NSW 2000.  Citigroup Global Markets Australia Pty Limited is not an Authorised Deposit-Taking Institution under the Banking Act 1959, nor is it regulated by the Australian Prudential Regulation Authority. The Product is made available in Australia to Private Banking wholesale clients through Citigroup Pty Limited (ABN 88 004 325 080 and AFSL 238098). Citigroup Pty Limited provides all financial product advice to Australian Private Banking wholesale clients through bankers and relationship managers.  If there is any doubt about the suitability of investments held in Citigroup Private Bank accounts, investors should contact the Citigroup Private Bank in Australia.  Citigroup companies may compensate affiliates and their representatives for providing products and services to clients.

The Product is made available in **Brazil** by Citigroup Global Markets Brasil - CCTVM SA, which is regulated by CVM - Comissão de Valores Mobiliários ("CVM"), BACEN - Brazilian Central Bank, APIMEC - Associação dos Analistas e Profissionais de Investimento do Mercado de Capitais and ANBIMA – Associação Brasileira das Entidades dos Mercados Financeiro e de Capitais. Av. Paulista, 1111 - 14° andar(parte) - CEP: 01311920 - São Paulo - SP.

If the Product is being made available in certain provinces of **Canada** by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved the Product.  Citigroup Place, 123 Front Street West, Suite 1100, Toronto, Ontario M5J 2M3.

This product is available in **Chile** through Banchile Corredores de Bolsa S.A., an indirect subsidiary of Citigroup Inc., which is regulated by the Superintendencia de Valores y Seguros. Agustinas 975, piso 2, Santiago, Chile.

The Product is made available in **Germany** by Citigroup Global Markets Europe AG ("CGME"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt fur Finanzdienstleistungsaufsicht BaFin). CGME, Reuterweg 16, 60323 Frankfurt am Main.

Research which relates to "securities" (as defined in the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong)) is issued in **Hong Kong** by, or on behalf of, Citigroup Global Markets Asia Limited which takes full responsibility for its content. Citigroup Global Markets Asia Ltd. is regulated by Hong Kong Securities and Futures Commission. If the Research is made available through Citibank, N.A., Hong Kong Branch, for its clients in Citi Private Bank, it is made available by Citibank N.A.(organized under the laws of U.S. A. with limited liability), Champion Tower, 3 Garden Road, Hong Kong. Citibank N.A. is regulated by the Hong Kong Monetary Authority. Please contact your Private Banker in Citibank N.A., Hong Kong, Branch if you have any queries on or any matters arising from or in connection with this document.

The Product is made available in **India** by Citigroup Global Markets India Private Limited (CGM), which is regulated by the Securities and Exchange Board of India (SEBI), as a Research Analyst (SEBI Registration No. INH000000438). CGM is also actively involved in the business of merchant banking and stock brokerage in India, and is registered with SEBI in this regard. CGM's registered office is at 1202, 12th Floor, FIFC, G Block, Bandra Kurla Complex, Bandra East, Mumbai – 400098. CGM's Corporate Identity Number is U99999MH2000PTC126657, and its contact details are: Tel:+9102261759999 Fax:+9102261759961.

The Product is made available in **Indonesia** through PT Citigroup Securities Indonesia.  5/F, Citibank Tower, Bapindo Plaza, Jl. Jend. Sudirman Kav. 54-55, Jakarta 12190.  Neither this Product nor any copy hereof may be distributed in Indonesia or to any Indonesian citizens wherever they are domiciled or to Indonesian residents except in compliance with applicable capital market laws and regulations. This Product is not an offer of securities in Indonesia. The securities referred to in this Product have not been registered with the Capital Market and Financial Institutions Supervisory Agency (BAPEPAM-LK) pursuant to relevant capital market laws and regulations, and may not be offered or sold within the territory of the Republic of Indonesia or to Indonesian citizens through a public offering or in circumstances which constitute an offer within the meaning of the Indonesian capital market laws and regulations.

The Product is made available in **Israel** through Citibank NA, regulated by the Bank of Israel and the Israeli Securities Authority. Citibank, N.A, Platinum Building, 21 Ha'arba'ah St, Tel Aviv, Israel.

The Product is made available in **Japan** by Citigroup Global Markets Japan Inc. ("CGMJ"), which is regulated by Financial Services Agency, Securities and Exchange Surveillance Commission, Japan Securities Dealers Association, Tokyo Stock Exchange and Osaka Securities Exchange.  Otemachi Park Building, 1-1-1 Otemachi, Chiyoda-ku, Tokyo 100-8132 Japan. If the Product was distributed by SMBC Nikko Securities Inc. it is being so distributed under license.  In the event that an error is found in an CGMJ research report, a revised version will be posted on the Firm's Citi Velocity website.  If you have questions regarding Citi Velocity, please call (81 3) 6270-3019 for help.

The product is made available in the **Kingdom of Saudi Arabia** in accordance with Saudi laws through Citigroup Saudi Arabia, which is regulated by the Capital Market Authority (CMA) under CMA license (17184-31). 2239 Al Urubah Rd – Al Olaya Dist. Unit No. 18, Riyadh 12214 – 9597, Kingdom Of Saudi Arabia.

The Product is made available in **Korea** by Citigroup Global Markets Korea Securities Ltd., which is regulated by the Financial Services Commission, the Financial Supervisory Service and the Korea Financial Investment Association (KOFIA). Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea.   KOFIA makes available registration information of research analysts on its website.  Please visit the following website if you wish to find KOFIA registration information on research analysts of Citigroup Global Markets Korea Securities Ltd. http://dis.kofia.or.kr/websquare/index.jsp?w2xPath=/wq/fundMgr/DISFundMgrAnalystList.xml&divisionId=MDIS03002002000000&serviceId=SDIS03002

7

CONFIDENTIAL

FGEN-CA-0526687

**FibroGen Inc (FGEN.O)**
**01 March 2021**                                                                                                    **Citi Research**

002000. The Product is made available in Korea by Citibank Korea Inc., which is regulated by the Financial Services Commission and the Financial Supervisory Service. Address is Citibank Building, 39 Da-dong, Jung-gu, Seoul 100-180, Korea. This research report is intended to be provided only to Professional Investors as defined in the Financial Investment Services and Capital Market Act and its Enforcement Decree in Korea.

The Product is made available in **Malaysia** by Citigroup Global Markets Malaysia Sdn Bhd (Company No. 460819-D) ("CGMM") to its clients and CGMM takes responsibility for its contents. CGMM is regulated by the Securities Commission of Malaysia. Please contact CGMM at Level 43 Menara Citibank, 165 Jalan Ampang, 50450 Kuala Lumpur, Malaysia in respect of any matters arising from, or in connection with, the Product.

The Product is made available in **Mexico** by Citibanamex Casa de Bolsa, S.A. De C. V., Casa de Bolsa, Integrante del Grupo Financiero Citibanamex which is a wholly owned subsidiary of Citigroup Inc. and is regulated by Comision Nacional Bancaria y de Valores. Reforma 398, Col. Juarez, 06600 Mexico, D.F.

In **New Zealand** the Product is made available to 'wholesale clients' only as defined by s5C(1) of the Financial Advisers Act 2008 ('FAA') through Citigroup Global Markets Australia Pty Ltd (ABN 64 003 114 832 and AFSL No. 240992), an overseas financial adviser as defined by the FAA, participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000.

The Product is made available in **Pakistan** by Citibank N.A. Pakistan branch, which is regulated by the State Bank of Pakistan and Securities Exchange Commission, Pakistan. AWT Plaza, 1.1. Chundrigar Road, P.O. Box 4889, Karachi-74200.

The Product is made available in the **Philippines** through Citicorp Financial Services and Insurance Brokerage Philippines, Inc., which is regulated by the Philippines Securities and Exchange Commission. 20th Floor Citibank Square Bldg. The Product is made available in the Philippines through Citibank NA Philippines branch, Citibank Tower, 8741 Paseo De Roxas, Makati City, Manila. Citibank NA Philippines NA is regulated by The Bangko Sentral ng Pilipinas.

The Product is made available in **Poland** by Dom Maklerski Banku Handlowego SA an indirect subsidiary of Citigroup Inc., which is regulated by Komisja Nadzoru Finansowego.  Dom Maklerski Banku Handlowego S.A. ul.Senatorska 16, 00-923 Warszawa.

The Product is made available in the **Russian Federation** through AO Citibank, which is licensed to carry out banking activities in the Russian Federation in accordance with the general banking license issued by the Central Bank of the Russian Federation and brokerage activities in accordance with the license issued by the Federal Service for Financial Markets.  Neither the Product nor any information contained in the Product shall be considered as advertising the securities mentioned in this report within the territory of the Russian Federation or outside the Russian Federation.  The Product does not constitute an appraisal within the meaning of the Federal Law of the Russian Federation of 29 July 1998 No. 135-FZ (as amended) On Appraisal Activities in the Russian Federation.  8-10 Gasheka Street, 125047 Moscow.

The Product is made available in **Singapore** through Citigroup Global Markets Singapore Pte. Ltd. ("CGMSPL"), a capital markets services license holder, and regulated by Monetary Authority of Singapore. Please contact CGMSPL at 8 Marina View, 21st Floor Asia Square Tower 1, Singapore 018960, in respect of any matters arising from, or in connection with, the analysis of this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289). The Product is made available by The Citigroup Private Bank in Singapore through Citibank, N.A., Singapore Branch, a licensed bank in Singapore that is regulated by Monetary Authority of Singapore. Please contact your Private Banker in Citibank N.A., Singapore Branch if you have any queries on or any matters arising from or in connection with this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289).  This report is distributed in Singapore by Citibank Singapore Ltd ("CSL") to selected Citigold/Citigold Private Clients. CSL provides no independent research or analysis of the substance or in preparation of this report. Please contact your Citigold//Citigold Private Client Relationship Manager in CSL if you have any queries on or any matters arising from or in connection with this report. This report is intended for recipients who are accredited investors as defined under the Securities and Futures Act (Cap. 289).

Citigroup Global Markets (Pty) Ltd. is incorporated in the **Republic of South Africa** (company registration number 2000/025866/07) and its registered office is at 145 West Street, Sandton, 2196, Saxonwold. Citigroup Global Markets (Pty) Ltd. is regulated by JSE Securities Exchange South Africa, South African Reserve Bank and the Financial Services Board.  The investments and services contained herein are not available to private customers in South Africa.

The Product is made available in the **Republic of China** through Citigroup Global Markets Taiwan Securities Company Ltd. ("CGMTS"), 14 and 15F, No. 1, Songzhi Road, Taipei 110, Taiwan, subject to the license scope and the applicable laws and regulations in the Republic of China. CGMTS is regulated by the Securities and Futures Bureau of the Financial Supervisory Commission of Taiwan, the Republic of China. No portion of the Product may be reproduced or quoted in the Republic of China by the press or any third parties [without the written authorization of CGMTS]. Pursuant to the applicable laws and regulations in the Republic of China, the recipient of the Product shall not take advantage of such Product to involve in any matters in which the recipient may have conflicts of interest. If the Product covers securities which are not allowed to be offered or traded in the Republic of China, neither the Product nor any information contained in the Product shall be considered as advertising the securities or making recommendation of the securities in the Republic of China. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security or financial products. Any decision to purchase securities or financial products mentioned in the Product must take into account existing public information on such security or the financial products or any registered prospectus.

The Product is made available in **Thailand** through Citicorp Securities (Thailand) Ltd., which is regulated by the Securities and Exchange Commission of Thailand.  399 Interchange 21 Building, 18th Floor, Sukhumvit Road, Klongtoey Nua, Wattana ,Bangkok 10110, Thailand.

The Product is made available in **Turkey** through Citibank AS which is regulated by Capital Markets Board.  Tekfen Tower, Eski Buyukdere Caddesi # 209 Kat 2B, 23294 Levent, Istanbul, Turkey.

In the **U.A.E**, these materials (the "Materials") are communicated by Citigroup Global Markets Limited, DIFC branch ("CGML"), an entity registered in the Dubai International Financial Center ("DIFC") and licensed and regulated by the Dubai Financial Services Authority ("DFSA") to Professional Clients and Market Counterparties only and should not be relied upon or distributed to Retail Clients. A distribution of the different Citi Research ratings distribution, in percentage terms for Investments in each sector covered is made available on request.  Financial products and/or services to which the Materials relate will only be made available to Professional Clients and Market Counterparties.

The Product is made available in **United Kingdom** by Citigroup Global Markets Limited, which is authorised by the Prudential Regulation Authority ("PRA") and regulated by the Financial Conduct Authority ("FCA") and the PRA.  This material may relate to investments or services of a person outside of the UK or to other matters which are not authorised by the PRA nor regulated by the FCA and the PRA and further details as to where this may be the case are available upon request in respect of this material. Citigroup Centre, Canada Square, Canary Wharf, London, E14 5LB.

The Product is made available in **United States** by Citigroup Global Markets Inc, which is a member of FINRA and registered with the US Securities and Exchange Commission. 388 Greenwich Street, New York, NY 10013.

CONFIDENTIAL                                                                                          FGEN-CA-0526688

**FibroGen Inc (FGEN.O)**
**01 March 2021**

**Citi Research**

Unless specified to the contrary, within EU Member States, the Product is made available by Citigroup Global Markets Europe AG ("CGME"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht-BaFin).

The Product is not to be construed as providing investment services in any jurisdiction where the provision of such services would not be permitted. Subject to the nature and contents of the Product, the investments described therein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained in the Product may have tax implications for private customers whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. The Product does not purport to identify the nature of the specific market or other risks associated with a particular transaction. Advice in the Product is general and should not be construed as personal advice given it has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs. Prior to acquiring any financial product, it is the client's responsibility to obtain the relevant offer document for the product and consider it before making a decision as to whether to purchase the product. Citi Research product may source data from dataCentral. dataCentral is a Citi Research proprietary database, which includes the Firm's estimates, data from company reports and feeds from Thomson Reuters. The source for all referenced prices, unless otherwise stated, is DataCentral. Past performance is not a guarantee or reliable indicator of future results. Forecasts are not a guarantee or reliable indicator of future performance. The printed and printable version of the research report may not include all the information (e.g., certain financial summary information and comparable company data) that is linked to the online version available on the Firm's proprietary electronic distribution platforms.

**Card Insights**. Where this report references Card Insights data, Card Insights consists of selected data from a subset of Citi's proprietary credit card transactions. Such data has undergone rigorous security protocols to keep all customer information confidential and secure; the data is highly aggregated and anonymized so that all unique customer identifiable information is removed from the data prior to receipt by the report's author or distribution to external parties. This data should be considered in the context of other economic indicators and publicly available information. Further, the selected data represents only a subset of Citi's proprietary credit card transactions due to the selection methodology or other limitations and should not be considered as indicative or predictive of the past or future financial performance of Citi or its credit card business.

Where included in this report, MSCI sourced information is the exclusive property of Morgan Stanley Capital International Inc. (MSCI). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, redisseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI, Morgan Stanley Capital International and the MSCI indexes are services marks of MSCI and its affiliates. Part of this product may contain Sustainalytics proprietary information that may not be reproduced, used, disseminated, modified nor published in any manner without the express written consent of Sustainalytics. Sustainalytics, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Any information attributed to Sustainalytics is provided solely for informational purposes and on its own should not be considered an offer to buy or sell a security. Neither Sustainalytics nor all its third-party suppliers provide investment advice (as defined in the applicable jurisdiction) or any other form of (financial) advice. The information is provided "as is" and, therefore Sustainalytics assumes no responsibility for errors or omissions. Sustainalytics cannot be held liable for damage arising from the use of this product or information contained herein in any manner whatsoever. Where data is attributed to Morningstar that data is © 2020 Morningstar, Inc. All Rights Reserved. That information: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.

The Firm accepts no liability whatsoever for the actions of third parties. The Product may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the Product refers to website material of the Firm, the Firm has not reviewed the linked site. Equally, except to the extent to which the Product refers to website material of the Firm, the Firm takes no responsibility for, and makes no representations or warranties whatsoever as to, the data and information contained therein. Such address or hyperlink (including addresses or hyperlinks to website material of the Firm) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through the Product or the website of the Firm shall be at your own risk and the Firm shall have no liability arising out of, or in connection with, any such referenced website.

© 2021 Citigroup Global Markets Inc. Citi Research is a division of Citigroup Global Markets Inc. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates and are used and registered throughout the world. All rights reserved. The research data in this report are not intended to be used for the purpose of (a) determining the price of or amounts due in respect of (or to value) one or more financial products or instruments and/or (b) measuring or comparing the performance of, or defining the asset allocation of a financial product, a portfolio of financial instruments, or a collective investment undertaking, and any such use is strictly prohibited without the prior written consent of Citi Research. Any unauthorized use, duplication, redistribution or disclosure of this report (the "Product"), including, but not limited to, redistribution of the Product by electronic mail, posting of the Product on a website or page, and/or providing to a third party a link to the Product, is prohibited by law and will result in prosecution. The information contained in the Product is intended solely for the recipient and may not be further distributed by the recipient to any third party.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

CONFIDENTIAL

FGEN-CA-0526689

# EXHIBIT W



**MIZUHO** Mizuho Securities USA LLC

**Healthcare Research**
**Biotechnology - SMID Cap**

| U.S. Equity Research | March 2, 2021 |
|---|---|

Estimates Change

# FibroGen, Inc.

## Long-Term Estimates Unchanged on Roxadustat AdCom News, Reaffirm Buy Rating & $72 PT

### Summary

Fibrogen reported 4Q20/FY20 earnings yesterday, and the focus was on the unexpected AdCom request by FDA to review the roxadustat NDA. This comes ahead of a 3/20/21 PDUFA, and after a 3-month PDUFA date extension by the FDA, and is surprising in our view. We continue to believe, however, that roxa is approvable, in both DD and NDD with a blackbox label. We now forecast FDA approval in 3Q21, and look to the EMA roxadustat decision (expected mid-2021) to potentially provide important read-through to the anticipated FDA decision. We are maintaining our long-term estimates for roxadustat and our Buy rating/ $72 price target.

### Key Points

**4Q20/FY20 Results.** Fibrogen reported 4Q20 EPS was $(0.64) vs. Bloomberg consensus of $(0.22). Total revenue in 4Q20 was $65.0 mil, vs. Bloomberg consensus of $100.9 mil. Research and development expenses were $252.9 in FY20 vs. $209.3 mil in FY19 while SG&A expenses decreased to $106.4 mil in FY20 vs. $135.5 mil in FY19. Fibrogen ended FY20 with a cash position of $686.5 mil. **2021 Guidance**: management expects to end 2021 with a cash position of $660-670 mil, and we do not anticipate the company has the need to raise capital in the foreseeable future and has the potential of reaching breakeven without additional capital raise.

**Late FDA AdCom Request for Roxadustat Comes as a Surprise and the Company is in Unchartered Water.** We spoke to management post earnings call yesterday and it appears there are few precedents, if any, for the FDA requiring an AdCom meeting after a 3-month PDUFA date extension. FibroGen received notice from the FDA yesterday (3/1) that the agency plans to hold an AdCom meeting to discuss the roxadustat NDA. The company has not yet received a date for the AdCom meeting. In light of this news, we now assume that roxadustat will have the Adcom in June/July this year and potentially be approved by the FDA in 3Q21 (**an estimated delay of 4-6 months delay from the original PDUFA of 3/20/2021**), and we project a commercial launch in 4Q21. We continue to expect that roxadustat will eventually be approved with a black box warning.

**Adcom Does Not Change our View on Roxadustat NDA Approvability.** While it is undesirable to receive an Adcom notification this late in the review cycle, we believe the strong DD and NDD data on over 8000 patients is supportive for an eventual approval with a blackbox warning similar to that of ESAs, This assumption has already been built into our model and to us, it is just a 4-6 months delay in commercialization which has minimal impact to PT.

| Rating | Buy |
|---|---|
| Previous Rating | No Change |
| **Price (3/1)** | **$50.53** |
| **Price Target** | **$72.00** |
| Previous Price Target | No Change |

**Key Data**

| | |
|---|---|
| Symbol | FGEN(NSQ) |
| 52-Week Range | $57.21 - $22.65 |
| Market Cap ($mm) | $4,599 |
| Shares Outstanding (mm) | 91.0 |
| Float | 80.9 |
| Average Daily Volume | 712,261 |
| Dividend/Yield | $0.00/0.0% |

**Fiscal Year-End: Dec 31**

| | 2020A | 2021E Prior | 2021E Curr | 2022E Prior | 2022E Curr |
|---|---|---|---|---|---|
| **Revenue ($mm)** | | | | | |
| 1Q | 24A | 131E | 61E | – | 92E |
| 2Q | 43A | 124E | 107E | – | 95E |
| 3Q | 44A | 128E | 165E | – | 98E |
| 4Q | 65A | 84E | 112E | – | 107E |
| Yr | 176A | 467E | 444E | – | 393E |
| P/Revenue | 26.1x | – | 10.4x | – | 11.7x |
| **Earnings per Share ($)** | | | | | |
| 1Q | (0.89)A | (0.01)E | (0.60)E | – | (0.29)E |
| 2Q | (0.95)A | (0.12)E | (0.32)E | – | (0.37)E |
| 3Q | 0.35A | (0.10)E | 0.51E | – | (0.38)E |
| 4Q | (0.64)A | (0.64)E | (0.11)E | – | (0.33)E |
| Yr | (2.13)A | (0.87)E | (0.51)E | – | (1.37)E |



**Difei Yang, Ph.D.**
**Managing Director**
+1 212 205 7824
Difei.Yang@mizuhogroup.com

**Alexandre Bouilloux**
**Research Associate**
+1 212 205 7915
Alexandre.Bouilloux@mizuhogroup.com

**Daniel Clark**
**Research Associate**
+1 212 209 9483
Daniel.Clark@mizuhogroup.com

PLEASE REFER TO PAGE 8 OF THIS REPORT FOR IMPORTANT DISCLOSURE AND ANALYST CERTIFICATION INFORMATION. Mizuho Securities USA LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

CONFIDENTIAL

FGEN-CA-0526598

**MIZUHO**

**EMA Decision Could Provide Read-Through to FDA Decision.** We now expect that the EMA may act ahead of the FDA on a roxa regulatory application. A positive CHMP opinion, and subsequent MAA approval, could have meaningful read-through to the FDA's decision on roxadustat in our view, particularly following prior approvals in China, Japan, and Chile. We forecast that EMA approval could occur between March-August 2021 => *see attached slides for more color.*

**China Launch Progressing Well.** FibroGen reported net sales in China of $29.2 mil (vs. $22.7 mil in 3Q20). Continued uptake was driven by increased hospital listings as well as broader adoption within listed hospitals. As of 4Q20, Fibrogen had hospital listings for roxadustat in 70% of the target market (vs. 55% in 3Q20). Utilization continues across the CKD population including on dialysis and non-dialysis patients. What's impressive to us is the fast adoption in NDD population ( ~40% revenue is from NDD).

*Please see attached slides for our FibroGen catalyst table.*

CONFIDENTIAL                                                                                                  FGEN-CA-0526599



FibroGen, Inc.

# Upcoming Catalysts

| Event | Product | Indication | 4Q20 Guidance | 3Q20 Guidance | Timing Change |
|---|---|---|---|---|---|
| FDA approval | roxadustat | CKD - DD, NDD | n/a | 12/20/2020 | delayed for AdCom, timing unknown |
| TDAPA coverage | roxadustat | CKD - DD | n/a | 4/1/2021 | delayed until potential FDA approval, timing unknown |
| US DD commercial launch | roxadustat | CKD-DD | n/a | 1Q21 | delayed until potential FDA approval, timing unknown |
| US NDD commercial launch | roxadustat | CKD-NDD | n/a | 2Q21 | delayed until potential FDA approval, timing unknown |
| Phase 3 topline data | roxadustat | MDS | 1H22 | 1H22 | unchanged |
| Phase 2 topline data | roxadustat | chemotherapy-induced anemia | 2H21 | 2H21 | unchanged |
| Phase 3 topline data | pamrevlumab | LAPC | 2H22 | 2H22 | unchanged |
| Phase 3 topline data | pamrevlumab | DMD | 2H22 | 2H22 | unchanged |

Source: MSUSA research, Company Reports

March 2, 2021                    **Mizuho Securities USA LLC**                    3

CONFIDENTIAL

FGEN-CA-0526600



FibroGen, Inc.

# We Expect EMA Decision March-August 2021

Astellas filed a MAA for roxadustat in April 2020; the application was accepted in May 2020.

**roxadustat**

**Anemia associated with CKD**

- EU: Filed in Apr 2020
- JP: Approved for non-dialysis in Nov 2020

Based on the typical MAA timeline laid out by the EMA below, we believe that EMA approval could occur between March-August 2021.

The assessment of a marketing authorisation application for a new medicine takes up to 210 'active' days. This active evaluation time is the time spent by EMA experts to evaluate the evidence provided by the applicant in support of a marketing authorisation application.

This time is interrupted by one or two 'clock-stops' during which the applicant prepares the answers to any questions raised by the CHMP. The maximum duration of a clock-stop depend on how long the applicant thinks it will take to respond, but must be agreed by the CHMP. The first clock-stop usually lasts 3 to 6 months and the second one 1 to 3 months.

Overall, the assessment of a new medicine usually lasts around a year.

Source: MSUSA research, Company Reports, EMA

CONFIDENTIAL                                                                                    FGEN-CA-0526601



FibroGen, Inc.

# FibroGen, Inc. (FGEN)
## Income Statement
**MSUSA Equity Research**
**Difei Yang, PhD | 212-205-7824 | difei.yang@mizuhogroup.com**
(in thousands except for EPS)

| | 2018A | 2019A | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 2020A | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License, milestone revenue | 22,270 | 177,085 | | | - | 14,323 | 14,323 | 9,923 | 55,125 | 108,045 | 47,408 | 220,500 | 25,000 | 25,000 | 25,000 | 25,000 | 100,000 | 100,000 |
| Development and other revenue | 125,912 | 114,115 | 19,446 | 18,957 | 20,663 | 21,527 | 80,593 | 22,063 | 22,168 | 22,389 | 22,613 | 89,233 | 19,383 | 19,383 | 19,383 | 19,383 | 77,531 | 51,946 |
| Product revenue, net | 64,776 | - | 4,955 | 15,693 | 22,683 | 29,165 | 72,496 | 26,576 | 25,368 | 31,408 | 37,448 | 120,801 | 33,500 | 34,957 | 36,413 | 40,783 | 145,653 | 221,301 |
| Drug product revenue | - | (34,623) | - | 8,238 | 686 | (17) | 8,907 | 2,044 | 4,031 | 3,439 | 4,105 | 13,618 | 13,928 | 16,071 | 17,660 | 21,982 | 69,641 | 162,225 |
| **Total revenue** | **212,958** | **256,577** | **24,401** | **42,888** | **44,032** | **64,998** | **176,319** | **60,605** | **106,692** | **165,281** | **111,574** | **444,152** | **91,811** | **95,410** | **98,456** | **107,147** | **392,825** | **535,472** |
| Cost of goods sold | 0 | 1,147 | 970 | 3,076 | 2,207 | 2,615 | 8,868 | 4,293 | 4,410 | 5,227 | 6,233 | 20,163 | 6,166 | 6,634 | 7,030 | 8,159 | 27,988 | 42,188 |
| **Gross Profit** | **212,958** | **255,430** | **23,431** | **39,812** | **41,825** | **62,383** | **167,451** | **56,312** | **102,282** | **160,054** | **105,341** | **423,989** | **85,645** | **88,777** | **91,427** | **98,988** | **364,836** | **493,284** |
| Research and development | 235,839 | 209,261 | 54,902 | 61,414 | 58,476 | 78,133 | 252,924 | 78,733 | 79,340 | 80,119 | 80,907 | 319,100 | 80,951 | 80,134 | 79,337 | 78,557 | 318,978 | 267,285 |
| Selling, general and administrative | 63,812 | 135,480 | 49,603 | 63,535 | (48,981) | 42,249 | 106,406 | 31,594 | 51,501 | 31,729 | 33,744 | 148,568 | 31,193 | 43,127 | 47,054 | 51,182 | 172,556 | 196,582 |
| **Total operating costs and expenses** | **299,651** | **344,741** | **104,505** | **124,949** | **9,495** | **120,382** | **359,330** | **110,327** | **130,840** | **111,848** | **114,651** | **467,667** | **112,143** | **123,261** | **126,391** | **129,739** | **491,534** | **463,867** |
| Roxadustat alliance income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Operating income** | **(86,693)** | **(89,311)** | **(81,074)** | **(85,137)** | **32,330** | **(57,999)** | **(191,879)** | **(54,015)** | **(28,559)** | **48,206** | **(9,311)** | **(43,678)** | **(26,498)** | **(34,484)** | **(34,964)** | **(30,751)** | **(126,698)** | **29,417** |
| Total interest and other | 576 | 12,672 | 2,532 | (7) | 889 | (464) | 2,950 | (464) | (464) | (464) | (464) | (1,856) | (464) | (464) | (464) | (464) | (1,856) | (1,856) |
| **Pre-tax income** | **(86,117)** | **(76,639)** | **(78,542)** | **(85,144)** | **33,219** | **(58,463)** | **(188,929)** | **(54,479)** | **(29,023)** | **47,742** | **(9,775)** | **(45,534)** | **(26,962)** | **(34,948)** | **(35,428)** | **(31,215)** | **(128,554)** | **27,561** |
| Income tax | 303 | 328 | (194) | 169 | 215 | 171 | 361 | 171 | 171 | 171 | 171 | 684 | 171 | 171 | 171 | 171 | 684 | 684 |
| **Net income** | **(86,420)** | **(76,967)** | **(78,348)** | **(85,313)** | **33,004** | **(58,634)** | **(189,290)** | **(54,650)** | **(29,194)** | **47,571** | **(9,946)** | **(46,218)** | **(27,133)** | **(35,119)** | **(35,599)** | **(31,386)** | **(129,238)** | **26,877** |
| Weighted average shares - basic | 84,062 | 86,633 | 88,219 | 89,451 | 90,558 | 91,166 | 89,849 | 91,622 | 92,080 | 92,540 | 93,003 | 92,311 | 93,468 | 93,935 | 94,405 | 94,877 | 94,171 | 96,069 |
| Weighted average shares - diluted | 84,062 | 86,633 | 88,219 | 89,451 | 93,678 | 91,166 | 90,629 | 91,622 | 92,080 | 92,540 | 93,003 | 92,311 | 93,468 | 93,935 | 94,405 | 94,877 | 94,171 | 96,069 |
| EPS GAAP - basic | $ (1.03) | $ (0.89) | $ (0.89) | $ (0.95) | $ 0.36 | $ (0.64) | $ (2.12) | $ (0.60) | $ (0.32) | $ 0.51 | $ (0.11) | $ (0.51) | $ (0.29) | $ (0.37) | $ (0.38) | $ (0.33) | $ (1.37) | $ 0.28 |
| **EPS GAAP - diluted** | **$ (1.03)** | **$ (0.89)** | **$ (0.89)** | **$ (0.95)** | **$ 0.35** | **$ (0.64)** | **$ (2.13)** | **$ (0.60)** | **$ (0.32)** | **$ 0.51** | **$ (0.11)** | **$ (0.51)** | **$ (0.29)** | **$ (0.37)** | **$ (0.38)** | **$ (0.33)** | **$ (1.37)** | **$ 0.28** |

*Source: MSUSA Analysis*

CONFIDENTIAL    FGEN-CA-0526602



FibroGen, Inc.

# FibroGen, Inc. (FGEN)
## Income Statement
MSUSA Equity Research

Difei Yang, PhD | 212-205-7824 | difei.yang@mizuhogroup.com
(in thousands except for EPS)

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | Terminal Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 266,279 | 202,830 | 345,405 | 471,453 | 778,536 | 1,011,591 | 1,147,733 | 1,498,512 | 1,821,033 | 2,116,122 | 2,240,289 | |
| COGS | 2,043 | 9,053 | 42,188 | 27,313 | 32,597 | 39,256 | 49,560 | 59,940 | 69,413 | 76,227 | 80,447 | |
| R&D | 280,857 | 267,291 | 232,654 | 185,694 | 189,407 | 193,196 | 197,059 | 201,001 | 205,021 | 209,121 | 213,304 | |
| SG&A | 53,228 | 76,263 | 99,326 | 100,319 | 101,322 | 102,336 | 103,359 | 104,393 | 105,437 | 106,491 | 107,556 | |
| Alliance (expense)/income | - | - | - | - | - | - | - | - | - | - | - | |
| EBIT | (69,848) | (149,777) | (28,764) | 158,127 | 455,209 | 676,804 | 797,755 | 1,133,179 | 1,441,163 | 1,724,283 | 1,838,982 | |
| Tax rate | 0% | 0% | 0% | 0% | 0% | 21% | 21% | 21% | 21% | 21% | 21% | |
| NOPAT | (69,848) | (149,777) | (28,764) | 158,127 | 455,209 | 534,675 | 630,227 | 895,212 | 1,138,518 | 1,362,184 | 1,452,796 | |
| + Depreciation and amortization | 12,209 | 12,740 | 12,867 | 12,996 | 13,126 | 13,257 | 13,390 | 13,524 | 13,659 | 13,796 | 13,934 | |
| - Changes in working capital | (421,886) | (9,999) | (10,199) | (10,403) | (10,611) | (10,824) | (11,040) | (11,261) | (11,486) | (11,716) | (11,950) | |
| - Capex | 5,991 | 7,189 | 10,784 | 13,480 | 14,154 | 14,295 | 14,438 | 14,583 | 14,728 | 14,876 | 15,024 | |
| FCF | $ (485,517) | $ (154,225) | $ (36,879) | $ 147,240 | $ 443,570 | $ 522,813 | $ 618,138 | $ 882,892 | $ 1,125,963 | $ 1,349,388 | $ 1,439,755 | $ 5,759,019 |
| | | | | | | | | | | | | |
| PV period | - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 10 |
| PV factor | 1.00 | 0.91 | 0.83 | 0.75 | 0.68 | 0.62 | 0.56 | 0.51 | 0.47 | 0.42 | 0.39 | 0.39 |
| NPV of FCF | $ (485,517) | $ (140,205) | $ (30,479) | $ 110,624 | $ 302,965 | $ 324,626 | $ 348,923 | $ 453,063 | $ 525,270 | $ 572,272 | $ 555,088 | $ 2,220,351 |

| | |
|---|---|
| NPV of free cash flow | $ 4,756,981 |
| Discount rate | 10% |
| FCF Multiple | 4x |
| Terminal growth rate | 0.0% |
| Net cash | 686,537 |
| Equity value | $ 5,443,518 |
| Total number of shares | 98,730 |
| **Value per share** | $ 55 |

| EV / Sales | |
|---|---|
| Discounted 2030 Sales | 897,442 |
| Sales multiple | 9x |
| Shares out | 98,730 |
| Value per share | $82 |
| | |
| Net cash | 686,537 |
| Cash value per share | $7 |
| | |
| **EV / Sales Value per share** | $89 |

| Weighted Average Price Target | | |
|---|---|---|
| Method | PT | Weight |
| DCF | $55 | 50% |
| EV / Sales | $89 | 50% |
| | | |
| **Weighted average** | | |
| **Price Target** | $ | 72 |

*Source: MSUSA Analysis*

CONFIDENTIAL            FGEN-CA-0526603



## Price Target Calculation and Key Risks

**Valuation**

We applied a weighted average valuation methodology to value FibroGen (DCF: $55 PT, EV/Sales: $89 PT).

Our valuation includes the following assumptions:

Roxadustat U.S. (90% PoS), adj. peak-sales of $657 mil in 2031.

Roxadustat China (100% PoS), peak-alliance income of $582 mil in 2031.

Pamrevlumab in IPF (70% PoS), adj. peak-sales of $795 mil in 2031.

Pamrevlumab in LAPC (40% PoS), adj. peak-sales of $182 mil in 2031.

Our estimated 2031 FCF is $1.5 billion. We assumed a terminal value of 4.0x for 2031 estimated FCF and a 10% discount rate to derive our $55 PT. EV/Sales: We apply a 9.0x multiple to our discounted 2030 sales to derive our $89 PT. Our weighted average valuation is $72.

Bull case scenario: We assume greater probability of success in IPF as well as higher market share potential for roxadustat, resulting in an $97 PT.

Bear case scenario: We assume lower revenues from roxa, along with no credit given to pamrevlumab, resulting in a $36 PT.

**Risks**

Investing in clinical stage companies in the biotech and pharmaceuticals industry is speculative in nature and is only appropriate for those that have a high tolerance for price volatility. In addition to the common risks involved with investing in companies in the biotech and pharmaceuticals sectors, such as R&D, manufacturing, regulatory and commercial risks, FibroGen Inc. has several firm-specific risks. Among those risks are the following:

1) FibroGen shares are subject to significant volatility and may experience extreme price movement based on "binary events," such as readouts on clinical trials, regulatory approvals, and competitors' actions, among other factors.

2) FibroGen is currently in legal processes related to IP in the US and EU. These processes may impact the company's ability to successfully commercialize or establish a competitive advantage for Roxadustat.

3) The long-term impact of HIF-PH inhibitors on VEGF has not been studied in-depth and may impair future commercialization.

4) Products in development may not meet primary endpoints for their clinical trials resulting in delays towards commercialization or removal from development pipeline. This could result in a negative impact on forward-looking estimations and price targets.

5). Because of the underlying mechanism of action, failure in the development of one indication could have ripple events on other indications.

CONFIDENTIAL                                                              FGEN-CA-0526604

 **MIZUHO**

FibroGen, Inc.

## IMPORTANT DISCLOSURES

The disclosures for the subject companies of this report as well as the disclosures for Mizuho Securities USA LLC entire coverage universe can be found at https://msusa.bluematrix.com/sellside/Disclosures.action or obtained by contacting EQSupervisoryAnalystUS@mizuhogroup.com or via postal mail at Equity Research Editorial Department, Mizuho Securities USA LLC, 1271 Avenue of the Americas, 2nd FL, New York NY, 10020.

**Investment Risks and Valuation Methods can be located in the following section of this research report - Price Target Calculation and Key Risks.**

### Receipt of Compensation

Mizuho Securities USA LLC and or its affiliates makes a market in the following securities: FibroGen, Inc.

The compensation of the research analyst writing this report, in whole or part, is based on MSUSA.s annual revenue and earnings and is not directly related to any specific investment banking compensation. MSUSA.s internal policies and procedures prohibit research analysts from receiving compensation from companies covered in the research reports.

### Regulation Analyst Certification (AC)

I, Difei Yang, Ph.D., hereby certify that the views expressed in this research report accurately reflect my personal views about any and all the subject companies. No part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report. Please note that due **solely** to a system error, none of Mizuho's research analysts provided a timely required certification in connection with public appearances for the period from October 1, 2020 to December 31, 2020. In that regard, note that the system error was identified within 3 days of the deadline for filing the required certification and my required certification was provided within 12 hours of the identification of such system error. The error has been rectified.

### Rating Definitions

**Mizuho Securities USA investment ratings are based on the following definitions: Anticipated share price change is based on a 12-month time frame. Return expectation is based on the stock's total return. For disclosure purposes (for purposes of the FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Buy, Neutral, and Underperform. (effective July 10, 2017).**

**Buy**: Stock's total return is expected to appreciate above the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Neutral**: Stock's total return is expected to be within the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**Underperform**: Stock's total return is expected to depreciate below the average total return of the analyst's industry coverage universe, on a risk-adjusted basis, over the next 12 months.

**RS**: Rating Suspended - rating and price objective temporarily suspended.

**NR**: No Rating - not covered, and therefore not assigned a rating.

Mizuho Securities USA LLC investment ratings are based on the following definitions. Anticipated share price change is based on a 6- to 12-month time frame. Return expectation excludes dividends (prior to July 10, 2017).

| | |
|---|---|
| **Buy:** | Stocks for which the anticipated share price appreciation exceeds 10%. |
| **Neutral:** | Stocks for which the anticipated share price appreciation is within 10% of the share price. |
| **Underperform:** | Stocks for which the anticipated share price falls by 10% or more. |
| **RS:** | Rating Suspended - rating and price objective temporarily suspended. |
| **NR:** | No Rating - not covered, and therefore not assigned a rating. |

### Rating Distribution

(As of March 1 )

| | % of coverage | IB service past 12 mo |
|---|---|---|
| Buy (Buy) | 60.11% | 62.21% |
| Hold (Neutral) | 37.67% | 52.21% |
| Sell (Underperform) | 2.22% | 37.50% |

For disclosure purposes only (NYSE and FINRA ratings distribution requirements), our Buy, Neutral and Underperform ratings are displayed as Buy, Hold and Sell, respectively.

CONFIDENTIAL                                                                 FGEN-CA-0526605

**MIZUHO**

FibroGen, Inc.



Created by: BlueMatrix

For additional information: Please log on to http://www.mizuhosecurities.com/us or write to Mizuho Securities USA LLC 1271 Avenue of the Americas, 2nd FL, New York, NY 10020.

## Disclaimers

This report has been prepared by Mizuho Securities USA LLC ("MSUSA"), a subsidiary of Mizuho Americas LLC, solely for the purpose of supplying information to the clients of MSUSA and/or its affiliates to whom it is distributed. This report is not, and should not be construed as, a solicitation or offer to buy or sell any securities or related financial products.

This report has been prepared by MSUSA solely from publicly available information. The information contained herein is believed to be reliable but has not been independently verified. MSUSA makes no guarantee, representation or warranty, and MSUSA, MHSC and/or their affiliates, directors, employees or agents accept no responsibility or liability whatsoever as to the accuracy, completeness or appropriateness of such information or for any loss or damage arising from the use or further communication of this report or any part of it. Information contained herein may not be current due to, among other things, changes in the financial markets or economic environment. Opinions reflected in this report are subject to change without notice.

This report does not constitute, and should not be used as a substitute for, tax, legal or investment advice. The report has been prepared without regard to the individual financial circumstances, needs or objectives of persons who receive it. The securities and investments related to the securities discussed in this report may not be suitable for all investors. Readers should independently evaluate particular investments and strategies, and seek the advice of a financial adviser before making any investment or entering into any transaction in relation to the securities mentioned in this report.

MSUSA has no legal responsibility to any investor who directly or indirectly receives this material. Investment decisions are to be made by and remain as the sole responsibility of the investor. Investment involves risks. The price of securities may go down as well as up, and under certain circumstances investors may sustain total loss of investment. Past performance should not be taken as an indication or guarantee of future performance. Unless otherwise attributed, forecasts of future performance represent analysts' estimates based on factors they consider relevant. Actual performance may vary. Consequently, no express or implied warranty can be made regarding future performance.

Any references in this report to Mizuho Financial Group, Inc. ("MHFG"), MHSC and/or its affiliates are based only on publicly available information. The authors of this report are prohibited from using or even obtaining any insider information. As a direct subsidiary of Mizuho Americas LLC and indirect subsidiary of MHFG, MSUSA does not, as a matter of corporate policy, cover MHFG or MHSC for investment recommendation purposes.

MSUSA or other companies affiliated with MHFG, Mizuho Americas LLC or MHSC, together with their respective directors and officers, may have or take positions in the securities mentioned in this report, or derivatives of such securities or other securities issued by companies mentioned in this report, for their own account or the accounts of others, or enter into transactions contrary to any recommendations contained herein, and also may perform or seek to perform broking and other investment or securities related services for the companies mentioned in this report as well as other parties generally.

## Restrictions on Distribution

This report is not directed to, or intended for distribution to or use by, any person who is a citizen or resident of, or entity located in, any locality, territory, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to or restricted by law or regulation. Persons or entities into whose possession this report comes should inform themselves about and observe such restrictions.

**United States:** Mizuho Securities USA LLC, a subsidiary of Mizuho Americas LLC, 1271 Avenue of the Americas, 2nd Floor, New York, NY 10020, USA, contact number +1-212-209-9300, distributes or approves the distribution of this report in the United States and takes responsibility for it. Any transaction by a US investor resulting from the information contained in this report may be effected only through MSUSA. Interested US investors should contact their MSUSA sales representative.

CONFIDENTIAL

FGEN-CA-0526606

## MIZUHO

FibroGen, Inc.

**United Kingdom/Germany/European Economic Area:** This report is distributed in the United Kingdom by Mizuho International plc (MHI), Mizuho House, 30 Old Bailey, London EC4M 7AU. MHI is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange. This report is distributed in Germany by Mizuho Securities Europe GmbH (MHEU), Taunustor 1, 60310 Frankfurt, Germany. MHEU is authorised and regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin). This report may be distributed in other member states of the European Economic Area by MHI and MHEU. For the avoidance of doubt this report is not intended for persons who are Retail Clients within the meaning of the FCA's or the BaFin's rules. Details of organizational and administrative controls for the prevention and avoidance of conflicts of interest can be found at https://www.mizuho-emea.com.

**Japan:** This report is distributed in Japan by Mizuho Securities Co., Ltd. ("MHSC"), Otemachi First Square Otemachi 1-chome, Chiyoda-ku, Tokyo 100-0004, Japan. Registered Financial Instruments Firm, No. 94 (Kinsho), issued by the Director, Kanto Local Finance Bureau. MHSC is a member of the Japan Securities Dealers Association, the Japan Securities Investment Advisers Association and the Financial Futures Association of Japan, and the Type II Financial Instruments Firms Association.

**Singapore:** This report is distributed in Singapore by Mizuho Securities (Singapore) Pte. Ltd. ("MHSS"), a holder of a capital markets services license and an exempt financial adviser regulated by the Monetary Authority of Singapore. MHSS may distribute analyses or reports produced by its affiliates or other foreign research houses pursuant to an arrangement under Regulation 32C of the Financial Advisers Regulations. This report is only intended for distribution to "institutional investors", "accredited investors" or "expert investors", as defined under the Financial Advisers Regulations. Singapore recipients of this report should contact MHSS at 12 Marina View, #10-01A Asia Square Tower 2, Singapore 018961, for any matter arising from, or in connection with, this report.

**Hong Kong:** This report is distributed in Hong Kong by Mizuho Securities Asia Ltd. ('MHSA'), 14 - 15/F, K11 Atelier, 18 Salisbury Road, Tsim Sha Tsui, Kowloon, Hong Kong, a member of MHFG. MHSA is licensed and regulated by the Hong Kong Securities and Futures Commission. This report has been prepared for "professional investors" as defined in the Hong Kong Securities and Futures Ordinance. This report has been prepared in accordance with MHSA's internal conflict of interest management policies. Details of MHSA's organizational and administrative controls for the prevention and avoidance of conflicts of interest are available upon request.

**Australia:** This report is being distributed in Australia by MHSA, which is exempted from the requirement to hold an Australian financial services license under the Corporation Act 2001 ("CA") in respect of the financial services provided to the recipients. MHSA is regulated by the Securities and Futures Commission under the laws of Hong Kong, which differ from Australian laws. Distribution of this report is intended only for recipients who are "wholesale clients" within the meaning of the CA.

If you do not wish to receive our reports in the future, please contact your sales person and request to be removed from receiving this distribution.

© Mizuho Securities USA LLC. All Rights Reserved 2021. This document may not be altered, reproduced or redistributed, or passed on to any other party, in whole or in part, without the prior written consent of Mizuho Securities USA LLC.

CONFIDENTIAL                                    FGEN-CA-0526607

# EXHIBIT X

# Jefferies

FibroGen

# Increased Risk on Path to Approval and Launch Pushed Out: Downgrade to Hold

March 1, 2021

## Key Takeaway

**FGEN announced an Adcom will now be held for Roxa which means no NT approval and more pushout from 3/20 PDUFA. Math suggests mid-21 Adcom and YE21 decision which pushes everything again. Reimbursement and drug launch debate still a key issue too, putting answers into 2022 and past 12mo horizon. Stock range-bound until this all plays out. Risk went up and timelines longer. EU decision is mid-21 and still in play.**

**The Good and Bad about the Roxa news:** FDA has now decided to hold an Adcom for Roxa which is a surprise delay. As a reminder, they already had one PDUFA extension from Dec 2020 to March 2021. <u>Data points suggest the hematology division of FDA reviewing the drug currently is asking for more expertise and input and thus has now called the cardio-renal division (experienced with Epo) to host an Adcom to debate key merits of the drug now.</u> At the time, based on public disclosure from AZN and FGEN, the final label negotiations were ongoing and so Street anticipated a likely FDA approval with no major issues - just with or without various forms of a Black Box. Now, it seems as though a different division of FDA will be needed to help decide the approval and any label details now.

Our base case now is an Adcom in summer 2021, regulatory decision by YE21, but note no formal PDUFA extension which means investors will have no actual known approval decision deadline and will be in no-man's land in H2 and unknown territory since PDUFA can only be extended once. *We downgrade to Hold and lower our PT to $45 due to time and uncertainty through 2021 and more added delays to approval and commercial launch which also gets pushed out. PoS on $2-3B peak falls from 80-90% down to 50%. Plus, Roxa needs a TDAPA code issued which also takes another 3mos after approval, and Part D formulary access for NDD, all of this pushing sales results well into 2022 for answers to debates.*

**Today's news does two things - but mean stock range-bound:**

**(1) Problem:** Adds uncertainty around approvability and label - it's enough for FDA to actually use a lot of resources to host an Adcom; this will bring into question what the FDA concerns are, what theoretical CV risks are outstanding. <mark>There was also a Citizen's Petition trying to block approval...</mark>and AKBA had a flat out negative NDD result that was *worst CV safety* in NDD in 2020 so this may require sign-off by FDA to ensure AKBA was a drug specific issue and trial specific issue w/ control arm, not a class issue and make sure FDA double checks the issues.

**(2) Pot'l positive?** <mark>The pot'l good news is if one feels confident FDA approval will happen (AZN and FGEN have been confident through all communications w/ Street) - a panel provides an opportunity for experts in CKD to weigh in and provide perspective on the benefits of Roxa, likely safety merits (ie Roxa had superior CV safety in IDD, potl non inferior in DD overall, and non inferiority in NDD), etc. However, after the Citizens Petition and AKBA disappointment, the FDA is likely wanting to get cover here - and double check everything with experts before approving this.</mark>

**Rating/Target/Estimate Change**

USA | Biotechnology

| | |
|---|---|
| RATING | 🔻 HOLD (FROM BUY) |
| PRICE | $40.00^ |
| MARKET CAP | $3.6B |
| PRICE TARGET (PT) | $45.00 (FROM $75.00) |
| UPSIDE SCENARIO PT | $75.00 |
| DOWNSIDE SCENARIO PT | $16.00 |

^Prior trading day's closing price unless otherwise noted.
Price: In after-hours trading

**FY Dec**

| USD | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| EPS | (0.89) | 🔻(2.11) | 🔻(1.64) | 🔻(3.75) |
| Prev. | | (1.65) | (1.79) | (2.88) |

## Exhibit 1 - SOTP

| $/Share | Bear Case | Base Case | Bull Case |
|---|---|---|---|
| Roxadustat | $0 | $18 | $32 |
| FG-3019 (IPF) | $7 | $17 | $27 |
| FG-3019 (Pancreatic cancer, Other) | $2 | $8 | $16 |
| FG-5200 (Corneal blindness) | $0 | $0 | $0 |
| Cash | $7 | $2 | $1 |
| | $16 | $45 | $75 |
| Implied Market Cap ($M) | $1,549 | $4,424 | $7,399 |

Source: Jefferies

Michael J. Yee *
Equity Analyst
(415) 229-1535
michael.yee@jefferies.com

Andrew Tsai *
Equity Analyst
(415) 229-1566
atsai@jefferies.com

Kelechi Chikere, Ph.D. *
Equity Analyst
(415) 229-1570
kchikere@jefferies.com

Aryeh Gold *
Equity Associate
(415) 229-1475
agold1@jefferies.com

Dennis Ding *
Equity Associate
(212) 336-7325
dding@jefferies.com

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 6 to 11 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

FGEN-CA-0526690

# Jefferies

## FIBROGEN (FGEN)

### Estimates

| | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| Rev. (MM) | 256.6 | 176.3 | 457.6 | 312.6 |
| *Previous* | | *223.8* | *392.1* | *330.8* |
| **EPS** | | | | |
| Q1 | (0.53) | (0.89)A | (1.02) | - |
| *Previous* | | | *(0.25)* | |
| Q2 | 1.26 | (0.95)A | (1.06) | - |
| *Previous* | | | *(0.95)* | |
| Q3 | (0.57) | 0.35A | 0.18 | - |
| *Previous* | | | *0.30* | |
| Q4 | (1.12) | (0.64) | 0.21 | - |
| *Previous* | | *(0.19)* | *(0.89)* | |
| FY Dec | (0.89) | (2.11) | (1.64) | (3.75) |
| *Previous* | | *(1.65)* | *(1.79)* | *(2.88)* |

### Valuation

| | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| P/Rev | 14.2x | 20.7x | 8.0x | 11.7x |

### Market Data

| | |
|---|---|
| 52-Week Range: | $57.21 - $22.65 |
| Total Entprs. Value | $2.9B |
| Avg. Daily Value MM (USD) | 25.49 |
| Float (%) | 0.0% |

### Financial Summary

| | |
|---|---|
| Long-Term Debt (MM) | $1.1 |
| Cash & ST Invest. (MM) | $732.1 |

## The Long View

### Scenarios

### Base Case

- Our $45 PT is based on a SOTP:
- (1) roxadustat penetrating the anemia mkt and achieving $2-3B+ peak WW sales (50% probability);
- (2) FG-3019 developed for IPF becoming a $1B+ WW drug (30-40% probability);
- (3) Modest probability-adjusted credit to FG-3019's potential opportunity in other indications such as pancreatic cancer;
- (4) value from China economics for roxadustat if it was spun out ($200-400M sales, 2-3x multiple)

### Upside Scenario

- Our upside scenario of $75 is based on a SOTP:
- (1) 90%+ probability of success for roxadustat approval and achieving $5B+ peak WW sales across US, EU, and China
- (2) 45-60% probability of success for FG-3019 for IPF and pancreatic cancer

### Downside Scenario

- Our downside scenario of $16 is based on a SOTP:
- (1) Low probability (0-10%) that roxadustat enters the US market, taking into consideration the risk in running long, large Phase III trials as well as the high bar on safety
- (2) Some value ascribed to the IPF program
- (3) Remaining value in cash

### Investment Thesis / Where We Differ

We do think approval will still happen and Adcom will debate safety and label - but stock will be range-bound until this all plays out through H2.

- Risk went up and timelines longer. EU decision is mid-21 and still in play.
- Stock not expensive but it will take time to play out.

### Catalysts

- **Mid-21:** Pot'l FDA AdCom meeting for Roxadustat for CKD anemia
- **Mid-21:** EMA EU regulatory decision on Roxadustat
- **H2:21:** PDUFA data for Roxadustat for CKD anemia

---

March 1, 2021
Please see important disclosure information on pages 6 - 11 of this report.

2

CONFIDENTIAL

FGEN-CA-0526691

# Jefferies

**Exhibit 2 - FGEN Newsflow**

| Timing | Expected News Flow | Program |
|---|---|---|
| **Roxadustat (oral HIF-PH inhibitor, for Anemia)** | | |
| H1:21 | Potential Phase III data for dialysis center use | Roxadustat |
| Mid:21 | AdCom meeting for FDA | Roxadustat (US) |
| Mid:21 | Potential roxadustat approval for CKD anemia in EU | Roxadustat (EU) |
| H2:21 | Potential roxadustat approval for CKD anemia in USA | Roxadustat (US) |
| H2:21 | Potential Phase II data in Chemotherapy-Induced Anemia **(WHITNEY)** | Roxadustat (US/EU) |
| 2021 | Potential Phase II/III data for China study of roxadustat for treatment of anemia in MDS patients | Roxadustat (China) |
| Q4:21/Q1:22 | Potential TDAPA, followed by launch | Roxadustat (US) |
| H1:22 | Phase III data for US study for treatment of anemia in MDS **(MATTERHORN)** | Roxadustat (US) |
| **Pamrevlumab (FG-3019 anti-CTGF antibody for IPF, Pancreatic cancer, other fibrotic disease)** | | |
| H1:21 | Start second Phase III DMD (ambulatory) program **(LELANTOS-2)** | FG-3019 (DMD) |
| H2:22 | Potential Phase III data of FG-3019 in pancreatic cancer **(LAPIS)** | FG-3019 (Pancreatic cancer) |
| H2:22 | Potential Phase III data for first DMD program **(LELANTOS)** | FG-3019 (DMD) |
| 2022-23 | Potential Phase III data of FG-3019 in IPF **(ZEPHYRUS)** | FG-3019 (IPF) |

Source: Jefferies estimates, Company reports

**Exhibit 3 - SOTP**

| $/Share | Bear Case | Base Case | Bull Case |
|---|---|---|---|
| **Roxadustat** | $0 | $18 | $32 |
| **FG-3019 (IPF)** | $7 | $17 | $27 |
| **FG-3019 (Pancreatic cancer, Other)** | $2 | $8 | $16 |
| **FG-5200 (Corneal blindness)** | $0 | $0 | $0 |
| **Cash** | $7 | $2 | $1 |
| | **$16** | **$45** | **$75** |
| Implied Market Cap ($M) | $1,549 | $4,424 | $7,399 |

Source: Jefferies

March 1, 2021
Please see important disclosure information on pages 6 - 11 of this report.

3

CONFIDENTIAL

FGEN-CA-0526692

# Jefferies

**Exhibit 4 - Roxa sales by region**

| Roxa Sales | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **China** | | | | | | | | | | | | | | | | | | |
| Total sales | - | - | 1.7 | 5.0 | 15.7 | 22.7 | 29.7 | 73.0 | 40.0 | 50.0 | 60.0 | 70.0 | 220.0 | 75.0 | 80.0 | 85.0 | 90.0 | 330.0 |
| FGEN reported | - | - | 1.7 | 5.0 | 15.7 | 22.7 | 29.2 | 72.5 | 30.0 | 27.5 | 33.0 | 38.5 | 129.0 | 41.3 | 44.0 | 46.8 | 49.5 | 181.5 |
| **US** | | | | | | | | | | | | | | | | | | |
| Total sales | - | - | - | - | - | - | - | - | - | - | 1.0 | 10.0 | 11.0 | 20.0 | 30.0 | 45.0 | 60.0 | 155.0 |
| FGEN royalty | - | - | - | - | - | - | - | - | - | - | 0.2 | 2.3 | 2.5 | 4.6 | 6.9 | 10.4 | 13.8 | 35.7 |
| **EU** | | | | | | | | | | | | | | | | | | |
| Total sales | - | - | - | - | - | - | - | - | - | - | - | 5.0 | 5.0 | 10.0 | 15.0 | 20.0 | 25.0 | 70.0 |
| FGEN royalty | - | - | - | - | - | - | - | - | - | - | - | 1.1 | 1.1 | 2.2 | 3.3 | 4.4 | 5.5 | 15.4 |
| **Totals** | | | | | | | | | | | | | | | | | | |
| Total Roxa | - | - | 1.7 | 5.0 | 15.7 | 22.7 | 29.2 | 72.5 | 30.0 | 27.5 | 34.0 | 53.5 | 145.0 | 71.3 | 89.0 | 111.8 | 134.5 | 406.5 |
| Total to FGEN | - | - | 1.7 | 5.0 | 15.7 | 22.7 | 29.2 | 72.5 | 30.0 | 27.5 | 33.2 | 41.9 | 132.6 | 48.1 | 54.2 | 61.5 | 68.8 | 232.6 |

Source: Jefferies

March 1, 2021

Please see important disclosure information on pages 6 - 11 of this report.

4

CONFIDENTIAL

FGEN-CA-0526693

# Jefferies

## Exhibit 5 - Income statement

| ($ in millions except per share) Fiscal Year Ends December | FY17 | FY18 | FY19 | 1Q20 Mar-20 | 2Q20 Jun-20 | 3Q20 Sep-20 | 4Q20 Dec-20 | FY20 | 1Q21E Mar-21 | 2Q21E Jun-21 | 3Q21E Sep-21 | 4Q21E Dec-21 | FY21E | 1Q22E Mar-22 | 2Q22E Jun-22 | 3Q22E Sep-22 | 4Q22E Dec-22 | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | | | | | | | |
| Roxadustat Sales Booked (China) | - | - | 1.7 | 5.0 | 15.7 | 22.7 | 29.2 | 72.5 | 30.0 | 27.5 | 33.0 | 38.5 | 129.0 | 41.3 | 44.0 | 46.8 | 49.5 | 181.5 |
| Roxadustat Royalties (US, EU, RoW) | - | - | - | - | - | - | - | - | - | - | 0.2 | 3.4 | 3.6 | 6.8 | 10.2 | 14.8 | 19.3 | 51.1 |
| FG-3019 Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| License and milestone (old reporting) | 76.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| License revenue | - | 22.3 | 177.1 | - | - | - | 14.3 | 14.3 | - | - | 120.0 | 125.0 | 245.0 | - | - | - | - | - |
| Development and other revenue | 51.7 | 190.7 | 77.8 | 19.4 | 27.2 | 21.3 | 21.5 | 89.5 | 20.0 | 20.0 | 20.0 | 20.0 | 80.0 | 20.0 | 20.0 | 20.0 | 20.0 | 80.0 |
| **Total Revenue** | **128.2** | **213.0** | **256.6** | **24.4** | **42.9** | **44.0** | **65.0** | **176.3** | **50.0** | **47.5** | **173.2** | **186.9** | **457.6** | **68.1** | **74.2** | **81.5** | **88.8** | **312.6** |
| **Costs and expenses:** | | | | | | | | | | | | | | | | | | |
| Cost of product sales | - | - | 1.1 | 1.0 | 3.1 | 2.2 | 2.6 | 8.9 | 2.4 | 2.2 | 2.6 | 3.1 | 10.3 | 3.3 | 3.5 | 3.7 | 4.0 | 14.5 |
| Research and development | 196.5 | 235.8 | 209.3 | 54.9 | 61.4 | 58.5 | 78.1 | 252.9 | 80.0 | 82.0 | 84.0 | 86.0 | 332.0 | 88.0 | 90.0 | 91.0 | 92.0 | 361.0 |
| Selling, general and administrative | 51.8 | 63.8 | 135.5 | 49.6 | 63.5 | (49.0) | 42.2 | 106.4 | 65.0 | 67.0 | 72.0 | 79.0 | 283.0 | 81.0 | 83.0 | 85.0 | 86.0 | 335.0 |
| **Total operating costs and expenses** | **248.3** | **299.7** | **345.9** | **105.5** | **128.0** | **11.7** | **123.0** | **368.2** | **147.4** | **151.2** | **158.6** | **168.1** | **625.3** | **172.3** | **176.5** | **179.7** | **182.0** | **710.5** |
| Income (loss) from operations | **(120.1)** | **(86.7)** | **(89.3)** | **(81.1)** | **(85.1)** | **32.3** | **(58.0)** | **(191.9)** | **(97.4)** | **(103.7)** | **14.6** | **18.8** | **(167.7)** | **(104.3)** | **(102.3)** | **(98.2)** | **(93.2)** | **(398.0)** |
| Total interest and other, net | (3.3) | 0.6 | 12.7 | 2.5 | (0.0) | 0.9 | (0.5) | 3.0 | 3.1 | 2.9 | 2.6 | 2.5 | 11.1 | 2.7 | 2.6 | 2.3 | 1.9 | 9.5 |
| Income (loss) before income taxes | (123.3) | (86.1) | (76.6) | (78.5) | (85.1) | 33.2 | (58.5) | (188.9) | (94.3) | (100.8) | 17.2 | 21.3 | (156.6) | (101.6) | (99.7) | (96.0) | (91.3) | (388.5) |
| Benefit from income tax (provision) | (0.3) | (0.3) | (0.4) | (0.2) | (0.2) | (0.2) | (0.2) | (0.8) | (0.2) | (0.2) | (0.2) | (0.2) | (0.8) | (0.2) | (0.2) | (0.2) | (0.2) | (0.8) |
| **Net income (loss)** | **(123.7)** | **(86.4)** | **(77.0)** | **(78.7)** | **(85.3)** | **33.0** | **(58.6)** | **(189.7)** | **(94.5)** | **(101.0)** | **17.0** | **21.1** | **(157.4)** | **(101.8)** | **(99.9)** | **(96.2)** | **(91.5)** | **(389.3)** |
| EPS (basic) | ($1.72) | ($1.03) | ($0.89) | ($0.89) | ($0.95) | $0.36 | ($0.64) | ($2.11) | ($1.02) | ($1.06) | $0.18 | $0.21 | ($1.64) | ($1.01) | ($0.97) | ($0.92) | ($0.86) | ($3.75) |
| EPS (diluted) | ($1.72) | ($1.03) | ($0.89) | ($0.89) | ($0.95) | $0.35 | ($0.64) | ($2.11) | ($1.02) | ($1.06) | $0.18 | $0.21 | ($1.64) | ($1.01) | ($0.97) | ($0.92) | ($0.86) | ($3.75) |
| Basic | 72.9 | 84.1 | 86.6 | 88.2 | 89.5 | 90.6 | 91.2 | 89.8 | 93.0 | 94.8 | 96.7 | 98.7 | 95.8 | 100.7 | 102.7 | 104.7 | 106.8 | 103.7 |
| Diluted | 72.9 | 85.6 | 87.9 | 88.2 | 89.5 | 93.7 | 91.2 | 90.6 | 93.0 | 94.8 | 96.7 | 98.7 | 95.8 | 100.7 | 102.7 | 104.7 | 106.8 | 103.7 |

Source: Jefferies, Company reports

## Exhibit 6 - Balance Sheet

| Fiscal Year (Ending in December) ($ figures in MM, except per share) | FY19 | FY20 | 1Q21E Mar-21 | 2Q21E Jun-21 | 3Q21E Sep-21 | 4Q21E Dec-21 | FY21E | 1Q22E Mar-22 | 2Q22E Jun-22 | 3Q22E Sep-22 | 4Q22E Dec-22 | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets:** | | | | | | | | | | | | |
| Cash & Equivalents | 126.3 | 678.4 | 824.5 | 824.5 | 824.5 | 824.5 | 678.4 | 678.4 | 641.3 | 712.4 | 747.1 | 749.5 |
| Short-term investments | 407.5 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 | 3.1 | (3.9) | (28.1) | 1.1 |
| Accounts receivable | 28.5 | 41.9 | 42.2 | 42.5 | 42.8 | 43.1 | 43.1 | 43.4 | 43.7 | 44.0 | 44.3 | 44.3 |
| Inventory | 6.9 | 16.5 | 16.8 | 17.1 | 17.4 | 17.7 | 17.7 | 18.0 | 18.3 | 18.6 | 18.9 | 18.9 |
| Prepaid expenses and other current assets | 133.4 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 | 10.2 |
| **Total current assets** | **702.5** | **755.1** | **901.8** | **902.4** | **903.0** | **903.6** | **757.5** | **758.1** | **716.6** | **781.3** | **792.4** | **824.0** |
| Restricted time deposits | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| Long-term investments | 61.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Property and equipment, net | 42.7 | 33.6 | 40.6 | 40.6 | 40.6 | 40.6 | 33.6 | 33.6 | 34.1 | 35.1 | 36.7 | 34.6 |
| Other assets | 49.0 | 35.8 | 35.8 | 35.8 | 35.8 | 35.8 | 35.8 | 35.8 | 35.8 | 35.8 | 35.8 | 35.8 |
| **Total assets** | **857.4** | **826.8** | **980.5** | **981.1** | **981.7** | **982.3** | **829.2** | **829.8** | **788.8** | **854.4** | **867.2** | **896.7** |
| **Current liabilities:** | | | | | | | | | | | | |
| Accounts Payable | 6.1 | 24.8 | 25.0 | 25.3 | 25.5 | 25.8 | 25.8 | 26.0 | 26.3 | 26.5 | 26.8 | 26.8 |
| Other accrued liabilities | 83.8 | 119.5 | 119.5 | 119.5 | 119.5 | 119.5 | 119.5 | 119.5 | 119.5 | 119.5 | 119.5 | 119.5 |
| Finance Lease Liabilities | 12.4 | 12.3 | 12.3 | 12.3 | 12.3 | 12.3 | 12.3 | 12.3 | 12.3 | 12.3 | 12.3 | 12.3 |
| Deferred revenue | 0.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 |
| **Total current liabilities** | **102.7** | **163.2** | **163.4** | **163.7** | **163.9** | **164.2** | **164.2** | **164.4** | **164.7** | **164.9** | **165.2** | **165.2** |
| Long-term debt, net of discount and issuance | 1.1 | - | - | - | - | - | - | - | - | - | - | - |
| Product development obligations | 16.8 | 18.7 | 18.7 | 18.7 | 18.7 | 18.7 | 18.7 | 18.7 | 18.7 | 18.7 | 18.7 | 18.7 |
| Deferred rent | - | - | - | - | - | - | - | - | (0.1) | (0.3) | (0.6) | (0.2) |
| Deferred revenue, net of current | 99.4 | 138.5 | 138.5 | 138.5 | 138.5 | 138.5 | 138.5 | 138.5 | 138.5 | 138.5 | 138.5 | 138.5 |
| Finance Lease Liabilities | 37.6 | 25.4 | 25.4 | 25.4 | 25.4 | 25.4 | 25.4 | 25.4 | 25.4 | 25.4 | 25.4 | 25.4 |
| Other non-current liabilities | 64.3 | 39.6 | 39.6 | 39.6 | 39.6 | 39.6 | 39.6 | 39.6 | 39.6 | 39.6 | 39.6 | 39.6 |
| **Total Liabilities** | **322.0** | **385.4** | **385.6** | **385.9** | **386.1** | **386.4** | **386.4** | **386.6** | **386.8** | **386.8** | **386.8** | **387.2** |
| **Shareholders Equity** | | | | | | | | | | | | |
| Common Stock | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| Additional paid-in capital | 1,300.7 | 1,399.8 | 1,399.8 | 1,399.8 | 1,399.8 | 1,399.8 | 1,399.8 | 1,399.8 | 1,399.8 | 1,399.8 | 1,399.8 | 1,399.8 |
| Accumulated other comprehensive loss | (0.7) | (4.5) | (4.5) | (4.5) | (4.5) | (4.5) | (4.5) | (4.5) | (4.5) | (4.5) | (4.5) | (4.5) |
| Accumulated deficit | (784.7) | (974.0) | (820.6) | (820.3) | (819.9) | (819.6) | (972.6) | (972.3) | (1,013.5) | (947.9) | (935.0) | (906.0) |
| **Total stockholders' equity** | **516.1** | **422.2** | **575.6** | **575.9** | **576.3** | **576.6** | **423.6** | **423.9** | **382.7** | **448.3** | **461.2** | **490.2** |
| **Non-controlling interests** | **19.3** | **19.3** | **19.3** | **19.3** | **19.3** | **19.3** | **19.3** | **19.3** | **19.3** | **19.3** | **19.3** | **19.3** |
| **Total Liabilities & Shareholders' Equity** | **857.4** | **826.8** | **980.5** | **981.1** | **981.7** | **982.3** | **829.2** | **829.8** | **788.8** | **854.4** | **867.2** | **896.7** |

Source: Company reports, Jefferies

CONFIDENTIAL

FGEN-CA-0526694

**Jefferies**

## Company Description

**FibroGen**

FibroGen is a San Francisco-based biopharmaceutical company focused on the discovery, development and commercialization of novel therapeutics to treat anemia, fibrosis and cancer. The company's lead anemia product candidate roxadustat is an oral small molecule inhibitor of HIF-PH, partnered with AstraZeneca and Astellas around the world. Its lead IPF drug candidate FG-3019 is a monoclonal antibody that is also in development for pancreatic cancer and liver fibrosis and DMD.

## Company Valuation/Risks

**FibroGen**

Our PT is based on a probability-adjusted DCF (WACC 8%; TG -10%) for Roxa and FG-3019. Risks include safety and efficacy, and reimbursement/competition.

## Analyst Certification:

I, Michael J. Yee, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Andrew Tsai, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kelechi Chikere, Ph.D., certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Aryeh Gold, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Dennis Ding, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

(Article 3(1)e and Article 7 of MAR)

| | |
|---|---|
| Recommendation Published | March 1, 2021 , 22:02 ET. |
| Recommendation Distributed | March 1, 2021 , 22:02 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of FibroGen Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated

CONFIDENTIAL                                                                          FGEN-CA-0526695

securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

### Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

CONFIDENTIAL                                                           FGEN-CA-0526696

# Jefferies

**EQUITY RESEARCH**
FibroGen Inc (FGEN)

Rating and Price Target History for: FibroGen Inc (FGEN) as of 02-26-2021

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.
Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | | JIL Mkt Serv/Past3 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1611 | 60.36% | 154 | 9.56% | 19 | 1.18% |
| **HOLD** | 924 | 34.62% | 22 | 2.38% | 6 | 0.65% |
| **UNDERPERFORM** | 134 | 5.02% | 2 | 1.49% | 1 | 0.75% |

CONFIDENTIAL                                                                               FGEN-CA-0526697

# Jefferies

## Other Important Disclosures

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated

---

March 1, 2021                                                                                                                    9
Please see important disclosure information on pages 6 - 11 of this report.

CONFIDENTIAL                                                                                      FGEN-CA-0526698

**Jefferies**

Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

CONFIDENTIAL                                                                                                           FGEN-CA-0526699

# Jefferies

**EQUITY RESEARCH**
**FibroGen Inc (FGEN)**

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2021 Jefferies Group LLC

CONFIDENTIAL                                                                                     FGEN-CA-0526700

# EXHIBIT Y

# FILED UNDER SEAL

# EXHIBIT Z



# Investors and Media

## Press Release

 View printer-friendly version

« Back

## FibroGen Provides Additional Information on Roxadustat

CONFIDENTIAL                                                                FGEN-CA-1113308

*Company Continues to be Confident in the Benefit / Risk Profile of Roxadustat*

*Company to Host Investor Call Today at 5:00 p.m. Eastern Time (2:00 p.m. Pacific Time)*

SAN FRANCISCO, April 06, 2021 (GLOBE NEWSWIRE) -- FibroGen, Inc. (Nasdaq: FGEN) (the "Company") today provided clarification of certain prior disclosures of U.S. primary cardiovascular safety analyses from the roxadustat Phase 3 program for the treatment of anemia of chronic kidney disease ("CKD").

"As members of senior management were preparing for the upcoming FDA Advisory Committee meeting, we became aware that the primary cardiovascular safety analyses included post-hoc changes to the stratification factors," said Enrique Conterno, Chief Executive Officer, FibroGen. "While all of the analyses set forth below, including the differences in the stratification factors, were included in the NDA, we promptly decided to clarify this issue with the FDA and communicate with the scientific and investment communities."

Mr. Conterno continued, "It is important to emphasize that this does not impact our conclusion regarding the comparability, with respect to cardiovascular safety, of roxadustat to epoetin-alfa in dialysis-dependent (DD) patients and to placebo in non-dialysis dependent (NDD) patients. We continue to have confidence in roxadustat's benefit risk profile."

FibroGen continues to prepare for the FDA Advisory Committee meeting and will work closely with the FDA to bring this important new treatment to patients living with anemia of CKD.

There is no change in the underlying roxadustat data, or to the efficacy analyses from the Phase 3 program. The Company has begun a comprehensive internal review to ensure such issues do not occur in the future.

**Pooled Cardiovascular Safety Data**

As previously disclosed, the Company agreed with the FDA in the pre-NDA meeting that the primary analysis in non-dialysis would be ITT (intention to treat with long-term follow up) and in dialysis would be OT-7 (on-treatment plus 7 days). MACE, a composite endpoint of all-cause mortality, stroke, and myocardial infarction, was the primary safety endpoint agreed on with the FDA.

The table below describes the cardiovascular safety results using the post-hoc stratification factors reported at the American Society of Nephrology conference in November 2019, as well as the analyses with the pre-specified stratification factors which have not been previously publicly reported.

CONFIDENTIAL                                                                                    FGEN-CA-1113309

| | Analyses with post-hoc stratification factors | Analyses with pre-specified stratification factors |
|---|---|---|
| | HR (95% Confidence Interval) | HR (95% Confidence Interval) |
| **Non Dialysis** (OLYMPUS, ANDES, ALPS N=4,270); ITT | | |
| MACE | 1.08 (0.94, 1.24) | 1.10 (0.96, 1.27) |
| MACE+ | 1.04 (0.91, 1.18) | 1.07 (0.94, 1.21) |
| ACM | 1.06 (0.91, 1.23) | 1.08 (0.93, 1.26) |
| **Dialysis Dependent** (HIMALAYAS, SIERRAS, ROCKIES N=3,880); OT-7 | | |
| MACE | 0.96 (0.82, 1.13) | 1.02 (0.88, 1.20) |
| MACE+ | 0.86 (0.74, 0.98) | 0.91 (0.80, 1.05) |
| ACM | 0.96 (0.79, 1.17) | 1.02 (0.84, 1.23) |
| **Incident Dialysis** (N=1,526); OT-7 | | |
| MACE | 0.70 (0.51, 0.96) | 0.82 (0.60, 1.11) |
| MACE+ | 0.66 (0.50, 0.89) | 0.78 (0.59, 1.02) |
| ACM | 0.76 (0.52, 1.11) | 0.82 (0.57, 1.18) |

ITT: intention to treat with long-term follow up

OT-7: on-treatment plus 7 days

Major Adverse Cardiovascular Event (MACE): a composite endpoint of all-cause mortality, stroke, and myocardial infarction.

(MACE+): in addition to the components in MACE, includes hospitalization due to heart failure or unstable angina.

(ACM): all-cause mortality.

As reflected in the table, the analyses with the pre-specified stratification factors result in higher hazard ratios (point estimates of relative risk) and 95% confidence intervals. For MACE+ in dialysis and for MACE and MACE+ in incident dialysis, the 95% confidence intervals include 1.0. While these hazard ratios remain below 1.0, based on these analyses we cannot conclude that roxadustat reduces the risk of (or is superior to) MACE+ in dialysis, and MACE and MACE+ in incident dialysis compared to epoetin-alfa.

These analyses do not change the Company's assessment that roxadustat is comparable to placebo in non-dialysis dependent patients and to epoetin-alfa in dialysis dependent patients using MACE to measure cardiovascular safety.

As previously announced, roxadustat has been launched in China and Japan for the treatment of anemia of CKD in both NDD and DD adult patients. These approvals were based on different studies conducted in the relevant geographies. In Europe, the Marketing Authorization Application for roxadustat for the treatment of anemia of CKD in patients both on dialysis and not on dialysis was filed by FibroGen's partner Astellas and accepted by the European Medicines Agency for review in May 2020.

CONFIDENTIAL    FGEN-CA-1113310

**Conference Call and Webcast Details**

FibroGen will host a conference call and webcast today, April 6, 2021, at 5:00 pm Eastern Time (2:00 p.m. Pacific Time) to discuss this matter. Interested parties may access a live audio webcast of the conference call via the FibroGen website at https://fibrogen.gcs-web.com/events-and-presentations/events. It is recommended that listeners access the website 15 minutes prior to the start of the call to download and install any necessary audio software.

Dial-In Information
Live (U.S./Canada): (877) 658-9081
Live (International): (602) 563-8732
Confirmation number: 5297733

A replay of the webcast and investor presentation will be available shortly after the call for a period of 30 days. To access the replay, please dial (855) 859-2056 (domestic) or (404) 537-3406 (international), and use passcode 5297733.

**About Anemia of CKD**

Chronic kidney disease (CKD) is generally a progressive disease characterized by gradual loss of kidney function that may eventually lead to kidney failure or end stage renal disease, requiring dialysis or kidney transplant. CKD is estimated to occur in approximately 10-12% of adults worldwide and is predicted to become the fifth most common cause of premature death globally by 2040.

Anemia, a serious medical condition in which patients have insufficient red blood cells and low levels of hemoglobin, is a common early complication of CKD, affecting approximately 20% of CKD patients. Anemia of CKD is associated with an increased risk of hospitalization, cardiovascular complications, and death, and can also cause significant fatigue, cognitive dysfunction and reduced quality of life. Blood transfusions are used for treating severe anemia, however, they may reduce a patient's opportunity for kidney transplant and can increase the risk of infection and/or complications such as heart failure and allergic reactions.

**About Roxadustat**

Roxadustat, an oral medicine, is the first in a new class of medicines, HIF-PH inhibitors that promote erythropoiesis, or red blood cell production, through increased endogenous production of erythropoietin; improved iron absorption and mobilization; and downregulation of hepcidin. Roxadustat is also in clinical development for anemia associated with myelodysplastic syndromes (MDS) and for chemotherapy-induced anemia (CIA).

CONFIDENTIAL                                                                                                    FGEN-CA-1113311

Roxadustat is approved in China, Japan, and Chile for the treatment of anemia of CKD in adult patients on dialysis (DD) and not on dialysis (NDD). In Europe, the Marketing Authorization Application for roxadustat for the treatment of anemia of CKD in patients both on dialysis and not on dialysis was filed by our partner Astellas and accepted by the European Medicines Agency for review on May 2020. Several other licensing applications for roxadustat have been submitted by Astellas and AstraZeneca to regulatory authorities across the globe, and are currently in review.

Astellas and FibroGen are collaborating on the development and commercialization of roxadustat for the potential treatment of anemia in territories including Japan, Europe, Turkey, Russia and the Commonwealth of Independent States, the Middle East, and South Africa. FibroGen and AstraZeneca are collaborating on the development and commercialization of roxadustat for the potential treatment of anemia in the U.S., China, other markets in the Americas, in Australia/New Zealand, and Southeast Asia.

**About FibroGen**

FibroGen, Inc. is a biopharmaceutical company committed to discovering, developing, and commercializing a pipeline of first-in-class therapeutics. The Company applies its pioneering expertise in hypoxia-inducible factor (HIF) and connective tissue growth factor (CTGF) biology to advance innovative medicines for the treatment of unmet needs. The Company is currently developing and commercializing roxadustat, an oral small molecule inhibitor of HIF prolyl hydroxylase activity, for anemia associated with chronic kidney disease (CKD). Roxadustat is also in clinical development for anemia associated with myelodysplastic syndromes (MDS) and for chemotherapy-induced anemia (CIA). Pamrevlumab, an anti-CTGF human monoclonal antibody, is in clinical development for the treatment of locally advanced unresectable pancreatic cancer (LAPC), Duchenne muscular dystrophy (DMD), and idiopathic pulmonary fibrosis (IPF). For more information, please visit www.fibrogen.com.

**Forward Looking Statements**

This release contains forward-looking statements regarding the Company's prospects, including statements regarding the safety and efficacy profile of our product candidates and regulatory results, strategy and interactions, including those of our partners. Forward-looking statements include, but are not limited to, statements about our plans, objectives, representations and contentions and are not historical facts and typically are identified by use of terms such as "may," "will", "should," "on track," "could," "expect," "plan," "anticipate," "believe," "estimate," "predict," "potential," "continue" and similar words, although some forward-looking statements are expressed differently. Our actual results may differ materially from those indicated in these forward-looking statements due to risks and uncertainties related to the continued progress and timing of our various programs,

CONFIDENTIAL                                                                                                FGEN-CA-1113312

including the enrollment and results from ongoing and potential future clinical trials, and other matters that are described in our Annual Report on Form 10-K for the fiscal year ended December 31, 2020 filed with the Securities and Exchange Commission (SEC), and the risk factors set forth therein, including without limitation, risks related to obtaining regulatory approval and the planned FDA Advisory Committee meeting. Investors are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date of this release, and we undertake no obligation to update any forward-looking statement in this press release, except as required by law.

**Contacts:**
**FibroGen, Inc.**

**Investors**:
Michael Tung, M.D.
Corporate Strategy / Investor Relations
1.415.978.1434
mtung@fibrogen.com

**Media:**
Jennifer Harrington
+1.610.574.9196
Jennifer.Harrington@gcihealth.com



Source: FibroGen, Inc

CONFIDENTIAL                                                                  FGEN-CA-1113313

# EXHIBIT AA

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH

CARDIOVASCULAR AND RENAL DRUGS ADVISORY COMMITTEE

(CRDAC)

Virtual Meeting

Thursday, July 15, 2021

9:30 a.m. to 5:33 p.m.

                        **Meeting Roster**

**DESIGNATED FEDERAL OFFICER (Non-Voting)**

**Joyce Yu, PharmD**

Division of Advisory Committee and

Consultant Management

Office of Executive Programs, CDER, FDA


**CARDIOVASCULAR AND RENAL DRUGS ADVISORY COMMITTEE**

**MEMBERS (Voting)**

**Jacqueline D. Alikhaani, BA**

*(Consumer Representative)*

Volunteer and Advocate

American Heart Association

Los Angeles, California


**C. Noel Bairey Merz, MD, FACC, FAHA, FESC**

Director

Barbra Streisand Women's Heart Center

Cedars-Sinai Medical Center

Los Angeles, California

**Thomas D. Cook, PhD, MS, MA**

Professor (Clinical Health Sciences)

Clinical Trials Program

Department of Biostatistics and Medical

Informatics

University of Wisconsin-Madison

Madison, Wisconsin


**Edward K. Kasper, MD, FACC, FAHA**

Director of Outpatient Cardiology

Johns Hopkins Medicine

E. Cowles Andrus Professor in Cardiology

Johns Hopkins School of Medicine

Baltimore, Maryland


**Julia B. Lewis, MD**

*(Chairperson)*

Professor of Medicine

Division of Nephrology

Vanderbilt Medical Center

Nashville, Tennessee

**David J. Moliterno, MD**

Professor and Chairman

Department of Internal Medicine

University of Kentucky Medical Center

Lexington, Kentucky


**Christopher M. O'Connor, MD, MACC,**

**FESC, FHFA, FHFSA**

Professor of Medicine, Duke University

President and Executive Director

Inova Heart and Vascular Institute

Falls Church, Virginia


**Ravi I. Thadhani, MD, MPH**

Chief Academic Officer

Massachusetts General Brigham

Professor of Medicine and Dean for Academic

Programs Mass General Brigham

Harvard Medical School

Boston, Massachusetts

**ACTING INDUSTRY REPRESENTATIVE TO THE COMMITTEE**

**(Non-Voting)**

**David G. Soergel, MD**

Global Head

Cardiovascular, Renal and Metabolism Development

Novartis Pharma

East Hanover, New Jersey


**TEMPORARY MEMBERS (Voting)**

**Leslie S. Cho, MD, FACC, FSCAI, FESC**

Section Head, Preventive Cardiology and

Rehabilitation

Professor of Medicine

Cleveland Clinic Lerner College of Medicine

Case Western Reserve Medical School

Cleveland Clinic

Cleveland, Ohio


**Paul T. Conway**

*(Patient Representative)*

Falls Church, Virginia

FDA CRDAC                    July 15 2021                    6

**Susan T. Crowley, MD, MBA, FASN**

Professor of Medicine (Nephrology)

Yale University

Director, National Kidney Disease &

Dialysis Program

Veterans Health Administration

West Haven, Connecticut


**Milton Packer, MD**

Distinguished Scholar in Cardiovascular

Medicine

Baylor Heart and Vascular Institute

Baylor University Medical Center

Dallas, Texas


**Afshin Parsa, MD, MPH**

Senior Scientific Advisor and Program

Director

Division of Kidney, Urologic, and

Hematologic Diseases

NIDDK, NIH

Bethesda, Maryland

**Thomas J. Wang, MD**

Professor and Chair

Department of Internal Medicine

Donald W. Seldin Distinguished Chair

University of Texas Southwestern

Medical Center

Dallas, Texas


**FDA PARTICIPANTS (Non-Voting)**

**Ellis F. Unger, MD**

Director

Office of Cardiology, Hematology,

Endocrinology and Nephrology (OCHEN)

Office of New Drugs (OND), CDER, FDA


**Ann T. Farrell, MD**

Director

Division of Non-Malignant Hematology (DNH)

OCHEN, OND, CDER, FDA

**Saleh Ayache, MD**

Clinical Reviewer

DNH, OCHEN, OND, CDER, FDA


**Jae Joon Song, PhD**

Statistical Reviewer

Division of Biometrics VII

Office of Biostatistics

Office of Translational Sciences

CDER, FDA

C O N T E N T S

AGENDA ITEM                                           PAGE

Call to Order

    Julia Lewis, MD                                   11

Introduction of Committee

    Joyce Yu, PharmD                                  11

Conflict of Interest Statement

    Joyce Yu, PharmD                                  18

FDA Opening Remarks

    Ellis Unger, MD                                   23

**Applicant Presentations – FibroGen, Inc.**

Introduction

    R. Wayne Frost, PharmD, JD                        28

Unmet Need

    Roberto Pecoits-Fihlo, MD, PhD                    35

Efficacy Results

    Lynda Szczech, MD                                 43

Safety Results

    Dustin Little, MD                                 62

Clinical Perspective

    Steven Fishbane, MD                               95

FDA CRDAC                    July 15 2021                    10

```
              C O N T E N T S (continued)

AGENDA ITEM                                        PAGE
```

Clarifying Questions                               104

**FDA Presentations**

Roxadustat for the Treatment of Anemia

Due to Chronic Kidney Disease in Adult

Patients not on Dialysis and on Dialysis

        Saleh Ayache, MD                           135

        Jae Joon Song, PhD                         159

        Saleh Ayache, MD                           174

Clarifying Questions                               180

**Open Public Hearing**                            205

Clarifying Questions (continued)                   248

Questions to the Committee and Discussion          265

Adjournment                                        342

P R O C E E D I N G S

(9:30 a.m.)

**Call to Order**

DR. LEWIS:  Good morning and welcome.  I would like to remind everyone to please mute your line when you are not speaking.  For media and press, the FDA press contact is Chanapa Tantibanchachai.  Her email and phone number are currently displayed.

My name is Julia Lewis, and I will be chairing this meeting.  I will now call the July 15, 2021 meeting of the Cardiovascular and Renal Drugs Advisory Committee to order.  Dr. Joyce Yu is the designated federal officer for this meeting and will begin with introductions.

**Introduction of Committee**

DR. YU:  Good morning.  My name is Joyce Yu, and I'm the designated federal officer for this meeting.  When I call your name, please introduce yourself by stating your name and affiliation.

We'll start with Ms. Alikhaani.

MS. ALIKHAANI:  Good morning.  I'm

Jacqueline Alikhaani.  I live in Los Angeles.  I'm a heart patient and volunteered citizen scientist. I'm a community health volunteer with the American Heart Association and PCORI, the Patient-Centered Outcomes Research Institute, and the University of California, Los Angeles.

DR. LEWIS:  Thank you.

Dr. Bairey Merz?

DR. BAIREY MERZ:  Good morning.  Noel Bairey Merz.  I'm a clinical and investigative cardiologist at Cedars-Sinai Medical Center in Los Angeles, with the specialties of ischemic heart disease and women's heart disease.

DR. YU:  Thank you.

Dr. Cook?

DR. COOK:  This is Thomas Cook.  I'm a biostatistician at the University of Wisconsin-Madison, where I specialize in clinical trials.

DR. YU:  Thanks.

Dr. Kasper?

DR. KASPER:  Good morning.  Kevin Kasper.

I'm a cardiologist at Johns Hopkins with interest in heart failure and heart transplantation.

DR. YU:  Thank you.

Dr. Lewis?

DR. LEWIS:  Good morning.  I'm Dr. Julia Lewis.  I'm a nephrologist at Vanderbilt University.  Thank you.

DR. LEWIS:  Dr. Moliterno?

DR. MOLITERNO:  Hi.  David Moliterno.  I'm a professor of medicine and cardiologist at the University of Kentucky.

DR. YU:  Thanks.

Dr. O'Connor?

DR. O'CONNOR:  Good morning.  Chris O'Connor here.  I'm a heart-failure cardiologist interested in heart-failure clinical trials and also serve as president of the Inova Heart and Vascular Institute health system outside Washington DC.

DR. BAIREY MERZ:  Dr. Thadhani?

DR. THADHANI:  Good morning.  My name is Ravi Thadhani.  I'm the chief academic officer at Mass General Brigham and a nephrologist by

FDA CRDAC                    July 15 2021                    14

training.  Thank you.

DR. YU:  Unfortunately, Dr. Abbott is not able to participate today, in today's meeting.  He had an emergency.  So we'll move on to Dr. Cho.

(No response.)

DR. YU:  Dr. Cho, you're muted in the Adobe Connect.  Would you mind unmuting?

(Pause.)

DR. CHO:  Hi.  Leslie Cho, professor of medicine, interventional cardiologist at Cleveland Clinic.

DR. YU:  Thank you so much.

Mr. Conway?

MR. CONWAY:  Hi.  My name is Paul Conway.  I serve as chair of Policy and Global Affairs at the American Association of Kidney Patients, and I'm a 40-year kidney patient.  Thank you.

DR. YU:  Dr. Crowley?

DR. CROWLEY:  Yes.  Hi.  I'm a nephrologist for the Veterans Health Administration and a professor of medicine at Yale University.

DR. YU:  Dr. Packer?

DR. PACKER:  Yes.  I'm a cardiologist at Baylor University Medical Center with a focus on clinical trials.  I guess I should just state for the record that there is a waiver in my name that has given me an extra degree.  I do not have an MPH degree.  So Joyce, I just wanted to put that in for the record.

DR. YU:  Thanks, Dr. Packer.

DR. PARSA:  Good morning.  I'm Afshin Parsa. I'm a nephrologist and senior scientific advisor at the National Institutes of Health.

DR. YU:  Dr. Wang?

DR. WANG:  Hi.  I'm Tommy Wang.  I'm a cardiologist and chair of medicine at UT Southwestern Medical Center.

DR. YU:  Dr. Soergel?

DR. SOERGEL:  Good morning.  David Soergel. I'm a pediatric cardiologist industry representative from Novartis.

DR. YU:  We'll move on to our FDA participants.

Dr. Unger?

DR. UNGER:  I'm Ellis Unger.  I'm a cardiologist and the director of the Office of Cardiology, Hematology, Endocrinology, and Nephrology in the Office of New Drugs, Center for Drug Evaluation and Research at FDA.

DR. YU:  Thanks.

Dr. Farrell?

(No response.)

DR. YU:  Dr. Farrell, go ahead and unmute in the Adobe Connect at the top of your screen at the phone icon.  I think you're muted there.

DR. FARRELL:  Hello.  My name is Ann Farrell.  I'm a hematologist and medical oncologist, and I'm the division director of the Division of Non-Malignant Hematology in the Office of Cardiology, Hematology, Nephrology, and Endocrinology.  Thank you.

DR. YU:  Thanks, Dr. Farrell.

Dr. Ayache?

DR. AYACHE:  My name is Dr. Saleh Ayache. I'm a medical officer in the Division of Non-Malignant Hematology in the Office of

Cardiology, Hematology, Endocrinology, and Nephrology.

DR. YU:  And finally, Dr. Jae Joon Song?

DR. SONG:  Good morning.  My name is Dr. Jae Joon Song, and I am a statistical reviewer at the FDA Center for Drug Evaluation and Research, Office of Biostatistics.

DR. YU:  I'll hand it over to you, Dr. Lewis.

DR. LEWIS:  Thank you.

For topics such as those being discussed at this meeting, there are often a variety of opinions, some of which are quite strongly held. Our goal is that this meeting will be a fair and open forum for discussion of these issues and that individuals can express their views without interruption.

Thus, as a gentle reminder, individuals will be allowed to speak into the record only if recognized by the chairperson.  We look forward to a productive meeting.

In the spirit of the Federal Advisory

FDA CRDAC                    July 15 2021                    18

Committee Act and the Government in the Sunshine Act, we ask that the advisory committee members take care that their conversations about the topic at hand take place in the open forum of the meeting.

We are aware that members of the media are anxious to speak with the FDA about these proceedings, however, FDA will refrain from discussing the details of this meeting with the media until its conclusion.  Also, the committee is reminded to please refrain from discussing the meeting topic during breaks or lunch.  Thank you.

Dr. Joyce Yu will now read the Conflict of Interest Statement for the meeting.

### Conflict of Interest Statement

DR. YU:  The Food and Drug Administration is convening today's meeting of the Cardiovascular and Renal Drugs Advisory Committee under the authority of the Federal Advisory Committee Act of 1972. With the exception of the industry representative, all members and temporary voting members of the committee are special government employees, SGEs,

FDA CRDAC                    July 15 2021                         19

or regular federal employees from other agencies

and are subject to federal conflict of interest

laws and regulations.

The following information on the status of

this committee's compliance with federal ethics and

conflict of interest laws, covered by but not

limited to those found at 18 U.S.C. Section 208, is

being provided to participants in today's meeting

and to the public.

FDA has determined that members and

temporary voting members of this committee are in

compliance with federal ethics and conflict of

interest laws.  Under 18 U.S.C. Section 208,

Congress has authorized FDA to grant waivers to

special government employees and regular federal

employees who have potential financial conflicts

when it is determined that the agency's need for a

special government employee's services outweighs

his or her potential financial conflict of

interest, or when the interest of a regular federal

employee is not so substantial as to be deemed

likely to affect the integrity of the services

which the government may expect from the employee.

Related to the discussions of today's meeting, members and temporary voting members of this committee have been screened for potential financial conflicts of interest of their own as well as those imputed to them, including those of their spouses or minor children and, for purposes of 18 U.S.C. Section 208, their employers.  These interests may include investments; consulting; expert witness testimony; contracts, grants, CRADAs; teaching, speaking, writing; patents and royalties; and primary employment.

Today's agenda involves discussion of the new drug application 213805, for the hypoxia inducible factor prolyl hydroxylase inhibitor, roxadustat tablets, submitted by FibroGen, Incorporated, for the treatment of anemia due to chronic kidney disease in adult patients not on dialysis and on dialysis.  This is a particular matters meeting during which specific matters related to FibroGen's NDA will be discussed.

Based on the agenda for today's meeting and

all financial interests reported by the committee members and temporary voting members, a conflict of interest waiver has been issued in accordance with 18 U.S.C. Section 208(b)(3) to Dr. Milton Packer. Dr. Packer's waiver involves stock holdings in affected firms.

The waiver allows this individual to participate fully in today's deliberations.  FDA's reasons for issuing the waivers are described in the waiver document, which is posted on FDA's website at: https://www.fda.gov/advisory-committees/committees-and-meeting-materials/human-drug-advisory-committees.

Copies of the waiver may also be obtained by submitting a written request to the agency's Freedom of Information division, 5630 Fishers Lane, Room 1035, Rockville, Maryland, 20857, or requests may be sent via fax to 301-827-9267.  To ensure transparency, we encourage all standing committee members and temporary voting members to disclose any public statements that they have made concerning the product at issue.

With respect to FDA's invited industry representative, we would like to disclose that Dr. David Soergel is participating in this meeting as a non-voting industry representative, acting on behalf of regulated industry.  Dr. Soergel's role at this meeting is to represent industry in general and not any particular company.  Dr. Soergel is employed by Novartis.

We would like to remind members and temporary voting members that if the discussions involve any other products or firms not already on the agenda for which an FDA participant has a personal or imputed financial interest, the participants need to exclude themselves from such involvement, and their exclusion will be noted for the record.  FDA encourages all other participants to advise the committee of any financial relationships that they may have with the firm at issue.  Thank you.

DR. LEWIS:  We will proceed with FDA opening remarks from Dr. Ellis Unger.

Dr. Unger?

**FDA Opening Remarks – Ellis Unger**

DR. UNGER:  Hi, and good morning, again, everyone.  I'd like to welcome all of you to this advisory committee meeting and in advance of the proceedings, I'd like to take the opportunity to thank the committee, the patient and industry reps, registered public speakers, the applicant, and last but not least, the patients and interested parties who are listening online for all your efforts and interest in this application.

We'll be discussing roxadustat for the treatment of anemia of chronic kidney disease, and it's a complex application.  It raises several important issues.  We convened this meeting because we sincerely seek the committee's opinions and advice here.  As usual, I'll remind you that although your votes are important, the discussion and the rationale behind your votes will likely be even more valuable to us.

Now typically, the division director would make the remarks here, but Dr. Ann Farrell has allowed me the honor of speaking in her place

FDA CRDAC                    July 15 2021                    24

because, as she puts it, I have a passion for these patients and these therapies.

I've always felt that patients with chronic kidney disease deserve a better deal. Almost exactly 20 years ago, when I was fairly new at FDA, I was the medical officer who reviewed the application for darbepoetin alfa, which we approved, and it's still marketed for the anemia of chronic kidney disease.

When I was just beginning that review, I remember my supervisor telling me that we already knew that the drug could be titrated to raise the hemoglobin level to its target. That wasn't the issue. The question was whether it could do so safely. And that's exactly the same question we face today, but now the question is for the first drug in an entirely new class, and it's the first oral drug for this indication.

The applicant's hope was that roxadustat would be as effective as the approved erythropoiesis stimulating agents, and I think that we all hoped perhaps it would be safer. The

development program was robust.  It was aimed to show roxadustat's efficacy and safety in patients who were on and not on dialysis.

The main studies in the dialysis population were combined and the main studies in the non-dialysis populations were combined, and meta-analyses were conducted to examine major adverse cardiovascular events in both of these populations.

Now you'll see that the results of these analyses are somewhat difficult to interpret, as they're sensitive to the duration that patients were followed after they discontinued treatment, and we'll be discussing this in some detail.

In the non-dialysis population, patients with significant anemia were randomized to placebo, and not surprisingly, there were many more discontinuations in the placebo groups than in the roxadustat groups, which to some extent confounded the safety analyses.

With respect to the standard analyses of safety, there were greater rates of some important adverse events with roxadustat than even epoetin

FDA CRDAC                    July 15 2021                    26

alfa, thrombotic events in particular.  The absolute risks per patient-year are not large, but the adverse events are obviously important.  Some of those events were thrombosis of vascular access, which is a lifeline in dialysis patients.

Twenty years ago, I advanced a theory, based on my analyses within the darbepoetin alfa application, that a rapid rate of rise in hemoglobin might lead to adverse events, maybe secondary to increases in blood viscosity.  Our biometrics team performed these analyses for roxadustat, and indeed they found associations between hemoglobin rate of rise and thrombotic events.  But you'll see that these analyses are based on, really, very small numbers of adverse events and are, at best, associations.

In recent discussions with the applicant, they've embraced the view that roxadustat's risks may be reduced with a more conservative dosing strategy that would limit the hemoglobin rate of rise, but I'll note that the rate-of-rise hypothesis remains unproven, and their plan is

untested, but we'll discuss it.

Finally and importantly, I want to emphasize that our approval standards are based on demonstration that a drug is safe and effective and that there are adequate instructions for use.  We generally don't reject drugs based on comparative effectiveness or comparative safety, although we do consider the benefits and risks of new drugs within the context of available therapies.

So with that, I'll cede the floor, the virtual floor, for your presentations and deliberations.  And again, I thank you so much for your participation.

DR. LEWIS:  Thank you, Dr. Unger.

Both the Food and Drug Administration and the public believe in a transparent process for information gathering and decision making.  To ensure such transparency at the advisory committee meeting, FDA believes that it is important to understand the context of an individual's presentation.

For this reason, the FDA encourages all

participants, including FibroGen's non-employee presenters, to advise the committee of any financial relationships they may have with the sponsor such as consulting fees, travel expenses, honoraria, and interest in the sponsor, including equity interests and those based upon the outcome of the meeting.

Likewise, FDA encourages you at the beginning of your presentation to advise the committee if you do not have any such financial relationships.  If you choose not to address this issue of financial relationships at the beginning of your presentation, it will not preclude you from speaking.

We will now proceed with presentations from FibroGen.

**Applicant Presentation – Wayne Frost**

DR. FROST:  Good morning, members of the Cardiovascular and Renal Drugs Advisory Committee and the FDA.  I'm Wayne Frost, senior vice president of regulatory affairs at FibroGen, and we're excited to be here today with our partner

AstraZeneca to share the data for roxadustat for the treatment of anemia in patients with chronic kidney disease.

Roxadustat is a novel, oral therapy to treat patients with anemia of CKD and the first major innovation in the management of this condition in 30 years. Patients with anemia of CKD need options beyond existing therapies.

Anemia is a common and burdensome complication of CKD that is associated with undesirable clinical outcomes. Many patients are underserved, especially those who are not on dialysis due to the complexities of injectable treatments, resulting in an unacceptable risk of red blood cell transfusion.

There is also a need for alternative treatment options for dialysis patients who respond inadequately to ESAs and those on home dialysis. Patients with anemia of CKD would benefit from having the choice of an oral treatment option that can be continued throughout their entire clinical course.

FDA CRDAC                    July 15 2021                    30

Roxadustat is a first-in-class oral therapy designed to consistently correct and maintain hemoglobin across the spectrum of patients with CKD anemia.  Its novel mechanism of action is based on an oxygen-sensing pathway, a discovery that was awarded the 2019 Nobel Prize in physiology or medicine.

It's a small molecule inhibitor of hypoxia-inducible factor prolyl hydroxylase, or HIF-PH, the enzyme that regulates HIF activity. HIF is responsible for coordinating a physiologic response to decrease the oxygen levels.  By transiently inhibiting the enzyme, roxadustat increases hemoglobin by mimicking the body's natural response to low oxygen.

Now, let's take a closer look at its novel mechanism of action.  Under normal oxygen conditions, HIF-PH enzymes hydroxylate the alfa subunit of HIF.  This hydroxylation targets the HIF-alfa subunit for rapid degradation via the proteasome.  When oxygen levels fall, HIF-PH enzymes become inactive and HIF-alfa degradation is

prevented. This allows the formation of an active. HIF transcription factor, which leads to increased expression of HIF target genes, including those involved in erythropoiesis. This same pathway can be pharmacologically activated by roxadustat, which inhibits the HIF-PH enzymes.

Roxadustat stimulates a coordinated erythropoietic response the same way the body naturally responds to low oxygen. This coordinated erythropoietic response is a key differentiator between roxadustat and currently available treatments for patients with CKD anemia. It ensures sufficient iron availability for effective erythropoiesis to occur in the presence of physiologic levels of EPO. This is in contrast to ESAs that do not stimulate a coordinated erythropoietic response, and therefore lead to supraphysiologic levels of EPO to increase red blood cell production.

We've worked closely with the FDA to design and adapt our phase 3 clinical development program. At the end of the phase 2 meeting in 2012, FDA

FDA CRDAC                              July 15 2021                              32

requested that our program be powered to assess CV safety for the NDD and DD population separately as a result of CV safety concerns for ESAs, which we did.

Our first phase 3 study started shortly after that meeting and our pivotal phase 3 studies were completely enrolled in 2018. At our pre-NDA meeting in July of 2019, we reached agreement with the FDA on the final pooling strategy and the analytical methods to use for the evaluation of the ND and DD populations, respectively. We then submitted our NDA in December of 2019. Additionally, roxadustat is approved in China and Japan, and on June 24th, we received a positive opinion from the CHMP for the approval of roxadustat in the EU.

Now, let me share the clinical development program. We've conducted an extensive CKD clinical development program, which includes more than 13,000 patients. Nine phase 2 studies informed the sponsor in the development of the phase 3 program.

Since patients with CKD anemia who are

dialysis-dependent and not dialysis-dependent are quite different populations, we've conducted several studies in each group.  Three NDD studies have been pooled in agreement with the FDA.  These include Studies 001, 060, and 608, and three studies in dialysis-dependent patients have been pooled in agreement with the FDA.  These include Studies 002, 063, and 064.  Additionally, we'll show supportive evidence from Study 610 that compared roxadustat to an active control in NDD patients.

Six phase 3 studies were sponsored by Astellas Pharma and conducted in Japan, two in NDD patients and four in DD patients.  Two phase 3 studies were sponsored by our affiliate in China and conducted in China, one in each population.

Data from Study 613 and safety data from these additional studies have been presented in the briefing book for your reference.  Our presentation will focus mainly on the results from our six pivotal phase 3 studies that demonstrate the efficacy and safety of roxadustat.

Today you will see that roxadustat's efficacy and safety, including CV safety, was consistently demonstrated across the spectrum of patients with CKD.  This includes patients not on dialysis and those on dialysis, whether recently started or stable and independent of information inflammation and iron status.

Each of our six pivotal studies met its primary efficacy endpoint of mean change from baseline in hemoglobin.  Roxadustat showed a statistically significant and clinically meaningful improvement versus placebo in the NDD trials and was comparable to ESA in the DD trials. Additionally, roxadustat demonstrated a reduction in red blood cell transfusions.

The CV safety profile of roxadustat was comparable to placebo in NDD and epoetin alfa in DD and the general safety profile appears to be acceptable.  The totality of the evidence supports the use of roxadustat to increase and maintain hemoglobin levels for patients with CKD anemia who need additional treatment options.  Our proposed

indication is for the treatment of anemia due to CKD in adult patients not on dialysis and on dialysis.

With that background, I'll take you through the agenda.  Next, Roberto Pecoits will describe the significant unmet need in patients with CKD anemia; then Dr. Lynda Szczech will present the efficacy data from our clinical program; followed by Dr. Dustin Little, who will present roxadustat's safety profile.  Finally, Dr. Steven Fishbane will give his clinical perspective and conclude our presentation.

All external experts have been compensated for their time.  We also have experts from FibroGen and AstraZeneca with us to help address your questions.  Thank you.  I will now turn the presentation over to Dr. Pecoits.

**Applicant Presentation – Roberto Pecoits-Filho**

DR. PECOITS-FILHO:  Good morning.  I'm a practicing nephrologist caring for patients with anemia CKD for 20 years.  My research focus has been to observe practice patterns across the

FDA CRDAC                    July 15 2021                    36

spectrum of CKD, and I was an investigator in several of the recent CKD anemia trials.  From this perspective, I'll highlight the limitations of current therapies and discuss the unmet medical need for patients with anemia CKD.

To understand and appreciate the unmet need, we must consider the CKD patient journey and how several factors influence our treatment decisions. CKD progresses across stages as kidney function declines.  When eGFR approaches 15 mL per minute, some patients and their nephrologists would opt for non-dialytic conservative management.  The majority begins that transition to dialysis why a few prepare for a transplant, clearly the superior form of kidney replacement therapy.

Currently in the U.S., 88 percent of patients receive in-center hemodialysis, while 11 percent receive peritoneal dialysis, and 2 percent home hemodialysis.  Utilization of home dialysis is quite low and transplants are infrequent.  However, there's great interest from clinicians and patients in increasing their use,

FDA CRDAC                    July 15 2021                      37

and current standard of care for anemia management presents limitations to achieve this.

With each advancing stage of CKD, the prevalence and severity of anemia increases.  The dark blue bars represent the proportion of patients who are potentially in need for anemia treatment, with hemoglobin levels lower than 10 grams per deciliter.  Note that one-third of stage 5 are candidates for treatment.  Patient symptoms, which worsen as CKD progresses, are important drivers to begin anemia treatment.

Let me now briefly review the pathophysiology of anemia in CKD.  In healthy individuals, as oxygen tension decreases in kidney and liver, the stabilization of hypoxia-inducible factor promotes the production of erythropoietin and induces the release of iron into the circulation.  Epo stimulates the differentiation of stem cells in the bone marrow, and available iron is utilized in the synthesis of hemoglobin and maturation of red blood cells.

In an anemia CKD, this process is disrupted,

FDA CRDAC July 15 2021 38

but current treatment options have limited actions in this complex pathophysiology. While erythropoiesis stimulated agents, or ESAs, target step 4, iron supplementation targets step 5. HIF stabilization and its downstream consequences are simply not addressed.

Now let's review the current standards of care and its significant limitations. Our current treatment options are ESA, iron therapy, and for those not responding, blood transfusion, however, we lack therapeutic alternatives with mechanism of actions beyond just prescribing iron and ESAs.

These treatments are logistically complex, particularly in non-dialysis patients and home dialysis patients, leading to another treatment that contrasts with the evidence-based guideline recommendations.

For ESA treatment to be effective, patients must be iron replete and a separate physiological dose of intravenous iron can be required, risking vein viability for dialysis vascular access. The most challenging group of patients are those

identified as hyporesponders since they do not achieve target levels of hemoglobin despite high doses of IV iron and ESAs.

The main objective of CKD anemia treatment is to avoid transfusions, yet this remains common across the spectrum of CKD.  Transplantation, the therapy with best quality of life, survival, and rehab potential, can be compromised in transfused patients.

Let's discuss our history with anemia treatment and how it has impacted current standard of care.  Following the introduction of ESA into clinical practice, the average hemoglobin level in U.S. patients rose because of an increase in the doses of the ESAs.  Landmark studies demonstrated an increase in cardiovascular risk related to ESA treatment and led to an FDA boxed warning in 2007 and label update in 2011.  The result was lower ESA doses and hemoglobin level declines.

Since this time, the decision of when and how to best treat anemia in CKD is based on guidelines developed by more than 10 organizations,

including the global KDIGO, which recommends treatment of anemia in both dialysis and non-dialysis CKD patients to increase hemoglobin to a revised target of 9 to 11.5 grams per deciliter. The consensus of this evidence-based guideline is that the objective of treatment should be to improve patient's quality of life and to reduce the risk of red blood cell transfusions.

The cost of achieving the recommended hemoglobin level with last ESA has been an increasing IV iron therapy and supraphysiological ferritin levels. Although a goal of treatment is to avoid transfusions, they are still common in both non-dialysis and dialysis patients.

This figure shows data in older patients not on dialysis. First, know that 39 percent of those patients are not treated at all. We also see not only a 40 percent infusion rate but that transfusions are the most common treatment of anemia in this population.

Transfusion also remains common in the dialysis population, and in 2018, 23 percent of

patients on dialysis received at least one transfusion.  The scenario becomes consequential when we appreciate the impact of transfusions in CKD, especially in those considering a transplant.

When I see patients with advanced CKD, the most impactful thing I can do is to help them get a kidney transplant.  Transfusion results in clinically significant increases in antibody production, with a negative impact in transplant outcomes.

First, an increase in the panel reactive antibodies, or PRAs, commonly associated with transfusions delays the perspective of patients receiving a kidney transplant.  Unfortunately, many transfused patients will never be transplanted since mortality rates are very high in dialysis patients on the wait list.

Also, as you can see in this graph, sensitized patients are also at high risk of rejection when they receive a kidney transplant.  A failing transplant has catastrophic events from a patient's perspective, sending many dialysis

patients back to dialysis every year.  Highly sensitized patients also represent a burden to the healthcare system, as they require more complex and costly induction and immunosuppressive treatments.

The final unmet need in CKD anemia treatment is that many patients do not properly respond to current therapies.  The ESA hyporesponsive patients are often inflamed and show signs of functional iron deficiency.  They represent an important challenge to effective management, typically requiring high doses of iron and ESAs.  ESA hyporesponsive patients have higher transfusion mortality and hospitalization rates and increase health care costs compared to patients who have an adequate response to ESA therapy.

In summary, my options to care for patients with CKD anemia, or CKD, are clearly insufficient, and sometimes non-existent.  Physicians and patients would benefit from an oral therapy for anemia that promotes endogenous erythropoiesis, improves iron utilization, and offers a choice for ESA hyporesponders.

The logistical changes in the non-dialysis setting have compromised iron and ESA delivery due to the time and distance of therapies, caregiver demands, and disease burden that directly contributes to the high transfusion rates currently observed.  We need a treatment that addresses the challenges of delivering iron through the intravenous route and in high doses; one that optimizes home treatments and enables continuous therapy across a transition from the non-dialysis to the dialysis stages of disease treatment.

Finally, we need a therapy that improves access to transplant by lowering the risk of transfusions.  Thank you for your time and consideration.  I will now turn the presentation over to Dr. Szczech.

**Applicant Presentation – Lynda Szczech**

DR. SZCZECH:  Thank you, and good morning. I am Linda Szczech, vice president of clinical development and medical affairs at FibroGen, and a nephrologist.  I am pleased to be here today to present our clinical results showing that

roxadustat increases hemoglobin in patients with chronic kidney disease and anemia. I will also present data that demonstrate the efficacy of roxadustat independent of baseline iron status or inflammatory state.

We've conducted an extensive clinical development program in chronic kidney disease. I'll focus my presentation on the results from our six pivotal phase 3 studies, three in patients who are not on dialysis and three in patients who were on dialysis.

The prespecified primary efficacy endpoints were met in each individual study. To facilitate the presentation, I'll present the pooled results, as the results of the individual studies were similar in direction and magnitude. Remember, individual studies were controlled for multiplicity and this was not employed in the pooled analysis.

I'll begin with Study 001, 060, and 608 that enrolled NDD patients. These three trials were similarly designed as global, randomized, double-blind, placebo-controlled studies. Eligible

patients had baseline hemoglobin levels of less than 10 grams per deciliter. Two of the studies were randomized 2 to 1 roxadustat to placebo and the third was randomized 1 to 1. Treatment durations ranged from 1 to 4 years.

The primary endpoint across all three pivotal NDD studies was the mean change from baseline in hemoglobin averaged over weeks 28 to 52 regardless of rescue therapy. Several secondary and non-hemoglobin related endpoints supported the primary analysis. Today, I will focus on the clinically meaningful endpoints listed here. Other secondary endpoints can be found in your briefing document.

More than 4,000 patients were enrolled in the three pivotal NDD studies, nearly 2400 to roxadustat and 1900 to placebo. Eighty-three percent of roxadustat-treated patients and 71 percent of placebo-treated patients have data to allow the assessment of the primary efficacy endpoint. Information on the proportion of patients completing treatment with full follow-up

on safety will be presented later during the safety presentation.

At baseline, patients were similar between groups and representative of NDD patients globally. The majority were white followed by Asian.  In the U.S., 32 percent of enrolled patients were black or African-American.  Our NDD study population had an advanced stage of CKD.

Overall, the median eGFR was about 17 milliliters per minute, with 20 percent of patients having a baseline eGFR of less than 10. This is noteworthy for two reasons.  First, most prior phase 3 studies of marketed anemia products for this population excluded patients with baseline values of less than 15; and second, the median eGFR for patients at the time of dialysis initiation in the U.S., according to the 2020 USRDS annual data report, was 9.2 milliliters per minute.

Additionally, the mean CRP was greater than 7.  For context, the mean CRP in the general population, as reported by the U.S. NHANES study, was 0.02.  Finally, roughly 40 percent of patients

were iron deplete at baseline.

Now let's turn to the primary efficacy endpoint results.  In the individual trials, roxadustat met the prespecified primary endpoint. Patients treated with roxadustat experienced statistically and clinically significant improvements in mean hemoglobin regardless of rescue therapy compared to placebo.

This graph shows the change in hemoglobin over 52 weeks with a treatment difference of 1.7 grams per deciliter favoring roxadustat.  We will present further results on changes to the treatment algorithm and its effect on the shape of this curve later in the presentation.

This forest plot illustrates the placebo-adjusted treatment effect for roxadustat within the individual studies.  The treatment effect for each of these studies was statistically significant compared to the placebo.  This significant treatment effect favored roxadustat over a wide range of subgroups.

You'll notice a clear trend that those with

FDA CRDAC                    July 15 2021                    48

the lowest baseline eGFR had the greatest change in hemoglobin from baseline.  This is because patients with the lowest eGFR at baseline also had the lowest hemoglobin levels at baseline.

Importantly, we saw that irrespective of baseline iron repletion status, patients on roxadustat have the same significant hemoglobin response.  The comparable efficacy between roxadustat-treated patients who were iron replete, and those who are iron deplete, was observed without differences in roxadustat doses or a greater need for rescue therapy with IV iron or transfusion.

Significantly fewer roxadustat-treated patients required rescue therapy or red cell transfusion compared with placebo-treated patients. Rescue therapy, on the left, included both red cell transfusion, ESA use, or IV iron.  Of importance, only 2 percent of patients in the roxadustat arm received IV iron in the first 52 weeks.

Shown on the right, roxadustat treatment also reduced the incidence of transfusions compared

to placebo.  Considering the importance of transfusion avoidance that Dr. Pecoits discussed as an unmet need, roxadustat decreased the risk of patients requiring transfusion by 74 percent.

Finally, with respect to the NDD pooled trial, I will highlight the ability of roxadustat to treat anemia during the dialysis initiation period.  Please note that patients enrolled in the NDD studies continued treatment, even if their underlying kidney disease required them to start dialysis.

Here we show hemoglobin levels for NDD patients who are receiving roxadustat when they transitioned to dialysis during the study.  In this graph, time zero is dialysis initiation.  It shows hemoglobin levels in the few months before and after the transition from NDD to begin dialysis.  Roxadustat provided stable hemoglobin levels during this very challenging time in a patient's life.

Overall, roxadustat consistently corrected and maintained hemoglobin in NDD patients with anemia CKD.  Statistically significant treatment

differences favored roxadustat compared to placebo. Hemoglobin was increased regardless of baseline iron replication status and clinically meaningful reductions in red cell transfusions were achieved.

Next, I'll present our three pivotal phase 3 studies in dialysis-dependent patients, Studies 001, 063, and 064. These were randomized, open-label trials. The FDA requested we pool these studies because roxadustat was compared to a single comparator, epoetin alfa. Please note that these studies included ESA-naïve patients and those converted to roxadustat from ESA treatment.

The primary endpoint was similar to the NDD trials. Mean change from baseline in hemoglobin averaged over weeks 28 to 52 regardless of rescue therapy. The secondary endpoints focused on hemoglobin change based on inflammatory status because of the historical underperformance of epoetin alfa in patients who are inflamed. I'll focus on the endpoints listed here.

We randomized almost 4,000 patients to roxadustat or epoetin alfa; 79.4 percent of the

roxadustat and 85.1 percent of the epoetin alfa group have data to allow the assessment of the primary endpoint.  Baseline demographics and characteristics were similar between the groups and representative of the patients who require dialysis globally.  Eighteen percent of patients identified as black globally.  Among U.S. patients, 39 percent were African American.

The mean CRP at baseline was similar between the groups and elevated in the same manner as seen in patients with NDD.  Of note, serum ferritin levels were approximately 600 in the global cohort. This is roughly twice that of normal, which is usually 100 to 300.

Elevated ferritin levels are common in U.S. dialysis patients.  The DOPPS Clinical Practice Monitor of August 2020 reported that the mean ferritin level in the U.S. was greater than 800. These markedly elevated levels of ferritin in the DD population suggest impaired iron utilization, also called functional iron deficiency.  We will discuss this in detail later.

Now let's look at the results.  In the pooled DD analysis, roxadustat was comparable to epoetin alfa in the mean change in hemoglobin from baseline averaged over weeks 28 to 52.  This graph shows the change in hemoglobin with a treatment difference of 0.26 grams per deciliter favoring roxadustat.

Please recall that the DD population comprised patients whose anemia was being corrected in patients who were converting from ESA to roxadustat.  This is reflected in the absolute change in hemoglobin from baseline.  Based on the hemoglobin change, roxadustat met its primary endpoint of noninferiority across all DD studies. The treatment effect favored roxadustat compared to epoetin alfa.

Based on phase 2 data that showed that roxadustat-treated patients have the same hemoglobin response and maintenance of iron stores, whether they were treated with oral or IV iron, we evaluated the mean monthly IV iron use in our phase 3 program.

FDA CRDAC                    July 15 2021                    53

In the phase 3 studies, oral iron was encouraged and IV iron supplementation was permitted if the patient had an inadequate response to oral iron or couldn't tolerate it, and the patient was iron deficient, as determined by a ferritin of less than 100 or a TSAT of less than 20.

Shown here is the mean monthly IV iron use from week 1 through the first year on treatment. The endpoint compared IV iron use between weeks 28 to 52, and during that period, roxadustat-treated patients required less monthly IV iron use than patients receiving epoetin alfa.

Additionally, fewer patients in the roxadustat group required red cell transfusion compared to the epoetin alfa group.  These results demonstrate that roxadustat is at least as efficacious as epoetin alfa and are clinically meaningful to our patients.

Finally, I will review the results from approximately 400 peritoneal dialysis patients who participated in the global trials.  As compared to

FDA CRDAC                    July 15 2021                    54

epoetin alfa, roxadustat provided a similar treatment difference among patients on peritoneal dialysis in the primary endpoint of change from baseline in hemoglobin.  Additionally, as shown on the right graph, patients who received roxadustat required fewer red cell transfusions during the treatment period than those who received epoetin alfa.

Next, I'll further discuss roxadustat efficacy in patients with inflammation.  The effect of inflammation on erythropoiesis and anemia treatment is complicated.  It is important to emphasize that hepcidin is a key negative regulator of iron homeostasis that increases with inflammation and results in iron sequestration or trapping, which can conceptually be referred to as functional iron deficiency.

In patients receiving dialysis, this inflammation as subsequent iron trapping leads to increased IV iron use to attempt to overcome the functional iron deficiency and results in even higher ferritin levels.  Therefore, inflammation,

whether measured by elevated CRP or hepcidin, causes unique problems in the treatment of anemia of CKD.

I will now present data demonstrating how roxadustat mobilizes iron and benefits patients on dialysis.  Hyporesponsiveness, as mentioned by Dr. Pecoits, is an important problem with ESA therapy mediated through inflammation and lack of iron availability to the bone marrow.  CRP as a marker of inflammation is elevated among patients who are less responsive to ESAs due to inflammation.

While there is no single or standard definition of hyporesponsiveness, arguably, many definitions are population-specific, examining patients who are less responsive than the rest of the population.  Therefore, it may be clinically relevant to look at the spectrum of responsiveness within a population to best understand the relationships with treatment.

To explore the efficacy of roxadustat across the spectrum of inflammation, we first evaluated

hemoglobin response relative to baseline levels of CRP collected in 4 of the 6 pivotal trials.  As we look at increasing baseline quintiles of CRP from left to right, roxadustat treatment results in an equally robust increase in hemoglobin compared with epoetin alfa.

It is important to examine the dosing requirements now to complete this picture.  Here, we see an important difference in dosing between the two treatments.  In yellow, epoetin alfa-treated patients required progressively higher doses to maintain hemoglobin response at higher levels of baseline CRP.

The weekly doses of epoetin alfa rose from 112, among patients with the lowest degree of inflammation, to 139 units per kilogram in patients with the highest degree, a 24 percent increase. Conversely, roxadustat dosing requirements, in blue, did not increase at higher levels of CRP.

Next, we explored how a reduction in hepcidin may affect the sequestration of iron seen in inflammation and functional iron deficiency and

may be of a more direct benefit to patients.  I will begin with a broad overview of how roxadustat affects iron stores consistent in both NDD and DD patients, and we'll look at NDD patients first.

Hepcidin, on the right, is significantly decreased with roxadustat treatment and is associated with increased serum iron levels and decreased ferritin.  Please note that this increase in serum iron occurred with roxadustat therapy concurrent with less IV iron use -- only 2 percent received IV iron in the first 52 weeks -- and even those significant amounts of endogenous iron were being used to produce hemoglobin.

While the fact that one marker of iron stores is increasing, serum iron, while another marker is decreasing, ferritin, may seem to be a paradox, the most important thing to remember here is that ferritin is a marker of intracellular iron stores.  The decline in ferritin in roxadustat-treated patients as compared to placebo-treated patients is consistent with a reduction in hepcidin that leads to the

mobilization of trapped intracellular iron stores and their subsequent delivery to the bone marrow.

The iron results in the DD population were similar and provide us the opportunity to compare roxadustat to epoetin alfa.  In the DD trials, roxadustat increased serum iron in patients while allowing for less IV iron administration, lower transfusion rates, and slightly higher hemoglobin levels.  Conversely, serum iron decreased in patients who received epoetin alfa.

Although hepcidin and ferritin were reduced in both treatment arms, the greatest reduction occurred in the roxadustat-treated patients.  As in the NDD-treated patients, the increased iron and decreased ferritin with roxadustat treatment suggest an increased iron mobilization from previously trapped stores.  This represents a unique physiologic difference between roxadustat and epoetin alfa.  Now let's look at how it's clinically relevant to patient outcomes.

A high serum ferritin or hepcidin level could be a marker of inflammation or iron

FDA CRDAC                    July 15 2021                    59

sequestration, which contribute to hyporesponsiveness to ESA treatment.  We therefore examined the efficacy of roxadustat, on the right, and epoetin alfa, on the left, according to baseline quintiles of these values, and serum ferritin is presented in this slide.

As a reminder, the normal range for ferritin is roughly 100 to 300.  The mean serum ferritin at baseline was approximately 600, almost twice that of normal, with the highest quintile, 20 percent of the treatment arm, having values higher than 1000. In a clinical setting, high ferritin values often lead to significant doses of IV iron to attempt to overcome the inflammation-induced functional iron deficiency so that hemoglobin can be effectively produced.

Among patients treated with epoetin alfa, on the left, those with the highest ferritin levels, in red and orange, had the lowest hemoglobin levels.  This lower hemoglobin response occurred despite patients receiving higher epoetin alfa doses.  The mean difference between quintiles,

between the red and orange, and the other three quintiles was as high as 0.5 grams per deciliter at some points.  In contrast, roxadustat-treated patients, on the right, had similar increases in hemoglobin across all baseline ferritin quintiles.

To explore the clinical relevance of these observations, I will discuss the differences in transfusion rate between roxadustat-treated and epoetin alfa-treated patients, focusing on the subset of patients with functional iron deficiency due to inflammation identified here.

In this exploratory analysis of patients based on baseline ferritin levels, roxadustat-treated patients received transfusions less frequently than epoetin alfa-treated patients in all quintiles.  In the epoetin alfa arm, in yellow, when comparing the highest quintile of ferritin, on the right, to the lower four quintiles combined, on the left, the incidence of transfusion is highest in the highest quintile of ferritin, likely reflective of the lower hemoglobins achieved in this highest quintile, relative to the rest of

the epoetin alfa arm.

In short, epoetin alfa-treated patients had the highest baseline serum ferritin levels, 20 percent of the cohort; so in those patients they had both the lowest hemoglobin levels and the highest rate of transfusion in both treatment arms.

The same relationship of underperformance of epoetin alfa is seen when hemoglobin levels are compared among quintiles of hepcidin, also potentially reflective of a group with functional iron deficiency, and these analyses are described in the briefing book.

In summary, the DD clinical trials show that roxadustat was comparable to epoetin alfa regardless of baseline inflammation. Roxadustat-treated patients achieved clinically meaningful reductions in red cell transfusions and IV iron use, particularly in patients with markers of iron stores suggesting functional iron deficiency.  Overall, the roxadustat clinical program provided consistent efficacy.  Roxadustat increased hemoglobin and managed anemia across the

continuum of CKD.

Thank you.  I'll now turn the presentation over to Dr. Little, who will present the safety of roxadustat.

**Applicant Presentation – Dustin Little**

DR. LITTLE:  Thank you, Dr. Szczech.

I'm Dustin Little.  I'm a nephrologist, and I'm the roxadustat global clinical head at AstraZeneca, and I'll be presenting the safety results from our clinical program.

Today, I will be discussing the pooled cardiovascular safety results for our pivotal phase 3 program, a review of specific events from the program, and a summary of our risk management plan.  Let's start with some history of how the roxadustat program came to be.

The program was initially intended to consist of pivotal efficacy trials without a pooled assessment of cardiovascular safety.  Based on FDA feedback to study cardiovascular safety, a meta-analysis of pivotal phase 3 trials was planned, and Studies 001 and 002 were added to the

program.

Key endpoints include MACE, or major adverse cardiovascular events, and MACE-Plus.  MACE consisted of all-cause mortality, myocardial infarction, and stroke, and MACE-Plus is defined as MACE plus hospitalization for heart failure or hospitalization for unstable angina.  The use of all-cause mortality in the cardiovascular safety composites is consistent with precedent from prior CKD anemia cardiovascular trials and was suggested by FDA.

The aim of our program was to generate a sufficient safety database to assess the cardiovascular safety of roxadustat compared to placebo in non-dialysis-dependent CKD and compared to epoetin alfa in dialysis-dependent CKD.  The roxadustat program is the largest phase 3 CKD anemia program ever conducted.  In the placebo-controlled NDD population, we studied 4,270 patients, 830 of whom had a major adverse cardiovascular event during the study.  Due to the placebo-controlled design, we observed differences

in treatment discontinuation, which I will tell you more about on the subsequent slides.

In the epoetin alfa-controlled DD program, we studied 3,880 patients, 645 of whom had a major adverse cardiovascular event during the treatment period. In the DD population, treatment discontinuation was more balanced by treatment group compared to NDD.

Reported cardiovascular events were sent to a blinded central independent event review committee for adjudication, and the program is monitored by an independent data monitoring committee. The size of the program allowed for the use of a noninferiority margin of 1.3 based on precedence and an FDA guidance on the evaluation of cardiovascular safety for new drugs, which was active at the time of the design of the roxadustat program.

Let's first focus on cardiovascular safety in the NDD population. As shown earlier, baseline characteristics were well balanced between treatment groups. More roxadustat patients

completed treatment compared to placebo patients at 62 percent and 40 percent, respectively.  As a result of this, the mean treatment duration for roxadustat patients was 1.6 years compared to 1.2 years for placebo.

Where possible, patients were followed for cardiovascular events after treatment discontinuation, and 88 percent of roxadustat and 85 percent of placebo-treated patients were assessed for MACE through the end of the study. Vital status, whether a patient is alive or dead, could be confirmed via public record search at the end of the study for some patients, and 91 percent of patients in both treatment groups had complete follow-up for all-cause mortality.

Before we discuss the results of the cardiovascular safety analyses of the program, I'd like to take a few slides to discuss the impact of these differences in treatment discontinuation. This curve shows the proportion of patients remaining on treatment over time by treatment group.  As you can see, the maximum treatment

FDA CRDAC                    July 15 2021                    66

duration was more than 3 years.

Large differences in treatment discontinuation were noted early in the study.  For example, 20 percent of placebo patients discontinued treatment in the first approximately 4 months following randomization compared to nearly 9 months for roxadustat.  This pattern was also noted in time to discontinuation of treatment in 50 percent of patients by treatment group, which occurred approximately 6 months later in the roxadustat group.

As a result of these differences in treatment discontinuation, roxadustat-treated patients had substantially more exposure to study treatment compared to placebo patients.  To investigate whether the types of patients who stopped treatment are different for the two treatment groups, which would lead to bias in on-treatment analyses, we evaluated the characteristics of patients remaining on roxadustat over time compared to placebo.

This figure shows the median baseline

estimated glomerular filtration rate at different time points following randomization for patients remaining on roxadustat and placebo treatment. Median eGFR was balanced at baseline, however, because patients with more severe CKD tend to have more severe anemia, placebo patients with lower baseline eGFR were more likely to require anemia rescue therapy and stop treatment compared to placebo patients with less severe CKD.

As a result of this, the population of patients remaining on placebo progressively became a population of patients with less severe baseline CKD. By contrast, roxadustat patients' anemia was effectively managed, resulting in patients with more advanced CKD being able to continue with long-term treatment.

This curve shows the proportion of patients remaining on treatment following dialysis initiation by treatment group. When including patients who started dialysis after treatment discontinuation, a similar proportion of patients required dialysis initiation overall. However,

Case 3:21-cv-02623-EMC   Document 197-6   Filed 07/17/23   Page 253 of 604

FDA CRDAC                    July 15 2021                          68

more patients started dialysis while on roxadustat treatment because placebo patients who were close to dialysis were more likely to stop placebo treatment due to low hemoglobin values and requirement for treatment of anemia; and because most dialysis patients require anemia treatment, placebo patients discontinued study drug at very high rates following dialysis initiation.

Due to these differences in treatment discontinuation, both prior to and following dialysis initiation, more patients starting dialysis were able to continue roxadustat therapy.

This slide shows the percentage of dialysis patients among patients remaining on treatment over time.  For example, at 12 months following randomization, approximately 20 percent of patients remaining on roxadustat have started chronic dialysis compared to approximately 10 percent of placebo patients, and the magnitude of this difference increased over time.  This is clinically important because patients starting dialysis have substantially higher risk of cardiovascular events

*A Matter of Record*
*(301) 890-4188*

FDA CRDAC                    July 15 2021                    69

and other events compared to non-dialysis patients.

Although this complicates the interpretation of NDD CV safety data, it is important to note that we have a dedicated analysis of the cardiovascular safety of roxadustat compared to epoetin alfa in over 1,500 incident or new-to-dialysis patients, which I will present later.

This slide shows mortality rates by NDD CKD stage and by month following dialysis initiation in U.S. patients.  As you can see, mortality risk increases as NDD CKD becomes more severe and increases markedly with dialysis initiation.

On the prior slides, I've shown you that patients with more severe CKD and those requiring dialysis initiation were overrepresented in the roxadustat group over time due to differences in treatment discontinuation.  Because these patients have higher cardiovascular risk, this means that the balanced CV risk that was present at baseline due to randomization was not preserved among patients remaining on treatment.  Thus, on-treatment analyses will be heavily biased

against roxadustat.

So with that background, let's discuss how we can analyze the roxadustat NDD cardiovascular safety data.  The ideal analysis would ensure that the effect of randomization in terms of equal risk by treatment group is preserved.  This is not the case for on-treatment analyses due to differences in treatment discontinuation.

In an ideal analysis, missing data and time off treatment should be minimized and there should be an adequate number of patients with events.  ITT or on-study analyses include all events which occur following randomization, including those which occur after treatment discontinuation.

This has the advantage of balancing patient risk throughout the analysis period.  However, in the roxadustat program, ITT on-study analyses have some missing data, with more missing data in the placebo group, and they include a substantial proportion of time off treatment, particularly among placebo patients.

In the roxadustat NDD program, no single

analysis achieves all of these objectives in an ideal manner. However, different analyses have different strengths and weaknesses and can be used collectively to assess the cardiovascular safety of roxadustat.

This slide shows several analyses which have been performed comparing MACE risk for roxadustat to placebo. I'd like to point out that the hazard ratio and 95 percent confidence intervals cross 1 for all of the analyses except for the on-treatment analysis.

We've already discussed how the on-treatment analysis is profoundly affected by differences in treatment discontinuation and how the ITT on-study analysis is limited by greater missing data and greater time on treatment in the placebo group.

Overall, analyses which preserve the benefit of ITT analysis in terms of equal risk by treatment group, but which minimize the impact of missing data and greater time off treatment in the placebo group, have hazard ratio point estimates of close to 1.0, supporting that risk for MACE is comparable

for roxadustat compared to placebo.

These analyses include ITT on-study analyses of patients with baseline eGFR of greater than or equal to 10 milliliters per minute, which excludes the quintile of patients with the lowest baseline eGFR who were most affected by differential treatment discontinuation.

We also performed ITT on-study analysis with censoring at dialysis initiation in order to focus on the cardiovascular safety of roxadustat in non-dialysis patients, and we also performed ITT on-study analysis with censoring at one year following randomization because that is a time frame at which differences in treatment discontinuation were of a lower magnitude. Additionally, the hazard ratio point estimate for the 992 patients from the United States who were more representative of U.S. non-dialysis patients was 0.99.

In contrast to the NDD placebo-controlled data, Study 610 is an active comparator NDD study not affected by large differences in treatment

discontinuation.  The MACE hazard ratio point estimate for roxadustat compared to darbepoetin alfa was 0.81.  These results are supportive of the cardiovascular safety of roxadustat in non-dialysis patients.

Coming back to the placebo-controlled NDD program, here are the Kaplan-Meier curves from MACE risk over time for roxadustat compared to placebo. On the left is the overall ITT or on-study analysis, and on the right is the analysis with censoring at dialysis initiation.

The latter analysis is, as mentioned previously, performed in order to focus on roxadustat's cardiovascular safety in non-dialysis patients and is less affected by missing data and greater time on treatment in the placebo group.  In both figures, the curves track closely together, consistent with comparable MACE risk for roxadustat and placebo.

This figure shows the results of MACE-Plus cardiovascular mortality and each of the components of MACE-Plus.  For each event, two results are

shown, overall NDD, which is on top, and NDD with censoring at dialysis initiation, which is also known as NDD-NDD.  For each event, the 95 percent confidence interval crossed 1.0.

Let's turn now to the DD population.  As shown earlier, baseline characteristics were well balanced between the treatment groups.  Fifty-eight percent of roxadustat compared to 66 percent of epoetin alfa patients completed treatment.

When interpreting these data regarding the proportion of patients completing treatment, it is important to remember that these were event-driven studies with a maximum treatment duration of more than three years.  A similar proportion of patients were followed for MACE events through the end of the study and a similar proportion of patients in both treatment groups had complete follow-up for all-cause mortality.

As mentioned previously, the DD population included patients untreated with ESA at baseline as well as patients on ESA treatment prior to enrollment.  As described earlier and consistent

with nephrology convention, incident dialysis patients were predefined as patients who were randomized to roxadustat or epoetin alfa within 4 months following dialysis initiation.  Incident dialysis patients were generally not on anemia treatment at baseline or had been recently initiated on treatment prior to enrollment.

In contrast to the incident dialysis subgroup, stable or prevalent dialysis patients were mostly on long-term ESA treatment at baseline.  Thus, patients randomized to roxadustat required conversion to a different mechanism of anemia treatment, whereas ESAs patients continued ESA.

Following completion of study treatment, roxadustat patients would be expected to convert to ESA particularly within the first 4 weeks following the conclusion of treatment, whereas ESA patients would be expected to continue treatment with ESA.

Here are the results of the on-treatment plus 7-days analysis set for the pooled DD assessment of MACE for roxadustat compared to epoetin alfa.  This analysis window was the

agreed-upon primary analysis set with FDA.  The analysis shows similar cardiovascular risk for roxadustat compared to epoetin alfa, with a hazard ratio point estimate of 1.02 and 95 percent confidence interval upper bound of 1.20.

Results in the predefined subgroup of incident dialysis are shown.  The incident- or new-to-dialysis population is considered to be particularly relevant for three reasons.

First, anemia treatment is often initiated during the incident dialysis period.  Second, incident or new-to-dialysis patients are exposed to substantial cardiovascular risk, and it was important for us to ensure that we had no cardiovascular safety signal in this traditionally high-risk population.

And third, patients starting dialysis in our NDD program were those who were most substantially affected by differences in treatment discontinuation; so analysis of the incident dialysis subgroup of the overall dialysis population is required to fully understand

roxadustat's cardiovascular safety in patients recently initiated on dialysis.

Results in the stable dialysis subgroup of patients who were randomized to either continue ESA or convert to roxadustat are also shown. Finally, the on-treatment plus 28-days analysis set is shown as a support of analysis. Overall, the results are consistent with comparable risk for MACE for roxadustat and epoetin alfa.

Here's the Kaplan-Meier curve for MACE for the DD population. The curve tracked closely together consistent with similar MACE risk for roxadustat and epoetin alfa. The hazard ratio for MACE-Plus for roxadustat compared to epoetin alfa was 0.91. Looking at each component of MACE-Plus, risk was similar for roxadustat and epoetin alfa.

Study 613 was an outlier in the DD program and was not pooled with the pivotal DD studies because of its unique design with two ESA comparators. It was a study of exclusively stable dialysis patients and contained no incident dialysis patients. Patients' short-acting ESA at

baseline were randomized to either roxadustat or epoetin alfa, whereas patients on long-acting ESA were randomized to either roxadustat or darbepoetin alfa.

All patients were from Europe, with 79 percent from Eastern or Central Europe. And another difference between 613 and the pivotal DD trials is that starting roxadustat doses were higher in Study 613.

Study 613 was not powered for the assessment of cardiovascular safety, therefore it is instructive to consider the impact of adding Study 613 to the DD pool. Although 613 was an outlier in terms of the design and the cardiovascular safety results, when pooled with the pivotal dialysis studies, the overall conclusion of comparable MACE risk for roxadustat and epoetin alfa is unchanged, as the hazard ratio point estimate was 1.08 with 95 percent confidence interval upper bound of 1.24.

Before I summarize the cardiovascular safety data in the roxadustat program, I'd like to point

out that in our program, we did not compare roxadustat to ESA dose according to the trials that demonstrated increased cardiovascular risk, but rather dosed according to current labels, which have been updated to minimize cardiovascular risk.

As you know, the normal hematocrit in CHOIR trials compared ESA dose to two different hemoglobin targets and increased cardiovascular events were noted in the groups randomized to the higher targets.

Importantly, the hemoglobin targets used in patients treated with ESA in the roxadustat program were more consistent with the control groups in normal hematocrit in CHOIR, and it is in this setting that we had MACE, MACE-Plus, and all-cause mortality hazard ratios ranging from 0.91 to 1.02 in the DD pool and of less than 1 in Study 610.

In conclusion, roxadustat's cardiovascular safety has been evaluated across the continuum of patients with CKD anemia.  In the non-dialysis-dependent population, the risk of MACE was comparable to placebo and there was no

increased cardiovascular risk noted for roxadustat compared to darbepoetin alfa in the 610 trial, which was not affected by substantial differences in treatment discontinuation.

In the overall DD population, patients receiving roxadustat had comparable risk of MACE compared with the epoetin alfa, and similarly in the incident- or new-to-dialysis and the stable dialysis subgroups, MACE risk was comparable between the treatment groups.

Next, I'll review data on the following safety topics where imbalances were noted: seizures, infections, vascular access thrombosis, and deep vein thrombosis.

Labels for approved ESAs warned about seizures, which have been observed with ESA therapy.  We performed a standard metric query for convulsions to capture all adverse events potentially referring to seizures.  We noted that more roxadustat patients had seizure events versus the comparators.  Although the number of patients with a reported baseline history of seizure was low

in the roxadustat program, these patients disproportionally contributed to the imbalance, and we consider that patients with a history of seizure should be treated with roxadustat with caution.

Patients with severe CKD are at high risk for infection, and infection is among the leading causes of death in dialysis patients.  In the NDD program, patients at highest risk for infection were more likely to discontinue placebo compared to roxadustat; therefore, differences in treatment discontinuation likely contributed to the observed imbalances in serious and fatal infection compared to placebo, particularly in on-treatment analysis as is shown here.

By contrast, in the DD program where treatment discontinuation was more balanced, the incidence of serious and fatal infection was similar between treatment groups.

This table shows all infection serious adverse events in the NDD population with an incidence of at least 1 percent in either treatment group.  These adverse events are consistent with

FDA CRDAC                    July 15 2021                    82

the most common events expected in a population of patients with severe chronic kidney disease. As may be expected, considering the differences in treatment discontinuation described previously, the incidence of these infections were higher in the roxadustat group. By contrast, the incidence of the most common infection SAEs in the DD program were generally similar for roxadustat and epoetin alfa.

To summarize our infection data, we saw imbalances in serious and fatal infection in the placebo-controlled NDD program but not the active control DD program. Because ESAs aren't known to cause serious or fatal infections in CKD anemia, these results suggest that the results in the NDD program may be related to bias due to differential treatment discontinuation.

ESAs have been observed to increase thrombosis risk, particularly when treating to higher hemoglobin targets. What is reported here is an overall composite of thrombosis events, which include vascular access thrombosis, venous events

such as deep vein thrombosis, and arterial events such as myocardial infarction.  In the NDD and DD populations, the types of thrombosis reported were typical of those observed in the CKD population with no imbalances observed in rare or atypical thrombotic events.

Overall, the rates of potential arterial thrombosis events were similar between roxadustat and comparator as demonstrated by the results of adjudicated myocardial infarction and stroke. However, for both the NDD and DD populations, there were more vascular access thrombosis and deep vein thrombosis events in roxadustat-treated patients.

Weights of deep vein thrombosis pulmonary embolism were higher for roxadustat compared to placebo in non-dialysis patients.  In the DD program, the incidence of pulmonary embolism, or PE, and the overall incidence of DVT and PE was similar for roxadustat compared to epoetin alfa. However, the incidence of DVT was higher at 1.5 percent for roxadustat compared to 1 percent for epoetin alfa.

Vascular access thrombosis is a known risk of treatment of CKD anemia.  Here, the term "vascular access thrombosis," or VAT, refers to thrombosis of an arteriovenous fistula or arteriovenous graft that is used, or planned to be used, for hemodialysis vascular access.  Potential vascular access thrombosis events were centrally adjudicated by a committee which was blinded to treatment assignment, and the incidence of adjudicated VAT is what is shown here.

VAT events occurred more frequently in roxadustat-treated patients in the NDD and DD populations.  The DD data is the focus of our VAT evaluation because NDD patients would not be expected to have dialysis access at baseline and because NDD patients requiring dialysis access were those who were most affected by differential treatment discontinuation.  Among dialysis patients overall, VAT was noted in 13 percent of roxadustat compared to 10.5 percent of epoetin alfa patients.

Part of our investigation of our thrombosis data included an evaluation of the rates of

thrombosis over time.  We found that rates of thrombosis and VAT with roxadustat were highest during the initial treatment period and decreased over time, and the differences in rates for roxadustat compared to epoetin alfa were also highest during the early treatment period.

This corresponds with the time frame when differences in mean hemoglobin values were largest for roxadustat compared to epoetin alfa and when rapid rates of hemoglobin rise were most common for patients treated with roxadustat.

This figure shows rates of thrombosis and vascular access thrombosis by hemoglobin rate of rise using analytic methods agreed to between FDA and the sponsor.  In both roxadustat- and epoetin alfa-treated patients, higher rates of thrombosis were observed at higher rates of rise of hemoglobin.

Notably, rapid rate of rise of hemoglobin was observed more frequently with roxadustat treatment.  These results, taken together with the results on the previous slide, support that

thrombosis and vascular access thrombosis risks are associated with rapid rate of hemoglobin rise with roxadustat treatment.

We also evaluated the possibility of a relationship between dose and thrombosis risk, and noted that rates of thrombosis and VAT appeared to be higher at higher doses of roxadustat. Although these data have limitations and do not conclusively demonstrate that higher roxadustat doses are causative of thrombosis, we considered whether roxadustat doses could be lowered by targeting a lower hemoglobin value.

But before we discuss roxadustat dosing, I'd like to review the results of these analyses in NDD patients. In NDD patients, rates of thrombosis AEs were higher at higher rates of hemoglobin rise. We also noted in NDD that rates of thrombosis tended to be higher at higher roxadustat doses.

In light of these findings, we are proposing changes to roxadustat dosing to mitigate thrombosis risk. First, we plan to lower the hemoglobin target from 10.5 to 12 grams per deciliter to 10 to

11 grams per deciliter.  As I will show you, this allows for us to use lower roxadustat doses throughout the treatment period and it also allows us to minimize hemoglobin overshoots with roxadustat treatment.  Additionally, we plan to lower roxadustat starting doses both in ESA untreated and ESA conversion patients.  In subsequent slides, I will show you the expected impact of these changes on the incidence of rapid hemoglobin rise.

Finally, we recommend that patients who are unresponsive to roxadustat receive no more than three consecutive increases in roxadustat dose.  As above, based on the results from our clinical program, we discussed with FDA to target hemoglobin values of 10 to 11 grams per deciliter, and we knew that lowering starting doses would lower the rate of hemoglobin rise and the incidence of early hemoglobin overshoots.

We used modeling and simulation to help us decide which specific starting doses to propose and to evaluate the expected impact on roxadustat

dosing of the proposed lower hemoglobin target.  To assess the reliability of our simulations, we compared simulated mean hemoglobin values using the phase 3 roxadustat doses to the actual phase 3 hemoglobin values in the clinical program, and as you can see here, the simulation results closely matched the observed clinical results.

The left figure on this slide shows the simulated incidence of rapid rate of hemoglobin rise with the phase 3 doses compared to the proposed lower starting doses.  As you can see, the change in starting dose is anticipated to reduce the incidence of rapid rate of hemoglobin rise quite substantially, which is expected to lower risk of thrombosis and specifically vascular access thrombosis.

The figure on the right half of the slide shows simulated mean hemoglobin values over time with the phase 3 compared to the proposed dosing. As you can see, the proposed dosing is expected to lead to mean hemoglobin values which increase into the target range, with less potential for

hemoglobin overshoots, particularly during the initial treatment period.

This slide shows similar simulation results for patients converted from ESA. Again, the incidence of rapid rate of hemoglobin rise is substantially lower and mean hemoglobin values are more stable during the initial treatment period with the proposed dosing changes.

This slide shows the simulated mean roxadustat doses with the lower starting doses and the lower hemoglobin target. Overall, this strategy is expected to reduce roxadustat doses by more than 25 percent during the treatment period.

Here, I'm showing you, once again, the incidence of thrombosis by roxadustat dose. Using the phase 3 starting doses and phase 3 target hemoglobin, the average roxadustat dose would be expected to be approximately 3 milligrams per kilogram per week, a dose above which higher rates of thromboses were observed.

By contrast, mean doses using the proposed starting dose and the proposed hemoglobin target

are expected to be 2.2 milligrams per kilogram per week, which corresponds with doses at which lower thrombosis rates were observed.

Here is the same analysis for DD patients. As you can see, the proposed updated dosing is expected to reduce roxadustat doses by more than 30 percent.  This slide shows rates of thrombosis and VAT by roxadustat dose in the DD population. Once again, predicted mean dose using the phase 3 dosing corresponds with doses that are close to ranges where increased rates of thromboses were noted, whereas predicted mean dose using the proposed dosing corresponds with doses at which observed thrombosis rates were lower.

In terms of risk management, in addition to the changes to dosing, we plan to communicate all important safety information and recommendations for risk mitigation associated with the use of roxadustat in the prescribing information for healthcare providers and a medication guide for patients, and we also plan to communicate risks and educational materials for healthcare providers.  We

additionally plan to utilize product labeling to mitigate risk.

In addition to the proposed dosing changes, we will also make recommendations on the appropriate frequency of hemoglobin monitoring and to consider withholding treatment for severe or life-threatening thrombosis and to manage all thromboses promptly.

We consider that patients with a history of seizure should be treated with roxadustat with caution and that patients should promptly report symptoms, new onset seizures, or increase in seizure frequency to their healthcare provider.  We also recommend to avoid starting roxadustat in patients with an active severe or serious infection, that patients be monitored for signs and symptoms of infection, and that any infection be promptly treated.

On the slide after this, I will review with you a proposal for a postmarketing study to confirm that vascular access thrombosis risks are similar for roxadustat and ESA with the proposed roxadustat

FDA CRDAC                   July 15 2021                   92

dosing regimen, but first, I'd like to point out that the practice model for U.S. dialysis patients is uniquely suited to prospectively evaluate the effectiveness of our risk minimization strategies for lowering VAT risk in the postmarketing setting using real-world evidence.

First of all, there are more than 500,000 prevalent U.S. dialysis patients with more than 100,000 patients starting dialysis each year.  This large pool of patients allows us to effectively match patients treated with the standard of care to patients treated with roxadustat.

Additionally, anemia treatment data is collected systematically with hemoglobin values assessed monthly as part of typical clinical practice.  Patients dialysis accesses are assessed for the presence of thrombosis in conjunction with every dialysis session and it is noted when patients require new dialysis access following a thrombosis event.

Finally, by studying patients treated with roxadustat in the real world, we can assess a

broader more generalizable patient population, and we would expect the results to be directly translatable to clinical practice.  So with this in mind, we're proposing a post-approval, prospective, matched cohort study of U.S. dialysis patients treated with roxadustat compared to ESA.

Both ESA untreated and conversion patients will be studied.  Patients will be treated according to approve labels, and roxadustat-treated patients will be compared to matched ESA-treated patients based on predefined criteria.

The main objectives will be to compare VAT risk for roxadustat and ESA and to assess risk factors for VAT with both treatments.  We plan to study 5,000 roxadustat-treated patients compared to 5,000 ESA-treated patients with one year of observation time per patient.  With this sample size, we expect approximately 1,000 events, which is expected to allow us to estimate the incidence rate of vascular access thrombosis in each treatment group plus or minus 1 event per 100 patient-years.

In conclusion, our large database allowed for a comprehensive evaluation of the roxadustat safety profile.  We observed comparable cardiovascular risk for roxadustat versus placebo and versus ESA in non-dialysis patients compared to ESA in dialysis patients.  Patients treated with roxadustat had an increased incidence of vascular access thrombosis, deep vein thrombosis, and seizures, and we saw a higher incidence of fatal infections versus placebo in NDD patients, but not compared to ESA in DD patients.

We are proposing several strategies to manage these risks.  First, product labeling will communicate warnings and precautions to physicians and a medication guide will communicate these risks to patients.

We're also proposing changes to dosing that will decrease the risk of thrombosis with roxadustat treatment, and we're proposing a postmarketing, real-world study of 10,000 patients to confirm that risk of VAT is similar for roxadustat and ESA with the proposed changes to

roxadustat dosing.  We will continuously evaluate, communicate, and mitigate risks, and we are committed to working with the FDA to further characterize the roxadustat safety profile in the post-approval setting.

Thank you, and I'll now turn the presentation to Dr. Fishbane.

**Applicant Presentation – Steven Fishbane**

DR. FISHBANE:  Good morning.  My name is Steven Fishbane.  I'm a practicing nephrologist and a professor of medicine of the Donald and Barbara Zucker School of Medicine at Hofstra/Northwell and chief of nephrology for the Northwell health system.  I've taken care of patients with kidney disease and have studied this condition for more than 25 years.  I'm an active member of the KDIGO global anemia and kidney disease guideline group.

From this vantage point, I'd like to share my perspective on the use of roxadustat for patients with the anemia of CKD.  The history here is important.  Treatment of anemia is critical in the care of patients with CKD.  Forty years ago,

before ESA therapy was available, hemoglobin levels in patients receiving dialysis were severely depressed.  For these patients, life was truly miserable and many were unable to function or even perform basic activities of living.

Blood transfusions were the standard of care.  There were many problems associated with repeated blood transfusions in addition to cost, patient inconvenience, and infections; but more importantly, the development of antibodies that make it difficult to get a kidney transplant and also iron overload, which was almost universal, frequently requiring chelation treatment.

The approval of ESAs in 1989 was an important advance for patients, but there's not been much innovation in anemia treatment since the first ESA approval.  I believe roxadustat now represents an important advance.

Despite the breakthrough that ESAs were in dialysis anemia, problems in dialysis anemia treatment remain today in 2021.  The first problem relates to patients who are transitioning from CKD

to begin dialysis.  These first few months on dialysis are very difficult with sharply increased hospitalizations and mortality risk.  Previously untreated anemia greatly complicates this incident dialysis period with rapid hemoglobin fluxes and high ESA doses.

On the left, the first figure from DOPPS shows what current anemia treatment looks like at the start of dialysis.  You can see how low hemoglobin levels are, and it takes months to reach a stable hemoglobin concentration.

The second figure on the right is what Dr. Szczech showed earlier, how roxadustat allows for a more orderly hemoglobin transition to dialysis.  I have long waited to be able to treat my office CKD patients for this issue with an oral agent like roxadustat that would create this kind of smooth transition to dialysis.

A second issue, once patients are on dialysis, ESA hyporesponsiveness is a frequent concern.  A poor ESA hemoglobin response leads to transfusions, high ESA doses, and an associated

FDA CRDAC                    July 15 2021                    98

increased risk of cardiovascular events.  Iron deficiency and inflammation are widely accepted as the major causes of hyporesponsiveness.  Both complicate current ESA treatment leading to very high IV iron doses and unresolved anemia of inflammation.  Roxadustat meaningfully addresses both of these leading causes of hyporesponsiveness.

We saw from the data how roxadustat improved iron availability and reduced IV iron doses in the figure on the left; and as for inflammation, how it worked well despite elevated CRP without the need for the high doses, as was true for epoetin alfa on the right.

The third issue has to do with home dialysis.  The country right now is making a major push to increase home dialysis, but both injected ESA therapy and intravenous iron complicate this effort.  In the figure, we saw data Dr. Szczech showed on how remarkably well roxadustat worked in patients on home dialysis PD.  It's clear to me that roxadustat can help with each of these current dialysis anemia problems.

Now, for patients with kidney disease not yet on dialysis, anemia management is currently even more challenging.  We made strides in dialysis anemia treatment, but non-dialysis patients have truly been left behind.  Up to 50 percent of these patients have anemia, yet most are untreated.

The reason is largely because of the complexities and logistical issues associated with both injected ESAs and intravenous iron and the frequent clinic visits that are required.  In fact, data show that less than 15 percent of non-dialysis patients receive ESA therapy, and although two-thirds of non-dialysis patients have iron deficiency, very few receive iron treatment.

As a result, in the U.S. today, if non-dialysis patients are treated for anemia at all, it is likely with a blood transfusion.  More patients receive blood transfusions than either ESAs or intravenous iron.

Now this is important.  Forty percent of patients receive a blood transfusion in the two years prior to starting dialysis.  Transfusions are

highly relevant, as they cause antibody production, and this makes it harder to receive a kidney transplant, clearly the best treatment for ESRD, and for those that receive a transplant, the risk of rejection is increased.

These 10 studies show that as a result of blood transfusions alloantibodies frequently develop.  With each study, the left-sided black horizontal bar shows that after transfusion, sensitization averages 20 to 40 percent.  In the white bars, the non-transfused patients, antibody production is far less.

More recent data shows that red cell transfusions result in clinically significant increases in HLA antibody strength and breadth, and these HLA antibodies, crucial for transplantation, turn out to be directly related to the specifically donated blood.

If an oral drug like roxadustat was available, the treatment of anemia in non-dialysis CKD, which is so limited today by complexity and inconvenience, would be much more readily

accomplished with the potential, as we saw in these phase 3 studies of a 74 percent reduction in blood transfusions, and that could result in far fewer issues with antibody production that delay, complicate, and prevent kidney transplantation.

It is because of the complexity and logistical issues that nephrologists uncommonly treat non-dialysis anemia, but the need is absolutely there, and that need is supported by the recommendations of global guideline groups.  In fact, there are many anemia in kidney disease guideline groups throughout the world.  These expert panels have examined the totality of risk and benefit data.

There is a widespread unanimous consensus that supports anemia treatment in both dialysis and non-dialysis CKD.  They speak to improving symptoms and raising hemoglobin to reduce blood transfusions.  Similarly, anemia treatment of both dialysis and non-dialysis CKD are also widely approved by FDA and other international regulatory agencies.  The FDA labels say ESAs are indicated

for the treatment of anemia for CKD in patients on dialysis and patients not on dialysis.

Now, obviously the purpose of today's meeting is not to determine the need for anemia treatment; the world's expert guideline groups have spoken very clearly on the subject.  There is no controversy; rather, it's to determine the risk and benefit balance of this drug roxadustat.

It's my strong belief that the benefits of treating anemia with roxadustat in dialysis and non-dialysis CKD patients clearly outweigh the risks, and this novel oral therapy addresses the anemia needs of the spectrum of CKD patient populations, providing therapeutic options and specific benefits as compared and contrasted to the present standard of care.

I'd like to note that I've carefully reviewed the sponsor's plan to adjust recommended roxadustat dosing to limit hemoglobin rate of rise to mitigate thrombosis risk.  Importantly, the relationship of ESA dosing, hemoglobin, and thrombosis risk has long been known and is part of

the label for all marketed ESAs.  The clear demonstration in this program of the relationship between hemoglobin rate of rise with thrombosis points to this long known and well understood phenomenon, and the sponsor's new dosing plan should be highly effective for reducing risk.

There are a few disease states that have only one type of treatment available. Nephrologists and patients would like to have choice to be able to decide which treatment is most appropriate.  For a patient doing well on ESAs, there may be no reason to change, but for my patients, I certainly would like to have choice.

In conclusion, we saw that in dialysis there remains unmet needs that oral roxadustat could readily address.  I'd like to repeat one in particular.  The major effort in the U.S. right now to increase transplantation and home dialysis, roxadustat is uniquely situated to help with both. The reduction in transfusions would improve transplantation access and the oral route would ease the path to home dialysis.

FDA CRDAC                    July 15 2021                    104

In non-dialysis CKD, roxadustat would greatly improve the lives of many patients by making anemia treatment so much easier and thereby greatly reducing the number of transfusions and improving opportunities for transplantation.  Thank you.  I'd now like to turn the presentation over to Dr. Eisner.

DR. EISNER:  Thank you, Dr. Fishbane.

My name is Mark Eisner, and I am the chief medical officer at FibroGen.  At this time, we'd be happy to take your questions.

**Clarifying Questions**

DR. LEWIS:  We will now take clarifying questions for FibroGen.  Please use the raised-hand icon to indicate that you have a question and remember to put your hand down after you've asked your question.  When acknowledged, please remember to state your name for the record before you speak and direct your question to a specific presenter, if you can.

If you wish for a specific slide to be displayed, please let us know the slide number, if

possible.  Finally, it would be helpful to acknowledge the end of your question with a thank you and the end of your follow-up question with "That is all for my questions," so we can move on to the next panel member.

I am going to begin the questions.  I have two questions.

One, Dr. Szczech, you have spent a considerable amount of time talking about reducing iron dose.  I think on slide CO-45, it was from 52 to 66 in the two groups, reducing roxadustat dose in inflamed patients and reducing transfusion. However, disturbingly, despite those hypothetical advantages, if anything, there was an increased safety signal or certainly not a noninferior.

Can you associate any of those things, for example, the lower iron dose, with any outcome that would be clinically meaningful to a patient -- and I will give you a moment to look at that -- or even less transfusions with more transplants?

The other question is that the average dialysis patient is on 13 unique home meds, one of

which is a phosphate binder which interferes with roxadustat absorption. This is a heavy burden for them to keep track of, and it is very difficult to do medication reconciliation. It is not dissimilar in the CKD-5 population. No compliance data was presented.

I wonder if you have compliance data. I also can't figure out if the patients on dialysis actually got the pill at dialysis or somewhere else, or took it at home -- but certainly in the non-dialysis population you should have compliance data from people taking it at home -- and if there were any associations of lack of compliance with either not hitting the hemoglobin targets or rapid rises in hemoglobin.

Thank you. Those are my two questions, and I'll wait for your answers.

DR. EISNER: EISNER: Thank you. It's Mark Eisner. Thank you for the questions. I'll ask Dr. Szczech to address your first question about iron.

Dr. Szczech?

DR. SZCZECH:  Thank you very much.  Linda Szczech.  I don't have a slide for this, however, we did pursue differences in MACE based on differences in changes in ferritin, ferritin at baseline, and there did not appear to be any differences in the major adverse cardiovascular outcomes or any other important safety signals, based on ferritin levels at baseline or changes in ferritin levels at baseline.

I'll pause here to see if that answers your question.

DR. LEWIS:  Thank you.  That answers my question.

DR. SZCZECH:  Thank you.

The second question --

DR. EISNER:  Go ahead, Dr. Szczech, please.

DR. SZCZECH:  The second question was about transfusion and differences in transplant outcome. May I ask you to clarify that so I can give you the appropriate information?

DR. LEWIS:  Sure.  And actually you could have picked any one of them; I don't know that you

have to go through all of them.  So if less transfusions, the big advantage is more transplants, did you see more transplants in the roxadustat group?

DR. SZCZECH:  Thank you very much for that question.  Transplantation, as everyone knows, is highly dependent on multiple factors, which includes your region.  The average waiting time for a kidney unfortunately in the U.S. can be as much as four to five years in some areas.

So a reduction in transfusion benefits a patient not only initially during their NDD period but for years to come after dialysis is initiated. They get on the transplant --

DR. LEWIS:  Dr. Szczech, I'm sorry.  May I interrupt you?  Do you have data to show that your roxadustat group got more transfusions?  I understand the theoretical benefit.

DR. SZCZECH:  I was trying to explain that examination of this particular endpoint would have been out of scope for these studies because, of course, they only looked at the NDD period.  So no,

we do not have data, and I was just explaining why. Thank you for focusing me.

DR. EISNER:  Then there was a question, Dr. Szczech, about the compliance both in the NDD and the DD setting.  Can you please address that question?

DR. SZCZECH:  I would be happy to.  Linda Szczech.

So it is important to know that roxadustat is not dialyzable, so it can be given both on dialysis and off dialysis.  For patients who are dialysis-dependent, you mentioned the interaction with phosphate binders, and we did not demonstrate a significant issue in patients who were either on phosphate binders or were not on phosphate binders in our phase 2 studies.  Because this is a titratable drug, if the bioavailability is decreased by the phosphate binder, the drug can be titrated up to the hemoglobin that is required.

I show you here that the interactions with the phosphate binders are more so associated with the sevelamer and the calcium-containing phosphate

binders.  No interaction was seen with lanthanum, and that's a minor technical point that I just wanted to share.

In terms of compliance, we found excellent compliance in our clinical trials, and I can try to get you some information after the break to break down exactly how well patients were able to comply with their therapies using the TIW regimen.

DR. LEWIS:  Did the dialysis patients receive the drug in the dialysis unit?

DR. EISNER:  Dr. Szczech, the question's for you, please.

DR. SZCZECH:  Thank you.  Linda Szczech.

We did not specify that they needed to receive the drug in the dialysis unit, but based on our knowledge, we believe that many of them did.

DR. LEWIS:  Thank you.  That's the end of my questions.

Our first question is Dr. Packer.

DR. PACKER:  Thank you so much.  I just wanted to ask just one general question and then one specific one.  The general question is the

mechanism of action.

This drug inhibits prolyl hydroxylase, but there are at least four isoforms of that enzyme, and they interact with different isoforms, hypoxia-inducible factor alfa.

Can you tell us which isoforms of prolyl hydroxylase are inhibited by roxadustat and what HIF isoforms are potentiated?

DR. EISNER:  Yes.  Thanks for your question. I'll ask Dr. Walkinshaw to address it for you.

Dr. Walkinshaw?

DR. WALKINSHAW:  Yes.  Hello.  Gail Walkinshaw here.  Roxadustat actually inhibits all three of the major isoforms of the prolyl hydroxylase enzyme, so PHD1, PHD2, PHD3.

There is a fourth enzyme which you refer to which is a transmembrane prolyl hydroxylase.  We haven't studied that specifically to know whether roxadustat inhibits that, and the function of that enzyme and its role in HIF stabilization is very unclear.  In terms of the stabilization of HIF, roxadustat stabilizes both HIF-1 alfa and HIF-2

FDA CRDAC                    July 15 2021                    112

alfa.

DR. PACKER:  Just to follow up on that, HIF-1 alfa and HIF-2 alfa often have diametrically opposite effects on tissues.  And in particular with respect to the heart, HIF-1 alfa is proangiogenic, proinflammatory, and profibrotic. HIF-2 alfa has the opposing effects.

So when you inhibit prolyl hydroxylase, depending on which enzyme your inhibiting, which enzyme is already activated and the tissue, you might have a greater potentiation of HIF-1 alfa compared with HIF-2 alfa.

Would that be fair?

DR. EISNER:  Dr. Walkinshaw, I'll ask you to respond.

DR. WALKINSHAW:  Yes.  Gail Walkinshaw here.

Yes, I think you bring up a very good point. It's one of the big challenges that we have in interpreting the literature because many people study either HIF-1 alfa or HIF-2 alfa using genetic tools, and that never really gives us an insight into what we would expect with roxadustat where

we're stabilizing both of those HIF-alfa paralogs.

Also, a lot of the published reports use the genetic tools which leads to chronic captivation of HIF-1 alfa or HIF-2 alfa, and that's, again, not what we're doing with roxadustat.  We're only transiently stabilizing both of those.  So really, that's why we rely heavily on our non-clinical toxicology studies because that's, really, the only way we can understand what to expect if we're just transiently stabilizing HIF-1 alfa and HIF-2 alfa.

DR. PACKER:  The only reason I bring this up is because HIF-1 alfa, we really would not want to produce sustained increases in HIF-1 alfa.  And the effects of prolonged activation of HIF-1 alfa could have many adverse affects biologically and pathophysiologically, which are independent of the rate of rise of hemoglobin.

That's why I asked the question because, you're right, the available basic science literature, it's really hard to make this prediction.  But I make it only because of my second question, which is to segue to the endpoint

FDA CRDAC                    July 15 2021                    114

I think I would like to personally focus on, which is all-cause mortality.

The reason for focusing on that is, gee, all-cause mortality is really important and, two, all-cause mortality is fairly agnostic about mechanisms. So if HIF-1 alfa potentiation leads to proinflammatory and profibrotic effects, you may not pick that up on a conventional MACE endpoint.

So just focusing on all-cause mortality, you have a lot of all-cause deaths in your trials, so you have a good event rate and the ability to discern what's going on. And I agree with you that your NDD populations, the analyses are really difficult.

It's really very, very complicated to try to tease out the event rate, but you don't have that problem in the DD population. In fact, your retention rate in the DD population is a little bit higher in the epo group than the roxa group.

Can you put up a slide on all-cause mortality in the four individual trials in the DD population?

DR. EISNER: Yes, we will do that. I will ask Dr. Little to respond to that question. But while we're bringing it up, I'd like to ask Dr. del Balzo to just briefly talk to you about our preclinical data on cardiovascular issues.

Dr. del Balzo, can you summarize that for us? And then I'll to Dr. Little on the all-cause mortality aspect of your question. Yes, Victor does also here. Yes, thank you for the question.

DR. DEL BALZO: Yes. Ughetta del Balzo here. Yes, thank you for the question.

I think it's important to just take a moment to look at our toxicology program at a high level. In this program, we have evaluated roxadustat chronically up to one year in monkeys. In general, as observed with ESA, the high roxadustat doses induced alterations caused by exaggerated pharmacology. So these are consequences of increased red blood cell production inducing polycythemia and hemoconcentration.

[Inaudible – audio gap].

DR. PACKER: Hello?

DR. EISNER:  Dr. del Balzo, I think we lost you.  Why don't we go to Dr. Little for the clinical data in DD for all-cause mortality.

Dr. Little?

DR. LITTLE:  Dustin little here.

Dr. Packer, I have a slide that has the pooled all-cause mortality result and then the results for each of the three pivotal trials, and then we can bring up the slide that showed the results for 613.

The pooled hazard ratio point estimate was 1.02, and you see the hazard ratio point estimates for each of the three pivotal studies.  Overall, we didn't see a significant interaction and we saw a substantial overlap between the confidence intervals.

Now I have the slide that also shows Study 613.  When we add Study 613 to the pool, Dr. Packer, we mentioned that that study is an outlier in terms of the all-cause mortality results.  We have a hazard ratio point estimate of 1.11; but again, overall in the three pivotal study

pools, a hazard ratio point estimate of 1.02.  So we consider that there's no increased risk of all-cause mortality with roxadustat compared to epoetin alfa.

DR. PACKER:  Well, let me have you pause there for a moment, and let me just make sure that I totally understand how you're going about doing this.

This is all-cause mortality --

DR. LEWIS:  Dr. Packer?

DR. PACKER:  Yes?

DR. LEWIS:  I'm sorry.  We have a lot of questions.  Can you keep this a little bit shorter?

DR. PACKER:  Okay.

Can you explain why your analysis of all-cause mortality differs from that of the FDA?

DR. EISNER:  Dr. Little, I'll ask you to respond to the question, please?

DR. LITTLE:  Dustin Little.

Dr. Packer, I may need to ask for clarification for the analysis of all-cause mortality on differing.  What we have here are the

FDA CRDAC                  July 15 2021                    118

results for our pooled Cox regressions.

DR. PACKER:  Julia, I'm going to pause here --

DR. LEWIS:  Yes, thank you.

DR. PACKER:  -- but I just want to make the point that the analysis that they just showed is based on 264 plus 277 events.  The FDA analysis of all-cause mortality in the same population has more than 800 events.

DR. LEWIS:  Okay.  Thank you, Dr. Packer.

I'm going to go on to Dr. Bairey Merz.  And please, everybody, remember, even though I'm announcing you, to state your name for the record before you ask your question.

DR. BAIREY MERZ:  Thank you, Dr. Lewis.

Noel Bairey Merz.  This is a question for Dr. Fishbane, two just very general questions.

You said in your remarks that likely dialysis patients on epo probably would not be encouraged to change to the oral roxa, and as a guideline writer and as a representative of what likely will be future guidelines, what do you think

the guidelines will say about who would prefer to be on the oral form?  And as a second related question, would you advise for or against non-nephrology prescribing this medication?  Thank you.

DR. FISHBANE:  Yes.  Thank you for the question.  In dialysis, I'm not going to anticipate, we are going to be having a KDIGO updated global guideline group that will be coming out.  But in terms of the use of the drug in patients on dialysis, what I said before my presentation was that if I have a patient who is currently on ESA, and is doing well, and is not experiencing problems, then I wouldn't necessarily see a reason to change that patient.

On the other hand, look, I'm the chief medical officer for a 15-dialysis unit chain, and in individual dialysis units there are maybe units where we prefer not to be using our nurses running around opening up vials of medications, filling syringes, and injecting patients.  There may be places where we prefer three times a week doing

oral treatment.

Certainly, with issues related to hyporesponse, with issues related to home dialysis, and this very difficult problem we have with the transition in those first very difficult months of dialysis, I see a really important opportunity in terms of oral treatment.  But I think I'm not going to go further towards anticipating what we'll do with guidelines, but I do appreciate the question.

DR. LEWIS:  Dr. Fishbane, we have quite a few more questions.  Could you address Dr. Bairey Merz's second question; would you recommend non-nephrologists use this drug?

DR. FISHBANE:  Yes, I generally recommend that it would be best used in the hands of nephrologists who are taking care of patients, both --

DR. LEWIS:  Thank you.

DR. FISHBANE:  Thanks.

DR. BAIREY MERZ:  Thank you.

DR. LEWIS:  Thank you.

Dr. O'Connor?  And please announce yourself.

FDA CRDAC                    July 15 2021                    121

DR. O'CONNOR: Yes. Chris O'Connor. This is a question for Dr. Szczech or Dr. Little. In heart-failure trials, quality of life and hospitalizations are very important outcomes. In page 28 and page 56 of your briefing document, in 28 you provide a quality-of-life analysis of the SF-36. Although you got a statistically significant difference despite getting an important anemia correction, there were no clinically meaningful differences.

Is it your position that this drug does not improve quality of life despite correcting anemia? That's part A. And part B is, what is the effect of this drug on total and cardiovascular hospitalizations? I saw the heart failure and unstable angina trended in the right direction, but I didn't see total and cardiovascular hospitalizations.

DR. EISNER: Yes. This is Mark Eisner. I'll ask Dr. Fishbane to address your question on quality of life, and then Dr. Little on hospitalization.

Dr. Fishbane?

DR. FISHBANE:  Yes.  Thank you.

Look, quality of life has been a historically very difficult challenge with respect to anemia treatment. A lot's been written on the subject.  We could get into some of the issues if we want to discuss that further, but I do find that what we've seen here to be, despite the challenges, actually quite encouraging.

The key parameters in a double-blinded population with lots of patients here; we saw that for physical function of vitality, and that's where the keys have been in previous studies, a similar benefit, as we've seen previously, which gives us a sense that there is an opportunity here.

So we've got to be conservative with quality of life because of the difficulties of these studies, but I think despite the crude scales and mixed comorbidity, we're definitely seeing here an opportunity from that data to be able to do some of the guideline-recommended individualization of treatment.  Thank you.

DR. EISNER:  Thanks.

Dr. Little, can you address the hospitalization question?

DR. LITTLE:  Dustin Little.

Dr. O'Connor, I don't have a slide available for overall cardiac hospitalization, but I'd like to bring up adjudicated heart-failure hospitalization Kaplan-Meier plots for the pooled NDD and the pooled DD and just demonstrate those.

You can see that for the pooled NDD adjudicated heart failure, hospitalization was somewhat numerically lower for roxadustat, especially earlier on, and then you see the hazard ratio point estimate of 0.83 with the upper bound of 1.05 for adjudicated heart failure hospitalization.  In terms of overall hospitalization, 58.6 percent of roxadustat patients in the DD program required hospitalization compared to 59.5 percent of epoetin alfa patients.

DR. LEWIS:  Thank you.

Mr. Conway?

(No response.)

DR. LEWIS:  Mr. Conway, you may need to unmute.

MR. CONWAY:  Got it.  Thank you very much; two quick questions, a general question to the presenters.

Because we're dealing with pooled data here, can you tell me whether or not any publications have been withdrawn based on initial publication? And along that line, do you have -- please don't take this the wrong way, but I'm going to ask it. Do you have full confidence in the data that was generated by your partner in China?

Then the second question actually I have for Dr. Fishbane is, given the data that you're looking at and given the population, or probably the expanse of the patient population that you were treating that you just identified across many facilities, would you approach African American patients differently with this medication who are on dialysis given the data?

I'm interested in that specifically because of outcomes.  And by way of background, let me just

say this.  I was an ESA patient, iron infusion patient, did it before dialysis, did it while I was on home peritoneal dialysis, and I've had an adverse incident.  So I kind of have a general understanding of this in a little bit more detail, but I'm interested in those two questions.  Thanks.

DR. EISNER:  Thanks for your question.  It's Mark Eisner.  In terms of your first question, there were two parts.  One was about do we have full confidence in our trials in China, and we do. This was conducted by FibroGen China, which is part of FibroGen overall, so we have full confidence there.

I'll ask Dr. Szczech to address your question about publications.

DR. SZCZECH:  Thank you very much.  Linda Szczech.  We have had all of our publications accepted and we're working on getting them into publications.  None of them have been withdrawn.

DR. LEWIS:  Thank you.

Dr. Parsa?

DR. EISNER:  And --

DR. LEWIS:  I'm sorry?

DR. EISNER:  Pardon me for interrupting -- it's Mark again -- but there was a question about African American patients.  Can we have a moment to dress that?

DR. LEWIS:  Surely.

DR. EISNER:  Well, first just to say that the efficacy in terms of hemoglobin was the same in African American patients versus patients of other races and ethnicities.

Let me ask Dr. Little just to briefly address the safety in African American patients.

Dr. Little?

DR. LITTLE:  Thank you.  Dustin little.

Mr. Conway, we did look at safety events by race, and we didn't see -- let me bring up as an example the MACE results in the dialysis-dependent population.  For black patients, we didn't see any interaction by race.  We consider that the overall safety results that we presented today are applicable to black patients.

I'd just like to briefly note that we're

adding a 10,000-patient postmarketing study in the United States, and we would expect there to be a substantial number of African American patients in that study for us to look further at thrombosis, vascular access thrombosis overall and in African American patients.

MR. CONWAY:  I appreciate that.  I just want to make this note.  The reason why I'm asking that question specifically is because I wanted to know what your data showed before you take it out and put it in the field, if that is the course that's taken, and expose patients to it.  Thanks.

DR. LEWIS:  Thank you.

Dr. Parsa?

DR. PARSA:  This is Afshin Parsa.

Regarding this thrombosis risk on MACE and some of the subanalyses -- and the NDD certainly has been challenging, I appreciate the efforts -- I was wondering, were there any subgroup analyses looking at people on aspirin, clopidogrel, antiplatelet or anticoagulants, and whether that changes any of the outcomes?

DR. EISNER:  I'll ask Dr. Little to address your question about whether antiplatelet agents modify the safety of roxadustat.

Dr. Little?

DR. LITTLE:  Dustin Little.  We have performed those analyses.  I don't have a slide available to show you that, but we did not observe any particular interaction in terms of cardiovascular safety or thrombosis among patients who were or were not on antiplatelet agents at baseline.

DR. LEWIS:  Thank you.

Dr. Thadhani, did that conclude your question?  If so, I'll move on to Dr. Wang.

DR. WANG:  Thanks a lot.  Tommy Wang; two quick questions.

One, I suspect a lot of the discussion is going to focus on risk-benefit, and the point was raised about risk-benefit in the dialysis patients with high CRP levels indicating inflammation as potentially favoring roxadustat because of the less of the need for escalation of dosing.

Does the sponsor have any specific data regarding either MACE events or adverse events in roxadustat compared with epo in the high CRP patients in the dialysis population?  That's one question.

The second question, just returning to the point Dr. Packer raised about VEGF, I appreciate that there were relatively few malignancies that occurred during the trials.  Can the sponsor comment on any general longer-term concerns regarding malignancies, either incident or exacerbation or latent malignancy, and how they plan to incorporate that into the postmarketing trial that they've proposed, if postmarketing is available?

DR. EISNER:  Yes, thanks for your question. I'll direct the first question on CRP in MACE to Dr. Little.

DR. LITTLE:  Dustin Little.  Yes, Dr. Wang, we did perform an analysis of MACE risk by baseline CRP.  I'll bring it up momentarily, but as Dr. Szczech mentioned during her presentation,

baseline CRP was actually only assessed in 4 of the 6 pivotal trials.  It was not assessed at baseline in the two largest pivotal trials.  In addition to the typical limitations of a subgroup analysis being post hoc and underpowered, we do have those limitations here.

In terms of the non dialysis population, we had 31 percent of patients without a CRP collected at baseline.  When we look at the pattern of those events over time, we see absolutely no difference in MACE over the first approximately 12 months; so it's likely that differences in treatment discontinuation impacted these results.

Among the dialysis-dependent population, we had about 16 percent of patients without baseline CRP available, and interestingly among those patients, the hazard ratio point estimate was numerically favorable.  I'm showing you the incident dialysis subpopulation because, simply, this is the group where we had less missing data, about 9 percent of patients, and we saw no interaction there.

I'd like to briefly bring up the subgroup analysis by baseline ferritin tertiles because we know that ferritin is also elevated in inflammation and can be a marker of inflammation, and this was not so confounded by missing data.  And in here we saw no interaction in NDD or DD.  So we don't consider that there's an interaction by inflammation, and we consider that these ferritin values are more reliable due to the completeness of the data.

DR. EISNER:  Then your second question about concern about malignancy, overall, when we look at our data overall, the short answer is we don't see an imbalance of malignancy, and we did follow patients up to four years.  So to the best of our knowledge, we don't have a risk there.

In terms of the postmarketing setting, it's a good point.  We are certainly in active discussions with FDA about the nature of the postmarketing real-world data study, and it certainly would be possible to add ascertainment of malignancy, benign or malignant tumors, to that

study.  So it's a fair point, and thanks for raising it.

DR. LEWIS:  Dr. Thadhani, I apologize.  I skipped you.  I'm going to let you have the last question.

Those of you who have had your questions answered and don't have another one, please put your hands down, and we will make a list of the remaining people who have questions that we haven't got to, and hopefully we'll have time to work those in later.

Dr. Thadhani?

DR. THADHANI:  Thank you, Dr. Lewis, and I will be brief.

The sponsor nicely showed dose-response relationships, change in hemoglobin, and a proposal in a postmarketing fashion to potentially reduce the risk of thromboembolic events by the associative data.  Certainly the adverse event profile includes other adverse events that were seen:  infections, seizures, stroke, MI, acute kidney injury.

Is there any evidence, even by way of association, that changing or the proposals that are suggested by the sponsor would have effects on some of those other adverse events?  Thank you.

DR. EISNER:  No, thanks for the question. That's a good question.  I'll turn that to Dr. Little to respond.

Dr. Little?

DR. LITTLE:  Dustin Little.

Dr. Thadhani, when we looked through our data, the clearest association that we saw was with thrombosis events and that's what we're targeting with our risk mitigation.  We found some publications that have demonstrated that similar risk mitigation strategies appear to have decreased thrombosis risk with ESAs.

When it comes to other events, like I said, we did not see clear evidence that our mitigation strategy would influence other events.  Seizure, for example, has potentially been associated with ESAs with more rapid increases in hemoglobin and treating to higher targets, and of course our

mitigation strategy will lead to more gradual increases in hemoglobin and treating to lower targets.  But in sum, our risk mitigation is aimed at the thrombosis and vascular thrombosis risk that we noted in our clinical program.

DR. LEWIS:  Thank you.

We will now take a five-minute break.  Panel members, please remember that there should be no chatting or discussion of the meeting topic with anyone during the break.  We will resume at 11:59.  Thank you.

(Whereupon, at 11:55 a.m., a recess was taken.)

DR. LEWIS:  Good afternoon.  My name is Dr. Saleh Ayache.  I'm a medical officer in the Division of Non-Malignant Hematology.

DR. YU:  Dr. Ayache?

DR. AYACHE:  I'm sorry.

DR. YU:  Can you give us one moment?

Dr. Lewis, could you announce our return from the break?

(Pause.)

FDA CRDAC                    July 15 2021                    135

DR. YU:  One moment, please.

Dr. Lewis, could you hear me?

DR. LEWIS:  Thank you.  I apologize.
Actually, I don't think I muted myself there, but I
want to ask all everybody to put their hands down.

Ms. Yu and I have made a list of the people
with remaining questions, and I think it will be
confusing if they stay up now.

We will now proceed with the FDA
presentation, Dr. Ayache.

(No response.)

DR. YU:  Dr. Ayache, you might be  on mute.
You may proceed

DR. AYACHE:  Yes.

DR. YU:  Okay.  Thanks.

**FDA Presentation – Saleh Ayache**

DR. AYACHE:  Good afternoon.  My name is
Dr. Saleh Ayache.  I'm a medical officer in the
Division of Non-Malignant Hematology in the Office
of Cardiology, Hematology, Endocrinology, and
Nephrology.  I'll be presenting the FDA's major
findings from the roxadustat application along with

Dr. Jae Joon Song from the Division of Biometrics VII, Office of Biostatistics.

Here is the review team assessing the application. This is the outline of our presentation. We will briefly discuss the product, the regulatory history, and efficacy, but the focus for our presentation will be the safety findings. We will discuss the adverse events, major adverse cardiovascular events, all-cause mortality, and finally we will discuss some of the interrelationships between thromboembolic events, drug dose, hemoglobin, and rate of change of hemoglobin.

Roxadustat is a small molecule, oral, hypoxia-inducible factor prolyl hydroxylase inhibitor that's posited to enhance erythropoiesis by increasing endogenous erythropoietin and reducing hepcidin. The drug is the first in its class. The proposed indication is for the treatment of anemia due to CKD in adult patients not on dialysis and on dialysis.

Roxadustat is an orally administered tablet.

The roxadustat dose is adjusted on the basis of the hemoglobin response.  The drug is not approved in the U.S.  It has been approved in China and Japan for patients on dialysis and not on dialysis.

Anemia is associated with increased cardiovascular morbidity and mortality.  Anemia in patients with CKD is multifactorial, including erythropoietin deficiency, impaired ability to absorb and utilize iron, and blood loss and shortened RBC survival.

The current standard of care includes protein iron monitoring and supplementation of patients with iron deficiency.  Most patients require ESAs to correct anemia and to reduce the need of RBC transfusion.  However, transfusions have risks, including alloreactivity and increased risk of rejection after kidney transplantation.

ESAs are glycoproteins produced by recombinant technology.  They have been in the market in the U.S. since 1989.  There are four ESAs approved for this indication.  All are approved for patients on and not on dialysis.  All are

administered intravenously or subcutaneously.  None are oral.

Four large randomized-controlled targeted studies have shaped the labeling of ESAs:  the normal hematocrit, the CHOIR, CREATE, and TREAT. They were all designed to demonstrate that higher hemoglobin targets would result in better clinical outcomes, but instead they showed, or tended to show, adverse cardiovascular outcomes with higher rather than lower hemoglobin targets.  More than 30 years since the first approval of an ESA, the optimum hemoglobin target remains unknown.

In light of these prior results, the ESA label for CKD has undergone significant revisions, including the addition of a boxed warning and several warnings and precautions.

Here you see the boxed warning for the ESAs as related to chronic kidney disease.  It highlights the risk of death, myocardial infarction, stroke venous thromboembolism, and thrombosis of vascular access.  It also warns that targeting hemoglobin greater than 11 grams per

deciliter increases the risk of death, serious adverse cardiovascular, and stroke. The warnings and precautions section of the ESA labeling highlights other important risks of hypertension and seizure.

After the fourth large randomized trial suggested harm rather than benefit when targeting higher rather than lower hemoglobin levels, the former division discussed the three prior results at the 2010 cardio-renal drug advisory committee meeting. We asked whether the indication for treatment of anemia in patients who are not on dialysis should be withdrawn; 15 out of 17 members voted no.

The roxadustat development program proceeded concurrently in the non-dialysis-dependent, NDD, and dialysis-dependent, DD, populations. For each patient population, there were three main phase 3 studies and one additional trial. Therefore, there was a total of four studies in the NDD indication and four studies in the DD indication.

Efficacy was assessed as the change from

baseline in the mean hemoglobin levels over weeks 28 to 52. The study tested either superiority to placebo or noninferiority to ESA with respect to hemoglobin. For safety, the applicant assessed major adverse cardiovascular events, or MACE, comparing roxadustat to placebo in the NDD population and comparing roxadustat to epoetin alfa in the DD population. In addition, we performed typical general safety assessment of adverse events, laboratory data, and vital signs.

As I noted, there were four major phase 3 studies in the NDD population. The phase 3 studies on the slide, 001 060, and 608, were similarly designed multicenter, randomized, double-blinded, placebo-controlled study in patients with stage 3 to 5 CKD and anemia.

Notice that not all the randomization ratios are the same. The primary endpoint was changed from baseline to mean hemoglobin concentration. Study 610 differed in that it was conducted in Europe with an open-label design and it compared roxadustat to active-controlled darbepoetin alfa.

Also for 610, the primary endpoint was different from the others. It was percentages of hemoglobin responders during the first 24 weeks.

For the DD population, there were also four major phase 3 studies. The study at the top, 002, 063, and 064, were similarly designed, multicenter, open-label, active-controlled trials that compared roxadustat to epoetin alfa. Study 002 and 063 were global and Study 064 was conducted in the U.S.

The fourth major study was 613. This study was conducted exclusively in Europe. Study 613 differed from the other three studies because it employed two active comparators, darbepoetin and epoetin alfa, and permitted use of an ESA that is licensed in the U.S. For all four studies, the primary endpoint was changed from baseline in the hemoglobin concentration.

We corroborated the applicant's efficacy results of increasing the hemoglobin and believe that the applicant has provided substantial evidence of efficacy for the indication they are seeking. Our concern about efficacy is that the

hemoglobin concentration in the roxadustat groups in these studies tended to overshoot its target.

We will start with the efficacy results for the NDD population.  Here are the results for the three placebo-controlled studies.  The Y-axis shows the hemoglobin concentration and the X-axis shows time in weeks.  Roxadustat is shown in blue and placebo is shown in red.  Note the blue arrows. All studies appear to show overshoot of the hemoglobin target followed by downward correction. The overshoots may have been related to the roxadustat starting dose, the dosing scheme, or both.

One of the secondary endpoints was time to RBC transfusion.  In Study 001, the time to RBC transfusion analysis shows a statistically significant treatment effect with a hazard ratio of 0.37.  In Study 060, there was a lack of statistical significance for an endpoint more proximal in the testing sequence, so there could be no formal test of hypothesis on the time to RBC transfusion endpoint.

The treatment effect on time to RBC transfusion was nominally statistically significant. In Study 610, time to RBC transfusion was not included in the testing sequence. An exploratory analysis indicates a nominally statistically significant treatment effect.

The figure shows the percentages of subjects who received at least one RBC transfusion in the three NDD studies. The blue bars are for roxadustat and the red bars are for placebo. The exploratory analysis suggests that there was absolute reduction in the percentages of patients receiving an RBC transfusion of approximately 10 percent for roxadustat over placebo in each of the three studies.

Here are the efficacy results for Study 610. The study met its primary efficacy endpoint objective in hemoglobin response. In the graph on the right, note that the hemoglobin increases more rapidly in the roxadustat group than the darbepoetin alfa group through 4 weeks; also note that the hemoglobin level reaches nearly 12 grams

FDA CRDAC                    July 15 2021                    144

per deciliter at 12 weeks.

Now I will discuss the efficacy results for the DD population. Hemoglobin responses are shown graphically for the three studies. Roxadustat is shown in blue and epoetin alfa is shown as red. On the left top and bottom, in Study 063 and 002, you see the mean hemoglobin responses in the roxadustat groups were similar to the responses in the epoetin alfa groups.

In Study 064, which was the U.S. study, the hemoglobin in the roxadustat group trends higher than the epoetin alfa group with the mean differences of 0.5 gram per deciliter. The test for noninferiority for the difference in the hemoglobin between roxadustat and epoetin alfa of minus 0.7 gram was met for each study.

Here are the Study 613 efficacy results. 613 also demonstrated noninferiority of roxadustat with respect to ESA comparators. The graph on the right shows the mean hemoglobin response over time. The scale exaggerates the treatment effect, but note the rapid increase in hemoglobin in the

roxadustat group starting at time zero.  The difference in mean hemoglobin response developed rapidly with big treatment differences of approximately 0.8 gram for roxadustat over ESA comparator.

Now I will discuss the safety of roxadustat. Safety analyses were performed in the NDD and DD populations separately.  The mean safety analysis in the NDD population was conducted using the 4270 subjects in the three double-blind, placebo-controlled studies, Studies 001, 060, and 608.  Study 610 was analyzed separately. The main safety analysis in the DD population was conducted using 3880 subjects in Study 002, 064, and 063. Study 613 was analyzed separately.

In order to interpret the safety analyses, it's important to understand the concept of the ascertainment window.  The ascertainment window is the time on treatment plus an interval of additional monitoring time during which adverse events can be recorded.  Events that occurred outside the window are not included in the

analyses.

Analyses of adverse events were conducted using three ascertainment windows. This slide depicts the on-treatment plus 7-days analysis and includes events from first day of treatment until 7 days after last dose. Similarly, the time on-treatment period plus 28 days, or OT plus 28, includes the treatment period plus 28 days after the last dose of the study indication.

The term "on-study" includes all adverse events that occurred after randomization until the end of the study, regardless of whether the patient was on or off study treatment. You can understand that the longer the period of observation, the more likely you are to collect adverse events that occurred after drug exposure and are not drug related, but for adverse events with longer latency, it's important to monitor for a longer duration. The optimal ascertainment window can differ depending on the type of adverse event that is being considered.

For the most part, our safety analyses were

conducted using queries.  These included a combination of medically similar and/or related preferred terms.  The FDA is developing a standard set of custom queries for new drugs.  For example, the FDA query for acute kidney injury is shown in the left.  All of these terms indicate a reasonable likelihood that acute kidney injury occurred.  An example of custom query of device/shunt thrombosis is shown on the right and it includes 10 related preferred terms that all denote device or shunt thrombosis.

Now we will discuss the adverse events starting with the NDD population.  We are not showing the data by treatment group, but for each of the pooled NDD studies, the demographic and baseline disease characteristics generally well balanced between the two treatment groups.

Overall, the mean age was 63 years.  The majority of patients were female and overall white. Note, approximately 8 percent of the study population were black.  U.S. participation varied by study but overall about a quarter of patients

were from the U.S.  Few patients had received prior ESA treatment.  One-third had a known history of cardiovascular disease.

There were significant differences in disposition between the roxadustat and placebo groups.  Thirty-eight percent of subjects in the roxadustat groups discontinued treatment early versus 59 percent of subjects in the placebo groups.  The difference was driven by the need for rescue therapy and subjects' decisions differing by about 10 percent.

This Kaplan-Meier graph illustrates the differences in drug exposure between the roxadustat groups in blue and placebo groups in red.  The mean roxadustat exposure was 85 weeks compared to 64 weeks for placebo.  The lines diverge from each other and reach peak difference at 52 weeks, at which time 71 percent of patients in the roxadustat groups and 53 percent of patients in the placebo groups remained on treatment.

Now I will begin the presentation of the adverse events in these studies.  Realize that we

looked for hundreds of signals in two groups of three studies and two individual studies.  Signals that were observed across more than one analysis or study are more likely to be drug related.  This is a tabulation of serious adverse events organized by category.

The listings are mostly adverse event queries, although there are a few individual preferred terms as well.  Individual terms are followed by word terms.  For example, deep vein thrombosis is an individual term, though it falls within the query of thrombotic events.

These two columns show the numbers and percentages of subjects with events.  These two columns show the event rate per patients-years. The column with the red bars shows the risk difference per 100 patient-years.  Finally, the column with the blue bars shows the relative risk based on patient-years.

The listed adverse events and queries are those that were reported at a rate of at least 0.5 events per 100 patient-years with roxadustat,

with a relative risk of at least 1.3.  Others are listed because they were of particular interest. The ascertainment window here is on treatment plus 7 days.  Roxadustat shows a clear signal for serious thrombotic events with a relative risk of 1.45.  Important serious adverse events that contribute to this query include device/shunt thrombosis with a relative risk of 2.7 and deep vein thrombosis where there are 20 versus 2 events and a relative risk of 6, also.  Stroke and pulmonary embolism, keep in mind that the absolute risk of device/shunt thrombosis is underestimated here because most of these patients in these studies were not on dialysis.

Other identified signals include intracranial hemorrhage and seizures.  The risk of serious infection includes increased risk for septic shock; urinary tract infection; bacterial infection as a general category; and peritonitis.

In contrast to the placebo-controlled studies, Study 610 compared roxadustat to darbepoetin alfa.  Again, note the serious adverse

events of infection, including bacterial infection and pneumonia were reported, higher percentages for roxadustat than darbepoetin alfa, and with a relative risk of 1.3 or greater. The thrombotic risk is a particular concern here because roxadustat was compared to darbepoetin alfa, which itself is known to cause thrombosis.

Now we will examine all adverse events in the NDD pooled studies for serious and non-serious adverse events. Again, we are showing results for analyses based on the OT-plus-7 window, and here we show events where the rate was greater than 2 per 100 patient-years in the roxadustat group and where the relative risk was greater than 1.2.

There are some adverse events of particular interest. Again, there are notable signals for thrombosis and sepsis although the majority of these events were serious in nature and were shown in the last tabulation. In other words, most adverse events of thrombosis and sepsis were serious. There were relatively few non-serious events.

So if we focus on the other adverse events that are largely non-serious, we see hyperkalemia nausea, vomiting, insomnia, and peripheral edema. There are also far more seizures here, indicating that many seizures were non-serious.

For Study 610, we see the adverse events that occurred at a frequency greater than 5 percent in the roxadustat arm.  Again, there are signals for peripheral edema and fluid overload and also for thrombosis, insomnia, and nausea as we saw in other studies in the NDD population.  The new signals observed in this study included hyperphosphatemia; muscle spasms; dyspnea; also arrhythmia; constipation; headache; hypotension; and bronchitis.

Now I will discuss the adverse events in the dialysis population.  We are not showing the data by treatment arm, but the baseline demographics and disease characteristics where relatively well balanced between treatment arms for the dialysis-dependent population.

The mean age was 54 years overall.  Most

patients were male and overall white.  Overall, approximately 45 percent were from the U.S., although all subjects in Study 064 were from the U.S.  Almost 90 percent were on hemodialysis and 43 percent had a history of cardiovascular disease.

In the pooled DD population, the rate of early discontinuation was higher in the roxadustat group than the epoetin alfa group, 42 percent versus 34 percent.  The reasons for discontinuation were adverse events and subject or physician decision to leave the study.

This Kaplan-Meier graph illustrates study drug exposure for the DD population, with the blue line representing roxadustat exposure and the red line representing epoetin exposure.  Mean exposures were 89 weeks in the roxadustat-treated subjects and 101 weeks in epoetin alfa-treated subjects. Approximately 63 percent and 71 percent of patients in the roxadustat and epoetin alfa groups, respectively, received the study drug for at least 52 weeks.

This table shows serious adverse events for

the pooled studies in the DD population.  We have tabulated adverse event queries and some individual adverse event terms, where the event rate was greater than 0.5 per 100 patient-years and the relative risk was at least 1.3, as well as some other notable signals.

Because roxadustat was compared to an active ESA control group in these studies, it's important to consider known adverse drug reactions of ESA when assessing roxadustat's risks.  Thus, we show the known adverse drug reaction for ESA at the bottom of the table.

Again, you see prominent signals of serious thrombotic events, including device or shunt thrombosis, deep vein thrombosis and myocardial infarction, as well as seizure.

It's important to recognize that these signals appear against epoetin alfa as the comparator rather than placebo, and note that thrombosis, MI, and seizures are listed as adverse drug reactions in ESA labeling.  Signals for adverse events of hypoglycemia, gastroenteritis,

and pancreatitis are evident here although they were not detected in the in NDD studies.

Now for the single study in the DD population, Study 613, as you recall, Study 613 compared roxadustat to an ESA group that included darbepoetin alfa and epoetin alfa, and this study was not included in the pooled analyses. This table lists the serious adverse events that occur at a frequency greater than 5 percent in the roxadustat group, with a relative risk that exceeded 1.3 in Study 613.

Notable serious adverse events include congestive heart and thrombosis of vascular access. Both are listed as an adverse drug reaction in the ESA level. In addition, there is a risk of serious infection, which was also observed in the pooled NDD analyses.

Here are all adverse events in the pooled DD studies for the OT-plus-7 time period for serious and non-serious. The table shows adverse event queries reported at a rate of greater than 2 per 100 patient-years in the roxadustat group,

FDA CRDAC                    July 15 2021                    156

where the relative risk for roxadustat was greater than 1.3.  Other notable adverse events are shown as well.  The thrombotic event shows up as expected, however, most of these events were serious such that the addition of non-serious events here does not add much information.

Seizures shows up again in the serious adverse events, however, almost half of the seizures were non-serious.  Again, seizures are labeled adverse drug reaction for ESAs.  There is a signal for vomiting, which is consistent with the signal observed in the pooled NDD analysis.  Small signal for hypertension, peripheral edema, and rash are apparent versus ESA, and they are labeled adverse drug reactions for ESAs.

Again, we see a signal for thrombosis. Sorry.

This slide shows all adverse events identified in Study 613 with a frequency greater than 5 percent in the roxadustat group and a relative risk that exceeded 1.3, as well as other significant adverse events.

Again, we see a signal of thrombosis with roxadustat, which included deep vein thrombosis, pulmonary embolism, and device/shunt thrombosis. Contrary to other studies in the DD population, MI and ischemic stroke favors roxadustat over ESA and are shown for completeness.  There are signals for nausea and congestive heart failure in the study that are similar to those observed in other studies.

Given the strong signals of thromboembolic events, here are the Kaplan-Meier curves of all thromboembolic adverse events for the NDD population on the left and DD population on the right.  These analyses are based on on-study assessment window.

The curves in the NDD population are difficult to interpret because of the marked differences in subject retention between the two groups.  For the DD population, however, time at risk was similar in both groups, and about 90 percent of patients were on hemodialysis with vascular access.  Roxadustat risk of thromboembolic

events versus ESA is quite clear in this population. The log-rank test show nominally statistically significant results for both analyses.

Vascular access is the lifeline for hemodialysis patients. Here are the Kaplan-Meier curves for device and shunt thrombosis in the DD population. These analyses are based on the on-study ascertainment window. On the left, the figure shows all of these adverse events for serious and non-serious. On the right, only the serious events are shown.

They both show events through 36 months or 3 years. I will remind you that the absolute risk difference for all of these events was 2.1 events per 100 patient-years, and for serious adverse events, it was 1.1 event per 100 patient-years. The vast majority of patients who developed serious events of device/shunt thrombosis required hospitalization and placement of a new vascular access.

Now, Dr. Song will present the MACE results.

**Presentation – Jae Joon Song**

DR. SONG:  Good afternoon.  My name is Dr. Jae Joon Song, and I am a statistical reviewer in the Office of Biostatistics.  In this presentation, I'm going to discuss the cardiovascular safety analysis and results.  I will also explain the differences and implications of using on-treatment and on-study analysis.

In the cardiovascular safety evaluation, MACE was defined as a composite of all-cause mortality, non-fatal myocardial infarction, and non-fatal stroke.  Study endpoints were adjudicated by an independent clinical endpoint committee whose members were blinded to treatment assignment.

One of the key analytical considerations was how the MACE event will be counted with respect to the exposure to treatment.  An ascertainment window defines period of time for which a subject is at risk of the event and determines which events will be considered in analysis.

For the MACE analysis, we considered two windows, on treatment plus 7 days, or OT plus 7,

and on-study analysis.  The two ascertainment windows can have different implications on the interpretation of results.  In the following slide, I will explain the definition and differences in these two approaches to set the stage for discussing the MACE results from the roxadustat trials.

A key issue in the assessment of safety in the roxadustat program is when a safety event occurs relative to exposure to treatment.  This slide includes an illustration of hypothetical subjects and time they're being followed in a trial.

The green line depicts a time a subject is exposed to randomize treatment.  The gray line depicts the ascertainment window after treatment exposure, which in this program was commonly defined as 7 or 28 days.  The dash line depicts time while a subject was off treatment but still being followed for the event of interest.

Events are depicted with red diamonds.  As mentioned, the assessment of MACE used two exposure

windows.  What is depicted here is the OT-plus-7 analysis, which includes only events that occur within or prior to the end of the ascertainment window.  Subjects not experiencing event within this time frame are censored at the end of the ascertainment window.

For the previous hypothetical example, only two events were contributed to the OT-plus-7 analysis.  As shown in the illustration, the on-treatment or the OT-plus-7 analysis estimates risk of MACE in patients assigned to roxadustat while receiving the assigned treatment.

This slide depicts the on-study analysis. In such an analysis, all events are included regardless of exposure to treatment.  Subjects not experiencing an event are censored at the date of last contact.  Per our hypothetical scenario, you can see two additional events contribute to the on-study analysis relative to the on-treatment analysis.

As shown in the illustration, the on-study analysis, or the treatment policy analysis,

FDA CRDAC                July 15 2021                 162

estimates the risk of MACE in patients randomized to roxadustat versus control regardless of treatment adherence, discontinuation, or use of alternative therapies.

Having introduced the concept of on treatment versus on-study analysis, I now will discuss how these analyses estimate two different risks.  In the interpretation of the estimates of risk observed in the roxadustat development program, it is important to understand the pros and cons of the two analysis approaches, which I will discuss in the next set of slides.

The first estimate which I discussed is on treatment, which estimates the risk of MACE while receiving the assigned treatment.  In general, there is increased sensitivity to see drug effects with the on-treatment estimate if drug attributable risk only occurs while a subject is exposed to randomize treatment.  However, the on-treatment analysis can be difficult to interpret when there is considerable disparity between treatment arms on how long subjects remain on treatment.

In other words, if there is differential treatment discontinuation between the treatment arms and if there's a reason to suspect that the differences might be related to the outcome of interest, then there is potential for obtaining a biased estimate.  Finally, the on-treatment analysis is also not suitable for assessing risk and outcomes expected to have long latency.

Now for the on-study analysis, this estimate may be important if the control arm receives a reasonable representation of current standard of care.  In this setting, the treatment policy approach can help assess what might happen to the target population with respect to the outcome if the investigational product is approved for marketing.  Also, the on-study approach may provide greater sensitivity to adverse effects and outcomes with potentially long latency periods such as malignancy.

However, the on-study approach can be less sensitive to identifying drug attributable risk when outcomes occur after treatment

discontinuation, and this can be especially concerning in the noninferiority settings because with more unexposed time, the on-study analysis is more likely to show noninferiority.  Moreover, in the presence of a rescue therapy, the unexposed time to plan treatment can include exposures to rescue therapies, which might impact the comparisons of risks.

Finally, the quality of the on-study analysis relies on how well subjects were followed up, so there can be interpretability issues when there are systematic differences between treatment arms and follow-up time.

In the assessment of MACE in all-cause mortality you will see that results depend on how the data were analyzed, and specifically whether the time of observation was limited to time on treatment or extended to last contact.  It is important to consider these pros and cons of the analysis when interpreting the safety results.

As shown earlier in Dr. Ayache's presentation, overall in the NDD trials, subjects

in the placebo arm tended to discontinue treatment early.  Notable in this Kaplan-Meier plot is a period after randomization to week 52 where subjects randomized to placebo arm appeared to have discontinued treatment in a more rapid pace compared to roxadustat.  Such differential treatment duration poses a challenge in the interpretation of the on-treatment analysis.

Specifically, the risk estimated using the OT-plus-7 analysis might be biased, for example, if the patient on the placebo arm, who are at greater underlying risk of MACE, tend to discontinue treatment early.  In the DD trials, overall there were more roxadustat subjects who discontinued treatment early, however, the discontinuation pace was roughly constant shortly after randomization.

I will now describe the methodology used to analyze MACE.  The objectives of the MACE analysis were to demonstrate noninferiority in CV risk of roxadustat compared with placebo in the NDD population.  In the DD population, the objectives of the MACE analysis were to demonstrate

noninferiority and CV risk of roxadustat compared to ESAs.

I'll note the applicant and FDA did not agree prospectively on a risk margin. Furthermore, we do not agree with the applicant's proposed margin of 1.3, as it was defined after results of the study were known. Therefore, FDA does not agree on the interpretation of the results using strictly a noninferiority hypothesis testing approach. Rather, our interpretation of the trial findings focuses on the estimation of MACE risk and the uncertainty around it.

Such statistical inference appear to be appropriate because the development programs for both populations were sufficiently large to observe a meaningful number of CV events to estimate the risk, and the definition and data capture of the outcomes was of high quality.

For evaluation of CD safety in the NDD population, three phase 3 randomized, double-blind, placebo-controlled trials were prospectively agreed upon. In addition, there were three phase 3

randomized open-label ESA-controlled trials that were prospectively agreed upon for evaluation of safety in the DD population.

The primary analysis for the NDD population was on-study with a sensitivity analysis performed as an on-treatment analysis.  For each trial, Cox regression was used to model the treatment effect using prespecified trial-specific stratification factors.  Hazard ratios from each trial were combined using weight inversely proportional to the variance of the study-specific log hazard ratio estimates.

The primary analysis for the DD population was on treatment with a sensitivity analysis performed as on-study analysis.  Similar to the meta-analysis for the NDD population, Cox regression was used to model the treatment effect for each trial using prespecified, trial-specific stratification factors.  The overall hazard ratio estimate was obtained using a meta-analysis technique that's previously described for the NDD population.

Now I will provide a summary of the MACE analysis results in the in NDD population. Presented in this slide are Kaplan-Meier curves for the analysis of MACE in the NDD population. In the primary on-study analysis, the hazard ratio comparing the risk of MACE between roxadustat and placebo was 1.1 with a 95 percent confidence interval that ranged from 0.96 to 1.27.

There was considerable difference in the hazard ratio estimate using on-treatment or OT-plus-7 analysis, with a hazard ratio of 1.38 and a 95 percent confidence interval that ranged from 1.1 to 1.7.

Results for components of MACE is presented in this table for the on-study and all OT-plus-7 analyses. As you can see, most of the MACE events were driven by all-cause mortality, which I will discuss in more detail in a later section.

In the ESA control trial 610, not considered for the meta-analysis, the estimated hazard ratio comparing roxadustat to darbepoetin alfa in the on-study analysis was 0.89 with a 95 percent

confidence interval that ranged from point 0.6 to 1.3. In the OT-plus-7 analysis, the hazard ratio was 0.7 with a 95 percent confidence interval that ranged from 0.44 to 1.2.

In summary, there was considerable difference between the estimated hazard ratios for the primary on-study analysis and the OT-plus-7 sensitivity analysis. In the NDD population, the treatment policy analysis results suggest no significant difference in the risk of MACE relative to placebo. On the other hand, the results from the on-treatment or the OT-plus-7 analysis suggest an increased risk of MACE for the roxadustat arm compared to placebo.

Although the 95 percent confidence interval for the OT-plus-7 analysis merits concern, the differential exposure between roxadustat and placebo complicates the interpretation of the OT-plus-7 analysis in isolation, as this may not represent a fair randomized comparison.

Now I will provide a summary of the MACE analysis results in the DD population. In the

primary on-treatment or OT-plus-7 analysis, the hazard ratio comparing the risk of MACE between roxadustat and ESA was approximately 1 with a 95 percent confidence interval for the estimate, ranging from 0.88 to 1.2.

On the other hand, the on-study analysis indicated a higher risk of MACE in subjects randomized to roxadustat, with a hazard ratio of 1.14 and an upper bound of the 95 percent confidence interval 1.3.

Results for the components of MACE are presented in this table for both OT-plus-7 and on-study analysis.  As you can see, a majority of MACE events were driven by all-cause mortality, which I will discuss in more detail in a later section.

In the ESA-controlled trial 613, not considered for meta-analysis, the estimated hazard ratio comparing roxadustat to ESAs were 1.29 in the OT-plus-7 analysis, with a 95 percent confidence interval that ranged from 0.91 1.85.  The on-study analysis suggested an increased risk of MACE, with

a hazard ratio of 1.39 and a 95 percent confidence interval that ranged from 1.01 to 1.91.

In summary, in the DD population, results suggested no significant difference in the risk of MACE while subjects were receiving the assigned treatment.  However, the on-study analysis suggests an increased risk of MACE relative to ESA, and the direction of such risk was also consistent in a trial that was not considered for meta-analysis.

As discussed earlier in my presentation, it is important to remember that on-study analysis represents an estimate of the treatment policy principle that compares the risk regardless of treatment adherence, discontinuation, or use of alternative therapy.

Now I will provide a summary of the all-cause mortality analysis results in the DD population.  In the on-study analysis, the hazard ratio comparing the risk of all-cause mortality in subjects randomized to roxadustat compared to placebo was 1.08 and the 95 percent confidence interval ranged from 0.93 to 1.26.

There was considerable difference in the hazard ratio estimated using an OT-plus-7 analysis, with a hazard ratio 1.40 and the 95 percent confidence interval that ranged from 1.08 to 1.82. Causes of death were adjudicated by an independent event committee.

In the OT-plus-7 analysis, fewer than half of deaths were cardiovascular in nature.  Overall, the leading causes of death were infections, renal death, and sudden cardiac death.  In the ESA-controlled trial 610, not considered for meta-analysis, hazard ratios comparing the risk of death between subjects randomized to roxadustat and darbepoetin alfa were 0.94 and 0.67, respectively, for on-study and on treatment plus 7 analysis. However, the number of deaths were considerably smaller in the meta-analysis, which results in more uncertainty in the risk estimates.

Now I will provide a summary of the all-cause mortality analysis results in the DD population.  In the on-study analysis, the results suggested higher risk of all-cause

mortality relative to epoetin alfa, with a hazard ratio of 1.17 and the 95 percent confidence interval that ranged 1.02 to 1.35. On the other hand, in the OT-plus-7 analysis, the hazard ratio for comparing the risk of all-cause mortality between roxadustat and epoetin alfa was 1.02 and the 95 percent confidence interval that ranged from 0.85 to 1.23.

More than half of the deaths were cardiovascular related. The leading causes of cardiovascular death were acute MI and sudden cardiac death. The leading non-cardiovascular causes of death were infections and renal death.

In trial 613 that was not considered for meta-analysis, the risk of all-cause mortality appeared to be higher for the roxadustat arm compared to ESAs. The estimated hazard ratio comparing roxadustat to ESAs in the on-study analysis was 1.54 with a 95 percent confidence interval that ranged from 1.09 to 2.16. In the OT-plus-7 analysis, the estimated hazard ratio was 1.54 with a 95 percent confidence interval that

FDA CRDAC                    July 15 2021                    174

ranged from 1.04 to 2.28.

Now Dr. Ayache will provide a summary of analyses exploring the relationships between thromboembolic events, roxadustat dose, hemoglobin, and hemoglobin rate of change.

**Presentation – Saleh Ayache**

DR. AYACHE:  This slide illustrates the relationship between thrombotic events and overall weight adjusted roxadustat dose.  The mean, study drug dose was calculated for each subject in the pooled analyses and subjects were arranged in quintiles on the basis of total dose and treatment group.

For these slides, Q1 represents the lowest quintile and Q5 is the highest.  The number of thromboembolic events were calculated for each dose quintile and expressed as percent of subjects with events.  The number inside the bars represent the numbers of events.  The black bars are roxadustat and the open bars are the comparators.  Analysis for the NDD and DD populations are shown on the left and right, respectively.

We see weak association between the total weight adjusted roxadustat dose and probability of thromboembolic events.  There is no clear association in subjects who receive ESA.  Given that the doses of study agents were titrated and changed throughout the study, it makes more sense to assess thrombosis rate on the basis of the drug doses received at the onset of the event.

This slide illustrates this relationship for the NDD on the left and DD population on the right. This figure suggests a fairly strong association between the roxadustat dose and thrombotic events, but no association in the placebo-treated patients.

The right figure for the DD population shows a reasonable association for subjects who received roxadustat but no clear association for subjects who received ESA.  An important point should be made here.  Because the doses were titrated based on the hemoglobin response, the analysis is confounded by responsiveness.  In other words, the doses tended to be increased to a greater extent in subjects who were poorly responsive to the drug.

Thus, the bars in the higher quintile -- Q3, Q4, and Q5 -- includes disproportionately more subjects who were poorly responsive to the drug. Such patients have more advanced kidney disease as well as a greater burden of concomitant diseases. As such, there were a greater risk of cardiovascular and thrombotic events. It's not possible to separate these factors.

Here you see the relationship between the thromboembolic events and hemoglobin in the NDD population on the left and the DD population on the right. Hemoglobin values were estimated for all subjects for all weeks in treatment and patient-weeks were based in quintiles on the basis of hemoglobin concentration separately by treatment arm.

The numbers of thromboembolic events were assessed for each quintile for both treatment arms and expressed as a rate per 52 patient-weeks. Q1 represents the lowest quintile and Q5 is the highest.

A number of prior studies have suggested

that subjects with lower hemoglobin values are at a higher risk of cardiovascular events, and such an association was observed here as well. The question always arises as to whether the higher risk is related to the lower hemoglobin values per se, or whether lower hemoglobin is a marker of more advanced kidney disease and more concomitant disease, which renders patients less responsive to hemoglobin stimulating drugs are more likely to experience adverse events. It's not possible to separate these factors easily.

This slide illustrates the relationship between thromboembolic events and hemoglobin rate of rise. The hemoglobin rate of rise was estimated for each week that each patient was on treatment by fitting a linear regression line through the hemoglobin values obtained during the preceding 4 weeks.

Patient-weeks were placed in quintiles. Adverse events were tabulated for each quintile for both treatment arms and results are expressed, thrombotic events per 52 patient-weeks. Q1

FDA CRDAC                July 15 2021                    178

represents the lowest quintile and Q5 is the

highest.

Note that the numbers of the events are very

small, particularly on the left figure.  The

numbers are limited because a slope could not be

calculated for many patients-weeks.  Nevertheless,

in both populations there are apparent associations

between thrombotic events and hemoglobin rate of

rise.

Such associations were also found in the

darbepoetin alfa development program.  While the

analysis I just displayed showing thrombotic events

versus hemoglobin concentration was confounded by

responsiveness, this analysis is not.

Specifically, patients who are more responsive to

these drugs tend to achieve higher rates of

hemoglobin rise, and one might reasonably ask

whether these thrombotic events tended to occur

near the beginning of the studies when the

hemoglobin tended to rise most rapidly.

However, the Kaplan-Meier curves shown in

slide 44 show that these thrombotic events tended

FDA CRDAC                    July 15 2021                    179

to occur throughout these studies and not mostly at the beginning.  Although these data are not conclusive, it's possible that limiting hemoglobin rate of rise could decrease the incidence of thromboembolic events.

In summary, the clinical trials in NDD and DD populations showed that roxadustat is effective in increasing the hemoglobin level.  Exploratory analyses show an absolute reduction of RBC transfusion of approximately 10 percent compared to placebo.

Roxadustat is administered orally, which may offer an advantage over ESAs, which are administered IV or SubQ.  If such an advantage exists, it would be for patients who do not receive hemodialysis.  Importantly however, hemoglobin intended to overshoot target in the NDD population and in Study 613, and its relation to risk is uncertain.

The risk of MACE and all-cause mortality are difficult to interpret.  The primary analyses were neutral when comparing roxadustat to placebo in the

NDD population and roxadustat to ESA in the DD population, however, the sensitivity analyses in both populations were unfavorable for roxadustat.

There are higher risks for roxadustat than both placebo in the NDD population and epoetin alfa in the DD population for thrombosis, vascular access thrombosis, and seizure. There appears to be higher risk than placebo in the NDD population and a similar risk to epoetin alfa in the DD population for myocardial infarction, stroke, and systemic hypertension. Also, there appears higher risk of serious and fatal infections than placebo in the in NDD population.

This concludes our talk. Thank you for your attention.

**Clarifying Questions**

DR. LEWIS: We will now take clarifying questions for FDA. Please use the raised-hand icon to indicate that you have a question and remember to put your hand down if you have asked your question.

When acknowledged, please remember to state

your name for the record before you speak and direct your question to a specific presenter, if you can.  If you wish for a specific slide to be displayed, please let us know the slide number, if possible.  Finally, it would helpful to acknowledge the end of your question with a thank you and the end of your follow-up question with, "That is all for my question," so we can move on to the next panel member.

I will reserve the unasked clarifying questions for the sponsor for later, so this now opens the clarifying questions for the FDA.

Mr. Conway?

(No response.)

DR. LEWIS:  Mr. Conway, you may be on mute.

MR. CONWAY:  Thank you very much; a general question for FDA.

I've had a concern in looking at the data in the summary, which I think was very detailed, about pooled data in general.  Can you tell me for first-in-class drug consideration, how common is that?  And for this particular set of data, the

pooling, is that common or was this novel in putting it together like this?  Either presenter; thank you.  That's my question.

DR. LEWIS:  FDA?

(No response.)

DR. LEWIS:  Do one of the FDA speakers, or another member of the FDA present, want to answer that question?

DR. YU:  Could Dr. Song answer the question?

DR. LEWIS:  Dr. Song, you may need to unmute.

DR. SONG:  This is Dr. Song, FDA.  In the MACE analysis, actually the data weren't pooled. The hazard ratios estimated at each trial level were combined using a meta-analysis technique.  As for the MACE analysis and all-cause mortality analysis, the hazard ratio estimates were based on meta-analysis.

MR. CONWAY:  Thank you.

DR. LEWIS:  Did that answer your question, Mr. Conway?  Because I think the question is for first-in-class drugs; do you do this with pooling

FDA CRDAC                    July 15 2021                    183

data or one defining study, looking at cardiovascular safety?  For example, MPEG reg [ph], which is more common.

(No response.)

DR. LEWIS:  Dr. Song?

(No response.)

DR. LEWIS:  Does any member of the FDA want to further comment?

DR. UNGER:  Yes.  This is Dr. Unger.  I'll jump in.  I think the question, if I interpreted it correctly, was more about the standard safety analyses.  I think the answer is this was quite a wide and deep development program.  It's not typical that we get six trials, or more, to support the efficacy and safety of a drug.

But when we get trials that are similar in design, for any indication, for safety analyses, we do tend to pool.  We tend to use simple pooling when we can.  So it's not unusual for a development program to have this many trials, but it's somewhat unusual to have a development program that has this many trials.  I hope I've answered your question.

MR. CONWAY:  You have.  Thank you very much.

DR. LEWIS:  Thank you, Dr. Ellis.

Dr. Cho?

DR. CHO:  Yes.  This is Leslie Cho.  Thank you for the nice analysis, and two questions for the FDA.

One is, as far as all the roxadustat studies, it appears that they've excluded patients with history of cancer, especially hematological cancer, and then they've excluded patients unless they were cancer-free for 5 years.

Is this correct?

DR. FARRELL:  Yes, some of those.  I'd like to refer, though, the question to the sponsor because they have a significant database in many countries.

DR. LEWIS:  Okay.

DR. CHO:  And then my second question is, there was a lot of mention from the sponsors regarding hyporesponse to the epo, to the ESA class.  Is there any data from the sponsor regarding the hyporesponders' response to their

FDA CRDAC                      July 15 2021                      185

drug?

DR. LEWIS:  I guess those two questions are actually to the sponsor; is that correct?

I'll let the sponsor answer.

DR. EISNER:  Dr. Lewis, it's Mark Eisner. Do you want us to address those questions now or later?

DR. LEWIS:  Yes, you can do it now since we asked them right now.

DR. EISNER:  Okay.  Let me ask Dr. Little to address your question about history of cancer, and then Dr. Szczech to answer the question about hyporesponse.

DR. LITTLE:  Dustin Little here.

Dr. Cho, across the program, in general, patients with a history of prostate cancer, breast cancer, or other malignancies were excluded with the exceptions of cancers determined to be cured or in remission for five or more years, or curatively resected basal cell or squamous cell cancers, cervical cancer in situ, or resected colonic polyps.

DR. CHO:  But all  hematological cancers appears to be one of the contra-exclusion criteria is that correct?

DR. LITTLE:  Yes, that would have been considered an exclusionary Criterion.

DR. CHO:  And the reason I ask is because I am concerned about the increased rate of thrombosis seen.  And it may not be related to the rise of hemoglobin but may be related to the class of drug itself, and that is the reason for the question. Thank you.

DR. LEWIS:  Thank you.

Dr. Moliterno?

DR. MOLITERNO:  Thank you, Dr. Lewis.  And if you want to deem this question better for later, that's fine because it's concerning a little bit of the question I had earlier.

For the sponsors or to the FDA, I think many of us on the call understand the foundational concepts of pros and cons we're considering, but what I haven't heard much discussion from either side so far is this risk mitigation modeling and

FDA CRDAC                    July 15 2021                    187

potential statistical shortfalls with some of the, I guess, assumptions or speculations.

So I'm wondering if now or later, Dr. Song, Ayache, or perhaps Dr. Unger, want to make any comments, or if we want to wait until later.

DR. LEWIS:  I think those questions can be answered by the FDA now.

DR. UNGER:  This is Dr. Unger.  In terms of both changing the paradigm for dosing and in terms of the proposal for a postmarketing study, those were put on the table by the applicant fairly recently, and we have not had a chance to discuss them or analyze them.  So they are not something we can discuss.  Thank you.

DR. LEWIS:  Thank you.  It's something maybe we can discuss in the discussion section.

DR. MOLITERNO:  Yes.  I agree completely.

And just maybe a clarifying question, not to that one; but is it correct that mortality data or long-term survivorship was missing in roughly 10 percent of the population studied?

DR. LEWIS:  That's a question for the FDA?

FDA CRDAC                          July 15 2021                          188

DR. MOLITERNO: Well, the FDA didn't comment on it, except in the very early part, but they didn't address it specifically. I'm happy to have either side, any concerns. I appreciate that it was balanced between the groups, but it seems like there was around 10 percent missing data for mortality or survivorship, which is quite surprising given the illness of this cohort.

DR. FARRELL: This is Dr. Farrell.

Would the applicant please respond to the question?

DR. EISNER: Yes. Let me ask Dr. Little to respond to your question about the follow-up completeness for all-cause mortality.

Dr. Little?

DR. LITTLE: Dustin Little. We did have 91 percent of patients complete follow-up for all-cause mortality in the NDD pool and 91 to 92 percent of patients completed follow-up for all-cause mortality in the DD pool.

If I may, I'd like to take just 20 seconds and then show a quick comparison of how the

FDA CRDAC                    July 15 2021                    189

treatment completion and study completion rates in our trials compare to CKD anemia trials that came before us.

On the left is percent of patients with treatment completion, and roxadustat is the yellow dots, and then on the right is percent of patients with study completion. Perhaps due to the high comorbidity in these patients, historically, the retention rates are lower than cardiovascular safety trials in other outcomes, and in general we had comparable rates of treatment and study completion compared to the trials that came before us.

DR. LEWIS: Thank you.

Dr. O'Connor?

(No response.)

DR. LEWIS: Dr. O'Connor, you may be on mute. I actually don't see him on our list, so we'll go on to Dr. Wang and come back to Dr. O'Connor.

Dr. Wang?

DR. WANG: Yes. Thank you. The FDA

FDA CRDAC                    July 15 2021                    190

speakers nicely showed how the results differ by ascertainment interval, which I know would be a subject of a lot of conversation.

If the FDA speaker could clarify, what was marked as the primary analysis differed in the NDD versus DD populations with the on-study interval chosen for the NDD population but the on-treatment plus 7 chosen for the DD.

Was that decision made by the FDA, was it made in discussion with the sponsor, or was it proposed by the sponsor and approved by the FDA? And secondly, was the timing of that decision at a point in time when the data had already been acquired or was it prespecified?

DR. FARRELL:  This is Dr. Farrell.  These were discussed with the sponsor during the various sponsor meetings that we have had.  Some of it had to do with when we thought for the dialysis population they would likely need to go back on to an ESA once roxadustat was stopped.  So those were some of the considerations.

Does this answer your question?

FDA CRDAC                    July 15 2021                    191

DR. WANG:  Well, if I could follow up; so that was not fully discussed?  It sounds like that was an ongoing dialogue.  I guess secondly, if you could just clarify, why was a different interval chosen for the NDD versus DD populations?

DR. FARRELL:  Most of the conversations occurred pre-data --

DR. WANG:  Okay.

DR. FARRELL:  -- pre-data.  And again, it was a consideration about one patient on dialysis would be likely needing to start therapy.  Then also based on what we had seen in the Omontys program, as well as TREAT and CHOIR.

These conversations were a long time ago, and I would ask the sponsor if they have a better recollection of why some of the time points were chosen.

DR. EISNER:  Yes.  Mark Eisner.  If I may, we agree with you, Dr. Farrell.  The primary analysis for NDD and MACE was the on-study or intention-to-treat analysis to take care of the bias introduced by informative censoring.  And for

the dialysis-dependent population, we both agreed that the OT7 was a preferred window for the reasons you stated about switching to ESA after discontinuation of roxadustat.

DR. WANG:  Thank you.

DR. LEWIS:  Dr. Thadhani?

DR. THADHANI:  Dr. Lewis, my question was identical to the previous one from Dr. Wang.  Thank you, Dr. Lewis.

DR. LEWIS:  Okay.  Ms. Alikhaani?

MS. ALIKHAANI:  Yes.  Jacqueline Alikhaani here.  I don't know if this question was answered before, but it's really for the sponsor.  I just wanted to get a little information about the reason that the data was not generated showing that patients that are hyporesponsive to ESAs are responsive to roxadustat.

So I don't know if I missed that information, but can the sponsor answer that for me now?

DR. EISNER:  Yes.  Thanks.  It's Mark Eisner.  I'll ask Dr. Szczech to address your

question about hyporesponsiveness to ESA and the role for roxadustat.

Dr. Szczech?

DR. SZCZECH:  Thank you very much.  Linda Szczech.  I hope that the slide that I just asked to be pulled up will be pulled up.

During the presentation, we presented data on CRP, ferritin, and hepcidin as present in your briefing book, looking at the mechanistic causes of hyporesponsive.  But anticipating your question about who were hyporesponsive at baseline, we can go to the stable dialysis population, those patients that converted from ESA to roxadustat, and look at the relative hierarchy of their responsiveness as they made that conversion.

So yes, this slide is up.  I just did a quick technical check.  On the left, you see patients treated with ESA; on the right, you see patients treated with roxadustat.  The patients in this slide were selected because they converted from one trial to another, therefore allowing us to make this comparison.

FDA CRDAC                    July 15 2021                    194

We stratified on baseline hemoglobin, which is one of the criteria for hyporesponsive, that you don't get the response that you want, therefore, your hemoglobin is not as high as you'd like it to be.  As you look from left to right in the graph on the left of ESA-treated patients, the hierarchy remains; that those patients who were less responsive at baseline, everyone regressed toward the mean, which we know that inflammation does go away when it's related to a short term condition, but the hierarchy of the people that were most responsive and the people that were less responsive remained the same.

On the right, you can see the roxadustat-treated patients where they had similar quartiles of responsiveness at baseline due to randomization, but as they were treated with roxadustat, that hierarchy of the blue quartile, being less responsive, no longer remained.  Those patients disappeared into the mean of that population, meaning that whatever conferred that hyporesponsiveness likely was not a factor in

FDA CRDAC                    July 15 2021                    195

roxadustat responsiveness.

MS. ALIKHAANI:  Thank you.

DR. LEWIS:  Dr. O'Connor?

DR. O'CONNOR:  I guess I'm back.  Chris O'Connor; a question for Dr. Unger.  There was a statement that the boundary of the upper limit of confidence, 0.4, was chosen by the sponsor after the blind was broken as 1.3.  What would have been your recommendation prior to blind breaking for that guidance of the upper limit confidence interval boundary, based on the large number of events in these pooled trials?

DR. UNGER:  This is Dr. Unger.

Thanks, Dr. O'Connor.  Well, first of all, I wasn't involved in the discussions because this division wasn't within my office at the time.  Second of all, we all know that, 1.3, these limits are arbitrary.  A 1.3 is reasonable.  It was used in the diabetes guidance.  It's hard for me to say what I might have done, especially now that we have the data in front of us; so it's not a great answer.

FDA CRDAC                July 15 2021                    196

DR. FARRELL:  This is Dr. Farrell.  I was involved in the negotiations, and after the TREAT trial and dealing with Omontys, we had a goal of 1.25, and that's what we discussed during meetings. So that's why there was not an agreement on 1.3, and I agree with everything that Dr. Unger has said regarding it's somewhat arbitrary.

DR. LEWIS:  Dr. O'Connor, does that address your question?

DR. O'CONNOR:  Yes.

DR. LEWIS:  Thank you.

I will  move on to David Soergel.

DR. SOERGEL:  Thanks.  David Soergel.  I have a question for Dr. Ayache about Study 610. And specifically I'm curious about the baseline characteristics in that study that may have contributed to some of the findings that were shown, and that might also be a question for the sponsor.

DR. FARRELL:  Dr. Ayache?

What slide, Doctor, would you like to see up for 610, or would you rather hear from the sponsor?

DR. SOERGEL:  Let me find it for you.

DR. AYACHE:  On 610, I will defer this to the sponsor because this study was conducted exclusively in Europe and there was some imbalance between the two arms in baseline and disease characteristics.  These balances are not that totally significant, but also I defer it to the sponsor to answer this question in more detail.

DR. EISNER:  Thanks, Dr. Ayache.

This is Mark Eisner.  I'll ask Dr. Little to speak to the baseline characteristics for Study 610.

DR. LITTLE:  Yes.  Dustin Little.  I'd like to just remind everybody what Study 610 was.  Can we bring up CO-70 just for a few seconds?

Study 610 was the non-alfa study with the active control that's particularly relevant for our program because it was not confounded by large differences in treatment discontinuation, and these are the cardiovascular safety results.

One of the reasons that we thought that this was an important study for us to think about is

because, in many respects, the patient characteristics that drove the differences in treatment discontinuation, the placebo-controlled program, was mostly that being patients having relatively low hemoglobin values and patients having quite low baseline eGFR values were present in this study.

So these patients we consider are generally representative of the patients in the placebo control trial, and that's one of the reasons why we found it so reassuring that we had the cardiovascular safety results that we had in this study.

DR. LEWIS:  Thank you.

I will now turn to our leftover questions for the sponsor from earlier, clarifying questions.

Dr. Crowley, do you still have a question?

DR. CROWLEY:  Yes.  Thank you.  This is for Dr. Little or a representative from FibroGen.

In terms of your risk mitigation strategy, I was wondering if you had considered inclusion, say, of a moratorium period for people who have had a

recent seizure, or a recent myocardial infarction and a DVT; also in terms of risk mitigation, caution in the use of patients not only who have a history of seizure but have a history of hypercoagulability.  I don't know if they were also that cohort of patients who were excluded from the trials as well.

DR. EISNER:  Mark Eisner here.  Thanks for the question.  I will refer it to Dr. Little to respond.

Dr. Little?

DR. LITTLE:  Dustin Little.  The first part of the question I believe had to do with inclusion criteria, consideration of the types of patients to include in the postmarketing study.  We're certainly willing to consider and thinking through some of the details of that study.

I think probably we would consider taking a similar approach to the approach that we took in the clinical program, where we did not exclude patients with a history of thrombosis, but rather patients with a thrombotic event within the last

FDA CRDAC                    July 15 2021                         200

12 weeks.  So I would anticipate that that would be an approach that we would strongly consider.

DR. CROWLEY:  Then may I also ask you, is there anything that we can learn already from the dosing practices in China and Japan since this medication has been approved already in those countries?  Is it typical practice to reduce the doses and to slow the rate of rise of hemoglobin?

DR. EISNER:  Let me ask Dr. Little to comment at a high level on the safety data.  If we're talking safety data from China and Japan, I think that will be a lot straighter than -- just to get very specific about dosing practices.

They are different.  The starting doses are a bit different in the two different regions, which does make it a little bit hard to compare apples to apples.  For example, the starting doses in China are actually slightly higher than they were in the global program.

But, Dr. Little, can you just speak at the high level about the postmarketing safety data?

DR. LITTLE:  Yes.  Dustin Little.  I'd

actually like to briefly show data that pertains to the question.  On the left, we have the number of vascular access thrombosis, deep vein thrombosis, and pulmonary embolism events that have been reported in China and Japan with the reporting rate per 100 patient-years compared to the combined incidence rate from the China and Japan studies.

The first thing that I'd like to point out is that in the studies in China and Japan, although they were not as large as those in our pooled program, the rates of thrombosis did appear to be quite a bit lower.  It may be that patients in those regions have different risks of thrombosis.  Then I'd also like to point out that the reporting rates together between China and Japan are lower than the rates that we saw in the clinical trials in that region.

DR. LEWIS:  Okay.

Dr. Cho, do you still have a question?  I will say we have a hard stop.  We need time to set up the open public hearing, and it must start on time.  We have four more minutes, and then we will

only have a 45-minute lunch.

Dr. Cho, do you still have a question for the sponsor?

DR. CHO:  Yes.  I have one question.  Leslie Cho.

Your postmarketing study, in your regular studies for the FDA approval, patients who had MI, it seems that they were excluded for -- if they had it within the year, they were excluded, but your postmarketing study has 12 weeks.

Am I confused?  Am I wrong?

DR. EISNER:  Dr. Little, can you please address that question?

DR. LITTLE:  Dustin Little.  The exclusion for myocardial infarction, acute coronary syndrome, and stroke in the clinical studies was within 12 weeks prior to randomization.  I mentioned that that's what we would consider for the postmarketing study, but of course we would plan to discuss the details with FDA.

DR. LEWIS:  Dr. Moliterno, do you have a question for the sponsor remaining?

DR. MOLITERNO:  No, Dr. Lewis.  Thank you for asking.

DR. LEWIS:  Dr. O'Connor, I see you have your hand up.  I don't know.  Is that for the FDA?

(No audible response.)

DR. LEWIS:  Okay.

Dr. Packard, do you have a question?  And we have three minutes?

(No response.)

DR. LEWIS:  Dr. Packer, you may be on mute.

DR. PACKER:  I'm okay.

DR. LEWIS:  Okay, great.

I don't know if you've had a chance to pull up any of the compliance data that I requested or you're going to do that after the break and after the open session.

DR. EISNER:  Dr. Lewis, we'll have that prepared for after the break, after the open session.

DR. LEWIS:  Great.  Okay.

So we will now break for lunch.  We will reconvene in approximately 47 minutes at exactly

FDA CRDAC                    July 15 2021                    204

2:30 p.m.  Panel members, please remember there should be no chatting or discussion of the meeting topic with anyone during the lunch break. Additionally, you should plan to rejoin at about 2:15 p.m. Eastern Standard Time, 15 minutes prior to the return time, to ensure you are connected before we reconvene at 2:30 p.m.  Thank you.

          (Whereupon, at 1:45 p.m., a lunch recess was taken.)

FDA CRDAC                    July 15 2021                    205

A F T E R N O O N   S E S S I O N

(2:30 p.m.)

**Open Public Hearing**

DR. LEWIS:  We will now begin the open public hearing session.

Both the FDA and the public believe in a transparent process for information gathering and decision making.  To ensure such transparency at the open public hearing session of the advisory committee meeting, FDA believes that it is important to understand the context of an individual's presentation.

For this reason, FDA encourages you, the open public hearing speaker, at the beginning of your written or oral statement to advise the committee of any financial relationship that you may have with the sponsor, its product, and if known, its direct competitors.  For example, this financial information may include the sponsor's payment of your travel, lodging, or other expenses in connection with your participation in the meeting.

Likewise, FDA encourages you, at the beginning of your statement, to advise the committee if you do not have any such financial relationships.  If you choose not to address this issue of financial relationships at the beginning of your statement, it will not preclude you from speaking.

The FDA and this committee place great importance in the open public hearing process.  The insights and comments provided can help the agency and this committee in their consideration of the issues before them.

That said, in many instances and for many topics, there will be a variety of opinions.  One of our goals for today is for this open public hearing to be conducted in a fair and open way, where every participant is listened to carefully and treated with dignity, courtesy, and respect. Therefore, please speak only when recognized by the chairperson.  Thank you for your cooperation.

Speaker number 1, your audio is connected now.  Will speaker number 1 begin and introduce

yourself?  Please state your name and any organization you are representing for the record.

DR. KUMAR:  First, my name is Jayant Kumar. I'm a nephrologist with Renal Medicine Associates in Albuquerque, New Mexico.  I am president of the group and also the program leader for the research program that is done at our practice.

My conflict for this presentation, it is strictly participating in phase 3 trials with roxadustat.  My research site was one of the major sites in the nation for this trial.  I have not received any direct honorarium, travel expenses, and I do not own any stock in this company.  So with that introduction, I will start my presentation.

Again, thank you for allowing me to speak at this open forum in regards to FibroGen's program of roxadustat for management of anemia in chronic kidney disease and dialysis.  As clinicians, management of anemia is one of the paramount comorbidities that we deal with on a daily basis.

Since the advent of erythropoiesis

FDA CRDAC                 July 15 2021                    208

stimulating agents like Epogen, Aranesp, Micera, and intravenous iron, the disease state has largely been unattended and the challenge to treating anemia has not been addressed to the maximum.

We all thought that since the availability of ESAs and IV iron, we have found the holy grail, but when multiple randomized-controlled trials were presented that included normal hematocrit study for patients on dialysis, CREATE, CHOIR, and TREAT studies in CKD patients, we found that treating anemia to normal goal, which is a hemoglobin of 13 to 15, was associated with higher risk of cardiovascular mortality, as well as progression of solid tumors.

So FDA inserted a black box warning for the use ESAs. Now, the hemoglobin goal after the KDIGO guideline of 2012 has decreased to 10 to 11 grams per deciliter. While this level may be enough for some people, our patients at this high altitude in New Mexico feel the effects of anemia even at this so-called recommended goal of hemoglobin correction.

My practice was one of the major sites for phase 3 clinical trials with roxadustat.  We provide ESRD care to more than 1100 patients in New Mexico and correspondingly a very large number of CKD-4 and CKD-5 populations. Most of our patients live at high altitudes and have multiple comorbidities due to high prevalence of diabetes. This includes a large number of Native Americans and Hispanic patients.

As this was an open-label investigation, I could see the response in hemoglobin to roxadustat in our subjects.  Roxadustat was able to increase and maintain hemoglobin quite well --

DR. LEWIS:  Dr. Kumar, your time is up.  I'm sorry.  We have many speakers.  I apologize.

DR. KUMAR:  Thank you.

DR. LEWIS:  Speaker number 2, your audio is connected now.  Will speaker number 2 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

MS. BAKER:  Hello.  My name is Melissia Baker, and I am a 49-year-old proud, fourth

FDA CRDAC                    July 15 2021                    210

full-time adoptive mom of a sweet 8-year-old son. I do not have any financial disclosures regarding my testimony today.

As a person who has lived with type 1 diabetes for close to 40 years, I became aware of my kidney disease during my early thirties. I received a transplant and fortunately did not need dialysis during my 9-month wait for a new kidney-pancreas.

The seven years with my transplanted kidney-pancreas were wonderful. I resumed a busy life as a Red Cross volunteer and human resources admin and fulfilled my lifelong dream to become a foster parent, which eventually led to my adoption story. But despite heroic efforts by my transplant team, both organs went into rejection seven years after receiving them.

I began life-sustaining hemodialysis 10 years ago while I await a second transplant. I have a very high antibody count due to my previous transplant and because of previous blood transfusions. These factors make another organ

transplant extremely difficult.

I've suffered from anemia my entire 10 years on dialysis.  Even with close monitoring, my anemia can be unpredictable.  I have been hospitalized because I needed blood transfusions.  Those transfusions are very concerning since they contain additional antibodies.  I'm already a highly sensitized transplant candidate.  The anemia could make it more complicated for me to receive a second transplant.

In large part, my transplant wait time has been so lengthy due to my highly sensitized status and factors such as anemia.  Anemia also makes my chronic fatigue and the low energy levels frustrating.  There have been many times when my body simply cannot complete all of the tasks my brain wants to get done.

A treatment for chronic anemia would lessen my worries about future transfusions as it relates to my antigens, and a greater quality of life would help me feel more confident that I could take care of my son and be ready for transplant when the

opportunity to receive one finally comes.

I remain hopeful for a healthier future. The product you are reviewing today could be part of that hope for me and so many others like me.  I ask you to consider that as you make your decision today.  Thank you.

DR. LEWIS:  Thank you.

Speaker number 3, your audio is connected now.  Will speaker number 3 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

MR. CARR:  Hi.  My name is Wyatt Carr, Sabin Wyatt Carr.  I am 76 years old and I live with my wife, Debra [ph], in California.  I'm in late stage 4 CKD.  I am not a statistic.  I am a CKD patient with seven years of real experience with roxadustat.  My story is like many people who discovered they have CKD.

In January 2010, my cardiologist noted a trend in my red blood cell count and thought I might have leukemia or blood cancer.  He asked if I'd ever had my kidneys tested and ordered a

24-hour GFR test.  The test disclosed I was already in stage 3 kidney disease and had anemia.

According to the National Kidney Foundation, 1 in 10 of us will contract CKD and many will discover their illness the same way I did.  As a non-dialysis CKD patient with anemia, I have been on and off roxadustat three separate times.

First, FG-4592-041, a trial that began August 2011 and ended on December 2011; second FG-4592-059, a long-term trial that began on May 30, 2012 and ended February 27, 2019 when I was taken off due to low platelets; and third, this April I was approved for compassionate use by the FDA.

While I was on the drug, all the side effects were beneficial, including slowing the decline in my kidney function; more energy; lower blood pressure; improved eGFR readings; higher hemoglobin; less supplemental iron; and improved effectiveness of my statin.  These improvements over the past seven years while taking roxadustat allowed me to continue to work, play golf, take

walks, exercise, attend conferences, and visit companies as part of my work.

After being off of roxadustat since February 2019, I've had to have a blood transfusion in April due to severe anemia. I went from a meaningful quality of life to one where just walking from my bedroom to the living room exhausted me. My hemoglobin dropped to as low as 7.2; GFR as low as 18. I took long naps, lay on the couch most days, and was unable to do things I'd been able to do while taking roxadustat.

Due to my body's issues with inflammation, my doctors and I were concerned that I would likely be a hyporesponder to ESAs. We felt that roxadustat offered the best and possibly the only alternative. Thanks to my doctors at Kaiser, and the IRB, and the FDA, I was permitted back on roxadustat for compassionate use this March.

Again, roxadustat is having beneficial effects. All my subsequent blood tests have shown improvement. I'm extremely grateful to the doctors who helped me get access to this drug through the

FDA's compassionate use program. I feel like it's given me my life back. There are many others like me who need your help from this awful chronic disease.

DR. LEWIS: Thank you, speaker number 3.

MR. CARR: I beg of you to consider those patients. Thank you.

DR. LEWIS: Speaker number 4, your audio is connected now. Will speaker number 4 begin and introduce yourself? Please state your name and any organization you are representing for the record.

DR. SILVA: Good afternoon. I am Dr. Arnold Silva. I'm a nephrologist and director of clinical research at Boise Kidney and Hypertension Institute in Boise, Idaho in conjunction with Frenova Renal Research. I have served as a clinical investigator on studies evaluating the safety and efficacy of roxadustat and I am not financially compensated for my time today.

As a physician and clinical investigator who has participated in anemia clinical studies with multiple pharmaceutical sponsors for over 20 years,

I am encouraged by both the efficacy of this new oral therapy to treat anemia of chronic kidney disease that has an adverse effect profile comparable to placebo.  But I believe roxadustat as an oral agent offers more than a new treatment option to raise hemoglobin in kidney patients with anemia.

In the day-to-day clinical care of patients with renal disease, access to therapy poses difficulties for a patient population that often has socio-economic challenges.

Many rural areas, of which Idaho is an example, pose transportation issues for patients who must travel to medical centers that provide injectable therapies to treat anemia of chronic kidney disease.  This impacts patient compliance with treatment and ultimately can adversely affect both their quality of life and clinical outcomes, and oral therapy for anemia can reduce transportation needs and the associated financial burden for many of these patients.

Moreover, in patients with end-stage kidney

disease on renal replacement therapy, use of oral roxadustat empowers patients to take a more active role in the management of their anemia that can have beneficial effects on both compliance with treatment and their overall well-being. Furthermore, oral therapies can positively impact dialysis workflow in both in-center and home treatment programs, and provide a smoother and more efficient clinical operation.

Finally, study data and operations aside, the positive reports from patients taking roxadustat therapy, including stable hemoglobin values with improved energy levels and a preference for oral versus injectable therapies, suggest that roxadustat be given consideration for approval as an additional and important tool to treat anemia chronic kidney disease.

Thank you for the opportunity to speak today.  Your consideration is most appreciated.

DR. LEWIS:  Thank you, speaker number 4.

Speaker number 5, your audio is connected now.  Will speaker number 5 begin and introduce

yourself?  Please state your name and any organization you are representing for the record.

MS. LUEBBERS:  Hi.  My name is Bridget Luebbers.  I am a dialysis patient, and I have no financial disclosures to share.  Anemia has impacted my life in so many ways.  When I was diagnosed with kidney disease 21 years ago, the first step in my treatment was to start medication to treat my anemia.  Since that day, I have battled to keep my blood levels normal.

Being a dialysis patient, I already struggle to find energy just to complete everyday tasks like showering, doing dishes, or even just brushing my teeth, but when my blood count is low, it makes all of these things near impossible.

I have had so many ups and downs with my hemoglobin levels that at this point I just know when my numbers are low.  I can tell because breathing becomes more difficult, walking upstairs feels like climbing a mountain, and I'm forced to be still, lay down, and focus on my breathing because it feels like my lungs are never full.  My

limbs become weak, it interrupts my life, and it's a huge inconvenience.  I've even ended up at the point when my blood count is so low, and I'm not taking in enough oxygen that I pass out.

One particular instance of this stands out to me.  It was in the middle of the night, and I woke up to use the restroom.  When I stood up and took my first step, I immediately passed out and fell to the floor.  After a minute, I awoke scared and in pain from the fall.  The next morning I went straight to the emergency room, and upon triage, they rushed me back to see a doctor.  I was as white as a ghost.  They knew just from looking at me that I was severely anemic.

That resulted in a multi-day hospital stay and many units of blood transfused just to get me back to a sustainable level.  I unfortunately have had many blood transfusions over the years, and as a dialysis patient hoping for a transplant, I knew transfusions were dangerous because in addition to the everyday risks of a transfusion, when you want a kidney transplant, you could end up building

antibodies from the transfusion which would make it more difficult to find a kidney match.

So over the past 21 years, I've had multiple medications to treat my anemia and have ridden the roller coaster of ups and downs with my levels getting too high or dropping too low, having a hard time finding a balance.

Having a new treatment like this will be so helpful because many people are like me and battling this rollercoaster ride of ups and downs. We always try to stay positive, we try to keep on with our regular lives, and we try to do the best we can to be normal.  But it's hard to do that when exhaustion is your constant companion.

I ask that you remember this as you consider your decision today.  All of our bodies are different, and as more medications become available, more people in my situation will find some peace in their life as they can find the right medication for them.  Thank you for your time.

(Pause.)

DR. YU:  Dr. Lewis, are you there?

DR. LEWIS:  Speaker number 6, your audio is connected now.  Will speaker number 6 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

DR. PAUL:  My name is Dr. Subir Paul.  I have been a practicing nephrologist in northwest Alabama, in Shoals Kidney and Hypertension Clinic in Florence, Alabama for the last 25 years.  I'm a fellow of the American Society of Nephrology.  I also trained resident physicians, medical students, and do clinical trials.  I was one of the principal investigators of the phase 3 trial and have no financial disclosures relevant to the product of roxadustat and today's talk.  I am speaking on my own behalf.

For last three decades, we have been treating anemia of CKD with various erythropoiesis stimulating agents, or ESA, and IV iron.  As intestinal iron absorption is poor in our patients, when inflammation develops in many of our CKD patients, hepcidin expression in liver goes up, preventing iron absorption and iron mobilization;

thus erythropoiesis goes down causing ESA resistance.

I became interested to be a principal investigator for this trial for a number of reasons.  Number one, it is a novel oral agent. Number two, it has a unique mechanism of action. It inhibits hypoxia inducible factor prolyl hydroxylase, and this stabilizes HIF and increases endogenous erythropoietin production.

Number three, it inhibits hepcidin and increases iron absorption and iron transport to bone marrow for erythropoiesis.  Number four, I felt that this approach is physiological and this agent will be effective and safe.

I found that the patients who are treated with roxadustat have a [indiscernible] significant rise of hemoglobin without much need for IV iron. They felt significantly better.  Their energy level improved, shortness of breath decreased, and they were highly satisfied.  It offers a very similar advantage for patients on peritoneal dialysis and for patients with CKD not on dialysis who live 56

to 70 miles away from my office or from the dialysis center. Many are elderly who cannot drive and face problems in getting transportation.

Thus, CKD anemia patients not on dialysis while receiving ESA need frequent IV iron therapy with the vein punctures. These repeated injuries to the veins may cause significant issues for good fistula formation and fistula functioning and increase the risk for total [indiscernible] catheter placement for hemodialysis. Total [indiscernible] catheter increases the risk for blood stem infections and mortality.

I have seen ESA resistance in many of my patients and this probably will be of significant benefit to them. If approved by FDA, roxadustat will be beneficial to treat anemia in patients on maintenance hemodialysis, peritoneal dialysis, and CKD patients not on dialysis. It will be especially very useful --

DR. LEWIS: Thank you, speaker number 6. Your time is up.

DR. PAUL: Thank you for your attention.

DR. LEWIS:  Speaker number 7, your audio is connected now.  Will speaker number 7 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

DR. COLEMAN:  Hi.  My name is Dr. Jessica Coleman.  I'm a private practice nephrologist with Nephrology and Hypertension Medical Associates.  I have a financial relationship with AstraZeneca through my position as a paid speaking consultant, and that's my only disclosure.  With that, I'm going to go ahead and start my three minutes.

I want to first thank the committee for this opportunity to share not only my experience, but my patients' experience with anemia of CKD and give some clinical insight into the burden of this disease state.  We know that anemia in CKD is prevalent with 5 million adults in the United States suffering from the disease, but less than 25 percent of patients provided care prior to dialysis initiation.

I'd like to give you a clinical vignette that highlights why this occurs and possibly why

having an oral agent would really be very beneficial to treat this disease state, and I really believe an oral agent would revolutionize the field.  I don't need to go into the common symptoms of anemia.  The previous speakers, and especially the patients, have done an eloquent job of sharing how it impacted their personal lives. But as clinicians, we know there are even more dire potential outcomes.

The subclinical symptoms of fatigue and dizziness can have end-organ damage, hypoxic injury, so that there's a really substantial impairment that occurs to the patient and to their disease process.  Current guideline-directed therapy can be very difficult to achieve, so I'd like to talk about a very typical patient in my clinical practice, Ms. A.

She is a 62-year-old African American female who has stage 3B CKD with a GFR of 32 percent, diabetes, hypertension, cardiac disease, and she's a caregiver for her elderly mother and uncle, as well as two young great-grandchildren.  Her average

FDA CRDAC                    July 15 2021                      226

hemoglobin is 9.8 over the last three years that I have cared for her. She routinely feels tired, run-down, and in order to treat her anemia, we have sent her to hematology so that she can receive IV iron, ESAs, and other supplemental strategies as appropriate.

However, she lives over an hour away; therefore, to come every other week to receive her injection, or not if her hemoglobin is too high, she has to arrange care for four other individuals. She has to align transportation at least 3 days prior to her appointment, and has an average of a 5-to-6-hour day just for receiving simple ESA injection, and that's assuming everything goes well with no delays. There's also a financial burden which costs an average of $40 transportation one way.

Ms. A therefore understandably has trouble appreciating her obvious time commitment, logistical difficulties, and financial burden, and whether or not that's actually worthwhile. What she doesn't understand is that by missing

appointments and not participating fully in our own health care, she's actually working against herself, and thereby perpetuating the vicious cycle of anemia in CKD.

Currently today in my office, I'm seeing 28 patients, 15 of whom have anemia of CKD and have similar appearances and challenges to Ms. A. She's --

DR. LEWIS:  Thank you, speaker number 7.

Speaker number 8, your audio is connected now.  Will speaker number 8 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

DR. WEI:  Good afternoon.  Dr. Alice Wei speaking.  I have been a nephrologist in private practice in Harlem of New York City for over 15 years.  I've no financial disclosures to make, and I'm speaking on behalf of myself and patients.

Many inner-city groups, including patients like mine in Harlem, have difficulty accessing medical care.  Either because of frailty, health literacy, or health system inefficiencies, most

patients are unable to obtain the standard treatment for severe anemia of chronic kidney disease. Patients are afraid to inject themselves with ESAs. They find going to a doctor's office every week or month for injections taxing, and some patients who need to be referred to a hematologist or hospital setting for IV iron infusion find this too burdensome.

Anemia of CKD leads to many of the symptoms we associate with frailty as we heard from patient speakers earlier: easy fatigability, weakness, slowness of gait, and diminished cognition. It also increases the risk of CKD progression, cardiovascular morbidity, and mortality.

Since ESA trials have not shown to improve mortality or other hard outcomes, we are desperate for another option to treat anemia of CKD. Because roxadustat is an oral medication, it will be far more accessible to patients in need, and because roxadustat also enhances iron absorption from the gut, we can expect less need for IV iron infusions.

Improvement in anemia means less

transfusions, too, which leads to a better chance of patients having a successful kidney transplant. This will ultimately offer a better patient experience, better outcomes, and less utilization of services such as physician office visits, injectable or infusion medications, and transfusions.

With an option like roxadustat, I can be assured my patients can get the treatment they need, so I spend less time coordinating expensive services and more time treating patients, focusing on maintaining their kidney health and keeping patients off dialysis.

Thank you for your time and your consideration in approving roxadustat as a new treatment option for anemia of chronic kidney disease.

DR. LEWIS:  Thank you, speaker number 8.

Speaking number 9, your audio is connected now.  Will speaker number 9 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

DR. MANLLO-KARIM:   Good afternoon.   My name is Roberto Manllo-Karim.   I am a nephrologist in a group practice in south Texas with eight additional partners.   We care for roughly 1,300 dialysis patients and over 5,000 patients with CKD.   I have been practicing nephrology for almost 30 years. Conflict of interest, I participated as principal investigator in clinical trials for FibroGen.   I own 1000 shares of FibroGen stock.   I didn't receive any underwriting for this presentation.

I don't think I have to educate the community regarding the high prevalence of anemia in chronic kidney disease, especially stages 4 and 5.   Anemia not only causes multiple symptoms but also has an impact on cardiovascular events, progression of chronic kidney disease, and overall mortality.

One thing that practicing physicians like myself know is the level of therapeutic inertia that occurs given the limited choices available to us to treat anemia.   Basically, we have three options:   iron supplementation, erythropoietin

stimulating agents, and transfusion.

We all know about issues of tolerability of oral iron supplementation.  There are even higher risks when it comes to intravenous iron supplementation, including hypertension, allergy, and the inability to use in the setting of infections.

Erythropoietin stimulating agents carry the risk of hypertension, stroke, progression of malignancy, as well as graft thrombosis. Transfusion is out of favor due to possible allosensitization of future transplant recipients.

What my patients and I like about the use of roxadustat is that it mimics normal adaptation to altitude.  This is basic physiology as opposed to supratherapeutic doses of ESAs and very high doses of intravenous iron supplementation, which no human being ever sees in their lifetime under normal conditions.

We all know well about the role of functional iron deficiency in chronic kidney disease that limits iron availability.  Roxadustat

allows not only physiological rising EPO levels but also enhances oral iron absorption. We frequently encounter dialysis patients with anemia that have a high ferritin but a low iron separation. We're afraid to give a patient additional intravenous iron because of the high ferritin, but at the same time they may not respond to erythropoietin because of the low iron separation. HIF inhibitors such as roxadustat will allow additional iron availability and increase EPO levels.

Roxadustat will be a great agent of choice for these types of patients. In my experience, roxadustat is well tolerated, safe, and effective, and should become first-line treatment for anemia in patients with chronic kidney disease in the office. It should also be an option for treating anemia in dialysis patients, especially peritoneal dialysis, rivaling [ph] the time-tested erythropoietin. Thank you very much for your attention.

DR. LEWIS: Thank you, speaker number 9.

Speaker number 10, your audio is connected

FDA CRDAC                    July 15 2021                    233

now.  Will speaker number 10 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

MS. DILGER:  Hello.  My name is Amanda Dilger and I'm speaking on behalf of my dad, Eugene Miller.  This letter is to explain how his diagnosis has affected both his and my family's lives.  We have no financial disclosures.

My dad is 67, has two kids and three grandchildren, and currently lives with my family. He worked as a self-employed truck driver for over 40 years.  He enjoys the simple things in life like farming, listening to music, and talking with friends and strangers alike.  He has a generous heart and an inquisitive personality.

When he was diagnosed, we didn't quite understand the ripple effects it would have on our lives.  With long hospital stays, long ER visits for blood, and coordinating his care, quality of life has dramatically changed.  Before CKD, he was independent and managed his own daily needs.  He was healthy and enjoying his retirement.

My dad's CKD was triggered after a MRSA infection that affected multiple joints. Unexpectedly, he became handicapped and unable to walk or use his right hand.  He had to move in with us.  As a result, we built ramps for him to better access our home, but now that limits how we can park in our garage.  To get him anywhere, we must maneuver vehicles around for him to get down the ramp, move around the vehicle, and we lift the heavy equipment in and out of the vehicle for appointments.

It most reminds me of when I would struggle to get my stroller through the door at the mall that wasn't automatic; one child in the stroller, one holding my hand, and my foot trying to pry the door open.  Physically, the in and out of the car for appointments can be incredibly painful and occasionally seems impossible.  He's always willing his body to cooperate, and I can only watch as he struggles to transfer.

Fifteen feet into the infusion building with manual doors can be quite the trek for us.  In the

early days when we were both learning, he may have accidentally rolled away from me a few times as I was trying to hold the door and wheel him into the building at the same time.  We laugh about it.

Getting him to his injection appointments isn't just a strain on us physically but logistically as well.  As a family of five plus my dad, we have a very busy schedule.  This is just the smallest glimpse into our struggles of getting him to injections outside of our home.

There's no doubt in my mind that having an oral treatment like roxadustat would be life-changing and reduce some of the physical difficulties of in-office treatment.  Thank you for your time.

DR. LEWIS:  Thank you, speaker number 10.

Speaker number 11, your audio is connected now.  Will speaker number 11 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

MS. GRIFFITH:  Hi.  My name is Elizabeth Griffith.  I am 49 years old.  I have no financial

disclosures.

When I was in grade school, I was told I had anemia due to kidney disease due to a birth defect. Up till 2016, I was able to work, go to school, and do anything I wished without thinking about it, but my life has drastically changed since 2016.  I have been unable to work due to now having ESRD and being very anemic.

My nurse has been at a wits end trying over the years to get my hemo levels constant.  Previous medication would raise my levels for a day or two, and then it would crash.  I was getting the highest dose possible and nothing was helping.

I learned about the trial for this drug from my nurse and doctor.  I was so grateful for something that could help me get my energy back and even to do the simple things that most people with normal amounts of energy take for granted, just going to the market, visiting friends, or household chores.

I started the trial in November 2020.  Since then, I've gotten my energy back and my life back.

I've been able to schedule daily activities.  Just the small things like making taco sauce, dinner, or even getting the dishes done I've been able to do without taking a break and completing the task fully.  That is something that I haven't been able to do since 2016.

I'm sharing my story with you because I hope it makes you understand just how much someone struggles with anemia because of kidney disease, the exhaustion that steals the normal things from us year after year.  Please consider me as you make your decision for this drug.  Thank you so much for the chance to speak.  Have a great day.

DR. LEWIS:  Thank you, speaker number 11.

Speaker number 12 is not going to speak.

Speaker number 13, your audio is connected now.  Will speaker number 13 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

MR. CRUMBAUGH:  Hello.  My name is Louard Crumbaugh, Jr., and I am an 82-year-old retired nuclear engineer now living in Nampa Idaho since

returning to the U.S. from living and working in Israel for three years.  About six years of being back into the country, my doctor explained to me that because of my high blood pressure, my kidneys were failing.  Using diet and medications to try to control my high blood pressure was not successful in my case.

My kidney function continued to decline until about two years ago when I was told that I was in complete kidney failure.  One of the major problems that I had was anemia.  The doctor and I tried to control it with iron supplements with limited success.  The next step was to give me iron through infusion.

Getting the infusions worked great but had a few drawbacks.  About every 3 to 4 weeks, I had to go to the infusion unit at our local hospital for my injection.  First, a sample of my blood was taken and sent to the lab to determine my hemo level, and then after the lab sent the results back to the infusion unit nurse, she would then send an order to the hospital pharmacist to make up the

required amount of medication for the infusion. And depending on the workload that the nurses had in the infusion unit, some days I was maybe in the infusion chair for 3 hours or better.

This is unusual I think.  Taking my blood samples to check for my hemo levels does not sound like anything abnormal, but for me, because of my small veins, most of the nurses had a very difficult time trying to get a sample from me. Many times I'd have large bruise spots on my arms where the nurse had to stick me 3 or 4 times in an area trying to hit a vein with no luck; then after 3 weeks when the bruises were almost healed, it was time for my next iron infusion.

During a visit to my dialysis clinic, I was informed about this trial research of a product which would eliminate getting iron infusions. Would I be interested in participating?  Oh boy, would I?  Here was a product that would help me maintain my hemo levels without these monthly blood draw and iron injections.

For me, I feel that the results of taking 1

or 2 pills 3 times a week to give me the same, if not better, results of the iron injections that I took was a real plus.  The cost savings alone would be a big selling point.  No nurse needed to draw my blood, as well as no lab work needed.  The hemo levels could be checked during my regular routine blood work.  The hours spent sitting in the infusion chair, now I could utilize it doing something at home, reducing the size of my honey-do list.

DR. LEWIS:  Thank you, speaker number 13.  Your time is up.

Speaker number 14, your audio is connected now.  Will speaker number 14 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

DR. RASTOGI:  Thank you very much.  My name is Anjay Rastogi.  I'm professor of medicine and clinical chief of nephrology at UCLA Health.  I'm not being paid for speaking today, but I've been heavily involved with CKD anemia research for the past decade and a half, and I've served as a PI on

several HIF stabilizer studies, including those conducted by FibroGen, AstraZeneca, and GSK.  I'm also on the Speakers Bureau for AstraZeneca and also act as a consultant for them as well.

Anemia of CKD is quite prevalent in the U.S., presenting a significant disease burden with roughly 5 million patients affected, and quite a few of them not being treated for multiple reasons, including access to care and also the fact that most of the drugs that we're using are injectables. Anemia of CKD also has a significant impact on quality of life and is associated with significant morbidity and mortality.

All the testimonials that we have had from our patient colleagues, I would completely agree with that; that is my patients say exactly the same things as well.

Prior to recombinant erythropoietin's launch in 1989, a blood transfusion was the main way anemia of CKD was managed.  Blood transfusion is something we want to avoid, especially in patients with CKD for the risk of alloimmunization, which

can complicate the chances of transplantation in the future.  Recombinant erythropoietin was very successful in doing this, however, we soon found out that there were significant potential risks associated with recombinant erythropoietin, including mortality, for which it received a boxed warning in 2007.

At the same time these things were happening with recombinant erythropoietin, there were significant advances being made in our understanding of anemia CKD, especially the HIF pathway, and a Nobel Prize was given out in 2019 in medicine or physiology for this.

HIF stabilizers, or hypoxia-inducible factor stabilizers, work more upstream than recombinant erythropoietin and lead to a more coordinated approach to anemia of CKD management, including utilizing endogenous Epogen and more optimal utilization of iron.

Another advantage of HIF stabilizers is that they're oral.  This is of special benefit in non-dialysis-dependent CKD patients and home

dialysis.  A couple of things to keep in mind that were not discussed so far was passing of the American Advancing Kidney Health Initiative in 2019, with a major focus on increasing home dialysis and transplantation.

We also need to keep the COVID-19 pandemic in perspective.  Our hope is that these oral agents will really push more transplantation and more home dialysis and at the same time keeping our patients safe at home.  I want to again thank you for having me participate.

DR. LEWIS:  Thank you, speaker number 14.

Speaker number 15, your audio is connected now.  Will speaker number 15 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

MS. WILLIAMS:  Hello, everyone.  My name is Leigh-Ann Williams.  I live in Monroe, Louisiana, which is right outside New Orleans, and I'm the Ambassador for the American Kidney Fund.  I thank you all for giving me the opportunity to talk about living with kidney disease and anemia.

I have a bachelors in toxicology from the University of Louisiana Monroe, a masters of science in clinical toxicology from the University of Florida, and a master of public health from LSU Health Sciences Center in New Orleans, and I currently work in the healthcare field.  So I have plenty of education and experience, but none of this has shielded me from anemia.

Given that I am used to hemodialysis and needles, the extra stick each month for an additional iron series doesn't bother me.  The part of anemia that I find most difficult is the constant lethargy, which is coupled with being tired and worn out from work and dialysis.

It is really challenging every day to get up and do daily activities, even simple things around the house.  You can manage to do a few little things, but you'll be tired from exerting even just a little bit of energy.

The constant feeling of never getting enough rest truly takes a toll on you.  Even if I somehow manage to sleep for 10 uninterrupted hours, I would

still get up and feel sluggish like I did not get enough rest, and this struggle is just to do a little bit of chores around the house.

It is hard to get up at a good time to go to work because you're always tired and sluggish. I even at one time needed to get several blood transfusions to increase my hemoglobin in my blood. Additionally, day in and day out, you're always cold. You always have to have something extra with you, even a jacket because you'll feel uncomfortably cold in neutral or regular temperatures. You can eventually feel warm enough, but this is just another example of why living with anemia is so difficult and so draining.

For us anemia patients, we need options. Everything doesn't work for everyone, so we need as many available treatments as possible. There is no one fix for all. Thank you very much for your time today, and I sincerely appreciate the opportunity to share my story about the struggles of living with kidney disease and anemia.

DR. LEWIS: The open public hearing portion

of this meeting has now concluded and we will no longer take comments from the audience.

DR. YU:  Dr. Lewis, hi.  I'm so sorry.  This is Joyce.  We have one more speaker, number 16.

DR. LEWIS:  Oh, number 16 did come.  Okay, great.  I apologize.

Speaker number 16, your audio is connected now.  Will speaker number 16 begin and introduce yourself?  Please state your name and any organization you are representing for the record.

MR. SPIGLER:  Good afternoon.  My name is Mike Spigler, and I'm the vice president of patient services [indiscernible – audio feedback] for the American Kidney Fund.  I do not have a personal financial relationship with the applicant.

[Inaudible – audio feedback].

So on behalf of the American Kidney Fund, and myself as a primary caregiver to a kidney disease patient with anemia, I want to thank you for the opportunity to address you.

Anemia is very common in people with chronic kidney disease, also known as CKD.  CKD patients

with anemia often struggle with quality of life [inaudible - audio feedback] -- just like my mom -- [inaudible].

[Inaudible].  However, over the past 5 to 10 years we've seen many innovations in rare kidney disease, [inaudible] -- innovative treatments in CKD-related anemia.  And while current anemia treatments have been an important part of effective CKD management, there is room for improvement.

As COVID-19 [inaudible] -- need greater ability to manage their own care.  This is especially true for two groups of patients [inaudible] -- and those who are doing dialysis at home.  While some patients can be taught to self administer injections at home, it is not for every patient.

[Inaudible] -- severe economic hardships, and at the American Kidney fund, transportation is the most common request for financial assistance from our safety net program.  Providing anemia treatment options for patients that will offer less travel to and from a provider for an injection

would be welcomed by many of the patients.

I want to thank you again for allowing the American Kidney Fund and some of the patients and [inaudible].

**Clarifying Questions (continued)**

DR. LEWIS:  Thank you, speaker 16, and thank you, Joyce.

The open public hearing portion of this meeting has now concluded and we will no longer take comments from the audience.  We will now take remaining clarifying questions for all the presenters thus far.

Please use the raised-hand icon to indicate that you have a question and remember to put your hand down after you have asked your question. Please remember to state your name for the record before you speak and direct your question to a specific presenter, if you can.  If you wish for a specific slide to be displayed, please let us know the slide number, if possible.

As a gentle reminder, it would be helpful to acknowledge the end of your question with a thank

you and the end of your follow-up question with,

"That is all for my question," so we can move on to

the next panel member.

Dr. Packer?

DR. PACKER:  Yes.  Thank you so much.

I just want to give the sponsor a chance to

address the point that I raised earlier about

all-cause mortality.  It's really the one safety

issue I want to ask about.

Can the sponsor show slide CO-78, please?

Now, I just want to make sure; this is the

only slide I think the sponsor showed on all-cause

mortality in the DD trials.  Now, this excludes

trial 613.

I just want to call everyone's attention to

the fact that there are 1940 patients in each

treatment group, and altogether there are about

439 deaths.  You can see the hazard ratio for

all-cause mortality, which is not statistically

significant.

Can I have the sponsor go to figure 68 in

their briefing document?

FDA CRDAC                    July 15 2021                    250

DR. EISNER:  Yes, Dr. Packer.  It's Mark Eisner.  We'll work on pulling that up, and Dr. Little will be addressing this question.

DR. PACKER:  Okay.  This comes from the sponsor's briefing document. It's exactly the same set of trials.  It's the DD trials, all three DD trials, excluding 613.  It shows all-cause mortality, again.

Let me point out the denominators are the same, 1940 in each group.  Here we have all-cause mortality and we have 782 deaths.  Now, the hazard ratio here is 1.17.  It goes from 1.02 to 1.35. Now, there are 350 more deaths in this analysis than in the slide that the sponsor showed to the committee.

Can I go back to slide CO-78?  This is the slide you showed the committee.  Is it correct to say that this isn't an analysis of all-cause mortality; this is an analysis of mortality as the first event in MACE?  Is that correct?

DR. EISNER:  I'll ask Dr. Little to address your question.

(No response.)

DR. EISNER:  Dr. Little, you may be on mute.

DR. LITTLE:  I'm sorry for the delay.  This is Dustin Little.

Dr. Packer, what's reported is all-cause mortality.  All deaths are analyzed that occur in the OT-plus-7 days analysis window.

DR. PACKER:  That can't be true.  Go back to your previous slide.  Go back to figure 68.  There are 782 deaths here in the same three trials.

Now go back to the slide you just showed me.  There are 439 deaths.  This is not an analysis of all-cause mortality; this is an analysis of deaths that occurred as the first event in your MACE analysis.

Isn't that correct?

DR. LITTLE:  Dr. Packer, what we're seeing on the screen is the results for on-treatment-plus-7 days analysis set.  Then the figure that you're referring to from the briefing document, that's the so-called ITT or the on-study analysis.

I'd like to just take a minute to address

that, if I may.  Could we please go to CO-74?
Let's take another look at the disposition of
patients.  One of the challenges of the on-study
analysis is that there are some patients with
missing information.

If we can quickly go to CO-75, the FDA in
their presentation, they mentioned that one of the
limitations of on-study analysis can be the
inclusion of rescue therapy or alternative
therapies following discontinuation of the
interventional treatment, and that certainly would
be expected to be the case with roxadustat.

I showed you on the previous slide that we
do have some missing data in our ITT analysis for
all-cause mortality.  One of the three studies has
more complete follow-up with actually 99 percent
ascertainment of MACE.  That's Study 002, and that
study has a hazard ratio point estimate for
all-cause mortality of 1.09, which is more
consistent with the overall results.

DR. PACKER:  I'm sorry.  Please forgive me.
You're not answering my question.

FDA CRDAC                    July 15 2021                    253

Can we just go back to your figure 68 in your own briefing?

DR. EISNER:  Dr. Packer, it's Mark Eisner again.  I think the difference is in the ascertainment window.  OT-7 is a much shorter ascertainment window than on-study, where patients are followed off treatment to the end of the study; so more deaths are captured because they're followed for longer during that ascertainment window.

So I think the discrepancy that you're focusing on is not really a discrepancy.  It's just a difference between an OT-7 ascertainment window and an on-study ascertainment window, which could have followed patients for much, much longer.

Does that help?

DR. PACKER:  It does help, and I appreciate the clarification very much.  But can I maybe just ask one more thing?

You're showing a similar effect may be a slightly greater risk with your agent compared to an ESA, which is labeled for an increase in

FDA CRDAC                    July 15 2021                    254

mortality.

Now, can you put up the mortality data for the Study 613?

DR. EISNER: We will do. And while we're pulling it up, let me just say that the ESA doses we used in our pivotal trials were lower than those that were used in other studies such as the normal hematocrit study or CHOIR. And what you can see on the bars on the right is our epoetin alfa dosing level versus those that are used --

DR. PACKER: I understand that, but can you put up the all-cause mortality for Study 613?

DR. EISNER: Yes, we're working on that. I was just trying to clarify the epoetin alfa risk in our trials is actually lower than the --

(Crosstalk.)

DR. PACKER: It may be, but --

DR. LEWIS: Dr. Eisner, can we put up the slide he's requesting, please?

DR. EISNER: Yes, we're working on that.

DR. LEWIS: It's in your deck.

DR. PACKER: I just want to say that it

could be that the epo dose is lower, but we don't

know that the epo dose that you're using is not

associated with an increased risk of death.

DR. EISNER:  That's a fair point.

DR. PACKER:  Please, I don't want the

meta-analysis; I want the Kaplan-Meier curves for

Study 613, all-cause mortality, please.

DR. EISNER:  We will get that for you.

I believe this is what you're looking for.

DR. PACKER:  Yes.  Let me just say that the

FDA did an analysis of this.  This is a comparison

of roxadustat versus two different ESAs.  This was

not part of the meta-analysis; this is all-cause

mortality.  I believe the hazard ratio here is

1.54, with a lower bound that is greater than 1.

Is that correct?

DR. EISNER:  Let me ask Dr. Little to

address that question and also to speak a little

bit more about the study more generally.

Dr. Little?

DR. LEWIS:  Dr. Little, if you could confine

your comments to answer Dr. Packard's questions

specifically.

DR. LITTLE:  Yes.  Dustin Little.

The hazard ratio point estimate is estimated to be 1.67 on our analysis using the study-specific stratification factors with the lower bound of 1.12.

May I have a moment to show some information on dosing?  Just briefly, we talked about how there were some differences between Study 613 and the other trials, and one of the differences was that higher starting doses of roxadustat were used in Study 613.

Just on the left, we have a few metrics suggesting that starting doses may have been too high, and we note that in the DD pool -- that's the three studies -- dose reduction, dose holds, hemoglobin overshoots, and rapid rates of hemoglobin rise were more common for roxadustat versus epoetin alfa, but that was particularly more common in Study 613.  This is one of the design differences in Study 613, which --

DR. PACKER:  I really appreciate that.

Thank you very much.

Are you implying that there is a dose-dependent increase in mortality with roxadustat?  I think you just said that, right?

DR. EISNER:  Dr. Little, would you like to address the question?

DR. PACKER:  You said that you used higher doses and you got a hazard ratio of 1.54.  You used lower doses; you got a hazard ratio of -- well, it sort of depends on which one you look at it.

Is that what you're telling us?  I think that what you just said.

DR. LITTLE:  Dr. Packer, when we look at our data to investigate for dose-dependence regarding all-cause mortality in MACE, we don't find it to be particularly conclusive.  So our mitigation strategy regarding our dosing really is aimed at thrombosis.

I think some people would consider that the mitigations that have been undertaken with ESA, and we're undertaking similar mitigations with roxadustat, have been aimed at reducing

cardiovascular risk.  But the most clear evidence that we can provide is that we accept our dosing changes to mitigate risk of thrombosis.

We do consider that, overall, when we look at our data versus ESA in the dialysis population, including when we pooled Study 613 with the other studies, that we don't see evidence of increased cardiovascular risk with roxadustat versus ESA.

DR. LEWIS:  Thank you, Dr. Packer, and thank you, Dr. Little.

Can we go on to the compliance data?

DR. EISNER:  Yes, I'd be happy to show you that.

DR. LEWIS:  Also, Dr. Eisner, if you have how often there were dose adjustments made in the roxadustat group, I would like to see that data as well.  And we have two more questions, maybe three now, so we'll move quickly to direct answers specifically.

DR. EISNER:  Okay.  I'll ask Dr. Szczech to address your question about compliance.

Dr. Szczech?

DR. SZCZECH:  Thank you very much.  We used the protocol-specified definitions of how we would analyze compliance at greater than 75 percent to pull this side together.  As you can see in the NDD population, we had 95 to 99 percent compliance based on each study in the NDD population, and --

DR. LEWIS:  Thank you.  It's easily read and answers that part of my question.

Is there any correlation, or did you see any correlation, between non-compliance and adverse events, or hemoglobin being out of range or rising too quickly?

DR. SZCZECH:  No, we did not see any evidence of that.

DR. LEWIS:  You didn't see it or you didn't do the analysis?

DR. SZCZECH:  We didn't see it.

DR. LEWIS:  So you have an analysis to show --

DR. SZCZECH:  I don't have an analysis --

DR. LEWIS:  -- that noncompliance didn't affect that?

FDA CRDAC                    July 15 2021                    260

DR. SZCZECH:  I don't have an analysis to show you via slide.  We can try to get you that information.

DR. LEWIS:  Thank you.

DR. SZCZECH:  But there --

DR. LEWIS:  Sorry?

DR. SZCZECH:  I'm done.  Thank you.

DR. LEWIS:  Ms. Alikhaani, you have a question.

(No response.)

DR. LEWIS:  I think you're muted still.

MS. ALIKHAANI:  This is Jacqueline Alikhaani.  I'm very concerned about the safety issues presented by the FDA and I agree with those. They seem very reasonable to me, and it seems like it should be possible to better address and remedy those safety concerns and risk factors for roxadustat.

I just want to know to the sponsor, I just have this question.  Are you willing and able to work to address those concerns and come back to us with the positive outcomes?

DR. EISNER:   Thanks for the question.   As has been stated, we've conducted the largest pivotal trial program in CKD anemia, and we have an abundance of data to adequately address the safety and efficacy issues that should enable, we believe, an approval of the product, with appropriate labeling that delineates the safety and efficacy and how the product should be used so clinicians and patients can make those decisions about it.

As Dr. Little mentioned, we are proposing a postmarketing, real-world data study to test our mitigation strategy of lowering the starting dose and lowering the hemoglobin target.   Because roxadustat is a titratable drug and hemoglobin can be measured very readily, we think this strategy will be highly successful, and we are fully committed to further confirming that in a postmarketing setting.

MS. ALIKHAANI:   Thank you.

DR. LEWIS:   Dr. O'Connor?

(No response.)

DR. LEWIS:   Dr. O'Connor, your hand is up.

Are you muted?

(No response.)

DR. LEWIS:  Okay.  You are muted, for sure now.

I'm going to go on for time sake, and I'll come back to Dr. O'Connor.

Mr. Conway?

MR. CONWAY:  Thank you very much.  We heard the FDA talk about, on one of their slides, that overcorrection and overshooting was an issue, and we've seen the sponsor's slide deck here on information that shows it met the first 7 days, where there is a safety concern, in my opinion, as a patient who's gone through all the different things that were described in terms of the burden of anemia.

I'm trying to figure this out because what it seems to me is that you're trying to give us assurance on the safety based on modeling, and then you're looking at a postmarket study involving patients and that type of thing.  But in plain language, here's my question.

In plain language, can you tell the patient community that's listening why you should move forward on this if you're relying on a model to show safety and efficacy by reducing dosing and mitigation measures as opposed to waiting and seeing what that actually looks like if you do some other type of study on that?

Why should this move forward into a patient population relying on modeling?  That I think is a fair question.  That's my question. Thanks.

DR. EISNER:  No.  Thanks for the question, and I'll ask Dr. Little to respond to it.

DR. LITTLE:  Dustin Little here.

Mr. Conway, there were a few parts to your question.  One part had to do with the reliance on modeling.  I'd like to quickly show you a slide that does demonstrate from a phase 2 study the concept that, indeed, we can see we will have lower rates of hemoglobin rise and fewer overshoots with lower starting doses of roxadustat.

100 milligrams 3 times a week was the highest starting dose used in the phase 3 studies

for patients who were not on ESA at baseline, and then our recommended starting doses are 50 or 40 milligrams 3 times a week.  So in addition to modeling data, we do have clinical data that supports that we will see the expected changes in hemoglobin with lowering the starting dose.

Then the other question that you asked had to do with what we can say to patients.  We heard from Dr. Pecoits and from some of the presenters during the open public forum that there is a substantial unmet medical need now for a drug like roxadustat that has an oral mechanism of action that's effective across broad subgroups of patients, including patients for whom ESAs are not particularly effective.

We consider that our data supports a positive risk-benefit ratio currently.  We did note some safety imbalances, especially thrombosis and vascular access thrombosis, which we've spoken about quite a bit today.  We consider that we can mitigate those risks.  We plan to study that.  But of course we do consider that those data should be

in the label, and there should be warnings about

that in the label so that physicians can have the

option and make considerations regarding the

patients in front of them in their office.

**Questions to the Committee and Discussion**

DR. LEWIS:  Thank you very much.

I apologize to my other panel members, but

we do have six questions, so I think we have to

move on.  We did get in the unanswered questions

from previously and a few other ones, so I

apologize.  If you'll please put your hands down,

we will proceed with the questions to the committee

and panel discussions.

I would like to remind public observers that

while this meeting is open for public observation,

public attendees may not participate, except at the

specific request of the panel.  After I read each

question, we will pause for any questions or

comments concerning its wording, then we will open

the question to discussion.  We will start with

question number 1.

Discuss the benefits and risks of roxadustat

in the non-dialysis-dependent population.

Are there any issues or questions about the wording of the question from the panel members?

(No response.)

DR. LEWIS:  I don't see any hands, so if there are no questions or comments concerning the wording of the question, we will now open the question to discussion.

(No response.)

DR. LEWIS:  The question is open to discussion.  I guess I'll start since everyone's getting ready to get ready for it.

I do think that patients have spoken eloquently of the convenience of not going in to receive an EPO injection, and that's clearly a benefit.  That's a convenience benefit.  It's also a risk because it means patients could conceivably have any physician write them a year's supply of roxadustat and never get another hemoglobin.

They do need to go in once or twice a month for hemoglobins, and in many places that could be done stat, their injection or subcutaneous

injection given, so I think it has a benefit in a risk.

Otherwise, I'm very concerned about the safety signals that we see that are certainly not inferior to those with ESA.  I think ESA, if we had known all those safety signals, may have been handled differently when it came before the committee.

I do think that those are some of the risks that are very serious, and they could be magnified when it's not under study conditions, not having pill counts, not having people reminded three times to come get their hemoglobin, and you might see far more risks or adverse events associated with the risks that have already been described.

I'll pause there.  I think my first number one is Dr. O'Connor.

DR. O'CONNOR:  Thanks, Julia.

Obviously, I have concerns about efficacy on what we've seen, obviously, with hemoglobin going up; no issue there.  But I'm confused by the quality-of-life data, Julia, and just maybe as a

nephrologist, you and your team could tell me.

We've seen significant quality-of-life improvements with iron therapy, for example, in heart-failure patients. Why is it that in such a large study, you can't detect signals of quality-of-life improvement, even with this significant augmentation in improving anemia?

The other thing I would say is the mitigation program, my guess, with a lower target, would it result in a slightly higher transfusion rate in the active drug and sort of wash out the difference between active therapy in the DD patients?

DR. LEWIS: I guess that was a question to the nephrologists on the panel to some extent. I would say that it is surprising that there isn't a quality-of-life signal, and one must wonder if there's something offsetting what you would expect to see.

You also made another point, which is although reduction in IV iron was suggested as a potential benefit, you're right that the cardiology

literature currently has some evidence that it is actually a benefit to be iron replete, so that's of interest as well.

Did you want to make any more comments, Dr. O'Connor?

DR. O'CONNOR:  No, that's good.  Thanks.

DR. LEWIS:  Do any other nephrologists want to?

(No response.)

DR. LEWIS:  Okay, then we'll go on to Dr. Bairey Merz, please.

DR. BAIREY MERZ:  Thank you, Dr. Lewis.

Noel Bairey Merz.  I wanted to mirror Dr. Lewis' summary.  I completely agree with her, and I would like to also point out and feel strongly about our citizens' testimonies and how important it is to them, and yet several pointed out that this would be less costly or even more cost-effective, and we were not presented with any cost data.  We're hearing how complicated this care is, and I think we would need to be careful about making decisions about cost without any cost data.

DR. LEWIS:  I'll also emphasize, if I may, that it is complex.  And I, to some extent, disagree with Dr. Fishbane's comments that the main reason that CKD patients are anemic is the logistics of going in for an injection.  It is one more trip in some cases, but they have to go in to get their hemoglobin checked.

I think the bigger factor is that the complex algorithms to safely deliver this drug are quite daunting, and I think many consider that to be a barrier and are also concerned about the risk-benefit of raising the hemoglobin in the population.  So I don't think it's just a logistics issue.

Our next question is Dr. Packer, or our next discussion.

Dr. Packer?

DR. PACKER:  Yes.  In my previous comments, I focused on the DD population with respect to all-cause mortality, but I do want to point out figure 9 in the FDA document, which shows the effects on all-cause mortality in the NDD

population, which is what we're talking about in this question.

In all studies, in the OT-plus-7 analysis, they're reporting a hazard ratio of 1.4, a confidence interval of 1.08 to 1.82.  That's primarily driven by the 001 study, which was the biggest of all and had the most deaths.  That had a hazard ratio of 1.68 and a confidence interval of 1.25 to 2.6.  These are comparisons with placebo with a window of on treatment plus 7 days.

DR. LEWIS:  Thank you, Dr. Packer.

Dr. Thadhani?

DR. THADHANI:  Thank you, Dr. Lewis.

To add to what you had mentioned, Dr. Lewis, with regards to the monitoring of individuals in the outpatient setting, is it fair to say that the likelihood of overshoot was more common in the outpatient -- or, I'm sorry, in the NDD population as opposed to the DD population?

At least from the FDA analysis, that appeared to be the case, which would be consistent with your comments about while outpatient at-home

medications may be a convenience, the likelihood of monitoring or paying more close attention to monitoring would be more difficult.  Thanks.

DR. LEWIS:  Does somebody from the FDA want to comment on Dr. Thadhani's comment?

Dr. Song?

DR. AYACHE:  This is Dr. Ayache.

DR. LEWIS:  Oh.  Dr. Ayache?

DR. AYACHE:  Yes.  In regard to the overshoot, we saw it in all of the studies in the NDD population because that's what's compared to placebo.  As you understand, the initial correction phase, there's overshoot as I show in my slide 16.

In the DD population, we saw overshooting actually in Study 613 and also in Study 64, which was conducted in the U.S., where the response to hemoglobin increase was higher in roxadustat than epoetin alfa.  Thank you.

Does that answer your question?

DR. LEWIS:  Thanks.

DR. THADHANI:  Yes, thanks you.  That was very helpful.  Thanks.

FDA CRDAC                     July 15 2021                    273

DR. LEWIS:  Thank you.  And I will remind everyone, including myself, to state my name before I speak.

Dr. Wang, you have a question?

(No response.)

DR. LEWIS:  Dr. Wang, you may still be muted.

DR. WANG:  Thank you.  Tommy Wang.

I just wanted to make a comment, and it could be a question --

DR. LEWIS:  It's a comment.  Sorry.

DR. WANG:  Okay.  It's a comment.

I just want to call out the fact, as has been noted a number of times, that for the NDD population, in particular, the interpretation of the MACE and mortality data are really influenced by whether you're looking at the on-study analysis, which was stated to be the primary analysis, or the OT-plus-7 analysis.

I guess the comment is that I do believe that differential dropout most certainly does contribute to some of the OT-plus-7 findings.  I

found it fairly persuasive that people who dropped out of these studies were sicker than the ones who stayed in.

The issue is whether that's enough to account for the difference.  I guess the thought experiment is that there was differential dropout, but it was a certain proportion of the patients. It wasn't like there are three times as many patients that dropped out.  You'd have to have a pretty large increase in risk in those who dropped out compared to those who stay in, I would guess on the order of 50 to 100 percent increase in the risk of MACE and all-cause mortality, to fully account for the difference between the OT-plus-7 and the on-study.

I guess, again, the comment is I'm not sure, although there are differences, that we can ascribe that large of a differential.  Thank you.

DR. LEWIS:  Thank you, Dr. Wang.

Dr. Soergel?

DR. SOERGEL:  Thanks, Dr. Lewis.

David Soergel.  I was actually going to make

a similar comment to Dr. Wang's.  I think it's important to remember that in the non-dialysis-dependent population, the sponsor compared to placebo, so we did see this non-random dropout from the trials and we ended up getting sicker patients followed through the end of the study, so therefore, the safety profile might reflect those differences.

The second thing that I found really interesting is we thought about these two populations as being two separate populations, but when you think of an individual patient transitioning from late-stage CKD into dialysis, I found the incident dialysis data very compelling, where hemoglobin was able to be more adequately controlled in those patients as the disease progressed.  Thank you.

DR. LEWIS:  Dr. Cho?

DR. CHO:  Hi.  My comment is that it's clear that roxadustat raises hemoglobin, but I'm not convinced that by decreasing the rise of the hemoglobin that we would mitigate the risk of

thrombosis, or infection, or other side effects.  I think there are mechanisms related to the HIF inhibition that may be predisposing the increase in thrombosis.  So I remain quite concerned about the risk mitigation not being able to lower the thrombosis rate.

DR. LEWIS:  Thank you, Dr. Cho.

I believe Dr. Cook.

DR. COOK:  Yes.  This is Tom Cook, and I can't directly address this question but I can address the methodology that I've seen today.

Actually, I find it strange that I even have to make this comment, but clinical trials are fundamentally about assessing causality, and we almost never -- well, I do, but most people in our community don't ever talk about things in terms of causal language.

We know that -- I hope we know -- correlation does not imply causation, which means that if we want to assess causality, we need to have some formal basis on which we make those decisions.  Randomization plus ITT, we know

guarantees that the associations that we see are either random or they're causal because we have removed confounding.

Now, the analyses that we've seen today, most of them, which are based upon these ascertainment windows are not based on ITT, therefore there's no causal basis for doing those analyses, and in my opinion, those analyses are hopefully confounded, and I will ignore them.

So the only analysis that I pay attention to are those which are based upon the full study period, and I would hope that my fellow panel members will seriously discount any of those based on the ascertainment window, especially the 7-day window.

In fact, I would argue I've looked at this question before, and Dave DeMets and I wrote an article in 2019 in JAMA, which we explicitly addressed some of these concerns. And in the data that I've looked at, it's very easy to have a 50 percent or more difference in apparent risk when one does this kind of arbitrary censoring based

upon time on treatment.

I mean, in fact, it's the tail wagging the dog because the reason that people don't continue treatment is usually related to their clinical status, and if their health is failing and they become at high risk for mortality, then they're likely to discontinue treatment. And therefore, these kinds of analyses are just fundamentally broken, and I will pay no attention to them. Thank you.

DR. LEWIS: But the analyses that showed safety signals that were the ITT analysis, you would put weight or at least --

DR. COOK: I would, yes.

DR. LEWIS: -- consider.

DR. COOK: Yes, I would.

DR. LEWIS: Thank you, Dr. Cook.

I believe Dr. Packer is next.

DR. PACKER: I just wanted to ask Dr. Cook a question. The concept of intention to treat in any trial is that you start out with some assurance of balanced populations at the start of the study

because of randomization, and then you follow all patients for the planned duration of therapy and count all events, whether people stay on treatment or not.

When you do that, that's a true ITT analysis, and what we're seeing today doesn't approximate that standard, either the on-treatment, the on-treatment plus 7 days, or the on-treatment plus 28 days. None of those approximate a true ITT analysis.

So if you wanted to really adhere to ITT, you would discount everything we've looked at today in the NDD population. Now, the DD population is a little bit different because the retention rates in the two groups are actually similar or even favor epo.

Dr. Cook, do you really think that on-treatment here represents an intention-to-treat population? I don't think so.

DR. COOK: No, I agree a hundred percent. This is Tom Cook. I agree a hundred percent.

DR. PACKER: Yes.

DR. COOK:  What Dave DeMets and I say in our 2019 JAMA paper is if you see a difference or the lack of difference between two arms, it's due to one of three things, either chance, causation, or confounding.  And what randomization does, is it eliminates the confounding.  So now you look at your confidence intervals and your p-values, and you say this likely could be due to chance.  And if you rule out chance, then you know it's causal.

If I condition on being on treatment plus some period of time, I actually reintroduce confounding for the very reasons that have been discussed, except they haven't been framed in terms of causal language.  In fact, I would argue that even in the DD population --

DR. LEWIS:  If I may, I think we're straying from the question --

DR. COOK:  Yes.  But the question is how do you evaluate the evidence that's in front of us?

DR. LEWIS:  Yes.  Thank you.

We have six questions and 30 minutes, so I think I'm going to move on to the second question,

and perhaps some of you, Dr. Wang, can put your comments into the second question.

I'm now going to read the second question.

If you have concerns regarding these risks, discuss whether you believe they could be addressed through modification of the treatment algorithm, for example, changes in target hemoglobin, starting dose, titration scheme, and monitoring paradigm.

If you favor changes to the treatment algorithm to enhance safety, discuss whether they should be tested prior to approval, after approval, or not at all.

Are there any questions about the wording of the question?

Dr. Cook, do you have your hand up for a question about the wording of the question number 2?

DR. COOK:  No, I just forgot to put it down. Thank you.

DR. LEWIS:  Okay.

So if there are no questions or comments concerning the wording of the question, we will now

open the question to discussion.

Dr. Crowley?

(No response.)

DR. LEWIS:  Dr. Crowley, you're on mute.

DR. CROWLEY:  Yes.  Thank you.

I think this concept is really a very desirable patient-centered approach to treatment of anemia, and I think we can all agree that there's demonstrated efficacy.  But it seems like the real challenge here is can we control the risks that are associated with any ESA, including roxadustat in this particular consideration.

In terms of these modifications of the treatment algorithm, I guess the question is, can the prescription of this drug come with sufficient instructions and confidence that these would be followed, excluding certain patients who would be at extremely high risk for prothrombotic agents, for ensuring that providers know what they're doing with this medication and have a system in place to monitor?  It's not enough just to prescribe it, but you have to have a recommended monitoring process.

Can we have sufficient public education such that people appreciate that it's not that you're just going to get a pill and you don't need monitoring; you're still going to need monitoring. That really is a concern, that people think I can just take the pill and I don't have to get my hemoglobin checked.

So I think those are the concerns that I would have with regard to how can we mitigate these risks. I think it's possible, but that's really where I worry most, I think.

DR. LEWIS:  Thank you, Dr. Crowley.

Dr. Packer?

DR. PACKER:  Yes.  I think what the sponsor is proposing seems like a very reasonable approach that needs to be tested.  What we don't know is the degree to which the risks that we see, whether it be thrombosis, all-cause mortality, infection, whether these risks are related to the rapid increase in hemoglobin or whether it's due to potentiation of hypoxia-inducible factor 1 alfa. That uncertainty is not going to be resolved by a

FDA CRDAC                    July 15 2021                    284

stimulation; that uncertainty needs to be resolved by an actual trial.

DR. LEWIS:  I agree completely, and I think the trial needs to be prior to approval, and the hypothesis that the dose adjustments and different algorithms will mitigate those safety signals needs to be tested.

Further, I would actually think there's enough of a safety signal that there may need to be a formal dedicated cardiovascular study not like what was demanded of the hypoglycemic drugs.  I also have a concern about their ability to be able to do the postmarketing study because of not being able to find enough patients left on ESA to match.

So all those things concern me in answer to those questions.

Dr. Parsa?

DR. PARSA:  I was about to lower, but I guess I'll reiterate it because what I was thinking was also said by others.  Sorry.  This is Afshin Parsa.

I think that, yes, as mentioned before, the

ability to understand the risk here is we simply don't have sufficient data to make anything that's definitive enough.  The suggestions that were made in terms of changing the hemoglobin target, starting dose, all sound reasonable, but I think those need to be really assessed prior to approval.

I have concerns about trying to do this in a postmarketing setting once it's set free out there without being properly controlled.  I don't think we're going to get the necessary information without doing the proper trial first.

DR. LEWIS:  Thank you, Dr. Parsa.

Mr. Conway?

MR. CONWAY:  Thank you very much.  I just wanted to say I think Dr. Crowley characterized perfectly, at least from my standpoint as an [inaudible – audio gap] -- leader.

The frustrating thing here is the patient burden that's been articulated, especially during the public comment, I believe is a hundred percent accurate.  And I have to tell you, having lived with anemia, trying to get a transplant, trying to

keep a full-time job -- at the time I was the deputy secretary for the State of Virginia -- just to make it [indiscernible - audio feedback] -- Friday, come Monday, my epo started tapering down.

It's a tremendous burden, and what we're looking at is a vehicle through which patients could theoretically have less burden, which is [inaudible]. So that's kind of the idea. However, when we get down to the drug itself that we're talking about, I'm very concerned about this idea of taking the data that we have and try and extrapolate from that, through a model or through some other kind of tangential effort, in my opinion, to show that there is safety.

So the frustrating thing in listening to this, for me, is that the patient burden is well documented, in my opinion, but the burden is on the sponsor to show why this should move forward before it's tested out as opposed to waiting and doing that postmarket. I think we should get it checked out before it goes into patients. I really do. Thank you.

DR. LEWIS:  I also will make a comment that once we know what the appropriate dosing is and perhaps the other study has done it, another consideration is a REMS program, where only physicians who have gone through a certain amount of education are allowed to prescribe it.  You do one month's supply, and if the patient doesn't show up for their hemoglobin, to make sure that the dose is still correct for them.  They run out.

That's another consideration that the FDA could consider to mitigate some of the concerns that have been expressed by the committee.

Are there any other comments?

Mr. Conway, your hand is still up, and I wasn't sure if it was still up or you had another comment.

MR. O'CONNOR:  No, I don't.  Thank you very much.  I'll take it down.

DR. LEWIS:  Okay.  I'm going to make an attempt to summarize the comments on question 1 and question 2, and just for time sake, I decided to put them together.

I think the multiple members of the committee have expressed the benefit of less travel to get injections, especially for patients who live far away, and I also really appreciate the patients who made that clear to us during our open session, so we understand that part of it.

I think that several committee members have expressed concerns about the safety of the drug itself, such as the concerns about mortality expressed by Dr. Packer, the concerns about overshoot expressed by Dr. Thadhani, and the concerns about even if you look at comparing the OT-7 to the on-study, that there would have to be a tremendous increased risk to explain the mortality in the people who dropped out. Another benefit I forgot to mention that Dr. Soergel mentioned was the very big benefit of an instant hemoglobin is better in people transitioning from CKD and non-dialysis to dialysis.

There is also obviously a concern about other adverse events that are not related perhaps to the hemoglobin or to the proposed mitigation

strategy because of other effects of HIF inhibitors

that could contribute to infections and other

things.

We appreciate Dr. Cook's statistical input

on the analysis that are most informative to look

at.  I think there were several people that were

concerned about doing the study after

postmarketing, and that maybe prior to approval,

finding the right dose and seeing if it mitigates

some of the adverse events might be important.  And

lastly, I mentioned considering a REMS program.

If there is no further discussion -- and

I'll pause in case someone wants to raise their

hand or feels I missed something in that

summary -- we will move on to question 3, which is

a voting question, and Dr. Joyce Yu will provide

the instructions for the voting.

DR. YU:  Thank you.

Hi.  This is Joyce Yu.  Question 3 is a

voting question and voting members will use the

Adobe Connect platform to submit their votes for

this meeting.  After the chairperson has read the

voting question into the record and all questions and discussion regarding the wording of the vote question are complete, the chairperson will announce that the voting will begin.

If you are a voting member, you will be moved to a breakout room.  A new display will appear where you can submit your vote.  There will be no discussion in the breakout room.  You should select the radio button that is the round circular button in the window that corresponds to your vote, yes, no, or abstain.  You should not leave the "no vote" choice selected.

Please note that you do not need to submit or send your vote.  Again, you need only to select the radio button that corresponds to your vote. You will have the opportunity to change your vote until the vote is announced as closed.  Once all voting members have selected their vote, I will announce that the vote is closed.

Next, the vote results will be displayed on the screen.  I will read the vote results from the screen into the record.  Next, the chairperson will

go down the roster and each voting member will state their name and their vote into the record. You can also state the reason why you voted as you did, if you want to. However, you should also address any subparts of the voting question, if any.

Are there any questions about the voting process before we begin?

(No response.)

DR. LEWIS: Thank you, Dr. Yu.

If there are no questions, I will read the voting question.

Should roxadustat be approved for the treatment of anemia due to chronic kidney disease in adult patients not on dialysis? If not, provide your rationale, as well as recommendations for additional data and/or analyses that would support a favorable benefit-risk profile and approval of roxadustat.

Are there any questions about the wording of the question?

(No response.)

DR. LEWIS:  If there are no questions or comments concerning the wording of the question, we will now begin the voting on question 3.

(Voting.)

DR. YU:  The voting has closed and is now complete.  Once the vote results display, I will read the results into the record.

(Pause.)

DR. YU:  Thank you.

The vote results are now displayed.  I will read the vote totals into the record.  The chairperson will go down the list and each voting member will state their name and their vote into the record.  You can also state the reason why you voted as you did, if you want to.  However, you should also address any subparts of the voting question, if any.

The vote total is 1 yes, 13 noes, and zero abstentions.  Thank you.

DR. LEWIS:  Thank you.

We will now go down the list and have everyone who voted state their name and vote into

the record.  You may also provide justification for your vote if you wish to.  However, please remember to address any of the subparts of the question that correspond to your vote.

We'll start with Dr. O'Connor.

DR. O'CONNOR:  Christopher O'Connor.  I answered no.  I'm concerned about the totality of information with respect to adverse safety signals, and I don't believe we understand whether the mitigation strategy dose will be safe.  Thank you.

DR. LEWIS:  Thank you.

Dr. Crowley?

DR. CROWLEY:  Susan Crowley.  I voted yes. I think that with the significant patient burden of anemia, the associated risks with any ESA that are similar in roxadustat, a fair way potentially to do this is to allow patients and providers to do shared decision making under a REMS program to try to mitigate some of the risks that may be increased with roxadustat.

I thought that was a potential opportunity to allow for the use of this medication to meet an

unmet need, to address patient suffering, and to try to control risks.

DR. LEWIS:  Thank you.

Dr. Cook?

DR. COOK:  Yes.  Thomas Cook.  I voted no, and this was difficult for me.  But ultimately I had to listen to the people who thought that the safety profile wasn't established, especially for the proposed new dosing strategy that the sponsor is discussing.  I didn't think that their observational study that they proposed would actually answer the questions of interest.  Thank you.

DR. LEWIS:  Thank you, Dr. Cook.

Dr. Kasper?

DR. KASPER:  Dr. Ed Kasper.  I voted no.  I would like to see the mitigation strategy tested prior to a revote or representation of this particular drug.

DR. LEWIS:  Thank you, Dr. Kasper.

Dr. Packer?

(No response.)

DR. LEWIS:  Dr. Packer?

DR. PACKER:  Sorry.  I was needed.

Milton Packer.  I voted no.  I share the reason that Dr. O'Connor, Dr. Cook, Dr. Kasper have already expressed.

I noticed that the sponsor has done all the clinical trials using a very specific strategy, but now would like approval for a strategy which has been developed only as a simulation.  If they really want people to use the new strategy in clinical practice, they really do need to test it and show its efficacy and safety.

DR. LEWIS:  Thank you, Dr. Packer.

Dr. Wang?

DR. WANG:  Yes.  Thomas Wang.  I voted no, again, for the reasons stated by my colleagues.  I did find the safety data not clear-cut for the reasons mentioned, but the totality of the safety data somewhat unsettling.  I was concerned that more definitive data to address this question would have been difficult to obtain in the postmarketing setting, so that's the reason for my vote.

FDA CRDAC                  July 15 2021                  296

DR. LEWIS:  Thank you.

Dr. Thadhani?

DR. THADHANI:  Thank you.  Ravi Thadhani.  I voted no for the reasons stated.  I found the analysis, with the biased included, difficult to interpret.

The only comment, without being redundant, I would make is in looking at how to move forward, I think we just need to acknowledge that this data set of non-dialysis patients is and will be the largest data set we have with regards to efficacy and safety, and before jumping into yet another clinical trial, to look carefully as to what clearly we would need in the most efficient fashion to get this to the finish line if that's the direction that others and the agency feel is possible.  Thank you.

DR. LEWIS:  Thank you, Dr. Thadhani.

Dr. Conway?

MR. CONWAY:  Paul Conway.  I voted no, with difficulty.  As much as I am a champion of patient care, choice, and innovation, I did not feel as

though the safety information presented was adequate. And I would like to see the mitigation strategy tested before we roll out to patients that are very vulnerable in the middle of COVID-19, but also patients that depend upon vascular access and other things to keep life going. I think there's higher burden to show for safety.

DR. LEWIS: Thank you very much, Mr. Conway.

Dr. Cho?

DR. CHO: Hi. Leslie Cho. I voted no for the reasons that everyone has stated. I do not think the rise in hemoglobin is the cause of all thrombosis and all side effects. It's uncertain to me whether that really is the cause and whether it really is HIF inhibition that may be the cause of the thrombosis. Until we test the lower dose in patient population, I find it not a viable solution.

DR. LEWIS: Thank you, Dr. Cho.

Dr. Merz?

DR. BAIREY MERZ: Hi. Noel Bairey Merz. I voted no. I thought it was quite a clear safety

signal and an unclear convenience or access signal. I also thought that FDA approval on modeling mitigation strategies would be stepping out of the bounds of certainly what we traditionally do.

DR. LEWIS:  Thank you, Dr. Merz.

Ms. Alikhaani?

MS. ALIKHAANI:  Yes.  Jacqueline Alikhaani here.  I voted no.  It was a very tough decision for me because I really value the patient voice, the consumer voice, and the testimony of the patients was very strong and clear that there's a need to get improved care for them, and improving care means safety first, to me.

I have family members living with this dreadful disease and it matters a lot on many levels for me, so it's not an easy decision to say no.  I think we do need major risk mitigation and accountability assurances to be in place to create the right pathway for approval for roxadustat.  So I hope we can do that in the future.  And whatever is done, I hope that we can also have a team of patients, and caregivers, and family members as

part of the leadership team for the trial, and the research to make sure their voices are there and they're completely informed about all of the different issues at stake, especially safety.

DR. LEWIS:  Thank you.

I voted no, and I agree with all my colleagues' previous comments.

Dr. Moliterno?

DR. MOLITERNO:  Oh, you're good, Dr. Lewis.

Hi.  David Moliterno.  I voted no.  If I rewrote the question, which I won't, I think I may have answered it differently.  I do think the drug has merit, but the question posed was the data given to us as presented by the applicant.

I think, in short, I agree with Dr. Thadhani.  I think there's a rich data set here that needs to be dwelled on further and dug into. You remember my comment at the very beginning to the agency, and Dr. Unger's response that they just received this risk mitigation strategy and those related data recently.  So I think it will take more digging, and more time, and more thinking.

Maybe this group will have the opportunity to reconsider this compound at a future time.

DR. LEWIS:  Thank you.

Dr. Parsa?

DR. PARSA:  This is Afshin Parsa, and I voted no.  Having treated many patients, I certainly empathize with the logistic challenges and the patient burden.  I really wanted this to be available as a choice for treatment, but I'm simply too concerned about the safety signal and think that we still need to work out more of these details before this can go forward.

DR. LEWIS:  Thank you very much.

I'm going to summarize quickly.  I think that the consensus is that the safety signal is concerning to the panel members, concerning enough that they feel that a mitigation study needs to be done prior to approval.  I think that many people, including Dr. Crowley who voted yes, but many other people -- and I really appreciate our consumer and patient reps here -- are very empathetic to the patient's voice of wanting an oral or an easier

therapy, but not at the expense of unknown or perhaps negative safety profile.

I think it's also important to note that there is concern about effects that will not in any way be related to the hemoglobin rise or to the mitigation study that's being proposed to be done at the recommendation of this committee prior to approval.

I think the points were well made that there should be a very careful consideration for what will most efficiently and effectively answer this question in a study, and I applaud us being reminded that we should include patients' and families' voices in feedback on that design as well.

We will take a short five-minute break now. Panel members, please remember that there should be no chatting or discussion of the meeting topic with anyone during the break  .  We will resume at 4:35 Eastern Standard Time.

(Whereupon, at 4:30 p.m., a recess was taken.)

FDA CRDAC                    July 15 2021                    302

DR. LEWIS:  Okay.  We will now go on to question 4.

Discuss the benefits and risks of roxadustat in the dialysis-dependent population.

Are there any issues or questions about the wording of this question?

(No response.)

DR. LEWIS:  If there are no questions or comments concerning the wording of the question, we will now open the question to discussion.

Will the panel members please raise their hand to participate in the discussion.

Dr. Packer?

(No response.)

DR. LEWIS:  Dr. Packer, you're still muted.

DR. PACKER:  Julia, I really apologize.  I keep forgetting to unmute myself.

Here I think the data are a little bit easier to interpret because the differential dropout issue is less marked.  In fact, the retention rate was actually greater in the epo group than the roxadustat group.

So we don't have a lot of the complications of the data that we had in the NDD population, and here we have  a comparison with a drug which is already labeled for increase in mortality and increase in risks and we're seeing estimates here that are either similar to or greater than those seen with epo.

I guess I'm really concerned about Study 613.  613, as the a sponsor said, had a little bit higher dose of roxadustat and maybe a little bit lower dose of epo, and the mortality differences became even more marked.  So there's something that this drug is doing that is maybe different than epo.  And we already know about epo's risks, and they're in the label, so this is a source of concern.

DR. LEWIS:  Thank you, Dr. Packer.

Dr. Crowley

DR. CROWLEY:  Yes.  Thanks.

As Dr. Packer was saying, I think we can have a little greater confidence in the study results because we don't have that attrition bias,

and I think we see, at least for the primary

analysis for MACE, fairly neutral results.

I think in addition to that, we can have

great confidence in terms of the control, the risk

mitigation, because patients are coming three times

a week for those that are doing in center, or if

they're at home, we know they're on home dialysis,

they're connected with a clinician, so their

follow-up, I think we can have more confidence that

patients will understand what this medication is

about and that they require monitoring, and we have

an opportunity for doing that monitoring.

For here, I feel a lot more confident with

this for the dialysis population, although I see

the greatest opportunity for the non-dialysis CKD

population.

DR. LEWIS:  Thank you.

Dr. Wang?

DR. WANG:  Yes.  Tommy Wang.

I just wanted to call out the helpful

comments of Dr. Cook in the last session about the

potential strong effects of differential dropout,

which we talked at length about for the NDD population. Based on his comments, I would say here, as previously pointed out, the attrition rates were much less different and we have an on-study analysis in the DD population shown in figure 12 of the FDA analysis, which show some confidence intervals for MACE and all-cause mortality that exclude one in the unfavorable direction for roxadustat.

That finding makes me concerned. And on top of that, as Dr. Packer has noted, the comparison group here is already a drug for which there have been safety signals and a warning attached to it. So again, I think in its totality these safety data are not satisfying. Thanks.

DR. LEWIS: Thank you, Dr. Wang.

Dr. O'Connor?

DR. O'CONNOR: Chris O'Connor. I just would add to what was said previously, that really applies to the DD populations, that the extremely important RBC transfusion rate advantage is less in this population. With the mitigation strategy

dose, it's unclear, if you look at CO-46, whether that would even hold up with the lower dose.  I think one of the added benefits of this therapy may be attenuated.

DR. LEWIS:  Thank you.

Dr. Parsa?

DR. PARSA:  Afshin Parsa.  Yes.  Here I'm also seeing that the risk profile is easier to assess, as others have said, and maybe not as worrisome.  But then the question becomes, what is the benefit?

We still have an increase, obviously, and some trend towards death in Study 613.  The Kaplan-Meier increases over time, suggesting that maybe it's not just rate of change of hemoglobin, but not enough data to really conclude anything based on that.  But there's still increased thrombosis, access clotting, which we all know as a nephrologist is a nightmare to deal with, as well as the patients, it's worse for them.

That's still a question, what's the benefit here when we're still seeing a signal for risk?

FDA CRDAC                    July 15 2021                    307

The convenience of the PO and decreasing the patient burden, which is high, is really not modified that much in this circumstance.

However, one subgroup that I was thinking in which it might be different here are 9 or 10 percent of the dialysis population that are resistant to epo treatment, so really high ferritin, or they're just not responding, or you can't get them well.

In that smaller subgroup, there might be some potential benefit here based on these signals that could mitigate some of those [indiscernible], thrombosis, or other risks that we've seen, but certainly not as a whole. But I do want to make the distinction between that subgroup and the rest of the population.

DR. LEWIS: Dr. Thadhani?

DR. THADHANI:  Thank you, Dr. Lewis.  Ravi Thadhani.

Just to clarify the transfusion issue, I think the comment was made, and that is correct, that the benefit of this treatment is treatment of

anemia and obviously reduction of transfusion.  I think an aggregate may not have been seen, but I believe -- and again I apologize that I may not have all the details -- in Study 064, there was a reduction in transfusion, which is the US-only study, I believe, obviously paying close attention to that, including over 40 percent of African Americans in that particular study.

I understand the design was such that rescue therapies involved ESA and then transfusion for the roxa arm.  But that said, there was, I believe, a reduction in transfusion in 064 but was not seen in 063 and 002.  Thank you.

DR. LEWIS:  Dr. Packer, I believe your hand is up again.  I don't mean it negatively.  I'm actually asking you is it up again?

DR. PACKER:  No, it's not.  I'm sorry.

DR. LEWIS:  Dr. Crowley, your hand is up. Okay.

Dr. Cook?

DR. COOK:  Yes.  I just want to comment that it's not my concern about the differential in

dropout, it's the rate of dropout.  It still breaks ITT if the rates are the same but the rationale underneath is different, the reasons for dropout. So I'm not convinced just because they're the same that that actually improves my understanding of the overall result.

DR. LEWIS:  Thank you, Dr. Cook.

Dr. Soergel?

DR. SOERGEL:  Thanks, Dr. Lewis.

My view is that based on the FDA-agreed analysis, which is beyond therapy plus 7 days, the data look reassuring for MACE and for all-cause mortality.  There's clear efficacy in this population, and there's been little innovation in this space in many years.  So I think there's a place for this medicine, as was commented earlier; so that's my view.  Thank you.

DR. LEWIS:  Dr. Cook your hand is up.  Do you have another comment?

DR. COOK:  No.  Sorry.  I forgot to put it down.

DR. LEWIS:  I wonder if our patient

FDA CRDAC                    July 15 2021                    310

representative or our consumer representative have a comment.

(No response.)

DR. LEWIS:  While they're thinking, Dr. Packer?

DR. PACKER:  Julia, could I ask a question? There appears to be a group of patients who are resistant to erythropoietin, and these were patients with a lot of inflammation.  It's a subgroup.  I'm not certain how big the subgroup is, but these are patients for which epo is not a particularly viable option because they don't respond to it, and they do respond to this drug.

I'm just wondering whether there is a subgroup of the dialysis-dependent patients that would actually have an option here that they don't have with epo because of epo resistance.

DR. LEWIS:  Thank you, Dr. Packer.

Mr. Conway?

MR. CONWAY:  Thank you.  I'm actually wondering the same thing, and based on the data that was presented, it could be an effective tool

for part of that population.

Incredibly, for me, as an advocate, I believe it should be tested out before it's deployed.  I'm not satisfied with the safety information.  It's close, but I'm just not comfortable of it holding up as a package in terms of what we're looking at.  Thank you.

DR. LEWIS:  Thank you.

Ms. Alikhaani?  I should ask you for permission to call you Ms. Jacqueline so I don't destroy your name every time.  I apologize.  I'm really bad at names, but you have your hand up.

(No response.)

DR. LEWIS:  Ms. Alikhaani?

(No response.)

DR. LEWIS:  You may be offline.  Actually, I don't see her phone.  While we're waiting to get her back online, I'll make a quick comment.

I also was impressed with the data that showed that the roxadustat group could raise their hemoglobins in the epo-resistant kind of inflamed group, but what's surprising is that it doesn't

translate, or it doesn't obviously translate, or wasn't physically translatable, into any harder outcomes.  In fact, there were more infections and more thrombosis.

I asked specifically if they had seen any positive things besides a higher hemoglobin -- which is of value, don't get me wrong -- and I guess they did not or they did not do the analysis.

I think we're back online.

Ms. Alikhaani?

MS. ALIKHAANI:  Yes?

DR. LEWIS:  Your question or comment?

MS. ALIKHAANI:  I think I got kicked out again.  Can you hear me?

DR. LEWIS:  Yes.  Sorry we got you kicked out; glad we got you back.

MS. ALIKHAANI:  Okay.  Thank you.

I'm a big champion of diversity in clinical trials because every patient is an individual and I think that matters a lot, and the more diversity you have, the better.  I was a little bit dismayed that we had such a small amount of African

Americans in the trial who documented as having the greatest disparities in care for heart disease and other related conditions.

So I really think education and awareness is very important, in general, for these conditions -- not this medication -- and the more we engage with the community, and the patients, the caregivers, the family members, and everybody involved in the trial, and the research from start to finish, I think we're going to have better outcomes all around.

I think it's really critical, and that way we can make sure the trials are designed with the patients right up front with everybody else, and also not just on the table but also at the leadership table for the trials. Hopefully that way we can get these kinds of treatments voted in because I really wanted to vote for this; I really did. I was very hopeful. So hopefully we can get something done in the future.

DR. LEWIS: I particularly appreciate that comment. I actually wrote it down as an intended

comment myself, but for time sake hadn't mentioned it.

For the non-nephrologists, African Americans make up about 12 to 15 percent of our population, but 33 percent of our dialysis population. It tends to also track with social determinants of health, which are known to affect medication adherence. I think the underrepresentation, particularly in the trials overall, of only 8 percent, blacks are of concern and unfortunate, and hopefully something that could be addressed in the efficient design of a new trial.

Thank you for bringing that up.

MS. ALIKHAANI: Thank you.

DR. LEWIS: Are there any other comments?

(No response.)

DR. LEWIS: Okay. If there are no other comments, I will try to summarize our comments to this question.

I think that, in general, the committee felt that because there wasn't an uneven follow-up as much in this trial, in fact, if anything, a little

bit more ESA retention but still not a big differential, that the data was easier to interpret. However, the on-study data and the 613 study were of particular concern since many of the MACE things excluded one unfavorable direction for roxadustat, so that remains a concern.

Then there was an issue of what potential benefit is if there were not as big a reduction in transfusions. It was also confounded by the ability to receive ESA. Then, of course, for the patients that are on hemodialysis and going to a center, the benefits of less travel, et cetera, would be missing. The potential safety signal of access clotting was particularly noted to be lifelines for our patients now who are fortunately living long enough on dialysis compared to decades ago, that they do run out of the access.

One group of interest to several panel members were those who are resistant to epo and the potential for this drug to  particularly help those patients have a higher hemoglobin.

Let me just glance down the way. Also, I

think the point was made for the first time that it's very important, like we just finished talking about, the underrepresentation of African Americans in the global trials as a whole. Study 064 did have a good representation but had increased deaths, so it still remains a concern.

If there's no further discussion on this topic, I will now read question number 5.

If you have concerns regarding these risks, discuss whether you believe they could be addressed through modification of the treatment algorithm, for example, changes in target hemoglobin, starting dose, titration scheme, and monitoring paradigm.

If you favor changes to the treatment algorithm to enhance safety, discuss whether they should be tested, 1) prior to approval, 2) after approval, or 3) not at all.

Are there any issues or questions about the wording of the question?

(No response.)

DR. LEWIS: I don't see any hands raised. So if there are no questions or comments concerning

the wording of the question, we will now open the question to discussion.  Panel members, please raise your hand and identify yourself.

Dr. Parsa?

DR. PARSA:  Afshin Parsa.  Just following up on what I've said in response to question 4, which leads into this, it is not so much in terms of the treatment algorithm being different than what was proposed as an update from the applicant, but so much the risk-benefit ratio and then the subgroup of those who are epo resistant.

I do think that since the risk is modest overall, there's still concern.  People with epo resistance certainly can be an issue, and I don't mean someone who's epo resistant for a few weeks because of a minor infection, but those that are really more chronically hyporesponsive, requiring high iron and still not being able to get a stable hemoglobin level there.

There is the potential that that group could fall in the category of -- if one defines it properly and has reasonable thresholds, or there is

FDA CRDAC                    July 15 2021                    318

[indiscernible] and forgets it, to then have some postmarketing follow-up to see how they do while the rest is working there.  But even though it's a smaller number of dialysis patients, it's still not an insignificant number, and it could change the risk-benefit ratio, potentially.

DR. LEWIS:  Thank you, Dr. Parsa.

Do other committee members have comments on this question?

(No response.)

DR. LEWIS:  You could be able to comment again on whether you think the treatment algorithm to enhance safety should be done prior to approval, after approval, or not at all because you might have a differential feeling about it than you would for the non-dialysis population.

Dr. Packer?

DR. PACKER:  Yes.  Julia, I think you're asking us to express our views so that it makes it easy for you to summarize the sense of the committee.

I think the principle is that we described

earlier, that the proposed changes in dosing are based on simulations, and we don't know, in the absence of clinical trial evidence, whether those proposed dosing changes will mitigate the risks.

Then there's the other issue that it is possible that the proposed dosing changes will not match the efficacy of epo. We already have a situation where in our randomized trials, the retention rate is higher in the epo group than the roxadustat group, and if we lowered the dose of roxadustat, will that retention difference become even greater.

So essentially, the proposed dosing regimen should be tested in a clinical trial as opposed to being relying on the simulation.

DR. LEWIS: Thank you, Dr. Packer.

Dr. Crowley, do you want to comment on whether you favor any postmarketing study, premarketing study, for the dialysis-dependent population?

DR. CROWLEY: Yes. I guess the sponsor had eluded to, or stated actually, that they were

planning to reduce the dose.  And perhaps an assumption I'm making is that they would be in fact potentially trying to capture that data to inform us about specifically the question that was just raised, about whether efficacy is maintained and risk is reduced.

DR. LEWIS:  Okay.

DR. CROWLEY:  So I don't know if we can make it a contingency.

DR. LEWIS:  Okay.  Thank you, Dr. Crowley.

Mr. Conway?

MR. CONWAY:  Sure.  Thank you very much.

I think there could be efficacy.  Again, I kind of go back to the idea that the mitigation measures in modeling do not substitute for testing prior to approval.  Having said that, I really do understand the patient burden and the patient need here -- it's palpable -- but I think that we need to see that, especially in regard to issues related to VAT and considering that this population, in particular, is highly vulnerable.

I'd also like to echo the larger point that

has been made about diversity in the trials.  It's actually why at the front end of the conversation today, I brought up the issue about the African American population because I wanted to know from some of the nephrologists whether or not, based on the safety data they were looking at, this is something they would engage African American patients on in a clinical setting since they are such a huge part of the dialysis patient population and our membership, the American Association of Kidney Patients.

I just don't think that it lines up with confidence on the safety side before you put this out in a postmarket study situation.  Thank you.

DR. LEWIS:  Thank you, Mr. Conway.

Dr. Thadhani?

DR. THADHANI:  Thank you, Dr. Lewis.

Ravi Thadhani.  Certainly the comments that have been made are absolutely critical.  If we look at the primary analysis, I think, as was stated before for MACE on the OT-plus-7, the neutral effects, the main issue we're dealing with here is

the thromboembolic events.

I do believe there is a strong association, with the emphasis on association, between starting hemoglobin and rate of rise with that particular complication, which in a monitored setting would be, I would say, easier to manage unlike in the previous discussion.  Thank you.

DR. LEWIS:  Thank you.

Dr. Merz?

DR. BAIREY MERZ:  Thank you.

Noel Bairey Merz.  I have to agree with Ms. Alikhaani that the very low rate of testing in African Americans makes me concerned about safety signals that could be different.  I have a lot of experience about clinical trials that did not enroll enough women, and it is only 10-15 years after FDA approval we find out that it's not safe in women.  There are important facts as well as genetic differences.  It's not a stand-alone, but it is a comment, and I wanted to support her concern.

DR. LEWIS:  Thank you.

If there is no further discussion on this discussion question, we will now move on to question 6, which is a voting question, but I will summarize our discussion before we do that.

In principle, I think that, again, the committee is still hearing the voice of patients wanting an alternative, but remains concerned about the safety signal and the ability of just reducing the dose to resolve the issue of that safety signal, whether it may even be related to it or whether it would be feasible to actually conduct it in a postmarketing setting where the efficacy could be less and the retention in the roxadustat group could be even less, and make it more difficult to assess that in the way they proposed to do the postmarketing evaluation.

I think people do feel more comfortable that for the in-center patients, the mitigation modeling could be implemented more easily.  But again, this is a very vulnerable population and, again, it was emphasized that it also has a insufficient data base in what is a very important population in the

U.S., African American patients.

So I am now going to a voting question, question 6, and I'm going to turn it to Dr. Yu.

DR. YU: Hi, everyone. This is just a reminder, again, before we vote, question 6 is a voting question. Voting members will use the Adobe Connect platform to submit their votes for this meeting. After the chairperson has read the voting question into the record and all questions and discussion regarding the wording of the vote question is complete, the chairperson will announce that the voting will begin.

If you're a voting number, you'll be moved to a breakout room. A new display will appear where you can submit your vote. There will be no discussion in the breakout room. You should select the radio button that is the round circular button in the window that corresponds to your vote, yes, no, or abstain. You should not leave the "no vote" choice selected.

Please note that you do not need to submit or send your vote. Again, you need only to select

the radio button that corresponds to your vote. You will have the opportunity to change your vote until the vote is announced as closed.  Once all voting members have selected their vote, I will announce that the vote is closed.

Next, the vote results will be displayed on the screen.  I will read the vote results from the screen into the record.  Next, the chairperson will go down the roster and each voting member will state their name and their vote into the record. You can also state the reason why you voted as you did, if you want.  However, you should also address any subparts of the voting question.

Are there any questions about the voting process before we begin?

DR. PACKER:  I have just a question.  The nature of this question is for the general treatment of adult patients on dialysis; is that fair?

DR. LEWIS:  That is how I would interpret the question.  It's not for a subgroup.

Does anyone from the FDA want to confirm

that interpretation?

DR. UNGER:  This is Dr. Unger.  Yes, it's for a general population.  We're not talking about any subgroups.

Does that answer your question, Dr. Packer?

DR. PACKER:  Yes, it does.  Thank you.

DR. LEWIS:  I'm going to read the question.

Should roxadustat be approved for the treatment of anemia due to CKD in adult patients on dialysis?  If not, provide your rationale, as well as recommendations, for additional data and/or analysis that would support a favorable benefit-risk profile and approval of roxadustat.

Are there any further questions or issues about the wording of the question?

Dr. Parsa, your hand is up.

DR. PARSA:  I was asking the same question that was just asked in terms of how does one put in the contingency or subgroup for the reasons that I had raised before, in terms of does one have to vote for the population as a whole or do we just keep that as a remark afterwards if we have a

contingency for the subgroup, for example, the hyporesponsive?

DR. LEWIS: I think it's the latter, that you would leave it as a comment when you explain your vote. Dr. Unger has made it clear that it's the population as a whole.

If there are no further questions or comments concerning the wording of the question, we will now begin the voting on question 6.

DR. YU: Okay. We'll now move voting numbers into the voting breakout room to vote only. There will be no discussion in the voting breakout room.

(Voting.)

DR. YU: The voting has closed and is now complete. Once the vote results display, I will read the vote result into the record.

(Pause.)

DR. YU: The vote results are now displayed. I will read the vote totals into the record. The chairperson will go down the list and each voting member will state their name and their vote into

the record.  You can also state the reason why you voted as you did, if you want to.  However, you should also address any subparts of the voting question.

The vote total is 2 yeses, 12 noes, and zero abstentions.  Thank you.

DR. LEWIS:  Thank you, Dr. Yu.

We will now go down the list and have everyone who voted state their name and vote into the record.  You may also provide justification for your vote, if you wish to.  However, please remember to address any of the subparts of the question that corresponds to your vote.

We'll start with Dr. O'Connor.

DR. O'CONNOR:  Christopher O'Connor.  My vote was no.  First, I want to thank the patient, sponsor, and the FDA who participated in this development program in really bringing a robust program to the committee, which allowed us to do our job to protect public safety in a more robust fashion with the large number of patients and events.

FDA CRDAC                    July 15 2021                    329

As with the NDD, I'm concerned about the adverse safety signal in the DD population, particularly OS mortality given the high baseline mortality and the absolute mortality risk.  I don't believe the modeling and mitigation strategy can replace a prospective randomized trial, but I agree with Dr. Packer, Dr. Lewis, and others that exploring the current database to look at epo resistance group as a possible narrow indication link to a post-approval, randomized trial as the lower dose could be a path forward.  Thank you.

DR. LEWIS:  Thank you, Dr. O'Connor.

Dr. Crowley?

DR. CROWLEY:  Susan Crowley.  I voted yes. I voted that based on, again, lack of the attrition bias.  The primary analysis suggested neutrality for both MACE as well as all-cause mortality. Because there is an unmet need for our home dialysis patients, as well as our epo-resistant patients, and I think that we have more control in a dialysis setting for regulating dosing, et cetera.

DR. LEWIS:  Thank you, Dr. Crowley.

Dr. Cook?

DR. COOK:  Thomas Cook.  I voted no, principally because I think we need more information on both the efficacy and safety of the dosing strategy.

DR. LEWIS:  Thank you.

Dr. Kasper?

DR. KASPER:  Dr. Ed Kasper.  Dr. Lewis, thank you very much; interesting day.

I voted no, and Dr. O'Connor I think nicely summarized my reasonings as well.  I would say that if the FDA wish to go forward with approval for roxadustat in ESA-resistant patients, that I would support that.  Thank you.

DR. LEWIS:  Thank you, Dr. Kasper.

Dr. Packer?

(No response.)

DR. LEWIS:  Dr. Packer, you're probably still muted.

DR. PACKER:  Julia, I'm so sorry.  I keep doing this.

This is Milton Packer.  I voted no.  I think there are real concerns about the safety in this population.  Particularly, these are safety signals compared with a drug that already has defined safety risks.

The real interesting opportunity here is a randomized trial of epo and roxadustat in people who are epo resistant.  The real wonderful opportunity here is that the sponsor could actually test its lower dosing strategy so that there is an increase in hemoglobin compared to epo because these are epo-resistant patients.

They could even show that the improvement in hemoglobin results in improvement in quality of life or other benefits that one would expect with an improvement in hemoglobin, and it would so straightforward to then assess benefit to risk in a defined patient population.  So the epo-resistant group seems to be a real potential for future research.

DR. LEWIS:  Thank you, Dr. Packer.

Dr. Wang?

DR. WANG?  Yes.  This is Thomas Wang.  I voted no.  I just want to say, despite my no votes on both of the voting questions, this was a challenging vote for me just because, again, lack of a clear-cut signal in one direction or another.

I do appreciate the potential benefits of this medication, as well as the unmet clinical need, especially for the ESA unresponsive patients. I also appreciate the potential benefits of this novel mechanism of action.

My hope is that the applicant is going to be able to obtain further data regarding the benefits and the risks to provide reassurance about some of the concerns that have been raised so that this medication can move forward.  Thank you.

DR. LEWIS:  Thank you, Dr. Wang.

Dr. Thadhani?

DR. THADHANI:  Thank you, Dr. Lewis.

Ravi Thadhani.  I'm the only other person that voted yes, other than Dr. Crowley as noted. Interestingly enough, the rationale is similar to Dr. Kasper's comment, Dr. O'Connor's comment, and

Dr. Packer's comment, and that is with a very careful label in terms of those individuals that are hyporesponsive, perhaps in lieu also of transfusion; but also going back to what Dr. Crowley said, the opportunity for individuals on peritoneal dialysis.  We didn't talk about that, but there was certainly data on that.

So there is a window, an aperture, that we can take advantage of.  I also am convinced that the sponsor is committed to both the risk mitigation strategies we've talked about, as well as a post-approval study perhaps in the context of the hyporesponsiveness.

Thank you, Dr. Lewis.

DR. LEWIS:  Thank you, Dr. Thadhani.

Mr. Conway?

(No response.)

DR. LEWIS:  Mr. Conway?

MR. CONWAY:  Yes.  My apologies.  Paul Conway.  I voted no; again, my issues with the safety and the dosing for both NDD and DD.  I think we're in an era where we're pushing forward for

more transplantation, more home dialysis, more peritoneal dialysis, and I think that the patient burden is real.

I think that the convenience could be better demonstrated, but I think you have to deal with this issue of the risk and of the safety, and make certain that's clear and upfront for the patient population and the patient consumers, who are ultimately the ones who are going to be looking for guidance from FDA on safety and from their medical professionals.

In regard to the conversations that have been had here about a potential path forward, at least for some populations, I agree.  My caution would be make absolutely certain that that is representative of the dialysis population in the United States; and if it's not, I think you're going to have a hard time selling it if it's only coming from the nephrologists.  I think it has to be the combination of FDA nephrologists and the sponsor putting patients upfront in the design of any type of trial.  Thank you very much.

DR. LEWIS:  Thank you, Mr. Conway.

Dr. Cho?

DR. CHO:  Leslie Cho. I voted no for many of the reasons that have been stated before.  I am concerned about the higher discontinuation rate of the roxadustat in this dialysis-dependent population when compared to epo.  I am also concerned about the epo/hyporesponders.

I am not convinced, given the data that's been presented by the sponsor, that this particular drug would decrease, or would have equivalent thrombosis rate, or infection rate, or have less MACE or equivalent MACE.  The lack of quality-of-life assessment in the epo/ hyporesponders in this particular dialysis- dependent population is also a little bit concerning.

Like Dr. Packer, I strongly urge the sponsor to do a study in the epo/hyporesponders since so much has been made about that particular population.

DR. LEWIS:  Thank you.

Ms. Alikhaani?

MS. ALIKHAANI:  Yes.  This is Jacqueline Alikhaani.  I voted no because the assessment of the adverse events is just not altogether clear to me.  As we've been discussing all day today and all the concerns that have been identified by other members of the committee and others, a lot of discrepancies that are really critical, and they need to be addressed properly to be fair to the patient who will be relying on this medication.

Those patients are putting their faith and their trust in all of us to get it right.  So we have to do due diligence on every level to make sure we get things as best as we can and as correct as we can before we move forward.

As I mentioned before, I have family members living with this issue and some that have passed away, so it's also personal for me as well.  I'm really just resonating with all the testimony of the patients who spoke to us today, and I think that we have to not let them down.

A lot of the testimony has just been very

heartbreaking for me, and also the fact that we can't move forward because of these discrepancies on the safety issue.  That's just as heartbreaking for me because we need to do that before we can help the patients the way they need to be helped.  Thank you.

DR. LEWIS:  Thank you.

Dr. Merz?

DR. BAIREY MERZ:  Noel Bairey Merz.  I voted no for the reasons stated.  I think that these safety concerns appear quite real.  I don't think FDA should approve on the basis of mitigation modeling.  And because there is an alternate, we should explore more how underserved the epo-resistant patients are, and I would use this good hearing and this good information to start to plan studies to understand that better.  Thank you.

DR. LEWIS:  Thank you, Dr. Bairey Merz.

This is Dr. Julia Lewis.  I voted no.  I voted no for many of the same reasons listed above.  However, I will also add that doing a study in the hyporesponsive patients would be a fantastic

adjunct study, but I don't think it would be a stand-alone study as a path to approval.

It's only 9-10 percent of our population, maybe less.  I think it's difficult to define in some cases, and their safety profile may be different than the general dialysis population or certainly the non-dialysis population.  So I think that it could be done in addition but not in place of a large, well-designed, efficient, representative population study to better explore the safety signals.

Dr. Moliterno?

DR. MOLITERNO:  Thanks, Dr. Lewis.

David Moliterno, and I voted no.  I've got a lot of notes, but others have already spoken to them.  I don't agree with all the comments from everyone else, but that's ok.

I do think this drug has great potential. Remember, this is the only oral agent that could potentially be available in the near term, so I think that while I would love to see it for all dialysis-dependent patients as appropriate, I think

that it's ok to get a side door, even if it's 10 percent of the population who may be epo or other agent resistant.  So I would encourage the sponsor to spend more time thinking about how to get initial approval in them with secondary and tertiary studies and continue to expand the label.

I look forward to seeing how the European regulatory agency views the drug, and I look forward to more data coming out of Asia as there's continued experience there.  Thank you.

DR. LEWIS:  Thank you, Dr. Moliterno.

Dr. Parsa?

DR. PARSA:  Afshin Parsa, and I also voted no.  This is more of a conditional no since there was really no mechanism for parsing out when yes and when no, so I actually somewhat agree with Dr. Thadhani and the yeses and the noes here.

At the end of the day, I think there's potential and a good path here moving forward for the epo-resistant patients, but there certainly doesn't seem to be much of a signal for the larger population, even if it's a weak [indiscernible] and

somewhat consistent trend for increased risk with otherwise not much benefit in the larger dialysis population.

DR. LEWIS:  Thank you, Dr. Parsa.

I will attempt to summarize this.  I think the two people who voted yes did so because they felt that there was an unmet need, particularly for home dialysis patients, and there was more control over this population of patients, and the patients and physicians involved would understand the risks.

There also was an interest in having a very careful label perhaps for only hyporesponsive patients and maybe home patients, and that would give a doorway to a risk mitigation and post-approval process as well.

I think the majority who had voted no are still concerned about the adverse safety signal, particularly the on-study mortality.  I don't think people are convinced that modeling supported by a phase 2 study can replace a clinical trial for safety.

I think there was a lot of interest in

particularly studying the ESA-resistant patients and maybe even a possible approval for them maybe at a reduced dose, and maybe do a study with them. But that did not substitute for, in some way, examining the safety in the wider population.

I think people felt challenged by it.  I think we all felt challenged by the unmet need for alternatives in this population, but the safety concerns outweighed the desire to help meet that unmet need.

Before we adjourn, are there any last comments from the FDA?

Dr. Unger?

DR. UNGER:  Hi.  Well, I would like to thank everyone who participated today in this challenging application and this far-reaching discussion.  I thought it was excellent.  I'd like to thank all of you for your thoughtfulness, for your objectivity, and I thank the people who have tried to follow the data and the science.  Those are our guiding stars at the FDA and I really appreciate that.

I know this wasn't the vote that the

applicant had hoped for, but I would like to credit the applicant for running I think a very impressive development program here.  There wasn't always agreement with the FDA, apparently, but nevertheless, it was an impressive program.  It's the largest body of data we may ever see for a drug like this, so I think a shout-out to them is in order as well.  And again, thank you to everyone.

**Adjournment**

DR. LEWIS:  I would like to also thank everyone, but I specifically thought both the FDA and the sponsor gave us very, very well-written briefing documents, which very fairly and clearly presented the data.  I do also appreciate the sponsor's quantity of data, which was also very helpful.

I want to thank all the speakers of the open hearing who joined us for sharing their time and thoughts with us.  I want to thank the panel members.  I want to thank particularly our patient and consumer reps for whom I know although this was hard -- obviously you could hear in everyone's

FDA CRDAC                    July 15 2021                    343

voices more hard decisions, but probably particularly hard for both of you -- I thank both of you for your thoughtfulness in putting patients first.

I also want to mostly thank Dr. Joyce Yu, who really keeps me going here, for all her help and support, and the rest of the FDA officers that make this meeting happen.

We will now adjourn the meeting and, again, thank you all.

(Whereupon, at 5:33 p.m., the meeting was adjourned.)

# EXHIBIT BB

# FDA Briefing Document

# Cardiovascular and Renal Drugs Advisory Committee Meeting

# July 15, 2021

# Roxadustat

*The committee will discuss the safety and efficacy of the New Drug Application (NDA) 213805 for roxadustat, an oral film-coated tablet submitted by FibroGen, Inc. The proposed indication is for the treatment of anemia due to chronic kidney disease (CKD) in adult patients not on dialysis and on dialysis.*

*Date Prepared: June 14, 2021*

**Division of Nonmalignant Hematology**

**and**

**Office of Cardiology, Hematology, Endocrinology, and Nephrology**

**Office of New Drugs**

**Center for Drug Development & Research**

**US Food & Drug Administration**

**Silver Spring, MD 20993**

**Department of Health & Human Services**

1

CONFIDENTIAL                                                                 FGEN-CA-0115068

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

DISCLAIMER STATEMENT

The attached package contains background information prepared by the Food and Drug Administration (FDA) for the panel members of the advisory committee. The FDA background package often contains assessments and/or conclusions and recommendations written by individual FDA reviewers. Such conclusions and recommendations do not necessarily represent the final position of the individual reviewers, nor do they necessarily represent the final position of the Review Division or Office. We have brought roxadustat to this Advisory Committee in order to gain the Committee's insights and opinions, and the background package may not include all issues relevant to the final regulatory recommendation and instead is intended to focus on issues identified by the Agency for discussion by the Advisory Committee. The FDA will not issue a final determination on the issues at hand until input from the Advisory Committee process has been considered and all reviews have been finalized. The final determination may be affected by issues not discussed at the Advisory Committee meeting.

2

CONFIDENTIAL

FGEN-CA-0115069

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

# Contents

Table of Tables........................................................................................................................4

Table of Figures.....................................................................................................................5

List of Acronyms....................................................................................................................6

Introduction...........................................................................................................................7

Roxadustat........................................................................................................................8

Anemia of Chronic Kidney Disease....................................................................................8

Erythropoiesis Stimulating Agents....................................................................................9

Hypoxia-inducible Factor Prolyl Hydroxylase Inhibitors .................................................11

Commentary for the Committee.......................................................................................11

Draft Points to Consider.......................................................................................................13

Evidence of Efficacy.............................................................................................................14

NDD Indication ................................................................................................................15

Study Designs...............................................................................................................15

Results..........................................................................................................................16

Primary Endpoint .........................................................................................................18

Study 610 .....................................................................................................................20

DD Population ..................................................................................................................22

Study Designs...............................................................................................................22

Results..........................................................................................................................24

Primary Endpoint .........................................................................................................27

Study 613 .....................................................................................................................28

Safety ..................................................................................................................................29

Analyses of Adverse Events.............................................................................................30

Methods........................................................................................................................30

Results..........................................................................................................................31

Laboratory Findings.........................................................................................................45

NDD population.............................................................................................................45

DD population................................................................................................................45

Analysis of MACE.............................................................................................................46

NDD Patient Population.................................................................................................46

CONFIDENTIAL

FGEN-CA-0115070

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

DD Patient Population: ..................................................................................................50

Study 613 ....................................................................................................................53

Relation Between Thrombotic Events, Roxadustat Dose, Hb Level, and Hb Rate of Change...............53

Thromboembolic Events in Relation to Drug Dose .........................................................54

Thromboembolic Events in Relation to Hb Concentration ...............................................56

Thromboembolic Events in Relation to Hb Rate of Change..............................................57

Summary of Important Risks ...............................................................................................58

NDD Population.............................................................................................................59

DD Population...............................................................................................................62

References.........................................................................................................................66

Appendix ...........................................................................................................................66

Approved Epogen Label ...............................................................................................66

Adverse Event Preferred Terms Used in Key Queries .....................................................67

## Table of Tables

Table 1: US-Licensed ESAs for the Treatment of Anemia Due to Chronic Kidney Disease (CKD)............. 9

Table 2: Major Trials in the NDD Population.....................................................................15

Table 3: Roxadustat Dose Adjustment Algorithm for NDD-CKD Subjects...............................16

Table 4: Selected Demographics and Baseline Disease Characteristics—NDD Trials............................17

Table 5: Patient Disposition (NDD Safety Population) ........................................................18

Table 6: Drug Exposure in NDD Population .....................................................................19

Table 7: Efficacy Endpoints for NDD Trials......................................................................19

Table 8: Selected Demographic and Baseline Disease Characteristics—Study 610...............................21

Table 9: Efficacy Results for Trial 610 (Ns Represent Numbers in the Per-protocol Analysis Set)...........22

Table 10: Major Trials in the DD Patient Population ...........................................................24

Table 11: Roxadustat Dosage Adjustment for Studies 063, 064, and 002................................24

Table 12: Selected Demographics and Baseline Disease Characteristics for DD Trials.........................25

Table 13: Patient Disposition DD Safety Population (002, 063, 064)......................................26

Table 14: Duration of Exposure in DD Population (002, 063, 064)........................................27

Table 15: Efficacy Results for the DD Trials......................................................................28

Table 16: Selected Demographic and Baseline Disease Characteristics—Study 613............................29

Table 17: Adjudicated Causes of Death—Studies 001, 060, 068; Ascertainment Window OT+28...........32

Table 18: Serious Adverse Events—Studies 001, 060, and 608; Ascertainment Window OT+7 .............33

Table 19: Serious Adverse Events—Study 610 ...................................................................35

Table 20: All Adverse Events—Studies 001, 060, and 608; OT+7, OT+28, and OT+All Ascertainment Windows .................................................................................................37

Table 21: All Adverse Events—Study 610..........................................................................38

Table 22: Adjudicated Causes of Death—Studies 002, 063, 064; Ascertainment Window OT+28..........39

CONFIDENTIAL                                                                                      FGEN-CA-0115071

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Table 23: Serious Adverse Events—Studies 002, 063, and 064; OT+7 Ascertainment Window ..............41
Table 24: Serious Adverse Events—Study 613 ...............................................................................42
Table 25: All Adverse Events—Studies 002, 063, 064; OT+7 Ascertainment Window.........................43
Table 26: All Adverse Events—Study 613...................................................................................44
Table 27: Summary of MACE Analysis Results in the NDD Population..............................................47
Table 28: Summary of MACE Results in Study 610.......................................................................50
Table 29: Summary of MACE Analysis Results in the DD Population................................................51
Table 30: Important Risks in the NDD Patient Population; Combined Data Sources............................60
Table 31: Major Risks by Subgroup in the NDD Population (All Adverse Events; OT+7 Analysis) ...........61
Table 32: Important Risks in the DD Patient Population ................................................................63
Table 33: Major Risks by Subgroup in the DD Population (All Adverse Events; OT+7 Analysis)..............64
Table 34: Terms in Key Adverse Event Queries ..........................................................................67

# Table of Figures

Figure 1: Changes in Hb over Time—NDD Studies ......................................................................20
Figure 2: Hb Change from Baseline by Time (mean ± 95% CI)—Study 610 (figure adapted from applicant) ..................................................................................................................................22
Figure 3: Subject Retention for the DD Population—Studies 002, 063, 064......................................26
Figure 4: Kaplan-Meier Curves for Time to Death—Study 613, OT+28 (left); On-study (right) ..............40
Figure 5: NDD population—Plot of Hepatocellular Injury (Total Bilirubin vs. ALT or AST).....................45
Figure 6: DD population—Plot of Hepatocellular Injury (Total Bilirubin vs. ALT or AST)........................46
Figure 7: Time to First MACE— On-study Analysis (Left); OT+7 Analysis (Right) .................................48
Figure 8: MACE and its Components for Studies in the NDD Population (On-study Analysis)................49
Figure 9: MACE and its Components for Studies in the NDD Population (OT+7 Analysis)......................49
Figure 10: Time to First MACE—OT+7 Analysis (Left); On-study Analysis (Right) ...............................51
Figure 11: MACE and its Components for Studies in the DD Population (OT+7 Analysis) ......................52
Figure 12: MACE and its Components for Studies in the DD Population (On-Study Analysis).................52
Figure 13: All-cause Mortality—Study 613; OT+28 Ascertainment Window .....................................53
Figure 14: Thromboembolic Events vs. Overall Total Weight-adjusted Dose of Study Agent—NDD Population ...............................................................................................................................54
Figure 15: Thromboembolic Events vs. Weight-adjusted Dose of Study Agent—Received in Preceding 4 Weeks (Left); Received at Onset of Event (Right)—NDD Population..................................................55
Figure 16: Thromboembolic Events vs. Overall Total Weight-adjusted Dose of Study Agent—DD Population ...............................................................................................................................55
Figure 17: Thromboembolic Events vs. Weight-adjusted Dose of Study Agent—Received in Preceding 4 weeks (Left); Received at Onset of Event (Right)—DD Population ..................................................56
Figure 18: Thromboembolic Events vs. Hb at the Time of Event—NDD Population..............................56
Figure 19: Thromboembolic Events vs. Hb at the Time of Event—DD Population.................................57
Figure 20: Thromboembolic Events vs. Hb Rate of Change Leading to Event—NDD Population............58
Figure 21: Thromboembolic Events vs. Hb Rate of Change Leading to Event—DD Population...............58
Figure 22: Time to First Thrombotic Event—All Events (Left); Serious Events (Right) for the DD Population (Studies 002, 063, and 064); OT+7 Ascertainment Window ........................................................65

CONFIDENTIAL

FGEN-CA-0115072

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## List of Acronyms

| | |
|---|---|
| AE | adverse event |
| ALT | alanine aminotransferase |
| ANCOVA | analysis of covariance |
| AST | aspartate aminotransferase |
| BMI | body mass index |
| CI | confidence interval |
| CHF | congestive heart failure |
| CKD | chronic kidney disease |
| eGFR | estimated glomerular filtration rate |
| ESA | erythropoiesis-stimulating agent |
| ESRD | end stage renal disease |
| Hb | hemoglobin |
| HD | hemodialysis |
| HIF | hypoxia-inducible factor |
| HR | hazard ratio |
| LSM | least squares mean |
| MACE | major adverse cardiovascular events |
| MI | myocardial infarction |
| NI | non-inferiority |
| PHI | prolyl hydroxylase inhibitor |
| PD | peritoneal dialysis |
| P-Y | patient-year |
| RBC | red blood cell |
| SAE | serious adverse event |
| TBL | total bilirubin |
| TIW | three times weekly |
| ULN | upper limit of normal |
| US | United States |

6

CONFIDENTIAL

FGEN-CA-0115073

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

# Introduction

This is the FDA briefing material for the July 15, 2021 meeting of the Cardiovascular and Renal Drugs Advisory Committee. The Committee will discuss the data in support of New Drug Application 213805 for roxadustat, to consider its benefits and risks for the applicant's proposed indication: "Roxadustat is indicated for the treatment of anemia due to chronic kidney disease (CKD) in adult patients not on dialysis and on dialysis."

Erythropoiesis stimulating agents (ESAs), such as epoetin alfa and darbepoetin alfa, are typically used in the treatment of the anemia of CKD, and they increase red blood cell (RBC) mass through the same mechanism as endogenous erythropoietin. Roxadustat is an orally administered reversible inhibitor of hypoxia inducible factor (HIF)-prolyl hydroxylases (PH). Inhibition of HIF-PH is thought to increase levels of endogenous erythropoietin, thereby increasing erythropoiesis. By avoiding supra-physiologic plasma levels of exogenous erythropoietin analogues, the applicant hypothesizes that there will be fewer undesirable effects, thus providing a safer alternative to ESAs. The applicant also believes that roxadustat has salutary effects on iron metabolism that will reduce the requirements for iron in these patients. If approved, roxadustat would represent the first drug in this class in the United States (US). Importantly, additional drugs in this class are in late-stage development, and may be submitted to FDA for evaluation.

The NDA includes an extensive database in support of roxadustat's efficacy and safety for both the NDD and DD populations. The development of roxadustat for the two populations proceeded concurrently; therefore, results of the DD studies were not available for the planning of the NDD studies, and vice versa.

For the NDD patient population, three similarly designed, adequate and well-controlled studies support roxadustat's efficacy for the treatment of anemia. These studies, referred to as anemia "correction" studies, enrolled patients with CKD who were anemic at baseline (mean hemoglobin [Hb] ~9 g/dL), and randomized them to roxadustat or placebo. A fourth study was unique—with randomization to roxadustat or darbepoetin alfa—and provides the ability to compare the efficacy and safety of roxadustat to an ESA in this population.

For the DD patient population, there were also three principal studies; these enrolled patients with CKD and incident or stable dialysis. At baseline, the mean Hb was slightly higher than in the studies in the NDD population, about 9.6 g/dL overall. These studies compared roxadustat to epoetin alfa. A unique study, considered separately, was conducted in Europe and permitted the use of two different ESAs (epoetin alfa or darbepoetin alfa). One of the ESAs (Eprex, epoetin alfa) is not licensed in the US and is not considered to be the same as US licensed Procrit/Epogen (epoetin alfa).

As is the case with ESAs, roxadustat is titrated to achieve a target Hb level, and roxadustat's efficacy is not in question. All studies in both the NDD and DD patient populations demonstrated efficacy. The principal issue before the Committee is the drug's safety, and safety with respect to the specific CKD patient populations.

During the development of drugs for the treatment of anemia of CKD, we have generally asked sponsors to demonstrate noninferiority (or superiority) with respect to major adverse cardiovascular events (MACE) for both the dialysis and non-dialysis populations (vs. an active comparator and placebo,

CONFIDENTIAL

FGEN-CA-0115074

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

respectively). In this development program, MACE included the following events: all-cause mortality (ACM), non-fatal myocardial infarction (MI), and non-fatal stroke. (The MACE composite here differs slightly from the composite typically used in cardiovascular outcome trials; here all-cause mortality, rather than cardiovascular mortality, was used.) The applicant has provided these MACE assessments, as requested, and they represent an important part of this application.

Placebo-controlled studies in the NDD patient population enrolled subjects with significant anemia, and because anemia was less likely to improve in subjects who received placebo, they were more likely to discontinue from the study. Thus, for the three trials overall, completion rates were 62% and 41% in patients randomized to roxadustat and placebo, respectively. The difference in completion rates confounded a number of the safety analyses; in particular, the MACE results are sensitive to the duration of post-treatment observation.

Beyond MACE, a number of safety issues merit consideration and are described herein.

## Roxadustat

As noted above, roxadustat is an orally administered reversible inhibitor of HIF-PH, intended to improve anemia in patients with CKD in both the NDD and DD populations.

Roxadustat is proposed to be available as a film-coated tablet for oral administration containing 20, 50, 70, 100, or 150 mg of roxadustat. The proposed recommended starting dose for patients on dialysis or patients who are not on dialysis and not on an ESA is 70 mg three times per week (TIW) in patients weighing <100 kg and 100 mg TIW in patients weighing ≥100 kg.

Roxadustat is not marketed in the US, but has marketing authorization in the People's Republic of China (December, 2018) and Japan (September, 2019). Both countries approved use first for the treatment of anemia due to CKD for patients on dialysis followed by an approval for patients not on dialysis. Based on the safety data submitted in this NDA, the People's Republic of China has updated the English language version of their label to include safety information for cardiovascular events, vascular access thrombosis, deep vein thrombosis, seizures, and serious infections. The English language version of the Japanese label has a Boxed Warning for serious thromboembolism including cerebral infarction, myocardial infarction (MI), and pulmonary embolism. Additional notable adverse reactions in the Japanese labeling are thromboembolism, including shunt occlusion, and seizures.

## Anemia of Chronic Kidney Disease

Anemia is a common complication of CKD that develops early in the course of the disease and worsens as CKD progresses. The overall prevalence of CKD in the US adult population is estimated at 15%, with an estimated 17.2 million having Stages 3-5 CKD. The prevalence of anemia increases as the glomerular filtration rate (GFR) declines [1, 2]. It is estimated that 50% of patients with Stage 4 and 5 CKD not on dialysis and 90% of patients requiring dialysis are anemic. The etiology of anemia of CKD is multifactorial and includes erythropoietin deficiency, impaired ability to absorb iron (iron deficiency), inability to utilize stored iron (chronic disease), blood loss, and shortened RBC survival. Symptoms of anemia include fatigue, reduced exercise tolerance, and dyspnea.

Currently available therapeutic options for anemia of CKD include iron, ESAs, and RBC transfusions. Patients with CKD are routinely monitored for evidence of iron deficiency and treated with iron if deficient. Approximately 8% of patients with Stage 4 and 13% of patients with Stage 5 CKD receive an

8

CONFIDENTIAL

FGEN-CA-0115075

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

ESA. Pre-end-stage renal disease use of an ESA in the adult population by age category ranges from approximately 12% to 17% [3]. Most patients with CKD receiving hemodialysis (HD) require ESAs to correct anemia and reduce the need for RBC transfusion and its attendant risks, including the risks of alloreactivity and rejection after kidney transplantation. In order to place roxadustat into proper context in the armamentarium of therapies for the anemia of CKD, some general background on ESAs is important.

## Erythropoiesis Stimulating Agents

Epoetin alfa is a glycoprotein manufactured by recombinant DNA technology that contains the identical amino acid sequence of isolated natural erythropoietin and has the same biological effects as endogenous erythropoietin. ESAs bind to and activate the human erythropoietin receptor and stimulate red blood cell production in the bone marrow. ESA use for these indications has spanned over 30 years.

Currently marketed ESAs include epoetin alfa, darbepoetin alfa, methoxy polyethylene glycol-epoetin beta, and epoetin alfa-epbx. Dosing can vary from three times a week to monthly, depending on the specific agent and setting. All are administered by the intravenous or subcutaneous routes; none can be orally administered.

Table 1: US-Licensed ESAs for the Treatment of Anemia Due to Chronic Kidney Disease (CKD)

| Product Names Established (trade) | Approval Year |
|---|---|
| epoetin alfa (Epogen/Procrit) | 1989 |
| darbepoetin alfa (Aranesp) | 2001 |
| methoxy polyethylene glycol-epoetin beta (Mircera) | 2007 |
| epoetin alfa-epbx (Retacrit) | 2018 |

Subsequent to the initial approval of an ESA for patients with CKD in 1989, the ESA labeling has undergone significant revisions because of accumulating knowledge from safety surveillance and clinical trials. These labeling revisions have included the addition of a Boxed Warning for increased mortality, serious cardiovascular and thromboembolic events; warnings for hypertension, seizures, and thrombotic events including vascular access thrombosis; and in dosage and administration, a reduction in the recommended "target Hb," and a recommendation to discontinue the ESA in patients in whom Hb does not respond adequately over a 12-week escalation period. Other major adverse reactions of ESAs include thrombosis, hypertension, seizures, and pure red cell aplasia.

ESA use in patients with CKD can confer an increased risk of MACE. Clinical trial data have established that targeting higher rather that lower Hb levels increases the risk of MACE, yet the Hb target that best balances benefits and risks has never been identified for any of the ESAs.

The US Normal Hematocrit Trial [4] was the first in a series of randomized controlled trials (RCTs) designed to test the hypothesis that a higher target hematocrit in subjects receiving hemodialysis (HD)

9

CONFIDENTIAL

FGEN-CA-0115076

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

would result in improved outcomes. A cohort of 1233 patients with end-stage renal disease (ESRD) on HD with symptomatic heart failure or ischemic heart disease was randomized (open-label) to either partial treatment of anemia (hematocrit of 30 ± 3%) or full correction (hematocrit of 42 ± 3%). The primary endpoint was death or first non-fatal MI, analyzed by time to event. The trial was terminated at the third interim analysis for futility and potential harm in the full anemia correction group. There were 202 primary endpoint events in the full correction group compared to 164 events in the partial correction group: risk ratio 1.3 (95% confidence interval [CI] 0.9–1.9). Also, 39% of subjects in the full anemia correction group had vascular access clotting vs. 29% in the partial treatment arm (P = 0.001).

The CHOIR study [5] was a randomized, open-label, active-controlled clinical trial in patients with NDD-CKD that aimed to show superiority of full anemia correction by ESA administration in terms of cardiovascular events and death. In this trial, 1,432 patients with CKD and anemia (Hb < 11 g/dL) received epoetin alfa and were randomly assigned to a target Hb of either 13.5 g/dL or 11.3 g/dL. The primary endpoint was a composite of death, MI, hospitalization for congestive heart failure, or stroke. The study was also prematurely stopped for futility after an interim analysis at a median study duration of 16 months because it was considered unlikely that benefit would be demonstrated for the primary composite cardiovascular endpoint. In fact, there were 125 events among 715 subjects in the high-Hb group vs. 97 events among 717 subjects in the low-Hb group (hazard ratio [HR], 1.34; 95% CI, 1.03 to 1.74; P = 0.03), with death and hospitalization for heart failure accounting for 75% of the events.

The CREATE study [6] in 603 patients with CKD stages 3–5 (26% with diabetes) failed to demonstrate the superiority of full anemia correction (Hb target 13.0 to 15.0 g/dL) with respect to cardiovascular events, as compared to partial correction of anemia (Hb target 11.0 to 12.5 g/dL), when starting ESA therapy at an earlier stage than ESRD.

Subsequently, TREAT, by far the largest trial, examined cardiovascular and kidney outcomes in 4038 patients with Stage 3 and 4 CKD [7]. TREAT was the only large placebo-controlled study to assess cardiovascular outcomes. Patients received either darbepoetin-alfa to achieve a Hb target of 13.0 g/dL or matching placebo with rescue darbepoetin-alfa when the Hb concentration was < 9.0 g/dL. The HR for the first co-primary endpoint, the composite of death or a cardiovascular event, was 1.05 (p=NS). The HR for the second co-primary endpoint, death or ESRD, was 1.06 (p=NS). There was, however, a nearly two-fold increased risk of stroke (HR 1.92; 95% CI 1.38–2.68) in the higher vs. lower Hb group, in patients both with and without a past history of stroke. In addition, venous thromboembolic events occurred significantly more frequently in the high Hb arm (2.0%) compared to the placebo arm (1.1%, p=0.02).

Based on these clinical trial data and safety surveillance, the ESA labeling was revised again to include the aforementioned warnings.

The international 2012 Kidney Disease Improving Global Outcomes (KDIGO) Clinical Practice Guideline for the Evaluation and Management of Anemia of Chronic Kidney Disease [8] recommends addressing all correctable causes of anemia (including iron deficiency and inflammatory states) prior to initiation of ESA therapy. The guideline recommends balancing the potential benefits of reducing blood transfusions and anemia-related symptoms against the risks of harm in individual patients (e.g., stroke, vascular access loss, hypertension) (1B). For adult patients with NDD-CKD and Hb concentration < 10.0 g/dL, the decision whether to initiate ESA therapy can be individualized based on the rate of fall of Hb concentration, prior response to iron therapy, the risk of needing a transfusion, the risks related to ESA

10

FGEN-CA-0115077

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

therapy, and the presence of symptoms attributable to anemia (2C). For adult patients with NDD-CKD and Hb concentration ≥ 10.0 g/dl, ESA therapy is not recommended (2D). For adult patients with CKD stage 5 on dialysis, ESA therapy is recommended when the Hb is between 9.0 and 10.0 g/dL (2B), and the KDIGO Guideline advises against use to maintain Hb above 11.5 g/dL (2C).

## Hypoxia-inducible Factor Prolyl Hydroxylase Inhibitors

Hypoxia-inducible factor prolyl hydroxylase inhibitors (HIF PHIs) represent a new class of orally administered ESAs. The applicant states the following in the Mechanism of Action section of their proposed roxadustat label:

> "Through the inhibition of HIF-PH, roxadustat stimulates a coordinated erythropoietic response that includes the increase of plasma endogenous erythropoietin (EPO) levels, regulation of iron transporter proteins and reduction of hepcidin. This results in improved iron bioavailability, increased hemoglobin production and increased red cell mass."

The applicant hypothesizes that by avoiding the undesirable effects of excess exogenous erythropoietin, roxadustat may have advantages over currently available ESAs, beyond the convenience of an oral dosing form.

## Commentary for the Committee

Erythropoiesis stimulating agents are indicated to treat the anemia of CKD based on their ability to increase Hb; however, clinical benefits (i.e., improvements in how patients feel, function, or survive) have not been demonstrated in adequate and well controlled trials. The anemia of CKD has been associated with decreased energy, well-being, and quality of life, as well as cognitive impairment. Although ESAs have been purported to improve these parameters, adequate and well controlled trials have not borne this out. As noted above, sizable randomized trials have attempted to demonstrate that use of ESAs to raise Hb to higher targets improves clinical outcomes, but instead, all have shown (or tended to show) adverse cardiovascular outcomes, leading to limitations on Hb targets as well as a boxed warning, the highest level of warning in product labeling.

ESAs can reduce the need for RBC transfusions, a clear benefit. Although the direct risks of transfusion are now rare (blood-borne infections, transfusion reactions, fluid overload), transfusion avoidance is particularly important in the ESRD population. Importantly, RBC transfusions can cause allosensitization that increases the likelihood of transplant rejection.

The cost of reduced RBC transfusions can be sizable. When ESAs are used to target excessive Hb concentrations, they increase the risk of death, MI, stroke, congestive heart failure, thrombosis of vascular access, and other thrombotic events. They can also cause hypertension and seizures. ESAs also carry warnings for shortened overall survival and increased risk of tumor progression/recurrence in patients with certain malignancies. Given that all of the Hb targeting studies have shown increased cardiovascular risks with higher, rather than lower, Hb targets, it might be assumed that these risks can be reduced by targeting lower Hb values, but it is not known if they can be prevented at any Hb target. No study has identified the optimum Hb target.

In light of these concerns, in 2010, FDA asked the Cardiovascular and Renal Drugs Advisory Committee to opine on whether ESA's indication for the treatment of anemia should be withdrawn in the NDD

CONFIDENTIAL

FGEN-CA-0115078

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

patient population. Votes were strongly in favor of continued marketing: 1 "yes," 15 "no," and 1 abstention.

Roxadustat is a first-in-class inhibitor of HIF-PH enzymes. By reducing exposure to intermittent supraphysiologic doses of erythropoietin and improving iron metabolism and availability, the drug was hoped to achieve efficacy at least comparable to ESAs, with fewer safety issues. Moreover, the agent's oral route of administration is unquestionably an important convenience factor for patients who are not on hemodialysis. For patients on hemodialysis, ESAs are recommended to be given by the intravenous route, and the advantage of an oral preparation seems less obvious.

You will discover that roxadustat's efficacy is comparable to that of ESAs; however, there are important risks of serious thromboembolic events, as well as other risks, with roxadustat. Thus, both ESAs and roxadustat have pro-thrombotic effects. This observation raises important questions for discussion. First, how should roxadustat's risks be considered in the context of its benefits? Second, what are the causes of the thrombotic risk that is now observed across classes, and what are the contributing factors? It may help to revisit the questions that arose from the Hb targeting studies [9]. Is the thrombotic risk an on-target effect, mediated through effects on RBC production and related factors, or is it an off-target effect? If the risks are an on-target effect, they may be related to excess Hb concentration, Hb overshoots, excessive rates of Hb rise, rapid fluctuations in Hb, and changes in blood viscosity or volume. Although off-target effects cannot be ruled out, none are known, and, if such effects exist, they must be related to erythropoietin, whether given exogenously (in the case of ESAs) or stimulated indirectly (in the case of roxadustat). Assuming the thrombotic risk is an on-target effect, it seems plausible that less aggressive dosing schemes (e.g., lower starting doses, smaller dose increments during titration, lower Hb targets) could reduce thrombotic risk; however, this has not been established in any randomized controlled study.

We conducted exploratory analyses to elucidate associations between thromboembolic events and roxadustat dose, Hb concentrations, and Hb rates of rise and decline, identical to those undertaken in FDA's 2001 review of the darbepoetin alfa marketing application [10]. In this case, we asked the applicant to corroborate our findings, and they were able to do so. Indeed, higher rates of Hb rise (and decline) were found to be associated with higher rates of thromboembolic events. In light of these findings, the applicant speculates that thromboembolic risks might be reduced through use of a lower roxadustat starting dose. Their prediction seems plausible, but is unproven. Our findings show only *associations*, without proven cause and effect.

FDA's approval standards state that drugs must be both effective and safe to be approved. Our standards do not state that a drug must be more effective than existing treatment(s) to merit approval, or be safer than existing treatments. Yet when weighing the approval of a new drug, we do consider its benefits and risks in context, including the availability of other therapies. The benefits are difficult to calculate here. The data show that roxadustat decreases the need for RBC transfusions relative to placebo, which is expected and reassuring. The data comparing roxadustat to epoetin alfa with respect to RBC transfusions are less conclusive. And if one believes that the risk of thromboembolic events is greater with roxadustat than ESAs, a critical question is whether lowering the roxadustat starting dose will reduce risk importantly.

12

FGEN-CA-0115079

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

The applicant makes the case that ESA hyporesponsiveness in patients with CKD is an important problem in need of better therapies. We agree with this viewpoint; however, the applicant did not generate data showing that patients who are hyporesponsive to ESAs are responsive to roxadustat.

Finally, we note that the roxadustat development program was carried out in two distinct patient populations, with important differences. In the dialysis population, subjects were randomized to roxadustat or epoetin alfa, and subject retention was similar with both treatments. Overall exposure differed by ~11%. Thus, for the purpose of safety analyses, the correction needed for disparate time on study was relatively small, and interpretation of the results of safety analyses is clear-cut.

In the NDD patient population, the applicant carried out placebo-controlled studies in patients who were anemic at baseline, with the possibility of "rescue" therapy if needed. These placebo-controlled studies had the advantage of assessing the safety of roxadustat against a "clean" background; however, many subjects dropped out of the studies, and data from these subjects cannot be considered 'missing at random.' Patients with more advanced disease whose Hb was poorly responsive to the study drug were more likely to leave the study, and experience has shown that such patients are at greater risk of cardiovascular events. As patients who received placebo were more likely to remain anemic, they were more likely to drop out of the study than patients who received roxadustat. Thus, there was a considerable disparity in subject retention between the roxadustat and placebo groups, challenging the interpretation of safety analyses. It seems plausible that the patients who dropped out of the placebo groups in higher numbers were at greater risk of adverse events, yet their time of observation—when they were capable of contributing adverse events—was shortened. Conversely, subjects randomized to roxadustat remained in the studies longer, with greater opportunity to experience adverse events.

Given the above, the assessment of adverse events in the NDD subject population is not straightforward. The results of the analyses depend on how the data were analyzed; specifically, whether the time of observation was limited to the time on-treatment (plus 7 days), extended to last contact (on-study analysis), or truncated at a point between these extremes (e.g., on-treatment plus 28 days). These considerations affect all of the safety analyses, including analyses for MACE.

## Draft Points to Consider

The applicant is seeking approval of roxadustat, an oral agent for treatment anemia due to CKD, in adult patients not on dialysis and on dialysis.

Non-dialysis-dependent population:

1. Discuss the benefits and risks of roxadustat in the non-dialysis-dependent (NDD) population.
2. If you have concerns regarding these risks, discuss whether you believe they could be addressed through modification of the treatment algorithm, for example, changes in target hemoglobin (Hb), starting dose, titration scheme, monitoring paradigm.
   a. If you favor changes to the treatment algorithm to enhance safety, should they be tested prior to approval?

Dialysis population:

3. Discuss the benefits and risks of roxadustat in the dialysis-dependent (DD) population.

13

FGEN-CA-0115080

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

4. If you have concerns regarding these risks, discuss whether you believe they could be addressed through modification of the treatment algorithm, for example, changes in target Hb, starting dose, titration scheme, monitoring paradigm.
    a. If you favor changes to the treatment algorithm to enhance safety, should they be tested prior to approval?

5. Should roxadustat be approved for treatment anemia due to CKD, in adult patients not on dialysis?
    a. If not, provide your rationale, as well as recommendations for additional data and/or analyses that would support a favorable benefit-risk profile and approval of roxadustat.
6. Should roxadustat be approved for treatment anemia due to CKD, in adult patients on dialysis?
    a. If not, provide your rationale, as well as recommendations for additional data and/or analyses that would support a favorable benefit-risk profile and approval of roxadustat.

# Evidence of Efficacy

Roxadustat's evidence of effectiveness for the treatment of anemia due to CKD in adult patients is based primarily on six adequate and well-controlled trials.

**Non-dialysis dependent (NDD) population:** principal studies included three randomized, placebo-controlled, double-blind studies:

- 1517-CL-0608/ALPS (henceforth referred to as "608" in this document)
- FGCL-4592-060/ANDES (referred to as "060" in this document)
- D5740C00001/OLYMPUS (referred to as "001" in this document)

Study 1517-CL-0610/DOLOMITES (referred to as "610" in this document) differed from those above because it employed an active comparator (darbepoetin alfa), was not double-blind, and was conducted solely in Eastern and Western Europe. The study was ongoing at the time the applicant submitted the New Drug Application, and we received the clinical study report early in the review period.

**Dialysis-dependent (DD) population:** principal studies included 3 randomized, active-controlled (epoetin alfa), open-label studies:

- FGCL-4592-063/HIMALAYAS (referred to as "063" in this document)
- FGCL-4592-064/SIERRAS (referred to as "064" in this document)
- 5740C00002/ROCKIES (referred to as "002" in this document)

Study 1517-CL-0613/PYRENEES (referred to as "613" in this document) provides supplemental information; the study differs from those above because it employed two active comparators (darbepoetin alfa and epoetin alfa), was conducted exclusively in Europe, and permitted use of an ESA that is not licensed in the US.

In light of the safety concerns of the ESAs, the Division has asked sponsors to assess MACE in development programs for drugs for the treatment of anemia of CKD, in both the NDD and DD populations, as noted above. For the NDD indication, studies 608, 001, and 060 were included in a meta-analysis for MACE. For the DD indication, studies 002, 063 and 064 were included in a MACE meta-analyses. Trials 610 and 613 were not considered sufficiently similar to the others to allow inclusion in the meta-analyses.

14

FGEN-CA-0115081

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## NDD Indication

### Study Designs

The Phase 3 studies for the NDD population are summarized in Table 2. All were multicenter (global), randomized, controlled studies that evaluated the efficacy of roxadustat in correcting Hb. All patients had stage III to V CKD with baseline eGFR < 60 mL/min/1.73 m². The primary efficacy endpoint for the US was the mean Hb change from baseline to the mean level during the evaluation period, defined as Week 28 until Week 52. The proportions of subjects with RBC transfusions was a secondary endpoint.

Table 2: Major Trials in the NDD Population

| Design Feature | Placebo-controlled | | | ESA-controlled |
|---|---|---|---|---|
| | Study 001 | Study 060 | Study 608 | Study 610 |
| Blinding | Double-blind | Double-blind | Double-blind | Open-label |
| Control | Placebo | Placebo | Placebo | Darbepoetin |
| Planned Treatment Duration (weeks) | 52 - 208 | 52 - 208 | 52 - 104 | 104 |
| Number of Patients | 2761 | 922 | 594 | 616 |
| Randomization | 1:1 | 2:1 | 1:1-->2:1 | 2:1 --> 1:1 |
| Baseline Hb (g/dL) | < 10.0 | ≤ 10.0 | ≤ 10.0 | ≤ 10.5 |
| Hb target - Correction Period (g/dL) | 11.0 ± 1.0 | ≥ 11.0 and ≥ 1.0 from baseline | ≥ 11.0 and ≥ 1.0 from baseline | ≥ 11.0 and ≥ 1.0 from baseline |
| Hb target - Maintenance Period (g/dL) | 10.0 - 12.0 | 10.0 - 12.0 | 10.0 - 12.0 | 10.0 - 12.0 |
| Roxadustat starting dose (dose given 3 times/week) | | | | |
| body weight < 70 kg: | 70 mg | 70 mg | 70 mg | 70 mg |
| body weight > 70 kg: | 70 mg | 100 mg | 100 mg | 100 mg |

Patients with New York Heart Association Class III or IV congestive heart failure (CHF) at enrollment, and patients who had an MI, acute coronary syndrome, stroke, seizure, or a thromboembolic event within 12 weeks prior to randomization were excluded. Patients with uncontrolled hypertension were also excluded. The trials had recommendations for rescue therapy (i.e., iron, ESAs, or transfusion).

The algorithm for dosage adjustments is shown in Table 3. Adjustment was based on the Hb level and the change in Hb over the previous 4 weeks.

15

CONFIDENTIAL

FGEN-CA-0115082

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Table 3: Roxadustat Dose Adjustment Algorithm for NDD-CKD Subjects

| Change in Hb over Past 4 weeks (g/dL) | Correction Period* | Maintenance Period | | | |
|---|---|---|---|---|---|
| | | Hb < 10.5 g/dL | Hb 10.5-11.9 g/dL | Hb 12.0-12.9 g/dL | Hb ≥13.0 g/dL |
| < -1.0 | ↑ | ↑ | ↑ | No change | Hold dosing, check Hb and resume dosing when Hb <12.0 g/dL, at a dose that is reduced by two dose steps |
| -1.0 to 1.0 | ↑ | ↑ | No change | ↓ | |
| > 1.0 | No change | No change | ↓ | ↓ | |

Abbreviations:    ↑ = dose increase; ↓ = dose reduction; Hb = hemoglobin

Source: FibroGen Summary of Clinical Efficacy p. 147

Dose increases and reductions:

- Roxadustat dose increases (↑) and reductions (↓) were intended to be preset according to dose steps: 20, 40, 50, 70, 100, 150, 200, 250, and 300 mg. For example, a dose increase at 70 mg would result in a new dose of 100 mg. A dose reduction at 200 mg would result in a new dose of 150 mg.
- The suggested maximum dose was 3.0 mg/kg or 300 mg per administration, whichever was less.

Dose adjustment for rapid Hb increase:

- For Hb increases >2.0 g/dL in 4 weeks, the dose was to be reduced by one dose step immediately.
- Only one dose reduction for rapid Hb increase was recommended within a 4-week period.

## Results

**Demographic and Baseline Characteristics:** Demographic and baseline disease characteristics were generally well balanced between the two treatment groups for the three trials. The mean age of patients was approximately 63 years. Twenty-one percent of patients were age 75 or greater. A majority of the patients were female (58%). Approximately half the patients were Caucasian, 8% were Black, and 36% were Asian. Most were not on prior ESA treatment. Approximately one-quarter of patients were from the US. More than one-third of patients had a history of cardiovascular, cerebrovascular, or thromboembolic disease. More than 90% of trial participants reported hypertension, and diabetes mellitus was reported as a baseline condition by 37% to 65% of trial participants. The baseline Hb was 9.1 g/dL in both treatment groups. The mean eGFR at baseline was approximately 20 mL/min/1.73 m² for all studies.

16

FGEN-CA-0115083

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Table 4: Selected Demographics and Baseline Disease Characteristics—NDD Trials

| Trial | 001 | | 060 | | 608 | |
|---|---|---|---|---|---|---|
| Characteristic | Roxadustat (N=1384) | Placebo (N=1377) | Roxadustat (N=616) | Placebo (N=306) | Roxadustat (N=391) | Placebo (N=203) |
| Age in years mean (SD) | 60 9 (14.7) | 62.4 (14.1) | 64.9 (12.6) | 64.8 (13.2) | 60.6 (13.5) | 61.7 (13.8) |
| Female, n (%) | 820 (59.2) | 774 (56.2) | 375 (60 9) | 176 (57 5) | 222 (56.8) | 104 (51.2) |
| Race, n (%) | | | | | | |
| White | 623 (45.0) | 611 (44.4) | 176 (28.6) | 99 (32.4) | 335 (85.7) | 182 (89.7) |
| Black | 112 (8.1) | 115 (8.4) | 76 (12.3) | 28 (9.2) | 10 (2.6) | 3 (1.5) |
| Asian | 544 (39.3) | 539 (39.1) | 310 (50 3) | 151 (49 3) | 9 (2.3) | 0 (0) |
| Native Hawaiian or other Pacific Islander | 0 (0) | 2 (0.1) | 2 (0.3) | 4 (1.3) | NR | NR |
| American Indian or Alaska Native | 24 (1.7) | 29 (2.1) | 6 (1.0) | 1 (0.3) | NR | NR |
| Other | 81 (5.9) | 82 (6.0) | 46 (7.5) | 23 (7.5) | 37 (9.5) | 18 (8.9) |
| Ethnic Group, n (%) | | | | | | |
| Hispanic or Latino | 344 (24.9) | 357 (25.9) | 165 (26.8) | 84 (27.5) | NR | NR |
| eGFR (mL/min/1.73m$^2$) (SD) | 19.7 (11.7) | 20.0 (11.7) | 21.9 (11.5) | 22.4 (11.4) | 16.5 (10.2) | 17 2 (11.7) |
| Hb Mean (SD) | 9.11 (0.73) | 9.10 (0.74) | 9.10 (0.75) | 9.09 (0.69) | 9.08 (0.76) | 9.10 (0.72) |
| Prior ESA use, n (%) | 15 (1.1) | 13 (0.9) | 130 (21 3) | 48 (15.7) | 45 (11.5) | 24 (11.8) |
| Iron Replete, n (%) | 809 (58.5) | 799 (58.0) | 373 (60.6) | 170 (55.6) | 204 (52.2) | 109 (53.7) |
| Diabetes, n (%) | 793 (57.3) | 807 (58.6) | 395 (64.6) | 199 (65 2) | 146 (37.3) | 89 (43.8) |
| Cardiovascular disease, n (%) | 410 (29.6) | 420 (30.5) | 210 (34.4) | 101 (33.1) | 141 (36.1) | 89 (43.8) |
| Cerebrovascular disease, n (%) | 105 (7.6) | 120 (8.7) | 81 (13.3) | 39 (12.8) | 26 (6.6) | 20 (9.9) |
| Thromboembolic disease, n (%) | 30 (2.2) | 22 (1.6) | 11 (1.8) | 3 (1.0) | 9 (2.3) | 2 (1.0) |

**Patient Disposition and Discontinuation:** For the three studies overall, 62% and 41% of patients randomized to roxadustat and placebo, respectively, completed the treatment period. Decisions to withdraw by either the patient or physician accounted for approximately half of all discontinuations in both groups (Table 5). Discontinuation for ESA rescue therapy was ~4 times higher in patients who received placebo (13.4%) than in roxadustat-treated patients (3.2%). The percentage of patients who discontinued in association with an adverse event(s) was higher among patients treated with roxadustat (6.3%) than in subjects randomized to placebo (4.4%). Deaths were also more frequent in patients randomized to roxadustat (3.4%) than in those randomized to placebo (1.6%).

17

FGEN-CA-0115084

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Table 5: Patient Disposition (NDD Safety Population)

| N (%) | Roxadustat (N=2386) | Placebo (N=1884) |
|---|---|---|
| Intent-to-treat population | 2391 | 1886 |
| Treated patients | 2386 (99.8) | 1884 (99.9) |
| Completed treatment | 1485 (62.2) | 769 (40.8) |
| Discontinued treatment early | 901 (37.8) | 1115 (59.2) |
| Adverse events | 150 (6.3) | 83 (4.4) |
| Death | 81 (3.4) | 30 (1.6) |
| Received > 2 courses of ESA rescue therapy | 76 (3.2) | 252 (13.4) |
| Lost to follow-up | 33 (1.4) | 74 (3.9) |
| Dialysis initiation or kidney transplant | 47 (2.0) | 20 (1.1) |
| Physician decision | 49 (2.1) | 67 (3.6) |
| Subject decision | 250 (11.0) | 390 (20.7) |
| Withdrawal by subject or guardian | 144 (6.1) | 144 (7.7) |
| Other | 71 (2.9) | 55 (2.9) |

**Drug Exposure:** Overall, the duration of study drug exposure was greater in patients treated with roxadustat (mean 84.6 weeks per patient; total 3871 patient-years) than in patients who received placebo (mean 64.3 weeks per patient; total 2323 patient-years). Approximately 71% of roxadustat-treated patients received the drug for > 52 weeks and 34% received it for > 104 weeks. The applicant attributed the higher overall drug exposure in roxadustat-treated patients to the 2:1 randomization ratio (roxadustat:placebo) in the two smaller studies (060 and 608) and the higher dropout rate in patients who received placebo, mainly due to lack of efficacy in all three studies.

## Primary Endpoint

As noted above, the primary endpoint in the three principal studies was the mean change in Hb from baseline to the evaluation period (mean value during Weeks 28-52), regardless of rescue therapy, using the intention-to-treat (ITT) analysis set. Efficacy analyses were performed separately for each study. Roxadustat would be considered superior to placebo if the difference in the mean change from baseline between the two treatment groups was statistically significant ($p < 0.05$) using a multiple imputation analysis of covariance (ANCOVA) method. All three studies demonstrated statistically significant results with respect to change in Hb, and FDA was able to corroborate the applicant's findings (Table 7).

18

CONFIDENTIAL

FGEN-CA-0115085

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Table 6: Drug Exposure in NDD Population

| | Roxadustat (N=2386) | Placebo (N=1884) |
|---|---|---|
| Duration of exposure (weeks) | | |
| Mean (SD) | 84.6 (48.8) | 64.3 (44.8) |
| Median (min, max) | 87.1 (0, 235) | 57.1 (0, 208) |
| Exposure (patient-years [PY]) | 3870.7 | 2323.2 |
| Study 001 | 2263.1 | 1747.6 |
| Study 060 | 1134.9 | 377.3 |
| Study 608 | 472.7 | 198.3 |
| Weeks of exposure, n (%) | | |
| ≤ 4 Weeks | 86 (3.6) | 81 (4.3) |
| > 4 Weeks | 2300 (96.4) | 1803 (95.7) |
| > 26 Weeks | 2020 (84.7) | 1389 (73.7) |
| > 52 Weeks | 1694 (71.0) | 1005 (53.3) |
| > 104 Weeks | 812 (34.0) | 397 (21.1) |
| Duration of exposure in patients with baseline eGFR <10 (weeks) | (N=481) | (N=358) |
| Mean (SD) | 72.3 (50.2) | 47.8 (41.2) |
| Median (min, max) | 67.7 (0, 216) | 32.3 (0, 164) |

## Table 7: Efficacy Endpoints for NDD Trials

| Trial/Treatment Arm | 001 | | 060 | | 608 | |
|---|---|---|---|---|---|---|
| | Roxadustat N=1384 | Placebo N=1377 | Roxadustat N=616 | Placebo N=306 | Roxadustat N=391 | Placebo N=203 |
| Mean baseline Hb (SD) | 9.11 (0.73) | 9.10 (0.74) | 9.10 (0.75) | 9.09 (0.69) | 9.08 (0.76) | 9.10 (0.72) |
| Mean Hb Week 28–52 (SD) | 10.84 (0.86) | 9.50 (1.18) | 11.10 (0.70) | 9.25 (1.06) | 11.16 (0.84) | 9.60 (1.02) |
| Hb change from baseline to average Hb in Weeks 28 to 52 (SE) | 1.75 (0.03) | 0.40 (0.03) | 2.00 (0.95) | 0.16 (0.89) | 1.99 (0.95) | 0.41 (0.98) |
| Least squares mean (LSM) difference roxadustat from placebo (95% CI) | 1.35 (1.27, 1.43) P < 0.001 | | 1.85 (1.74, 1.97) P < 0.0001 | | 1.69 (1.52, 1.86) P < 0.001 | |
| Subjects with RBC transfusions, N (%) | 176 (12.7) | 320 (23.3) | 34 (5.6) | 47 (15.4) | 33 (8.5) | 39 (19.2) |
| Hazard Ratio; Nominal P-value | 0.37; <0.001 | | 0.26; < 0.001 | | 0.34; <0.001 | |

Figure 1 shows the results graphically for the three individual studies as well as the pooled studies. On average, the Hb appears to plateau at target at approximately 12 weeks (~8 weeks in study 608).

19

CONFIDENTIAL

FGEN-CA-0115086

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Figure 1: Changes in Hb over Time—NDD Studies



Source: FDA analysis

## Study 610

Study 610 was a multicenter, European, randomized, controlled trial in patients with NDD-CKD. The study differed from the others in that there was an active comparator (darbepoetin alfa), the study was open-label, and the study was conducted exclusively in Europe. The randomization scheme was initially 2:1 (version one of protocol) but changed to 1:1 (version two).

The starting roxadustat dose was 70 mg for body weight < 70 kg and 100 mg for body weight ≥ 70 kg three times a week. Dose titration was conducted based upon the Hb target of 11 ± 1 g/dL. Darbepoetin alfa was dosed subcutaneously or intravenously according to the EU labeling.

The primary efficacy endpoint was the percentage of Hb responders during the first 24 weeks of treatment. A responder was defined as a subject who attained a Hb response as follows:

- Hb ≥ 11.0 g/dL and an increase from baseline ≥ 1.0 g/dL (subjects with baseline Hb > 8.0 g/dL); or
- An increase from baseline ≥ 2.0 g/dL (subjects with baseline Hb ≤ 8.0 g/dL)

Patients receiving rescue therapy were non-responders.

Noninferiority was to be declared if the lower bound of the two-sided 95% CI was > -15%. The primary endpoint was to be analyzed using the Per Protocol Analysis set, consisting of all randomized patients who received ≥ 1 dose of study drug, had ≥ 1 post-dose Hb assessment, and did not meet any exclusion criteria.

20

FGEN-CA-0115087

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Demographic and baseline disease characteristics were comparable between the two treatment groups (Table 8). Mean age was 66 years. The majority of patients were Caucasian (95%), and approximately 56% were women. Approximately 30% were from Western Europe, with 70% from Eastern Europe. In both treatment groups, the mean baseline Hb was 9.55 g/dL and the mean baseline eGFR was 20.3 mL/min/1.73 m$^2$. Just under half of all patients had a history of cardiovascular, cerebrovascular, or thromboembolic disease.

Table 8: Selected Demographic and Baseline Disease Characteristics—Study 610

|  | Treatment Groups | |
|---|---|---|
|  | Roxadustat (N=323) | Darbepoetin (N=293) |
| Age in years mean (SD) | 66.8 (13.6) | 65.7 (14.4) |
| Female, n (%) | 178 (55.1%) | 164 (56.0%) |
| Race, n (%) |  |  |
|    Caucasian | 306 (94.7%) | 281 (95.9%) |
|    Black | 8 (2.5%) | 2 (0.7%) |
|    Asian | 9 (2.8%) | 10 (3.4%) |
| Baseline eGFR (mL/min/1.73m$^2$) (SD) | 20.3 (11.5) | 20.3 (10.7) |
| Baseline Hb mean (SD) | 9.55 (0.75) | 9.55 (0.69) |
| Baseline iron replete, n (%) | 182 (56.3%) | 152 (51.9%) |
| Diabetes, n (%) | 150 (46.5%) | 137 (46.7%) |
| History of cardiovascular, cerebrovascular, or thromboembolic disease, n (%) | 152 (47.1%) | 142 (48.5%) |

**Patient Disposition and Discontinuations**

Study retention was similar in the two treatment groups: 22.9% of patients in the roxadustat group vs. 19.8% in the darbepoetin alfa group withdrew before the Week 24 cutoff. The most frequent reasons for discontinuation in the roxadustat group were withdrawal by patient (9.9%), death (8.4%), and adverse events (6.5%). The most common reasons for discontinuation in the darbepoetin group were death (10.2%), withdrawal by patient (6.8%), and adverse event (2.7%).

**Efficacy Endpoint**

For the per-protocol analysis set, 89.5% of patients in the roxadustat group vs. 78.0% in the darbepoetin alfa group were responders (Table 9). The difference in proportions was 11.5%, favoring roxadustat, and the 95% CI of the response rate difference excluded -15%, meeting the study's efficacy objective.

The changes in Hb are shown graphically in Figure 1. Although the rate of Hb rise was not evaluated as a study endpoint, a trend showing more rapid Hb increase in the roxadustat group is clearly evident, which may have ramifications for safety.

CONFIDENTIAL

FGEN-CA-0115088

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Table 9: Efficacy Results for Trial 610 (Ns Represent Numbers in the Per-protocol Analysis Set)

| | Roxadustat N=286 | Darbepoetin alfa N=272 |
|---|---|---|
| Number of responders | 256 (89.5%) | 213 (78.0%) |
| 95% CI | (85.4%, 92.8%) | (72.6%, 82.8%) |
| Difference of proportions (roxadustat – darbepoetin alfa) | 11.5% | |
| 95% CI of difference | (5.66%, 17.36%) | |

Figure 2: Hb Change from Baseline by Time (mean ± 95% CI)—Study 610 (figure adapted from applicant)



## DD Population

### Study Designs

Roxadustat's efficacy for the treatment of anemia in adult patients with DD-CKD is supported by three randomized, active controlled, non-inferiority trials: 002, 063, and 064. These were similarly designed, open-label studies where subjects were randomized 1:1 to roxadustat or epoetin alfa. All subjects had Stage 3 to 5 CKD with a baseline Hb level < 10 g/dL (if not on an ESA) or < 12 g/dL (if on an ESA). All trials excluded patients with New York Heart Association Class III or IV CHF at enrollment, and patients with a history of MI, acute coronary syndrome, stroke, seizure, or thrombotic event within 12 weeks prior to enrollment. Patients with uncontrolled hypertension were also excluded. The intended duration was ≥ 52 weeks. The trials had recommendations for rescue therapy using ESAs or transfusion in the roxadustat group and transfusion in the epoetin alfa group. The roxadustat dose was titrated to achieve a Hb target of 10.0 to 11.0 g/dL in the US and 10.0 to 12.0 g/dL outside the US. The primary endpoint for the three studies was the mean change in Hb from baseline to Weeks 28 to 52, regardless of rescue therapy. Having determined the mean treatment effect in both groups, non-inferiority (NI) of roxadustat to epoetin alfa was to be declared if the lower bound of the 95% CI of the inter-group difference

22

CONFIDENTIAL

FGEN-CA-0115089

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

(roxadustat - epoetin alfa) was greater than the pre-defined NI margin -0.75 g/dL, i.e., the 95% CI excluded a difference of 0.75 g/dL or more. The proportions of subjects with RBC transfusions was a secondary endpoint. Major design features are summarized in Table 10.

Study 002 enrolled patients with ESRD who were receiving, or had initiated, hemodialysis or peritoneal dialysis at least 30 days prior to enrollment. Amendment #6, designed to increase enrollment of US patients with incident dialysis, changed the dialysis criterion to receiving at least 2 weeks and not more than 4 months. At enrollment, subjects could be on an ESA (with Hb <12.0 g/dL) or not on an ESA (with Hb <10 g/dL). For patients not on an ESA, the roxadustat starting dose was 70 mg orally thrice weekly regardless of body weight; for patients on an ESA, the starting dose was calculated on the basis of the ESA dose (range: 70 to 200 mg thrice weekly).

Study 063 enrolled patients with CKD and incident dialysis (2 weeks to 4 months prior to randomization), with baseline Hb ≤ 10 g/dL. The roxadustat starting dose was 70 mg for body weight < 70 kg and 100 mg for body weight ≥ 70 kg, thrice weekly.

Study 064 enrolled subjects who were on a stable ESA dose ≥ 4 weeks prior to and during screening, with an allowable Hb range of 8.5 to 12.0 g/dL. Amendment #1 and #2 encouraged the enrollment of more patients considered to have incident dialysis as defined for Study 063. The starting roxadustat dose was 70 to 200 mg thrice weekly, calculated on the basis of the prior ESA dose.

Only Study 063 enrolled exclusively incident dialysis. The other studies amended their protocols to enroll incident dialysis and planned to later compare results between incident and stable dialysis subgroups. Incident dialysis did not have a standard definition. Because of the multiple amendments and lack of a standardized definition, FDA did not further analyze this subgroup.

Study 613, described separately, was conducted in Eastern, Central, and Western Europe, and used both darbepoetin alfa and epoetin alfa as comparators. Use of an ESA, approved in the EU but not licensed in the US, was permitted.

23

CONFIDENTIAL

FGEN-CA-0115090

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Table 10: Major Trials in the DD Patient Population

| Design Feature | Major Studies | | | Supportive Study |
| --- | --- | --- | --- | --- |
| | Study 002 | Study 063 | Study 064 | Study 613 |
| Blinding | Open-label | Open-label | Open-label | Open-label |
| Control | Epoetin alfa | Epoetin alfa | Epoetin alfa | Epoetin alfa/ darbepoetin alfa |
| Planned treatment duration (years) | < 4 | < 4 | < 4 | 1 - 2 |
| Number of Patients | 2106 | 1043 | 741 | 836 |
| Randomization | 1:1 | 1:1 | 1:1 | 1:1 |
| Baseline Hb (g/dL) | < 10.0 ‡; <12.0 | ≤ 10.0 | 9.0 † to 12.0 | 9.5 to 12.0 |
| Stable dialysis (SD); incident dialysis (ID); dialysis-dependent (DD) | SDD and ID-DD | ID-DD | SDD and ID-DD | SDD |
| Hb target - Maintenance Period (g/dL) | 10.0 - 12.0 § | 10.0 - 12.0 § | 10.0 - 12.0 § | 10.0 - 12.0 |
| Hb correction or conversion | Correction and conversion | Correction | Conversion | Conversion |

† ≥ 8.5 g/dL for ID-DD patients; ‡ For subjects not on an ESA
§ 10.0 to 11.0 g/dL in the US; 10.0 to 12.0 g/dL outside the US
ID-DD = incident dialysis; SDD = stable dialysis-dependent

Dosage adjustment was based on the Hb level and the change in Hb over the previous 4 weeks, and was the same for all three studies (Table 11).

## Table 11: Roxadustat Dosage Adjustment for Studies 063, 064, and 002

| Changes in Hb over past 4 weeks | Hb <10.5 g/dL | Hb 10.5 to 11.9 g/dL | Hb 12.0 to 12.9 g/dL | Hb ≥13.0 g/dL |
| --- | --- | --- | --- | --- |
| <-1.0 | ↑ | ↑ | No change | Dose withheld and resumed when Hb was ≤11.9 g/dL, at a dose that was to be reduced by 2 dose steps |
| -1.0 to 1.0 | ↑ | No change | ↓ | |
| >1.0 | No change | ↓ | ↓ | |

Source: Modified FibroGen Table 6 from Clinical Study Report for Study 002

## Results

### Demographics & Baseline Disease Characteristics

The demographics and baseline disease characteristics for all three trials were generally balanced between the two groups. Overall, approximately 45% of patients were enrolled in US sites. Mean age

24

CONFIDENTIAL

FGEN-CA-0115091

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

was 54 to 58 for all studies. At baseline, most patients were male (58%), White (varied by study), on prior ESA treatment, and on stable dialysis. Study 064 was conducted solely in the US, and 42% of participants were Black. More than 90% of trial participants reported hypertension as a baseline medical condition. Diabetes mellitus was reported as a baseline condition by 28% to 65% of trial participants. Overall, about half of the subjects had a history of cardiovascular, cerebrovascular, or thromboembolic disease. The mean baseline Hb was similar between the two groups, averaging 9.6 g/dL over the three studies. Overall, approximately, 90% of patients in both treatment groups were receiving hemodialysis, and the rest were receiving peritoneal dialysis.

Table 12: Selected Demographics and Baseline Disease Characteristics for DD Trials

| Trial | 002 | | 063 | | 064 | |
|---|---|---|---|---|---|---|
| Characteristic | Roxadustat (N=1051) | Epoetin alfa (N=1055) | Roxadustat (N=522) | Epoetin alfa (N=521) | Roxadustat (N=370) | Epoetin alfa (N=371) |
| Age mean (SD) (years) | 53.5 (15.3) | 54 5 (15.0) | 53.8 (14.7) | 54.3 (14.6) | 57.6 (13.6) | 58.4 (13.3) |
| Female, n (%) | 426 (40.5) | 429 (40.7) | 213 (40.8) | 214 (41.1) | 183 (49.5) | 156 (42.0) |
| Race, n (%) | | | | | | |
| White | 597 (56.8) | 598 (56.7) | 415 (79.5) | 400 (76.8) | 165 (44.6) | 184 (49.6) |
| Black | 148 (14.1) | 158 (15.0) | 44 (8.4) | 50 (9.6) | 158 (42.7) | 156 (42.0) |
| Asian | 208 (19.8) | 198 (18.8) | 43 (8 2) | 51 (9.8) | 21 (5.7) | 15 (4.0) |
| Native Hawaiian or other Pacific Islander | 5 (0.5) | 3 (0.3) | NR | NR | 1 (0.3) | 3 (0.8) |
| American Indian or Alaska Native | 50 (4.8) | 62 (5.9) | 1 (0.2) | 4 (0.8) | 10 (2.7) | 7 (1.9) |
| Other | 43 (4.1) | 36 (3.4) | 19 (3.6) | 16 (3.1) | 15 (4.1) | 6 (1.6) |
| Hispanic or Latino | 268 (25.5) | 271 (25.7) | 99 (19.0) | 77 (14.8) | 137 (37.0) | 129 (34.8) |
| US subjects, n (%) | 385 (36.6) | 391 (37.1) | 127 (24.3) | 125 (24.0) | 370 (100) | 371 (100) |
| Hemodialysis, n (%) | 938 (89.2) | 938 (88.9) | 469 (89.8) | 462 (88.7) | 354 (95.7) | 354 (95.4) |
| Peritoneal Dialysis, n (%) | 111 (10.6) | 117 (11.1) | 53 (10.2) | 58 (11.1) | 16 (4.3) | 17 (4.6) |
| Dialysis Duration > 4 months, n (%) | 852 (81.1) | 841 (79.8) | 2 (0.4) | 2 (0.4) | 334 (90.3) | 336 (90.6) |
| Baseline Hb Mean (SD) (g/dL) | 9.99 (1.20) | 10.02 (1.24) | 8.43 (1.04) | 8.46 (0.96) | 10.30 (0.66) | 10.31 (0.66) |
| Diabetes, n (%) | 459 (43.7) | 454 (43.0) | 205 (39.3) | 204 (39.2) | 250 (67.5) | 255 (68.8) |
| History of cardiovascular, cerebrovascular, or thromboembolic disease, n (%) | 305 (29.0) | 304 (28.8) | 219 (42.0) | 224 (43.0) | 229 (61.9) | 210 (56.6) |

## Patient Disposition

Of 3890 patients randomized, 3880 were treated (roxadustat = 1940; epoetin alfa = 1940). Treatment completion rates were 58.5% and 66.3% in the roxadustat and epoetin alfa groups, respectively, and reasons for discontinuation are shown in Table 13. Discontinuations were disproportionately higher in the roxadustat group for adverse events, death, and the need for ESA rescue therapy.

CONFIDENTIAL

FGEN-CA-0115092

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Table 13: Patient Disposition DD Safety Population (002, 063, 064)

| N (%) | Roxadustat (N=1940) | Epoetin Alfa (N=1940) |
|---|---|---|
| **Intent-to-treat population** | 1943 | 1947 |
| **Treated patients** | 1940 (99.8) | 1940 (99.6) |
| **Completed treatment** | 1135 (58.5) | 1287 (66.3) |
| **Discontinued treatment Early** | 805 (41.5) | 653 (33.7) |
| Adverse events | 110 (5.7) | 54 (2.8) |
| Death | 141 (7.3) | 129 (6.6) |
| Received > courses of ESA rescue therapy | 32 (1.6) | 0 (0) |
| Kidney transplant | 115 (5.9) | 147 (7.6) |
| Subject decision | 135 (7.0) | 88 (4.5) |
| Withdrawal by subject or guardian | 78 (4.0) | 78 (4.0) |
| Physician decision | 68 (3.5) | 32 (1.6) |
| Lost to Follow-up | 10 (0.5) | 5 (0.3) |
| Others | 116 (6.0) | 120 (6.1) |

## Drug Exposure

Figure 3 shows the differential retention of subjects in the roxadustat and ESA groups for the three studies. As predicted by the figure, the mean duration of study drug exposure was shorter in patients randomized to roxadustat (89.2 weeks) than to epoetin alfa (100.7 weeks). Total durations of exposure were 3315 and 3744 patient-years, respectively. The percentages of patients who received the study drug through Week 52 (the end of the assessment period for the primary endpoint) were 63% for roxadustat and 71% for epoetin alfa.

Figure 3: Subject Retention for the DD Population—Studies 002, 063, 064



26

FGEN-CA-0115093

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Table 14: Duration of Exposure in DD Population (002, 063, 064)

| | Roxadustat (N = 1940) | Epoetin Alfa (N = 1940) |
|---|---|---|
| Duration of exposure (weeks) | | |
| Mean (SD) | 89.2 (58.6) | 100.7 (57.5) |
| Median (min, max) | 87.9 (0, 228) | 107.5 (0, 227) |
| Duration of exposure, mean (years) | 1.71 | 1.93 |
| Exposure by study (patient-years) | | |
| Total | 3315.3 | 3743.6 |
| Study 002 | 1800.1 | 2032.7 |
| Study 063 | 890.7 | 759.3 |
| Study 064 | 624.5 | 951.6 |
| Exposure, n (%) | | |
| ≤ 4 Weeks | 71 (3.7) | 34 (1.8) |
| > 4 Weeks | 1869 (96.3) | 1906 (98.2) |
| > 26 Weeks | 1572 (81.0) | 1683 (86.8) |
| > 52 Weeks | 1223 (63.0) | 1370 (70.6) |
| > 104 Weeks | 831 (42.8) | 1010 (52.1) |
| > 156 Weeks | 302 (15.6) | 385 (19.8) |

## Primary Endpoint

All three studies demonstrated non-inferiority of roxadustat vs. epoetin alfa (Table 15), as the lower bound of the 95% CI of the treatment difference (roxadustat - epoetin alfa) exceeded the prospectively-defined NI margin of -0.75 g/dL. Statistically significantly fewer subjects received RBC transfusions in the roxadustat group than in the epoetin alfa group in Study 064; however, Studies 002 and 063 showed opposite trends (Table 15). Moreover, it is important to recognize that the transfusion data are confounded. Subjects who were randomized to roxadustat could receive ESAs or RBC transfusions as a rescue therapy, whereas subjects who were randomized to epoetin alfa could receive only a transfusion as rescue therapy. Thus, it cannot be concluded that subjects who received roxadustat required fewer RBC transfusions than subjects who received epoetin alfa.

CONFIDENTIAL

FGEN-CA-0115094

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Table 15: Efficacy Results for the DD Trials

| Study/Treatment Arms | 002 | | 063 | | 064 | |
|---|---|---|---|---|---|---|
| | Roxadustat N=1051 | Epoetin alfa N=1055 | Roxadustat N=522 | Epoetin alfa N=521 | Roxadustat N=370 | Epoetin alfa N=371 |
| Mean Baseline Hb (SD) | 9.99 (1.2) | 10.02 (1.24) | 8.43 (1.04) | 8.46 (0.96) | 10.30 (0.66) | 10.31 (0.66) |
| Hb averaged over Weeks 28–52 (SD) | 10.83 (0.94) | 10.74 (1.02) | 11.00 (0.82) | 10.83 (0.88) | 10.69 (0.76) | 10.22 (0.68) |
| Change from baseline in Hb average over Weeks 28 to 52 (adjusted mean) (SE) | 0.77 (0.04) | 0.68 (0.04) | 2.38 (0.04) | 2.20 (0.04) | 0.28 (0.07) | -0.19 (0.06) |
| Difference: Roxadustat minus Epoetin alfa (95% CI) | 0.09 (0.01, 0.18) | | 0.18 (0.08, 0.29) | | 0.48 (0.37, 0.59) | |
| Subjects with RBC transfusions, N (%) | 103 (9.8) | 139 (13.2) | 38 (7.3) | 33 (6.4) | 46 (12.5) | 78 (21.1) |
| Hazard Ratio; Nominal P-value | 0.83; 0.15 | | 1.26; 0.33 | | 0.67; 0.04 | |

## Study 613

Study 613 (Pyrenees) was a randomized, open-label, non-inferiority trial in patients with DD-CKD on stable hemodialysis or peritoneal dialysis for ≥ 4 months and on stable ESA treatment for ≥ 8 weeks. The study was conducted at multiple sites in Eastern, Central, and Western Europe. Patients were randomized 1:1 to roxadustat or continued treatment with their prior ESA: darbepoetin alfa or epoetin alfa. (Of note, randomization was not stratified by prior ESA.) Use of an ESA, approved in the EU but not licensed in the US, was permitted. Eligible patients were required to have a baseline Hb between 9.5 and 12.0 g/dL. The US primary efficacy endpoint was the change in Hb from baseline to the mean level during the evaluation period (weeks 29 through 52), regardless of rescue therapy. Hypothesis testing was conducted with a NI margin of -0.75 g/dL as it was for Studies 002, 063, and 064: i.e., NI would be declared if the 95% CI of the difference excluded 0.75 g/dL or more.

The starting dose of roxadustat was based on the previous ESA dose and the protocol provided for adjusting the roxadustat dose to maintain Hb between 10 and 12 g/dL.

**Study Patients:** Enrolled patients were randomized to roxadustat (n=415) or continued ESA treatment (n=422) for an intended treatment duration of ≥ 52 weeks (≤ 104 weeks). Approximately 62% of patients had been using epoetin alfa, and approximately 38% had been using darbepoetin alfa.

**Demographics and Baseline Characteristics:** The demographics and baseline characteristics were generally well balanced between the two groups. The mean age of patients was approximately 61 years. Most patients were male (58%), White (97%), and on hemodialysis (94%). Mean baseline Hb values were approximately 10.8 g/dL in both groups, and the majority of patients were iron replete at baseline.

28

FGEN-CA-0115095

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Study completion rates were 60% in the roxadustat group and 73% in the ESA group. Deaths occurred in 14.9% of subjects in the roxadustat group vs. 11.2% of subjects in the ESA group.

Table 16: Selected Demographic and Baseline Disease Characteristics—Study 613

|  | Roxadustat (N=415) | Continued ESA Treatment (N=422) |
|---|---|---|
| Age, mean (SD) | 61 (13.8) | 61.8 (13.4) |
| Female, n (%) | 169 (40.8) | 285 (44) |
| Race, n (%) |  |  |
| White | 405 (97.8) | 407 (96.9) |
| Black | 6 (1.4) | 6 (1.4) |
| Asian | 1 (0.2) | 3 (0.7) |
| Other | 2 (0.5) | 4 (1.0) |
| Hemodialysis, n (%) | 379 (91.5) | 405 (96.4) |
| Peritoneal Dialysis, n (%) | 35 (8.5) | 15 (3.6) |
| Baseline Hb (g/dL), mean (SD) | 10.75 (0.62) | 10.77 (0.63) |
| Diabetes, n (%) | 104 (25.1) | 133 (31.6) |
| History of cardiovascular, cerebrovascular, or thromboembolic disease, n (%) | 169 (40.8) | 201 (47.9) |

**Efficacy Endpoint**

For the primary endpoint of Hb change from baseline averaged over Weeks 28 to 52 regardless of rescue therapy, the study met the noninferiority margin of -0.75 g/dL. The least squares mean difference between roxadustat vs. ESA in the ITT was 0.17 (95% CI: 0.082, 0.26) with $p < 0.001$ (one-sided).

# Safety

Safety is divided into four sections: (1) analyses of adverse events; (2) analyses of laboratory data; (3) analyses of MACE; and (4) explorations of the relationships between thromboembolic events, drug dose, Hb concentration, and rate of change of Hb concentration. In each section, data for the NDD and DD patient populations are presented sequentially. All of these analyses contribute importantly to the assessment of roxadustat's safety.

Studies in the NDD patient population are placebo-controlled. Consequently, they offer the opportunity to assess the safety of roxadustat against a "clean" background. On the other hand, these studies suffer from disparate rates of discontinuation in two treatment groups. As noted above, patients who were doing poorly, some of whom required RBC transfusions, were more likely to discontinue from treatment and discontinue from the study, such they could no longer contribute adverse events. It follows that adverse event rates are dependent on time of observation. Even when adjusted for observation time, the results may be somewhat skewed against roxadustat. Thus, smaller differences in adverse event rates between the roxadustat and placebo groups in the NDD population may be factitious and should be interpreted carefully. (Larger differences, in contrast, merit concern.) In the DD population, studies

CONFIDENTIAL

FGEN-CA-0115096

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

were active-controlled (against epoetin alfa) and rates of discontinuation were similar; therefore, interpretation of adverse event rates in this population is straightforward.

## Analyses of Adverse Events

### Methods

Pooling: Given that the three studies in the NDD population were similar in terms of their patient populations, durations, and Hb targets, simple pooling was used to combine them for the main safety analyses. Of note, however, the randomization ratios differed across the studies (1:1 in study 001, 2:1 in studies 060 and 608), and the studies differed in size, leading to the potential for Simpson's paradox. Nevertheless, we found that the signals that emerged from the pooled analyses were generally consistent across the individual studies.

Definition of "Treatment-emergent": A "treatment emergent" adverse event is defined as an adverse event that was not present prior to treatment but occurs during treatment (or, if present at treatment initiation, an event that worsens in intensity or frequency on-drug). Only treatment-emergent adverse events are considered in this document, as is customary.

Ascertainment Window: When patients are monitored after treatment discontinuation, it is essential to define the "ascertainment window"—the time on-treatment plus the interval of additional monitoring beyond which a causal relationship between the drug and effect would not be reasonably likely. Typical ascertainment windows are the treatment period plus 5 half-lives; however, in many cases, a week or a month are selected—somewhat arbitrarily.

Establishment of the ascertainment window requires careful consideration. For example, alpha$_1$ adrenoreceptor blocking agents would not be expected to cause orthostatic hypotension once they are no longer in the circulation. In contrast, some drugs have the potential to cause long-term sequelae, e.g., pulmonary fibrosis. Thus, it is important to define the ascertainment window, and this is usually done prospectively.

The applicant conducted analyses based on multiple ascertainment windows: on-treatment plus 7 days (OT+7), on-treatment plus 28 days (OT+28), and on-treatment plus all (OT+All), i.e., On-Study. Although longer "windows" have the potential to detect adverse events with longer latency, they also have greater potential for confounding. (For example, some patients initiated other treatments for anemia after discontinuing the study drug that could confound analyses using longer ascertainment windows.) Thus, results for all three "windows" were considered in some of our analyses and are considered complementary. More detail is provided in the section on MACE.

Adverse Event Queries: Study investigators report adverse events using their own language, i.e., 'verbatim terms,' which must be translated into appropriate, standard preferred terms prior to analysis. For example, the verbatim term 'hypotension w/ sepsis from pneumococcus' would be translated to the standard preferred term 'pneumococcal sepsis.'

Verbatim terms can include substantial detail, and disparate but related terms must be combined in order to represent the various safety signals completely and accurately. Thus, the terms 'wound sepsis,' 'neutropenic sepsis,' 'urosepsis,' 'septic shock,' etc. all indicate 'sepsis' and need to be combined. The combination of medically similar and/or related preferred terms for analysis is called a "query." To be

30

CONFIDENTIAL

FGEN-CA-0115097

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

clear, tabulation of individual preferred terms <u>without</u> queries can be highly deceptive. For example, the adverse event term 'sepsis' was reported for 81 patients who received roxadustat in the NDD population, whereas a query for 'sepsis,' including multiple additional adverse events, finds 132 patients. The preferred terms used in some of the more important queries are shown in the appendix.

Standardized MedDRA queries have been available for many years; however, they are not well suited for assessing adverse events in new drug applications. For this reason, FDA is developing a standard set of queries for new drugs. FDA's new queries, as well as other queries developed over many years by FDA staff, were used to assess the adverse events in the roxadustat development program.

**Event rate:** In the analysis of adverse events, event rates are reported per 100 patient years (P-Y). These calculations include only the incident event (i.e., recurrent events are not counted) and utilize an overall total exposure (dependent upon the ascertainment window applied) across the set of adverse events. In other words, for subjects who experienced an adverse event, follow-up time was not censored after the event in these analyses. For patients who experienced a particular adverse event, the applicant truncated the time of exposure at the time of event (in some analyses). This is a reasonable approach that differs slightly the approach we used; however, the differences in calculated patient exposure are minimal, with essentially no effect on the results.

**Drug-relatedness:** The most important consideration when assessing adverse events in the consideration of drug safety is relatedness. Merely identifying a risk difference in an adverse event that disfavors a drug does not constitute causality. In our formulation of causality, we considers a drug's mechanism of action, non-clinical (animal) findings, known effects of other drugs in-class, relationship of the adverse event to dose/exposure, consistency of signals in studies across a development program, and consistency across related adverse events (e.g., signals for orthostatic hypotension and falls are self-reinforcing). Finally, consistency between the total numbers of adverse events and serious adverse events can be important, and may play an important role in considering the overall benefit-risk profile.

## Results

### NDD Patient Population

The NDD patient population included all 4270 randomized subjects who received ≥ 1 dose of study drug in the three major randomized, double-blind, placebo-controlled studies (001, 060, 068). No subjects were on dialysis at the time of randomization, although some initiated dialysis during the study. Some of the adverse events are relatively specific to hemodialysis (e.g., vascular access thrombosis) or peritoneal dialysis (e.g., peritonitis); however, the actual denominators (i.e., numbers of subjects) are unknown. Thus, although the relative risks of such events may be accurate, their absolute risk differences will be underestimated. Analyses are shown separately for Study 610, which employed an active control group instead of a placebo group.

### Deaths

Causes of death were adjudicated by an independent event committee and are summarized in Table 17, as reported by the applicant. Their analysis is based on the OT+28 ascertainment window. The "Patients with Events" columns list the numbers of subjects along with the corresponding percentages of patients. As noted above, however, the mean and total time-on-study differed between the roxadustat and placebo groups; therefore, expression of a simple frequency of adverse events (% of patients) is

31

CONFIDENTIAL

FGEN-CA-0115098

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

potentially misleading. The "Events per 100 P-Y" columns (P-Y = patient-year) is corrected for duration of treatment, and provides a more appropriate basis for comparison between the treatment groups. The "Risk Difference" column (red bars) shows the absolute risk difference between the roxadustat and placebo groups, and represents a simple subtraction expressed per 100 P-Y. The "Relative Risk" column (blue bars) is the ratio of the risks (roxadustat/placebo) based on events per 100 P-Y.

Table 17: Adjudicated Causes of Death—Studies 001, 060, 068; Ascertainment Window OT+28

| | Patients with events (%) | | Events (per 100 PY) | | Risk Difference (per 100 P-Y) | Relative Risk Based on P-Y |
|---|---|---|---|---|---|---|
| | Roxadustat N = 2386 | Placebo N = 1884 | Roxadustat 4038 P-Y | Placebo 2460 P-Y | | |
| Total Deaths | 260 (10.9) | 122 (6.48) | 6.44 | 4.96 | 1.48 | 1.30 |
| Cardiovascular-related | 105 (4.4) | 60 (3.18) | 2.60 | 2.44 | 0.16 | 1.07 |
| Sudden cardiac death | 48 (2.01) | 26 (1.38) | 1.19 | 1.06 | 0.13 | 1.12 |
| Acute MI | 18 (0.75) | 14 (0.74) | 0.45 | 0.57 | -0.12 | 0.78 |
| Stroke | 13 (0.54) | 8 (0.42) | 0.3 | 0.3 | -0.01 | 0.99 |
| Heart failure | 10 (0.42) | 10 (0.53) | 0.25 | 0.41 | -0.16 | 0.61 |
| Other cardiovascular | 9 (0.38) | 2 (0.11) | 0.22 | 0.08 | 0.14 | 2.74 |
| Cardiovascular procedure | 6 (0.25) | 0 (0) | 0.15 | 0.00 | 0.15 | - |
| Non-cardiovascular-related | 128 (5.36) | 49 (2.6) | 3.17 | 1.99 | 1.18 | 1.59 |
| Infection | 55 (2.31) | 16 (0.85) | 1.36 | 0.65 | 0.71 | 2.09 |
| Renal | 44 (1.84) | 16 (0.85) | 1.1 | 0.7 | 0.44 | 1.68 |
| Malignancy | 6 (0.25) | 2 (0.11) | 0.15 | 0.08 | 0.07 | 1.83 |
| Hemorrhage | 5 (0.21) | 3 (0.16) | 0.12 | 0.12 | 0.00 | 1.02 |
| Undetermined | 27 (1.13) | 13 (0.69) | 0.67 | 0.53 | 0.14 | 1.27 |

Data are compliled from Table 50 in the applicant's Integrated Summary of Safety; P-Y = patient-year

The rate of death was higher in patients who had received roxadustat; the overall risk difference was 1.48 deaths per 100 P-Y, with a relative risk of 1.30. Somewhat fewer than half the deaths were cardiovascular in nature. The leading causes of death (and the largest contributors to the risk difference) were infections, "renal" deaths, and sudden cardiac deaths. Deaths will be discussed in greater detail in the MACE section. The numbers of adjudicated deaths from malignancy are small, but there are more deaths from malignancy in patients who received roxadustat (estimated relative risk = 1.8). Malignancy is of interest because it is a labeled adverse drug reaction for the ESAs.

**Deaths in Study 610**

In this study of 616 subjects, there were 22 (6.8%) and 18 (6.1%) deaths in the roxadustat and darbepoetin alfa groups, respectively, in the OT+28 analysis. For the On-study analysis, there were 29 (9.0%) and 22 (7.5%) deaths in the respective groups. The numbers of deaths were greater in the roxadustat group, but the difference is too small to be conclusive.

32

CONFIDENTIAL

FGEN-CA-0115099

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

**Serious Adverse Events**

Table 18 shows the serious adverse events and adverse event queries for the pooled studies in the NDD patient population for the OT+7 ascertainment window. The tabulation (and many that follow in this document) shows a mixture of serious adverse event *queries* and individual serious adverse event *preferred terms*, with the later denoted by "term or "actual term." Subjects with more than one serious adverse event for a given preferred term or more than one event within the same query were counted only once.

Adverse events and adverse event queries for which the event rate (per 100 P-Y) is ≥ 0.5 with a relative risk ≥ 1.3 are shown, along with adverse events of special interest.

Table 18: Serious Adverse Events—Studies 001, 060, and 608; Ascertainment Window OT+7

| | Patients with events (%) | | Events (per 100 PY) | | Risk Difference (per 100 P-Y) | Relative Risk Based on P-Y |
|---|---|---|---|---|---|---|
| | Roxadustat N = 2386 | Placebo N = 1884 | Roxadustat 3871 P-Y | Placebo 2323 P-Y | | |
| **Thromboembolic** | | | | | | |
| Thrombotic events | 140 (5.87) | 58 (3.08) | 3.62 | 2.50 | 1.1 | 1.45 |
| Device/shunt thrombosis | 36 (1.51) | 8 (0.42) | 0.93 | 0.34 | 0.6 | 2.70 |
| Deep vein thrombosis (term) | 20 (0.84) | 2 (0.11) | 0.52 | 0.09 | 0.4 | 6.00 |
| Myocardial infarction FDA | 54 (2.26) | 31 (1.65) | 1.40 | 1.33 | 0.1 | 1.05 |
| Stroke | 53 (2.22) | 26 (1.38) | 1.37 | 1.12 | 0.3 | 1.22 |
| Ischemic stroke | 31 (1.30) | 14 (0.74) | 0.80 | 0.60 | 0.2 | 1.33 |
| Pulmonary embolism (term) | 8 (0.34) | 1 (0.05) | 0.21 | 0.04 | 0.2 | 4.80 |
| **Central Nervous System** | | | | | | |
| Intracranial hemorrhage | 24 (1.01) | 6 (0.32) | 0.62 | 0.26 | 0.4 | 2.40 |
| Seizure FDA | 9 (0.38) | 1 (0.05) | 0.2 | 0.0 | 0.2 | 5.40 |
| **Infection** | | | | | | |
| Sepsis/septic shock | 87 (3.65) | 22 (1.17) | 2.25 | 0.95 | 1.3 | 2.37 |
| Urinary tract infection | 100 (4.19) | 53 (2.81) | 2.58 | 2.28 | 0.3 | 1.13 |
| Infection, bacterial | 49 (2.05) | 17 (0.9) | 1.27 | 0.73 | 0.5 | 1.73 |
| Cellulitis | 36 (1.51) | 13 (0.69) | 0.93 | 0.56 | 0.4 | 1.66 |
| Bacteremia | 30 (1.26) | 10 (0.53) | 0.8 | 0.4 | 0.4 | 1.80 |
| Peritonitis | 28 (1.17) | 10 (0.53) | 0.72 | 0.43 | 0.3 | 1.68 |
| **Miscellaneous** | | | | | | |
| Acute kidney injury (term) | 75 (3.14) | 34 (1.8) | 1.94 | 1.46 | 0.5 | 1.32 |
| Hyperkalemia (term) | 56 (2.35) | 22 (1.17) | 1.45 | 0.95 | 0.5 | 1.53 |
| Fracture | 45 (1.89) | 19 (1.01) | 1.16 | 0.82 | 0.3 | 1.42 |
| Gastrointestinal hemorrhage | 58 (2.43) | 29 (1.54) | 1.50 | 1.25 | 0.3 | 1.20 |
| Hyponatremia (term) | 22 (0.92) | 9 (0.48) | 0.57 | 0.39 | 0.2 | 1.47 |
| Malignancy FDA | 37 (1.55) | 23 (1.22) | 0.96 | 0.99 | 0.0 | 0.97 |

Listings labeled "term" represent individual preferred terms.

All other listings represent queries that combine multiple, related adverse event terms.

FDA = FDA query; P-Y = patient-year

33

CONFIDENTIAL

FGEN-CA-0115100

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Given the problem of differential dropout from the two treatment groups, relative risks less than ~1.3 seem difficult to interpret. The ESAs are known to increase the risk of thrombotic events, and they are listed as adverse drug reactions in their labeling. Roxadustat also shows an obvious signal for serious thrombotic events, with an estimated risk difference (vs. placebo) of 1.1 events per 100 P-Y and a relative risk of 1.45.[1] The largest contributors to the thrombosis query are MI, with 54 events in the roxadustat group, and stroke with 53 events. The numbers of subjects with deep vein thrombosis and pulmonary embolism are relatively small; however, the relative risks are concerning: 6.0 and 4.8, respectively. Importantly, as noted above, the risk difference for device/shunt thrombosis is considerably underestimated, because the analysis assumes that all patients were on dialysis, which is untrue. (Fortunately, additional estimates of the risk of device/shunt thrombosis are available from studies in the DD patient population, shown later, where all subjects are on dialysis and the denominators are certain.)

Seizure is another serious adverse event of special interest, as seizures are an adverse drug reaction with ESAs. Although the numbers of subjects with serious adverse events of seizure are relatively small, the relative risk of 5.4 merits concern (9 vs. 1 event).

The signal of serious infection was unexpected, but sepsis/septic shock is an obvious concern (risk difference 1.3 per 100 P-Y; estimated relative risk = 2.37), and it is reinforced by signals for serious urinary tract infections, bacterial infections, cellulitis, and peritonitis. Again, as noted above, it is safe to assume that most subjects who reported peritonitis were on peritoneal dialysis. Although the relative risk of peritonitis may be reasonably accurate, the risk difference may be underestimated here.

Other notable serious adverse events include acute kidney injury, hyperkalemia, fracture, gastrointestinal hemorrhage, and hyponatremia.

One might reasonably ask whether some serious adverse events were more common in the placebo groups than in the roxadustat groups. Queries for pulmonary edema, anemia, angina, fatigue, hypotension, and dyspnea favored roxadustat, with event rates exceeding 0.5 per 100 P-Y in the placebo groups ($\geq$ 11 events) and relative risks < 0.75.

**Study 610**

Unlike the placebo-controlled studies above, Study 610 employed darbepoetin alfa as an active comparator, and time-on-treatment was similar between the two groups. Thus, serious adverse events are expressed as simple percentages, without correction for time-on-study. Of note, the total number of subjects in Study 610 was ~1/7 the number of subjects in the three pooled studies.

Table 19 shows serious adverse events (and queries) where the frequency in the roxadustat group was > 5% and the relative risk vs. darbepoetin alfa exceeded ~1.3. Note: the threshold for inclusion of serious adverse events in this table differed from the threshold for the pooled analyses of Studies 001, 060, and 608; however, they correspond to similar numbers of adverse events in roxadustat-treated groups.

---

[1] The list of adverse event terms in the query is shown in the appendix.

CONFIDENTIAL                                                                                FGEN-CA-0115101

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Signals for both serious thrombosis and infection events are again apparent. The thrombosis difference is particularly important because it is evident when compared here to darbepoetin alfa, which is itself known to predispose to thrombotic events.

### Table 19: Serious Adverse Events—Study 610

| N (%) | Roxadustat N = 323 | Darbepoetin alfa N = 293 | Risk Difference (%) | Relative Risk |
|---|---|---|---|---|
| Infection, all | 48 (14.9%) | 34 (11.6%) | 3.3 | 1.28 |
| Bacterial infectious disorders | 18 (5.6%) | 7 (2.4%) | 3.2 | 2.33 |
| Pneumonia FDA | 19 (5.9%) | 12 (4.1%) | 1.8 | 1.44 |
| Thrombosis | 20 (6.2%) | 13 (4.4%) | 1.8 | 1.41 |

All listing are queries; FDA = FDA query

One might reasonably question whether there were serious adverse events that occurred at a frequency of 5% in the darbepoetin group with a relative risk favoring *roxadustat*. The frequencies for congestive heart failure (query) were 5.0% and 7.5% in subjects treated with roxadustat and darbepoetin alfa, respectively. No other serious adverse events (or queries) were found that favored roxadustat over darbepoetin alfa.

**All Adverse Events**

Table 20 lists the results of pooled analyses of adverse events and adverse event queries for the three major studies in the NDD patient population, where the event rate was > 2 per 100 P-Y in the roxadustat groups, and the relative risk (vs. placebo) was > 1.2. This listing of all adverse events includes the serious adverse events described above.

Table 20 is similar to the previous table, with the addition of estimated relative risks for all ascertainment windows. The heights of the vertical violet bars at right represent the estimated relative risks for the OT+7, OT+28, and OT+All (On-Study) analyses, respectively. Thus, the height of the violet bar at left corresponds to the relative risk for the OT+7 analysis, which matches the relative risk in the column 'Relative Risk Based on P-Y.' The center and right violet vertical bars show the results for the OT+28 and on-study analyses. Inspection of the three violet bars for each listing shows how the risk ratios differ across the ascertainment windows. The relative risks are fairly consistent across the OT+7, OT+28, and On-study ascertainment windows for most of these adverse events. Device/shunt thrombosis/occlusion and sepsis/septic shock are exceptions, where the relative risk decreases somewhat for the OT+All ascertainment window.

Again, there are notable signals for thrombotic events, sepsis/septic shock, bacterial infections, seizures, and hyperkalemia. There is a signal for face edema with a small number of events, but a substantial relative risk (8.4). There are signals for insomnia, rash, peripheral edema, acute kidney injury, and fracture; however, the risk differences are small. Peripheral edema and the query 'edema, fluid retention overload' show risk differences around 1 per 100 P-Y range, and are risks of ESAs. Nausea, vomiting, and dyspepsia all have estimated relative risks of 1.2 with risk differences ~1 per 100 P-Y, and the fact that they were detected together suggests drug-relatedness. Malignancy is neutral.

35

FGEN-CA-0115102

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Considering the large number of adverse events and queries examined, it is reasonable to consider whether there are signals that favored *placebo*. The only adverse events reported at a rate > 2 per 100 P-Y in patients who received placebo with a relative risk < 0.8 (i.e., worse in the placebo groups) were anemia, asthenia, fatigue, hypotension, and myocardial ischemia.

36

CONFIDENTIAL

FGEN-CA-0115103

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Table 20: All Adverse Events—Studies 001, 060, and 608; OT+7, OT+28, and OT+All Ascertainment Windows

| | Adverse Events On-treatment (OT) Plus 7 Days | | | | | | Relative Risk; On-treatment plus 7, 28, 99 Days |
|---|---|---|---|---|---|---|---|
| | Patients with events (%) | | Events (per 100 P-Y) | | Risk Difference (per 100 P-Y) | RR Based on P-Y | |
| | Rox | Pbo | Rox | Pbo | | | |
| Numbers of patients -> | 2386 | 1884 | | | | | |
| Patient-years       -> | | | 3870 | 2323 | | | |
| **Thombotic Events** | | | | | | | |
| Device/shunt thrombosis, occlusion, malfunction, stenosis # | 88 (3.7) | 20 (1.1) | 2.3 | 0.9 | 1.4 | 2.6 | |
| Device/shunt thrombosis (VAT) # | 71 (3) | 17 (0.9) | 1.8 | 0.7 | 1.1 | 2.5 | |
| Thrombosis # | 195 (8.2) | 76 (4) | 5.0 | 3.3 | 1.8 | 1.5 | |
| Stroke (includes ischemic and hemorrhagic) # | 57 (2.4) | 29 (1.5) | 1.5 | 1.2 | 0.2 | 1.2 | |
| **Infections** | | | | | | | |
| Sepsis/septic shock # | 100 (4.2) | 28 (1.5) | 2.6 | 1.2 | 1.4 | 2.1 | |
| Bacterial infectious disorders HLGT # | 207 (8.7) | 102 (5.4) | 5.3 | 4.4 | 1.0 | 1.2 | |
| Nasopharyngitis FDA N # | 129 (5.4) | 66 (3.5) | 3.3 | 2.8 | 0.5 | 1.2 | |
| **Laboratory Abnormalities** | | | | | | | |
| Hyperkalemia # | 274 (11.5) | 134 (7.1) | 7.1 | 5.8 | 1.3 | 1.2 | |
| Iron deficiency # | 114 (4.8) | 49 (2.6) | 2.9 | 2.1 | 0.8 | 1.4 | |
| **Gastrointestinal** | | | | | | | |
| Nausea FDA N # | 242 (10.1) | 117 (6.2) | 6.3 | 5.0 | 1.2 | 1.2 | |
| Dyspepsia FDA N # | 155 (6.5) | 76 (4) | 4.0 | 3.3 | 0.7 | 1.2 | |
| Vomiting FDA N # | 148 (6.2) | 75 (4) | 3.8 | 3.2 | 0.6 | 1.2 | |
| Decreased appetite (actual term) | 97 (4.1) | 49 (2.6) | 2.5 | 2.1 | 0.4 | 1.2 | |
| **Miscellaneous** | | | | | | | |
| Face oedema (actual term) | 14 (0.6) | 1 (0.1) | 0.4 | 0.0 | 0.3 | 8.4 | |
| Seizure FDA N # | 24 (1) | 3 (0.2) | 0.6 | 0.1 | 0.5 | 4.8 | |
| Insomnia FDA N # | 131 (5.5) | 46 (2.4) | 3.4 | 2.0 | 1.4 | 1.7 | |
| Rash FDA N # | 110 (4.6) | 53 (2.8) | 2.8 | 2.3 | 0.6 | 1.2 | |
| Oedema peripheral (actual term) | 275 (11.5) | 140 (7.4) | 7.1 | 6.0 | 1.1 | 1.2 | |
| Acute kidney injury FDA N # | 125 (5.2) | 63 (3.3) | 3.2 | 2.7 | 0.5 | 1.2 | |
| Fracture # | 102 (4.3) | 52 (2.8) | 2.6 | 2.2 | 0.4 | 1.2 | |
| Edema, fluid retention, overload # | 515 (21.6) | 289 (15.3) | 13.3 | 12.4 | 0.9 | 1.1 | |
| Systemic hypertension FDA N* | 411 (17.2) | 224 (11.9) | 10.6 | 9.6 | 1.0 | 1.1 | |
| Malignancy FDA N # | 43 (1.8) | 34 (1.8) | 1.1 | 1.5 | -0.4 | 0.8 | |

Listings labeled "actual term" represent individual preferred terms.

# All other listings represent queries that combine multiple, related adverse event terms.

"FDA N" = FDA query; P-Y = patient-year; RR = relative risk

37

FGEN-CA-0115104

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Study 610

Table 21 shows all adverse events and adverse event queries that were reported at a frequency of > 5% in the roxadustat group, and > 2% higher than in the darbepoetin alfa group in Study 610. (As previously noted, roxadustat was compared to darbepoetin alfa in this study rather than placebo, and time-on-treatment was similar between the two treatment groups.)

### Table 21: All Adverse Events—Study 610

| N (%) | Roxadustat N = 323 | Darbepoetin alfa N = 293 | Risk Difference (%) | Relative Risk |
|---|---|---|---|---|
| Hyperphosphatemia (term) | 23 (7.1%) | 9 (3.1%) | 4.0 | 2.29 |
| Edema, fluid retention, overload | 62 (19.2%) | 45 (15.4%) | 3.8 | 1.25 |
| Peripheral edema FDA | 45 (13.9%) | 35 (11.9%) | 2.0 | 1.17 |
| Insomnia FDA | 18 (5.6%) | 6 (2%) | 3.6 | 2.80 |
| Muscle spasms (term) | 23 (7.1%) | 12 (4.1%) | 3.0 | 1.73 |
| Dyspnea FDA | 18 (5.6%) | 8 (2.7%) | 2.9 | 2.07 |
| Thrombosis | 25 (7.7%) | 15 (5.1%) | 2.6 | 1.51 |
| Arrhythmia FDA | 38 (11.8%) | 28 (9.6%) | 2.2 | 1.23 |
| Nausea (term) | 26 (8%) | 17 (5.8%) | 2.2 | 1.38 |
| Constipation FDA | 19 (5.9%) | 11 (3.8%) | 2.1 | 1.55 |
| Headache FDA | 18 (5.6%) | 10 (3.4%) | 2.2 | 1.65 |
| Hypotension FDA | 17 (5.3%) | 9 (3.1%) | 2.2 | 1.71 |
| Bronchitis (term) | 20 (6.2%) | 12 (4.1%) | 2.1 | 1.51 |

Adverse events denoted by "term" are individual preferred terms. All others are queries.
FDA = FDA query

Signals for peripheral edema, edema, fluid retention/overload, insomnia, thrombosis, and nausea have been observed in other studies, and their observation here is reinforcing. In particular, thrombosis and fluid retention/overload are labeled adverse drug reactions for ESAs. Adverse events not heretofore observed include hyperphosphatemia, muscle spasms, dyspnea, arrhythmia, constipation, headache, hypotension, and bronchitis. Analyses of adverse events in the DD patient population will provide a far more robust comparison between roxadustat and darbepoetin alfa.

## DD Patient Population

The DD patient population includes 3880 randomized subjects who received ≥ 1 dose of study drug in the three major randomized, double-blind, active-controlled studies (002, 063, 064). Study 063 enrolled subjects who had initiated dialysis within 4 months of randomization. Studies 002 and 064 enrolled such subjects, as well as subjects who had been stable on dialysis and were using an ESA. Subjects were randomized to roxadustat or epoetin alfa. Analyses are shown separately for Study 613, which was conducted in Europe and included randomization to either roxadustat or darbepoetin alfa. Because ESAs were used as active controls for these trials, the adverse event tables include most of the adverse drug reactions currently in the ESA labels.

CONFIDENTIAL

FGEN-CA-0115105

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Deaths

Table 22 provides a tabulation of adjudicated deaths in the DD patient population, with numbers compiled from the applicant's table. There is a slight trend toward a higher rate of death in patients who received roxadustat vs. epoetin alfa. The risk difference was 0.62 deaths per 100 P-Y, with a relative risk of 1.08. Slightly more than half the deaths were cardiovascular in nature. The leading causes of cardiovascular death (and the largest contributors to the risk difference) were acute MI and sudden cardiac death. The leading non-cardiovascular causes of death were infection and "renal" deaths. Deaths will be discussed in greater detail in the MACE section.

**Table 22: Adjudicated Causes of Death—Studies 002, 063, 064; Ascertainment Window OT+28**

| | Patients with events (%) | | Events (per 100 PY) | | Risk Difference (per 100 P-Y) | Relative Risk Based on P-Y |
|---|---|---|---|---|---|---|
| | Roxadustat N = 1940 | Epoetin alfa N = 1940 | Roxadustat 3447 P-Y | Epoetin alfa 3874 P-Y | | |
| Total Deaths | 282 (14.54) | 293 (15.1) | 8.18 | 7.56 | 0.62 | 1.08 |
| Cardiovascular-related | 159 (8.2) | 160 (8.25) | 4.61 | 4.13 | 0.48 | 1.12 |
| Sudden cardiac death | 86 (4.43) | 85 (4.38) | 2.50 | 2.19 | 0.31 | 1.14 |
| Acute MI | 26 (1.34) | 16 (0.82) | 0.75 | 0.41 | 0.34 | 1.83 |
| Heart failure | 20 (1.03) | 17 (0.88) | 0.6 | 0.4 | 0.14 | 1.32 |
| Stroke | 14 (0.72) | 25 (1.29) | 0.41 | 0.65 | -0.24 | 0.63 |
| Other cardiovascular | 7 (0.36) | 7 (0.36) | 0.20 | 0.18 | 0.02 | 1.12 |
| Non-cardiovascular-related | 101 (5.21) | 102 (5.26) | 2.93 | 2.63 | 0.30 | 1.11 |
| Infection | 47 (2.42) | 46 (2.37) | 1.36 | 1.19 | 0.17 | 1.15 |
| Renal | 15 (0.77) | 10 (0.52) | 0.44 | 0.26 | 0.18 | 1.69 |
| Hemorrhage | 7 (0.36) | 5 (0.26) | 0.20 | 0.13 | 0.07 | 1.57 |
| Gastrointestinal | 5 (0.26) | 10 (0.52) | 0.15 | 0.26 | -0.11 | 0.56 |
| Malignancy | 5 (0.26) | 7 (0.36) | 0.15 | 0.18 | -0.03 | 0.80 |
| Undetermined | 22 (1.13) | 31 (1.6) | 0.64 | 0.80 | -0.16 | 0.80 |

Data are compiled from Table 117 in the applicant's Integrated Summary of Safety; P-Y = patient-year

## Deaths in Study 613

Study 613 was a European study that randomized stable DD subjects 1:1 to roxadustat (N = 414) or ESA (N = 420). According to the applicant, within the OT+28 ascertainment window, there were 64 (9.7 per 100 P-Y) and 51 (6.8 per 100 P-Y) all-cause deaths in the roxadustat and ESA treatment groups, respectively. The applicant's estimated HR is 1.588 (95% CI 1.096, 2.300); P = 0.015. The risk difference is 2.9 deaths per 100 P-Y.

For the On-study analysis, there were 78 (10.6 per 100 P-Y) vs. 59 (7.4 per 100 P-Y) deaths for the roxadustat and ESA groups, respectively. The applicant's estimated HR was 1.562 (95% CI 1.112, 2.195); p = 0.010. The risk difference is 3.2 deaths per 100 P-Y.

39

CONFIDENTIAL

FGEN-CA-0115106

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Kaplan-Meier survival curves are shown for the OT+28 and On-study analyses in Figure 4, left, and right. In accord with the applicant's analyses, the log-rank p-values are nominally statistically significant in these unadjusted Kaplan-Meier analyses. Causes of death were not adjudicated, and no predominant causes were apparent based on the preferred terms of adverse events that were cited as leading to death.

Figure 4: Kaplan-Meier Curves for Time to Death—Study 613, OT+28 (left); On-study (right)



### Serious Adverse Events

Table 23 shows the serious adverse events and serious adverse event queries for the pooled studies in the DD patient population (OT + 7 ascertainment window). Events and queries are shown for those where the event rate (per 100 P-Y) is $\geq 0.5$ and the relative risk $\geq 1.3$, along with adverse drug reactions from the ESA labeling.

40

FGEN-CA-0115107

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Table 23: Serious Adverse Events—Studies 002, 063, and 064; OT+7 Ascertainment Window

| | Patients with Events N (%) | | Events (per 100 PY) | | Absolute Δ Risk (per 100 P-Y) | Relative Risk Based on P-Y |
|---|---|---|---|---|---|---|
| | Roxadustat N = 1940 | ESA N = 1940 | Roxadustat 3315 P-Y | ESA 3744 P-Y | | |
| **Thombotic Events** | | | | | | |
| Thrombosis | 241 (12.42) | 201 (10.36) | 7.27 | 5.37 | 1.90 | 1.4 |
| Device/shunt thrombosis | 121 (6.24) | 94 (4.85) | 3.65 | 2.51 | 1.14 | 1.5 |
| Deep vein thrombosis (term) | 24 (1.24) | 7 (0.36) | 0.72 | 0.19 | 0.53 | 3.9 |
| **Miscellaneous** | | | | | | |
| Hypoglycemia FDA | 29 (1.49) | 25 (1.29) | 0.87 | 0.67 | 0.20 | 1.3 |
| Gastroenteritis | 27 (1.39) | 16 (0.82) | 0.81 | 0.43 | 0.38 | 1.9 |
| Seizure FDA | 26 (1.34) | 19 (0.98) | 0.78 | 0.51 | 0.27 | 1.6 |
| Pancreatitis FDA | 20 (1.03) | 11 (0.57) | 0.60 | 0.29 | 0.31 | 2.1 |
| **Adverse Drug Reactions Known for ESAs** | | | | | | |
| Systemic hypertension FDA | 89 (4.59) | 110 (5.67) | 2.68 | 2.94 | -0.26 | 0.9 |
| Myocardial infarction FDA | 88 (4.54) | 85 (4.38) | 2.65 | 2.27 | 0.38 | 1.2 |
| Infusion site reaction (term) | 0 (0) | 0 (0) | 0.00 | 0.00 | 0.00 | - |
| Injection site reaction (term) | 0 (0) | 0 (0) | 0.00 | 0.00 | 0.00 | - |
| Bronchospasm FDA | 7 (0.36) | 4 (0.21) | 0.21 | 0.11 | 0.10 | 2.0 |
| Toxic epidermal necrolysis (term) | 0 (0) | 1 (0.05) | 0.00 | 0.03 | -0.03 | 0.0 |
| Stevens-Johnson syndrome (term) | 1 (0.05) | (0) | 0.03 | 0.00 | 0.03 | - |
| Dyspnea FDA | 11 (0.57) | 17 (0.88) | 0.33 | 0.45 | -0.12 | 0.7 |
| Peripheral edema FDA | 5 (0.26) | 2 (0.1) | 0.15 | 0.05 | 0.10 | 2.8 |
| Edema, fluid retention/overload | 76 (3.92) | 76 (3.92) | 2.29 | 2.03 | 0.26 | 1.1 |
| Angina | 27 (1.39) | 30 (1.55) | 0.81 | 0.80 | 0.01 | 1.0 |
| Rash FDA | 2 (0.1) | 2 (0.1) | 0.06 | 0.05 | 0.01 | 1.1 |

All listed adverse events are queries except those denoted by "term," which are individual preferred terms. FDA = FDA query; P-Y = patient-year

Serious thrombotic events and seizures are again prominent. In the NDD patient population, they were detected against a placebo background; importantly, here they are evident even against epoetin alfa, which is itself known to pose these risks. Other signals of concern include serious adverse events of hypoglycemia, gastroenteritis, and pancreatitis.

Many of the adverse drug reactions known for ESAs (Table 23, bottom) are low in frequency and the results are uninterpretable. For the more frequent serious adverse events that are listed as adverse drug reactions for ESAs (e.g., systemic hypertension and edema, fluid retention/overload), event rates with roxadustat are similar to those for epoetin alfa, which would support including them in roxadustat's labeling if the drug is approved. For MI, the relative risk is 1.2. Myocardial infarction will be discussed in detail in the MACE section.

41

CONFIDENTIAL

FGEN-CA-0115108

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

### Study 613

Table 24 shows the serious adverse events in that occurred at a frequency > 5% in the roxadustat group with a relative risk (vs. ESAs) that exceeded 1.3. As has been mentioned previously, thrombosis of vascular access is listed as an adverse drug reaction in the ESA labeling (as a warning). The risk of congestive heart failure is also listed as an adverse drug reaction when ESAs are used to target excessive Hb concentrations. Thus, these signals from Study 613 are quite concerning (both with a relative risk of 2 vs. ESAs), because they suggest that roxadustat's risks are even greater than those of ESAs. Moreover, serious bacterial infections were more frequent with roxadustat than with the ESAs, also as noted in studies in the NDD patient population where roxadustat was compared to placebo. Serious adverse events consistent with other adverse drug reactions from the ESA label were infrequent (not shown).

Table 24: Serious Adverse Events—Study 613

| N (%) | Roxadustat N = 414 | ESA N = 420 | Risk Difference (%) | | Relative Risk |
|---|---|---|---|---|---|
| Congestive heart failure | 31 (7.5%) | 16 (3.8%) | 3.7 | | 2.0 |
| Arteriovenous fistula thrombosis (term) | 29 (7%) | 15 (3.6%) | 3.4 | | 2.0 |
| Device/shunt thrombosis | 35 (8.5%) | 22 (5.2%) | 3.3 | | 1.6 |
| Bacterial infectious disorders | 23 (5.6%) | 16 (3.8%) | 1.8 | | 1.5 |
| Thrombosis | 52 (12.6%) | 43 (10.2%) | 2.4 | | 1.2 |

All listed adverse events are queries except those denoted by "term," which are individual preferred terms.

### All Adverse Events

Table 25 lists all adverse events in the three principal studies in the DD patient population where the adverse event rate was > 2 per 100 P-Y and the relative risk (vs. ESAs) exceeded 1.3. The OT+7 ascertainment window was used; however, results were essentially the same when analyzed with the OT+28 and OT+All windows (data not shown). The listings at the bottom of the table show the adverse events that correspond to adverse drug reactions in the ESA labeling.

Roxadustat shows a strong thrombosis signal here, even when compared to epoetin alfa, a drug for which thrombosis is a labeled adverse drug reaction. With 91% of study subjects on hemodialysis, the rates of device/shunt thrombosis (vascular access thrombosis) are approximately 8.2 and 6.1 per 100 P-Y for roxadustat and epoetin alfa, for a risk difference of 2.1 per 100 P-Y and a relative risk of 1.3. Note that this comparison is based on a large number of adverse events: 271 vs. 228 in the roxadustat and epoetin alfa groups, respectively. Deep vein thrombosis is infrequent (29 vs. 19 events), but the relative risk is 1.7. Vomiting appears here and also appears as a risk in the NDD patient population.

Among the adverse events that correspond to adverse drug reactions in the ESA labeling, the signals for rash, malignancy, MI, peripheral edema, and hypertension are most prominent. In fact, all of the adverse events that correspond with the adverse drug reactions of ESAs show relative risks near or above unity (Stevens-Johnson syndrome and toxic epidermal necrolysis excepted; they are rare). Based on these data, the adverse drug reactions in the ESA labeling should convey to the labeling of roxadustat, if approved.

CONFIDENTIAL

FGEN-CA-0115109

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Table 25: All Adverse Events—Studies 002, 063, 064; OT+7 Ascertainment Window

| | Events, N (%) | | Events (per 100 PY) | | Risk Difference (per 100 P-Y) | Relative Risk Based on P-Y |
|---|---|---|---|---|---|---|
| | Roxadustat | Epoetin alfa | Roxadustat | Epoetin alfa | | |
| | N = 1940 | N = 1940 | 3315 P-Y | 3744 P-Y | | |
| **Thombotic Events** | | | | | | |
| Device/shunt thrombosis/ occlusion/malfunction/stenosis | 319 (16.44) | 276 (14.23) | 9.62 | 7.37 | 2.25 | 1.31 |
| Device/shunt thrombosis | 271 (13.97) | 228 (11.75) | 8.17 | 6.09 | 2.08 | 1.34 |
| Thrombosis | 392 (20.21) | 344 (17.73) | 11.82 | 9.19 | 2.63 | 1.29 |
| Deep vein thrombosis (term) | 29 (1.49) | 19 (0.98) | 0.87 | 0.51 | 0.36 | 1.72 |
| **Gastrointestinal** | | | | | | |
| Vomiting FDA | 161 (8.3) | 134 (6.91) | 4.86 | 3.58 | 1.28 | 1.36 |
| Gastroenteritis | 86 (4.43) | 68 (3.51) | 2.59 | 1.82 | 0.77 | 1.43 |
| **Miscellaneous** | | | | | | |
| Headache FDA | 198 (10.21) | 157 (8.09) | 5.97 | 4.19 | 1.78 | 1.42 |
| Hypotension FDA | 230 (11.86) | 199 (10.26) | 6.94 | 5.32 | 1.62 | 1.31 |
| Fatigue FDA | 115 (5.93) | 97 (5) | 3.47 | 2.59 | 0.88 | 1.34 |
| Pruritus FDA | 103 (5.31) | 85 (4.38) | 3.11 | 2.27 | 0.84 | 1.37 |
| Muscle spasms (term) | 107 (5.52) | 92 (4.74) | 3.23 | 2.46 | 0.77 | 1.31 |
| Hypoglycemia FDA | 79 (4.07) | 70 (3.61) | 2.38 | 1.87 | 0.51 | 1.27 |
| Tachycardia FDA | 73 (3.76) | 60 (3.09) | 2.20 | 1.60 | 0.60 | 1.37 |
| **Adverse Drug Reactions Known for ESAs** | | | | | | |
| Systemic hypertension FDA | 365 (18.81) | 367 (18.92) | 11.01 | 9.80 | 1.21 | 1.12 |
| Edema, fluid retention, overload | 234 (12.06) | 260 (13.4) | 7.06 | 6.95 | 0.11 | 1.02 |
| Dyspnea FDA | 129 (6.65) | 150 (7.73) | 3.89 | 4.01 | -0.12 | 0.97 |
| Peripheral edema FDA | 98 (5.05) | 95 (4.9) | 2.96 | 2.54 | 0.42 | 1.16 |
| Myocardial infarction FDA | 91 (4.69) | 87 (4.48) | 2.74 | 2.32 | 0.42 | 1.18 |
| Rash FDA | 67 (3.45) | 53 (2.73) | 2.02 | 1.42 | 0.60 | 1.43 |
| Angina | 50 (2.58) | 76 (3.92) | 1.51 | 2.03 | -0.52 | 0.74 |
| Bronchospasm FDA | 13 (0.67) | 18 (0.93) | 0.39 | 0.48 | -0.09 | 0.82 |
| Angioedema FDA | 4 (0.21) | 5 (0.26) | 0.12 | 0.13 | -0.01 | 0.90 |
| Anaphylactic reaction FDA | 3 (0.15) | 4 (0.21) | 0.09 | 0.11 | -0.02 | 0.85 |
| Injection site reaction | 2 (0.1) | 2 (0.1) | 0.06 | 0.05 | 0.01 | 1.13 |
| Infusion site reaction, reaction | 1 (0.05) | 7 (0.36) | 0.03 | 0.19 | -0.16 | 0.16 |
| Stevens-Johnson syndrome (term) | 1 (0.05) | 0 (0) | 0.03 | 0.00 | 0.03 | - |
| Toxic epidermal necrolysis (term) | 0 (0) | 1 (0.05) | 0.00 | 0.03 | -0.03 | 0.00 |
| Malignancy FDA | 38 (1.96) | 36 (1.86) | 1.15 | 0.96 | 0.19 | 1.19 |
| Seizure FDA | 45 (2.32) | 33 (1.7) | 1.36 | 0.88 | 0.48 | 1.54 |

Adverse events denoted by "term" are individual preferred terms. All others are queries.

FDA = FDA query; P-Y = patient-year

43

CONFIDENTIAL

FGEN-CA-0115110

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

### Study 613

Table 26 shows the adverse events in that occurred at a frequency > 5% in the roxadustat group with a relative risk (vs. ESAs) that exceeded 1.3, as well as other significant adverse events. The thrombotic adverse events are once again prominent, even against the background of ESAs. (Of note, there are only a few strokes and MIs, and these favor the roxadustat group over the ESA group.) Signals for nausea and congestive heart failure are also obvious, and have been observed in other trials. With respect to the adverse events that correspond to adverse drug reactions in the ESA labels, the only adverse event with a significant number of events is systemic hypertension, which slightly favors roxadustat vs. ESAs.

Table 26: All Adverse Events—Study 613

| N (%) | Roxadustat N = 414 | ESA N = 420 | Risk Difference (%) | | | Relative Risk |
|---|---|---|---|---|---|---|
| **Thrombotic Events** | | | | | | |
| Thrombosis | 77 (18.6%) | 65 (15.5%) | 3.10 | | | 1.2 |
| Deep vein thrombosis (term) | 6 (1.4%) | 0 (0%) | 1.40 | | | - |
| Pulmonary embolism (term) | 4 (1%) | 2 (0.5%) | 0.50 | | | 2.0 |
| Device/shunt thrombosis | 64 (15.5%) | 45 (10.7%) | 4.80 | | | 1.4 |
| Arteriovenous fistula thrombosis (term) | 50 (12.1%) | 31 (7.4%) | 4.70 | | | 1.6 |
| Myocardial infarction FDA | 10 (2.4%) | 17 (4%) | -1.60 | | | 0.6 |
| Ischemic stroke | 1 (0.2%) | 6 (1.4%) | -1.20 | | | 0.2 |
| **Miscellaneous** | | | | | | |
| AV fistula thrombosis/occlusion/ malfunction/stenosis | 71 (17.1%) | 57 (13.6%) | 3.50 | | | 1.3 |
| Nausea FDA | 30 (7.2%) | 8 (1.9%) | 5.30 | | | 3.8 |
| Congestive heart failure | 34 (8.2%) | 20 (4.8%) | 3.40 | | | 1.7 |
| Pruritus FDA | 25 (6%) | 12 (2.9%) | 3.10 | | | 2.1 |
| Dizziness FDA | 25 (6%) | 17 (4%) | 2.00 | | | 1.5 |
| **Adverse Drug Reactions Known for ESAs** | | | 0.00 | | | - |
| Systemic hypertension FDA | 79 (19.1%) | 85 (20.2%) | -1.10 | | | 0.9 |
| Edema, fluid retention, overload | 18 (4.3%) | 23 (5.5%) | -1.20 | | | 0.8 |
| Dyspnea FDA | 16 (3.9%) | 15 (3.6%) | 0.30 | | | 1.1 |
| Myocardial infarction FDA | 10 (2.4%) | 17 (4%) | -1.60 | | | 0.6 |
| Peripheral edema FDA | 10 (2.4%) | 9 (2.1%) | 0.30 | | | 1.1 |
| Rash FDA | 9 (2.2%) | 11 (2.6%) | -0.40 | | | 0.8 |
| Angina | 8 (1.9%) | 12 (2.9%) | -1.00 | | | 0.7 |
| Bronchospasm FDA | 1 (0.2%) | 1 (0.2%) | 0.00 | | | 1.0 |
| Toxic epidermal necrolysis | 1 (0.2%) | 0 (0%) | 0.20 | | | - |
| Infusion site reaction | 0 (0%) | 0 (0%) | 0.00 | | | - |
| Injection site reaction | 0 (0%) | 0 (0%) | 0.00 | | | - |
| Stevens-Johnson syndrome | 0 (0%) | 0 (0%) | 0.00 | | | - |

All listed adverse events are queries except those denoted by "term," which are individual preferred terms. FDA = FDA query

44

FGEN-CA-0115111

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Laboratory Findings

Laboratory findings were analyzed separately for the NDD and DD patient populations. The only important finding was related to abnormal hepatic laboratory values. We obtained expert consultation from the Division of Hepatology and Nutrition, who conferred with the Office of Surveillance and Epidemiology.

### NDD population

Figure 5 is a standard eDISH scatterplot of total bilirubin (x upper limit of normal [ULN]) by peak alanine aminotransferase (ALT) or aspartate aminotransferase (AST) (x ULN) for the three principal studies in the NDD population. There were nine cases of increased total and direct bilirubinemia in the roxadustat treatment arms, vs. none in placebo (left upper cholestasis quadrant, yellow highlighted area). Few appeared in the right upper quadrant of the cholestatic scatterplot (data not shown), indicating that most of these jaundiced, cholestatic cases did not have significant elevations in alkaline phosphatase (AP). There was also a modest overall shift in patients in the roxadustat arm toward the upper right part of the eDISH plot (higher ALT/AST, higher bilirubin).

Figure 5: NDD population—Plot of Hepatocellular Injury (Total Bilirubin vs. ALT or AST)



### DD population

The eDISH scatterplot (Figure 6) does not show the same general shift in roxadustat-treated patients toward the upper right quadrant as was observed in the NDD trials. With equal randomization to roxadustat or epoetin alfa, there tend to be fewer roxadustat-treated patients in the Hy's Law and Temple's Corollary quadrants.

As was observed in the NDD studies, however, in the left upper cholestasis quadrant (yellow highlighted area) there are 19 roxadustat-treated subjects vs. 1 in epoetin alfa-treated subject. Few subjects

45

CONFIDENTIAL

FGEN-CA-0115112

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

appeared in the right upper quadrant of the cholestatic scatterplot (data not shown). These findings also suggest direct hyperbilirubinemia, not accompanied by significant AP elevations.

Figure 6: DD population—Plot of Hepatocellular Injury (Total Bilirubin vs. ALT or AST)



For both the NDD and DD patient populations, our experts reviewed narratives and clinical details on all patients with important abnormalities in liver tests, and found a total of 19 patients of potential concern for severe DILI with jaundice, either cholestatic, hepatocellular, or mixed pattern. They assessed all cases as unlikely to represent liver injury due to roxadustat. All had a more likely competing diagnosis (e.g., sepsis, gallstone disease, shock liver, congestive hepatopathy, acute viral hepatitis), latency inconsistent with DILI, or resolution despite continuation of drug and/or negative re-challenge.

In summary, roxadustat may cause bland cholestasis (elevated bilirubin without significant elevation in hepatic transaminases), but no significant hepatocellular injury. For the overall NDD and DD populations, there were 19 cases in 4326 roxadustat-treated subjects, i.e., a rate of 0.44%. There were no Hy's Law cases; indeed, careful analysis of all suspicious cases revealed no cases of obvious DILI.

Bland cholestasis generally carries a good prognosis if the inciting event is resolved or the drug is held. Examples of drugs that cause DILI-related bland cholestasis include estrogens and androgens. The recommendation from our consultants was that bland cholestasis would not merit a Warning in labeling; however, for elevations of bilirubin/AP, the drug should be held until resolution, absent clear evidence of another cause, e.g., sepsis.

## Analysis of MACE

### NDD Patient Population

The objective of the NDD MACE assessment was to demonstrate non-inferiority of roxadustat compared with placebo with respect to cardiovascular risk, based on a meta-analysis of the three principal phase 3

46

CONFIDENTIAL

FGEN-CA-0115113

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

randomized, placebo-controlled trials (001, 060, 608). As noted above, MACE was a composite endpoint that included MI, stroke, and all-cause mortality. Study endpoints were adjudicated by an independent clinical endpoint committee, whose members were blinded to treatment assignment.

The FDA did not agree prospectively on a risk margin and did not agree on the interpretation of the results using strictly a non-inferiority hypothesis testing approach. As such, our interpretation focuses on the estimation of the MACE risk and the uncertainty around it (95% confidence interval) in the NDD patient population.

The MACE meta-analysis included pre-specified, trial-specific stratification factors. The applicant also provided results using common stratification factors defined post hoc. The findings were qualitatively similar, regardless of the stratification factors.

**Event Ascertainment Window:** The ascertainment window for the primary analysis included the entire study duration, regardless of treatment exposure after randomization, referred to as the On-study analysis. An analysis using the OT+7 ascertainment window was conducted as a sensitivity analysis.

**Analysis Model:** For each trial, Cox regression was used to model the treatment effect (roxadustat vs. placebo), stratified by baseline Hb values (< 8 g/dL vs. ≥ 8 g/dL); history of cardiovascular, cerebrovascular, or thromboembolic diseases (yes vs. no); baseline eGFR (< 30 vs. ≥ 30); and geographic region (US vs. others for Studies 001 and 608; Western Europe vs. others for Study 608). Hazard ratios from each trial were combined using weights inversely proportional to the variance of the study-specific log HR estimates, thereby providing an overall estimate of the HR and its uncertainty (95% CI). This approach preserves the randomization of each trial and avoids a naïve assumption that the patient samples in each trial are exchangeable.

**MACE Composite Endpoint—NDD Population:** Results for time to first MACE for both the on-study and OT+7 analyses are shown in Table 27.

Table 27: Summary of MACE Analysis Results in the NDD Population

| | On-study Analysis (Primary) | | OT+7 Analysis (Sensitivity) | |
|---|---|---|---|---|
| | Roxadustat<br>N = 2386<br>PY = 4509.6 | Placebo<br>N = 1884<br>PY = 3406.2 | Roxadustat<br>N = 2386<br>PY = 3843.2 | Placebo<br>N = 1884<br>PY = 2331.6 |
| Events (rate) | 480 (10.6) | 350 (10.3) | 277 (7.2) | 131 (5.6) |
| HR (95% CI) | 1.10 (0.96, 1.27) | | 1.38 (1.11, 1.70) | |

There is a considerable difference between the estimated HRs for the primary On-study analysis and the OT+7 sensitivity analyses, with HRs (95% CI) of 1.10 (0.96, 1.27) and 1.38 (1.11, 1.70), respectively. Whereas the results seem reassuring for the On-study analysis, the lower limit of the 95% CI for the OT+7 sensitivity analysis (1.11) excludes 1.0. Although the exclusion of 1 in the OT+7 analysis merits concern, the differential exposure between roxadustat and placebo complicates the interpretation of the OT+7 analysis in isolation, as this may not represent a fair randomized comparison. For example, subjects who discontinue treatment early (higher in placebo than roxadustat) are censored at the point of treatment discontinuation. In a population in which MACE occurs at a rate > 5 per 100 PY, because subjects in the roxadustat arm are exposed to treatment for a longer duration, they are at risk for a

47

FGEN-CA-0115114

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

longer period of time. Thus, the differential dropout may contribute to a biased estimate of the treatment effect in the OT+7 analysis that disfavors roxadustat.

Figure 7 shows the Kaplan-Meier survival curves for MACE. Of note, the OT+7 analysis includes ~22% less follow-up time than the On-study analysis. Event rates (roxadustat vs. placebo) were 10.6 and 10.3 per 100 P-Y in the On-Study analysis, and 7.2 and 5.6 per 100 P-Y in the OT+7 analysis. Many events occurred beyond the 7-day post-treatment window of the OT+7 analysis, with disproportionately more events in the placebo group, especially for all-cause death.

Figure 7: Time to First MACE— On-study Analysis (Left); OT+7 Analysis (Right)



Source: FDA analysis.

MACE results are shown graphically by study, as well as by its components, for the On-study analysis (Figure 8) and the OT+7 analysis (Figure 9).[2] For the On-study analysis where the overall estimated HR for MACE is 1.10, there are trends for increased stroke, and particularly increased MI, in the roxadustat treatment groups (Figure 8). For the OT+7 analysis where the overall estimated HR for MACE is 1.38, there is a nominally statistically significant finding for all-cause mortality (not favoring roxadustat), which is driven by the Study 001, the largest study (Figure 9). There are also trends for higher rates of stroke and MI for roxadustat, and these trends are fairly consistent across the three studies.

---

[2] Note that for this composite endpoint, the sums of the individual component events do not equal the total numbers of first MACE.

48

FGEN-CA-0115115

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

### Figure 8: MACE and its Components for Studies in the NDD Population (On-study Analysis)

| | Number of Events/ PY/ Rate | | |
|---|---|---|---|
| | Roxadustat (N = 2,386) | Placebo (N = 1,884) | HR [95% CI] |
| **MACE** | | | |
| All Studies | 480/ 4510/ 10.6 | 350/ 3406/ 10.3 | 1.10 [0.96, 1.27] |
| 060 | 87/ 1277/ 6.8 | 39/ 536/ 7.3 | 0.89 [0.60, 1.30] |
| 608 | 61/ 534/ 11.4 | 24/ 258/ 9.3 | 1.23 [0.76, 1.99] |
| 001 | 332/ 2699/ 12.3 | 287/ 2612/ 11.0 | 1.13 [0.96, 1.32] |
| **Myocardial Infarction** | | | |
| All Studies | 86/ 4521/ 1.9 | 52/ 3396/ 1.5 | 1.29 [0.90, 1.85] |
| 060 | 21/ 1277/ 1.6 | 5/ 531/ 0.9 | 1.60 [0.59, 4.30] |
| 608 | 11/ 536/ 2.1 | 3/ 260/ 1.2 | 2.07 [0.56, 7.69] |
| 001 | 54/ 2708/ 2.0 | 44/ 2605/ 1.7 | 1.19 [0.80, 1.78] |
| **Stroke** | | | |
| All Studies | 56/ 4546/ 1.2 | 36/ 3411/ 1.1 | 1.25 [0.82, 1.90] |
| 060 | 9/ 1285/ 0.7 | 5/ 531/ 0.9 | 0.76 [0.25, 2.31] |
| 608 | 8/ 540/ 1.5 | 3/ 260/ 1.2 | 1.26 [0.33, 4.78] |
| 001 | 39/ 2721/ 1.4 | 28/ 2620/ 1.1 | 1.37 [0.84, 2.23] |
| **All-cause Mortality** | | | |
| All Studies | 400/ 4798/ 8.3 | 301/ 3721/ 8.1 | 1.08 [0.93, 1.26] |
| 060 | 70/ 1308/ 5.4 | 36/ 541/ 6.7 | 0.75 [0.50, 1.13] |
| 608 | 46/ 546/ 8.4 | 20/ 262/ 7.6 | 1.11 [0.65, 1.90] |
| 001 | 284/ 2944/ 9.6 | 245/ 2919/ 8.4 | 1.15 [0.97, 1.37] |

Source: FDA Analysis

Hazard Ratio (0.25, 0.5, 1, 2, 4)
← Favor roxadustat      Favor ESA →

### Figure 9: MACE and its Components for Studies in the NDD Population (OT+7 Analysis)

| | Number of Events/ PY/ Rate | | |
|---|---|---|---|
| | Roxadustat (N = 2,386) | Placebo (N = 1,884) | HR [95% CI] |
| **MACE** | | | |
| All Studies | 277/ 3843/ 7.2 | 131/ 2332/ 5.6 | 1.38 [1.11, 1.70] |
| 060 | 40/ 1124/ 3.6 | 11/ 382/ 2.9 | 1.19 [0.60, 2.35] |
| 608 | 40/ 470/ 8.5 | 18/ 201/ 9.0 | 0.89 [0.50, 1.59] |
| 001 | 197/ 2249/ 8.8 | 102/ 1749/ 5.8 | 1.51 [1.19, 1.92] |
| **Myocardial Infarction** | | | |
| All Studies | 72/ 3869/ 1.9 | 37/ 2340/ 1.6 | 1.22 [0.81, 1.84] |
| 060 | 18/ 1133/ 1.6 | 4/ 382/ 1.0 | 1.49 [0.50, 4.46] |
| 608 | 11/ 473/ 2.3 | 3/ 201/ 1.5 | 1.41 [0.37, 5.44] |
| 001 | 43/ 2264/ 1.9 | 30/ 1757/ 1.7 | 1.16 [0.72, 1.85] |
| **Stroke** | | | |
| All Studies | 48/ 3888/ 1.2 | 21/ 2350/ 0.9 | 1.53 [0.91, 2.57] |
| 060 | 9/ 1138/ 0.8 | 2/ 383/ 0.5 | 1.88 [0.40, 8.82] |
| 608 | 6/ 477/ 1.3 | 3/ 202/ 1.5 | 0.83 [0.20, 3.41] |
| 001 | 33/ 2273/ 1.5 | 16/ 1765/ 0.9 | 1.65 [0.91, 3.01] |
| **All-cause Mortality** | | | |
| All Studies | 183/ 3914/ 4.7 | 85/ 2358/ 3.6 | 1.40 [1.08, 1.82] |
| 060 | 18/ 1146/ 1.6 | 6/ 383/ 1.6 | 0.82 [0.32, 2.14] |
| 608 | 24/ 480/ 5.0 | 14/ 202/ 6.9 | 0.72 [0.36, 1.42] |
| 001 | 141/ 2287/ 6.2 | 65/ 1773/ 3.7 | 1.68 [1.25, 2.26] |

Source: FDA analysis

Hazard Ratio (0.25, 0.5, 1, 2, 4)
← Favor roxadustat      Favor ESA →

49

FGEN-CA-0115116

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

### MACE in Study 610

Study 610 compared roxadustat to darbepoetin alfa, rather than a placebo. Results for time to first MACE are shown in Table 28 for the On-study and OT+7 approaches. For both analyses, the estimated HRs tended to favor roxadustat over darbepoetin alfa; however, the results were not statistically significant.

Table 28: Summary of MACE Results in Study 610

| | On-study Analysis | | OT+7 Analysis | |
|---|---|---|---|---|
| | Roxadustat<br>N = 323<br>PY = 575.7 | Darbepoetin alfa<br>N = 293<br>PY = 522.6 | Roxadustat<br>N = 323<br>PY = 517.7 | Darbepoetin alfa<br>N = 293<br>PY = 477.1 |
| Events (rate per 100 P-Y) | 49 (8.5) | 48 (9.2) | 31 (6.0) | 39 (8.2) |
| HR (95% CI) | 0.89 (0.60, 1.33) | | 0.70 (0.44, 1.12) | |

PY = patient years; OT+7 = On-treatment + 7 days analysis

## DD Patient Population:

The objective of the MACE assessment in the DD population was to demonstrate non-inferiority of roxadustat to ESA, based on a meta-analysis of the three principal, phase 3, randomized, ESA-controlled trials (002, 063, 064). MACE was defined as it was for the NDD Population: the composite of all-cause mortality, MI, and stroke, and study endpoints were adjudicated by a blinded, independent clinical endpoint committee. The FDA did not agree prospectively on a risk margin using strictly a non-inferiority hypothesis testing approach. As such, our interpretation focuses on the estimation of the MACE risk and the uncertainty around it (95% CI) in the DD patient population. The primary analysis of MACE was based on the meta-analysis using pre-specified, trial-specific stratification factors.

**Event Ascertainment Window:** Two ascertainment windows were pre-specified in the protocol. The window of event ascertainment for the primary analysis was to include MACE that occurred after the first dose date and within 7 days after the last dose of study drug, or until the first dose of another anemia drug other than the randomized treatment. This is referred to as the OT+7 analysis.

As a sensitivity analysis, an On-study analysis was conducted that included events occurring during the study regardless of the treatment exposure after randomization.

**Analysis Model:** For each trial, Cox regression was used to model the treatment effect (roxadustat vs. ESA), stratified by geographic region (US vs. non-US); history of cardiovascular, cerebrovascular, or thromboembolic diseases (yes vs. no); screening Hb values ($\leq$ 8 g/dL vs. > 8 g/dL for Study 063; $\leq$ 10.5 g/dL vs. > 10.5 g/dL for Studies 064 and 002); average prescribed weekly ESA dose in the 4 weeks prior to randomization (epoetin alfa dose, or equivalent epoetin alfa dose for patients on non-epoetin alfa ESA at baseline, of $\leq$ 150 vs. > 150 IU/kg/week for Study 064; not included as a stratification variable for Studies 063 and 002); and incident vs. stable dialysis (dialysis duration $\leq$ 4 months vs. > 4 months for Study 002; not included as stratification variable for Studies 063 and 064). HRs were estimated for each study and then combined using weights inversely proportional to the variance of the study-specific log HR estimates to provide an overall estimate of the HR and its uncertainty (95% CI).

**On-treatment Analysis Result (Primary Analysis):** Comparing roxadustat to epoetin alfa, the estimated HR (95% CI) for time to first MACE event was 1.02 (0.88, 1.20), i.e., neutral (Table 29). There were 306

50

CONFIDENTIAL

FGEN-CA-0115117

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

and 339 subjects with MACE in the roxadustat and ESA groups, respectively, with follow-up time-adjusted incidence rates of 9.4 and 9.3 per 100 P-Y.

**On-study Analysis Result (Sensitivity Analysis):** The estimated HR (95% CI) for time to first MACE event was 1.14 (1.00, 1.30), such that the difference was nearly statistically significant (Table 29). There were 482 and 451 subjects with MACE in the roxadustat and ESA groups, respectively, with follow-up time-adjusted incidence rates of 12.4 and 10.9 per 100 P-Y. The HR was driven by differences in all-cause mortality and MI; stroke was neutral.

Table 29: Summary of MACE Analysis Results in the DD Population

|  | OT+7 Analysis (Primary) | | On-Study Analysis (Sensitivity) | |
|---|---|---|---|---|
|  | Roxadustat<br>N = 1940<br>PY = 3261.2 | ESA<br>N = 1940<br>PY = 3660.3 | Roxadustat<br>N = 1940<br>PY = 3898.9 | ESA<br>N = 1940<br>PY = 4151.0 |
| Events (rate per 100 P-Y) | 306 (9.4) | 339 (9.3) | 482 (12.4) | 451 (10.9) |
| HR (95% CI) | 1.02 (0.88, 1.20) | | 1.14 (1.00, 1.30) | |

Kaplan-Meier plots for time to first MACE are shown for the OT+7 and On-study analyses in Figure 10.

Figure 10: Time to First MACE—OT+7 Analysis (Left); On-study Analysis (Right)



Source: FDA analysis.

Figure 11 and Figure 12 show the results by MACE component and by study for the OT+7 and On-study analyses, respectively.[3] The study-specific estimates and confidence intervals are illustrated for comparison.

---

[3] Note that for this composite endpoint, the sums of the individual component events do not equal the total numbers of first MACE.

51

FGEN-CA-0115118

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Figure 11: MACE and its Components for Studies in the DD Population (OT+7 Analysis)



Source: FDA Analysis

## Figure 12: MACE and its Components for Studies in the DD Population (On-Study Analysis)

Source: FDA analysis

52

FGEN-CA-0115119

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

**Adjudicated Death:** During the OT+7 period in the combined DD studies, there were 207 and 232 deaths in roxadustat and epoetin alfa treated subjects, respectively, with exposure-adjusted rates of 6.2 and 6.1 per 100 P-Y. The estimated HR was 1.02 (0.84, 1.23) (Figure 11).

In the On-Study analysis, the HR was 1.17, with a 95% CI that excluded 1 (1.02, 1.35) (Figure 12). There were 413 and 369 deaths in roxadustat and epoetin alfa treated subjects, respectively, with exposure-adjusted rates of 9.9 and 8.4 per 100 P-Y. The estimated HRs for all-cause mortality were fairly consistent across the 4 studies, and ranging from 1.09 to 1.43.

## Study 613

Study 613 was not part of the pooled analysis because of differences in study design, however, there were 57 deaths (8.9 per 100 PY) in roxadustat-treated patients (N = 414) vs. 45 (6.3 per 100 PY) in the ESA group (N = 420) in the OT+7 ascertainment window. The nominal HR was 1.54, and the 95% CI (1.04, 2.28) excluded 1. There were additional deaths in the OT+28 and On-study analyses; however, the estimated HRs were similar and the 95% CIs also excluded 1.

Figure 13 shows the Kaplan-Meier graph for all-cause mortality for Study 613, OT+28 ascertainment window.

Figure 13: All-cause Mortality—Study 613; OT+28 Ascertainment Window



## Relation Between Thrombotic Events, Roxadustat Dose, Hb Level, and Hb Rate of Change

The relation between the risk of adverse cardiovascular events, ESA dose, Hb concentration, and Hb rate of change has been of longstanding interest to FDA. The issues were initially raised in FDA's 2001 review of the Biologics License Application for darbepoetin alfa [10]. Given the similar nature of the safety signals for darbepoetin alfa and roxadustat and questions about roxadustat dose and excursions in Hb, we performed similar analyses for thromboembolic adverse events for the key studies in the roxadustat application, and asked the applicant to conduct the analyses to corroborate our findings.

53

CONFIDENTIAL

FGEN-CA-0115120

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Analyses were conducted for the OT+7 ascertainment window, separately for the NDD and DD populations. Only the first thromboembolic event was considered for patients who experienced more than one event.

## Thromboembolic Events in Relation to Drug Dose

A.    The mean study drug dose (adjusted for weight) was calculated for each subject, and subjects were arranged in quintiles on this basis (by treatment group). The numbers of thromboembolic events were tabulated by dose quintile for both treatment groups and expressed as percent of subjects with events.

B.    Because these drugs are titrated to effect throughout the treatment period, an alternative analysis was conducted using a moving average of the dose. Specifically, for each week on treatment, the mean weight-adjusted dose was calculated for the preceding 4 weeks. For example, the dose at Week 16 was the mean dose during Weeks 12 through 16. Based on the mean weight-adjusted dose for each week, the patient-weeks were divided into quintiles, and the numbers of thromboembolic events were tabulated by quintile for both treatment groups. Event rates were expressed as events per 52 patient-weeks (P-Y). A similar analysis was conducted on the basis of the weight-adjusted dose during 2-week intervals preceding the events. Finally, the analysis was conducted on the basis of the weight-adjusted dose most proximal to the event (previous week).

### NDD Patient Population

The relation between overall weight-adjusted study agent dose and thromboembolic events is shown in Figure 14 for the NDD subject population. The figure shows the 5 quintiles from lowest (Q1) to highest (Q5) dose. The y-axis shows the percent of subjects with events, and the numbers in each bar represent the numbers of subjects with events. There appear to be fewer events in Q1, the quintile with the lowest overall weight-adjusted dose.

Figure 14: Thromboembolic Events vs. Overall Total Weight-adjusted Dose of Study Agent— NDD Population



Figure 15 shows the relation between the rate of thromboembolic events (per 52 patient-weeks) and the weight-adjusted doses administered in the 4 weeks preceding the event (left) and the week preceding the event (right). The numbers inside the bars represent the numbers of events. Here, there are fairly strong associations between the preceding dose and thromboembolic events in roxadustat-

54

CONFIDENTIAL

FGEN-CA-0115121

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

treated subjects. As expected, no association is evident in subjects who received placebo. The results for the 2 analyses are similar.

Figure 15: Thromboembolic Events vs. Weight-adjusted Dose of Study Agent—Received in Preceding 4 Weeks (Left); Received at Onset of Event (Right)—NDD Population



## DD Patient Population

Figure 16 shows relations between weight-adjusted study agent dose and thromboembolic events. There appears to be a weak association between total dose and probability of a thromboembolic event in roxadustat-treated subjects. For subjects who received ESAs, there is no clear association.

Figure 16: Thromboembolic Events vs. Overall Total Weight-adjusted Dose of Study Agent—DD Population



For subjects who received ESAs, the association is not clear. The results for the two analyses are similar.

Figure 17 shows a reasonable association between weight-adjusted dose and the rate of thromboembolic events in subjects who received roxadustat. For subjects who received ESAs, the association is not clear. The results for the two analyses are similar.

55

CONFIDENTIAL

FGEN-CA-0115122

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Figure 17: Thromboembolic Events vs. Weight-adjusted Dose of Study Agent—Received in Preceding 4 weeks (Left); Received at Onset of Event (Right)—DD Population



## Thromboembolic Events in Relation to Hb Concentration

Hb values were estimated for all subjects for all weeks on-treatment, and the patient-weeks were placed into quintiles on this basis, separately by treatment arm. The numbers of thromboembolic events were assessed for each quintile for both treatment arms and expressed as rate per 52 patient-weeks.

### NDD Patient Population

Figure 18 shows the relation between the rate of thromboembolic events and Hb concentration. It has been observed in a number of Hb target studies that subjects with lower Hb values are at higher risk of cardiovascular events. Thus, the relation seen in the figure is not surprising, although the increase in events in the highest quintile (Q5) in roxadustat-treated subjects suggests that targeting higher Hb values may lead to excess thromboembolic events.

Figure 18: Thromboembolic Events vs. Hb at the Time of Event—NDD Population



### DD Patient Population

Figure 19 shows the relation between the rate of thromboembolic events and Hb concentration in the DD population, and once again there are greater numbers of cardiovascular events with lower Hb

CONFIDENTIAL

FGEN-CA-0115123

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

values. The greater event rate in Q5 in the roxadustat subjects is not observed here as is was in the NDD population.

Figure 19: Thromboembolic Events vs. Hb at the Time of Event—DD Population



## Thromboembolic Events in Relation to Hb Rate of Change

The Hb rate of change (g/dL/week) was estimated for each week that each subject was on treatment by fitting a linear regression line through the Hb values obtained during the preceding 4 weeks. Patient-weeks with a rising Hb level (Hb vs. time slope was $\geq 0$) were placed in quintiles. The adverse events were tabulated for each quintile for both treatment arms, and results were expressed as adverse events per 52 patient-weeks (P-Y). A similar analysis was conducted for Hb rate of decline, based on patient-weeks with a falling Hb level (Hb vs. time slope < 0). Of note, rates of rise and decline could be estimated for only a limited number of events because Hb assessments were scheduled less frequently later in the trials, and two values were necessary to calculate a slope. The majority of the thromboembolic events occurred when only one Hb assessment was available and rate of change could not be estimated.

### NDD Patient Population

Figure 20 shows the relation between thromboembolic events an Hb rate of rise leading up to the event. The numbers of events are quite small; most events did not have two Hb values leading up to the event that were necessary to calculate a slope. Nevertheless, there appears to be an association suggesting that limiting Hb rate of rise could decrease the incidence of thromboembolic events.

CONFIDENTIAL                                                                                FGEN-CA-0115124

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Figure 20: Thromboembolic Events vs. Hb Rate of Change Leading to Event—NDD Population



## DD Patient Population

For the DD population, there were greater numbers of thromboembolic events for which a Hb slope could be calculated (Figure 21). There is a notable association between thromboembolic events and slope for both treatment groups, suggesting that measures to limit Hb rate of rise could decrease the frequency of thromboembolic events.

Figure 21: Thromboembolic Events vs. Hb Rate of Change Leading to Event—DD Population



# Summary of Important Risks

## Death

The results for all-cause mortality are difficult to interpret. In both the NDD and DD patient populations, the results of the meta-analyses are nearly neutral for the primary analyses, but nominally statistically significantly unfavorable for roxadustat in the sensitivity analyses. Specifically, for the NDD patient population, the estimated HR for the primary on-study analysis is 1.08, whereas there is a nominally statistically significant finding (not favoring roxadustat) for the OT+7 sensitivity analysis (HR = 1.40; 95% CI 1.08, 1.82). For the DD population, the estimated HR for the primary OT+7 analysis was 1.02, whereas the HR for the on-study sensitivity analysis was nominally statistically significant (HR 1.17, 95% CI 1.02,

58

FGEN-CA-0115125

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

1.35). Although Study 613 was not one of the studies in the meta-analysis, its mortality finding is a concern. In general, concordance between primary statistical analyses and sensitivity analyses provides confidence in the validity of the results. With the observed discordance here, the results are inconclusive.

Other important risks of MI, stroke, thrombosis, device/shunt thrombosis, systemic hypertension, seizure, and malignancy are summarized separately for the NDD and DD populations.

## NDD Population

Table 30 summarizes the more important risks in the NDD patient population, as extracted from the principal data sources in the NDA. Note that the sample sizes and methods of expression differ among the sources. For studies 001, 060, and 068, the numbers in parentheses in the "Roxadustat" and "Comparator" columns represent rates per 100 P-Y. For study 610, the numbers in parentheses represent percent of subjects. Risk differences and relative risk are based on events per 100 P-Y for Studies 001, 060, 068, and percent of subjects for Study 610. For relative risk, the vertical dashed line is set to 1.0.

CONFIDENTIAL

FGEN-CA-0115126

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

### Table 30: Important Risks in the NDD Patient Population; Combined Data Sources

| | Roxadustat | Comparator | Risk Difference | | Relative Risk |
|---|---|---|---|---|---|
| **Myocardial Infarction** | | | | | |
| Studies 001, 060, 068; MACE - On-study | 86 (1.9) | 52 (1.5) | 0.4 | | 1.3 |
| Studies 001, 060, 068; MACE - OT+7 | 72 (1.9) | 37 (1.6) | 0.3 | | 1.2 |
| Studies 001, 060, 068; Serious AEs | 54 (1.4) | 31 (1.3) | 0.1 | | 1.1 |
| Study 610 | 7 (2.2%) | 8 (2.7%) | -0.5 | | 0.8 |
| **Stroke** | | | | | |
| Studies 001, 060, 068; MACE - On-study | 56 (1.2) | 36 (1.1) | 0.1 | | 1.3 |
| Studies 001, 060, 068; MACE - OT+7 | 48 (1.2) | 21 (0.9) | 0.3 | | 1.5 |
| Studies 001, 060, 068; Serious AEs | 53 (1.3) | 26 (1.1) | 0.3 | | 1.2 |
| Study 610 | 2 (0.6%) | 5 (1.7%) | -1.1 | | 0.4 |
| **Thrombosis** | | | | | |
| Studies 001, 060, 068; Serious AEs | 140 (3.6) | 58 (2.5) | 1.10 | | 1.5 |
| Studies 001, 060, 068; All AEs | 195 (4.1) | 76 (2.0) | 2.10 | | 2.0 |
| Study 610; Serious AEs | 20 (6.2%) | 13 (4.4%) | 1.80 | | 1.4 |
| Study 610; All AEs | 25 (7.7%) | 15 (5.1%) | 2.60 | | 1.5 |
| **Device/Shunt Thrombosis** | | | | | |
| Studies 001, 060, 068; Serious AEs | 36 (0.9) | 8 (0.3) | 0.60 | | 2.7 |
| Studies 001, 060, 068; All AEs | 88 (1.8) | 20 (0.5) | 1.30 | | 3.4 |
| **Systemic Hypertension** | | | | | |
| Studies 001, 060, 068; Serious AEs | 75 (1.9) | 46 (2.0) | 0.40 | | 1.3 |
| Studies 001, 060, 068; All AEs | 411 (8.6) | 224 (6.0) | 2.60 | | 1.4 |
| Study 610; Serious AEs | 9 (3%) | 8 (3%) | 0.00 | | 1.0 |
| Study 610; All AEs | 87 (27%) | 90 (31%) | -4.0 | | 0.9 |
| **Seizures** | | | | | |
| Studies 001, 060, 068; Serious AEs | 9 (0.2) | 1 (0) | 0.20 | | 5.4 |
| Studies 001, 060, 068; All AEs | 24 (0.5) | 3 (0.1) | 0.40 | | 6.2 |
| Study 610; Serious AEs | 2 (0.6%) | 0 (0%) | 0.60 | | - |
| **Malignancy** | | | | | |
| Studies 001, 060, 068; Serious AEs | 37 (1.0) | 23 (1.0) | 0.00 | | 1.0 |
| Studies 001, 060, 068; All AEs | 43 (0.9) | 34 (0.9) | 0.00 | | 1.0 |
| Study 610; Serious AEs | 9 (3%) | 7 (2%) | 0.40 | | 1.2 |

Relative to placebo, there are signals for all of the thrombotic adverse events, particularly the thrombosis query (RR $\cong$ 1.6) and device/shunt thrombosis (RR $\cong$ 3). Seizures have a RR $\cong$ 6. Malignancy is neutral. Myocardial infarction, stroke, and hypertension have RRs in the 1.2- to 1.3-range, which are difficult to interpret given the differential rates of dropout between subjects who received roxadustat and placebo.

60

CONFIDENTIAL

FGEN-CA-0115127

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

**Adverse Events by Subgroup**

Table 31 shows adverse events in the OT+7 ascertainment window for four major risks by subgroup. The numbers in the table represent events per 100 P-Y. Relative risks (RR) are unitless. Continuous variables are shown in quartiles, e.g., age, body mass index (BMI), baseline Hb, and baseline GFR.

Table 31: Major Risks by Subgroup in the NDD Population (All Adverse Events; OT+7 Analysis)

| Events per 100 P-Y | | Percent of Subjects | Thrombosis, all | | | Device/shunt thrombosis, occlusion, malfunction, stenosis | | | Sepsis | | | Seizure | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Rox | Pbo | RR | Rox | Pbo | RR | Rox | Pbo | RR | Rox | Pbo | RR |
| All | All | 100% | 5.0 | 3.3 | 1.5 | 2.3 | 0.9 | 2.6 | 2.6 | 1.2 | 2.1 | 0.6 | 0.1 | 4.8 |
| Sex | Female | 58% | 4.8 | 2.7 | 1.8 | 2.5 | 0.8 | 3.2 | 2.4 | 0.8 | 3.0 | 0.7 | 0.1 | 4.7 |
| | Male | 42% | 5.5 | 4.2 | 1.3 | 1.9 | 1.0 | 2.0 | 2.8 | 1.8 | 1.6 | 0.5 | 0.1 | 4.9 |
| Baseline age quartile | 18-53 | 24% | 3.7 | 1.8 | 2.1 | 3.4 | 1.4 | 2.4 | 2.0 | 0.8 | 2.5 | 1.0 | 0.4 | 2.4 |
| | 54-63 | 26% | 5.9 | 4.3 | 1.4 | 2.4 | 0.9 | 2.9 | 2.4 | 1.2 | 2.0 | 0.6 | 0.0 | – |
| | 64-72 | 24% | 5.3 | 3.5 | 1.5 | 2.0 | 0.5 | 3.9 | 3.5 | 1.0 | 3.5 | 0.5 | 0.0 | – |
| | 73-100 | 25% | 5.2 | 3.3 | 1.6 | 1.3 | 0.8 | 1.6 | 2.4 | 1.7 | 1.4 | 0.4 | 0.2 | 2.7 |
| Age ≥ 65 | No | 53% | 4.9 | 3.3 | 1.5 | 2.9 | 1.1 | 2.5 | 2.2 | 1.0 | 2.3 | 0.7 | 0.2 | 4.1 |
| | Yes | 47% | 5.3 | 3.3 | 1.6 | 1.6 | 0.6 | 2.6 | 3.1 | 1.5 | 2.1 | 0.5 | 0.1 | 5.9 |
| Age ≥ 75 | No | 79% | 5.1 | 3.1 | 1.7 | 2.5 | 0.9 | 2.8 | 2.5 | 1.1 | 2.4 | 0.6 | 0.1 | 5.8 |
| | Yes | 21% | 4.7 | 3.9 | 1.2 | 1.4 | 0.7 | 1.9 | 2.7 | 1.7 | 1.6 | 0.5 | 0.2 | 2.8 |
| Baseline BMI quartile | 15-22.78 | 25% | 2.9 | 1.9 | 1.5 | 2.3 | 0.7 | 3.3 | 2.2 | 0.9 | 2.5 | 0.6 | 0.5 | 1.1 |
| | 22.79-25.82 | 25% | 5.2 | 4.4 | 1.2 | 2.0 | 0.8 | 2.4 | 3.2 | 1.0 | 3.1 | 0.4 | 0.0 | – |
| | 25.83-29.76 | 25% | 5.6 | 3.7 | 1.5 | 2.5 | 1.2 | 2.0 | 2.8 | 1.4 | 2.0 | 0.7 | 0.0 | – |
| | 29.77-60.3 | 25% | 6.6 | 3.0 | 2.2 | 2.4 | 0.7 | 3.5 | 2.1 | 1.5 | 1.4 | 0.7 | 0.0 | – |
| Race | Asian | 36% | 3.5 | 2.6 | 1.3 | 1.7 | 0.4 | 4.7 | 3.0 | 1.6 | 1.9 | 0.6 | 0.1 | 4.9 |
| | Black | 8% | 4.9 | 4.3 | 1.1 | 1.2 | 1.4 | 0.9 | 1.8 | 0.9 | 1.9 | 1.2 | 0.0 | – |
| | Other | 8% | 5.2 | 1.5 | 3.4 | 1.0 | 0 | – | 2.6 | 0.5 | 5.2 | 0.7 | 0.0 | – |
| | White | 47% | 6.4 | 3.9 | 1.7 | 3.2 | 1.3 | 2.5 | 2.3 | 1.1 | 2.1 | 0.5 | 0.2 | 2.8 |
| Baseline hemoglobin quartile | 4.9-8.72 | 25% | 5.8 | 4.3 | 1.3 | 3.0 | 0.9 | 3.5 | 4.0 | 1.9 | 2.1 | 0.8 | 0.2 | 3.7 |
| | 8.73-9.23 | 25% | 4.6 | 3.7 | 1.3 | 2.1 | 1.3 | 1.6 | 3.0 | 0.9 | 3.3 | 0.8 | 0.0 | – |
| | 9.24-9.63 | 25% | 5.2 | 2.7 | 1.9 | 2.1 | 0.3 | 6.6 | 2.3 | 1.3 | 1.8 | 0.3 | 0.3 | 1.0 |
| | 9.64-10.57 | 25% | 4.7 | 2.8 | 1.7 | 2.0 | 1.0 | 2.0 | 1.2 | 0.9 | 1.3 | 0.6 | 0.0 | – |
| History of CV disease | No | 68% | 4.4 | 2.5 | 1.8 | 2.3 | 0.8 | 3.0 | 2.3 | 1.1 | 2.2 | 0.6 | 0.1 | 4.4 |
| | Yes | 32% | 6.4 | 4.9 | 1.3 | 2.3 | 1.1 | 2.2 | 3.1 | 1.5 | 2.2 | 0.8 | 0.1 | 5.8 |
| Baseline eGFR quartile | 1.6-11.07 | 25% | 7.9 | 5.6 | 1.4 | 6.2 | 2.2 | 2.8 | 3.6 | 1.8 | 2.0 | 0.7 | 0.4 | 1.5 |
| | 11.1-16.97 | 25% | 6.5 | 3.5 | 1.9 | 2.5 | 1.1 | 2.3 | 2.6 | 1.1 | 2.4 | 0.5 | 0.0 | – |
| | 17.0-25.99 | 25% | 3.0 | 3.3 | 0.9 | 0.5 | 0.7 | 0.8 | 1.6 | 1.0 | 1.6 | 0.7 | 0.2 | 4.3 |
| | 26.0-75.2 | 25% | 3.2 | 1.7 | 1.9 | 0.4 | 0 | – | 2.7 | 1.1 | 2.4 | 0.6 | 0.0 | – |
| History of diabetes | No | 43% | 4.9 | 3.1 | 1.6 | 3.2 | 1.5 | 2.1 | 1.8 | 1.0 | 1.8 | 0.6 | 0.3 | 1.9 |
| | Yes | 57% | 5.1 | 3.4 | 1.5 | 1.5 | 0.4 | 4.0 | 3.2 | 1.3 | 2.4 | 0.7 | 0.0 | – |

Rox = roxadustat; Pbo = placebo; RR = relative risk; BMI = body mass index; eGFR = estimated glomerular filtration rate

For thrombosis (yellow column), the RRs are fairly consistent across subgroups; however, there are subgroups where risk trends higher. For example, a higher risk of thrombosis is evident in subjects with higher BMI, lower baseline Hb, and lower eGFR. The risk of sepsis (blue column) tends to be higher in

61

FGEN-CA-0115128

older subjects, as well as subjects with lower baseline Hb, lower baseline eGFR, and a history of CV disease or diabetes. Seizure risk (purple column) is higher in younger subjects. It is important to recognize that these are relatively small numbers of events; therefore, these estimates are subject to considerable uncertainty.

## DD Population

Table 32 shows the important risks in the DD patient population. Note that the sample sizes and methods of expression differ among the sources. For studies 002, 063, and 064, the numbers in parentheses in the "Roxadustat" and "ESA" columns represent rates per 100 P-Y. For study 613, the numbers in parentheses represent percent of subjects. Risk differences and relative risk are based on events per 100 P-Y for Studies 002, 063, 064, and percent of subjects for Study 613. For relative risk, the vertical dashed line is set to 1.0. Note there are far more adverse events here than in the NDD subject population.

CONFIDENTIAL

FGEN-CA-0115129

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Table 32: Important Risks in the DD Patient Population

| | Roxadustat | ESA | Risk Difference | Relative Risk |
|---|---|---|---|---|
| **Myocardial Infarction** | | | | |
| Studies 002, 063, 064; MACE - OT+7 | 103 (3.1) | 109 (3.0) | 0.1 | 1.07 |
| Studies 002, 063, 064; MACE - On-study | 124 (3.2) | 115 (2.8) | 0.4 | 1.14 |
| Studies 002, 063, 064; Serious AEs | 88 (2.7) | 85 (2.3) | 0.4 | 1.2 |
| Study 613 | 10 (2.4%) | 17 (4.0%) | -1.6 | 0.6 |
| **Stroke** | | | | |
| Studies 002, 063, 064; MACE - OT+7 | 45 (1.4) | 50 (1.3) | 0.1 | 1.0 |
| Studies 002, 063, 064; MACE - On-study | 58 (1.5) | 60 (1.4) | 0.1 | 1.0 |
| Studies 002, 063, 064; Serious AEs | 51 (1.5) | 49 (1.3) | 0.2 | 1.2 |
| Study 613 | 4 (1%) | 8 (2%) | -0.9 | 0.5 |
| **Thrombosis** | | | | |
| Studies 002, 063, 064; Serious AEs | 241 (7.3) | 201 (5.4) | 1.9 | 1.4 |
| Studies 002, 063, 064; All AEs | 392 (11.8) | 344 (9.2) | 2.6 | 1.3 |
| Study 613; Serious AEs | 52 (13%) | 43 (10%) | 2.4 | 1.2 |
| Study 613; All AEs | 77 (19%) | 65 (16%) | 3.1 | 1.2 |
| **Device/Shunt Thrombosis** | | | | |
| Studies 002, 063, 064; Serious AEs | 121 (3.7) | 94 (2.5) | 1.1 | 1.5 |
| Study 613; Serious AEs | 35 (9%) | 22 (5%) | 3.3 | 1.6 |
| **Systemic Hypertension** | | | | |
| Studies 002, 063, 064; Serious AEs | 89 (2.7) | 110 (2.9) | -0.30 | 0.9 |
| Studies 002, 063, 064; All AEs | 365 (11.0) | 367 (9.8) | 1.20 | 1.1 |
| Study 613; Serious AEs | 13 (3%) | 8 (2%) | 1.20 | 1.2 |
| Study 613; All AEs | 79 (19%) | 85 (20%) | -1.1 | 0.9 |
| **Seizures** | | | | |
| Studies 002, 063, 064; Serious AEs | 26 (0.8) | 19 (0.51) | 0.27 | 1.6 |
| Studies 002, 063, 064; All AEs | 45 (1.4) | 33 (0.9) | 0.50 | 1.5 |
| Study 613; Serious AEs | 2 (0.5%) | 4 (1%) | -0.50 | 0.5 |
| **Malignancy** | | | | |
| Studies 002, 063, 064; Serious AEs | 23 (0.7) | 28 (0.8) | -0.10 | 0.9 |
| Studies 002, 063, 064; All AEs | 42 (1.3) | 48 (1.3) | 0.00 | 1.0 |
| Study 613; Serious AEs | 15 (4%) | 15 (4%) | 0.00 | 1.0 |

Relative to epoetin alfa, there are signals for MI (RR $\cong$ 1.1), thrombosis (RR $\cong$ 1.3), device/shunt thrombosis ($\cong$ 1.5), and seizures (RR $\cong$ 1.5). Stroke, hypertension, and malignancy are neutral (again, however, relative to epoetin alfa, for which these are labeled adverse drug reactions).

**Adverse Events by Subgroup**

Table 33 shows adverse events in the OT+7 ascertainment window for four major risks by subgroup. The numbers in the table represent events per 100 P-Y. Relative risks (RR) are unitless. Continuous variables are shown in quartiles, e.g., age, body mass index (BMI), baseline Hb, and baseline GFR

63

CONFIDENTIAL

FGEN-CA-0115130

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Table 33: Major Risks by Subgroup in the DD Population (All Adverse Events; OT+7 Analysis)

| Events per 100 P-Y | | Percent of Subjects | Thrombosis, all | | | Device/shunt thrombosis, occlusion, malfunction, stenosis | | | Sepsis | | | Seizure | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Rox | EPO | RR | Rox | EPO | RR | Rox | EPO | RR | Rox | EPO | RR |
| All | All | 100% | 9.4 | 7.8 | 1.2 | 7.6 | 6.3 | 1.2 | 3.2 | 3.0 | 1.1 | 1.1 | 0.8 | 1.4 |
| Sex | Female | 58% | 10.0 | 8.1 | 1.2 | 8.7 | 7.0 | 1.2 | 3.0 | 3.0 | 1.0 | 0.8 | 0.6 | 1.4 |
| | Male | 42% | 8.9 | 7.7 | 1.2 | 6.9 | 5.8 | 1.2 | 3.3 | 3.0 | 1.1 | 1.2 | 0.9 | 1.5 |
| Baseline age quartile | 18-44 | 25% | 5.6 | 5.5 | 1.0 | 6.0 | 5.5 | 1.1 | 1.9 | 1.7 | 1.1 | 1.6 | 1.1 | 1.5 |
| | 45-56 | 26% | 9.6 | 6.8 | 1.4 | 8.0 | 5.5 | 1.5 | 3.5 | 3.1 | 1.1 | 1.1 | 0.5 | 2.1 |
| | 57-65 | 25% | 8.9 | 8.7 | 1.0 | 8.0 | 6.9 | 1.2 | 3.4 | 3.3 | 1.0 | 0.8 | 0.9 | 1.0 |
| | 66-94 | 24% | 14.3 | 10 3 | 1.4 | 8.9 | 7.2 | 1.2 | 4.0 | 3.9 | 1.0 | 0.8 | 0.6 | 1.3 |
| Age ≥ 65 | No | 73% | 7.8 | 7.0 | 1.1 | 7.2 | 5.9 | 1.2 | 2.9 | 2.7 | 1.1 | 1.2 | 0.8 | 1.4 |
| | Yes | 27% | 14.2 | 10 3 | 1.4 | 9.0 | 7.4 | 1.2 | 4.0 | 3.9 | 1.0 | 0.8 | 0.5 | 1.5 |
| Age ≥ 75 | No | 91% | 9.0 | 7.4 | 1.2 | 7.5 | 6.0 | 1.2 | 3.0 | 2.8 | 1.1 | 1.1 | 0.8 | 1.5 |
| | Yes | 9% | 14.0 | 12 3 | 1.1 | 8.8 | 8.8 | 1.0 | 4.9 | 4.8 | 1.0 | 0.3 | 0.5 | 0.6 |
| Baseline BMI quartile | 14.6-22.83 | 25% | 8.2 | 5.2 | 1.6 | 6.2 | 4.5 | 1.4 | 2.6 | 2.2 | 1.2 | 1.2 | 0.6 | 2.0 |
| | 22.83-26.37 | 25% | 8.5 | 7.7 | 1.1 | 7.4 | 5.7 | 1.3 | 2.8 | 2.5 | 1.1 | 1.1 | 0.9 | 1.2 |
| | 26.37-30 9 | 25% | 8.5 | 7.8 | 1.1 | 6.8 | 7.0 | 1.0 | 2.8 | 3.1 | 0.9 | 1.2 | 0.7 | 1.8 |
| | 31-64.9 | 25% | 12.1 | 10.4 | 1.2 | 9.8 | 7.7 | 1.3 | 4.5 | 4.1 | 1.1 | 0.8 | 0.8 | 1.0 |
| Race | Asian | 14% | 7.5 | 5.1 | 1.5 | 5.0 | 4.3 | 1.2 | 3.4 | 4.3 | 0.8 | 1.7 | 0.8 | 2.2 |
| | Black | 18% | 13.0 | 9.4 | 1.4 | 11.9 | 8.6 | 1.4 | 4.0 | 2.7 | 1.5 | 1.3 | 0.8 | 1.6 |
| | Other | 7% | 6.1 | 5.6 | 1.1 | 5.6 | 4 | - | 4.3 | 3.2 | 1.3 | 2.2 | 1.9 | 1.2 |
| | White | 61% | 9.0 | 8.1 | 1.1 | 7.0 | 6.1 | 1.2 | 2.8 | 2.9 | 1.0 | 0.8 | 0.7 | 1.2 |
| Baseline hemoglobin quartile | 4.3-8.8 | 25% | 8.2 | 7.0 | 1.2 | 7.3 | 5.7 | 1.3 | 2.3 | 1.7 | 1.4 | 1.6 | 0.5 | 3.2 |
| | 8.8-9.8 | 25% | 10.0 | 8.2 | 1.2 | 8.9 | 6.5 | 1.4 | 3.1 | 2.5 | 1.2 | 1.0 | 0.8 | 1.3 |
| | 9.8-10.66 | 25% | 10.5 | 9.6 | 1.1 | 7.3 | 7.8 | 0.9 | 3.5 | 4.7 | 0.7 | 1.0 | 1.0 | 1.0 |
| | 10.67-12 2 | 25% | 8.8 | 6.5 | 1.3 | 7.2 | 5.1 | 1.4 | 3.5 | 2.9 | 1.2 | 0.8 | 0.7 | 1.1 |
| History of CV disease | No | 57% | 7.4 | 5.5 | 1.3 | 6.5 | 4.7 | 1.4 | 2.2 | 2.3 | 0.9 | 1.1 | 0.7 | 1.6 |
| | Yes | 43% | 12.2 | 11.0 | 1.1 | 9.2 | 8.4 | 1.1 | 4.6 | 4.0 | 1.1 | 1.0 | 0.8 | 1.2 |
| Type of Dialysis | HD | 90% | 9.9 | 8.2 | 1.2 | 8.3 | 6.7 | 1.2 | 3.3 | 3.0 | 1.1 | 1.0 | 0.7 | 1.5 |
| | PD | 10% | 4.4 | 4.2 | 1.1 | 1.6 | 2.1 | 0.7 | 1.6 | 3.1 | 0.5 | 1.6 | 1.3 | 1.2 |
| History of diabetes | No | 53% | 7.0 | 6.4 | 1.1 | 6.5 | 5.5 | 1.2 | 1.9 | 2.0 | 0.9 | 1.0 | 0.5 | 1.8 |
| | Yes | 47% | 12.4 | 9.6 | 1.3 | 9.1 | 7.2 | 1.3 | 4.7 | 4.2 | 1.1 | 1.2 | 1.0 | 1.2 |

Rox = roxadustat; EPO = epoetin alfa; RR = relative risk; HD = hemodialysis; PD = peritoneal dialysis

For thrombosis (yellow column), the RRs are fairly consistent across subgroups; however, there are subgroups where risk trends higher. For example, a higher risk of thrombosis is evident in older subjects, subjects with higher BMI, subjects with a history of cardiovascular disease, subjects on hemodialysis, subjects with diabetes, and possibly females. The risk of device/shunt thrombosis (orange column) follows the same pattern. Note that for subjects on hemodialysis, the rates of device/shunt thrombosis, occlusion, malfunction, stenosis are 8.3 and 6.7 per 100 P-Y for roxadustat and epoetin alfa, respectively, for a risk difference of 1.6 events per 100 P-Y. The risk of sepsis (blue column) increases with age, BMI, a history of cardiovascular disease, diabetes, and hemodialysis (the latter for roxadustat only). Seizure risk (purple column) is higher in younger subjects and possibly subjects with low baseline Hb. It is important to recognize that these are relatively small numbers of events; therefore, these estimates are subject to considerable uncertainty.

64

CONFIDENTIAL

FGEN-CA-0115131

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

Given the importance of thromboembolic events, we performed a Kaplan-Meier time-to-first thrombotic event analysis for the DD subject population (Figure 22) for all (left) and serious (right) events. The OT+7 ascertainment window was used for the analyses.

Figure 22: Time to First Thrombotic Event—All Events (Left); Serious Events (Right) for the DD Population (Studies 002, 063, and 064); OT+7 Ascertainment Window



**Source: FDA analysis**

The excess risk accrues continuously throughout the three studies.

CONFIDENTIAL                                                                FGEN-CA-0115132

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

# References

1. Hsu, C, 2002, Epidemiology of Anemia Associated with Chronic Renal Insufficiency, Curr Opin Nephrol Hypertens, 11(3):337-341.
2. Hsu, C, C McCulloch, and G Curhan, 2002, Epidemiology of Anemia Associated with Chronic Renal Insufficiency among Adults in the United States: Results from the Third National Health and Nutrition Examination Survey, J Am Soc Nephrol, 13(2):504–510..
3. United States Renal Data System (USRDS) 2020 Annual Report (https://adr.usrds.org/2020) [accessed 6/16/2021]
4. Besarab, A, W Bolton, J Browne, J Egrie, A Nissenson, D Okamoto, S Schwab, and D Goodkin, 1998, The Effects of Normal as Compared with Low Hematocrit Values in Patients with Cardiac Disease Who Are Receiving Hemodialysis and Epoetin, N Engl J Med, 339(9):584-590.
5. Singh, A, L Szczech, K Tang, H Barnhart, S Sapp, M Wolfson, D Reddan, and CHOIR Investigators, 2006, Correction of Anemia with Epoetin Alfa in Chronic Kidney Disease, N Engl J Med, 355(20):2085-2098.
6. Drueke, T, F Locatelli, N Clyne, K Eckardt, I Macdougall, D Tsakiris, H Burger, A Scherhag, and CREATE Investigators, 2006, Normalization of Hemoglobin Level in Patients with Chronic Kidney Disease and Anemia, N Engl J Med, 355(20):2071–2084.
7. Lewis, E, M Pfeffer, A Feng, H Uno, J McMurray, R Toto, S Gandra, S Solomon, M Moustafa, I Macdougall, F Locatelli, P Parfrey, and TREAT Investigators, 2011, Darbepoetin Alfa Impact on Health Status in Diabetes Patients with Kidney Disease: A Randomized Trial, Clin J Am Soc Nephrol, 6(4):845–855.
8. MacMurray, J. et al., Kidney Disease: Improving Global Outcomes (KDIGO) Anemia Work Group. KDIGO Clinical Practice Guideline for Anemia in Chronic Kidney Disease. Kidney Int Suppl 2012; 2(4):279–335.
9. Unger, E, A Thompson, M Blank, R Temple, 2010, Erythropoiesis-Stimulating Agents—Time for a Reevaluation, N Engl J Med, 362(3):189–192.
10. Unger, E.F., "Clinical Review of Darbepoetin alfa;" Food and Drug Administration (https://www.fda.gov); archived at Wayback Machine (https://web.archive.org/); https://web.archive.org/web/20161024172128/http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/HowDrugsareDevelopedandApproved/ApprovalApplications/TherapeuticBiologicApplications/ucm086019.pdf [accessed 6/9/2021]

# Appendix

# Approved Epogen Label

https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/103234s5369lbl.pdf (accessed 6/21/2021)

CONFIDENTIAL                                                                                    FGEN-CA-0115133

FDA Roxadustat Briefing Document: Roxadustat; NDA 213805

## Adverse Event Preferred Terms Used in Key Queries

Table 34: Terms in Key Adverse Event Queries

| Thrombosis | Device/shunt thrombosis/ occlusion/malfunction/stenosis | Stroke |
|---|---|---|
| Cerebral infarction | Thrombosis in device | Cerebral infarction |
| Embolic cerebral infarction | Arteriovenous fistula thrombosis | Embolic cerebral infarction |
| Ischaemic stroke | Arteriovenous graft thrombosis | Ischaemic stroke |
| Cerebellar infarction | Vascular access site thrombosis | Cerebellar infarction |
| Lacunar stroke | Vascular graft thrombosis | Lacunar stroke |
| Embolic stroke | Medical device site thrombosis | Embolic stroke |
| Brain stem stroke | Device occlusion | Brain stem stroke |
| Lacunar infarction | Arteriovenous fistula occlusion | Lacunar infarction |
| Thrombosis in device | Vascular access site occlusion | Cerebrovascular accident |
| Arteriovenous fistula thrombosis | Vascular access complication | Haemorrhagic stroke |
| Arteriovenous graft thrombosis | Vascular access malfunction | Brain stem haemorrhage |
| Vascular access site thrombosis | Arteriovenous graft site stenosis | |
| Vascular graft thrombosis | Shunt occlusion | **Sepsis/septic shock** |
| Graft thrombosis | Shunt malfunction | |
| Shunt thrombosis | Vascular graft stenosis | Device related sepsis |
| Acute myocardial infarction | Anastomotic stenosis | Enterococcal sepsis |
| Myocardial infarction | Vascular access site complication | Sepsis |
| Deep vein thrombosis | Vascular graft occlusion | Urosepsis |
| Thrombosis | | Streptococcal sepsis |
| Atrial thrombosis | **Device/shunt thrombosis** | Pseudomonal sepsis |
| Peripheral artery thrombosis | | Staphylococcal sepsis |
| Subclavian vein thrombosis | Thrombosis in device | Septic shock |
| Brachiocephalic vein thrombosis | Arteriovenous fistula thrombosis | Sepsis syndrome |
| Subclavian artery thrombosis | Arteriovenous graft thrombosis | Biliary sepsis |
| Vena cava thrombosis | Vascular access site thrombosis | Bacterial sepsis |
| Thrombophlebitis superficial | Vascular graft thrombosis | Fungal sepsis |
| Arterial thrombosis | Graft thrombosis | Citrobacter sepsis |
| Thrombophlebitis | Shunt thrombosis | Listeria sepsis |
| Jugular vein thrombosis | Medical device site thrombosis | Abdominal sepsis |
| Venous thrombosis | Device related thrombosis | Septic encephalopathy |
| Pelvic venous thrombosis | Injection site thrombosis | Escherichia sepsis |
| Venous thrombosis limb | | |
| Cardiac ventricular thrombosis | **Seizure FDA** | |
| Intracardiac thrombus | | |
| | Epilepsy | |
| | Epileptic encephalopathy | |
| | Seizure | |
| | Generalised tonic-clonic seizure | |
| | Idiopathic partial epilepsy | |
| | Partial seizures | |
| | Tonic convulsion | |

67

CONFIDENTIAL                                                                                 FGEN-CA-0115134

# EXHIBIT CC

**Food and Drug Administration**
**Center for Drug Evaluation and Research**

**Final Summary Minutes of the Cardiovascular and Renal Drugs Advisory Committee Meeting**
**July 15, 2021**

Location: Please note that due to the impact of the COVID-19 pandemic, all meeting participants joined this advisory committee meeting via an online teleconferencing platform.

Topic: The committee discussed new drug application 213805, for the hypoxia inducible factor prolyl hydroxylase inhibitor, roxadustat tablets, submitted by FibroGen, Inc., for the treatment of anemia due to chronic kidney disease in adult patients not on dialysis and on dialysis.

These summary minutes for the July 15, 2021 meeting of the Cardiovascular and Renal Drugs Advisory Committee (CRDAC) of the Food and Drug Administration were approved on August 10, 2021.

I certify that I attended the July 15, 2021 CRDAC meeting of the Food and Drug Administration and that these minutes accurately reflect what transpired.


_____/s/_____          _____/s/_____
Joyce Yu, PharmD                             Julia Lewis, MD
Designated Federal Officer, CRDAC            Chairperson, CRDAC

July 15, 2021
Cardiovascular and Renal Drugs Advisory Committee Meeting

**Final Summary Minutes of the Cardiovascular and Renal Drugs Advisory Committee Meeting**
**July 15, 2021**

The Cardiovascular and Renal Drugs Advisory Committee (CRDAC) of the Food and Drug Administration, Center for Drug Evaluation and Research met on July 15, 2021. The meeting presentations were heard, viewed, captioned, and recorded through an online teleconferencing platform. Prior to the meeting, the members and temporary voting members were provided the briefing materials from the FDA and FibroGen, Inc.  The meeting was called to order by Julia B. Lewis, MD (Chairperson).  The conflict of interest statement was read into the record by Joyce Yu, PharmD (Designated Federal Officer).  There were approximately 1610 people online. There were 15 Open Public Hearing (OPH) speaker presentations.

A verbatim transcript will be available, in most instances, at approximately ten to twelve weeks following the meeting date.

**Agenda:** The committee discussed new drug application 213805, for the hypoxia inducible factor prolyl hydroxylase inhibitor, roxadustat tablets, submitted by FibroGen, Inc., for the treatment of anemia due to chronic kidney disease in adult patients not on dialysis and on dialysis.

**Attendance:**
**Cardiovascular and Renal Drugs Advisory Committee Members Present (Voting):**
Jacqueline D. Alikhaani, BA (Consumer Representative); C. Noel Bairey Merz, MD, FACC, FAHA, FESC; Thomas D. Cook, PhD, MS, MA; Edward K. Kasper, MD, FACC, FAHA; Julia B. Lewis, MD (Chairperson); David J. Moliterno, MD; Christopher M. O'Connor, MD, MACC, FESC, FHFA, FHFSA; Ravi I. Thadhani, MD, MPH

**Cardiovascular and Renal Drugs Advisory Committee Members Not Present (Voting):**
Javed Butler, MD, MPH, MBA; Peter E. Carson, MD; Csaba P. Kovesdy, MD, FASN

**Cardiovascular and Renal Drugs Advisory Committee Member Not Present (Non-Voting):**
Jerome A. Rossert, MD, PhD

**Acting Industry Representative to the Committee (Non-Voting):** David G. Soergel, MD

**Temporary Members (Voting):** Leslie S. Cho, MD, FACC, FSCAI, FESC; Paul T. Conway (Patient Representative); Susan T. Crowley, MD, MBA, FASN; Milton Packer, MD; Afshin Parsa, MD, MPH; Thomas J. Wang, MD

**FDA Participants (Non-Voting):** Ellis F. Unger, MD; Ann T. Farrell, MD; Saleh Ayache, MD; Jae Joon Song, PhD

**Designated Federal Officer (Non-Voting):** Joyce Yu, PharmD

**Open Public Hearing Speakers:** Jayant Kumar, MD; Melissia Baker; S. Wyatt Carr; Arnold L. Silva, MD, PhD; Bridget Luebbers; Subir Paul, MD, FASN; Jessica Coleman, MD; Alice Wei,

July 15, 2021
Cardiovascular and Renal Drugs Advisory Committee Meeting

MD; Roberto Manllo-Karim; Amanda Dilger; Liz Griffith; Louard Crumbaugh Jr.; Anjay Rastogi MD, PhD; Leigh-Ann Williams; Michael Douglas Spigler (American Kidney Fund)

*The agenda was as follows:*

| | |
|---|---|
| Call to Order and Introduction of Committee | **Julia B. Lewis, MD**<br>Chairperson, CRDAC |
| Conflict of Interest Statement | **Joyce Yu, PharmD**<br>Designated Federal Officer, CRDAC |
| FDA Opening Remarks | **Ellis F. Unger, MD**<br>Director<br>Office of Cardiology, Hematology, Endocrinology and Nephrology (OCHEN)<br>Office of New Drugs (OND), CDER, FDA |
| **APPLICANT PRESENTATIONS** | **FibroGen, Inc.** |
| Introduction | **R. Wayne Frost, PharmD, JD**<br>Senior Vice President<br>Regulatory Affairs<br>FibroGen, Inc. |
| Unmet Need | **Roberto Pecoits-Filho, MD, PhD**<br>Nephrologist and Senior Research Scientist<br>Arbor Research Collaborative for Health |
| Efficacy Results | **Lynda Szczech, MD**<br>Vice President<br>Clinical Development and Medical Affairs<br>FibroGen, Inc. |
| Safety Results | **Dustin Little, MD**<br>Global Clinical Head<br>AstraZeneca LP |
| Clinical Perspective | **Steven Fishbane, MD**<br>Professor of Medicine<br>Chief, Division of Nephrology<br>Donald and Barbara Zucker School of Medicine |
| Clarifying Questions | |
| **BREAK** | |

July 15, 2021
Cardiovascular and Renal Drugs Advisory Committee Meeting

**FDA PRESENTATIONS**

| | |
|---|---|
| Roxadustat for the Treatment of Anemia Due to Chronic Kidney Disease in Adult Patients not on Dialysis and on Dialysis | **Saleh Ayache, MD**<br>Clinical Reviewer<br>Division of Non-Malignant Hematology (DNH)<br>OCHEN, OND, CDER, FDA |
| | **Jae Joon Song, PhD**<br>Statistical Reviewer<br>Division of Biometrics VII (DB-VII)<br>Office of Biostatistics (OB)<br>Office of Translational Sciences (OTS)<br>CDER, FDA |

Clarifying Questions

**LUNCH**

**OPEN PUBLIC HEARING**

Questions to the Committee/Committee Discussion

**BREAK**

Questions to the Committee/Committee Discussion (cont.)

**ADJOURNMENT**

---

*Questions to the Committee:*

Non-dialysis-dependent population:

1. **DISCUSSION:** Discuss the benefits and risks of roxadustat in the non-dialysis-dependent (NDD) population.

   *Committee Discussion*: *Committee members considered the convenience of roxadustat being an oral dosage form to be both a benefit and a risk. Committee members stated that while patients would no longer require an erythropoietin (EPO) injection, some members expressed concern that it would result in worse compliance with respect to monitoring of the patient's hemoglobin (Hb) levels. Committee members were also concerned about roxadustat's risks of thrombosis and mortality. Despite roxadustat's effect on Hb improvement and intravenous iron reduction, members noted a surprising lack of improvement in quality of life. There was discussion regarding the interpretability of on-study vs. on-treatment (OT) +7 pooled analyses results for analyses of major adverse*

July 15, 2021
Cardiovascular and Renal Drugs Advisory Committee Meeting

*cardiovascular events (MACE) and mortality. Please see the transcript for details of the committee discussion.*

2. **DISCUSSION:** If you have concerns regarding these risks, discuss whether you believe they could be addressed through modification of the treatment algorithm, for example, changes in target hemoglobin, starting dose, titration scheme, monitoring paradigm.

    a. If you favor changes to the treatment algorithm to enhance safety, discuss whether they should be tested (i) prior to approval, (ii) after approval, or (iii) not at all.

*Committee Discussion*: *Committee members generally agreed that changes in the treatment algorithm with respect to Hb target and starting dose were reasonable proposals to address roxadustat's safety risks; however, several members commented that such modifications should be tested prior to roxadustat approval. Some committee members expressed uncertainty as to whether the risks were caused by the drug's mechanism of action (rapid Hb rise) or rather through an unknown off-target mechanism. There were various concerns with the post-marketing assessment proposed by the Applicant; none of the Committee members seemed convinced that a post-marketing real-world study would be adequate. A committee member also commented that a Risk Evaluation and Mitigation Strategy (REMS) program could potentially be considered as a way to reduce risk. Please see the transcript for details of the committee discussion.*

3. **VOTE:** Should roxadustat be approved for the treatment of anemia due to chronic kidney disease (CKD) in adult patients not on dialysis?

    a. If not, provide your rationale, as well as recommendations for additional data and/or analyses that would support a favorable benefit-risk profile and approval of roxadustat.

**Vote Result:**   **Yes: 1**          **No: 13**          **Abstain: 0**

*Committee Discussion*: *The majority of committee members voted against approval of roxadustat for the treatment of anemia due to CKD in adult patients not on dialysis. Committee members cited the following as their reasons for voting against approval: concerning safety risks, untested proposed mitigation dosing strategy with unknown efficacy, sicker patients with greater need to demonstrate safety, and difficulty in obtaining more definitive data in the post-marketing setting. One member commented that approval based on a mitigation dosing model would be non-traditional. The member who voted "Yes" commented that a REMS program could potentially be a fair strategy to mitigate the safety risks, and allow roxadustat to fulfill an unmet medical need. Please see the transcript for details of the committee discussion.*

July 15, 2021
Cardiovascular and Renal Drugs Advisory Committee Meeting

Dialysis-dependent population:

4. **DISCUSSION:**  Discuss the benefits and risks of roxadustat in the dialysis-dependent (DD) population.

   *Committee Discussion*: *Some committee members noted that roxadustat could have a benefit in EPO resistant patients. In addition, members expressed greater confidence in the risk mitigation for the DD population, as inadequate Hb monitoring would merit less concern in this setting. However, members remained concerned with the safety data given that on-study analyses of the three principal studies and Study 613 demonstrated increased mortality when compared to EPO. One committee member also commented that it was unclear whether the drug's benefit would be maintained with a lower roxadustat dose. Please see the transcript for details of the committee discussion.*

5. **DISCUSSION:**  If you have concerns regarding these risks, discuss whether you believe they could be addressed through modification of the treatment algorithm, for example, changes in target hemoglobin, starting dose, titration scheme, monitoring paradigm.

   a. If you favor changes to the treatment algorithm to enhance safety, discuss whether they should be tested (i) prior to approval, (ii) after approval, or (iii) not at all.

   *Committee Discussion*: *Similarly to the NDD population, some committee members agreed that the changes to the treatment algorithm should be tested prior to approval of roxadustat in the DD population to provide clinical evidence of its efficacy and safety. Several committee members remained concerned that the Applicant's proposed dosing regimen to reduce thrombosis risks was not tested, and stated that modeling should not replace a clinical trial prior to approval. There were also comments made regarding the low percentage of African American patients studied. Please see the transcript for details of the committee discussion.*

6. **VOTE:**  Should roxadustat be approved for the treatment of anemia due to CKD in adult patients on dialysis?

   a. If not, provide your rationale, as well as recommendations for additional data and/or analyses that would support a favorable benefit-risk profile and approval of roxadustat.

   **Vote Result:     Yes: 2                    No: 12                    Abstain: 0**

   *Committee Discussion*: *The majority of committee members voted against approval of roxadustat for the treatment of anemia due to CKD in the DD population. The majority of members stated that more information was needed on both the efficacy and safety of the proposed dosing strategy prior to approval. Some members who voted "No" recommended additional testing of the lower dose in EPO resistant patients, while other members stated they would favor initial approval for that subpopulation. Other recommendations were to include more African American patients. One member commented that an additional trial*

July 15, 2021
Cardiovascular and Renal Drugs Advisory Committee Meeting

> *studying EPO hyporesponders should not be the "stand-alone" trial to support roxadustat approval. Committee members who voted "Yes" agreed with comments made by other members in regards to EPO resistant patients. These members also commented that providers would have more control in the DD setting and could therefore potentially better mitigate safety risks. Please see the transcript for details of the committee discussion.*

The meeting was adjourned at approximately 5:32 p.m.