# EXHIBIT 2

**to the Declaration of Defendant K. Peony Yu, M.D. in Opposition to Lead Plaintiffs' Motion for Spoliation Sanctions**





# Pre-Clinical data for CIA

AstraZeneca FIBROGEN October 2016, JSC

○ AZ LSPC requirement to complete pre-Clinical data-set before review of business case for any clinical program in CIA:

- Review against key questions completed
    - 1 Key Question remaining to be addressed: Can EPO or VEGF levels induced by ROXA and result in tumor progression/acceleration in EPO or VEGF-responsive cell lines/tumors?
    - Gap: No evidence seen for tumor initiation studies (most data with FG 2216), must establish effect in tumor bearing models at clinically relevant doses (not supra) in animals with EphB4 + and VEGFR2 amp models

○ 2 in vivo studies (design proposed) will address gaps
- Cost 200 KUSD
- Timeline from study design to data – 3-4 months

Confidential and Proprietary

3



CONFIDENTIAL

FGEN-YU-MOB-0000002



CONFIDENTIAL