# EXHIBIT 3

**to the Declaration of Defendant K. Peony Yu, M.D. in Opposition to Lead Plaintiffs' Motion for Spoliation Sanctions**

**To:**        Peony Yu[upeony888@gmail.com]
**From:**     Tadina, Rudy
**Sent:**      2021-03-16T09:47:37-07:00
**Importance:**     Normal
**Subject:**   RE: Access to my Fibrogen computer
**Received:**     2021-03-16T09:47:39-07:00

Hi Peony,

I am told to only take direction from Carl.

Best,
Rudy

**From:** Peony Yu <upeony888@gmail.com>
**Sent:** Tuesday, March 16, 2021 9:00 AM
**To:** Tadina, Rudy <RTadina@Fibrogen.com>
**Subject:** Fwd: Access to my Fibrogen computer

CAUTION: This email originated outside of FibroGen.
Hi Rudy,
Please see approval email from Enrique, and please call me to help. Thank you.

Best,
Peony
Begin forwarded message:

> **From:** "Conterno, Enrique" <econterno@fibrogen.com>
> **Date:** March 16, 2021 at 7:45:22 AM PDT
> **To:** Peony Yu <upeony888@gmail.com>
> **Cc:** "Tadina, Rudy" <RTadina@fibrogen.com>, "Drinkwater, Carl" <CDrinkwater@fibrogen.com>
> **Subject: RE: Access to my Fibrogen computer**
>
> > ?I am fine providing access to Peony's computer so she can access her personal files on the hard-drive.

-----Original Message-----
From: Peony Yu <upeony888@gmail.com>
Sent: Monday, March 15, 2021 7:12 PM
To: Conterno, Enrique <econterno@Fibrogen.com>
Cc: Tadina, Rudy <RTadina@Fibrogen.com>; Drinkwater, Carl <CDrinkwater@Fibrogen.com>
Subject: Access to my Fibrogen computer

CAUTION: This email originated outside of FibroGen.

Hi Enrique,
Can you kindly confirm to IT colleagues of your approval for me to access my Fibrogen computer so I can access the files on c-drive as you and I discussed?
Thank you.

CONFIDENTIAL

FGEN-YU-0005233

Best,
Peony

CONFIDENTIAL

FGEN-YU-0005234