**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs Employees' Retirement
System of the City of Baltimore, City of
Philadelphia Board of Pensions and Retirement,
and Plymouth County Retirement Association, and
Lead Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **<u>CLASS ACTION</u>** <br><br> DECLARATION OF LESTER R. HOOKER IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS <br><br> Hearing Date: August 31, 2023 <br> Time: 1:30 p.m. <br> Courtroom: 5 – 17th Floor <br> Judge: Hon. Edward M. Chen |

I, Lester R. Hooker, hereby declare as follows:

1. I am a Director at the law firm Saxena White P.A., counsel for Court-appointed Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (collectively, "Lead Plaintiffs" or "Plaintiffs"). I am a member in good standing of the Bar of the State of California and am admitted to practice in this District. I respectfully submit this Declaration in Further Support of Lead Plaintiffs' Motion for Spoliation Sanctions. The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto under oath.

2. **Exhibits 1-101** refer to (and are incorporated by reference hereto) the exhibits attached to the Declaration of Lester R. Hooker in Support of Lead Plaintiffs' Motion For Spoliation Sanctions, filed on June 8, 2023. ECF No. 185-2.

3. Attached hereto as **Exhibit 102** is a true and correct copy of documents produced by AstraZeneca Pharmaceuticals LP and AstraZeneca plc (together "AstraZeneca") bearing Bates numbers AZ-FIB-00959136 and AZ-FIB-00959139.

4. Attached hereto as **Exhibit 103** is a true and correct copy of a document produced by AstraZeneca bearing Bates number AZ-FIB-00959353.

5. Attached hereto as **Exhibit 104** is a true and correct copy of a document produced by AstraZeneca bearing Bates number AZ-FIB-01015793.

6. Attached hereto as **Exhibit 105** is a true and correct copy of a document produced by AstraZeneca bearing Bates number AZ-FIB-00940565.

7. Attached hereto as **Exhibit 106** is a true and correct copy of a document produced by AstraZeneca bearing Bates number AZ-FIB-00953958.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 11th day of August 2023, at Boca Raton, Florida.

*/s/ Lester R. Hooker*
Lester R. Hooker

# EXHIBIT 102

# Filed Under Seal

# EXHIBIT 103

# Filed Under Seal

# **EXHIBIT 104**

# **Filed Under Seal**

# EXHIBIT 105

# Filed Under Seal

# EXHIBIT 106

# Filed Under Seal