UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
| | **CLASS ACTION** |
| | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 204]** |

Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (collectively, "Lead Plaintiffs"), having brought a motion to consider whether another party's material should be sealed pursuant to Northern District of California Civil Local Rule 79-5(f) (the "Sealing Motion"), and the Court, having considered the submissions, and all pleadings and papers on file in this matter, and good cause appearing therefor, it is hereby Ordered as follows:

Plaintiffs' Sealing Motion is hereby GRANTED as to the following documents, which are attached as exhibits to the Declaration of Lester R. Hooker in further support of Plaintiffs' Motion for Spoliation Sanctions, and that FibroGen and/or AstraZeneca designated "Confidential" pursuant to the terms of the parties' Stipulated Protective Order that was entered by the Court on October 21, 2022 (Dkt. 144).

| DOCUMENT | PORTION TO BE SEALED | PARTY DESIGNATING |
|---|---|---|
| Lead Plaintiffs' Spoliation Reply | Redacted portions, *except* for those at p. 2:1-2, 2:12-15, 5:5, 5:9, 6:4-6, 9:4-5, 10:3-4, 10:20-21, 10:24, 11 n.10, 12 n.11, 14:19-15:1, 15:5-12, 15:14-19, 15 n.13, 18:4-5, 19:20. | Defendant FibroGen |
| Lead Plaintiffs' Strike Opposition | Redacted Portions | Defendant FibroGen |
| Exs. 102-106 to the Declaration of Lester R. Hooker in Support of Plaintiffs' Spoliation Motion | Entire Documents | Non-Party AstraZeneca |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Edward M. Chen
United States District Judge

[PROPOSED] ORDER GRANTING
ADMIN MTN TO FILE UNDER SEAL
3:21-CV-02623-EMC