**SAXENA WHITE P.A.**
Joshua H. Saltzman (admitted *pro hac vice*)
jsaltzman@saxenawhite.com
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611

*Counsel for Lead Plaintiffs Employees' Retirement*
*System of the City of Baltimore, City of*
*Philadelphia Board of Pensions and Retirement,*
*and Plymouth County Retirement Association, and*
*Lead Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
| | **CLASS ACTION** |
| | DECLARATION OF JOSHUA H. SALTZMAN IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| | Judge: Hon. Edward M. Chen |

DECL. OF JOSHUA H. SALTZMAN ISO LP'S OPP. TO DEFS.' ADMIN. MOT. FOR
LEAVE TO FILE SUR-REPLY IN OPP. TO LP'S MOT. FOR CLASS CERT.
3:21-CV-02623-EMC

I, Joshua H. Saltzman, hereby declare as follows:

1.      I am an attorney at the law firm Saxena White P.A., counsel for Court-appointed Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association (collectively, "Lead Plaintiffs" or "Plaintiffs").  I respectfully submit this Declaration in Support of Lead Plaintiffs' Opposition to Defendants' Administrative Motion for Leave to File Sur-Reply in Opposition to Lead Plaintiffs' Motion for Class Certification.  The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto under oath.

2.      On June 25, 2023, Brett DeJarnette of Cooley LLP, counsel for the FibroGen Defendants in this action, emailed Plaintiffs' counsel to ask if Plaintiffs would consent to Defendants filing a sur-reply.  Mr. DeJarnette stated that "Plaintiffs filed a supplemental declaration with additional exhibits and raised arguments and theories that were not raised in the opening brief, which we believe warrant a surreply."

3.      On June 26, 2023, I responded to Mr. DeJarnette that Defendants' class certification opposition had raised a new issue—price impact from the July 15, 2021 disclosure, and that Plaintiffs had thus responded to Defendants' arguments on that issue.  Additionally, I noted that the "additional exhibits" filed with Plaintiffs' opposition were almost entirely documents either expressly cited, referenced, relied upon, or otherwise directly implicated by Defendants' opposition and their expert's report.  And further, I noted that, although the parties had revised the class certification briefing schedule twice, Defendants had never previously sought to include a sur-reply in the schedule.  As such, I informed Mr. DeJarnette that Plaintiffs would not consent to a sur-reply.

4.      On June 27, 2023, Mr. DeJarnette responded to my email and disagreed with the statements in my email.  Additionally, he stated "We plan to submit a motion to leave to file a surreply as soon as possible, so that no other deadlines have to be moved."

5.     On June 28, 2023, I spoke on the telephone with Mr. DeJarnette and confirmed that Plaintiffs would not consent to a sur-reply, and he again reiterated that Defendants intended to move for leave as soon as possible so as not to impact the hearing or other deadlines.

6.     After June 28, 2023, Plaintiffs did not, to my knowledge, have any further communications with Defendants about a proposed sur-reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 21st day of August, 2023, at White Plains, New York.


                                                      /s/ Joshua H. Saltzman
                                                      Joshua H. Saltzman

---

DECL. OF JOSHUA H. SALTZMAN ISO LP'S OPP. TO DEFS.' ADMIN. MOT. FOR
LEAVE TO FILE SUR-REPLY IN OPP. TO LP'S MOT. FOR CLASS CERT.
3:21-CV-02623-EMC                                                        2