COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

CAITLIN MUNLEY (*Pro Hac Vice*)
(cmunley@cooley.com)
ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
1299 Pennsylvania Ave., N.W., Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

*Attorneys for Defendants FibroGen, Inc.,
Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **DEFENDANTS' STATEMENT OF RECENT DECISION** <br><br> **CIV. L.R. 7-3(D)(2)** <br><br> Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, Pat Cotroneo, and Peony Yu (collectively, the "Defendants") respectfully submit this Statement of Recent Decision to bring to the Court's attention a recent decision on class certification involving claims brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934: *Ramirez v. Exxon Mobil Corporation*, 2023 WL 5415315 (N.D. Tex. Aug. 21, 2023). This decision relates to arguments made in Defendants' Opposition to Lead Plaintiff's Motion for Class Certification (ECF No. 180) and Proposed Sur-Reply (ECF No. 210-1). A copy of the *Ramirez v. Exxon* decision is attached for the Court's reference as **Exhibit A**.

Dated: August 23, 2023

**COOLEY LLP**

By: */s/ Patrick E. Gibbs*
        Patrick E. Gibbs

Patrick E. Gibbs (183174) (pgibbs@cooley.com)
Tijana M. Brien (286590) (tbrien@cooley.com)
Zaneta J. Kim (317844) (zkim@cooley.com)
Amie L. Simmons (336356) (asimmons@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130

Alexandra Eber (*pro hac vice*) (aeber@cooley.com)
Caitlin B. Munley (*pro hac vice*)
(cmunley@cooley.com)
1299 Pennsylvania Ave. NW, Suite 700
Washington, D.C. 20004-2400
Tel: (202) 842-7800
Fax: (202) 842-7899

*Attorneys for Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo*

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Bruce A. Ericson*
Bruce A. Ericson
Lee Brand

WEI GROUP LLP
Eric S. Wei

*Attorneys for Defendant K. Peony Yu, M.D.*