# EXHIBIT D

# H.C. WAINWRIGHT&CO.

**Ratings Revision**
*Healthcare*
**April 7, 2021**

**FibroGen, Inc. (FGEN)**
**Rating: Neutral**

Edwin Zhang, Ph.D.
212-856-5705
ezhang@hcwresearch.com

## Latest Disclosure of MACE Analyses Disappointing; Downgrade to Neutral

| Stock Data | 04/06/2021 |
|---|---|
| Price | $34.64 |
| Exchange | NASDAQ |
| Price Target | NA |
| 52-Week High | $57.21 |
| 52-Week Low | $30.77 |
| Enterprise Value (M) | $2,428 |
| Market Cap (M) | $3,153 |
| Shares Outstanding (M) | 91.0 |
| 3 Month Avg Volume | 971,966 |
| Short Interest (M) | 8.51 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $725.0 |
| Total Debt (M) | $0.0 |
| Total Cash/Share | $7.97 |

| EPS ($) Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2019A | 2020E | 2021E |
| 1Q | (0.53) | (0.89)A | (0.94) |
| 2Q | 1.26 | (0.95)A | (0.89) |
| 3Q | (0.57) | 0.35A | (0.28) |
| 4Q | (1.12) | (0.64)A | 0.25 |
| FY | (0.89) | (2.11) | (1.87) |



**We change our FGEN rating from Buy to Neutral.** Yesterday after market close, Fibrogen released, for the first time to the public, "analyses with pre-specified stratification factors" of the pooled roxa MACE safety data. The new dataset is weaker than the data the company previously announced and published. Based on the newly released data, the earlier assessment of the roxa clinical profile and market potential have to be modified. For instance, the prior conclusion of MACE superiority of roxa in the incident dialysis population is no longer supported by the new analysis. This unfavorable disclosure changes our view on roxa approvability and potential market uptake, thus we downgrade our FGEN rating from Buy to Neutral, with no price target.

**Newly provided MACE analyses showed higher HR and 95% CI in both DD and NDD.** New analyses with the pre-specified stratification factors result in higher hazard ratios (point estimates of relative risk) and 95% confidence intervals (see table below). For MACE+ in dialysis and for MACE and MACE+ in incident dialysis, the 95% confidence intervals include 1.0., which do not support the previous conclusions that roxadustat reduces the risk of (or is superior to) MACE+ in dialysis, and MACE and MACE+ in incident dialysis compared to EPO. Prior analyses (with post-hoc stratification factors) were first presented at ASN in Nov. 2019, and the same data have appeared in company presentations and journal publications ever since. According to Fibrogen, all the analyses in the table below, "including the differences in the stratification factors, were included in the NDA", which was submitted in Dec. 2019 (>15 months ago). We are unclear why the company only "became aware" of this issue at this point in time, nor do we fully understand how the changes to the stratification factors affect the overall pooled MACE outcome between the two datasets. As we learned from management, factors of Hb level/eGFR and geographic region were involved in the discrepancies of the NDD analyses, while variables of sex, race and body mass index added inconsistency in DD between the two datasets. Important to know, the new analyses (with pre-specified stratification factors) will be the primary source for FDA regulatory decisions and Adcom discussions in both NDD and DD populations.

**New analyses (with pre-specified stratification factors) will be the primary source for FDA regulatory decisions and Adcom discussions.**

*Newly provided data (right) are worse than previously disclosed data (left)*

| | Analyses with post-hoc stratification factors | Analyses with pre-specified stratification factors |
|---|---|---|
| | HR (95% Confidence Interval) | HR (95% Confidence Interval) |
| **Non Dialysis** (OLYMPUS, ANDES, ALPS N=4,270); ITT | | |
| MACE | 1.08 (0.94, 1.24) | 1.10 (0.96, 1.27) |
| MACE+ | 1.04 (0.91, 1.18) | 1.07 (0.94, 1.21) |
| ACM | 1.06 (0.91, 1.23) | 1.08 (0.93, 1.26) |
| **Dialysis Dependent** (HIMALAYAS, SIERRAS, ROCKIES N=3,880); OT-7 | | |
| MACE | 0.96 (0.82, 1.13) | 1.02 (0.88, 1.20) |
| MACE+ | 0.86 (0.74, 0.98) | 0.91 (0.80, 1.05) |
| ACM | 0.96 (0.79, 1.17) | 1.02 (0.84, 1.23) |
| Incident Dialysis (N=1,526); OT-7 | | |
| MACE | 0.70 (0.51, 0.96) | 0.82 (0.60, 1.11) |
| MACE+ | 0.66 (0.50, 0.89) | 0.78 (0.59, 1.02) |
| ACM | 0.76 (0.52, 1.11) | 0.82 (0.57, 1.18) |

