PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
LEE BRAND (SBN 287110)
lee.brand@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:        415.983.1000
Facsimile:        415.983.1200

WEI GROUP LLP
ERIC S. WEI (*pro hac vice*)
ewei@weillp.com
One World Trade Center, Suite 8500
New York, New York 10007-0103
Telephone:        212-248-0808
Facsimile:        212-248-0475

Attorneys for Defendant
K. Peony Yu, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**PUBLIC REDACTED VERSION**<br><br>**MOTION OF DEFENDANT K. PEONY YU, M.D. FOR LEAVE TO SEEK RECONSIDERATION OF SEALED ORDER ECF NO. 223**<br><br>Courtroom:  5 – 17th Floor<br>Judge:      Hon. Edward M. Chen |

Defendant K. Peony Yu, M.D. respectfully moves under seal for leave to seek reconsideration of the Court's under-seal Order Granting in Part Plaintiffs' Motion for Spoliation Sanctions, ECF No. 233 (the "Order").  Dr. Yu makes this motion under N.D. Cal. Civil Local Rule 7-9(b)(3).  In support of this motion, Dr. Yu submits that:

1.     This motion is being made with reasonable diligence, insofar as only a week has passed since the Order was served late last Friday, September 22.

2.     This motion is being made "[b]efore the entry of a judgment adjudicating all of the claims and the rights and liabilities of all the parties in a case …."  Civ. L.R. 7-9(a).

3.     The points Dr. Yu wishes leave to make concern "[a] manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order."  Civ. L.R. 7-9(b)(3).

4.     The points Dr. Yu wishes to make will not "repeat any oral or written argument made by the applying party in support of or in opposition to the interlocutory order which the party now seeks to have reconsidered" (Civ. L.R. 7-9(c)) and instead will note material facts that were presented to the Court which she believes the Court failed to consider.

Accordingly, Dr. Yu submits that the points she wishes to present meet the standards for a motion for reconsideration articulated by this Court in *Baum v. J-B Weld Co., LLC*, No. 19-cv-01718-EMC, at *1 (N.D. Cal. Aug. 21, 2020).

The points Dr. Yu wishes to make are attached to this motion as Exhibit A.  For the reasons explained at the end of Exhibit A, Dr. Yu requests that the Order remain under seal pending ██████████████████████████████████ Order at 14:16-17.

Respectfully submitted,

Dated:  October 6, 2023

PILLSBURY WINTHROP SHAW PITTMAN LLP
WEI GROUP LLP

*/s/ Bruce A. Ericson*

Bruce A. Ericson
Attorneys for Defendant
K. Peony Yu, M.D.