PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
LEE BRAND (SBN 287110)
lee.brand@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:        415.983.1000
Facsimile:        415.983.1200

WEI GROUP LLP
ERIC S. WEI (*pro hac vice*)
ewei@weillp.com
One World Trade Center, Suite 8500
New York, New York 10007-0103
Telephone:        212-248-0808
Facsimile:        212-248-0475

Attorneys for Defendant
K. Peony Yu, M.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SEEK RECONSIDERATION**<br><br>Courtroom:  5 – 17th Floor<br>Judge:      Hon. Edward M. Chen |

**[PROPOSED] ORDER**

Defendant K. Peony Yu, M.D. filed a Motion for Leave to Seek Reconsideration of Sealed Order ECF No. 223.  Having considered the motion and all supporting and opposing papers, and good cause appearing, the Motion of Defendant K. Peony Yu, M.D. for Leave to Seek Reconsideration of Sealed Order ECF No. 223 is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Edward M. Chen