COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

CAITLIN MUNLEY (*Pro Hac Vice*)
(cmunley@cooley.com)
ALEXANDRA EBER (*Pro Hac Vice*)
(aeber@cooley.com)
1299 Pennsylvania Ave., N.W., Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

*Attorneys for Defendants FibroGen, Inc.,*
*Enrique Conterno, James Schoeneck,*
*Mark Eisner, and Pat Cotroneo*

*[Additional Counsel listed on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS AND TO VACATE DATES IN SCHEDULING ORDERS** |

Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association ("Plaintiffs"), Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo, (the "FibroGen Defendants"), and Defendant K. Peony Yu (together with Plaintiffs and the FibroGen Defendants, the "Parties"), hereby submit this Stipulated Request and [Proposed] Order to stay the proceedings.

WHEREAS, on August 7, 2023, the Court entered a pretrial scheduling order (ECF No. 203) setting case deadlines through trial;

WHEREAS, the Parties have reached an agreement in principle to settle the litigation and anticipate Plaintiffs filing a motion for preliminary approval of settlement within 45 days;

WHEREAS, the Parties agree that to conserve judicial and Party resources, all existing deadlines should be vacated and any pending motions, hearings, discovery, rulings, and other deadlines or filing requirements in the case—except for those pertaining to settlement—should be stayed until further order of the Court;

WHEREAS, the Parties agree that any and all orders that a Party has requested to be sealed in this action should remain under seal;

NOW THEREFORE, the Parties, by and through their undersigned counsel, agree and stipulate to the following:

1.      All existing deadlines are vacated and any pending motions, hearings, discovery, rulings, and other deadlines or filing requirements in the case—except for those pertaining to settlement—are stayed until further order of the Court.

2.      Plaintiffs shall file a motion for preliminary approval of the settlement within 45 days of the date of this Stipulation.

3.      Any and all orders that any Party requested to be sealed in this action shall remain under seal.

**IT IS SO STIPULATED.**

STIPULATION TO STAY ALL PROCEEDINGS AND
TO VACATE DATES IN SCHEDULING ORDERS
CASE NO. 3:21-CV-02623-EMC

Dated:  October 25, 2023

**COOLEY LLP**

By: */s/ Patrick E. Gibbs*
        Patrick E. Gibbs

Patrick E. Gibbs (183174) (pgibbs@cooley.com)
Tijana M. Brien (286590) (tbrien@cooley.com)
Brett H. De Jarnette (292919)
  (bdejarnette@cooley.com)
Zaneta J. Kim (317844) (zkim@cooley.com)
Amie L. Simmons (336356) (asimmons@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130

Alexandra Eber (*pro hac vice*) (aeber@cooley.com)
Caitlin B. Munley (*pro hac vice*)
  (cmunley@cooley.com)
1299 Pennsylvania Ave. NW, Suite 700
Washington, D.C. 20004-2400
Tel: (202) 842-7800
Fax: (202) 842-7899

*Attorneys for Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo*

Dated: October 25, 2023

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By:  */s/ Bruce A. Ericson*
        Bruce A. Ericson

Bruce A. Ericson (76342)
  (bruce.ericson@pillsburylaw.com)
Lee Brand (287110)
  (lee.brand@pillsburylaw.com)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Tel.: (415) 983-1000
Fax: (415) 983-1200

**WEI GROUP LLP**
Eric S. Wei (*pro hac vice*)
  (ewei@weillp.com)
One World Trade Center, Suite 8500
New York, NY 10007-0103
Tel.: (212) 248-0808
Fax: (212) 248-0475

*Attorneys for Defendant K. Peony Yu, M.D.*

STIPULATION TO STAY ALL PROCEEDINGS AND
TO VACATE DATES IN SCHEDULING ORDERS
CASE NO. 3:21-CV-02623-EMC

Dated: October 25, 2023          **SAXENA WHITE P.A.**

By: */s/ David R. Kaplan*
        David R. Kaplan

David R. Kaplan (230144)
  (dkaplan@saxenawhite.com)
Emily Bishop (319383) (ebishop@saxenawhite.com)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

Steven B. Singer (pro hac vice)
  (ssinger@saxenawhite.com)
Kyla Grant (*pro hac vice*) (kgrant@saxenawhite.com)
Joshua H. Saltzman (*pro hac vice*)
  (jsaltzman@saxenawhite.com)
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551

Maya Saxena (*pro hac vice*)
  (msaxena@saxenawhite.com)
Lester R. Hooker (241590)
  (lhooker@saxenawhite.com)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
*Counsel for Lead Plaintiffs Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association, and Lead Counsel for the Class*

\*     \*     \*

**ATTESTATION PURSUANT TO CIV. L.R. 5-1**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that each of the signatories above concur in the filing of this document.

Dated: October 25, 2023          **Cooley LLP**

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs

3

**[PROPOSED] ORDER**

IT IS SO ORDERED.


DATED: _____

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

STIPULATION TO STAY ALL PROCEEDINGS AND
TO VACATE DATES IN SCHEDULING ORDERS
CASE NO. 3:21-CV-02623-EMC