**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FIBROGEN, INC. SECURITIES LITIGATION | No. 3:21-cv-02623-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NON-PARTY GEORGE ASSAD TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24(B)** |

Having considered the Motion of Non-Party George Assad to Intervene Pursuant to Federal Rule of Civil Procedure 24(B) (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Mr. Assad is permitted to intervene for the limited purpose of seeking to unseal the Court's Order Granting in Part Plaintiff's Motion for Spoliation Sanctions (Dkt. No. 223) filed on September 29, 2023

IT IS SO ORDERED.

Dated: _____, 2024

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-02623-EMC

[PROPOSED] ORDER GRANTING MOTION OF NON-PARTY GEORGE ASSAD TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24(B)