**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Emily Bishop (SBN 319383)
ebishop@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiffs Employees' Retirement*
*System of the City of Baltimore, City of*
*Philadelphia Board of Pensions and Retirement,*
*and Plymouth County Retirement Association, and*
*Lead Counsel for the Proposed Settlement Class*

*[Additional Counsel listed on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**CLASS ACTION**<br><br>SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING (A) MAILING OF NOTICE PACKET; (B) PUBLICATION OF SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION TO DATE |

SUPP. DECL. OF L. SEGURA RE
NOTICE MAILING; SUMMARY
NOTICE; AND EXCLUSION
3:21-cv-02623-EMC

I, Luiggy Segura, declare as follows:

1.    I am a Vice President of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to the Court's February 13, 2024 Order Preliminarily Approving Settlement and Providing for Notice ("Preliminarily Approval Order"; ECF No. 244), Lead Counsel retained JND as the Court-approved Claims Administrator in connection with the proposed settlement of the above-captioned action ("Action").[1]

2.    I am over 21 years of age and am not a party to the Action. The statements herein are based on my personal knowledge and information provided to me by JND employees under my supervision, and, if called as a witness, I could and would testify competently thereto.

3.    I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Luiggy Sigura Regarding (A) Mailing of Notice Packet; (B) Publication of Summary Notice; and (C) Report on Requests for Exclusion to Date, dated April 3, 2024 (the "Initial Mailing Declaration").

**Continued Mailing of the Notice and Claim Form**

4.    Since the execution of the Initial Mailing Declaration, JND has continued to disseminate copies of the Notice of (I) Proposed Settlement and Plan of Allocation; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") and Proof of Claim and Release Form ("Claim Form" and, together with the Notice, "Notice Packet"), in response to requests from potential Class Members and brokers or nominees. From inception of this administration through April 30, 2024, JND has mailed a total of 38,362 Notice Packets to potential Class Members and brokers or nominees. JND also sent a total of 756 Notice Packets by email.

5.    From inception of this administration through April 30, 2024, 516 Notice and Claim Forms have been returned to JND by the United States Postal Service ("USPS") as undelivered as addressed. The USPS provided updated addresses for 52 of the undelivered Notice and Claim

---

[1]    Unless otherwise defined herein, all capitalized terms have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated December 7, 2023 (ECF No. 236) ("Stipulation").

DECL. OF LUIGGY SEGURA RE
NOTICE MAILING; SUMMARY
NOTICE; AND EXCLUSION
3:21-cv-02623-EMC

1

Forms, and JND forwarded notices to these updated addresses. In addition, JND re-mailed 270 Notice and Claim Forms to updated addresses located by JND through advanced address searches.

### Update on Call Center Services

6. JND continues to maintain the case specific, toll-free telephone helpline, 1-877-595-0137, which became operational before March 4, 2024, with an interactive voice response system ("IVR") and live operators, to accommodate potential Settlement Class Members who may have questions about the Action and the Settlement. JND has promptly responded to each telephone inquiry and will continue to respond to potential Settlement Class Members' inquiries. As of April 30, 2024, there have been a total of 122 calls to the toll-free telephone number. Of these calls, 109 have been handled by a live operator. JND continues to maintain the telephone helpline and will update the IVR system as necessary throughout the administration of the Settlement.

### Update on the Settlement Website

7. JND also continues to maintain the website dedicated to the Settlement, www.FibroGenSecuritiesLitigation.com ("Settlement Website"), which became operational before March 4, 2024, and is accessible 24 hours a day, 7 days a week. Among other things, the Settlement Website includes general information regarding the Settlement and lists the exclusion, objection, and claim-filing deadline, as well as the date and time of the Court's Settlement Hearing. JND also posted to the Settlement Website copies of the Stipulation, Preliminary Approval Order, Notice, and Claim Form. In addition, the Settlement Website provides Settlement Class Members with the ability to submit a Claim online and also includes a link to a document with detailed instructions for institutions submitting their Claims electronically. As of April 30, 2024, the Settlement Website has received 3,432 visitors. JND will continue operating, maintaining and, as appropriate, updating the Settlement Website with relevant case information until the conclusion of this administration.

