```
COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
AMIE L. SIMMONS (336356)
(asimmons@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
FibroGen, Inc., Enrique Conterno, James Schoeneck,
Mark Eisner, and Pat Cotroneo
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC <br><br> **CLASS ACTION** <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY ZANETA KIM** <br><br> Judge: Hon. Edward M. Chen |

**TO THE CLERK, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Zaneta Kim hereby withdraws as an attorney for Defendants FibroGen, Inc., Enrique Conterno, James Schoeneck, Mark Eisner, and Pat Cotroneo ("Defendants").  I am no longer employed at Cooley LLP. The other Cooley LLP attorneys who have entered appearances in this case will continue to serve as counsel for Defendants in the above-captioned matter.

1  Dated: June 24, 2024                    COOLEY LLP

3                                          By: /s/ Zaneta Kim
                                               Zaneta Kim

                                          Attorneys for Defendants
                                          FibroGen, Inc., Enrique Conterno,
                                          James Schoeneck, Mark Eisner,
                                          and Pat Cotroneo

305114809