**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Emily Bishop (SBN 319383)
ebishop@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiffs and*
*Lead Counsel for the Settlement Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE FIBROGEN, INC., SECURITIES LITIGATION

Case No. 3:21-cv-02623-EMC

**<u>CLASS ACTION</u>**

DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR CLASS DISTRIBUTION ORDER

Hearing Date: January 30, 2025
Time: 1:30 p.m.
Courtroom: 5 – 17th Floor
Judge: Hon. Edward M. Chen

DECL. OF DAVID R. KAPLAN ISO
LPS' UNOPP. MOT. FOR DIST. ORDER
3:21-cv-02623-EMC

I, David R. Kaplan, hereby declare as follows:

1.      I am a Director of the law firm Saxena White P.A., counsel for the Court-appointed Lead Plaintiffs, Employees' Retirement System of the City of Baltimore, City of Philadelphia Board of Pensions and Retirement, and Plymouth County Retirement Association ("Lead Plaintiffs"). I am a member in good standing of the Bar of the State of California and am admitted to practice in this District. I respectfully submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Class Distribution Order. The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto under oath.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Luiggy Segura in Support of Lead Plaintiffs' Unopposed Motion for Class Distribution Order, and exhibits attached thereto, dated December 17, 2024.

3.      Attached hereto as Exhibit 2 is the [Proposed] Class Distribution Order.

Executed this 17th day of December, 2024.

/s/ David R. Kaplan
David R. Kaplan

DECL. OF DAVID R. KAPLAN ISO
LPS' UNOPP. MOT. FOR DISTR. ORDER
3:21-cv-02623-EMC

1