**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Emily Bishop (SBN 319383)
ebishop@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiffs and*
*Lead Counsel for the Settlement Class*

*[Additional Counsel listed on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC<br><br>**<u>CLASS ACTION</u>**<br><br>LEAD PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR CLASS DISTRIBUTION ORDER |

LPS' SUPP. BRIEF ISO
UNOPPOSED MOTION FOR CLASS
DISTRIBUTION ORDER
3:21-cv-02623-EMC

Lead Plaintiffs respectfully provide this supplemental brief and accompanying Supplemental Declaration of Luiggy Segura in Support of Lead Plaintiffs' Unopposed Motion for Class Distribution Order ("Supplemental Distribution Declaration") on behalf of JND Legal Administration ("JND"), the Claims Administrator, in response to the Court's January 7, 2025 Order (ECF No. 263) requesting additional information regarding certain Notice and Administration Costs in connection with the Settlement in this Action.[1]

As background, Lead Counsel and JND initially estimated Settlement Notice and Administration Costs of up to $550,000. Within this estimated maximum amount, Lead Counsel's Appendix Regarding Court's Procedural Guidance for Class Action Settlements, filed December 8, 2023 ("Appendix," ECF No. 236), and the Declaration of Luiggy Segura in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Initial Segura Declaration," ECF No. 236), provided a base estimate of Notice and Administration Costs of approximately $375,000, excluding up to $100,000 for reimbursement of Nominee fees (e.g., costs incurred by brokers, banks, and nominees for mailing Notice Packages to potential Class Members). Appendix, Ex. 5, at p. 11; Initial Segura Declaration, Ex. 3, at ¶27. The Initial Segura Declaration explained that the $375,000 in Notice and Administration Costs "are merely estimates and dependent on a number of variables," and "JND recommended to Lead Counsel that Plaintiffs seek an amount of Notice and Administration Costs in excess of the base estimate and the amount of estimated Nominee expenses; accordingly, Lead Counsel and JND are proposing an expenses estimate for claims administration of $550,000." *See* Initial Segura Declaration at ¶27, fn. 10. Lead Counsel and JND continue to support the initial $550,000 expense cap and have no reason to believe that it will be exceeded.

On December 17, 2024, Lead Plaintiffs filed the Unopposed Motion for Class Distribution Order (ECF No. 261) (the "Motion"), which among other things, requests reimbursement of payment of a remaining outstanding invoiced balance of $221,979.57, for JND fees and expenses

---

[1] All capitalized but undefined terms have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated December 7, 2023 (ECF No. 236) (the "Stipulation" or "Settlement Agreement") or the Unopposed Motion for Class Distribution Order (ECF No. 261) (the "Distribution Motion").

LPS' SUPP. BRIEF ISO
UNOPPOSED MOTION FOR CLASS
DISTRIBUTION ORDER
3:21-cv-02623-EMC

1

(inclusive of Nominee reimbursements), and $67,084.65 in anticipation of fees and expenses incurred (but not yet invoiced) in making the Initial Distribution.  As explained in Mr. Segura's declaration in support of the Distribution Motion, JND's total fees and expenses for this matter through September 30, 2024 are $369,787.74; nominees charged JND $24,648.83 for reimbursement of their reasonable expenses incurred; and JND has been reimbursed the amount of $172,457.00. Declaration of Luiggy Segura in Support of Lead Plaintiffs' Unopposed Motion for Class Distribution Order (ECF No. 261-2), at ¶47 & Ex. F.

An itemized breakdown of the principal fees and expenses incurred by JND to date in connection with the notice and administration of the Settlement in this Action, including an explanation of variances between the base estimates and actual costs for these items, is set forth in the accompanying Supplemental Distribution Declaration, attached hereto as Exhibit 1.  Lead Counsel and JND believe that this itemized breakdown and accompanying explanations address the questions presented in the January 7, 2025 Order.  Lead Counsel and JND will also provide a final accounting with the Court once distribution of the Net Settlement Fund to Authorized Claimants is completed and in accordance with the Northern District of California's Procedural Guidance for Class Action Settlements.

Dated: January 14, 2025                    Respectfully submitted,

/s/ David R. Kaplan
**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
Emily Bishop (SBN 319383)
ebishop@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096

Steven B. Singer
ssinger@saxenawhite.com
Kyla Grant (admitted *pro hac vice*)
kgrant@saxenawhite.com
Sara DiLeo (admitted *pro hac vice*)
sdileo@saxenawhite.com
Joshua H. Saltzman (admitted *pro hac vice*)
jsaltzman@saxenawhite.com
10 Bank Street, 8th Floor

White Plains, New York 10606
Tel: (914) 437-8551

Maya Saxena (admitted *pro hac vice*)
msaxena@saxenawhite.com
Lester R. Hooker (SBN 241590)
lhooker@saxenawhite.com
Dianne M. Pitre (SBN 286199)
dpitre@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on January 14, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ David R. Kaplan*
David R. Kaplan

LPS' SUPP. BRIEF ISO
UNOPPOSED MOTION FOR CLASS
DISTRIBUTION ORDER
3:21-cv-02623-EMC

4