|   |   |
|---|---|
| 1 | **SAXENA WHITE P.A.** |
|   | David R. Kaplan (SBN 230144) |
| 2 | dkaplan@saxenawhite.com |
|   | Emily Bishop (SBN 319383) |
| 3 | ebishop@saxenawhite.com |
|   | 505 Lomas Santa Fe Drive, Suite 180 |
| 4 | Solana Beach, CA 92075 |
|   | Tel.: (858) 997-0860 |
| 5 | Fax: (858) 369-0096 |

*Counsel for Lead Plaintiffs and*
*Lead Counsel for the Settlement Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE FIBROGEN, INC., SECURITIES LITIGATION | Case No. 3:21-cv-02623-EMC |
|---|---|
|  | **CLASS ACTION** |
|  | ~~[PROPOSED]~~ **CLASS DISTRIBUTION ORDER**   <span style="color:red">**AS MODIFIED**</span> |

[PROPOSED] CLASS DISTRIBUTION ORDER
3:21-cv-02623-EMC

1      Having considered all materials and arguments submitted in support of Lead Plaintiffs' Unopposed Motion for Class Distribution Order (the "Motion"), including the Memorandum of Law in Support of the Motion, the Declaration of Luiggy Segura in Support of Lead Plaintiffs' Unopposed Motion for Class Distribution Order (the "Segura Declaration"),

     NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Class Distribution Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated December 7, 2023 (ECF No. 236, Exhibit 1) (the "Stipulation" or "Settlement Agreement"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation or the Segura Declaration.

2. The Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settlement Class Members.

3. As set forth in the Segura Declaration, the administrative determinations of the Claims Administrator in accepting and rejecting Claims are approved. The Claims set forth in Exhibit C ("Timely Eligible Claims") and Exhibit D ("Late But Otherwise Eligible Claims") to the Segura Declaration are APPROVED, and the distribution of the Net Settlement Fund to the Authorized Claimants is AUTHORIZED.

4. Wholly ineligible or otherwise deficient claims ("Rejected Claims"), as set forth in Exhibit E to the Segura Declaration, are REJECTED.

5. The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Settlement Agreement, the Court approved Plan of Allocation, and the Distribution Plan for payment of the Net Settlement Fund set forth in the Segura Declaration, which is hereby APPROVED.

6. No Claims received or adjusted after December 2, 2024 will be eligible for payment for any reason.

7. At such time as Lead Counsel, in consultation with the Claims Administrator, determine that no additional distributions are cost-effective, the remaining balance of the Net Settlement Fund, after payment of any unpaid notice and administration costs, taxes, the costs of

1  preparing appropriate tax returns, and any escrow fees, shall be contributed to Investor Protection
2  Trust, a non-sectarian, not-for-profit 501(c)(3) organization.

3   8. JND shall be paid the outstanding balance of its fees and expenses in connection
4  with the services to be performed in conducting the Initial Distribution in the total amount of
5  $289,064.22. If the incurred fees and expenses are lower than the estimate, JND shall promptly
6  reimburse the Net Settlement Fund.

7   9. All persons involved in the review, verification, calculation, tabulation, or any other
8  aspect of the processing of Claims submitted herein, or otherwise involved in the administration
9  or taxation of the Settlement Fund or the Net Settlement Fund, are released and discharged from
10 all claims arising out of such involvement, and all Settlement Class Members and other Claimants,
11 whether or not they are to receive payment from the Net Settlement Fund, are barred from making
12 any further claim against the Net Settlement Fund, Lead Plaintiffs or their counsel, the Claims
13 Administrator, the Escrow Agent, or any other agent retained by Lead Plaintiffs or Lead Counsel
14 in connection with the administration or taxation of the Settlement Fund or the Net Settlement
15 Fund, or any other person released under the Settlement beyond the amounts allocated to
16 Authorized Claimants.

17  10. The Claims Administrator is authorized to destroy the paper copies and electronic
18 copies of the Claims and all supporting documentation one year after Distribution of the Net
19 Settlement Fund is complete.

20  11. This Court retains jurisdiction to consider any other further applications concerning
21 the administration of the Settlement, and such other and further relief as this Court deems
22 appropriate.

23   SO ORDERED this   15     day of   January         , 2025    .

**Within 150 days of this order, the parties shall jointly file a post-disribution accounting status report.**

_____
The Honorable Edward M. Chen
United States District Judge

[PROPOSED] CLASS DISTRIBUTION ORDER
3:21-cv-02623-EMC

2