Source: Fibrogen presentation, 4/6/2021

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 3 - 4 of this report.

FibroGen, Inc.                                                                                                                      April 7, 2021

**What the new data mean and the impact on our thesis.** In ID patients, prior analyses showed a significantly lower risk of roxa in MACE (30% lower) and MACE+ (34% lower) than EPO. Due to this superior MACE safety in ID, we used to think roxa is likely to be the preferred treatment option, and that it would help grow the dialysis market by gradually replacing ESAs, since we do not see clinical reasons for ID patients to switch to ESAs once they are initially treated with roxa. However, based on the new analyses, this view is no longer true or valid, as the upper bound of the 95% CI of MACE (and MACE+) exceeded one, which means roxa is not superior but just non-inferior to EPO. In other words, MACE risk is not reduced in ID patients when taking roxa. For NDD, it worth noting that the 95% CI upper bound now is 1.27, higher than Akebia's non-inferiority margin of 1.25 (pre-specified with the FDA). We understand the NDD trial designs differ between the two companies, but it is not impossible that the FDA may apply the same NI margin to roxa. If this is the case, roxa NDD US approval could be at risk, especially when roxa is using the ITT method in the NDD MACE analysis.

**Roxa Adcom is set for 15 July.** The outcome of roxa Adcom seems to be more uncertain (and more important) after the company's new data disclosure. People may start wondering if there are other "surprises" that could surface in the briefing document and/or during Adcom meeting. The EU's regulatory decision for roxa is expected to be made around May/June, but the new US Adcom (in July) may influence the EU review timeline considering the narrow time gap in between, although we recognize the two regulatory agencies are independent of each other.

**FGEN Newsflow and Milestone**

| Drug Candidate | Time | Milestone | Stage | Indication |
|---|---|---|---|---|
| **Roxadustat** | mid-2021 | Potential EU approval in both DD and NDD CKD | pre-Approval | Anemia in CKD |
| | July 15 | Roxa Adcom (CRDAC), US FDA | pre-Approval | Anemia in CKD |
| | 2H21 | CIA Phase 2 topline data | Phase 2 | CIA |
| | 1H22 | MDS phase 3 topline data | Phase 3 | MDS |
| **Pamrevlumab** | 2H22 | LELANTOS Ph3 topline data | Phase 3 | DMD |
| | 2H22 | LAPIS Ph3 topline data | Phase 3 | LAPC |
| | 2023 | Estimated Ph3 IPF trial readout | Phase 3 | IPF |

*Source: Company Reports and H.C. Wainwright Estimates*

**Investment risks**: Risk factors to investment include but are not limited to regulatory decisions, commercial performance of marketed products, potentials for clinical trial failures, requirements for additional financing, intellectual property protection, legal liabilities, reliance on third parties, healthcare policy changes, and macroeconomic factors.

FibroGen, Inc.                                                                                                                    April 7, 2021

## Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

**RETURN ASSESSMENT**

**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of April 6, 2021 | | | | |
| --- | --- | --- | --- | --- |
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 455 | 89.39% | 189 | 41.54% |
| Neutral | 52 | 10.22% | 13 | 25.00% |
| Sell | 0 | 0.00% | 0 | 0.00% |
| Under Review | 2 | 0.39% | 1 | 50.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Edwin Zhang, Ph.D. , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of FibroGen, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of March 31, 2021 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of FibroGen, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

FibroGen, Inc.                                                                                                April 7, 2021

The Firm or its affiliates did not receive compensation from FibroGen, Inc. for investment banking services within twelve months before, but will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

The Firm does not make a market in FibroGen, Inc. as of the date of this research report.


The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.


The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.