### Report on Claims, Objections, and Exclusion Requests Received

8. The Notice, Summary Notice, and Settlement Website provide potential Settlement Class Members with clear instructions on how to file claims, so they are submitted online or

DECL. OF LUIGGY SEGURA RE
NOTICE MAILING; SUMMARY
NOTICE; AND EXCLUSION
3:21-cv-02623-EMC

2

postmarked no later than June 12, 2024.  As of April 30, 2024, JND has received approximately 788 Claim Forms.  As is typical in securities cases of this nature, the majority of institutional investors, brokers, and nominees file claims electronically at or near the filing deadline. Accordingly, the response rate to date is consistent with our experience in other securities class action claims administrations.

9.    JND will provide the Court with the results of this administration, including the total number of Claim Forms received and the total Recognized Loss Amounts, in connection with Counsel's motion for distribution of the Net Settlement Fund.

10.    The Notice, Summary Notice, and Settlement Website also provide Settlement Class Members with clear instructions on how to timely file objections to the Settlement or request exclusion from the Settlement.  Specifically, the Notice, Summary Notice, and Settlement Website inform Settlement Class Members that any written objections are to be submitted to the Court, and any requests for exclusion from the Settlement Class are to be addressed to Exclusions, In re FibroGen, Inc., Securities Litigation, c/o JND Legal Administration, P.O. Box 91482, Seattle, WA 98111, such that they are received no later than April 18, 2024.  The Notice also sets forth the information that must be included in each request for exclusion.

11.    As of April 30, 2024, after the expiration of the deadlines, JND is aware of one (1) objection to the terms of the Settlement, filed on the Court docket as ECF No. 254, and JND has received one (1) request for exclusion from the Settlement Class.  JND has not received and is not aware of any objection to the request for attorneys' fees and expense reimbursement.

12.    JND is aware that one purported basis for the objection to the Settlement is an argument that "Losses claimed by shareholders should include taxes, commissions, and fees." ECF No. 254 at 1.  Lead Counsel asked JND whether JND has ever seen a plan of allocation for any securities class action settlement that includes taxes, commission, and fees as recognized losses.  Since 2012, I have worked on administrating over one hundred (100) securities class action settlements as part of JND's Securities Class Action department and at another prominent class action administration firm. As part of my responsibilities, I have reviewed settlement plans of

DECL. OF LUIGGY SEGURA RE
NOTICE MAILING; SUMMARY
NOTICE; AND EXCLUSION
3:21-cv-02623-EMC

3

allocation for numerous securities class action settlements administered by JND and other firms providing class action administration services, and to the best of my recollection, I do not recall and I am not aware of a plan of allocation in any securities class action settlement that includes taxes, commission, and fees as part of a recognized loss amount. In addition, because Settlement Class Members do not all have the same tax treatment and pay different (if any) commissions and fees depending on their individual contractual relationships with their banks, brokers, or financial advisors, determining accurate recognized loss amounts for potentially recoverable taxes, fees, and commissions, would require a claim-by-claim and trade-by-trade analysis, as well as work by an outside tax or accounting expert. Such a detailed and individualized analysis would likely be extremely time consuming, significantly delay the distribution of the Net Settlement Amount, and greatly increase the total cost of administration of the Settlement.

13.    Although the individual requesting exclusion did not provide any documentation to support the request because doing so "require[d] undue effort in too short an allotted time," the request itself was timely submitted, will be deemed valid, and the individual will be permitted to supplement the request with supporting documentation, as provided in the Court-approved Notice. Based on the representations in the individual's letter and the analysis of JND and Plaintiffs' damages expert, the request for exclusion represents less than 0.04% of the total Recognized Loss of all Settlement Class members. The name of the individual requesting exclusion from the Class and corresponding city and state is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 1, 2024 in New Hyde Park, New York.

_Luiggy Segura_
Luiggy Segura

DECL. OF LUIGGY SEGURA RE
NOTICE MAILING; SUMMARY                           4
NOTICE; AND EXCLUSION
3:21-cv-02623-EMC

## **EXHIBIT A**

1.  Dan Brecher Esq
    New York, NY